IH-32                                                                                              Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

KEMPEN INTERNATIONAL FUNDS (KEMPEN INTERNATIONAL
FUNDS - MERCLIN GLOBAL EQUITY), KEMPEN INTERNATIONAL
FUNDS (KEMPEN INTERNATIONAL FUNDS - MERCLIN
PATRIMONIUM), and MERCLIN INSTITUTIONAL FUND (MERCLIN
INSTITUTIONAL EQUITY FUND DBI-RDT), individually and on
behalf of all others similarly situated,

|  |  |
|---|---|
| Plaintiff | Case Number |
|  | 1:23-cv-08848 |
| vs. |  |
| SYNEOS HEALTH, INC., ALISTAIR MACDONALD, MICHELLE KEEFE, and JASON MEGGS, |  |
| Defendant |  |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

UNITED ASSOCIATION OF PLUMBERS
AND PIPEFITTERS, JOURNEYMEN,
LOCAL #38 DEFINED BENEFIT PENSION
PLAN, on Behalf of Itself and All Others
Similarly Situated,

|  |  |
|---|---|
| Plaintiff | Case Number |
|  | 1:23-cv-06548-AS-SLC |
| vs. |  |
| SYNEOS HEALTH, INC., ALISTAIR MACDONALD, MICHELLE KEEFE, and JASON MEGGS, |  |
| Defendant |  |

Page 1

IH-32                                                                                                      Rev: 2014-1

## Status of Earlier Filed Case:

☐ Closed          (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open            (If so, set forth procedural status and summarize any court rulings.)

Voluntary dismissal

### Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The *Plumbers and Pipefitters*, 1:23-cv-06548-AS-SLC (filed July 27, 2023) and *Kempen International Funds* cases are related and should be designated as such because they arise out of the same nucleus of facts and involve the same legal and factual issues. Plaintiffs in both cases assert claims under §§10(b) and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§78j(b) and 78t(a), and Rule 10b-5, promulgated thereunder, 17 C.F.R. §240.10b-5. Both actions challenge as false and misleading the same statements issued and disseminated by Syneos Health, Inc. ("Syneos" or the "Company") and three of its current and/or former executives to the investing public, who for two years was kept in the dark about the true financial and operational condition of the Company. Moreover, both actions seek to represent an identical putative class of purchasers of Syneos common stock between September 9, 2020 and November 3, 2022, against the same defendants (Syneos Health, Inc., Alistair Macdonald, Jason Meggs, and Michelle Keefe).

Additionally, the *Plumbers and Pipefitters* action has been pending before this Court for several months and the briefing required by the Private Securities Litigation Reform Act of 1995 (15 U.S.C. §78u-4) relating to the selection of lead plaintiff and lead counsel has been completed and awaits a decision. Indeed, Plaintiffs in *Kemper International Funds* are also lead plaintiff movants in *Plumbers and Pipefitters*. See 1:23-cv-06548-AS-SLC, ECF No. 24 (filed Sept. 25, 2023). If this Court declines to relate and transfer the *Kempen International Funds* action to the *Plumbers and Pipefitters* action, and it is litigated before another court, the parties may have to re-start that process, creating unnecessary delay and causing potential prejudice to the putative class. Starting the process anew will cause the parties to brief, for a second time, the lead plaintiff applications, and, to the extent this Court has already done work on those applications, cause another court to duplicate that work.

Based on the foregoing, Plaintiffs in *Kempen International Funds* respectfully submits that this action qualifies for related case transfer.

Signature: _s/ Greg G. Gutzler_____    Date: _10/08/2023___

Dicello Levitt LLP

Firm: _____