## INDEX OF APPENDICES

| APPENDIX | DESCRIPTION |
|---|---|
| Appendix A | Chart summarizing the challenged statements alleged in the Amended Complaint and certain of the grounds on which Defendants seek dismissal. |
| Appendix B | Chart summarizing Defendants' cautionary statements made to shareholders during the putative class period. |
| Appendix C | Chart summarizing Defendants' alleged post-class period "admissions" cited in the Amended Complaint and certain context missing from the Amended Complaint regarding these alleged "admissions." |
| Appendix D | Chart summarizing the Individual Defendants' holdings of Syneos stock during the putative class period. |