**APPENDIX A**

| INACTIONABLE ALLEGED MISSTATEMENTS | |
|---|---|
| **Forward-Looking Statements** | AC ¶¶ 100–03, 108–11, 113–15, 120–21, 124–25, 128–29, 135, 139–40, 142, 145, 152–53, 155–59, 161, 163–65, 175–77, 179–81, 184–85, 190–92, 194–95, 197–98, 202–05, 210, 213–15, 220–21, 223, 225–27, 231–32, 235, 237 |
| **Puffery** | AC ¶¶ 100, 110, 113–15, 124, 126–29, 134–35, 140, 143–44, 152, 158, 172, 176, 179, 183, 191, 194, 197–98, 211, 221, 226 |
| **Vague Statements of Corporate Optimism** | AC ¶¶ 100–02, 108, 110, 113, 115, 120–21, 124–26, 128–30, 135, 140, 143, 152, 155–58, 160, 162–65, 174, 176, 179–81, 183–85, 194–95, 197–98, 203–05, 214–15, 221, 225–27 |
| **Unsourced/Unsubstantiated Allegations** | AC ¶¶ 7–13, 15, 17–19, 36, 49, 51, 54–57, 59–64, 67, 71–76, 81–83, 86, 92, 97, 105, 117, 131, 136, 148, 168, 186, 199, 206, 217, 228, 253(a)–(b), 265–69, 271–74, 322, 325–27, 336, 356 |

| FORWARD-LOOKING STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| Exhibit 1 (Q2 2020 Form 10-Q) | 08/06/2020 (incorporated by reference in September 2020 Prospectus filed on 09/16/2020) | "Syneos had net new business awards of $5,796.6 million for the 12 months ended June 30, 2020." (AC ¶ 103.)<br><br>"Syneos had Clinical Solutions segment net new business awards of $4,567.1 million for the 12 months ended June 30, 2020." (AC ¶ 103.)<br><br>"[T]he Company's total backlog was $9,607 million, growing 13.6% compared to the same period in 2019, and the Clinical Solutions backlog was $8,997.3 million, with backlog growth of 14.8% compared to the same period in 2019." (AC ¶ 103.) |
| Exhibit 2 (September 9, 2020 Baird Industry Conference) | 09/09/2020 | "And really, we've been positioning the organization over the last few years to drive accelerated revenue and margin growth." (AC ¶ 100.)<br><br>"Backlog growth as of the end of Q2 at 14.8%." (AC ¶ 100.)<br><br>"[W]hat we've seen is that biotech funding index is starting to manifest itself in a very strong SMID pipeline," "the pipeline is good," and "I think healthy pipeline is out there." (AC ¶ 101.)<br><br>One slide titled "Positioned for Accelerated Revenue and Margin Growth: Syneos Health Investment Highlights," stated that "Clinical Bookings Momentum [was] Driving Visibility into Growth," and that Syneos "Three consecutive quarters of greater than 1.40x Clinical book-to-bill," "14.8% ending backlog growth as of June 30, 2020" and "Three consecutive quarters of greater than 10% year-over-year net awards growth." (AC ¶ 102.) |
| Exhibit 4 (October 28, 2020 Syneos Press Release) | 10/28/2020 | "Syneos Health continues to experience strong SMID demand with double digit year-over-year pipeline growth." (AC ¶ 108.) |

| FORWARD-LOOKING STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| Exhibit 9 (Q3 2020 Release) | 10/29/2020 | "Net new business awards were $1,206.3 million and $5,892.1 million for the three and twelve months ended September 30, 2020, representing a book-to-bill ratio of 1.10x and 1.31x, respectively. Clinical Solutions net new business awards were $995.0 million and $4,711.3 million for the three and twelve months ended September 30, 2020, representing a book-to-bill ratio of 1.20x and 1.41x, respectively. . . . net new business awards contributed to an ending backlog of $9,783.0 million as of September 30, 2020, consisting of $9,196.3 million for Clinical Solutions." (AC ¶ 109.)<br><br>"Clinical Solutions backlog growth of 18.2% compared to the same period in 2019." (AC ¶ 110)<br><br>"As we look ahead to 2021 and beyond, we're building a strong foundation for growth." (AC ¶ 110.) |
| Exhibit 6 (Q3 2020 Form 10-Q) | 10/29/2020 | "Syneos had net new business awards of $5,892.1 million for the 12 months ended September 30, 2020." (AC ¶ 111.)<br><br>"Syneos had Clinical Solutions segment net new business awards of $4,711.3 million for the 12 months ended September 30, 2020." (AC ¶ 111.)<br><br>"[T]he Company's total backlog was $9,783 million, growing 16.8% compared to the same period in 2019, and the Clinical Solutions backlog was $9,196.3 million, with growth of 18.2% compared to the same period in 2019." (AC ¶ 111.) |
| Exhibit 5 (Q3 2020 Earnings Call) | 10/29/2020 | "[W]e closed Q3 with solid net new business awards, including Clinical Solutions year-over-year growth of 16.9%, resulting in book-to-bill ratios of 1.2x for Clinical Solutions and 1.1x for our total organization. This brings us to $5.9 billion of net awards and an aggregate book-to-bill ratio of 1.31x for the trailing 12-month period. For our Clinical business, this builds a strong position for accelerating revenue growth with 20.4% growth in net awards for the trailing 12-month period and year-over-year backlog growth improving to 18.2%. . . . This brings Clinical net awards to $4.7 |

| FORWARD-LOOKING STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| | | billion for the trailing 12-month period, increasing our book-to-bill ratio for the same period to 1.41x." (AC ¶ 113.)<br><br>"Our Clinical pipeline remains robust across customer segments, fueled by double-digit growth in SMID RFP flow year-to-date, including a record third quarter." (AC ¶ 113.)<br><br>"We continue to deliver on our strategy and remain confident in the long-term strength of our business, given our robust backlog and differentiated model. We expect strong growth in both of our segments in 2021." (AC ¶ 113.)<br><br>"Given the COVID-19 headwinds, we had a strong quarter across our operating and financial metrics, including … backlog growth." (AC ¶ 114.)<br><br>"I mean it's kind of a record pipe in the SMID, …we just see that [SMID] segment getting hotter and hotter." (AC ¶ 115.)<br><br>"[I]f you just take out the backlog adjustment, our book-to-bill in the quarter in clinical would have been north of 1.4, again." (AC ¶ 115.) |
| Exhibit 8 (November 9, 2020 Credit Suisse Industry Conference) | 11/09/2020 | "[O]ur pipelines remain robust, right, right across the business in clinical and commercial," "[t]he SMID RFP flow … was a record in quarter 3 for us on the back of biotech funding," "pipelines look good. RFP flow continues to be sound," and "the pipeline really starts to shape up nicely heading into quarter 4 and into 2021." (AC ¶ 120.) |
| Exhibit 9 (November 19, 2020 Jefferies Industry Conference) | 11/19/2020 | "And what we're seeing at the moment, I think, specifically, for the demand environment is very encouraging on the SMID side, a very strong flow on the RFP front, … nice strong demand environment, both large pharma and that SMID space we've always played in. … I think the RFP |

| FORWARD-LOOKING STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| | | environment for us has been pretty strong all year …but nice strong environment right now. And I think that sets us up really nicely for 2021 as well." (AC ¶ 121.) |
| Exhibit 11 (December 7, 2020 Press Release) | 12/07/2020 | "Our innovative product development model provides opportunities to drive accelerated growth across a wide range of customers, delivering deeper strategic insights and integrated expertise." (AC ¶ 124.) |
| Exhibit 12 (December 8, 2020 Analyst & Investor Day) | 12/08/2020 | Syneos expected to achieve "robust revenue growth" over the next three years … [and] announced revenue guidance for fiscal years 2022 and 2023 of "between 7% and 10%" growth each year. (AC ¶ 125.)<br><br>"We've driven a very strong clinical trailing 12-month book-to-bill of 1.41 times, producing year-over-year backlog growth of over 18%." (AC ¶ 128.)<br><br>"We have year-over-year clinical backlog growth of over 30% for the Top 50 pharma customers as of the end of third quarter." (AC ¶ 128.)<br><br>"We're very excited about our strong pipeline of additional opportunities. We currently have three partnerships driving over … $150 million of annual revenue and we expect to continue expanding this group of key customers." (AC ¶ 128.)<br><br>"For the third quarter, we experienced record awards and RFP flow for the SMID segment." (AC ¶ 128.)<br><br>"We have built a strong foundation for growth and we're focused on accelerating execution and growth over the next several years and we have the backlog, pipelines, and customer relationships to do so. We believe that Syneos Health is positioned for sustainable growth and margin expansion." (AC ¶ 129.) |

| FORWARD-LOOKING STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| Exhibit 14 (January 13, 2021 J.P. Morgan Industry Conference) | 01/13/2021 | "And then you'll see there that over 30% year-on-year backlog growth for us in that top 50, which shows that the accounts that we penetrated are turning into revenue generation."  (AC ¶ 135.)<br><br>"We are very keen on that [SMID] space. We see it as a great growth driver for the future."  (AC ¶ 135.)<br><br>"We made the investment in Synteract, continue to help us fuel that growth in a very hot end of the market, particularly within this SMID market, a hotter end of that market as well."  (AC ¶ 135.)<br><br>"We have a strong backlog growth in both sectors of the business, clinical at 18% . . . . We're very pleased with that."  (AC ¶ 135.) |
| Exhibit 17 (Q4 2020 Release) | 02/18/2021 | Clinical Solutions segment net new business awards of $1,299.3 million and $4,698.7 million for the three and twelve months ended December 31, 2020, representing book-to-bill ratios of 1.52x and 1.42x, respectively, and year-over-year backlog growth of 24.6% as of December 31, 2020.  (AC ¶ 139.)<br><br>These net new business awards contributed to an ending backlog of $10,951.1 million as of December 31, 2020, consisting of $10,239.5 million for Clinical Solutions and $711.6 million for the Deployment Solutions offering within Commercial Solutions.  (AC ¶ 139.)<br><br>"We remain confident in the long-term strength of our business given our record backlog, which we expect to fuel strong growth in both segments for the full year 2021."  (AC ¶ 140.) |
| Exhibit 15 (2020 Form 10-K) | 02/18/2021 | [T]he Company's Clinical Solutions segment net new business awards [were] $4,698.7 million for the 12 months ended December 31, 2020.  (AC ¶ 142.)<br><br>Syneos had an ending backlog of $10,951.1 million as of December 31, 2020, consisting of $10,239.5 million for Clinical Solutions.  (AC ¶ 142.) |

| FORWARD-LOOKING STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| Exhibit 16 (Q4 2020 Earnings Call) | 02/18/2021 | Syneos was "Building momentum" with "$5.9B of total TTM [Trailing Twelve Months] net awards and 1.33x TTM book-to-bill," "$4.7B of Clinical TTM net awards and 1.42x TTM book-to-bill," "Clinical Solutions ending backlog growth of 24.6% as of December 31, 2020," and "Clinical Solutions record backlog of $10.2B and Deployment Solutions record backlog of $0.7B."  (AC ¶ 145.) |
| Exhibit 21 (Q1 2021 Release) | 04/29/2021 | "Net new business awards of $1,548.8 million and $5,880.1 million for the three and twelve months ended March 31, 2021, representing book-to-bill ratios of 1.28x and 1.32x, respectively."  (AC ¶ 152.)<br><br>"[T]he Clinical Solutions segment net new business awards of $1,215.5 million and $4,720.1 million for the three and twelve months ended March 31, 2021, representing book-to-bill ratios of 1.30x and 1.39x, respectively, and year-over-year backlog growth of 22.5% as of March 31, 2021."  (AC ¶ 152.)<br><br>"[N]et new business awards contributed to an ending backlog of $11,218.0 million as of March 31, 2021, consisting of $10,509.9 million for Clinical Solution."  (AC ¶ 152.) |
| Exhibit 20 (Q1 2021 Form 10-Q) | 04/29/2021 | [T]he Company's Clinical Solutions segment net new business awards of $4,720.1 million and total net new business awards of $5,880.1 million for the 12 months ended March 31, 2021.  (AC ¶ 153.)<br><br>Syneos had an ending backlog of $11,218.0 million as of March 31, 2021, consisting of $10,509.9 million for Clinical Solutions.  (AC ¶ 153.) |
| Exhibit 19 (Q1 2021 Earnings Call) | 04/29/2021 | Syneos's Clinical Solutions segment is "well positioned for accelerated revenue growth" in 2021, with Syneos's "record ending backlog" and "record pipeline of new opportunities."  (AC ¶ 155.)<br><br>Reimbursable revenue will undergo "strong growth" in the Clinical Solutions segment.  (AC ¶ 156.) |

| FORWARD-LOOKING STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| | | Demand above pre-COVID-19 levels will "increase our backlog conversion and accelerate year-over-year Clinical Solutions revenue growth for the balance of this year."  (AC ¶ 157.)<br><br>An analyst described the ramp-up of site activations as "pretty remarkable" and inquired whether Syneos had sufficient staffing to meet this demand and maintain such an elevated pace. In response, Defendant Macdonald stated "yes, definitely, we can sustain it and grow it, actually."  (AC ¶ 158.)<br><br>"[O]ur integrated product offerings continue to fuel strong backlog growth."  (AC ¶ 159.)<br><br>"I think some of them are a delay in the delivery of the – of that program. So actually just pushes a couple of projects out of our awards window. So rather than starting within the next 12 months, they're pushing further back, so we have to take them out due to our bookings policy. So they will come back in at a later stage in 2021 as awards . . . It's just a couple of customers doing it, quite sizable, though, one of them. So I think we would have been at record probably book-to-bills if these haven't happened. So it's a very strong environment. I think 1.3x pretty good book-to-bill anyway. And on top of that, we would have had extra juice in the tank. So unfortunate for us that, that happens, but that's the nature of our business, right?"  (AC ¶ 161.)<br><br>"I mean, if you remember, Q4, it seems so long ago, we had a 1.5-plus book-to-bill. I can't remember the exact number, 1.55, somewhere around that. So throwing the 1.3 on top of that in Q1 feels good to me. Those projects that we've won, starting to get into start-up from the Q4 awards in Q2, plus you've got revenue that's still unlocking from the work that was pushed backwards out of 2020. So you've got that work coming back. You've got demand coming out of the market that we're taking share on. We've got new recruits coming through, so we're able to burn that revenue off pretty well. So yes, I'm very confident where we're sitting, looking at what we've got in terms of backlog and the coverage that we have through to the end of the year. We're off to a good start. We beat where we thought we were going to be and very optimistic about the rest of the year and out into 2022."  (AC ¶ 163.) |

| FORWARD-LOOKING STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| | | "And then as you look to quarter 2, you start to see the clinical business really rebound strongly given the year-over-year compare as well as all the things Alistair outlined relative to study start-up metrics."  (AC ¶ 164.)<br><br>"[A]t least on the clinical side, we'll see strong growth in the indirect as well."  (AC ¶ 165.) |
| Exhibit 28 (Q2 2021 Release) | 08/09/2021 | "Clinical Solutions net new business awards of $1,436.2 million for the second quarter, representing year-over-year growth of 21.2% and a book-to-bill ratio of 1.45x, and $4,971.5 million for the trailing twelve months, representing year-over-year growth of 8.2% and a book-to-bill ratio of 1.37x."  (AC ¶ 175.)<br><br>"Year-over-year ending backlog growth of 21.5% in Clinical Solutions and 17.8% in Deployment Solutions as of June 30, 2021."  (AC ¶ 175.)<br><br>"[B]oth Clinical and Commercial … delivered another quarter of strong awards, powering record backlog levels and fueling our robust growth expectations over the balance of 2021."  (AC ¶ 176.) |
| Exhibit 27 (Q2 2021 Form 10-Q) | 08/09/2021 | [T]he Company's Clinical Solutions segment net new business awards of $4,971.5 million and total net new business awards of $6,228.9 million for the 12 months ended June 30, 2021.  (AC ¶ 177.)<br><br>Syneos had an ending backlog of $11,685.3 million as of June 30, 2021, consisting of $10,966.9 million for Clinical Solutions, representing growth of 21.3% and 21.5%, respectively, compared to the same period in 2020.  (AC ¶ 177.) |
| Exhibit 26 (Q2 2021 Earnings Call) | 08/09/2021 | "We've got good, robust pipelines as you go into Q3 and very pleased with the demand environment that we're sitting [sic]."  (AC ¶ 179.)<br><br>"Under our awards policy for FSP services, we only included 12 months of services in our bookings, even though each agreement represented an initial term of at least 3 years. The remainder provides further fuel for growth in addition to our reported backlog. Driven by these strong sales, |

| FORWARD-LOOKING STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| | | record ending backlog that is up 21.5% and a robust pipeline of new opportunities, Clinical Solutions remains well positioned for strong revenue growth in the second half of 2021 and beyond." (AC ¶ 180.)<br><br>"[W]e continue to see really strong and it's been – it's really across all segments at this point and FSP and full-service. So from my perspective, I think that's going to continue on, especially as we've looked at our partnerships and as we look, continue to expand there. We've had this quarter a couple of new partnerships that we brought into the fold. We think those will continue to add volume as we go into the back half of this year and into '22." (AC ¶ 181.) |
| Exhibit 29 (September 15, 2021 Baird Industry Conference) | 09/15/2021 | "So we won a lot of work last year that sits well in our backlog for the next few years, will help us drive growth through '20 – through the near future. … So our growth will continue at pace." (AC ¶ 184.)<br><br>"[W]e have a very good SMID mix in the business, and we continue to have that. Despite the fact we have really good backlog growth in clinical from top 20. Those are going to be the drivers as we move into 2022 and 2023." (AC ¶ 185.) |
| Exhibit 32 (Q3 2021 Release) | 11/03/2021 | "Clinical Solutions net new business awards of $1,353.8 million for the third quarter, representing year-over-year growth of 35.0% and a book-to-bill ratio of 1.30x, and $5,322.2 million for the trailing twelve months, representing year-over-year growth of 12.3% and a book-to-bill ratio of 1.39x." (AC ¶ 190.)<br><br>"Year-over-year ending backlog growth of 22.3% in Clinical Solutions and 24.9% in Deployment Solutions as of September 30, 2021." (AC ¶ 190.)<br><br>"Our Clinical and Commercial teams again achieved double-digit growth fueled by strong demand for our innovative, integrated solutions, as demonstrated by our robust awards and backlog." (AC ¶ 191.) |

| FORWARD-LOOKING STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| Exhibit 31 (Q3 2021 Form 10-Q) | 11/03/2021 | [T]he Company's Clinical Solutions segment net new business awards [were] $5,322.2 million and total net new business awards [were] $6,653.3 million for the twelve months ended September 30, 2021.  (AC ¶ 192.)<br><br>Syneos had an ending backlog of $12,014.2 million as of September 30, 2021, consisting of $11,281.4 million for Clinical Solutions, representing growth of 22.5% and 21.3%, respectively, compared to the same period in 2020.  (AC ¶ 192.) |

| Exhibit 30 (Q3 2021 Earnings Call) | 11/03/2021 | "Our integrated offerings, those where we work across the product life cycle, fueled strong awards and backlog growth in both segments during this quarter. Both clinical and commercial continued their robust year-over-year growth in the quarter, and we now anticipate 2022 revenue growth rates above the midpoint we outlined during our investor event in December 2020."  (AC ¶ 194.) |
| --- | --- | --- |
| | | "The demand environment remains very healthy with strong pipelines ahead of us across our business in terms of RFPs, relationship discussions, new drug approvals and demand for our innovative models based around the Syneos One approach."  (AC ¶ 194.) |
| | | "Now for the 3 key highlights from the quarter. First, overall net awards grew by 35.1% year-over-year. This performance drove third quarter book-to-bill ratios of 1.30x for Clinical Solutions and 0.89x for Commercial Solutions, resulting in robust TTM book-to-bill ratios of 1.39x for clinical and 1.16x for commercial."  (AC ¶ 194.) |
| | | "Driven by these strong sales, record ending backlog that is up 22.3% year-over-year and a record pipeline of new opportunities, Clinical Solutions remains well positioned for robust revenue growth into 2022 and beyond."  (AC ¶ 195.) |
| | | "I think where we sit right now, good kind of backlog visibility through the whole year with both the – backlog that's coming through from clinical. ….  We also see very strong pipelines in terms of RFPs, discussions we're having with customers, work that's coming our way in terms of FSP. … And I think we just have a better look at 2022 in a healthier picture than we would normally see at this point. So we're happy to let that confidence come through a little bit in bringing the guide up a little touch for 2020."  (AC ¶ 197.) |
| | | "I think the flow that we're seeing, RFP is strong across the board, both large pharma and SMID. … There's fluctuations always in the biotech funding index, but the SMID customers who got lot of cash on hand, and we don't see that as an issue as we go forward. And certainly, from the pipe that we see, that is certainly not an issue that they see either. So I think that setup is good."  (AC ¶ 198.) |
| Exhibit 33 (November 18, 2021 Jefferies | 11/18/2021 | "You've seen, I think, an improvement overall over the last few years of the consistency and the scale of our book-to-bill that's driving the growth in the company."  (AC ¶ 202.) |

| FORWARD-LOOKING STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| Industry Conference) | | |
| Exhibit 34 (December 1, 2021 Fourth Annual Evercore ISI HealthCONx Virtual Conference) | 12/01/2021 | "And you see some of that in our numbers with our book-to-bill in both businesses on clinical being at 1.39 at the end of September and being at 1.16, both on a trailing 12-month basis for commercial. So it continues to be strong.  Pipelines at or near record levels, RFP flows good, really good across all customer segments. So end of the day, feel good about the demand environment at this time." (AC ¶ 203.)<br><br>"[I]f you think back to when we started talking about our large pharma partnerships that we've won in 2018, 2019, et cetera, a lot of those were oncology-focused, and you're starting to see that backlog build and come through." (AC ¶ 204.) |
| Exhibit 35 (January 12, 2022 J.P. Morgan 40th Annual Healthcare Conference) | 01/12/2022 | "And I think you'll see on the next slide here, the setup of the organization, really 77% of our revenue now comes from clinical, the rest from commercial. 19.8% year-to-date revenue growth, 22.3% ending growth, very healthy, very balanced across SMID and large pharma  and the ne[x]t 12 months – trailing 12 months [book to bill] in the 1.39, very strong, very aggressive, very consistent." (AC ¶ 205.) |
| Exhibit 38 (Q4 2021 Release) | 02/17/2022 | "Clinical Solutions net new business awards and book-to-bill ratios: [i]ncluding reimbursable out-of-pocket expenses, $357.1 million for the fourth quarter, a year-over-year decline of 72.9% and a book-to-bill ratio of 0.34x, and $4,362.6 million for the trailing twelve months, a year-over-year decline of 7.9% and a book-to-bill ratio of 1.09x.  Excluding reimbursable out-of-pocket expenses, $895.5 million for the fourth quarter, a year-over-year decline of 1.5% and a book-to-bill ratio of 1.26x, and $3,579.5 million for the trailing twelve months, year-over-year growth of 17.5% and a book-to-bill ratio of 1.34x." (AC ¶ 210.)<br><br>"Year-over-year ending backlog growth: [i]ncluding reimbursable out-of-pocket expenses, 2.9% in Clinical Solutions and 20.9% in Deployment Solutions as of December 31, 2021. Excluding |

| FORWARD-LOOKING STATEMENTS | | |
| --- | --- | --- |
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| | | reimbursable out-of-pocket expenses, 15.4% in Clinical Solutions and 25.8% in Deployment Solutions as of December 31, 2021." (AC ¶ 210.) |
| Exhibit 36 (2021 Form 10-K) | 02/17/2022 | [T]he Company's Clinical Solutions segment net new business awards [were] $4,362.6 million and total net new business awards [were] $5,732.7 million for the 12 months ended December 31, 2021. (AC ¶ 213.)<br><br>Syneos had an ending backlog of $11,427.6 million as of December 31, 2021, consisting of $10,567.3 million for Clinical Solutions, representing growth of 2.9% and 4.1%, respectively, compared to the same period in 2020.  (AC ¶ 213.)<br><br>"We have several customers with whom we have achieved 'preferred provider' or strategic alliance relationships. We define these customers as relationships from which we generate significant revenue and where we have executed master service agreements in addition to regularly scheduled strategy meetings to discuss the status of our relationship, and for which we serve as a preferred supplier of services. We have also entered into strategic agreements with small to mid-sized ('SMID') biopharmaceutical companies to develop their full portfolio of products from early clinical development through commercialization. We believe these relationships provide us enhanced opportunities for more business, although they are not a guarantee of future business." (AC ¶ 214.)<br><br>"We continue to experience strong SMID demand, as evidenced by double-digit growth in our request-for-proposal volumes in 2021 as compared to 2020."  (AC ¶ 214.) |
| Exhibit 37 (Q4 2021 Earnings Call) | 02/17/2022 | "These adjustments only impact our outlook for reimbursable expenses, not our view of underlying demand or profitability. We, therefore, remain confident in our expectations for strong growth and profitability in 2022." (AC ¶ 215.) |

| FORWARD-LOOKING STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| | | "[W]e remain confident in our expectations for low-double-digit clinical revenue growth for 2022, excluding the impact of reimbursable expenses, along with continued margin expansion."  (AC ¶ 215.) |
| Exhibit 40 (Q1 2022 Earnings Release) | 04/29/2022 | "Clinical Solutions net new business awards and book-to-bill ratios: [i]ncluding reimbursable out-of-pocket expenses, $1,241.9 million for the first quarter, year-over-year growth of 1.6% and a book-to-bill ratio of 1.22x, and $4,392.9 million for the trailing twelve months, a year-over-year decline of 7.1% and a book-to-bill ratio of 1.07x. Excluding reimbursable out-of-pocket expenses, $912.7 million for the first quarter, year-over-year growth of 20.3% and a book-to-bill ratio of 1.32x, and $3,743.4 million for the trailing twelve months, year-over-year growth of 22.6% and a book-to-bill ratio of 1.37x."  (AC ¶ 220.)<br><br>"Year-over-year ending backlog growth: [i]ncluding reimbursable out-of-pocket expenses, 2.5% in Clinical Solutions and 21.7% in Deployment Solutions as of March 31, 2022. Excluding reimbursable out-of-pocket expenses, 16.6% in Clinical Solutions and 26.4% in Deployment Solutions as of March 31, 2022."  (AC ¶ 220.)<br><br>"We expect continued growth propelled by customer adoption of our integrated solutions, recent acquisitions, and comprehensive Syneos One and Medical Affairs offerings."  (AC ¶ 221.) |
| Exhibit 41 (Q1 2022 Form 10-Q) | 04/29/2022 | [T]he Company's Clinical Solutions segment net new business awards [were] $4,392.9 million and total net new business awards [were] $5,792.5 million for the 12 months ended March 31, 2022. (AC ¶ 223.)<br><br>Syneos had an ending backlog of $11,634.1 million as of September 30, 2021, consisting of $10,772.3 million for Clinical Solutions, representing growth of 2.5% and 3.7%, respectively, compared to the same period in 2021.  (AC ¶ 223.) |
| Exhibit 39 (Q1 2022 Earnings Call) | 04/29/2022 | "Demand for our high-value solutions from development through commercialization remains healthy with robust new business pipelines across our organization. We continue to see sustained |

| FORWARD-LOOKING STATEMENTS | | |
| --- | --- | --- |
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| | | strong demand across all customer segments, including SMID customers, where RFP flow year-to-date exceeds the strong levels of 2021 and are well above pre-COVID levels. In addition, we are seeing more opportunities for preferred provider relationships with larger pharma customers as the impacts of the pandemic subside. This continued strong awards and backlog growth positions us for sustained long-term growth. We remain confident in the growth we have previously outlined for 2023 as we execute on our value-creation plan." (AC ¶ 225.) <br><br> "I think they're showing good growth against where we've been in the past even when we look back at 2021, which had a lot of the COVID catch-up in it, we're seeing the pipeline is equivalent to that. So we're not concerned by that. Add to that the fact that we're breaking in more and more to the large pharma, getting new relationships there, adding anchor tenants to the backlog through that." (AC ¶ 226.) |
| Exhibit 42 (June 8, 2022 Jefferies LLC 2022 Global Healthcare Conference) | 06/08/2022 | "I think the number 1 thing we're doing is diversifying to large pharma, right? I think that is absolutely going to be a great protective mechanism. … [I]f there was a protracted issue with biotech funding over 3, 4, 5 quarters, what would that mean to our growth in Clinical? Because this is a Clinical-specific thing. Our growth in Clinical, we believe would still be mid-single digits next year." (AC ¶ 227.) <br><br> "[W]hen you look at a book-to-bill of 1 or 1:1 over 3 or 4 quarters or the backlog burn rate extending, you get into that mid-single digit versus the 7% to 10% growth that we put out there for 2023. But right now, based on what we've seen, right, whether it's the pipeline of opportunities, it's the awards that we have and the backlog growth that we have year-to-date, which is 16-plus percent. We just don't see it. So we're still comfortable with 7% to 10%, but it would be mid-single digits if we had that sustain from here impact." (AC ¶ 227.) |
| Exhibit 45 (Q2 2022 Release) | 08/02/2022 | The Q2 2022 Release stated that Syneos was still on track to achieve 2022 revenues within a range of $5.44 billion to $5.54 billion. (AC ¶ 231.) |

| FORWARD-LOOKING STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| | | The Q2 2022 Release also stated that Syneos had achieved a book-to-bill ratio of 0.94x including reimbursable expenses and 1.29x excluding reimbursable expenses, respectively.  (AC ¶ 231.) <br><br> The Q2 2022 Release also stated that Syneos had a quarter-ending backlog in its Clinical Solutions segment of $6.98 billion excluding reimbursable expenses.  (AC ¶ 231.) |
| Exhibit 44 (Q2 2022 Form 10-Q) | 08/02/2022 | The Q2 2022 Form 10-Q highlighted the Company's Clinical Solutions segment net new business awards of $5,301.8 million and total net new business awards of $3,901.5 million for the twelve months ended June 30, 2022. The Q2 2022 Form 10-Q also stated that Syneos had an ending backlog of $11,456.0 million as of June 30, 2022, consisting of $10,634.4 million for Clinical Solutions.  (AC ¶ 232.) |
| Exhibit 43 (Q2 2022 Earnings Call) | 08/02/2022 | Syneos management remained "confident" in their ability "to drive clinical growth."  (AC ¶ 235.) <br><br> "[H]ealthy pipelines, good backlog growth, healthy end market. … Market demand is healthy, and our pipeline of opportunities remains comparable to 2021. Specific to our clinical SMID portfolio, our total pipeline of opportunities is up double digits compared to 2021."  (AC ¶ 235.) |
| Exhibit 47 (September 2022 Current Report) | 09/13/2022 | Syneos filed a current report on Form 8-K revealing that the Company expected to announce a book-to-bill ratio in its Clinical Solutions segment for the trailing 12 months ending September 30, 2022, in the range of 1.05x to 1.15x, excluding reimbursable expenses.  (AC ¶ 237.) |

| PUFFERY STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| Exhibit 2 (September 9, 2020 Baird Industry Conference) | 09/09/2020 | "The strategy that we have seems to be resonating very strongly with customers across all sectors." (AC ¶ 100.) |
| Exhibit 7 (Q3 2020 Release) | 10/29/2020 | "Our differentiated model continues to resonate with customers and our value proposition is further strengthened with our agreement to acquire Synteract." (AC ¶ 110.) |
| Exhibit 5 (Q3 2020 Earnings Call) | 10/29/2020 | "We continue to deliver on our strategy and remain confident in the long-term strength of our business, given our robust backlog and differentiated model." (AC ¶ 113.)<br><br>"[W]e had a strong quarter … demonstrating how our unique value proposition continues to resonate with our customers and our team continues to execute." (AC ¶ 114.)<br><br>"So been able to land Synteract, having a good cultural fit and relationship with their executive team already." (AC ¶ 115.) |
| Exhibit 11 (December 7, 2020 Press Release) | 12/07/2020 | "Our innovative product development model provides opportunities to drive accelerated growth across a wide range of customers, delivering deeper strategic insights and integrated expertise." (AC ¶ 124.) |
| Exhibit 12 (December 8, 2020 Analyst & Investor Day) | 12/08/2020 | Syneos was "at the forefront of this market shift to an agile, highly communicative, insights-driven, integrated product development approach." (AC ¶ 126.)<br><br>Syneos was effectively "integrating solutions" and "removing silos" between various phases of the product lifecycle and across expertise. (AC ¶ 126.)<br><br>Syneos's "collaborative approach across the business is resonating with our customers." (AC ¶ 126.) |

| PUFFERY STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| | | "We see our culture continuing to be a key differentiator in helping to attract and retain top talent, which in turn drives innovation and customer success." (AC ¶ 127.)<br><br>"While we're growing our share in large pharma, our legacy strength is in the small to mid-sized or SMID segment where we continue to enjoy an overweighed position relative to our total market share." (AC ¶ 128.)<br><br>"[O]ur unique Syneos One product offering continues to resonate strongly and help us to drive for this growth. Our end-to-end model can uniquely serve SMID customers, helping them to realize the full value of their compounds in the commercial marketplace via market access, commercial strategy and branding, enabling them to best optimize their clinical development program." (AC ¶ 128.)<br><br>"Our model, people, and culture are our competitive advantage." (AC ¶ 129.) |
| Exhibit 14 (January 13, 2021 J.P. Morgan Industry Conference) | 01/13/2021 | "And as we move forward, I think what we're seeing is a need and desire from our customers to see more innovation from service suppliers like Syneos Health. We're at the forefront of that. . . . So Illingworth is an example of that. We completed that acquisition in Q4. Happy to add that to the arsenal that we have here at Syneos Health and a big step forward for us in being able to deliver decentralized trials and to take regular trials through a decentralization process to be able to take the trial to the patient in their own home, taking down the burden, and enabling us to modernize the approach as we go. They're all critical in our mind for the continued differentiation of Syneos Health against competitors in what is becoming a more and more complex market. And I think that favors the larger CROs with the capabilities to bring technology and new service lines, new capabilities to customer delivery, to project designs. And I think that really helps us resonate in the market." (AC ¶ 134.) |

| PUFFERY STATEMENTS | | |
| --- | --- | --- |
| Source | Date | Alleged Misstatements (excerpts from Amended Complaint) |
| | | "The employees from Synteract have been fantastic. They've settled in very quickly, and we're seeing good performance from them from day one. So we're very pleased with that. It enables us to engage a different customer in the SMID space."  (AC ¶ 135.)<br><br>"We've helped a lot of customers navigate through the COVID experience by being able to move them very seamlessly, very painlessly to a digital, more remote approach, both in clinical and commercial. . . . We have enhanced our SMID position with the acquisition of Synteract. As I said before, we already have the leading position in that space."  (AC ¶ 135.) |
| Exhibit 17 (Q4 2020 Release) | 02/18/2021 | "Our innovative solutions, including Kinetic, continue to resonate with customers and we further strengthened our differentiated model with our acquisitions of Synteract, enhancing our SMID footprint, and Illingworth Research Group, further enabling our in-home capability for Decentralized Solutions."  (AC ¶ 140.) |
| Exhibit 15 (2020 Form 10-K) | 02/18/2021 | "With the acquisition (the 'Synteract Acquisition') of SHCR Holdings Corporation ('Synteract'), a company with a leading reputation among emerging biopharmaceutical companies, we have also enhanced our leading position for serving customers across the small to mid-sized ('SMID') category, further diversifying our customer base and expanding support to the high-growth emerging biopharmaceutical segment."  (AC ¶ 143) |
| Exhibit 16 (Q4 2020 Earnings Call) | 02/18/2021 | "[O]ur growing portfolio of innovative and integrated product development solutions continues to resonate with customers of all sizes."  (AC ¶ 144.) |
| Exhibit 21 (Q1 2021 Release) | 04/29/2021 | "Our integrated product development model, purpose-built to drive greater success for customers, continues to fuel robust backlog growth while delivering on the key drivers of our Value Creation Plan.'"  (AC ¶ 152.) |

| PUFFERY STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| Exhibit 19 (Q1 2021 Earnings Call) | 04/29/2021 | Syneos's "enhanced processes," "more horsepower," and "more automated and more streamlined" processes allow it to effectively execute despite the increased demand environment.  (AC ¶ 158.) |
| Exhibit 23 (Jefferies 2021 Virtual Healthcare Conference) | 06/02/2021 | "And what we've seen from that is our ability to accelerate customer outcomes and customer success by compressing the dead space between activities and making – building in commercialization, requirements, materials, data into the clinical trials as we design them and deploy them."  (AC ¶ 172.) |
| Exhibit 28 (Q2 2021 Release) | 08/09/2021 | "Our unique strategy continues to resonate in the market, with our integrated product offerings and commercial expertise improving engagement across sites, patients and HCPs, while accelerating performance and increasing participant diversity."  (AC ¶ 176.) |
| Exhibit 26 (Q2 2021 Earnings Call) | 08/09/2021 | "And I think the innovation that we're bringing to customers in terms of integrating products and selling doing more cross-selling, et cetera as well as the full end-to-end Syneos One has put us in a really strong position."  (AC ¶ 179.)<br><br>"We got a lot of strength in the SMID. We're the leader in the SMID sector."  (AC ¶ 183.) |
| Exhibit 32 (Q3 2021 Release) | 11/03/2021 | "We delivered another strong quarter of results demonstrating the strength of our differentiated product development strategy and continued momentum in the market, exceeding the midpoint of our guidance across all financial metrics . . . . Our Clinical and Commercial teams again achieved double-digit growth fueled by strong demand for our innovative, integrated solutions, as demonstrated by our robust awards and backlog."  (AC ¶ 191.) |
| Exhibit 30 (Q3 2021 Earnings Call) | 11/03/2021 | "I am delighted to report another quarter of strong results, demonstrating the enthusiastic customer response to our differentiated product development strategy and our continued market momentum."  (AC ¶ 194.) |

| PUFFERY STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| | | "The demand environment remains very healthy with strong pipelines ahead of us across our business in terms of RFPs, relationship discussions, new drug approvals and demand for our innovative models based around the Syneos One approach."  (AC ¶ 194.)<br><br>"And obviously, the Syneos One model and the integrated commercial solution that we have is a very good model for those folks to take those products through to the market. So I think we see all that."  (AC ¶ 197.)<br><br>"We, I think, have the most compelling SMID offering in the market, and it's a healthy part of the market."  (AC ¶ 198.) |
| Exhibit 38 (Q4 2021 Release) | 02/17/2022 | "Strong fundamentals and execution across our business, combined with innovative, integrated clinical and commercial capabilities enabled by data and technology, drove robust earnings and cash flow growth in the fourth quarter and full year 2021 . . . The market for our services remains strong, driven in part by customer adoption of our unique product development strategy, new drug approvals and biotech funding."  (AC ¶ 211.) |
| Exhibit 40 (Q1 2022 Earnings Release) | 04/29/2022 | "Strong fundamentals and execution, powered by innovative data and technology insights drove robust earnings and profitability growth in the first quarter . . . . Our product development expertise is enabling us to deliver against our strategy and accelerate customer success. We expect continued growth propelled by customer adoption of our integrated solutions, recent acquisitions, and comprehensive Syneos One and Medical Affairs offerings."  (AC ¶ 221.) |
| Exhibit 39 (Q1 2022 Earnings Call) | 04/29/2022 | "We have good engagement with customers."  (AC ¶ 226.) |

| VAGUE STATEMENTS OF CORPORATE OPTIMISM | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| Exhibit 2 (September 9, 2020 Baird Industry Conference) | 09/09/2020 | Syneos was beginning to enjoy "pent-up demand." (AC ¶ 100.)<br><br>"And really, we've been positioning the organization over the last few years to drive accelerated revenue and margin growth." (AC ¶ 100.)<br><br>"Now clinical bookings momentum has been very good over the last several quarters." (AC ¶ 100.)<br><br>"And with net awards growth driving at 10% year-over-year growth, it put us in a very strong position. We're in a very strong market. Our position in that market is growing and strengthening. The strategy that we have seems to be resonating very strongly with customers across all sectors. So we see the engagement in that growth, not just in the SMID sector where we traditionally grew up, but also now that we're in that large pharma sector." (AC ¶ 100.)<br><br>"[W]hat we've seen is that biotech funding index is starting to manifest itself in a very strong SMID pipeline," "the pipeline is good," and "I think healthy pipeline is out there. I think that we're very lucky to be in an industry that's pretty robust." (AC ¶ 101.)<br><br>One slide titled "Positioned for Accelerated Revenue and Margin Growth: Syneos Health Investment Highlights." (AC ¶ 102.) |
| Exhibit 4 (October 28, 2020 Syneos Press Release) | 10/28/2020 | "Syneos Health continues to experience strong SMID demand with double digit year-over-year pipeline growth." (AC ¶ 108.) |
| Exhibit 9 (Q3 2020 Release) | 10/29/2020 | "Our differentiated model continues to resonate with customers and our value proposition is further strengthened with our agreement to acquire Synteract . . . . As we look ahead to 2021 and beyond, we're building a strong foundation for growth, coming off a quarter with record backlog, high market demand and robust pipelines." (AC ¶ 110.) |

| VAGUE STATEMENTS OF CORPORATE OPTIMISM | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| Exhibit 5 (Q3 2020 Earnings Call) | 10/29/2020 | "Our Clinical pipeline remains robust across customer segments."  (AC ¶ 113.)<br><br>"We continue to deliver on our strategy and remain confident in the long-term strength of our business, given our robust backlog and differentiated model. We expect strong growth in both of our segments in 2021"  (AC ¶ 113.)<br><br>"[W]e just see that [SMID] segment getting hotter and hotter."  (AC ¶ 115.) |
| Exhibit 8 (November 9, 2020 Credit Suisse Industry Conference) | 11/09/2020 | "[O]ur pipelines remain robust, right, right across the business in clinical and commercial," "pipelines look good. RFP flow continues to be sound," and "the pipeline really starts to shape up nicely heading into quarter 4 and into 2021."  (AC ¶ 120.) |
| Exhibit 9 (November 19, 2020 Jefferies Industry Conference) | 11/19/2020 | "And what we're seeing at the moment, I think, specifically, for the demand environment is very encouraging on the SMID side, a very strong flow on the RFP front, … nice strong demand environment, both large pharma and that SMID space we've always played in. So we're very encouraged with that.  … I think the RFP environment for us has been pretty strong all year, … nice strong environment right now. And I think that sets us up really nicely for 2021 as well."  (AC ¶ 121.) |
| Exhibit 11 (December 7, 2020 Press Release) | 12/07/2020 | "Our innovative product development model provides opportunities to drive accelerated growth across a wide range of customers, delivering deeper strategic insights and integrated expertise."  (AC ¶ 124.) |
| Exhibit 12 (December 8, 2020 Analyst & Investor Day) | 12/08/2020 | Syneos expected to achieve "robust revenue growth" over the next three years … [and] announced revenue guidance for fiscal years 2022 and 2023 of "between 7% and 10%" growth each year.  (AC ¶ 125.) |

| VAGUE STATEMENTS OF CORPORATE OPTIMISM | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| | | Syneos's "collaborative approach across the business is resonating with our customers" and part of a "value creation plan" that "provides the financial road map for growth." (AC ¶ 126.)<br><br>"We're very excited about our strong pipeline of additional opportunities. We currently have three partnerships driving over a $150 million of annual revenue and we expect to continue expanding this group of key customers." (AC ¶ 128.)<br><br>"It's important to understand the strength of the market that Synteract plays in and the strategic rationale for our combination." (AC ¶ 128.)<br><br>"We have built a strong foundation for growth and we're focused on accelerating execution and growth over the next several years and we have the backlog, pipelines, and customer relationships to do so. We believe that Syneos Health is positioned for sustainable growth and margin expansion." (AC ¶ 129.) |
| Exhibit 13 (December 10, 2020 Press Release) | 12/10/2020 | "With Synteract, we are answering the strong demand we are seeing in the small- to mid-sized space, fueled by near all-time high funding." (AC ¶ 130.) |
| Exhibit 14 (January 13, 2021 J.P. Morgan Industry Conference) | 01/13/2021 | "[W]e feel good engagement from those [top 50] customers, we have good position with them, we've worked out how we deliver all them, and I think that's a very promising start to a much larger penetration in the large pharma sector." (AC ¶ 135.)<br><br>"We made the investment in Synteract, continue to help us fuel that growth in a very hot end of the market, particularly within this SMID market, a hotter end of that market as well." (AC ¶ 135.)<br><br>"[W]e've had strong pipelines, and we've been able to secure great positions, not just with large pharma, but also in that SMID sector." (AC ¶ 135.) |

| VAGUE STATEMENTS OF CORPORATE OPTIMISM | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| | | "We are very keen on that [SMID] space. We see it as a great growth driver for the future." (AC ¶ 135.) |
| Exhibit 17 (Q4 2020 Release) | 02/18/2021 | "We remain confident in the long-term strength of our business given our record backlog, which we expect to fuel strong growth in both segments for the full year 2021." (AC ¶ 140.) |
| Exhibit 15 (2020 Form 10-K) | 02/18/2021 | "We have several customers with whom we have achieved 'preferred provider' or strategic alliance relationships. We define these customers as relationships from which we generate significant revenue and where we have executed master service agreements in addition to regularly scheduled strategy meetings to discuss the status of our relationship, and for which we serve as a preferred supplier of services. We believe these relationships provide us enhanced opportunities for more business, although they are not a guarantee of future business." (AC ¶ 143.)<br><br>"We continue to experience strong SMID demand, as evidenced by double-digit growth in our request-for-proposal volumes in 2020 as compared to 2019." (AC ¶ 143.) |
| Exhibit 21 (Q1 2021 Release) | 04/29/2021 | "Our integrated product development model, purpose-built to drive greater success for customers, continues to fuel robust backlog growth while delivering on the key drivers of our Value Creation Plan." (AC ¶ 152.) |
| Exhibit 19 (Q1 2021 Earnings Call) | 04/29/2021 | Syneos is experiencing "strong demand" and its Clinical Solutions segment is "well positioned for accelerated revenue growth" in 2021, with Syneos's "record ending backlog" and "record pipeline of new opportunities." (AC ¶ 155.)<br><br>Reimbursable revenue will undergo "strong growth" in the Clinical Solutions segment. (AC ¶ 156.)<br><br>Demand above pre-COVID-19 levels will "increase our backlog conversion and accelerate year-over-year Clinical Solutions revenue growth for the balance of this year." (AC ¶ 157.) |

| VAGUE STATEMENTS OF CORPORATE OPTIMISM | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| | | An analyst described the ramp-up of site activations as "pretty remarkable" and inquired whether Syneos had sufficient staffing to meet this demand and maintain such an elevated pace. In response, Defendant Macdonald stated "yes, definitely, we can sustain it and grow it, actually."  (AC ¶ 158.)<br><br>"Our clinical team also delivered a record quarter of gross awards, further demonstrating the strong demand we are experiencing."  (AC ¶ 160.)<br><br>The "demand environment is strong, good. I think we have record RFPs in clinical."  (AC ¶ 162)<br><br>"Those projects that we've won, starting to get into start-up from the Q4 awards in Q2, plus you've got revenue that's still unlocking from the work that was pushed backwards out of 2020. So you've got that work coming back. You've got demand coming out of the market that we're taking share on. We've got new recruits coming through, so we're able to burn that revenue off pretty well. So yes, I'm very confident where we're sitting, looking at what we've got in terms of backlog and the coverage that we have through to the end of the year. We're off to a good start. We beat where we thought we were going to be and very optimistic about the rest of the year and out into 2022."  (AC ¶ 163.)<br><br>"And then as you look to quarter 2, you start to see the clinical business really rebound strongly given the year-over-year compare as well as all the things Alistair outlined relative to study start-up metrics . . . ."  (AC ¶ 164.)<br><br>"[A]t least on the clinical side, we'll see strong growth in the indirect as well … I don't see anything wrong with the demand environment."  (AC ¶ 165.) |
| Exhibit 25 (Goldman Sachs 42nd Annual Global Healthcare | 06/09/2021 | "I mean the RFP flow environment, Bob, is as strong as we've seen it, right? I mean it really started moving in a really healthy clip in February, March and has continued to be really strong we look at it sequentially and year-over-year. And we've talked about we had a record pipe coming into quarter 2 and the RFP flow continues to be strong. And really, that's right across the customer |

| VAGE STATEMENTS OF CORPORATE OPTIMISM | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| Virtual Conference) | | segments that we have in terms of how we think about our top 20 and then 21 to 50 in small to mid. So it's been strong right across the business." (AC ¶ 174.) |
| Exhibit 28 (Q2 2021 Release) | 08/09/2021 | "[B]oth Clinical and Commercial … delivered another quarter of strong awards, powering record backlog levels and fueling our robust growth expectations over the balance of 2021." (AC ¶ 176.) |
| Exhibit 26 (Q2 2021 Earnings Call) | 08/09/2021 | "We've got good, robust pipelines as you go into Q3 and very pleased with the demand environment that we're sitting.  And I think the innovation that we're bringing to customers in terms of integrating products and selling doing more cross-selling, et cetera as well as the full end-to-end Syneos One has put us in a really strong position." (AC ¶ 179.) <br><br>"Driven by these strong sales, record ending backlog that is up 21.5% and a robust pipeline of new opportunities, Clinical Solutions remains well positioned for strong revenue growth in the second half of 2021 and beyond." (AC ¶ 180.) <br><br>"I mean I think we are seeing a very robust environment from all sectors, both clinical, commercial, SMID and large in both sectors as well. So a good, healthy environment." (AC ¶ 181.) <br><br>"[W]e continue to see really strong and it's been – it's really across all segments at this point and FSP and full-service. So from my perspective, I think that's going to continue on, especially as we've looked at our partnerships and as we look, continue to expand there. We've had this quarter a couple of new partnerships that we brought into the fold. We think those will continue to add volume as we go into the back half of this year and into '22." (AC ¶ 181.) <br><br>"We got a lot of strength in the SMID. We're the leader in the SMID sector. So we expect that, but I think that's particularly strong for us this time." (AC ¶ 183.) |
| Exhibit 29 (September 15, 2021 Baird | 09/15/2021 | "So we won a lot of work last year that sits well in our backlog for the next few years, will help us drive growth through '20 – through the near future. … So our growth will continue at pace. And |

| VAGUE STATEMENTS OF CORPORATE OPTIMISM | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| Industry Conference) | | we're pretty happy with where we sit in terms of what the mix of our backlog is and the position that we're in." (AC ¶ 184.) <br><br> "[W]e have a very good SMID mix in the business, and we continue to have that. Despite the fact we have really good backlog growth in clinical from top 20. Those are going to be the drivers as we move into 2022 and 2023." (AC ¶ 185.) |
| Exhibit 30 (Q3 2021 Earnings Call) | 11/03/2021 | "[W]e now anticipate 2022 revenue growth rates above the midpoint we outlined during our investor event in December 2020." (AC ¶ 194.) <br><br> "The demand environment remains very healthy with strong pipelines ahead of us across our business in terms of RFPs, relationship discussions, new drug approvals and demand for our innovative models based around the Syneos One approach." (AC ¶ 194.) <br><br> "Driven by these strong sales, record ending backlog that is up 22.3% year-over-year and a record pipeline of new opportunities, Clinical Solutions remains well positioned for robust revenue growth into 2022 and beyond." (AC ¶ 195.) <br><br> "I think where we sit right now, good kind of backlog visibility through the whole year with both the – backlog that's coming through from clinical. … We also see very strong pipelines in terms of RFPs, discussions we're having with customers, work that's coming our way in terms of FSP. So it's really a nice setup right across the business. We're seeing it accelerate. And I think we just have a better look at 2022 in a healthier picture than we would normally see at this point. So we're happy to let that confidence come through a little bit in bringing the guide up a little touch for 2020." (AC ¶ 197.) <br><br> "I think the flow that we're seeing, RFP is strong across the board, both large pharma and SMID. We've been really working on strategies to drive more penetration into the large pharma. That was one of the imperatives of the merger rights get that scale to get into large pharma, where that scale is important. So we're seeing that. There's fluctuations always in the biotech funding index, but |

| | | **VAGUE STATEMENTS OF CORPORATE OPTIMISM** |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| | | the SMID customers who got lot of cash on hand, and we don't see that as an issue as we go forward. And certainly, from the pipe that we see, that is certainly not an issue that they see either. So I think that setup is good." (AC ¶ 198.) |
| Exhibit 34 (December 1, 2021 Fourth Annual Evercore ISI HealthCONx Virtual Conference) | 12/01/2021 | "Pipelines at or near record levels, RFP flows good, really good across all customer segments. So end of the day, feel good about the demand environment at this time." (AC ¶ 203.)<br><br>"[I]f you think back to when we started talking about our large pharma partnerships that we've won in 2018, 2019, et cetera, a lot of those were oncology-focused, and you're starting to see that backlog build and come through … So both areas, we're really strong at now. We have good customer relationships, good capabilities, good pipelines, and that's just resulting in that business becoming a larger piece of our portfolio." (AC ¶ 204.) |
| Exhibit 35 (January 12, 2022 J.P. Morgan 40th Annual Healthcare Conference) | 01/12/2022 | "And I think you'll see on the next slide here, the setup of the organization, really 77% of our revenue now comes from clinical, the rest from commercial. 19.8% year-to-date revenue growth, 22.3% ending growth, very healthy, very balanced across SMID and large pharma  and the ne[x]t 12 months – trailing 12 months [book to bill] in the 1.39, very strong, very aggressive, very consistent." (AC ¶ 205.) |
| Exhibit 36 (2021 Form 10-K) | 02/17/2022 | "Our 2020 acquisition of Synteract further enhanced our leading position for serving customers across the SMID category, diversifying our customer base and expanding support to the high-growth emerging biopharmaceutical segment.  We continue to experience strong SMID demand, as evidenced by double-digit growth in our request-for-proposal volumes in 2021 as compared to 2020." (AC ¶ 214.) |
| Exhibit 37 (Q4 2021 Earnings Call) | 02/17/2022 | "We, therefore, remain confident in our expectations for strong growth and profitability in 2022." (AC ¶ 215.)<br><br>"The demand environment remains healthy, both in terms of macro market dynamics and robust new business pipelines across our organization … we remain confident in our expectations for low- |

| VAGUE STATEMENTS OF CORPORATE OPTIMISM | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| | | double-digit clinical revenue growth for 2022, excluding the impact of reimbursable expenses, along with continued margin expansion." (AC ¶ 215.) |
| Exhibit 40 (Q1 2022 Earnings Release) | 04/29/2022 | "Strong fundamentals and execution, powered by innovative data and technology insights drove robust earnings and profitability growth in the first quarter . . . . Our product development expertise is enabling us to deliver against our strategy and accelerate customer success. We expect continued growth propelled by customer adoption of our integrated solutions, recent acquisitions, and comprehensive Syneos One and Medical Affairs offerings." (AC ¶ 221.) |
| Exhibit 39 (Q1 2022 Earnings Call) | 04/29/2022 | "Demand for our high-value solutions from development through commercialization remains healthy with robust new business pipelines across our organization. We continue to see sustained strong demand across all customer segments, including SMID customers, where RFP flow year-to-date exceeds the strong levels of 2021 and are well above pre-COVID levels. In addition, we are seeing more opportunities for preferred provider relationships with larger pharma customers as the impacts of the pandemic subside. This continued strong awards and backlog growth positions us for sustained long-term growth. We remain confident in the growth we have previously outlined for 2023 as we execute on our value-creation plan." (AC ¶ 225.)<br><br>"We see that is still pretty strong. It's moving along. We have good engagement with customers, I think the fact that we're able to take those customers with a very different model now with Syneos One wrapped around it, the ability to go end to end. And we look at the private funding in the biotech space, the big equity houses putting money to work through their biotech, et cetera. … But for us, those channels combined are healthy. I think they're showing good growth against where we've been in the past even when we look back at 2021, which had a lot of the COVID catch-up in it, we're seeing the pipeline is equivalent to that. So we're not concerned by that. Add to that the fact that we're breaking in more and more to the large pharma, getting new relationships there, adding anchor tenants to the backlog through that. It's a very healthy picture for us. So funding environment, fine; good engagement with the customers. We're not seeing that as an issue at all. " (AC ¶ 226.) |

| VAGUE STATEMENTS OF CORPORATE OPTIMISM | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Amended Complaint)** |
| Exhibit 42 (June 8, 2022 Jefferies LLC 2022 Global Healthcare Conference) | 06/08/2022 | "I think the number 1 thing we're doing is diversifying to large pharma, right? I think that is absolutely going to be a great protective mechanism." (AC ¶ 227.) |

| UNSOURCED ALLEGATIONS |
|---|
| "But things were not as Defendants portrayed them to be. In truth, the INC Research and inVentiv Health merger that created Syneos had been a disaster and by 2020 the combined Company was plagued by known, but undisclosed, long-standing quality, technological, cultural, and operational problems causing customers to pull significant amounts of business away from Syneos; Syneos was simply unable to compete." (AC ¶ 7.) |
| "The conclusions were stark: Despite what Defendants were telling the market, they knew Syneos's quality issues and data limitations were having a devastating – but undisclosed – impact on its clinical business and the Company's Clinical Solutions segment was neither healthy nor growing. Syneos had shown that it was unable to successfully compete for new business or retain renewal customers who were aware of Syneos's quality and service failures. And, by late 2020, Defendants were well aware that as a consequence of these failures, the Clinical Solutions segment was experiencing negative growth." (AC ¶ 8.) |
| "Yet, despite persistent quality shortcomings and service failures plaguing the clinical business and hampering that segment's growth, Syneos and the Individual Defendants falsely told investors and the market that Syneos was experiencing record growth. Defendants reported that the Company's Clinical Operations segment was achieving or exceeding its targets, while falsely generating backlog, net new business, and book-to-bill metrics." (AC ¶ 9.) |
| "Syneos altered its cost estimates and manipulated cost-of-completion thresholds to inflate its backlog, net new business awards, and book-to-bill ratios. When contracts were terminated, such as when two large oncology clinical trials were cancelled in early 2021, Defendants declined to remove business from the backlog to avoid the negative impact the removal would have on the Company's reported performance metrics. Defendants also improperly included in backlog a $100 million bonus award to be awarded upon successfully completing eight clinical trials over a number of years. The Company kept the potential $100 million bonus in backlog even though the Clinical team failed to achieve the first milestone required in the first year of the contract to earn the bonus. Further still, Defendants included in backlog three to four years of business value from functional service provider ('FSP') agreements, including on contracts that never came to fruition, even though Defendants falsely assured investors they would only include the first year of the value in backlog." (AC ¶ 10.) |
| "The Company's inability to compete and win new and repeat business was well-known and routinely discussed within Syneos. The entire sales organization was required to report their numbers on a weekly basis, received weekly email updates tracking sales to target, and had weekly Monday sales calls that analyzed their tracking to target metrics. As a result, the sales organization knew where the Company was in terms of tracking to target. In each quarter from January 2020 through May 2022, the Company was a couple hundred-million-dollars short of its target. But regardless of the size of the gap, miraculously, Syneos always made it up and hit their target each month and each quarter." (AC ¶ 11.) |

| UNSOURCED ALLEGATIONS |
|---|
| "Defendant Meggs performed this miracle through a culture of fear. When he was brought certain figures indicating a shortfall, he simply said 'No' until he received the numbers he wanted." (AC ¶ 12.) |
| "From September 9, 2020 through November 3, 2022, Defendants falsely portrayed to investors and the market that the Company was securing new and renewal business to refill the backlog and falsely engineered the Company's new business metrics and favorable results. Defendants used these manipulations to hide from investors the Company's critical quality failures in clinical trials. By booking overstated or nonexistent business awards into backlog, manipulating expenses, and pulling future business into the current period, Defendants falsely portrayed Syneos's Clinical Operations segment as thriving when exactly the opposite was true. While hiding their manipulations and the Company's critical failures in its clinical unit from investors, Defendants caused the price of Syneos stock to soar, reaching all-time highs of more than $100 per share by December 2021." (AC ¶ 13.) |
| "The Company's pervasive qualitative and technological failures decimated its ability to compete for and secure legitimate and organic new and renewal business to refill its backlog. Therefore, the Company began to run out of ways in which to engineer favorable backlog, net new business awards, and book-to-bill ratios." (AC ¶ 15.) |
| "But this was not the worst of it, and while the Company's February 17, 2022 announcement was bad, Defendants failed to fully disclose the magnitude by which they had overstated its clinical metrics or the underlying competitive and service failures plaguing the clinical business." (AC ¶ 17.) |
| "Yet even after the disappointing Q1 2022 results and Defendant Macdonald's departure, Defendants continue to obfuscate the full truth." (AC ¶ 18.) |
| "But again, Defendants failed to fully reveal the magnitude of the chaos in its clinical unit and the full extent of the resulting consequences." (AC ¶ 19.) |
| "Because of their positions with the Company and their access to material non-public information available to them but not to the public, the Individual Defendants knew of and participated in the fraudulent scheme alleged herein, knew and/or recklessly disregarded that the adverse facts specified herein had not been disclosed to and were being concealed from the public, and knew and/or recklessly disregarded that the affirmative representations being made were then materially false and misleading." (AC ¶ 36.) |
| "But Syneos's resurgence was a lie and falsely engineered by Defendants. Indeed, unbeknownst to the investing public, but known to and concealed by Defendants, Syneos was plagued by undisclosed, long-standing quality, technological, and cultural problems that caused |

| UNSOURCED ALLEGATIONS |
|---|
| clients to cancel in droves and refuse to resign. Syneos's inability to deliver the clinical and project management services demanded by its clients was seriously impacting the Company and its pipeline of potential new awards and its backlog of awards already reported to investors." (AC ¶ 49.) |
| "Defendants knew about these [competitive] gaps from the time of the 2018 merger and by no later than mid-2020 knew the Company's technology shortcomings were hurting business. By November 2020, the Company was forecasting negative growth across its business and had already begun a comprehensive review of its Clinical Solutions business to determine why its clients were pulling work from the Company. The results of that review – and the serious problems facing the Company – were being discussed at the highest levels of the Company. In its review, the Company identified the problems plaguing its Clinical Services segment, examined their impact on the Company's revenue and growth rate, made a number of key findings and recommendations, listed the areas for change, and examined the Company's progress in addressing these issues against its plan of action (which had apparently already been adopted)." (AC ¶ 51.) |
| "Syneos's business development capabilities had been critically impaired by recent workforce reductions, leadership and operational changes, and labor force turmoil. Contrary to Defendants' Class Period statements about the Company's great work environment and strengths as an employer, Syneos maintained and perpetuated a toxic culture which contributed to high turnover and exacerbated the Company's critical quality failures." (AC ¶ 54.) |
| "Former President of Clinical Solutions, Paul Colvin and former Director of Business Development, Becky Brown, created serious issues within the Company leading to a huge turnover of Project Managers, particularly within Clinical, which resulted in a further deterioration of Syneos's quality." (AC ¶ 55.) |
| "Even as Syneos brought on otherwise qualified people, they were 'thrown to the wolves' as soon as they started working at the Company, were not trained, and were given 'zero guidance.' They were, however, still expected to meet deadlines. The high turnover on projects resulted in a lack of continuity, delays and quality issues, which, in turn, led to a loss of business." (AC ¶ 56.) |
| "Syneos was unable to retain analysts because of the poor management and the lack of training and support led to horrible turnover across the board, including Project Managers and CRAs (Clinical Research Associates)." (AC ¶ 57.) |
| "In addition, the Company struggled to integrate inVentiv Health and INC Research, leading to a bloated and confused organizational structure further complicated by the subsequent acquisitions Illingworth Research Group ('Illingworth') and SHCR Holdings Corporation ('Synteract') in December 2020. For example, Syneos never had a centralized network to combine the accounting systems of inVentiv Health, INC Research, and other acquired companies. By 2021, the Company had 11 separate accounts receivable systems and nine accounts |

| UNSOURCED ALLEGATIONS |
|---|
| payable systems. This made invoicing and paying bills for customers a logistical nightmare. Similarly, the Company had no centralized network for communicating via email between its worldwide locations. As a result, Syneos's rapid corporate growth and increased complexity left the Company unable to timely respond to its clients' needs, provide effective service across its full suite of promised product offerings, or efficiently work across its various product and service groups. The increased prevalence of remote monitoring and decentralized clinical trials during the pandemic had exposed and highlighted these problems. Syneos lacked the necessary tools possessed by its competitors to successfully run remote and decentralized trials, such as certain data visualization and statistical modeling capabilities, and the Company had failed to adapt to changing business demands. Indeed, many of Synteract's customers were unhappy with the Syneos acquisition and within 6-12 months of the deal Syneos lost approximately 30%-40% of Synteract customers, with some customers voicing their unhappiness with the deal prior to closing." (AC ¶ 59.) |
| "In addition to not creating a network for its own finance department, during the Class Period, Syneos lacked an integrated client portal to allow clients to access their data and performance metrics on their projects. Such a portal was a basic feature that other CROs offered to their clients and without one Syneos was required to manually create reports and then send them to the Company's clients by email. Therefore, instead of clients being able to instantly access vital data from their clinical trials, they would be subject to delays of multiple days or even weeks to get access to data that other CRO competitors offered instantaneously via an online portal clients could access remotely." (AC ¶ 60.) |
| "Syneos's lack of such a portal, among other qualitative reasons, hindered Syneos's ability to win new business, causing would-be repeat customers to be reluctant to work with Syneos on future engagements. Indeed, after being acquired by Syneos, Synteract CEO Steve Powell expressed shock as he learned that Syneos lacked a client portal. And at least one pharmaceutical client indicated it would not re-sign with Syneos because the Company did not have a client portal and was plagued by data quality problems. That client complained that the manual reports received from Syneos instead of accessing the data via a portal had to be redone." (AC ¶ 61.) |
| "Plagued by serious quality issues and critical technological shortcomings, Syneos lagged its peers in providing remote clinical capabilities and was struggling to catch up to its peers in this new business environment. As a result, Syneos was failing to effectively perform under its existing contracts, ultimately causing Syneos to lose new business, fail to secure contract renewals, and cede market share to its rivals. Moreover, the Company's reimbursable revenue stream had been fundamentally diminished as customers persisted in seeking remote work and limiting the number of on-site clinical trials. Consequently, Syneos's backlog had been artificially inflated by hundreds of millions of dollars in reimbursable expenses that Defendants knew would never be realized, which created the false impression that Syneos was enjoying robust client demand when in fact its backlog was inflated and its business was floundering." (AC ¶ 62.) |

| UNSOURCED ALLEGATIONS |
|---|
| "And although one of the Company's Class Period initiatives was technology and the implementation of a portal was a primary focus – Defendant Macdonald was the executive sponsor of the portal initiative – only in Q1 2022 did Syneos finally takes steps to remedy their technological failures, when they launched Clinical Reimagined. By the end of the Class Period, however, the Company had still not launched an integrated client portal." (AC ¶ 63.) |
| "The lack of an integrated client data portal was only one of Syneos's technological shortcomings causing poor quality services and leading to a loss of substantial business. And while Defendants held themselves out as 'innovative' and emphasized the Company's ability to 'deliver[] deeper strategic insights and integrated expertise,' ¶124, by late 2020 and continuing throughout the Class Period, they knew that Syneos's inability to deliver quality clinical services was adversely impacting the Company's ability to win new and renewal business awards. The Company's quality failures were routinely discussed by Syneos senior management, including during monthly ELT meetings (of which Defendants Macdonald, Meggs, Keefe, and Colvin were members). The ELT meetings were used to plan, facilitate, and review the status of Syneos's strategic initiatives, and to discuss other topics such as HR and IT. By November 2020, the Company, as part of the ELT meetings, began a comprehensive review of its Clinical Solutions business to determine why its clients were pulling work from the Company. The results of that review – and the serious problems facing the Company – were being discussed at the highest levels of the Company." (AC ¶ 64.) |
| "The situation was clear: contrary to what Defendants were telling investors, the Company's Clinical Solutions business was neither healthy nor growing and the consequences were dire." (AC ¶ 67.) |
| "As the Company was struggling to attract and win new business, top executives, including Defendants, began looking for ways to keep the Company's numbers up, to buy themselves enough time to dump tens of millions of dollars in Syneos common stock before they had to disclose the Company's problems to the market. In each quarter from January 2020 through May 2022, Syneos was several hundred million dollars short of its revenue target." (AC ¶ 71.) |
| "To 'find' the revenue necessary to fill the hole, the Company manipulated and inflated its performance metrics, including its backlog, and prematurely recognized revenue. This was accomplished in several ways. Also, when contracts were cancelled, amounts in the backlog would not be removed. For example, two large oncology clinical trials were cancelled in early 2021. When the business unit CFO Mike Donovan tried to have these trials removed from the backlog, higher-ups refused, due to concern about the negative impact on the Company's book-to-bill ratio." (AC ¶ 72.) |
| "Similarly, during the Class Period, Syneos entered into a large agreement with a big pharma company to conduct eight clinical trials over a number of years. The entire value of these contracts was hundreds of millions of dollars, and if Syneos achieved certain milestones on-time |

| UNSOURCED ALLEGATIONS |
|---|
| in all of the clinical trials, then Syneos could receive a $100 million bonus. Syneos missed the first milestone in the first clinical trial but still accounted for the potential $100 million bonus in backlog. Syneos even went so far as to amend the language in the contract so that the auditors would support the recognition of the bonus in the backlog even though the amended language did not change the requirements under the contract." (AC ¶ 73.) |
| "Syneos's FSP contracts can have five-year terms. And while Syneos assured investors and the market that it would only book to backlog one year of authorizations, Syneos routinely took two to three years authorization value from its FSP agreements after business unit CFOs were ordered to 'find it.' In other situations, even worse, Syneos took authorizations and booked to backlog projects that never came to fruition. This practice of taking authorizations far out into the future or before approval – ordered by Defendants Meggs and Colvin – allowed the Company to pull-in backlog at the end of each quarter, to improperly inflate projected revenue." (AC ¶ 74.) |
| "Syneos also manipulated change orders that were additional amounts added to contracts or clinical trials because the scope of work had changed, and would increase the total revenue value of the contract. These orders required separate agreements and sign offs by the sponsor. Another way in which Syneos inflated backlog was by including change orders even when customers had not agreed to or signed a change order. For example, Syneos would treat a $2 million change order as finalized without a customer signature and the additional $2 million would be added to backlog." (AC ¶ 75.) |
| "Reimbursable expenses (also called 'indirect costs' or 'pass-through costs') were also used to inflate the backlog. Indirect costs for a given clinical trial were estimated by Syneos, which were oftentimes inflated and entered directly into the backlog. If actual costs are lower than the Company's estimates, they should be removed from backlog. For example, if Syneos estimated $2 million in indirect costs on a given clinical trial but realized only $1 million in revenue, then the other $1 million should be removed from backlog; this is revenue that will never be realized. Syneos was reluctant to remove the inflated indirect costs from the backlog because doing so would have an adverse impact on the book-to-bill ratio. Bekki Brown (President of Clinical Development), Kaitlyn Stadiem (Vice President of Business Finance), Jennifer Fillman (Clinical Solutions CFO), Victoria Moore (Vice President of Business Finance, Clinical Solutions), and Michael Donovan (Business Unit CFO for Ooncology [sic]) knew of the reluctance to remove the inflated reimbursable expenses from backlog and the impact on the book-to-bill ratios. And Jennifer Fillman (Clinical Solutions CFO), Victoria Moore (Vice President of Business Finance, Clinical Solutions), and Michael Donovan (Business Unit CFO for Oncology) discussed these practices and the impact this would have on the Company and warned that the practices could amount to fraud. Fillman and Moore were specifically warned that Syneos's actions with respect to reimbursable expenses could amount to fraud. To accommodate these practices, Syneos had a practice by which they would extend the month-end close until the numbers had reached certain pre-determined amounts." (AC ¶ 76.) |

| UNSOURCED ALLEGATIONS |
|---|
| "Indeed, the entire Syneos sales organization reported their numbers on a weekly basis, received weekly email updates on their tracking to target, and had weekly Monday sales calls that analyzed their tracking to target metric. The Executive Vice President of Operations, Head of Commercial Michelle Keefe, the Head of Sales, and all of the sales representatives participated in these Monday calls and Executive Vice President of Sales Operations Management Jonathan Boykin was in charge of reporting the numbers with the Head of Sales and Operations. The entire sales organization knew where the Company was in terms of tracking to target, and regardless of the size of the gap, Syneos always made it up." (AC ¶ 81.) |
| "One way in which Syneos made up for gaps to target was by manipulating the way in which it recognized such revenue. Although Syneos publicly claimed to employ a conservative revenue-recognition policy, Syneos took advantage and manipulated these rules to inflate and improperly recognize revenue in a couple of ways. First, the Company did not estimate costs correctly and, while the costs were front-end loaded because the enrollment period was the most costly and time-consuming part of most trials, the underestimation of costs resulted in revenue being recognized on an expedited basis or early in the clinical trial. For example, in a clinical trial expected to take five years to complete with expected revenues of $10 million, Syneos would forecast the costs to complete the trial, e.g., $6 million in costs. … As such, using the example above if $2 million in costs have already been incurred then the trial is 33% complete and 33% of the revenue can be recognized. However, in many instances, Syneos 'overburned,' meaning it went over its estimated costs, and the costs would ultimately need to be reassessed. The Company reassessed and then estimated the new costs to total $8 million, instead of the previous $6 million cost estimate. If $4 million in costs were already expended and the Company had therefore recognized 66% of the $10 million in total revenue, the reassessment of costs at $8 million would suggest that only 50% of revenue had been earned. In that example, $1.6 million in revenue should be reversed. However, Syneos would recognize when beneficial but not reverse when it was reassessed. Instead, a plan would be put in motion to justify the costs already expended by, for example, by lowering cost estimates going forward, even though this was not realistic." (AC ¶ 82.) |
| "Through these efforts, the Company was able to 'find' hundreds of millions of dollars of revenue, and suddenly the Company hit its targets after being behind its numbers as the quarter was wrapping up. Over time, this contract caused Syneos' backlog, book-to-bill and net new business awards to be overstated." (AC ¶ 83.) |
| "Undeterred, Company executives shrugged off warnings from business unit CFOs and pressed on, hoping that new business, particularly on the commercial side, would fill the gap. Rather than reversing the revenue, the Company doubled down on its practices, which continued until the Company had no choice but to disclose the struggles of its clinical segment to the market." (AC ¶ 86.) |

| UNSOURCED ALLEGATIONS |
|---|
| "Before Keefe was named CEO, there were internal discussions and disagreements within Syneos on whether to report reimbursable expenses and Defendant Keefe was not keen on reporting such figures." (AC ¶ 92.) |
| "As the Company's known and persistent qualitative and technological failure and its inability to compete for and attract new business, particularly with repeat customers who were acutely aware of the Company's failures, caught up with them, the Company was unable to fill its pipeline with new business and, as a result, was unable to continue engaging in its revenue-recognition practices and backlog manipulations. Eventually, as explained further below, the Company ran out of backlog from which to pull revenue and had to disclose its virtually non-existent pipeline to the market, causing Syneos's stock price to crash." (AC ¶ 97.) |
| "Defendants failed to disclose the following adverse facts pertaining to the Company's business, operations, financial condition, and financial performance, which were known to Defendants or recklessly disregarded by them as follows: |
| (a) the Company's business operations, including its ability to generate useful and accurate data for its customers' clinical trials, were severely impaired by quality and performance issues that in turn adversely impacted the Company's ability to deliver on its contractual obligations with its customers, as described above (¶¶49-70). …  |
| (b) Syneos was suffering from acute competitive disadvantages, including with respect to technology, that prevented the Company from winning new business and retaining existing customers. As clinical trials moved to remote monitoring and decentralized administration: (i) Syneos failed to adapt to changing business demands in the wake of the COVID-19 and lacked the critical tools necessary to successfully run remote and decentralized trials, such as certain data visualization, statistical modeling capabilities, and the client data portal Defendant Macdonald had sponsored but never delivered (¶¶49–70); (ii) Syneos failed to timely implement a technology-enhanced delivery model that its customers demanded (*i.e.*, a client portal) (¶¶59-63); and Syneos's existing operating model was ladened with complexities, redundancies, and layers of unnecessary work for its customers (¶59), all of which led to Syneos's inability to respond with agility to its clients' needs and impaired the Company's ability to fulfill its contractual obligations. ¶¶52, 53, 58, 66. As a result, Syneos lost existing business and was unable to secure new post-revenue and renewal SMID business from customers, who were acutely aware of the Company's quality issues and data limitations. ¶¶52, 58, 59.  |
| (c) Syneos's performance capabilities had been materially impaired by workforce problems and high turnover stemming from leadership failings, operational changes, a toxic culture, and labor force turmoil which impacted the Company's ability to properly service its clinical customers and produce quality clinical data, maintain relationships with current customers, and generate and secure new business opportunities. ¶¶54-57, 59-66. The Company's toxic work culture and workforce turmoil was caused in part by Defendants Colvin's and Meggs's directive to find backlog at all costs (e.g., 'find it' (¶71)) to the exclusion of producing quality clinical solution services (¶¶49-70), and contributed to high turnover, exacerbating the Company's critical quality failures. ¶¶54-57. Even as Syneos brought on otherwise qualified |

| UNSOURCED ALLEGATIONS |
|---|

people, they were unable to retain project managers because of the poor management, lack of training, 'zero guidance' and improper focus on building backlog. ¶56. The lack of support and training led to horrible turnover across the Board, including with critical Project Managers and CRAs (Clinical Research Associates), as described above. ¶57;

(d) Syneos struggled to integrate acquisitions made before and during the Class Period, including INC research and inVentiv, leading to a bloated and confused organizational structure. Syneos's rapid growth and increased complexity left the Company unable to timely respond to its clients' needs, provide effective service across its full suite of promised product offerings, or efficiently work across its various product and service groups. ¶59. …

(e) Syneos's quality and service failures (¶¶49-70), workforce retention problems, organizational and leadership problems, and toxic work environment (¶¶54-57), inability to respond to customers' needs and expectations and inability to offer technology-based solutions such as a client portal (¶¶59-70), and inability to provide its customers with quality clinical trial data (¶¶54-57, 59-66) were causing the Company to lose significant business and fail to secure new business, as described above (¶¶52, 58, 59);

(f) the Company's reported backlog, net new business awards, and book-to-bill ratios were not accurate as Defendants inflated backlog and manipulated its book-to-bill ratios by, for example, (i) including new awards in backlog before contracts were signed or where a purported 'written commitment' for an award was either not in place or was too vague or undefined to be reliably added to backlog, (ii) including new or increased awards in backlog before change orders were agreed upon by sponsors, (iii) underestimating costs to increase reported backlog, (iv) failing to remove cancelled awards from backlog, and (v) including in backlog three to four years of business value for FSP awards, rather than the 12 months of value Syneos represented it was taking.

(g) Defendants artificially inflated Syneos's reported backlog by at least $500 million by including in backlog revenue, including reimbursable out-of-pocket expenses, that the Company knew it would never collect. ¶¶94-95. Defendants manipulated estimated costs to alter percentage-of-completion targets and overestimate future revenues from long-term contracts including reimbursable expense figures which were entered directly into backlog. ¶¶76, 82, 83. As a result, the Company's reported backlog, net new business awards, and book-to-bill ratios were all overstated. Furthermore, Syneos failed to properly reduce backlog including reimbursable out-of-pocket expenses as contacts were delayed or canceled, because doing so would adversely impact the Company's net new business awards and book-to-bill ratios. ¶¶83-86; and

(h) As a result of ¶¶49-70 above, Syneos's reputation as a competent and reliable Contract Research Organization was severely damaged in the marketplace causing the Company's net new business awards and win rates to severely decline."

(AC ¶¶ 105, 117, 131, 136, 148, 168, 186, 199, 206, 217, 228.)

| UNSOURCED ALLEGATIONS |
|---|
| "Defendants knew that Syneos was at risk of losing other clients due to its inability to deliver the clinical monitoring and project management services it promised to provide. Aware of these issues as early as November 2020, the Company had already identified its quality control problems and developed a plan of action in an effort to stem the flow of business elsewhere. *Id*. And despite this plan, Defendants knew they were projecting negative year-over-year growth in fiscal year 2021 for Syneos's Clinical Solutions segment." (AC ¶ 253(a).) |
| "Additionally, Macdonald, Meggs, and Colvin were told by other Syneos executives that dissatisfied clients were pulling projects out of the Syneos pipeline as a reaction to quality issues with existing projects." (AC ¶ 253(b).) |
| "To hide the Company's crippling operational deficiencies and continuing to falsely portray Syneos's clinical business as growing and healthy, the Individual Defendants knowingly reported manipulated reimbursable out-out-pocket expenses and backlog metrics." (AC ¶ 265.) |
| "First, the Individual Defendants directed or were complicit in including a backlog award value far beyond the 12 month 'maximum' they assured investors they were doing. Syneos was taking authorizations from projects that never came to fruition; they were taking at least two years, if not three years of authorization value from its FSP agreements. And as Syneos needed to 'grow' the backlog in subsequent months or quarters, they would continue to pull in future award value from increasingly distant periods. This practice of taking authorizations far out into the future – which Meggs knew about – allowed the Company to pull future award value into the current backlog at the end of each quarter to improperly inflate projected revenue." (AC ¶ 266.) |
| "Second, the Individual Defendants directed or were complicit in retaining businesses awards in backlog even after the contracts were terminated or when collection of the business award value was not probable. For example, when two large oncology clinical trials were cancelled in early 2021, the CFO of the oncology business unit tried to have these trials removed from the backlog. But higher-ups refused, due to the negative impact the removal would have on the Company's book-to-bill ratio. Similarly, during the Class Period, Syneos entered into a large agreement with a big pharma company to conduct eight clinical trials over a number of years. The entire value of these contracts was hundreds of millions of dollars, and if Syneos achieved certain milestones on time in all of the clinical trials then Syneos could receive a $100 million bonus. Syneos missed the first milestone in the first clinical trial but still accounted for the potential $100 million bonus in backlog. Syneos even went so far as to amend the language in the contract so that the auditors would support the recognition of the bonus in the backlog even though the amended language did not change the requirements under the contract. Similarly, in November or December 2022, Syneos's senior leadership asked an employee to issue a $1.6 million invoice, over her explicit objection, for a milestone related to cleaning patient data, despite the fact that the work had not been completed and Syneos would not be able to prove the data had been cleaned." (AC ¶ 267.) |

| UNSOURCED ALLEGATIONS |
|---|
| "Defendants also inflated backlog by increasing the award value by including change order, even though the customer had not agreed or signed on to the change order. Nevertheless, Syneos would treat a $2 million change order as finalized without a customer signature and not only would the additional $2 million be added to backlog but it would also increase revenue recognition; if the previous contract amount was $10 million and there was 80% of costs incurred then Syneos would now record revenue on 80% of a $12 million contract instead of 80% of $10 million contract."  (AC ¶ 268.) |
| "Third, the Individual Defendants directed or were complicit in the manipulation and overstatement of reimbursable out-of-pocket expenses. For example, if Syneos estimated $2 million in indirect costs on a given clinical trial but realized only $1 million in revenue, then the other $1 million should be removed from backlog; this is revenue that will never be realized. Syneos was reluctant to remove the inflated indirect costs from the backlog because doing so would have an adverse impact on the book-to-bill ratio. Bekki Brown (President of Clinical Development), Kaitlyn Stadiem (Vice President Business Finance), Jennifer Fillman (Clinical Solutions CFO), Victoria Moore (Vice President Business Finance, Clinical Solutions), and Michael Donovan (Business Unit CFO) were involved in and/or aware of the reluctance to remove the inflated reimbursable expenses from backlog and the impact on book-to-bill ratio. After the month-end close, these individuals and the business unit CFOs met with Meggs to present the consolidated financials. Fillman, Moore, and Donovan discussed these practices and the impact this would have on the Company, warning that the practices could amount to fraud. To accommodate these practices, Syneos had a practice by which they would extend the month-end close until the numbers had reached certain pre-determined amounts."  (AC ¶ 269.) |
| "The Company also did not estimate costs accurately and, while the costs were front-end loaded because the enrollment period was the most costly and time-consuming part of most trials, the underestimation of costs resulted in revenue being recognized on an expedited basis or earlier in the clinical trial. For example, in a clinical trial expected to take five years to complete with expected revenues of $10 million, Syneos would forecast the costs to complete the trial, *e.g.*, $6 million in costs. Costs expended are used to assess how far along the clinical trial is, as opposed to the amount of time that has passed, and milestones or percentage completion is determined by the expenses incurred. As such, using the example above if $2 million in costs have already been incurred then the trial is 33% complete and 33% of the revenue can be recognized. However, in many instances, Syneos 'overburned,' meaning it went over its estimated costs, and the costs would ultimately need to be reassessed. If the Company reassessed and then estimated the new costs to total $8 million, instead of the previous $6 million cost estimate. If $4 million in costs were already expended and the Company had therefore recognized 66% of the $10 million in total revenue, the reassessment of costs at $8 million would suggest that only 50% of revenue had been earned. In that example, $1.6 million in revenue should be reversed. However, Syneos would recognize when beneficial but not reverse when it was reassessed. Instead, Defendants would implement a plan to justify to the customer the costs already expended by, for example, assuring the client that they would supposedly save costs going forward, even though this was not realistic."  (AC ¶ 271.) |

| UNSOURCED ALLEGATIONS |
|---|
| "The manipulation of the reimbursable expenses and backlog was not a secret within Syneos. For example, the entire Syneos sales organization reported their numbers on a weekly basis, received weekly email updates on their tracking to target, and had weekly Monday sales calls that analyzed their tracking to target metric. The Executive Vice President of Operations, Head of Commercial, Defendant Keefe, Head of Sales, and all of the sales representatives participated in these Monday calls. The Executive Vice President of Sales Operations Management Jonathan Boykin was in charge of reporting the numbers with the Head of Sales and Operations. The entire sales organization knew where the Company was in terms of tracking to target, and in each of the quarters from at least January 2020 through May 2022, there would be at least a couple hundred-million-dollar shortfall – often between $400 and $500 million – to make their revenue target. Regardless of the size of the gap, Syneos always made it up." (AC ¶ 272.) |
| "And the Individual Defendants directed these efforts. . . .When Meggs was brought certain figures indicating a shortfall, he simply said 'No' until he received the numbers he wanted." (AC ¶ 273.) |
| "Similarly, at monthly meetings to discuss month-end financials, Bekki Brown directed members of project teams to change estimates to completion on clinical trials in order to recognize more revenue. These revenue totals were then consolidated and presented to Defendant Meggs. Brown would then issue directors to find more revenue in various ways to increase revenues before the end of the quarter or year." (AC ¶ 274.) |
| "As set forth above, the Company withheld Item 303 disclosures from investors throughout the Class Period, including that Syneos lacked the ability to deliver quality clinical services and generate useful and accurate data from its clinical trials, was severely impaired by quality and performance issues that in turn adversely impacted the Company's ability to deliver on the contractual obligations required under agreements with its customers, and lacked the tools and technological resources to compete for and secure new post-revenue or renewal business." (AC ¶ 322.) |
| "Further, Syneos failed to fully integrate recent acquisitions and its various product teams and had been unable to respond with agility to its clients' needs, all of which impaired the Company's ability to provide comprehensive or effective customer engagement across its product portfolio and led to Syneos losing post-revenue business and renewal business from existing customers." (AC ¶ 325.) |
| "These poor-quality trends and technological deficiencies, which Defendants failed to disclose, prevented Syneos from competing for new post-revenue and renewal business and had impact of Syneos's win-rate and backlog metrics. In fact, as was discussed at monthly ELT Meetings, the ongoing trends, events, or uncertainties concerning these accounts were reasonably likely to have – and were in fact then having a material effect on the Company's financial condition, operational situation, and results of operations." (AC ¶ 326.) |

| UNSOURCED ALLEGATIONS |
|---|
| "In addition, and as discussed above, while the internal technological and competitive trends at Syneos were having a materially negative impact on the Company's backlog and operational situation (¶¶49-70), Syneos was routinely engaging in monthly and quarterly activities to inflate its backlog metrics and mask declining win-rates and backlog metrics (¶¶72-85), a trend, event, or uncertainty that was known to Syneos and was reasonably likely to have material effects on the Company's financial condition or results of operations."  (AC ¶ 327.) |
| "During the Class Period, as detailed herein, Defendants schemed to deceive investors and the market, and engaged in a course of conduct that artificially inflated the price of Syneos common stock and operated as a fraud or deceit on members of the Class who purchased Syneos stock by misrepresenting and omitting material information about the true nature of the Company's backlog, net new business awards, and book-to-bill ratios."  (AC ¶ 336.) |
| "Defendants and the Company's officers, management, and agents, individually and in concert, directly and indirectly, engaged and participated in a continuous course of conduct to conceal adverse material information about the true nature of the Company's backlog, net new business awards, and book-to-bill ratios; (ii) Syneos's quality, technology, data, and turnover problems; and (iii) the Company's inability to retain and compete for and secure new and renewal business."  (AC ¶ 356.) |