## APPENDIX C

### ALLEGED POST-CLASS PERIOD "ADMISSIONS"

| Alleged "Admissions" Cited in Amended Complaint | Context Missing from Amended Complaint |
|---|---|
| **November 4, 2022 Q3 2022 Earnings Call (Ex. 48) and Exhibit 99.1 Q3 2022 Earnings Release (Ex. 49)** | |
| **AC ¶ 21**:    Defendant Keefe admitted that the Company's operations had been in disarray for at least 18 months because of staffing challenges, leadership changes, execution mishaps, and the inability to effectively integrate recent acquisitions, and she subsequently admitted that while they had taken recent "steps . . . to address the post-revenue SMID cohort," they lacked the technological offerings to "be more competitive." | • "We are disappointed in our third quarter results, as we experienced more significant headwinds in net awards, revenue and margins in the quarter ***than we had anticipated***."[1]  (Ex. 49 at 2; *see also* Ex. 48 at 3.) |
| **AC ¶ 58**:  Almost two years later, after the end of the Class Period, on November 4, 2022, Defendant Keefe admitted that Syneos's operations had been experiencing undisclosed turmoil over the preceding 18 months as a result of its inability to provide the clinical trial services its clients demanded. ¶¶241-45-[*sic*]. And Keefe admitted that the Company had failed to timely implement a technology-enhanced delivery model for its customers. ¶244. Specifically, Keefe stated that Syneos's "SMID customers are clear that they want Syneos . . . to deliver therapeutic insights but with enhanced agility," and to that end Syneos was still "working to reduce the complexity of our full-service operating model [and] streamline our organization and processes" in order to provide "an efficient and effective delivery | • "Total company year-over-year revenue contracted by 0.9% for the third quarter, compared to the prior year. In Clinical Solutions, revenue declined 3.5%, primarily related to reimbursable expenses and the impact of foreign exchange. Excluding reimbursable expenses and on a constant currency basis, Clinical Solutions revenue grew 6.9%, driven primarily by growth in our large pharma business, partially offset by backlog conversion delays and lower revenue from COVID-related projects. Our clinical growth was below our expectations, primarily due to the impact of lower net awards and delays in backlog conversion, along with customer delays in our FSP business."  (Ex. 48 at 3, *see id*. at 5–6; *see also* Ex. 49 at 2, 4.) <br><br> • "Revenue of $4,033.2 million increased 5.0% on a reported basis and 7.2% on a constant currency basis for the nine |

---

[1] Unless otherwise indicated all emphasis added.

| Alleged "Admissions" Cited in Amended Complaint | Context Missing from Amended Complaint |
|---|---|
| model supported by . . . technology enhancements." *Id.* Keefe's stunning admission that Syneos's SMID customers were not renewing its business with Syneos and delaying award decisions stands in stark contrast to Defendant Macdonald's, and even Keefe's own statements during the Class Period that Syneos was dominating a "really hot" SMID market that was "getting hotter and hotter," and that Syneos's SMID customer base was strong and growing. Throughout the Class Period, Defendants knew of and wrestled with their competitive and technological shortcoming, but they failed to disclose them to investors. | months ended September 30, 2022, compared to the same period in the prior year. Clinical Solutions revenue increased 2.5% on a reported basis and 4.8% on a constant currency basis to $3,047.3 million." (Ex. 49 at 2 (discussing year-to-date revenue).)<br><br>• "Our core issues with clinical net new business and revenue growth are primarily with small- to mid-sized biotech customers, where we historically maintained a leading position. While demand from these customers has been impacted by the macroeconomic factors, *we now believe* that these headwinds are more specific to Syneos Health." (Ex. 48 at 3–4.) |
| **AC ¶ 98**:  On November 4, 2022, Syneos reported a Clinical Solutions book-to-bill ratio of just 0.18x – one-tenth of the amount anticipated by some analysts, with several calling the disappointing results "unprecedented." Syneos received just $182 million in clinical net new business awards during the quarter, representing an 87% year-over-year decline and nearly $1 billion below the amount expected by some analysts. On a related earnings call, new CEO Defendant Keefe revealed that the Company's operations had been in disarray for at least 18 months because of staffing challenges, leadership changes, execution mishaps, and the inability to effectively integrate recent acquisitions. As detailed herein, during a subsequent investor call Defendant Keefe indicated the issues extended even further back in time, although the problems were not previously disclosed to investors and contradicted Defendants' Class Period statements. | • "We believe that as we have grown in recent years, our clinical operating model had [*sic*] begun to lose its traditional strengths of agility and leadership engagement that was critical to this post-revenue SMID customers, which began to negatively impact our opportunities for a repeat business." (Ex. 48 at 4.)<br><br>• "…we saw delays in award decisions from SMID customers at a *higher volume in September than we experienced in June* and experienced an *unexpected decline* in our overall clinical SMID win rate during Q3." (Ex. 48 at 4.)<br><br>• "We are *taking decisive actions* to address these issues — including accelerating Clinical Reimagined, enhancing business development, improving visibility and increasing efficiency — in order to improve our performance moving forward." (Ex. 49 at 2; *see also* Ex. 48 at 4.) |
| **AC ¶ 242**: On November 4, 2022, Syneos Health conducted a conference call with securities analysts to discuss the devasting | |

| Alleged "Admissions" Cited in Amended Complaint | Context Missing from Amended Complaint |
|---|---|
| [*sic*] results for third quarter of 2022 ("Q3 2022") reported by the Company. Although Defendants were well aware throughout the Class Period of the undisclosed turmoil wreaking havoc on Syneos's operations and financial performance, Defendants disclosed to investors for the first time that underlying demand issues that were 'specific to Syneos' caused the Company's win rate to plummet. Defendant Keefe revealed for the first time that "a number of leadership and organizational changes within strategic business development over the last 18 months" caused Syneos's operations to experience undisclosed turmoil. As a result, Defendant Keefe revealed that not only had the Company's win rate declined but also that Syneos was unable to convert its bloated backlog to revenue that existing customers were delaying decisions to retain Syneos. Even worse, Defendant Keefe revealed that the Company's request for proposal ("RFP") process had slowed significantly and that existing customers for whom Syneos has already completed work including clinical trials were not willing to re-sign with the Company. | • Ms. Keefe stated that: "***Over the last few months***, I've spent a great deal of time with our customers to gain a full understanding of what is important to them and how we are performing against their expectations." (Ex. 48 at 4, *see id.* at 7 ("***Following my evaluation of our business and strategy in recent months***…").) <br><br> • "***Clinical Reimagined was launched in Q1 2022*** and is working to reduce the complexity of our full service operating model, streamline our organization and processes, enhance our customer engagement, and infuse innovation and insights throughout our clinical operations. We believe the result would be an efficient and effective delivery model, supported by our technology enhancements, designed to build momentum, with our projects and customers, leading to improved backlog conversion and net awards, including repeat business." (Ex. 48 at 4.) |
| **AC ¶ 243**:  During the November 4, 2022 conference call, Defendant Keefe revealed for the first time what insiders at the Company had known since before the beginning of the Class Period that the horrendous quality problems plaguing the Syneos's ability to deliver on its clinical operation model to produce outstanding clinical trials data damaged the Company's reputation with its hallmark SMID customers. Defendant Keefe admitted that these problems negatively impacted the Company's ability to win repeat business. Defendant Keefe further admitted that the Company's book-to-bill ratio was one-tenth the size from a year prior. As to customer delays, Defendant Keefe also admitted that the Company did not have visibility as to when | • "The upgrades and talent and investments we previously outlined are already addressing these issues. But to put it plainly, ***it has been more extensive and taken longer than we expected***. Most importantly, we have already deployed our new operating model across a number of customers, and we are receiving overwhelmingly positive feedback." (Ex. 48 at 4.) <br><br> • "We've undertaken a full review of our organization to ensure we have the appropriate size and scope for our current business and will continue to drive longer term margin expansion." (Ex. 48 at 5.) |

| Alleged "Admissions" Cited in Amended Complaint | Context Missing from Amended Complaint |
|---|---|
| those delays could be repaired such that the Company would realize revenue. | • During Q&A, an analyst asked for Syneos to "dive into that [SMID] segment a little more, and kind of try to pull the curtain back on what's happening there?" (Ex. 48 at 8.) Ms. Keefe responded: "So, I want to be specific, ***our Q3 surprise was the reduction in awards from post-revenue SMIDs***, and we also had a reduction in our normal repeat business awards. . . . And so, when we really looked into why are we seeing this, and ***we didn't even see it until September***, a couple of things happened. The first one was, our strike rates had go down in that segment and, secondly, we had more than our fair share of pushes out of Q3 into Q4 in that segment. We've identified a couple of things, and we've now realigned all of our business development efforts around that. The first is that when we really looked at repeat business, and I went out and talked to customers, the main thing I was hearing is, we love your therapeutic insights, we want you to be more agile, we want you to work closer with us to really design the best solution. And, candidly, we were not integrating all the great capabilities we've developed and acquired over the last 12 to 18 months consistently into our [ph] bid defenses (00:24:20) and our relationships with those customers. The good news is, where we have done that, we've had phenomenally overwhelming positive feedback. So, I feel confident we understand what the issue is, and we are already taking steps to improve that from a business development perspective, as well as our existing project teams working in those customer segments to make sure they understand what those customers expect from us." (Ex. 48 at 8.) |
| **AC ¶ 244**:  During the November 4, 2022 conference call, Defendant Keefe further admitted that the Company had failed to timely implement a technology-enhanced delivery model that its customers demanded. Specifically, Keefe stated that Syneos's "SMID customers are clear that they want Syneos . . . to deliver therapeutic insights, but with enhanced agility," and to that end Syneos was "working to reduce the complexity of our full-service operating model [and] streamline our organization and processes" in order to provide "an efficient and effective delivery model supported by . . . technology enhancements." However, as Keefe "put it plainly, it has been more extensive and taken longer than we expected" and "[a]s a result, we did not evolve our business development capabilities to fully leverage our integrated solutions or effectively engage our customers within the current competitive environment." Keefe added that Syneos was still "strengthening our approach . . . to design the best delivery strategy for each customer opportunity, enabled by technology and shared insights." Michael Brooks, Syneos's Chief Development Officer, added that Syneos was "removing redundancies and layers within the organization that . . . historically had gotten in the way of exceptional delivery." | |
| **AC ¶ 245**:  Keefe further clarified that poor results and lower revenue were not just caused by delays in decisions, but were driven by a "reduction in awards from post revenue SMID" as well as "a reduction in our normal ***repeat*** business awards" which "were down probably somewhere between 30% and | • During Q&A, an analyst asked about whether "lower bookings in the quarter affected revenue in the quarter," to which Ms. |

| Alleged "Admissions" Cited in Amended Complaint | Context Missing from Amended Complaint |
|---|---|
| 50%." And she further admitted that awards losses for repeat business were caused by Syneos's lack of agility and failure to "***integrat[e] all the great capabilities we've developed and acquired over the last 12 to 18 months, consistently into our good defenses and our relationships with those customers***." (emphasis in original). | Keefe responded by stating that "the Q3 revenue mix, right, commercial and reimbursables were in line with the prior guide. The lower revenue was due to lower awards and customer delays" and explaining the customer delays were in "full service, some delays in FSP, and some of it was FX…So remember, we do have some short cycle businesses as well, right. There's businesses within the tech for you. There's businesses early phase communications business [*sic*] that does sell and deliver on the same quarter. And so, that is some of it as well." (Ex. 48 at 9–10.)<br><br>• When asked about the FSP delays, Ms. Keefe responded "we do have a real strength in FSP as an area of growth for us in 2022 over 2021. But ***we do have some delays that have occurred that were communicated to us very recently***…" (Ex. 48 at 10.)<br><br>• "Are we making enough investment in the business? The answer is yes. We have ensured that we can continue to invest in the things that we've been sharing with you, which is our investment in technology and data and insights. Our focus on getting on one platform, which we've called [ph] Project Unify (00:33:19) to make sure we are able to have more visibility and clarity around operational metrics." (Ex. 48 at 11.)<br><br>• Mr. Michael Brooks also explained that "one of the big features for us has been removing redundancies and layers within the organization that we actually believe, historically, had gotten in the way of exceptional delivery. So, by taking those layers out, it actually enables to give our customers a much better experience, a much better quality and delivery and |

| Alleged "Admissions" Cited in Amended Complaint | Context Missing from Amended Complaint |
|---|---|
| | it lets me return the savings to Jason for the margin targets that we have; in addition to that, the investments. So, right now, the Clinical Reimagined includes investments in data, technology, hiring new leaders, upskilling our talent, and also being able to achieve the financial targets that Jason and I have partnered on." (Ex. 48 at 11.) |
| | • "So, if you go back to the Q2 award decision delays, two-thirds of those pushes that we highlighted in Q2 went to decision, and we won half of those, which has been consistent with our normal strike rate, and a third still have not gone to decision. **When you look at what happened in Q3**, you know our awards cadence is weighted to the last month of the quarter, and **we saw an unforeseen drop in the win rate** in that post-revenue SMID, as well as higher award decision delays with that same cohort, **that's three to four times that Jason mentioned in September versus what had happened back in June**." (Ex. 48 at 16.) |
| | • When discussing being "down probably somewhere between 30% and 50% of our normal [award win] rate in the quarter" Mr. Meggs stated that "**the bigger piece of it was that the items that pushed out . . .that we didn't anticipate**." (Ex. 48 at 19.) |
| | • When discussing cancellations for Q3, Mr. Meggs stated that "**we go back and we look at the history** of quarterly cancels and are we outside of a range of what we've experienced in the past as we move to a full year number? And for the quarter, we were at the higher end of the range that we've experienced in the past, but we weren't above the highest end of the range that |

| Alleged "Admissions" Cited in Amended Complaint | Context Missing from Amended Complaint |
|---|---|
| | we've experienced. And when we look at the full year, based on what we know right now, we still anticipate being in and around the full year cancellation number that we typically see." (Ex. 48 at 20.) |
| | • When asked about non-renewals, Ms. Keefe stated, "some of our newest awards are rescues from other CROs . . .And so, I think it's important that we focus on [that] *this is a new phenomen[on]. We just recognized this in [] Q3. We haven't seen a reduction [in] repeat business until Q3*." (Ex. 48 at 20.) |
| **December 1, 2022 Syneos Health Inc. Presentation at Evercore ISI HealthCONx Conference (Virtual) (Ex. 50)** ||
| **AC ¶ 68**: After the Class Period, Defendants publicly admitted to Syneos's inadequate technological offerings. On December 1, 2022, Keefe admitted that Syneos had needed to "improv[e]" its technological offerings in order to "be more competitive." Indeed, Keefe stated that "Clinical Reimagined," one of the Company's recent "steps in place to address the post-revenue SMID cohort" had "taken longer than I like and longer than I think anybody who's probably listening to me right now would like," adding that "we're continuing to just stay focused on improving this so that we can be more competitive in the marketplace." ¶249. Keefe further stated that "we haven't consistently integrated some of our technology and some of our acquisitions as holistically as we can," adding that "we didn't . . . leverage our whole breadth of capabilities to be competitive in a very competitive market." In response to a concern about the Company's "sudden reduction in . . . win rate," Keefe lamented | • "And so the abrupt change that happened was the post-revenue SMID award dynamics, which really frankly surprised us, right? Because in Q1 of '22 and Q4 of '21, they're the largest SMID award that we had seen in the history of Syneos Health, right? *So it did surprise us*. So what -- when you break that down, what happened. So we had a significantly lower win rate on the opportunities with the post-revenue SMID customers that were decided in Q3. And then we did have decision delays that were *3x to 4x higher than we experienced in Q2*, primarily with the post-revenue SMID customers. That limited the award opportunities we expected at the end of that quarter." (Ex. 50 at 2.)<br><br>• "And so the thing I think that's really important is what are we doing about it, right? That's the most important thing, which is |

-7-

| Alleged "Admissions" Cited in Amended Complaint | Context Missing from Amended Complaint |
|---|---|
| that she "can't change the past," and "can only correct for the future," noting that Syneos was "on the right track to be competitive," after the "roll[] out" of the "new model," *i.e.*, the recently-implemented Clinical Reimagined. Keefe later reiterated this sentiment, commenting that she felt like a "broken record." | that we have been making -- we have made some leadership changes, and…. it kicked off Clinical Reimagined." (Ex. 50 at 3.) |
| **AC ¶ 248**: Defendant Keefe admitted that Syneos was plagued by its failure to deliver quality clinical trials and had lost its ability to engage with its hallmark SMID customers because of leadership and organizational changes that severed the ties between leadership and business development. As a result, Syneos lost its ability engage with existing customers and its win rate with these customers plummeted. In addition, due to ongoing quality problems and the resulting reputational damage, Defendant Keefe admitted that existing customers decision delays skyrocketed. | • "We had the ***unexpected decline*** in overall Clinical SMID win rate in Q3. In particular, when we looked at the win rate with our repeat SMID customers, it did fall to the lowest level we've seen in 3 years. So that really was something where we wanted to address immediately.  So we've really analyzed this population. I've talked to some of these customers, and the feedback on why they did not award us the business. I think that's the most important thing, right? Because I can't change the past, I can only correct for the future. And so the key things that I heard from these customers and my team has heard from the customers are, from a BD perspective, we have not leveraged our full capabilities to design and deliver like the optimal strategy for each new customer opportunities. So you've heard us talk about we haven't consistently integrated some of our technology and some of our acquisitions as holistically as we can. And obviously, we bought the things we bought because we believe they're differentiated, right? And so we got that as feedback, that we didn't kind of leverage our whole breadth of capabilities to be competitive in a very competitive market." (Ex. 50 at 4.) |
| **AC ¶ 249**: During the December 1, 2022, Evercore conference Keefe admitted that Syneos needed to "improv[e]" its technological offerings in order to "be more competitive." Indeed, Keefe stated that "Clinical Reimagined," was one of the Company's "steps in place to address the post-revenue SMID cohort." However, Keefe stated "it's taken longer than I like and longer than I think anybody who's probably listening to me right now would like," adding that "we're continuing to just stay focused on improving this so that we can be more competitive in the marketplace." Keefe further stated that "we haven't consistently integrated some of our technology and some of our acquisitions as holistically as we can," adding that "we didn't . . . | • "We're simplifying and streamlining processes that have become overly complex, right? We put 2 CROs together 5 years ago and had tremendous growth over the last 5 years. ***And probably you can always play Monday morning quarterback, you look back down*** and you say, we just made things more complicated than it needed to be, right? So we're |

| Alleged "Admissions" Cited in Amended Complaint | Context Missing from Amended Complaint |
|---|---|
| leverage our whole breadth of capabilities to be competitive in a very competitive market." In response to a question concerning the Company's "sudden reduction in . . . win rate," Keefe deflected and lamented that she "can't change the past," and "can only correct for the future," noting that Syneos was "on the right track to be competitive," after the "roll[] out" of the "new model," *i.e.*, Clinical Reimagined. Keefe reiterated this sentiment later in the call, commenting that she felt like a "broken record," stating "Clinical Reimagined is really on the right track to help us be more competitive for sure." | simplifying and streamlining that." (Ex. 50 at 5–6.)<br><br>• "…we've seen our average retention steadily improve during 2022. So it's back to pre-COVID levels, right? And so that's important, right, because you want to have continuity with your teams, with your customers." (Ex. 50 at 6; *see also id.* at 7–8.)<br><br>• "…we are definitely feeling like we're putting the right steps in place to address the post-revenue SMID cohort, but it's taken longer than I like and longer than I think anybody who's probably listening to me right now would like. And we are -- we're continuing to just stay focused on improving this so that we can be more competitive in the marketplace." (Ex. 50 at 6.)<br>• "So as I said, ***I don't think anybody was more shocked than me when I saw that drop off in Q3***. And so we believe that the business development issues in the post-revenue SMID and the lower win rate in that group, we do think it's the disruption from -- and the turnover in senior leadership in BD." (Ex. 50 at 6.) |
| **February 16, 2023 Q4 2022 Earnings Call (Ex. 51)** ||
| **AC ¶ 69**: On February 16, 2023, COO Michael Brooks admitted that the Company had suffered from "competitive gaps in things, like data visualization tools and some of our statistical modeling tools," adding that these capabilities, which Syneos lacked throughout the Class Period, would allow clients to "g[e]t a really good benefit from now having good data visualization, seeing into their projects, and being able to see the modeling out | • Ms. Keefe provided "an update on the two primary areas of investments we highlighted last quarter. First, we are making progress on transforming our clinical operating model. In recent months, we have streamlined our organizational structure, consolidating roles and simplifying processes that provide an improved experience for customers and employees |

| Alleged "Admissions" Cited in Amended Complaint | Context Missing from Amended Complaint |
|---|---|
| of various new things, like site activations, enrollment and data." The same day, Keefe admitted that the Company was now in the process of "transforming our clinical operating model," in order to "clos[e] competitive gaps," stating that "[f]oundational to these improvements have been investment and accelerated development of clinical development tools and data applications, ranging from statistical modeling for site performance and enrollment to use of AI machine learning to better detect risks and issues." ¶250. In response to an analyst question concerning "obvious signs of share loss," Keefe conceded that "we understand the position we're in, and we know we have to improve our RFP volume. We have to improve our win rates . . . we need to convert the more high-value opportunities. So we know those are the things we need to do, to stay competitive in the marketplace." | while allowing us to better deploy fit for purpose solutions specific to each customer's needs. Foundational to these improvements have been investment and accelerated development of clinical development tools and data applications ranging from statistical modeling for site performance and enrollment to use of AI machine learning to better detect risks and issues. These investments are closing competitive gaps and showcasing our differentiators and proposals in bid defenses." (Ex. 51 at 4.) |
| **AC ¶ 70**:  Keefe further acknowledged that Syneos was just "***beginning*** to see the very early returns on our operating model and business development investments" noting that "we still have work to do to improve our overall win rate amongst SMID customers.  (emphasis in original). | • Mr. Brooks stated, "we've been implementing the changes over the course of last year and into this year. We've been doing it incrementally, introducing, first, piloting, and then introducing new capabilities that we believe bring benefit to our customers. Number one is we did have some competitive gaps in things like data visualization tools and some of our statistical modeling tools. We used RxDataScience to help us close those gaps very quickly. So in a period of nine months, they were able to get those closed for us."  (Ex. 51 at 11.) |
| **AC ¶ 250**:  Further still, on February 16, 2023, COO Brooks admitted that the Company had suffered from "competitive gaps in things, like data visualization tools and some of our statistical modeling tools," adding that these capabilities, which Syneos lacked throughout the Class Period, allowed clients to "g[e]t a really good benefit from now having good data visualization, seeing into their projects and being able to see the modeling out of various new things, like site activations, enrollment and data." | • "Coupled with the clinical development tools and applications I mentioned, our operating model is showing early signs of delivering more streamlined and automated startup, improved enrollment productivity, high quality data, and an improved experience for sites, customers and employees." (Ex. 51 at 4.) |

| Alleged "Admissions" Cited in Amended Complaint | Context Missing from Amended Complaint |
|---|---|
| The same day, Keefe admitted that the Company was in the process of "transforming our clinical operating model," in order to "clos[e] competitive gaps," stating that "[f]oundational to these improvements have been investment and accelerated development of clinical development tools and data applications, ranging from statistical modeling for site performance and enrollment to use of AI machine learning to better detect risks and issues." In response to a question from Eric Coldwell, an analyst at Baird, concerning "obvious signs of share loss," Keefe stated that "we understand the position we're in, and we know we have to improve our RFP volume. We have to improve our win rates . . . we need to convert the more high-value opportunities. So we know those are the things we need to do, to stay competitive in the marketplace." | |