## APPENDIX D

### INDIVIDUAL DEFENDANTS' SYNEOS STOCK HOLDINGS DURING PUTATIVE CLASS PERIOD

### Paul Colvin – Syneos Stock Transactions

| Date | Shares | | | Price | Transaction Type | Explanation of Responses | Source |
|---|---|---|---|---|---|---|---|
| | Acquired | Disposed | Held[1] | | | | |
| 1/02/2021 | | 249 | 29,097 | $67.36 | F[2] | | Ex. 52 at 2. |
| 1/08/2021 | | 2,031 | 27,066 | $73.59 | F | | Ex. 52 at 3. |
| 1/15/2021 | | 1,768 | 25,298 | $75.42 | F | | Ex. 52 at 4. |
| 1/15/2021 | 11,463 | | 36,761 | N/A | A[3] | Award of restricted stock units.  (Ex. 52 at 4 n.1.) | |
| 2/01/2021 | | 8,486 | 28,275 | $74.82 | S[4] | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 52 at 5 n.1.) | Ex. 52 at 5. |
| 3/02/2021 | 1,629 | | 29,904 | N/A | A | Award of performance restricted stock units. (Ex. 52 at 6 n.1.) | Ex. 52 at 6–7. |
| 3/02/2021 | 1,048 | | 30,952 | N/A | A | Award of performance restricted stock units. (Ex. 52 at 6 n.2.) | |
| | **14,140** | **12,534** | | | | | |

---

[1] This includes all securities from which the Individual Defendant has the opportunity, directly or indirectly, to profit or share in any profit, and may include, among other things, common stock and restricted stock units.  (*See* Ex. 56 at 3.)  Together, these constitute each Individual Defendant's total holdings of Syneos stock.  *See, e.g.*, *In re Gildan Activewear, Inc. Sec. Litig.*, 636 F. Supp. 2d 261, 271 n.5 (S.D.N.Y. 2009) (considering "total shareholdings [to] include restricted stock and exercisable and unexercisable options" in assessing scienter allegations).  The Court may consider these Forms 4, including the specified transaction types, when evaluating whether the trading as a whole is probative of scienter.  *Chapman* v. *Mueller Water Prod., Inc.*, 466 F. Supp. 3d 382, 411 (S.D.N.Y. 2020).

[2] "Payment of exercise price or tax liability by delivering or withholding securities incident to the receipt, exercise or vesting of a security issued in accordance with Rule 16b-3."  (Ex. 56 at 5.)

[3] "Grant, award or other acquisition pursuant to Rule 16b-3(d)."  (Ex. 56 at 5.)

[4] "Open market or private sale of non-derivative or derivative security."  (Ex. 56 at 5.)

**Paul Colvin – Beneficial Ownership of Syneos Stock Reported in Annual Proxy Statements**

| Date | Number of Shares[5] | Source[6] |
|---|---|---|
| 3/30/2020 | 4,763 | Ex. 57 at 21. |
| 3/19/2021 | 1,300 | Ex. 58 at 21. |
| 3/28/2022 | 7,749 | Ex. 59 at 54. |

---

[5] This "beneficial ownership" total includes Syneos shares over which the Individual Defendant exercises voting or investment control but excludes stock options and restricted stock units that are not exercisable as of the date listed or within 60 days of the date listed. (*See* Ex. 60 at 139.)

[6] The Court may consider these beneficial ownership figures from Syneos' annual proxy statements filed with the SEC because the proxy statements and the beneficial ownership figures contained therein are incorporated by reference in the Amended Complaint (*e.g.*, AC ¶¶ 278, 285, 292, 308–11), and because the proxy statements constitute "public disclosure documents filed with the SEC," *Tongue* v. *Sanofi*, 816 F.3d 199, 209 (2d Cir. 2016).  See *Malin* v. *XL Cap. Ltd.*, 499 F. Supp. 2d 117, 133 (D. Conn. 2007) (SEC filings "are routinely accepted by courts on motions to dismiss securities fraud complaints and are considered for the truth of their contents"), *aff'd*, 312 F. App'x 400 (2d Cir. 2009).

**Michelle Keefe – Syneos Stock Transactions**

| Date | Shares | | | Price | Transaction Type | Explanation of Responses | Source |
|---|---|---|---|---|---|---|---|
| | Acquired | Disposed | Held[1] | | | | |
| 11/17/2020 | | 800 | 49,643 | $62.65 | S[2] | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 53 at 2 n.1.) | Ex. 53 at 2–3. |
| 11/17/2020 | 94 | | 49,737 | $53.64 | A[3] | Shares acquired under the Issuer's Employee Stock Purchase Plan.  (Ex. 53 at 2 n.2.) | |
| 11/18/2020 | | 856 | 48,881 | $65 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 53 at 2 n.1.) | |
| 12/01/2020 | | 470 | 48,411 | $65.72 | F[4] | | Ex. 53 at 4. |
| 1/08/2021 | | 2,103 | 46,308 | $73.59 | F | | Ex. 53 at 5. |
| 1/15/2021 | | 1,720 | 44,588 | $75.42 | F | | Ex. 53 at 6. |
| 1/15/2021 | 11,463 | | 56,051 | N/A | A | Award of restricted stock units.  (Ex. 53 at 6 n.1.) | |
| 1/25/2021 | | 4,000 | 52,051 | $75.68 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 53 at 7 n.1.) | Ex. 53 at 7. |

---

[1] This includes all securities from which the Individual Defendant has the opportunity, directly or indirectly, to profit or share in any profit, and may include, among other things, common stock and restricted stock units.  (*See* Ex. 56 at 3.)  Together, these constitute each Individual Defendant's total holdings of Syneos stock.  *See, e.g.*, *In re Gildan Activewear, Inc. Sec. Litig.*, 636 F. Supp. 2d 261, 271 n.5 (S.D.N.Y. 2009) (considering "total shareholdings [to] include restricted stock and exercisable and unexercisable options" in assessing scienter allegations).  The Court may consider these Forms 4, including the specified transaction types, when evaluating whether the trading as a whole is probative of scienter.  *Chapman* v. *Mueller Water Prod., Inc.*, 466 F. Supp. 3d 382, 411 (S.D.N.Y. 2020).

[2] "Open market or private sale of non-derivative or derivative security."  (Ex. 56 at 5.)

[3] "Grant, award or other acquisition pursuant to Rule 16b-3(d)."  (Ex. 56 at 5.)

[4] "Payment of exercise price or tax liability by delivering or withholding securities incident to the receipt, exercise or vesting of a security issued in accordance with Rule 16b-3."  (Ex. 56 at 5.)

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2021 | | 2,880 | 49,171 | $78.59 | F | | Ex. 53 at 8. |
| 3/02/2021 | 1,707 | | 50,981[5] | N/A | A | Award of performance restricted stock units.  (Ex. 53 at 9 n.1.) | Ex. 53 at 9–10. |
| 3/02/2021 | 1,048 | | 52,029 | N/A | A | Award of performance restricted stock units.  (Ex. 53 at 9 n.3.) | |
| 3/02/2021 | | 3,398 | 48,631 | $75.50 | F | | |
| 3/31/2021 | | 2,000 | 46,631 | $78 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 53 at 11 n.1.) | Ex. 53 at 11. |
| 4/15/2021 | | 2,736 | 43,895 | $82 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 53 at 12 n.1.) | Ex. 53 at 12. |
| 1/10/2022 | | 2,085 | 41,897[6] | $93.69 | F | | Ex. 53 at 13. |
| 1/18/2022 | | 3,382 | 38,515 | $86.09 | F | | |
| 1/18/2022 | 7,712 | | 46,227 | N/A | A | Award of restricted stock units.  (Ex. 53 at 14 n.1.) | Ex. 53 at 14–15. |
| 3/02/2022 | 7,845 | | 54,156[7] | N/A | A | Award of performance restricted stock units.  (Ex. 53 at 16 n.1.) | Ex. 53 at 16–17. |
| 3/02/2022 | 1,997 | | 56,153 | N/A | A | Award of performance restricted stock units.  (Ex. 53 at 16 n.3.) | |
| 3/02/2022 | 2,158 | | 58,311 | N/A | A | Award of performance restricted stock units.  (Ex. 53 at 16 n.4.) | |
| 3/02/2022 | | 5,289 | 53,022 | $80.75 | F | | |
| 5/16/2022 | 26,577 | | 79,599 | N/A | A | Award of restricted stock units.  (Ex. 53 at 18 n.1.) | Ex. 53 at 18. |
| 7/18/2022 | | 8,333 | 71,266 | $72.81 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 53 at 19 n.1.) | Ex. 53 at 19. |
| | **60,601** | **40,052** | | | | | |

---

[5] "Includes 103 shares acquired under the Issuer's Employee Stock Purchase Plan on February 26, 2021."  (Ex. 53 at 9 n.2.)

[6] "Includes 87 shares acquired under the Issuer's Employee Stock Purchase Plan on August 31, 2021."  (Ex. 53 at 13 n.1.)

[7] "Includes 84 shares acquired under the Issuer's Employee Stock Purchase Plan on February 28, 2022."  (Ex. 53 at 16 n.2.)

**Michelle Keefe – Beneficial Ownership of Syneos Stock Reported in Annual Proxy Statements**

| Date | Beneficial Ownership[8] | Source[9] |
|---|---|---|
| 3/30/2020 | 14,986 | Ex. 57 at 21. |
| 3/19/2021 | 19,282 | Ex. 58 at 21. |
| 3/28/2022 | 28,512 | Ex. 59 at 54. |
| 6/05/2023 | 35,644 | Ex. 60 at 140. |

---

[8] This "beneficial ownership" total includes Syneos shares over which the Individual Defendant exercises voting or investment control but excludes stock options and restricted stock units that are not exercisable as of the date listed or within 60 days of the date listed. (*See* Ex. 60 at 139.)

[9] The Court may consider these beneficial ownership figures from Syneos' annual proxy statements filed with the SEC because the proxy statements and the beneficial ownership figures contained therein are incorporated by reference in the Amended Complaint (*e.g.*, AC ¶¶ 278, 285, 292, 308–11), and because the proxy statements constitute "public disclosure documents filed with the SEC," *Tongue* v. *Sanofi*, 816 F.3d 199, 209 (2d Cir. 2016).  *See Malin* v. *XL Cap. Ltd.*, 499 F. Supp. 2d 117, 133 (D. Conn. 2007) (SEC filings "are routinely accepted by courts on motions to dismiss securities fraud complaints and are considered for the truth of their contents"), *aff'd*, 312 F. App'x 400 (2d Cir. 2009).

**Alistair Macdonald – Syneos Stock Transactions**

| Date | Shares | | | Price | Transaction Type | Explanation of Responses | Source |
|---|---|---|---|---|---|---|---|
| | Acquired | Disposed | Held[1] | | | | |
| 12/22/2020 | | 1,200 | 245,487 | $70.017 | S[2] | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 54 at 2 n.1.) | Ex. 54 at 2–3. |
| 12/23/2020 | | 300 | 245,187 | $70.518 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 54 at 2 n.1.) | |
| 1/08/2021 | | 10,154 | 235,033 | $73.59 | F[3] | | Ex. 54 at 4. |
| 01/15/2021 | | 7,641 | 227,392 | $75.42 | F | | |
| 01/15/2021 | 47,148 | | 274,540 | N/A | A[4] | Award of restricted stock units.  (Ex. 54 at 5 n.1.) | Ex. 54 at 5. |
| 2/01/2021 | | 13,044 | 261,496 | $75.172 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 54 at 6 n.1.) | Ex. 54 at 6–7. |
| 2/01/2021 | | 51,175 | 210,321 | $75.843 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 54 at 6 n.1.) | |
| 2/02/2021 | | 278 | 210,043 | $77.114 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 54 at 6 n.1.) | |

[1] This includes all securities from which the Individual Defendant has the opportunity, directly or indirectly, to profit or share in any profit, and may include, among other things, common stock and restricted stock units.  (*See* Ex. 56 at 3.)  Together, these constitute each Individual Defendant's total holdings of Syneos stock.  *See, e.g., In re Gildan Activewear, Inc. Sec. Litig.*, 636 F. Supp. 2d 261, 271 n.5 (S.D.N.Y. 2009) (considering "total shareholdings [to] include restricted stock and exercisable and unexercisable options" in assessing scienter allegations).  The Court may consider these Forms 4, including the specified transaction types, when evaluating whether the trading as a whole is probative of scienter.  *Chapman* v. *Mueller Water Prod., Inc.*, 466 F. Supp. 3d 382, 411 (S.D.N.Y. 2020).

[2] "Open market or private sale of non-derivative or derivative security."  (Ex. 56 at 5.)

[3] "Payment of exercise price or tax liability by delivering or withholding securities incident to the receipt, exercise or vesting of a security issued in accordance with Rule 16b-3."  (Ex. 56 at 5.)

[4] "Grant, award or other acquisition pursuant to Rule 16b-3(d)."  (Ex. 56 at 5.)

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2021 | | 12,450 | 197,593 | $78.59 | F | | Ex. 54 at 8. |
| 3/02/2021 | 7,993 | | 205,586 | N/A | A | Award of performance restricted stock units.  (Ex. 54 at 9 n.1.) | Ex. 54 at 9–10. |
| 3/02/2021 | 4,308 | | 209,894 | N/A | A | Award of performance restricted stock units.  (Ex. 54 at 9 n.2.) | |
| 3/02/2021 | | 14,692 | 195,202 | $75.5 | F | | |
| 3/02/2021 | 36,429 | | 231,631 | N/A | $M^5$ | Award of performance restricted stock units.  (Ex. 54 at 9 n.3.) | |
| 3/02/2021 | | 17,122 | 214,509 | $75.5 | F | | |
| 4/01/2021 | 17,398 | | 231,907 | $40.12 | M | Shares acquired pursuant to a Rule 10b5-1 trading plan.  (Ex. 54 at 11 n.1.) | Ex. 54 at 11–12. |
| 4/01/2021 | | 673 | 231,234 | $76.112 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 54 at 11 n.1.) | |
| 4/01/2021 | | 13,720 | 217,514 | $77.611 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 54 at 11 n.1.) | |
| 4/01/2021 | | 3,005 | 214,509 | $77.918 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 54 at 11 n.1.) | |
| 4/09/2021 | | 14,039 | 200,470 | $80 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 54 at 13 n.1.) | Ex. 54 at 13. |
| 6/01/2021 | 4,889 | | 205,359 | $42.88 | M | Shares acquired pursuant to a Rule 10b5-1 trading plan.  (Ex. 54 at 14 n.1.) | Ex. 54 at 14–15. |
| 6/01/2021 | | 4,889 | 200,470 | $88.2 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 54 at 14 n.1.) | |
| 8/02/2021 | | 4,710 | 195,760 | $89.9 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 54 at 16 n.1.) | Ex. 54 at 16–17. |
| 8/03/2021 | 35,553 | | 231,313 | $42.76 | M | Shares acquired pursuant to a Rule 10b5-1 trading plan.  (Ex. 54 at 16 n.1.) | |
| 8/03/2021 | | 28,521 | 202,792 | $87.83 | S | Shares sold pursuant to a Rule 10b5- | |

---

[5] "Exercise or conversion of derivative security exempted pursuant to Rule 16b-3."  (Ex. 56 at 5.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | 1 trading plan.  (Ex. 54 at 16 n.1.) | |
| 8/03/2021 | | 7,032 | 195,760 | $88.491 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 54 at 16 n.1.) | |
| 1/10/2022 | | 10,154 | 185,606 | $93.69 | F | | Ex. 54 at 18. |
| 1/18/2022 | | 15,028 | 170,578 | $86.09 | F | | |
| 1/18/2022 | 30,498 | | 201,076 | N/A | A | Award of restricted stock units.  (Ex. 54 at 19 n.1.) | Ex. 54 at 19. |
| 3/02/2022 | 36,727 | | 237,803 | N/A | A | Award of performance restricted stock units.  (Ex. 54 at 20 n.1.) | |
| 3/02/2022 | 8,209 | | 246,012 | N/A | A | Award of performance restricted stock units.  (Ex. 54 at 20 n.2.) | Ex. 54 at 20–21. |
| 3/02/2022 | 8,880 | | 254,892 | N/A | A | Award of performance restricted stock units.  (Ex. 54 at 20 n.3.) | |
| 3/02/2022 | | 26,761 | 228,131 | $80.75 | F | | |
| | 238,032 | 256,588 | | | | | |

**Alistair Macdonald – Beneficial Ownership of Syneos Stock Reported in Annual Proxy Statements**

| Date | Beneficial Ownership[6] | Source[7] |
|---|---|---|
| 3/30/2020 | 185,973 | Ex. 57 at 21. |
| 3/19/2021 | 146,567 | Ex. 58 at 21. |
| 3/28/2022 | 128,548 | Ex. 59 at 54. |
| 6/05/2023 | 167,593 | Ex. 60 at 140. |

---

[6] This "beneficial ownership" total includes Syneos shares over which the Individual Defendant exercises voting or investment control but excludes stock options and restricted stock units that are not exercisable as of the date listed or within 60 days of the date listed. (*See* Ex. 60 at 139.)

[7] The Court may consider these beneficial ownership figures from Syneos' annual proxy statements filed with the SEC because the proxy statements and the beneficial ownership figures contained therein are incorporated by reference in the Amended Complaint (*e.g.*, AC ¶¶ 278, 285, 292, 308–11), and because the proxy statements constitute "public disclosure documents filed with the SEC," *Tongue* v. *Sanofi*, 816 F.3d 199, 209 (2d Cir. 2016).  *See Malin* v. *XL Cap. Ltd.*, 499 F. Supp. 2d 117, 133 (D. Conn. 2007) (SEC filings "are routinely accepted by courts on motions to dismiss securities fraud complaints and are considered for the truth of their contents"), *aff'd*, 312 F. App'x 400 (2d Cir. 2009).

**Jason Meggs – Syneos Stock Transactions**

| Date | Shares | | | Price | Transaction Type | Explanation of Responses | Source |
|---|---|---|---|---|---|---|---|
| | Acquired | Disposed | Held[1] | | | | |
| 11/01/2020 | | 35 | 72,003 | $55.945 | F[2] | | Ex. 55 at 2. |
| 11/24/2020 | | 1,938 | 70,065 | $67 | S[3] | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 55 at 3 n.1.) | Ex. 55 at 3. |
| 11/27/2020 | | 4,062 | 66,003 | $67 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 55 at 4 n.1.) | Ex. 55 at 4. |
| 12/22/2020 | | 1,500 | 64,503 | N/A | G[4] | | |
| 1/06/2021 | | 5,552 | 58,951 | $72 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 55 at 5 n.1.) | Ex. 55 at 5. |
| 1/08/2021 | | 1,732 | 57,219 | $73.59 | F | | Ex. 55 at 6. |
| 1/15/2021 | | 1,367 | 55,852 | $75.42 | F | | |
| 1/15/2021 | 13,344 | | 69,196 | N/A | A[5] | Award of restricted stock units.  (Ex. 55 at 7 n.1.) | Ex. 55 at 7. |

---

[1] This includes all securities from which the Individual Defendant has the opportunity, directly or indirectly, to profit or share in any profit, and may include, among other things, common stock and restricted stock units.  (*See* Ex. 56 at 3.)  Together, these constitute each Individual Defendant's total holdings of Syneos stock.  *See, e.g.*, *In re Gildan Activewear, Inc. Sec. Litig.*, 636 F. Supp. 2d 261, 271 n.5 (S.D.N.Y. 2009) (considering "total shareholdings [to] include restricted stock and exercisable and unexercisable options" in assessing scienter allegations).  The Court may consider these Forms 4, including the specified transaction types, when evaluating whether the trading as a whole is probative of scienter.  *Chapman* v. *Mueller Water Prod., Inc.*, 466 F. Supp. 3d 382, 411 (S.D.N.Y. 2020).

[2] "Payment of exercise price or tax liability by delivering or withholding securities incident to the receipt, exercise or vesting of a security issued in accordance with Rule 16b-3."  (Ex. 56 at 5.)

[3] "Open market or private sale of non-derivative or derivative security."  (Ex. 56 at 5.)

[4] "Bona fide gift."  (Ex. 56 at 5.)

[5] "Grant, award or other acquisition pursuant to Rule 16b-3(d)."  (Ex. 56 at 5.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2021 | | 3,475 | 65,721 | $78.59 | F | | Ex. 55 at 8. |
| 3/02/2021 | 2,038 | | 67,759 | N/A | A | Award of performance restricted stock units.  (Ex. 55 at 9 n.1.) | |
| 3/02/2021 | 1,220 | | 68,979 | N/A | A | Award of performance restricted stock units.  (Ex. 55 at 9 n.1.) | Ex. 55 at 9–10. |
| 3/02/2021 | | 2,278 | 66,701 | $75.5 | F | | |
| 4/15/2021 | | 6,000 | 60,701 | $84 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 55 at 11 n.1.) | Ex. 55 at 11. |
| 6/30/2021 | 2,068 | | 62,769 | $43.16 | M[6] | Shares acquired pursuant to a Rule 10b5-1 trading plan.  (Ex. 55 at 12 n.1.) | |
| 6/30/2021 | | 2,068 | 60,701 | $90 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 55 at 12 n.1.) | Ex. 55 at 12–13. |
| 6/30/2021 | 2,600 | | 63,301 | $42.88 | M | Shares acquired pursuant to a Rule 10b5-1 trading plan.   (Ex. 55 at 12 n.1.) | |
| 6/30/2021 | | 2,600 | 60,701 | $90 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 55 at 12 n.1.) | |
| 7/06/2021 | 40 | | 60,741 | $43.16 | M | Shares acquired pursuant to a Rule 10b5-1 trading plan.  (Ex. 55 at 14 n.1.) | |
| 7/06/2021 | | 40 | 60,701 | $90 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 55 at 14 n.1.) | Ex. 55 at 14–15. |
| 7/06/2021 | 620 | | 61,321 | $46 | M | Shares acquired pursuant to a Rule 10b5-1 trading plan.   (Ex. 55 at 14 n.1.) | |
| 7/06/2021 | | 620 | 60,701 | $90 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 55 at 14 n.1.) | |
| 9/03/2021 | | 9,223 | 51,478 | $95 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 55 at 16 n.1.) | Ex. 55 at 16. |
| 12/01/2021 | | 1,000 | 50,478 | N/A | G | | Ex. 55 at 17. |
| 1/10/2022 | | 1,700 | 48,778 | $93.69 | F | | |
| 1/18/2022 | | 3,179 | 45,599 | $86.09 | F | | |
| 1/18/2022 | 8,890 | | 54,489 | N/A | A | Award of restricted stock units.  (Ex. 55 at 18 n.1.) | Ex. 55 at 18. |

[6] "Exercise or conversion of derivative security exempted pursuant to Rule 16b-3."  (Ex. 56 at 5.)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/02/2022 | 9,364 | | 63,853 | N/A | A | Award of performance restricted stock units.  (Ex. 55 at 19 n.1.) | |
| 3/02/2022 | 2,323 | | 66,176 | N/A | A | Award of performance restricted stock units.  (Ex. 55 at 19 n.1.) | Ex. 55 at 19–20. |
| 3/02/2022 | 2,513 | | 68,689 | N/A | A | Award of performance restricted stock units.  (Ex. 55 at 19 n.1.) | |
| 3/02/2022 | | 6,453 | 62,236 | $80.75 | F | | |
| 7/18/2022 | | 7,500 | 54,736 | $72.81 | S | Shares sold pursuant to a Rule 10b5-1 trading plan.  (Ex. 55 at 21 n.1.) | Ex. 55 at 21. |
| | **45,020** | **62,322** | | | | | |

**Jason Meggs – Beneficial Ownership of Syneos Stock Reported in Annual Proxy Statements**

| Date | Beneficial Ownership[7] | Source[8] |
|---|---|---|
| 3/30/2020 | 35,278 | Ex. 57 at 21. |
| 3/19/2021 | 37,604 | Ex. 58 at 21. |
| 3/28/2022 | 33,794 | Ex. 59 at 54. |
| 6/05/2023 | 40,916 | Ex. 60 at 140. |

---

[7] This "beneficial ownership" total includes Syneos shares over which the Individual Defendant exercises voting or investment control but excludes stock options and restricted stock units that are not exercisable as of the date listed or within 60 days of the date listed. (*See* Ex. 60 at 139.)

[8] The Court may consider these beneficial ownership figures from Syneos' annual proxy statements filed with the SEC because the proxy statements and the beneficial ownership figures contained therein are incorporated by reference in the Amended Complaint (*e.g.*, AC ¶¶ 278, 285, 292, 308–11), and because the proxy statements constitute "public disclosure documents filed with the SEC," *Tongue* v. *Sanofi*, 816 F.3d 199, 209 (2d Cir. 2016). *See Malin* v. *XL Cap. Ltd.*, 499 F. Supp. 2d 117, 133 (D. Conn. 2007) (SEC filings "are routinely accepted by courts on motions to dismiss securities fraud complaints and are considered for the truth of their contents"), *aff'd*, 312 F. App'x 400 (2d Cir. 2009).