**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEMPEN INTERNATIONAL FUNDS (KEMPEN INTERNATIONAL FUNDS - MERCLIN GLOBAL EQUITY), KEMPEN INTERNATIONAL FUNDS (KEMPEN INTERNATIONAL FUNDS - MERCLIN PATRIMONIUM), and MERCLIN INSTITUTIONAL FUND (MERCLIN INSTITUTIONAL EQUITY FUND DBI-RDT), Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SYNEOS HEALTH, INC., ALISTAIR MACDONALD, MICHELLE KEEFE, PAUL COLVIN, and JASON MEGGS,<br><br>Defendants. | **Case No. 1:23-cv-08848-AS** |

## DECLARATION OF BENJAMIN R. WALKER

BENJAMIN R. WALKER hereby declares under penalty of perjury as follows:

1.     I am admitted to practice in this District and am a partner of Sullivan & Cromwell LLP, counsel for defendants Syneos Health, Inc. ("Syneos"), Alistair Macdonald, Michelle Keefe, Paul Colvin, and Jason Meggs (collectively, "Defendants") in the above-captioned action.

2.     I respectfully submit this Declaration in support of Defendants' Motion to Dismiss the Amended Complaint and to place before the Court certain documents referenced in Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Amended Complaint and the appendices thereto.

3.      Attached hereto as Exhibit 1 is an excerpt from a true and correct copy of Syneos' Quarterly Report for the quarter ended June 30, 2020, filed on Form 10-Q with the SEC on August 6, 2020.  Exhibit 1 is referred to in paragraphs 103 and 104 of Plaintiffs' Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000156459020037002/synh-10q_20200630.htm.

4.      Attached hereto as Exhibit 2 is a true and correct copy of a transcript of a Syneos presentation during the Baird 2020 Global Healthcare Virtual Conference, dated September 9, 2020, obtained from Bloomberg L.P.  Exhibit 2 is referred to in paragraphs 100 through 102 of Plaintiffs' Amended Complaint.

5.      Attached hereto as Exhibit 3 is an excerpt from a true and correct copy of a Prospectus Supplement that Syneos filed with the SEC pursuant to SEC Rule 424(b)(7) on September 16, 2020.  Exhibit 3 is referred to in paragraph 103 of Plaintiffs' Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000119312520247291/d176963d424b7.htm.

6.      Attached hereto as Exhibit 4 is a true and correct copy of a Syneos press release titled "Syneos Health to Acquire Synteract, a Top CRO Provider to Emerging Biopharma," dated October 28, 2020.  Exhibit 4 is referred to in paragraph 108 of Plaintiffs' Amended Complaint.

7.      Attached hereto as Exhibit 5 is a true and correct copy of a transcript of Syneos' third quarter 2020 earnings call, dated October 29, 2020, obtained from Bloomberg L.P. Exhibit 5 is referred to in paragraphs 113 through 116 of Plaintiffs' Amended Complaint.

8.      Attached hereto as Exhibit 6 is an excerpt from a true and correct copy of Syneos' Quarterly Report for the quarter ended September 30, 2020, filed on Form 10-Q with the

SEC on October 29, 2020.  Exhibit 6 is referred to in paragraphs 111 and 112 of Plaintiffs' Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/ edgar/data/1610950/000156459020048439/synh-10q_20200930.htm.

9.    Attached hereto as Exhibit 7 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on October 29, 2020.  Exhibit 7 is referred to in paragraphs 109 and 110 of Plaintiffs' Amended Complaint.

10.    Attached hereto as Exhibit 8 is a true and correct copy of a transcript of a Syneos presentation during the Credit Suisse 29th Annual Healthcare Virtual Conference, dated November 9, 2020, obtained from Bloomberg L.P.  Exhibit 8 is referred to in paragraph 120 of Plaintiffs' Amended Complaint.

11.    Attached hereto as Exhibit 9 is a true and correct copy of a transcript of a Syneos presentation during the Jefferies Virtual London Healthcare Conference, dated November 19, 2020, obtained from Bloomberg L.P.  Exhibit 9 is referred to in paragraphs 121 and 122 of Plaintiffs' Amended Complaint.

12.    Attached hereto as Exhibit 10 is an excerpt from a true and correct copy of a Prospectus Supplement that Syneos filed with the SEC pursuant to SEC Rule 424(b)(7) on December 3, 2020.  Exhibit 10 is referred to in paragraph 123 of Plaintiffs' Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/00011931 2520308950/d71981d424b7.htm.

13.    Attached hereto as Exhibit 11 is a true and correct copy of a Syneos press release titled "Syneos Health to Outline Value Creation Plan at 2020 Analyst and Investor Event," dated December 7, 2020.  Exhibit 11 is referred to in paragraph 124 of Plaintiffs' Amended Complaint.

14.     Attached hereto as Exhibit 12 is a true and correct copy of a transcript of a Syneos presentation during Syneos' 2020 Analyst and Investor Day, dated December 8, 2020, obtained from Bloomberg L.P.  Exhibit 12 is referred to in paragraphs 125 through 129 of Plaintiffs' Amended Complaint.

15.     Attached hereto as Exhibit 13 is a true and correct copy of a Syneos press release titled "Syneos Health Completes Acquisition of Synteract," dated December 10, 2020. Exhibit 13 is referred to in paragraph 130 of Plaintiffs' Amended Complaint.

16.     Attached hereto as Exhibit 14 is a true and correct copy of a transcript of a Syneos presentation during the J.P. Morgan 39th Annual Healthcare Virtual Conference, dated January 13, 2021, obtained from Bloomberg L.P.  Exhibit 14 is referred to in paragraphs 134 and 135 of Plaintiffs' Amended Complaint.

17.     Attached hereto as Exhibit 15 is an excerpt from a true and correct copy of Syneos' Annual Report for the year ended December 31, 2020, filed on Form 10-K with the SEC on February 18, 2021.  Exhibit 15 is referred to in paragraphs 141 through 143 of Plaintiffs' Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000156459021006471/synh-10k_20201231.htm.

18.     Attached hereto as Exhibit 16 is a true and correct copy of a transcript of Syneos' fourth quarter 2020 earnings call, dated February 18, 2021, obtained from Bloomberg L.P.  Exhibit 16 is referred to in paragraphs 144 and 145 of Plaintiffs' Amended Complaint.

19.     Attached hereto as Exhibit 17 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on February 18, 2021.  Exhibit 17 is referred to in paragraphs 139 and 140 of Plaintiffs' Amended Complaint.

20.     Attached hereto as Exhibit 18 is an excerpt from a true and correct copy of a Prospectus Supplement that Syneos filed with the SEC pursuant to SEC Rule 424(b)(7) on March 3, 2021.  Exhibit 18 is referred to in paragraph 147 of Plaintiffs' Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000119312521066641/d38310d424b7.htm.

21.     Attached hereto as Exhibit 19 is a true and correct copy of a transcript of Syneos' first quarter 2021 earnings call, dated April 29, 2021, obtained from Bloomberg L.P. Exhibit 19 is referred to in paragraphs 155 through 166 of Plaintiffs' Amended Complaint.

22.     Attached hereto as Exhibit 20 is an excerpt from a true and correct copy of Syneos' Quarterly Report for the quarter ended March 31, 2021, filed on Form 10-Q with the SEC on April 29, 2021.  Exhibit 20 is referred to in paragraphs 153 and 154 of Plaintiffs' Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000156459021021455/synh-10q_20210331.htm.

23.     Attached hereto as Exhibit 21 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on April 29, 2021.  Exhibit 21 is referred to in paragraph 152 of Plaintiffs' Amended Complaint.

24.     Attached hereto as Exhibit 22 is an excerpt from a true and correct copy of a Prospectus Supplement that Syneos filed with the SEC pursuant to SEC Rule 424(b)(7) on May 5, 2021.  Exhibit 22 is referred to in paragraph 167 of Plaintiffs' Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000119312521151874/d183990d424b7.htm.

25.     Attached hereto as Exhibit 23 is a true and correct copy of a transcript of a Syneos presentation during the Jefferies 2021 Virtual Healthcare Conference, dated June 2,

2021, obtained from Bloomberg L.P.  Exhibit 23 is referred to in paragraph 172 of Plaintiffs' Amended Complaint.

26.    Attached hereto as Exhibit 24 is an excerpt from a true and correct copy of a Prospectus Supplement that Syneos filed with the SEC pursuant to SEC Rule 424(b)(7) on June 4, 2021.  Exhibit 24 is referred to in paragraph 173 of Plaintiffs' Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000119312521183125/ d171299d424b7.htm.

27.    Attached hereto as Exhibit 25 is a true and correct copy of a transcript of a Syneos presentation during the Goldman Sachs 42nd Annual Global Healthcare Virtual Conference, dated June 9, 2021, obtained from Bloomberg L.P.  Exhibit 25 is referred to in paragraph 174 of Plaintiffs' Amended Complaint.

28.    Attached hereto as Exhibit 26 is a true and correct copy of a transcript of Syneos' second quarter 2021 earnings call, dated August 9, 2021, obtained from Bloomberg L.P. Exhibit 26 is referred to in paragraphs 179 through 183 of Plaintiffs' Amended Complaint.

29.    Attached hereto as Exhibit 27 is an excerpt from a true and correct copy of Syneos' Quarterly Report for the quarter ended June 30, 2021, filed on Form 10-Q with the SEC on August 9, 2021.  Exhibit 27 is referred to in paragraphs 177 and 178 of Plaintiffs' Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/ 000156459021042229/synh-10q_20210630.htm.

30.    Attached hereto as Exhibit 28 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on August 9, 2021.  Exhibit 28 is referred to in paragraphs 175 and 176 of Plaintiffs' Amended Complaint.

31.    Attached hereto as Exhibit 29 is a true and correct copy of a transcript of a Syneos presentation at the Baird Global Healthcare Conference, dated September 15, 2021, obtained from Bloomberg L.P.  Exhibit 29 is referred to in paragraphs 184 and 185 of Plaintiffs' Amended Complaint.

32.    Attached hereto as Exhibit 30 is a true and correct copy of a transcript of Syneos' third quarter 2021 earnings call, dated November 3, 2021, obtained from Bloomberg L.P.  Exhibit 30 is referred to in paragraphs 194 through 198 of Plaintiffs' Amended Complaint.

33.    Attached hereto as Exhibit 31 is an excerpt from a true and correct copy of Syneos' Quarterly Report for the quarter ended September 30, 2021, filed on Form 10-Q with the SEC on November 3, 2021.  Exhibit 31 is referred to in paragraphs 192 and 193 of Plaintiffs' Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000156459021053634/synh-10q_20210930.htm.

34.    Attached hereto as Exhibit 32 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on November 3, 2021.  Exhibit 32 is referred to in paragraphs 190 and 191 of Plaintiffs' Amended Complaint.

35.    Attached hereto as Exhibit 33 is a true and correct copy of a transcript of a Syneos presentation during the Jefferies London Healthcare Virtual Conference, dated November 18, 2021, obtained from Bloomberg L.P.  Exhibit 33 is referred to in paragraph 202 of Plaintiffs' Amended Complaint.

36.    Attached hereto as Exhibit 34 is a true and correct copy of a transcript of a Syneos presentation during the 4th Annual Evercore ISI HealthCONx Virtual Conference, dated December 1, 2021, obtained from Bloomberg L.P.  Exhibit 34 is referred to in paragraphs 203 and 204 of Plaintiffs' Amended Complaint.

37.    Attached hereto as Exhibit 35 is a true and correct copy of a transcript of a Syneos presentation during the J.P. Morgan 40th Annual Healthcare Conference 2022, dated January 12, 2022, obtained from Bloomberg L.P.  Exhibit 35 is referred to in paragraph 205 of Plaintiffs' Amended Complaint.

38.    Attached hereto as Exhibit 36 is an excerpt from a true and correct copy of Syneos' Annual Report for the year ended December 31, 2021, filed on Form 10-K with the SEC on February 17, 2022.  Exhibit 36 is referred to in paragraphs 212 through 214 of Plaintiffs' Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/ 1610950/000156459022005428/synh-10k_20211231.htm.

39.    Attached hereto as Exhibit 37 is a true and correct copy of a transcript of Syneos' fourth quarter 2021 earnings call, dated February 17, 2022, obtained from Bloomberg L.P.  Exhibit 37 is referred to in paragraph 215 of Plaintiffs' Amended Complaint.

40.    Attached hereto as Exhibit 38 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on February 17, 2022.  Exhibit 38 is referred to in paragraphs 210 and 211 of Plaintiffs' Amended Complaint.

41.    Attached hereto as Exhibit 39 is a true and correct copy of a transcript of Syneos' first quarter 2022 earnings call, dated April 29, 2022, obtained from Bloomberg L.P. Exhibit 39 is referred to in paragraphs 225 and 226 of Plaintiffs' Amended Complaint.

42.    Attached hereto as Exhibit 40 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on April 29, 2022.  Exhibit 40 is referred to in paragraphs 220 and 221 of Plaintiffs' Amended Complaint.

43.    Attached hereto as Exhibit 41 is an excerpt from a true and correct copy of Syneos' Quarterly Report for the quarter ended March 31, 2022, filed on Form 10-Q with the

SEC on April 29, 2022.  Exhibit 41 is referred to in paragraphs 223 and 224 of Plaintiffs' Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/ 1610950/000156459022016544/synh-10q_20220331.htm.

44.    Attached hereto as Exhibit 42 is a true and correct copy of a transcript of a Syneos presentation during the Jefferies LLC 2022 Global Healthcare Conference, dated June 8, 2022, obtained from Bloomberg L.P.  Exhibit 42 is referred to in paragraph 227 of Plaintiffs' Amended Complaint.

45.    Attached hereto as Exhibit 43 is a true and correct copy of a transcript of Syneos' second quarter 2022 earnings call, dated August 2, 2022, obtained from Bloomberg L.P. Exhibit 43 is referred to in paragraph 235 of Plaintiffs' Amended Complaint.

46.    Attached hereto as Exhibit 44 is an excerpt from a true and correct copy of Syneos' Quarterly Report for the quarter ended June 30, 2022, filed on Form 10-Q with the SEC on August 2, 2022.  Exhibit 44 is referred to in paragraphs 232 and 233 of Plaintiffs' Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/ 1610950/000095017022013710/synh-20220630.htm.

47.    Attached hereto as Exhibit 45 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on August 2, 2022.  Exhibit 45 is referred to in paragraph 231 of Plaintiffs' Amended Complaint.

48.    Attached hereto as Exhibit 46 is a true and correct copy of a transcript of a Syneos presentation during the Baird 2022 Global Healthcare Conference, dated September 13, 2022, obtained from Bloomberg L.P.  Exhibit 46 is referred to in paragraph 238 of Plaintiffs' Amended Complaint.

49.     Attached hereto as Exhibit 47 is a true and correct copy of Syneos' Current Report filed on Form 8-K with the SEC on September 13, 2022. Exhibit 47 is referred to in paragraph 237 of Plaintiffs' Amended Complaint.

50.     Attached hereto as Exhibit 48 is a true and correct copy of a transcript of Syneos' third quarter 2022 earnings call, dated November 4, 2022, obtained from FactSet CallStreet. Exhibit 48 is referred to in paragraphs 242 through 245 of Plaintiffs' Amended Complaint.

51.     Attached hereto as Exhibit 49 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on November 4, 2022. Exhibit 49 is referred to in paragraph 241 of Plaintiffs' Amended Complaint.

52.     Attached hereto as Exhibit 50 is a true and correct copy of a transcript of a Syneos presentation during the Evercore ISI HealthCONx Conference (Virtual), dated December 1, 2022, obtained from Refinitiv StreetEvents. Exhibit 50 is referred to in paragraphs 248 and 249 of Plaintiffs' Amended Complaint.

53.     Attached hereto as Exhibit 51 is a true and correct copy of a transcript of Syneos' fourth quarter 2022 earnings call, dated February 16, 2023, obtained from FactSet CallStreet. Exhibit 51 is referred to in paragraph 250 of Plaintiffs' Amended Complaint.

54.     Attached hereto as Exhibit 52 is a compilation of true and correct copies of all Form 4 statements of changes in beneficial ownership of Syneos' Class A Common Stock for Paul Colvin filed with the SEC during the putative class period of September 9, 2020 through November 3, 2022 (the "Class Period"). The documents contained within Exhibit 52 are referred to or relied upon in paragraphs 298 through 300 of Plaintiffs' Amended Complaint.

55.     Attached hereto as Exhibit 53 is a compilation of true and correct copies of all Form 4 statements of changes in beneficial ownership of Syneos' Class A Common Stock for Michelle Keefe filed with the SEC during the Class Period.  The documents contained within Exhibit 53 are referred to or relied upon in paragraphs 292 through 297 of Plaintiffs' Amended Complaint.

56.     Attached hereto as Exhibit 54 is a compilation of true and correct copies of all Form 4 statements of changes in beneficial ownership of Syneos' Class A Common Stock for Alistair Macdonald filed with the SEC during the Class Period.  The documents contained within Exhibit 54 are referred to or relied upon in paragraphs 278 through 284 of Plaintiffs' Amended Complaint.

57.     Attached hereto as Exhibit 55 is a compilation of true and correct copies of all Form 4 statements of changes in beneficial ownership of Syneos' Class A Common Stock for Jason Meggs filed with the SEC during the Class Period.  The documents contained within Exhibit 55 are referred to or relied upon in paragraphs 285 through 291 of Plaintiffs' Amended Complaint.

58.     Attached hereto as Exhibit 56 is a true and correct copy of the SEC's General Instructions for Form 4, "Statement of Changes of Beneficial Ownership of Securities."

59.     Attached hereto as Exhibit 57 is an excerpt from a true and correct copy of Syneos' Notice of 2020 Annual Meeting and Proxy Statement, which was filed on Form DEF 14A with the SEC on April 16, 2020.  Exhibit 57 is referred to or relied upon in paragraphs 278, 285, 292, 308, and 310 of Plaintiffs' Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000161095020000061/syneosproxystatement 2020.htm.

-11-

60.    Attached hereto as Exhibit 58 is an excerpt from a true and correct copy of Syneos' Notice of 2021 Annual Meeting and Proxy Statement, which was filed on Form DEF 14A with the SEC on March 31, 2021.  Exhibit 58 is referred to or relied upon in paragraphs 308, 310, and 311 of Plaintiffs' Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000156459021016816/synh-defa14a_2021033 0.htm.

61.    Attached hereto as Exhibit 59 is an excerpt from a true and correct copy of Syneos' Notice of 2022 Annual Meeting and Proxy Statement, which was filed on Form DEF 14A with the SEC on April 12, 2022.  Exhibit 59 is referred to or relied upon in paragraphs 308, 309, and 310 of Plaintiffs' Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000156459022014149/synh-defa14a_2022052 5.htm.

62.    Attached hereto as Exhibit 60 is an excerpt from a true and correct copy of Syneos' 2023 Proxy Statement, which was filed on Form DEFM14A with the SEC on June 27, 2023.  Exhibit 60 is referred to or relied upon in paragraph 310 of Plaintiffs' Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/ 000119312523176268/d450417ddefm14a.htm.

63.    Attached hereto as Exhibit 61 is a true and correct copy of a redacted email from Paul Colvin to various Syneos employees, dated July 10, 2021.  The redactions are of two Syneos client names and are intended to protect those clients' confidentiality interests. Exhibit 61 is referred to in paragraphs 12, 71, 72, 74, 77, 82, 83, and 273 of Plaintiffs' Amended Complaint.

64.    Attached hereto as Exhibit 62 is a non-argumentative chart identifying the elements of Plaintiffs' claims that Defendants' Motion argues are not plausibly alleged in the Complaint, as required by Section 8(G)(i) of this Court's Individual Practices in Civil Cases.

Executed on December 20, 2023 in New York, New York.

_/s/ Benjamin R. Walker_
Benjamin R. Walker