# Exhibit 2

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)
2020-09-09

# Baird 2020 Global Healthcare Virtual Conference

## Company Participants

- Alistair Macdonald, Chief Executive Officer
- Jason Meggs, Chief Financial Officer

## Other Participants

- Eric Coldwell, Analyst, Robert W. Baird & Co

## Presentation

### Eric Coldwell  {BIO 3012804 <GO>}

Okay. Hello, everyone. We're going to give this one a do-over. We had some [ph] technical difficulties this morning. So if, at first, you don't succeed, try, try again. So my name is Eric Coldwell. I'm the Healthcare, Supply Chain and Pharma Services analyst at Baird. It is our pleasure to finally introduce Syneos Health today. And we are honored to have Alistair Macdonald, CEO; we have Jason Meggs, CFO; Ronnie Speight, SVP of IR; and also David Watson, from Investor Relations. I think Alistair, you're going to kick us off with a few slides, and then we'll jump into the Q&A.

### Alistair Macdonald  {BIO 16971432 <GO>}

That's right. Thanks, Eric. Thanks for having us today and a slight delay, but no problem. So thanks very much for the intro. If we go to the next slide, which is just forward-looking statements. I think you guys -- you folks would have all seen that many times before. So I will move on to the first slide. So just going to show you a couple of slides today and then I think the format is to go into more of a fireside Q&A and we can go from there.

So Syneos Health, we're the only end-to-end biopharmaceutical product development organization. We're made up of the world's second largest CRO, which as you can see makes up about 3/4 of our overall revenue. And that break down really into full service, as our main piece, about 60% of our work is Phase II through IV or post-approval real-world evidence and that's the main driver of our business on the clinical side. We are a very powerful FSP provider.

We have a FSP 360 is the brand that we used for that. And that's really a lot of the traditional FSP capabilities that we have in the traditional areas, data management, clinical monitoring, project management, but also we bring a lot of processed FSPs. The things like pharmacovigilance, safety, investigator payments management, med writing. And the high level, high-value services around regulatory, they are harder to deliver, unless you have a global footprint like ours. And then about 2% of our work

from the early phase team, Phase 1 clinics, working in the US and Canada, as well as bioanalytical labs and translational sciences that we deploy globally.

On the commercial side, we're the Number One CCO, that work is made up of three main sectors; Deployment solutions, field-based specialty, training, nurse educators MSLs, really supporting the market access and delivery of products in the field. The communications piece of the commercial business, Med. Comms, public relations, advertising, omnichannel solutions, which have really helped us through COVID, keep people engaged with product KOLs and HCPs detailed, and the ability to combine that with deployment solutions in a more digital environment has really helped us get through that overall period and keep the commercial business up and running and less affected than might have otherwise been. And then our consulting team, really working on pricing, market access, Reg affairs, REMS, platforms, Commercial Strategy and Planning, have really, how do you plan to launch. A lot of the work that we're seeing in consulting right now comes from Post-COVID reviews of how pharma companies will handle engagement with patients, engagement in the market et cetera.

When we wrap that all together, we have a product that we call Syneos One, is really our product development model, it's a big differentiator for us. Something that we're now selling to large pharma and small to mid-sized customers, which really gives people the infrastructure to develop the whole products and bring it all the way through, not just clinical but into commercial and really score the benefits of our infrastructure, whether that speed or economic efficiencies as they go through the market. So holistic product development model built on two very strong individual platforms that we bring to market, either individually or as one unit product development under the Syneos One banner.

If we flip to next the slide, it really give you some flavor of the business. And really, we've been positioning the organization over the last few years to drive accelerated revenue margin growth. Now clinical bookings momentum has been very good over the last several quarters, posting high market leading book-to-bills over that period. Backlog growth, as of the end of Q2 at 14.8%. We're very pleased with that, obviously and with net awards growth driving at 10% year-over-year growth, it put us in a very strong position. We're in a very strong market. Our position in that market is growing and strengthening the strategy that we have seems to be resonating very strongly with customers, across all sectors.

So we see the engagement in that growth, not just in the SMID sector where we traditionally grew up, but also now that we are in that large pharma sector and we'll touch on that in a moment as well. On the commercial side, we have seen work coming through the Syneos One channel. That's up to about $1.4 billion of estimated potential value. As you know, those of you who've engaged with us in the past, we hold that as a contingent pot. We don't take those awards into bookings until a product is approved, they're funded. And then we can move forward with delivering that product.

Over Q2, we won two long-term partnerships, primarily with revenue driving into commercial using the Syneos One product development engagement model, which are really exciting for us to see what we call, full-service commercial, really landing and being a product that's attractive to both SMID and large customers. We will see the bookings for those come through in 2021 and early 2022, but we that positions, or we feel that, that positions us very well with some good momentum going into 2021 and 2022 on the commercial side, as well as what we see lining up for clinical.

In terms of SMID, we've seen I think, an improvement in biotech funding index over the last several months and quarters. We stand very well positioned with that. We are really the leading SMID franchise with a long history in that space. That space is very unique in terms of engagement and delivery. You kind of have to grow up there to understand it. And we're seeing a lot of engagement not just on clinical, but also as we take the Syneos One model to our customers in that sector, where we can see and help them with the infrastructure that we have to be able to bring them all the way through, not just the development life cycle, but also the commercialization life-cycle of their products.

Within that base, we are seeing good levels of growth within Commercial, as we penetrate the SMID with the Syneos One model, but also as our clinical teams gain traction within that space through cross-selling and introductions that we made from the commercial side -- from the clinical side. And that was a big imperative of the merger, could we translate the commercial efforts into that SMID space, and we're happy to see that continue, as we go through this year.

On the large pharma side, Syneos was born big. I think, we've been growing into our scale over the last few years. We secured three clinical, strategic partnerships throughout 2018 and 2019. We recently announced a Pfizer relationship and the renewal that we have there and the full MSA now as a full partner. Our ability to successfully penetrate these large accounts, deliver for them and grow with them is key to our growth profile.

So we're very happy to have been able to announce that relationship with Pfizer and bring ourselves up to full partnership status there. And that's a combination, you really have to have the capabilities around FSP to do that, be able to blend that with full service to create hybrid solutions and that's really helping us to accelerate the penetration in that market.

The backlog mix accelerated nearly 30% of our work now comes out that large pharma sector, as of the end of Q2. That gives us good visibility into the future as we look to expand that percentage as we continue to grow in that sector. In terms of financial performance, we outpaced the market in both sectors, both clinically and commercially in 2019 organically. We are continuing to drive to a 30 to 50 basis point improvement in margin year-on-year. We are announcing today that we've taken the ForwardBound savings up from the range of $75 million to $100 million. We've taken that range up as you can see here to $100 million to $125 million and that's through better management of automation, moving SG&A activities offshore, but also as we start to look at bringing up our low-cost centers and capturing more

of that market, we're able to drive margin expansion based on that. And we continue to target from a capital deployment perspective, paying down debt, taking our net leverage down to 2.5 to 3 times by the end of 2021, that remains a focus for us, as we continue to go through '20 [ph] and into -- hopefully, what will be a more straightforward year in 2021.

So that's basically what we wanted to present today. The rest of our presentation, is on our website. So you are very welcome to go out there and take a look at that. And with that, Eric. I think the plan is for us to go into a quick Q&A.

# Questions And Answers

### Q - Eric Coldwell {BIO 3012804 <GO>}

Yeah, absolutely. Why don't we just jump right off of the slides here, and I did get a chance to take a quick look at your other presentation, the broader presentation on the website. But maybe I'll just jump right in with this last slide. The commitment to the 30 to 50 bps of margin expansion, with the additional ForwardBound savings. I know that's been a long-term vision for the company. Specifically, Jason, Is this 2021 outlook or is 2021 so unique with the easy comps from COVID this year -- or the impacts of COVID? I won't see easy comps, because that will bias you, but the impacts of COVID in '20. Is '21 really off the table, when talking about 30 to 50 bps or is that specifically starting in '21.

### A - Jason Meggs {BIO 19515623 <GO>}

Hi, Eric, can you hear me okay?

### Q - Eric Coldwell {BIO 3012804 <GO>}

Yeah.

### A - Jason Meggs {BIO 19515623 <GO>}

Okay. Yeah. When you look at the midpoint of our guidance that we gave in August, the midpoint is roughly in line, this year with where we finished last year. Depending on how things play out the balance of the year, reimbursable mix, some of the different activity on change orders and things coming through and our cost savings plans and how far we can actually get ForwardBound accelerated into this year.

If we can move to the top end of that range, we get in spending distance of that 30 bps for this year and then we will look to build on to that into 2021.

### Q - Eric Coldwell {BIO 3012804 <GO>}

And the reason, Jason the reason I asked is, you have competitors out there that had a 108% decremental margin in the second quarter. You had others that had incremental margin in the second quarter. You've got a company, forecasting a 600 basis point margin improvement in the second half of this year. But then their margin goes down next year as they grow, people are all over the map. So I just really

wanted to level set that this is -- you're pretty close to your original expectation this year and you hope to be able to continue that trend next year. And it sounds like that is the message.

### A - Jason Meggs  {BIO 19515623 <GO>}

That's Correct.

### Q - Eric Coldwell  {BIO 3012804 <GO>}

Okay, all right. Let's move on -- I do know you updated some stats in the slides. I'm not sure, if everybody's had a chance to see that. So I wanted to kick it off with one of our most common questions, which is there has been a lot of data provided this year in terms of site accessibility, patient enrollment,

Studies on hold, things of that sort. I think you updated some data, but just, if you could make it easy for everyone, give us those new stats.

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah, I'll walk through those, Eric a little bit. So the kind of sites that are allowing -- and I'll kind of level set back to where we were at earnings as well. So sites are allowing physical visits, we continue to see gradual improvement in that. Right now, we're about 55% of sites, allow us to physically get on site and engage face-to-face [ph] that's an improvement from earnings where we were about 40%.

So that's picked up pretty nicely. That's in line with where we expected to be at this point. So we're kind of on the right kind of glide path for that. Only about 10% are still inaccessible -- in any way, shape or form. So -- and that number has not changed much actually since earnings. So continue to work to re-engage with those sites. Enrollment has come up. At earnings, we're about 60% of pre-COVID levels in terms of enrollment. Now we're about 65% and that ebbs and flows, a little bit each week, but it's continually improving. The most important -- while the most interesting stat for me on the clinical side is site activations.

So we're actually back to where we were pre-COVID levels and we track this metric very closely, internally because it's the metric that shows, it's like the end of the start-up period. So once you get through site activation, sites open, ready to engage and enroll. So we're actually back to, if not slightly ahead of where we were pre-COVID, which to me shows maybe the start of that catch-up of some of the pent-up demand. And of course, that's a leading indicator for getting back into enrollment and things like that.

You can't enroll a patient unless the site's activated. So we're starting to catch up on that. On the commercial side, about 55% of our Deployment Solutions engagements are back to face-to-face -- across the period. And the rest is still being done by telepresence engagements, digital using the ODX platform, digital kind of more remote detailing. But in combination, they're actually slightly higher than pre-COVID level. So a lot of the health care providers, KOLs have really engaged us pretty well

on using digital media rather than face-to-face, but we are seeing a continual increases in using that face-to-face detailing as well.

## Q - Eric Coldwell  {BIO 3012804 <GO>}

That's great, thanks for the update on that. One thing, we've heard from clinical CROs is that obviously you have site management, site monitoring is typically around, give or take a third of revenue of an average center. The site monitoring piece obviously took a pretty big hit in Q2, maybe not as bad as people expected.

What we are hearing is that when sites reopen or become accessible, allow on site visits, that a lot of CROs are actually sending two CRAs into the site, instead of one to do all of the catch-up work. I know, it's a pretty technical question, but I am -- I have been wondering, if that actually allows you to catch up on revenue faster than expected, because you're -- you have two visits instead of one effectively, as these sites reopen and you go back and catch up on this time.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah. It allows some of that start to allow some of that catch up. So we're seeing that as well where we can put a couple of monitors on site. It's dependent on the site. They have to have the capacity. They have to be -- there has to be the quantity of data there to be able to do it. And obviously, we've been pulling a lot in through remote means. So yes, it's happening. That is happening for sure, but it's -- it doesn't catch it all up straight away. There's a lot of data -- there's a time relationship in that data as well. So yes, it's catching people up. A lot of it is for compliance reasons as well. You want to get it back out on-site and make sure that people are on the right -- they've not missed a window, and there's not a deviation that you got to write-up and that kind of thing. Yes. So where that's possible, we're doing that as well. And sometimes, maybe we even do it with a monitor on-site and remote monitor kind of guiding the site monitor to look for data that is missing out the -- missing out the case books and things like that.

So yes, it is done. it is going to take a while for it to get back to normal. We're on the kind of the glide path, we expect it to be. We expect sites to -- we expect to be back to about 90% of pre-COVID levels by the end of December. And even though some regions are experiencing kind of an elevated case exposure in terms of COVID. You really get a sense of the sites are starting to be able to handle it much better at local level that you know, PPE is there and being used, and is well supplied, perspective [ph] screens, hand sanitizer, tight scheduling of appointments that kind of thing. So really to handle it on the ground at a local level, but patients is a lot easier. And that makes it easier for us to read to get back on site.

## Q - Eric Coldwell  {BIO 3012804 <GO>}

Thank you. I'm going to come back to the bookings topic. You -- in the slides, you obviously provided some update on where you've been over the trailing 12 and clinical has been exceptionally strong. A couple of topics here. First off, the record pace of biotech financing obviously has continued through August. We're already at a best year ever by quite a margin. On pace to almost double the best year ever if

this continues. And we really haven't heard of cancels in the industry. There just seems to have been a very, very robust pipeline and demand side of the equation.

I'm curious if you can give us a sense on two things. First off, any update on how you're feeling about 3Q, if that's not too inappropriate? And second of all, the second one is what -- has anything really changed in terms of what clients are asking for with these studies. We've heard a lot about potential change orders on existing work, but our clients coming to the market with new protocols, new safety procedures, new demands that maybe didn't exist before that. And if so, what are they and how they impacted the size of awards compared to the past.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah. So I think, we don't give intra-quarter guidance on bookings. Right.

## Q - Eric Coldwell  {BIO 3012804 <GO>}

You can do it maybe just month wise. So --.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

What we've seen is that biotech funding index is starting to manifest itself in a very strong SMID pipeline. And so we see -- and that affects clinical and commercial for us, as we've continued to penetrate the SMID through that commercial business model. So we're pleased to see that. The large pharma pipeline probably was the area where you saw a bigger dip in Q2, as a lot of those companies kind of said okay, we're going to take pressure off the sites bringing trials out. That's -- we're seeing that return to normal levels. So the pipeline is good. I think in RFPs, obviously, COVID is a discussion point now with every customer and every new trial, what are the impacts of COVID potentially on that trial, whether it's by -- from a therapeutic perspective or kind of from a social perspective, what -- how are the patients going to be comfortable coming into the site, what are the mitigation strategies, what countries are we going to, and it kind of blends itself into everything.

And some of the considerations around that in terms of pass throughs, making sure that sites have got the right PPE for patients and that kind of thing. But they're all minimal. I mean, they're bumps on a log. So it's not really changed that much. I think just the risk mitigation and the conversations around that have changed. But I think healthy pipeline is out there. I think that we're very lucky to be in an industry that's pretty robust. I mean, even during the financial crash 10 years ago, we were one of the industries that navigated that pretty well as well.

So it is a robust industry. I think patients are engaged with it. Pharma seems to be getting back to it. That dip in the pipeline seems to be coming out again now. And a lot of the projects that we work on are partner programs, and I don't see or hear from any of the program managers that there's going to be -- we're going to deliver this program or this drug to the market six months later because of COVID.

The questions we then ask are, okay, we've lost six months, how do we catch this program up? And it might just be within an individual study, it might be over the next

three studies that were supposed to run over the next five years. How do we do that four years? So it's -- questions are being asked about how do you build a different operational model to accelerate the overall delivery. So we're engaged with that with customers. And on current studies, how do we accelerate to accommodate the slowdown that we've had in enrollment and the closure of sites, how do we regear the trial to get around that.

So there's a lot of work going on in that sector as well.

## Q - Eric Coldwell  {BIO 3012804 <GO>}

Thank you. I want to definitely spend some time on commercial and maybe you've already at some level answered this with your slides, in your ForwardBound in your market update comments. But commercial operating margin last quarter was -- it's actually really good and a bit surprising, considering where we were all hugging the toilet back in March and April, wondering where the world was going. But I know it's a combination of lower pass-through just coming on that. Very strong consulting. You've had some COVID-related cost actions, you had ForwardBound. But the margin was really, really good. I'm just curious, how does that commercial margin play out, Jason, over the next year? Do those -- as those themes of 2Q unwind perhaps, do you take a little bit of a dividend commercial margin or can they persist and really not see any volatility in that line over the next four quarters?

## A - Jason Meggs  {BIO 19515623 <GO>}

Yeah. So you're right in terms of the dynamics of quarter two and lower pass-throughs and deployment solutions, which is traditionally little lower margin in the portfolio, similar to an FSP on the clinical side right. And that being delayed and things of that nature. So we do look out and see, even in the back half, the margin price being a little lower in quarter three in commercial, but then quarter four is always our strongest margin quarter in terms of everything coming through, people wanting to spend budgets, and the PTO accruals, and everything getting trued up, taxes running out, you know the list there, Eric. So when you think about the margin of the company, though, and what we're really driving that is with Syneos One and we talked about the $1.4 billion of estimated potential value. And that $1.4 billion can flow into clinical and commercial, it's one, it's a group of assets that we're managing end-to-end [ph]. We have asset strategies on it and they are thinking about it across the entire delivery model, entire Syneos Health Enterprise.

So on the top end, we're starting to look at it that way in terms of an asset-based approach and then when you think about the back office in SG&A, we're consolidating everything. And you start to get into this math exercise of how much finance or how much HR or whatever do you allocate to each segment and it starts to be useless for an army of accountants to start allocating these things out.

So we're really thinking about it as an enterprise and let's just grow the margin at 30 to 50 basis points per year in total and as we look to ForwardBound increases and things of that nature that all sort of take care across -- right across the enterprise.

## Q - Eric Coldwell  {BIO 3012804 <GO>}

Fair enough. Are you foreshadowing Jason that we're going to go to one margin?

## A - Jason Meggs  {BIO 19515623 <GO>}

Well, we have, right. We have -- we in our quarterly reporting, we did go to one margin. And our guide we've always been one margin and I think, that's consistent. Eric, as you know to others and we've sort of been the outlier there. That said, we still have segment recording and things of that nature that happens.

## Q - Eric Coldwell  {BIO 3012804 <GO>}

Right, right. Okay. Alistair you talked about the new strategic relationships in commercial and pursuing two new awards into 2Q that did not contribute materially to bookings. I'm just stepping back very briefly, since the merger with InVentiv, could you talk about the number of strategic deals you've won? And then maybe using what you won in the past as a proxy for what you've recently won, when might we start to expect these newer awards to contribute to bookings and then [ph] going forward?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah. So I think, since merging, we -- Syneos kind of borne big at that point. I don't think INC or InVentiv were big enough to compete for those kind of relationships before. We talked about three in 2018-2019 that we've won. So far in 2020, we've announced our relationship with Pfizer. We've never been public with that before. We've had a relationship with Pfizer, but now we're an official partner. So that's kind of raised us up a level there. And we should see a fair share of work coming out of that Pfizer relationship. So we're very pleased about that. We have these two commercial partnerships that we've strategic partnerships that we've signed. So really are -- borne on the back has been able to deliver full-service commercial launches, which is a new product we've been working on to bring all that commercial horsepower together and really drives the use of our infrastructure and value, rather than just give me a sales team, et cetera. So moving more to a value position then kind of a commodity. So we are expecting those -- they're both keyed off of PDUFA dates. Because the new products coming through for launch. So we expect to start taking them into bookings probably in Q2, Q3 of 2021. And then we start to see the revenue come from those at the end of 2021 and into 2022.

So we're excited to see those come in, it's been -- it's the culmination of a lot of work on the commercial side. We used the Syneos One platform in both occasions to help with the engagement with the customer. So I think, getting the customers to a point now where they like the look of the product, the service line, the engagement that we have and bringing those in, so that will help us drive good growth in commercial in 2021 and 2022. And we've got time to load more on top of that.

So if that product seems to resonate with large pharma and SMID, we're very optimistic that, that will help us continue to drive growth in that commercial sector, as we move through. And we've got record pipes in communications and consulting,

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

like you mentioned, and the demand for the work that we're providing seems to be very high on that side. So we're very optimistic about that.

## Q - Eric Coldwell {BIO 3012804 <GO>}

That's great. Last one. We have one minute. I hate to force it but I'd love to squeeze it in because Alistair, you and I've spoken about how maybe the sell-side is become more comfortable with commercial the buy side, the investor base, maybe isn't quite as bot in at this point. What's your impassion defense that commercial is actually a growth business for Syneos maybe not for all of your peers, but for Syneos? Is this a good business? Is not an uncommon question? How do you conclude that it is?

## A - Alistair Macdonald {BIO 16971432 <GO>}

Well, I think when we look at what we've been doing with, we've put a lot of transformation effort into this commercial business and paring it with clinical. We use that as a big differentiator to help us drive clinical engagements. You know and capture kind of bring the commercial where we're going to end up with this product to bring that thinking all the way through to the design phase, which is right protocols for clinical trials. So that engagement has really been cemented, works. I think when we look at the partnerships we've signed recently, the fact that some of them are clinical and commercial plus these two new ones the commercial. I think the impact of COVID could have a big influence on commercial in the future.

Where people are looking at face to face engagement. How do we do that? Why were Syneos able to continue doing it when they couldn't through our technology, the investments we've made around OCX. So a lot of the signs that we see certainly from what we're winning in the market, the engagement that we're having across that, the fact that our GTS platform is now pushing work into commercial. So a lot of the investments we've made in the core of the business in that go-to-market sector is now starting to benefit commercial as well as clinical. And just the sense that we get from customers of, we keep running into Chief procurement offices and we're looking at the spending commercial, I'm wondering why they've got thousand vendors there, when they could have a handful like you see on the clinical side.

So a lot of kind of way points and indicators remind me of CRO 20 years ago. Timing is important for that. Penetration into the SMID. The fact that you see a lot more SMID customers now looking to go all the way to the market rather than out licensing. And we're perfectly positioned to help them do that with the Syneos One model and the commercial integration platform. So I mean, there are a lot of the indicators to say that is a good business. It's not as volatile as it used to be. We're able to sell through that and smaller relationships, but more of them make it just look a lot more like clinical used to.

So I'm confident that we'll stay the course on it and turn into a great business as time goes by, which has been the whole goal since the merger, to bring something different to the market; bring a big differentiator and it's resonating. A lot of our competitors are buying commercial assets and trying to tell people that they can go end-to-end, and we just know that they can't.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)
2020-09-09

## Q - Eric Coldwell  {BIO 3012804 <GO>}

We agree with you. So thank you for that. All right, guys. We're going to have to wrap it up. We're just a couple of minutes over here. But, thank you -- thank you for being patient as we had our technical difficulties this morning from the outside operator, not Baird, I believe. But nonetheless, thanks for rescheduling, skipping lunch, and you're welcome for the diet plan we're giving you here. And we look forward to speaking with you soon. Alistair, Jason.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Thanks Eric.

## Q - Eric Coldwell  {BIO 3012804 <GO>}

Thanks.

## A - Jason Meggs  {BIO 19515623 <GO>}

Thank you Eric.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*