# Exhibit 6

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549
# FORM 10-Q
(Mark One)

☒  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2020**

or

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from to .

Commission File Number: 001-36730

# SYNEOS HEALTH, INC.
### (Exact name of registrant as specified in its charter)

| Delaware | 27-3403111 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1030 Sync Street, Morrisville, North Carolina 27560-5468**

(Address of principal executive offices and Zip Code)

**(919) 876-9300**

(Registrant's telephone number, including area code)

**N/A**

(Former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, $0.01 par value per share | SYNH | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically, every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of July 31, 2020, there were approximately 104,284,564 shares of the registrant's common stock outstanding.

Table of Contents

**SYNEOS HEALTH, INC.**
**FORM 10-Q**
**TABLE OF CONTENTS**
**PART I - FINANCIAL INFORMATION**

| | | Page |
|---|---|---|
| Item 1. | Financial Statements | 3 |
| | Condensed Consolidated Statements of Operations for the three and six months ended June 30, 2020 and 2019 (unaudited) | 3 |
| | Condensed Consolidated Statements of Comprehensive Income (Loss) for the three and six months ended June 30, 2020 and 2019 (unaudited) | 4 |
| | Condensed Consolidated Balance Sheets as of June 30, 2020 and December 31, 2019 (unaudited) | 5 |
| | Condensed Consolidated Statements of Cash Flows for the six months ended June 30, 2020 and 2019 (unaudited) | 6 |
| | Condensed Consolidated Statements of Shareholders' Equity for the three and six months ended June 30, 2020 and 2019 (unaudited) | 7 |
| | Notes to Condensed Consolidated Financial Statements (unaudited) | 8 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 26 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 43 |
| Item 4. | Controls and Procedures | 43 |

**PART II - OTHER INFORMATION**

| | | |
|---|---|---|
| Item 1. | Legal Proceedings | 44 |
| Item 1A. | Risk Factors | 44 |
| Item 2. | Unregistered Sales of Equity Securities, Use of Proceeds and Issuer Purchases of Equity Securities | 46 |
| Item 5. | Other Information | 46 |
| Item 6. | Exhibits | 47 |
| | Signature | 48 |

2

Table of Contents
**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations.**

***Forward Looking Statements***

You should read the following discussion and analysis of our financial condition and results of operations in conjunction with our unaudited condensed consolidated financial statements and the notes thereto included elsewhere in this Quarterly Report on Form 10-Q, and with our audited consolidated financial statements and the notes thereto included in our Annual Report on Form 10-K for the fiscal year ended December 31, 2019.

In addition to historical condensed consolidated financial information, this Quarterly Report on Form 10-Q contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 that reflect, among other things, our current expectations and anticipated results of operations, all of which are subject to known and unknown risks, uncertainties, and other factors that may cause our actual results, performance or achievements, market trends, or industry results to differ materially from those expressed or implied by such forward-looking statements. Therefore, any statements contained herein that are not statements of historical fact may be forward-looking statements and should be evaluated as such, including statements regarding our anticipated results of operations, our business strategy, possible impairment charges, the future impact of the COVID-19 pandemic on our business, financial results, and financial condition, and planned capital expenditures. Without limiting the foregoing, the words "anticipates," "believes," "can," "continue," "could," "estimates," "expects," "intends," "may," "might," "plans," "projects," "should," "would," "targets," "will" and the negative thereof, and similar words and expressions are intended to identify forward-looking statements. Unless legally required, we assume no obligation to update any such forward-looking information to reflect actual results or changes in the factors affecting such forward-looking information.

We caution you that any such forward-looking statements are further qualified by important factors that could cause our actual operating results to differ materially from those in the forward-looking statements, including without limitation, regional, national, or global political, economic, business, competitive, market, and regulatory conditions and the following: the need to hire, develop, and retain key personnel; the impact of unfavorable economic conditions, including the uncertain international economic environment, changes in exchange rates, and effective income tax rate fluctuations; risks associated with the COVID-19 pandemic; the impact of potentially underpricing our contracts, overrunning our cost estimates, or failing to receive approval for or experiencing delays with documentation of change orders; any adverse effects from customer or therapeutic area concentration; our potential failure to generate a large number of new business awards and the risk of delay, termination, reduction in scope, or failure to go to contract of our business awards; our potential failure to convert backlog to revenue; fluctuations in our operating results and effective income tax rate; the cyber-security and other risks associated with our information systems infrastructure; changes and costs of compliance with regulations related to data privacy; risks associated with acquired businesses, including the ability to integrate acquired operations, products, and technologies in our business; the risks associated with doing business internationally; risks related to the impact of the U.K.'s withdrawal from the European Union; impact of the Tax Cuts and Jobs Act; challenges by tax authorities of our intercompany transfer pricing policies; our potential failure to successfully increase our market share, grow our business, and execute our growth strategies; our ability to effectively upgrade our information systems; our failure to perform our services in accordance with contractual requirements, regulatory standards, and ethical considerations; the risk of litigation and personal injury claims; risks related to the management of clinical trials; failure of our insurance to cover our indemnification obligations and other liabilities; risks related to marketing drugs for biopharmaceutical companies; our ability to protect our intellectual property; the risks associated with potential future acquisitions or investments in our customers' businesses or drugs; our relationships with customers who are in competition with each other; any failure to realize the full value of our goodwill and intangible assets; risks related to restructuring; our compliance with anti-corruption and anti-bribery laws; our dependence on third parties; potential employment liability; downgrades of our credit ratings; outsourcing trends and changes in aggregate spending and research and development budgets; the impact of,

Table of Contents

including changes in, government regulations and healthcare reform; our ability to keep pace with rapid technological change; the cost of and our ability to service our substantial indebtedness; and other risks related to ownership of our common stock. For a further discussion of the risks relating to our business, refer to "Risk Factors" in Part I, Item 1A of our Annual Report on Form 10-K for the fiscal year ended December 31, 2019.

### Overview of Our Business and Services

Syneos Health, Inc. (the "Company," "we," "us," and "our") is a leading global biopharmaceutical solutions organization providing a full suite of clinical and commercial services to customers in the biopharmaceutical, biotechnology, and medical device industries. We offer both stand-alone and integrated biopharmaceutical product development solutions through our Contract Research Organization ("CRO") and Contract Commercial Organization ("CCO"), ranging from Early Phase (Phase I) clinical trials to the full commercialization of biopharmaceutical products, with the goal of increasing the likelihood of regulatory approval and commercial success.

Our operations are divided into two reportable segments, Clinical Solutions and Commercial Solutions, to reflect the structure under which we operate, evaluate our performance, make strategic decisions, and allocate resources. Our Clinical Solutions segment offers a variety of services spanning Phase I-IV of clinical development, including full-service global studies, as well as individual service offerings such as clinical monitoring, investigator recruitment, patient recruitment, data management, and study startup to assist customers with their drug development process. Our Commercial Solutions segment provides the pharmaceutical, biotechnology, and healthcare industries with commercialization services, including deployment solutions, communication solutions (public relations and advertising), and consulting services. We integrate our clinical and commercial capabilities into customized solutions by sharing knowledge, data, and insights through our biopharmaceutical acceleration model ("BAM"). This collaboration across the development and commercialization continuum facilitates unique insights into patient populations, therapeutic environments, product timelines, and the competitive landscape. For further discussion, refer to "Note 11 - Segment Information" of our unaudited condensed consolidated financial statements in Part I, Item 1 of this Quarterly Report on Form 10-Q.

### COVID-19 Pandemic

On March 11, 2020, the World Health Organization designated the outbreak of the novel strain of coronavirus that causes the disease known as COVID-19 as a global pandemic. Governments and businesses around the world have taken unprecedented actions to mitigate the spread of COVID-19, including, but not limited to, shelter-in-place orders, quarantines, significant restrictions on travel, as well as restrictions that prohibit many employees from going to work. Uncertainty with respect to the economic effects of the pandemic has introduced significant volatility in the financial markets.

During the six months ended June 30, 2020, we implemented contingency planning to protect the health and well-being of our employees, with most employees working remotely where possible. We have global and regional crisis teams in place monitoring the rapidly evolving situation and recommending risk mitigation actions. We have implemented travel restrictions as well as visitor protocols and we are following social distancing practices. We have assessed and are implementing continuity plans to provide customers with continued services.

We experienced significant impacts to our business and results of operations for the three and six months ended June 30, 2020 due to COVID-19 and the mitigation actions taken to slow its spread.

Table of Contents

Since March 2020, the COVID-19 pandemic and its adverse effects have become more prevalent in the locations where we, our customers, suppliers, and partners conduct significant portions of our business, such as Europe and North America, and, as a result, we have experienced more pronounced disruptions in our operations during the second quarter of 2020. As a result of these conditions, we have taken steps to mitigate the revenue and cash flow impacts in the second quarter of 2020 and for the remainder of 2020, including cost management strategies consisting of certain compensation adjustments, our *ForwardBound* margin enhancement initiative, hiring restrictions, staffing reductions, voluntary and involuntary employee furloughs, reductions in third-party costs, and other initiatives.

Specifically, in our Clinical Solutions segment, we continue to expect impacts to be temporary and relate to limitations on our staff's ability to physically access investigative sites, delays in patient enrollment and trial start-up activities, as well as delayed decision making related to new business awards. Our full service studies as well as our functional service provider offering have been impacted, and we expect them to continue to be impacted, by a switch from site-based monitoring visits to remote monitoring visits and by temporary or permanent closures and reduced capacity of businesses that utilize our services or facilities we use to conduct our business during the pandemic. In our Commercial Solutions segment, we continue to expect impacts to be temporary and relate to delayed decision making related to new business awards, delays or cancellations of existing projects, declines in field team visits to healthcare providers, and travel disruptions.

We remain confident in our liquidity position, which includes cash on hand of $343.0 million as of June 30, 2020, and access to the remaining availability under our revolving credit facility. We have also implemented cash conservation initiatives, including reducing operating costs, deferring certain payroll taxes and other tax payments as permitted by various government stimulus packages in multiple jurisdictions, and entering into interest rate swaps to fix certain variable rate debt at lower interest rates.

While certain governments began to ease restrictions during the latter part of the second quarter, the pandemic continues to be disruptive to our business. The extent to which COVID-19 impacts our future results will depend on future developments. To the extent that the COVID-19 pandemic continues or worsens or if new waves of infection occur, national, state, and local governments may impose additional restrictions or extend the restrictions already in place. The continuing spread of COVID-19 and the related safety and business operating restrictions could result in a number of adverse impacts to our business, including, but not limited to, additional disruption to the economy and our customers, additional work restrictions, and supply chains being interrupted or slowed. Also, governments may impose other laws, regulations, or taxes that could adversely impact our business, financial condition, or results of operations. Further, depending on the extent to which our customers are affected, they could delay or reduce purchases of services we provide. The effects of COVID-19 also could impact us in a number of other ways including, but not limited to, additional reductions to our profitability, fluctuations in foreign currency markets, the availability of future borrowings, the cost of borrowings, credit risks of our customers and counterparties, and potential impairment of the carrying amount of goodwill or other long-lived assets.

We will continue to actively monitor the situation and may take further precautionary and preemptive actions as may be required by national, state, or local authorities or that we determine are in the best interests of our employees, customers, partners, suppliers, and shareholders. To the extent the pandemic worsens, we cannot predict the effects it may have on our business, in particular with respect to demand for our services, our strategy, and our prospects, the effects on our customers, or the impact on our financial results. See Part II, Item 1A "Risk Factors" of this Quarterly Report on Form 10-Q for further discussion of the potential impact of the COVID-19 pandemic on our business.

Table of Contents

**New Business Awards and Backlog**

We add new business awards to backlog when we enter into a contract or when we receive a written commitment from the customer selecting us as a service provider, provided that:

- collection of the award value is probable;

- the project or projects are expected to commence within a certain period of time from the end of the quarter in which the award was granted;

- project contingencies such as the outcome of other clinical trials, funding approvals, or other events, are not anticipated to prevent the project or projects from commencing in accordance with the expected timeline;

- the customer has entered or intends to enter into a comprehensive contract as soon as practicable; and

- for awards related to deployment solutions and functional service provider offerings, a maximum of twelve months of services are included in the award value.

In addition, we continually evaluate our backlog to determine if any of the previously awarded work is no longer expected to be performed, regardless of whether we have received formal cancellation notice from the customer. If we determine that any previously awarded work is no longer probable of being performed, we remove the value from our backlog based on the risk of cancellation. We recognize revenue from these awards as services are performed, provided we have entered into a contract with the customer.

We report new business awards for our Clinical Solutions and Commercial Solutions segments on a trailing twelve months ("TTM") basis. Our total backlog represents backlog for our Clinical Solutions segment and the deployment solutions offering within our Commercial Solutions segment. We do not report backlog for the remaining service offerings in the Commercial Solutions segment.

*Backlog*

Our backlog consists of anticipated future revenue from business awards that either have not started, or that are in process and have not been completed. Our backlog also reflects any cancellation or adjustment activity related to these awards. The average duration of our contracts will fluctuate from period to period based on the contracts comprising our backlog at any given time. The majority of our contracts contain early termination provisions that typically require notice periods ranging from 30 to 90 days depending on the service offering.

Our backlog was as follows as of June 30 (in millions):

| | 2020 | 2019 | Change | |
|---|---|---|---|---|
| Clinical Solutions | $ 8,997.3 | $ 7,834.0 | $ 1,163.3 | 14.8% |
| Commercial Solutions - Deployment Solutions | 609.7 | 621.3 | (11.6) | (1.9)% |
| Total backlog | $ 9,607.0 | $ 8,455.3 | $ 1,151.7 | 13.6% |

We expect approximately $2.01 billion of our backlog as of June 30, 2020 will be recognized as revenue during the remainder of 2020. We adjust the amount of our backlog each quarter for the effects of fluctuations in foreign currency exchange rates.

29

Table of Contents

***Net New Business Awards***

New business awards, net of cancellations, were as follows for the TTM periods ended June 30 (in millions):

|  | 2020 | 2019 |
|---|---|---|
| Clinical Solutions | $ 4,567.1 | $ 3,967.0 |
| Commercial Solutions | 1,229.5 | 1,298.2 |
| Total net new business awards | $ 5,796.6 | $ 5,265.2 |

New business awards have varied and may continue to vary significantly from quarter to quarter. Fluctuations in our net new business award levels often result from the fact that we may receive a small number of relatively large orders in any given reporting period. Because of these large orders, our backlog and net new business awards in a reporting period may reach levels that are not sustainable in subsequent reporting periods.

We believe that our backlog and net new business awards might not be consistent indicators of future revenue because they have been, and likely will continue to be, affected by a number of factors, including the variable size and duration of projects, many of which are performed over several years, and changes to the scope of work during the course of projects. Additionally, projects may be canceled or delayed by the customer or regulatory authorities. Net new business awards and backlog have been and we expect will continue to be affected by the broad effects of the COVID-19 pandemic on the global economy and major financial markets, as well as various other risks and uncertainties detailed in Part II, Item 1A "Risk Factors" of this Quarterly Report on Form 10-Q. We generally do not have a contractual right to the full amount of the awards reflected in our backlog. If a customer cancels an award, we might be reimbursed for the costs we have incurred. As we increasingly compete for and enter into large contracts that are more global in nature, we expect that the rate at which our backlog and net new business awards convert into revenue is likely to decrease, and the duration of projects and the period over which related revenue is recognized to lengthen. For more information about risks related to our backlog see Part I, Item 1A "Risk Factors - Risks Related to Our Business - Our backlog might not be indicative of our future revenues, and we might not realize all of the anticipated future revenue reflected in our backlog" included in "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended December 31, 2019.

Table of Contents
***Results of Operations***

The following table sets forth amounts from our unaudited condensed consolidated statements of operations along with dollar and percentage changes (in thousands, except percentages):

| | Three Months Ended June 30, | | | |
| --- | --- | --- | --- | --- |
| | **2020** | **2019** | **Change** | |
| Revenue | $ 1,013,399 | $ 1,166,827 | $ (153,428) | (13.1)% |
| *Costs and operating expenses:* | | | | |
| Direct costs (exclusive of depreciation and amortization) | 805,892 | 917,529 | (111,637) | (12.2)% |
| Selling, general, and administrative expenses | 104,976 | 110,879 | (5,903) | (5.3)% |
| Restructuring and other costs | 8,171 | 11,882 | (3,711) | (31.2)% |
| Transaction and integration-related expenses | 3,368 | 7,654 | (4,286) | (56.0)% |
| Depreciation and amortization | 56,021 | 60,749 | (4,728) | (7.8)% |
| Total operating expenses | 978,428 | 1,108,693 | (130,265) | (11.7)% |
| Income from operations | 34,971 | 58,134 | (23,163) | (39.8)% |
| Total other expense, net | 27,323 | 24,557 | 2,766 | 11.3% |
| Income before provision for income taxes | 7,648 | 33,577 | (25,929) | (77.2)% |
| Income tax expense | 3,737 | 22,285 | (18,548) | (83.2)% |
| Net income | $ 3,911 | $ 11,292 | $ (7,381) | (65.4)% |

| | Six Months Ended June 30, | | | |
| --- | --- | --- | --- | --- |
| | **2020** | **2019** | **Change** | |
| Revenue | $ 2,176,754 | $ 2,285,833 | $ (109,079) | (4.8)% |
| *Costs and operating expenses:* | | | | |
| Direct costs (exclusive of depreciation and amortization) | 1,729,906 | 1,804,331 | (74,425) | (4.1)% |
| Selling, general, and administrative expenses | 222,946 | 223,996 | (1,050) | (0.5)% |
| Restructuring and other costs | 16,891 | 26,295 | (9,404) | (35.8)% |
| Transaction and integration-related expenses | 10,945 | 24,312 | (13,367) | (55.0)% |
| Depreciation and amortization | 112,128 | 121,949 | (9,821) | (8.1)% |
| Total operating expenses | 2,092,816 | 2,200,883 | (108,067) | (4.9)% |
| Income from operations | 83,938 | 84,950 | (1,012) | (1.2)% |
| Total other expense, net | 34,515 | 70,961 | (36,446) | (51.4)% |
| Income before provision for income taxes | 49,423 | 13,989 | 35,434 | 253.3% |
| Income tax expense | 11,938 | 32,701 | (20,763) | (63.5)% |
| Net income (loss) | $ 37,485 | $ (18,712) | $ 56,197 | n/m |

***Revenue***

For the three months ended June 30, 2020, our revenue decreased by $153.4 million, or 13.1%, to $1,013.4 million from $1,166.8 million for the three months ended June 30, 2019. For the six months ended June 30, 2020, our revenue decreased by $109.1 million, or 4.8%, to $2,176.8 million from $2,285.8 million for the six months ended June 30, 2019. These decreases were primarily driven by the impact of the COVID-19 pandemic in both our Clinical Solutions and Commercial Solutions segments, as discussed below.

No single customer accounted for greater than 10% of our revenue for the three and six months ended June 30, 2020. Revenue from our top five customers accounted for approximately 22% and 24% of revenue for the three months ended June 30, 2020 and 2019, respectively, and 22% and 23% of revenue for the six months ended June 30, 2020 and 2019, respectively.

31

Table of Contents

Revenue for each of our segments was as follows (dollars in thousands):

|  | Three Months Ended June 30, | | | | | |
|  | 2020 | % of total | 2019 | % of total | Change | |
|---|---|---|---|---|---|---|
| Clinical Solutions | $ 747,179 | 73.7% | $ 849,922 | 72.8% | $ (102,743) | (12.1)% |
| Commercial Solutions | 266,220 | 26.3% | 316,905 | 27.2% | (50,685) | (16.0)% |
| Total revenue | $ 1,013,399 | | $ 1,166,827 | | $ (153,428) | (13.1)% |
|  | Six Months Ended June 30, | | | | | |
|  | 2020 | % of total | 2019 | % of total | Change | |
| Clinical Solutions | $ 1,622,005 | 74.5% | $ 1,654,880 | 72.4% | $ (32,875) | (2.0)% |
| Commercial Solutions | 554,749 | 25.5% | 630,953 | 27.6% | (76,204) | (12.1)% |
| Total revenue | $ 2,176,754 | | $ 2,285,833 | | $ (109,079) | (4.8)% |

*Clinical Solutions*

For the three and six months ended June 30, 2020, revenue attributable to our Clinical Solutions segment decreased compared to the same periods in the prior year primarily due to the impacts of the COVID-19 pandemic, including the related decline in reimbursable out-of-pocket expenses, and also the negative impacts of fluctuations in foreign currency exchange rates of $5.4 million and $11.4 million for the respective periods. The COVID-19 pandemic impacted our ability to physically access investigative sites and delayed patient enrollment and trial start-up activities. Additionally, we sold our contingent staffing business during the second quarter. These negative impacts were partially mitigated by converting site-based monitoring visits to remote monitoring visits. The decrease for the six months ended June 30, 2020 was also partially offset by revenue growth during the first quarter.

Although we are aggressively managing our response to the COVID-19 pandemic, it is expected to continue to negatively impact our full year 2020 Clinical Solutions revenue. At this time, we believe that the most significant impacts to revenue in our Clinical Solutions segment will be temporary and relate to limitations on our staff's ability to physically access investigative sites, delays in patient enrollment and trial start-up activities, as well as delayed decision making related to new business awards. Our full service studies and, to a lesser extent, our functional service provider offering have been impacted, and we expect them to continue to be impacted, by a switch from site-based monitoring visits to remote monitoring visits and temporary or permanent closures and reduced capacity of businesses that utilize our services or facilities we use to conduct our business during the pandemic.

*Commercial Solutions*

For the three and six months ended June 30, 2020, revenue attributable to our Commercial Solutions segment decreased compared to the same periods in the prior year primarily due to the impacts of the COVID-19 pandemic, including the related decline in reimbursable out-of-pocket expenses as well as the negative impact of delays in new project starts.

Although we are aggressively managing our response to the COVID-19 pandemic, it is expected to continue to negatively impact our full year 2020 Commercial Solutions revenue. At this time, we believe that the most significant impacts to revenue in our Commercial Solutions segment will be temporary and relate to delayed decision making related to new business awards, delays or cancellations of existing projects, declines in field team visits to healthcare providers, and travel disruptions.

***Direct Costs***

Direct costs consist principally of compensation expense and benefits associated with our employees and other employee-related costs, and reimbursable out-of-pocket expenses directly related to delivering on our projects. While we have some ability to manage the majority of these costs relative to the amount of

Table of Contents

contracted services we have during any given period, direct costs as a percentage of revenue can vary from period to period. Such fluctuations are due to a variety of factors, including, among others: (i) the level of staff utilization on our projects; (ii) adjustments to the timing of work on specific customer contracts; (iii) the experience mix of personnel assigned to projects; (iv) the service mix and pricing of our contracts; and (v) the timing of the incurrence of reimbursable out-of-pocket expenses, particularly on our Clinical Solutions projects. As a result of the COVID-19 pandemic, we have experienced reduced travel and other reimbursable out-of-pocket expenses related to lower customer site visits for Clinical Solutions, as well as lower physician office visits and investigator meetings for Commercial Solutions. In addition, as global projects wind down or as delays and cancellations occur, staffing levels in certain countries or functional areas can become misaligned with the current business volume.

Direct costs consisted of the following (dollars in thousands):

| | Three Months Ended June 30, | | | | | |
| | 2020 | | 2019 | | Change | |
| Direct costs (exclusive of depreciation and amortization) | $ | 805,892 | $ | 917,529 | $ (111,637) | (12.2)% |
| *% of revenue* | | 79.5% | | 78.6% | | |
| *Gross margin %* | | 20.5% | | 21.4% | | |
| | Six Months Ended June 30, | | | | | |
| | 2020 | | 2019 | | Change | |
| Direct costs (exclusive of depreciation and amortization) | $ | 1,729,906 | $ | 1,804,331 | $ (74,425) | (4.1)% |
| *% of revenue* | | 79.5% | | 78.9% | | |
| *Gross margin %* | | 20.5% | | 21.1% | | |

For the three months ended June 30, 2020, our direct costs decreased by $111.6 million, or 12.2%, compared to the three months ended June 30, 2019. For the six months ended June 30, 2020, our direct costs decreased by $74.4 million, or 4.1%, compared to the six months ended June 30, 2019. These decreases were primarily driven by the impacts of the COVID-19 pandemic and our cost management strategies in both our Clinical Solutions and Commercial Solutions segments as discussed below.

*Clinical Solutions*

Direct costs for our Clinical Solutions segment, excluding share-based compensation expense, were as follows (dollars in thousands):

| | Three Months Ended June 30, | | | | | |
| | 2020 | | 2019 | | Change | |
| Direct costs | $ | 590,303 | $ | 654,403 | $ (64,100) | (9.8)% |
| *% of segment revenue* | | 79.0% | | 77.0% | | |
| *Segment gross margin %* | | 21.0% | | 23.0% | | |
| | Six Months Ended June 30, | | | | | |
| | 2020 | | 2019 | | Change | |
| Direct costs | $ | 1,267,394 | $ | 1,280,170 | $ (12,776) | (1.0)% |
| *% of segment revenue* | | 78.1% | | 77.4% | | |
| *Segment gross margin %* | | 21.9% | | 22.6% | | |

For the three months ended June 30, 2020, our Clinical Solutions direct costs decreased by $64.1 million, or 9.8%, compared to the three months ended June 30, 2019. For the six months ended June 30, 2020, our Clinical Solutions segment direct costs decreased by $12.8 million, or 1.0%, compared to the six months ended June 30, 2019. The decrease for the three months ended June 30, 2020 compared to the prior year was primarily due to lower reimbursable out-of-pocket expenses and billable headcount,

Table of Contents

primarily due to COVID-19. There were additional decreases in direct costs from the impact of various cost management strategies and foreign currency exchange rate fluctuations. These cost management strategies included certain compensation adjustments, our *ForwardBound* margin enhancement initiative, hiring restrictions, staffing reductions, voluntary and involuntary employee furloughs, reductions in third-party costs, and other initiatives. A portion of these reductions were due to temporary cost savings measures in response to the uncertainty caused by the COVID-19 pandemic. The decrease for the six months ended June 30, 2020 compared to the prior year was primarily a result of lower revenue and the impact of our cost management strategies during the second quarter.

Gross margins for our Clinical Solutions segment were 21.0% for the three months ended June 30, 2020, compared to 23.0% for the three months ended June 30, 2019 and 21.9% for the six months ended June 30, 2020, compared to 22.6% for the six months ended June 30, 2019. Gross margins were lower during the current year periods as compared to the same periods in 2019 primarily due to decreased revenue, partially offset by reduced travel and other reimbursable out-of-pocket expenses, and the impact of our cost management strategies.

Although we are aggressively managing our response to the COVID-19 pandemic, it is expected to continue to negatively impact our full year 2020 Clinical Solutions margins. At this time, we continue to believe that the most significant impacts to margins in our Clinical Solutions segment will be those noted in the above Revenue section as well as potential increased costs related to inefficiencies, partially offset by the impact of our cost management strategies.

*Commercial Solutions*

Direct costs for our Commercial Solutions segment, excluding share-based compensation expense, were as follows (dollars in thousands):

| | Three Months Ended June 30, | | | Change | |
|---|---|---|---|---|---|
| | 2020 | 2019 | | | |
| Direct costs | $ 207,483 | $ 255,814 | $ | (48,331) | (18.9)% |
| *% of segment revenue* | *77.9%* | *80.7%* | | | |
| *Segment gross margin %* | *22.1%* | *19.3%* | | | |

| | Six Months Ended June 30, | | | Change | |
|---|---|---|---|---|---|
| | 2020 | 2019 | | | |
| Direct costs | $ 446,224 | $ 508,687 | $ | (62,463) | (12.3)% |
| *% of segment revenue* | *80.4%* | *80.6%* | | | |
| *Segment gross margin %* | *19.6%* | *19.4%* | | | |

For the three months ended June 30, 2020, our Commercial Solutions segment direct costs decreased by $48.3 million, or 18.9%, compared to the three months ended June 30, 2019. For the six months ended June 30, 2020, our Commercial Solutions segment direct costs decreased by $62.5 million, or 12.3%, compared to the six months ended June 30, 2019. These decreases were primarily related to reduced billable headcount, declines in reimbursable out-of-pocket expenses, and the impact of our cost management strategies, which were all primarily in response to the COVID-19 pandemic. These cost management strategies included certain compensation adjustments, our *ForwardBound* margin enhancement initiative, hiring restrictions, staffing reductions, voluntary and involuntary employee furloughs, reductions in third-party costs, and other initiatives. A portion of these reductions were due to temporary cost savings measures in response to the uncertainty caused by the COVID-19 pandemic.

Gross margins for our Commercial Solutions segment were 22.1% for the three months ended June 30, 2020, compared to 19.3% for the three months ended June 30, 2019 and 19.6% for the six months ended June 30, 2020, compared to 19.4% for the six months ended June 30, 2019. Gross margins were higher during the current year periods compared to the same periods in 2019 primarily due to lower