# Exhibit 8

# Credit Suisse 29th Annual Healthcare Virtual Conference

## Company Participants

- Erin Wilson, Director and Senior Equity Research Analyst
- Jason Meggs, CFO

## Presentation

### Erin Wilson  {BIO 16550188 <GO>}

Hi. Good afternoon or good morning, everybody. This is Erin Wright. I cover Life Sciences Tools/Diagnostics at Credit Suisse. Welcome to our 2020 Credit Suisse Health Care conference. We're obviously virtual this year. So please feel free to reach out to me via email if you have any questions. We do have a fireside chat today with Syneos. You can email me at erin.wright@credit-suisse.com.

With that, I think we'll get it started with our third presentation today from Syneos. We have CFO Jason Meggs. And we also have the IR maven himself, Ronnie Speight on the line as well.

## Questions And Answers

### A - Erin Wilson  {BIO 16550188 <GO>}

But hopefully, we can get it started with a nice fireside chat.

So welcome. Hope all is well. Hope you're having a good November here.

### A - Jason Meggs  {BIO 19515623 <GO>}

Absolutely. Thank you, Erin, for having us.

### A - Erin Wilson  {BIO 16550188 <GO>}

So in the most recent quarter, I guess, you noted 10% -- or I guess, 10% year-to-date bookings, 60 awards in the third quarter are COVID-related. How do you expect the economics of these awards to compare to traditional projects and the timing and magnitude of the revenue contributions and some of the pass-through dynamics? If you could help us clarify some of those dynamics?

### A - Jason Meggs  {BIO 19515623 <GO>}

Yes, sure. So thanks, Erin. Thanks for having us, and thanks for joining us, everyone. Yes. So we've been really focused on COVID and primarily through the end of the third quarter, it's been more around therapeutics and the therapeutics that we've

been awarded and we've started working on have been more of the traditional steady periods when you look out 36 months, maybe even a little bit longer, but on average, in that range.

But then we did secure a vaccine study at the end of the quarter, that is going to be more of the shorter, 18, 24 months. And then when you look at the mix of direct fees versus pass-throughs, the therapeutics are going to be a little more slanted towards pass-throughs, but not the way the vaccine studies are and then, yes, the vaccine studies are going to be. And then the one that we were awarded, has sort of that mix where the pass-throughs are quite a bit more than the actual direct fees. So we see it that way.

I don't think there's anything unusual with what we're seeing there. In terms of our burn period and revenue contribution, it really doesn't start until this quarter, fourth quarter for us across any -- really any of those studies. And then starts to ramp in quarter 1 and beyond as we work through those studies.

## A - Erin Wilson  {BIO 16550188 <GO>}

Okay. Great. And you have a little bit less exposure than maybe some of the other CROs to the bigger, chunkier kind of vaccine trials. But how should that help in the way of underlying visibility be across your business into 2021? And how should that impact kind of underlying growth trends as we think about that quarterly progression?

## A - Jason Meggs  {BIO 19515623 <GO>}

Yes. I mean, we -- on the clinical side of the business, we've -- I think when you peel all the COVID layers back, at least what we've been able to see from our competitors, I feel like our business is recovering similar to others. As we've talked about, but we haven't had that COVID contribution. When you think about COVID starting to layer in for us on the clinical side in quarter 4 and quarter 1 obviously, that gives us good visibility into those studies and how that will stack on top of the existing 18%. Well, there's some -- there's COVID in there, but we have 18% backlog growth at the end of September on the clinical side. We've been, what we believe is fairly balanced in how we're phasing that backlog and thinking about that burn rate into 2021. And as well as the recovery of COVID and thinking about that visibility and just the overall book of business and portfolio.

And then on the Commercial side, we talked about we've been awarded 2 therapeutic launches from a top 20 pharma subsequent to September 30. So those opportunities still need to be approved. We think that both will be approved ultimately. But certainly, ONE of them has a shorter fuse here with the December, January, I think, read out that if we -- if they're successful there and we get the portion of work that we believe that we will, then that obviously helps us significantly in terms of visibility of the Commercial business into 2021.

And that's on top of the 6% backlog growth that we have as of September 30 in that business, that those awards are not included in. So that's how we're thinking about it. In both businesses, we see for Commercial, getting back to continued sequential

growth in quarter 4, sequential growth in quarter 1 in Commercial, sequential growth in Clinical, likely in quarter 1. Year-over-year, we had a really strong quarter 1, 2020 in Clinical. So getting back to year-over-year growth probably in quarter 2 and beyond in both businesses. So that's how we're thinking about that visibility and how that stands up.

### A - Erin Wilson  {BIO 16550188 <GO>}

Okay. That's great color. And I'll get to the center -- I guess acquisition and contributions here in a second. But how should you characterize or how would you characterize kind of underlying RFP flow now, excluding kind of some of the COVID-related dynamics and are you experiencing that similar strength that we saw in 3Q? Is that continuing into the fourth quarter? And is it broad-based? Is it SMID, small biopharma? Is it large pharma? I'm curious on the mix.

### A - Jason Meggs  {BIO 19515623 <GO>}

Yes. I mean our pipelines remain (inaudible) robust right? Right across the business in Clinical and Commercial. The SMID RFP flow, as you mentioned, was a record in quarter 3 for us on the back of biotech funding. I guess everyone probably looked at the October biotech funding results now in another strong month. So that contribution, we believe, will continue. We don't tend to talk about specific RFP flow metrics intra-quarter, it just depends on what month and where you are.

So pipelines look good. RFP flow continues to be sound. We're looking at that biotech index as something that will continue to provide a tailwind across the business. And then if you put those large COVID launches into Commercial on top of what's already record pipelines and communications and consulting coming into the quarter, the pipeline really starts to shape up nicely heading into quarter 4 and into 2021.

### A - Erin Wilson  {BIO 16550188 <GO>}

Okay. That's great. And then can you speak a little bit about the latest experience in terms of site accessibility trends and your expectations for the recovery into 2021? And when will things normalize here? From a patient enrollment perspective, what steps are you taking to help mitigate some of the limited access you're having to investigator sites? I think you said 10% was inaccessible as of 3Q. But if you could comment on your mitigation efforts there, that would be great?

### A - Jason Meggs  {BIO 19515623 <GO>}

Yes. I mean, obviously, great news this morning, right? In terms of Pfizer, biointec's vaccine. So we're hopeful that, that continues to push through and that vaccination is made available early next year, but we'll have to see how that plays out. What we -- we obviously didn't know that when we thought about our 2021 outlook that we provided during the third quarter earnings call. So what we've continued to see is that the front end of regulatory approvals, site initiation visits and things to kick off the clinical trial and be ready for patient enrollment has trended above pre COVID levels.

We talked about greater than 115% of site initiation visits during the third quarter. And then patient enrollment continues to be below 100%. So that's really what we're focused on and how we can help continue to push that forward. Obviously, a vaccination, we believe, would help that. We're able to get on-site at 70%, 80% of the sites. We still see that 10% inaccessibility. However, we're still able to do remote monitoring visit in a lot of instances.

And sometimes that's even required for sites you can access just because they have a lot of trials that where a lot of customers, sponsors and CROs are trying to get on site, and you just have a capacity issue. So we're continuing to work through the remote monitoring capabilities, and that's continuing to tick up, just not as quickly as we initially thought and some of the resurgence, I think, is causing that movement up to slow down a bit, but we're not seeing any decreases or anything of that nature. So we thought about that and how that plays out through June of next year. And that's sort of how we're thinking about it is that June of 2021, it's probably a good mile post to think about how that recovery plays out.

And then on the Commercial side, we've gotten back in the 55% of the field teams are back with the healthcare providers. That's continuing to move up throughout the quarter as well. But as we've talked about, that isn't as important anymore as are you able to connect with the healthcare provider, virtually in some format to continue to provide the detailing that's needed to help customers. So that's what we're seeing there on the operational side.

## A - Erin Wilson  {BIO 16550188 <GO>}

And how sticky is that dynamic in terms of remote monitoring your efforts there, how is that received by the sponsors now? And do you think there is an increase in overall adoption of remote monitoring in a post COVID world? And what percentage of sites I guess have you been able to convert to that remote?

## A - Jason Meggs  {BIO 19515623 <GO>}

Yes. I mean, so we were 1-ish percent prior to COVID, I would say, remote monitoring and then peaked at roughly 80% of our visits were remote and then as COVID, as we started to get some traction there with moving remote and things started to -- the lockdown started to end, et cetera. We've gotten back down in sort of into that 20% range. And we believe that it will stay in that 15% to 20% of our visits will be remote over time. And that's what we're seeing in the studies that we're continuing to run, existing studies as well as new opportunities that we have where we're submitting RFPs or responses to RFPs. We're seeing that stay in that level. So that's what we're thinking about and how we're planning to play the rest of, what, 2021 out.

## A - Erin Wilson  {BIO 16550188 <GO>}

Okay. Okay. And then in terms of the Synteract acquisition, can you speak to the strategic rationale of the deal? I think you spent $400 million. What's the run rate of growth, I think it's $200 million to $220 million in revenue. I guess how should we anticipate the contributions throughout 2021? And are there meaningful cost synergies? Any sort of revenue synergy opportunities or dis-synergies, just given what we've seen in terms of CRO combinations?

## A - Jason Meggs {BIO 19515623 <GO>}

Yes. I mean -- so Synteract is a great business, great management team, leadership team. And we've -- we've known Synteract for some time, and we've gone head-to-head with them in certain instances and have just been watching the business. It's -- one of the things that we've been driving at is emerging biopharma and how we can continue to power our SMID franchise, which we believe is one of the market leaders, if not the market leader on the small to mids. However, when you look at the SMID segment, there are multiple segments underneath.

And the emerging biopharma or pre-revenue is a fairly small component of our business at this point. We've sort of moved into the larger, maybe they have an approved product, maybe they have multiple approved products, but they're not in the top 50. So with the strength of biotech funding, with where a lot of the innovation is happening these days, our ability to help them add scale and geographic reach to their operation as well as just the sort of general pull-through that we believe Syneos One can provide for those customers because they don't have infrastructure. And oftentimes, they're looking for how can they consolidate vendors, simplify things and get to market fastest.

We believe that the strategic rationale is really great for us. So that's the way we approach the deal. When we got in and looked at the customer overlap, it was very, very minimal. And where they have won larger opportunities around the world where they're -- they have sites in Asia or sites in certain parts of Europe, they've had to outsource that to other CROs that -- or use contractors and that is an immediate sort of margin synergy for us where we can bring that work into the Syneos network and help by bring it all in one roof and help with margins.

And then when you look at why they lose work. Over the last several years, the 2 top reasons are lack of scale and geographic reach. Well, obviously, Syneos can help with that because we have operations all over the globe, given our scale and size. So those revenue synergies are the things that we're focused on. And then we see a lot of emerging biotech flow through our inside sales team, and we can now port those potentially over to Synteract, where they might be more uniquely suited to respond to those opportunities. So those are the revenue synergies and the strategic rationale and how we're thinking about it.

And then if you look at the cost side of things, there's always going to be opportunities in these types of transactions. We're more focused on the revenue synergies and how we can capture the growth and move into that 12% to 15% growth market, maybe even move it up from there. However, there are cost synergies that we will capture in the deal in terms of consolidating the back end of certain (inaudible) functions like data management or biostats or safety as well as looking at facilities and IT and other areas like that.

## A - Erin Wilson {BIO 16550188 <GO>}

And I mean Legacy Inc. did have a pretty meaningful presence in biotech -- I mean in small biopharma. Has anything changed in that underlying business? And how we

should think -- how Synteract, I guess you mentioned there's minimal overlap here. So there's nothing we should worry about in terms of each stepping on each other's toes at this point, right?

## A - Jason Meggs  {BIO 19515623 <GO>}

Yes, that's right. I mean if you think about INC and now Syneos' SMID franchise, it's kind of moved up, like I was saying, into more of the companies that might have an approved product, and they're developing another 1 or multiple approved products because we define SMID as everything outside of top 50. That franchise for us has continued to grow. If you look at our -- the revenue concentration stats that we provide has continued to grow.

However, the pre-revenue biotech or the emerging biopharma, we have -- we don't have as much of that in our SMID business less than -- less than 7% of the business. So greater than 90% of Synteract's business is in that emerging biopharma. So the 2 coming together, that's the reason you see the minimal customer overlap and with the biotech funding, where it is and a lot of it flowing into that emerging biopharma, it just makes a ton of sense for us to bring that in and let that grow the overall SMID pie for us at Syneos Health.

## A - Erin Wilson  {BIO 16550188 <GO>}

Okay. That's helpful. And then switching gears to the Commercial segment. I did want to ask kind of how COVID has impacted that in 2020. Can you give us some of the color, too, of how we should think about growth trajectory across that business in 2021? And kind of what gives you kind of confidence on the visibility of underlying growth across that business and when that could return to more consistent top line growth?

## A - Jason Meggs  {BIO 19515623 <GO>}

Yes. I mean, 2020, for Commercial, the COVID impact has predominantly been delaying new project starts, say in deployment solution or it impacts when our Communication business might help launch a product or whatever it could be. I would say, across Communications and Consulting, it's primarily been a tailwind for us. I mean, the businesses have been doing well. They've been helping navigate and communicate about COVID and how to operate and launch and place products in a COVID environment. So like I mentioned, those pipelines in Communications and Consulting were up at or near record levels and have done well this year in terms of performance.

On the Deployment Solutions side, it has been more of that delay impact and pushing team decisions out or pushing launch decisions out. And we have seen some cancellations (inaudible) due to COVID, but really not that significant. More of the cancellations we've seen in the Commercial business that we've talked about have been more around product decisions or management decisions about how they wanted to navigate 2020 in the COVID environment. What we look at is how those cancellations, that activity has started to trend. So you see the cancels trending down.

And given we take 12 months backlog into the business for Commercial, that impacts you those cancels with what's right in front of you, right? It impacts your near-term revenue. However, we're seeing the pipeline and the new awards and the new activity come in on top of that, that's a little longer term. And then you see things starting to launch. So now we're starting to see the team stand up, out of Q3 and Q4, move back toward that sequential growth. And as I said, the backlog is up 6% across all of Commercial at the end of September, and we have a really robust pipeline.

So along with those 2 -- those 2 therapeutics for COVID. That could come through and the 2 relationships for launches that we announced during our second quarter earnings. So new drug approvals are good. Everything is starting to point to that business returning to growth. So we're looking for that, as I mentioned earlier, going into quarter 4, sequential, quarter 1 sequential, and then we'll get back to year-over-year.

## A - Erin Wilson  {BIO 16550188 <GO>}

Okay. That's great. And then turning to profitability, I guess, what's driving the fourth quarter EBITDA margin expansion. To what extent, I guess, do you expect these drivers to kind of benefit longer-term margins across your business?

## A - Jason Meggs  {BIO 19515623 <GO>}

Yes. I mean, so we've had good -- what we believe is good margin performance this year, and that's on the back of continuing to focus on execution of synergies and bringing the companies together. But also launching ForwardBound, which we launched at the end of 2019, which is if you think about the business, we've been really focused on integration and driving the right organization to take the company forward for the last 3 years, get everything together, get the right cost base. Now we can turn the page on that and focus more on how do we optimize the business to deliver growth over the next 3 years.

When COVID happened, we accelerated that. We accelerated some of those steps into 2020. And that includes bringing forward some of the lower cost workforce initiatives, bringing forward certain automation initiatives, looking at rationalizing the portfolio for the businesses that we think are key to the strategy and getting businesses out to others that might be the right owners. So all those things have been happening during 2020, and then we've had our temporary measures. So reducing certain executive salaries, pushing out our merit and promotions, obviously, travel costs and things of training costs and things of that nature have been down.

As we move into the fourth quarter, we've really started to peel back most of the temporary cost savings measures. And at the same time, we're having the revenue return to a more normalized state. So that's the way that I think about it is as revenues coming back, we're peeling back the cost measures, the ForwardBound and synergy items are more permanent in nature moving forward, including the portfolio rationalization. And then in quarter 4, as you know, Erin, we always have seasonal items that end up resulting in quarter 4 being our largest margin performance -- margin.

(technical difficulty) percentage basis. So PTO type items with vacation accruals, taxes can cap out. We have change orders, everyone wants to get everything pushed through the end of the year. (technical difficulty) this year, that should be supplemented by COVID, change orders coming through.

And then finally, on the Commercial side, we have a lot of the risk or the bonuses that we get for performance, they come through and get scored in quarter 4. That's not as pronounced this year, just given how you account for those a little bit differently under 606 than 605 revenue, but still a feature of the performance.

### A - Erin Wilson  {BIO 16550188 <GO>}

Okay. That's helpful. And then how should we be thinking about the long-term margin targets, too? And I think you were previously targeting about 30, 50 basis points of EBITDA margin expansion on a net annual basis. Is that still the right range? And how do you bridge to that margin expansion over the longer term?

### A - Jason Meggs  {BIO 19515623 <GO>}

Yes. So last year, we finished at [13.8%], I believe, is the number. And then this year, we're calling right around the [14.2%, 14.3%] range at the midpoint of our guidance. So we're in that range. For this year, we're still focused on the 30 to 50 basis points as we move into 2021 and beyond. So that's what we talked about during our quarter 3 prepared remarks, and that's what we're continuing to drive towards as these temporary measures peel off, the revenue returns to a more normalized state. We have some of the pass-throughs coming down as a percentage of the revenue. In the core business, we'll have to see how the vaccine plays out, right? In terms of -- with that mix, does that cause any headwind in the margins, but we're still focused on that 30 to 50 basis points. And that includes rolling Synteract into the business, assuming that gets closed. And with those things, it's what vaccine Synteract core business, you're probably going to be more in the lower end of that range as you think about 2021, but we're still focused on that 30 to 50 basis points per year.

### A - Erin Wilson  {BIO 16550188 <GO>}

Okay. All right. That makes sense. And then going to Syneos One, can you elaborate a little bit more on the cross-selling opportunity and efforts there? What inning are we in? And is the offering resonating in the marketplace at this point? I think you used to give a metric here, and it was $325 million in incremental wins associated with -- or earn incremental bookings associated with Syneos One in 2019. Do you have an updated metric on that front? That would be great.

### A - Jason Meggs  {BIO 19515623 <GO>}

Yes. So Syneos One continues to resonate in the market. And as I mentioned earlier, we're excited about how Synteract can play into that, frankly, and how we bring that synergy, that cross-sell together because those customer -- that customer set, we believe, is right for that opportunity to have conversations about end-to-end. We've continued to move that -- well, I guess I should say, we tend to update those metrics twice a year. We did update back earlier this year.

Syneos One has continued to contribute more in terms of their contribution to our awards in 2020. So above that $325 million that you mentioned. And they continue to build a strong pipeline. And if you look at the total potential value of the opportunities that are attached to Syneos One and how they've contributed to winning that business. It does continue to go up. And we know not all of those will be approved and not all that total potential value will translate to revenue but what it's about is continuing to get out there and talk to customers, build a broad portfolio of opportunities.

So that the ones that don't make it through the regulatory approval, we still have more that if you get 30% of it or 25% of it to make it through, I think, in line with certain metrics, you still have a nice feeder into the Commercial business over time. And that's what we're starting to see. And in 2021 and beyond, more so 2022, but those opportunities will start to feed into Commercial and drug launches (technical difficulty) which for us helps us take it off the market earlier because it's in our portfolio of assets that we're managing and starts to provide even improved visibility into Commercial and how those drugs will launch and play out for the revenue in Commercial.

## A - Erin Wilson  {BIO 16550188 <GO>}

Okay. Great. And then on capital deployment, I think your target leverage ratio by year in 2021 is 3x to 3.5x, given kind of the recent Synteract acquisition. So is the priority here debt pay down near term? Or what are your priorities from a capital deployment perspective?

## A - Jason Meggs  {BIO 19515623 <GO>}

Well, debt pay down continues and achieving that margin target -- leverage target, sorry, continues to be our focus. Like Synteract and other capability, adding or scale or geographic adding M&A, we'll continue to evaluate. That's what has always been our second deployment, I guess, priority. And then third is repurchases. And share repurchases have been more around let's prevent the dilution from stock options and RSUs that vest each year and just buy those back. So that leverage target, 3x to 3.5x at the end of 2021, tuck-in, bolt-on M&A and then finally, the share repurchases.

And I don't think -- that's not a change from what we've done. It's just with the transaction that we did, we wanted to update that leverage target to the 3 (technical difficulty) and that's winning larger studies, winning more oncology work, these sorts of things drive up-weighted average study period plus complexity that you mentioned, right? There is a complexity factor there as well. So all those things are what we're seeing and what we've embedded into that outlook.

## A - Erin Wilson  {BIO 16550188 <GO>}

And just one last question. This is more generally just kind of what you're seeing in some of the areas where we have seen further lockdowns or flare-ups from a pandemic perspective. Is there anything (technical difficulty) …

## A - Jason Meggs  {BIO 19515623 <GO>}

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2020-11-09

(technical difficulty) speaking, when you look at how we can respond now, I think just generally, our belief is that society understands a little bit more about COVID and lockdowns and how to prevent the spread. We think that the healthcare systems around the world are in better shape, (technical difficulty) whether it's PPE or ventilators or knowing how to treat these -- there are better treatments out there. So we feel like the system and society generally just understands better how to respond. And you see some of that.

Then obviously if we were doing 80% of our visits during the hype of quarter 2 and the COVID impact, the understanding, the SOPs, the training, the connections that you have with the sites and with customers are built now. So we can turn those back on if need be. So we feel like there's just a -- we're at a better starting place if we were to see something continue to move up in terms of the curve of (inaudible) of cases and hospitalizations.

## A - Erin Wilson  {BIO 16550188 <GO>}

Okay. Great. Thank you so much for the time, Jason. I really appreciate it, and hope all the meetings go well today for everybody, and we'll speak soon. Thank you.

## A - Jason Meggs  {BIO 19515623 <GO>}

All right. Great. Thank you, Erin. Have a good day.

## A - Erin Wilson  {BIO 16550188 <GO>}

You too.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*