# Exhibit 9

# Jefferies Virtual London Healthcare Conference

## Company Participants

- Alistair Macdonald, CEO & Director
- Dave Windley, Analyst
- Jason Meggs, CFO

## Presentation

### Dave Windley  {BIO 2411309 <GO>}

Hello, everybody. Thank you for joining us. I'm Dave Windley with Jefferies Healthcare Equity Research. Good morning, or good afternoon, depending on where you're sitting in the world at the moment.

We're pleased that you could join our London Virtual Healthcare Conference this year. We are hoping to be able to see each other live at some point in the not-too-distant future -- hopefully, by this time next year at the Waldorf in London.

For this session, we're very pleased to welcome Syneos Health to join us and speak about their company. Representing the company are the company's CEO, Alistair MacDonald; and CFO; Jason Meggs, also along with them is the company's Head of IR, Ronnie Speight.

So let me -- thank you for joining us, gentlemen. Let me jump in and just ask, Alistair, if you could describe the demand environment that you're seeing?

If you're able to quantify any year-over-year change in RFP or activity, breadth of customer, et cetera. I'd love to just hear how you see the year wrapping up as we head into the last couple of months of the year?

## Questions And Answers

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. Thanks, Dave. Thanks for having us. And just before we get started, this for me, this conference is always a nice 1 because it's my hometown, to get spent a bit of time at home and kind of a nice milestone in the year. What we're seeing at the moment, I think specifically, but the demand environment is very encouraging on the SMID side, a very strong flow on the RFP front. We're adding Synteract to that. I'm sure you'll ask us about that a little bit later. I think more significantly for us, we're starting to see the large farmers warm back up. They were -- they've pulled themselves kind of into a period of inactivity at the height of COVID round 1, and I think that has eased off through Q3 and has continued to ease through Q4. So nice

strong demand environment, both large pharma and that SMID space we've always played in. So we're very encouraged with that.

I think there's a little bit of catch-up starting to get released from organizations where they had the hiatus in the middle of the year in terms of RFPs. Having said that, I think the RFP environment for us has been pretty strong all year, and we've closed out pretty well. I mean Q3 was probably the hardest 1 is as we went through kind of a bit of recovery, but nice strong environment right now. I think that sets us up really nicely for 2021 as well.

## A - Dave Windley  {BIO 2411309 <GO>}

Excellent. Then maybe while we're on the subject, how would you describe the breadth? You mentioned SMID versus large? Appreciate that. How would you think about therapeutic breadth? I think Syneos has seen some COVID related activity, but not an overwhelming amount. And how do you -- how would you describe that as well as just non COVID diversity?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. I think the non-COVID diversity is quite good, actually. It's kind of what we'd expect to normally see. There have been a couple of indications in the gen med space that have been impacted more by COVID, kind of little bit dermatology, a little bit respiratory for obvious reasons, I guess. But they seem to be coming back now. Our mix has been pretty regular to what we'd normally expect to see, lots of oncology, CNS, rare and orphan disease in that pipe. So pretty comfortable with that. On the COVID side, yes, we've won I think we've been winning more COVID in Q3 and a little bit into Q4 than we did even in Q2, which is -- but it's not an overwhelming amount.

It's a nice to have rather than something that we're leaning heavily on. Still seeing a lot of treatment work. We've seen some more RFP activity on the for COVID support on the commercial side as well. So we're starting to see that kind of wave of activity move through clinical and actually towards commercial as well, seeing some interest in long-term follow-up of COVID patients and obviously the vaccine patients that have been tested, also some long-term follow-up of that kind of group of patients. So a good mix still pretty much what we'd have expected to see in a normal year with a little bit of COVID on top now.

## A - Dave Windley  {BIO 2411309 <GO>}

Got it. Within COVID, are your -- I apologize, I can't remember specifically, if you've said whether your mix is kind of airing on the side of therapeutics versus vaccines and then how the pace, if more on the therapeutic side, we know the vaccine trials have burned extraordinarily fast. Are the therapeutics moving at a similar pace?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

So therapeutic trials are slower. There's no question about that. They're more akin to what you'd expect to see in a in a normal clinical trial whereas maybe a little bit faster than a normal trial, but certainly, not like a vaccine trial. The predominant work that

we have won has been in therapeutics rather than back vaccine. Although more recently, we have won a couple of vaccine trials, not at the Warp speed scale. But vaccine trials, nonetheless, that will go through starting up kind of Q1, Q2 of next year and continuing from there. So yes, it's mainly therapeutic. They are not as quick as a vaccine trials, but not as long as what we'd normally expect to see, I think abnormal a trial length of something like 51, 52 months, something like that. So a little bit shorter than that, but not markedly so.

### A - Dave Windley  {BIO 2411309 <GO>}

And since you mentioned on that, 1 of the questions that I think a lot of people have, thinking about how the stock's reacted after the Pfizer, the initial Pfizer efficacy news is, how companies that were chasing COVID in 1 way or another, it could be therapeutics or vaccines, how they think about the ROI, the motivation to continue to pursue those end goals in light of what looks to be really strong efficacy data from a couple of early movers?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. I think it's a great question. It's 1 that I think we've seen that some of our kind of customers who are in COVID start to think about. I mean what fantastic news for us all really a vaccine with 95% efficacy, that's beyond anybody's dream before they when they start this work. A good vaccine is 60%. So these are fantastic results, and fair play to the teams that have been working on those. The planet is big, though, right? So you've got a lot of people already being impacted with COVID, 50 plus million, I think you've -- and that's official numbers, probably a lot more than that.

And a lot of those are going to have ongoing underlying conditions caused by COVID. I mean some of the trials that we're running are in patients with renal failure caused by COVID, some are in patients with kind of what they call long COVID so there's all sorts of new patient groups that have been created by the inflections already from COVID. Now by the time that vaccine gets out there, there could be 100 million patients. That's just what we know in the western world. There are locations around the world that have got a lot of patients that are being badly affected by COVID now, which is going to be a priority for obviously getting back to nations out there, but it's going to take a while to get those vaccines ramped up produced out there. So I think people see -- still see a fairly decent-sized COVID community market at the end of that. So I think that's keeping people moving forward on the treatment front.

### A - Dave Windley  {BIO 2411309 <GO>}

Yes, that's a very good -- it's a very good thought to think about like where could the infection count be and what side impact diseases does cove cause. If we take the theme and move more to the operations side, how are you seeing in light of regional spikes and decisions to shut down? I think there's 1 in place in your hometown, how do we think about the impact on operational progress, site access and the like and the ability to recognize revenue and progress studies regardless of those access points?

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2020-11-19

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Well it's definitely a bit lockdown light this time around in the U.K. It's -- in fact, I really almost can't see the difference between where we're at and where we are now when they decided to call this second lockdown. What we've seen in site is a willingness for those sites to continue doing what they were doing without adding additional studies or patients, et cetera, right now during the second -- these local lockdowns. So we're not seeing any retrenchment back like we did in round 1. We're just seeing kind of a slowing down and a plateauing of new things happening. We're still seeing the enrollment pick up though. So I think we're back to about 80% of pre-COVID levels, and that's correct up from about 75 when we did earnings a few weeks ago, a month ago, whenever it was.

So we are still seeing progress, which is quite encouraging. But I just think it's because the local protocols are in place, they're working. Perspex screens are up. People have got the PPE on. They have to use it. Sanitization stations there. There's a very -- what we're seeing is a limited access. So they're not letting multiple CRAs onto sites in some locations. It's just you can be on-site for a day of CRA and coming that way. So seeing those local protocols really control in the pace, but we're not seeing any retrenchment. That's the same for clinical and commercial. We're still seeing improvements in access face-to-face on the commercial side as well. So I think people are just happy to work with the virus in the environment rather than hiding from it now.

### A - Dave Windley  {BIO 2411309 <GO>}

Interesting. That's very interesting. So how does that -- I mean I think you as an organization were able to and have been able to respond pretty quickly with technology. And as we've talked many times in the past, Syneos is kind of a dynamic assembly or choosing best fit technology or data from the vendors available. How -- what decisions have you made over the course of the year? Have you put any new or enhanced vendor relationships in place to fortify your technology infrastructure to be able to operate in the mobile environment? What have you learned there?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. We've learned a lot I think. We rather than adding anything new, it's kind of accelerated all the things we were doing anyway. So the shift to remote, the shift to decentralized has always been going on. We've done multiple decentralized trials, whether just individual visits within trials or actual kind of full decentralized trials. So it's been a bit of a pressure test on that on dynamic assembly to see whether that worked or not. It has. So we're very pleased with that. I think our ability to flip to remote monitoring is just something that needed a push in the industry, to be honest. We've been doing it for several years, 5 to 10 years, whatever not 10 years, but 5, six years.

So it was just more of a can you handle the volume of it rather than something brand new. It has made us think about strategically where we're heading overall in clinical and what part decentralized trials will play in our future. When you look at real-world data collection, long-term follow-up kind of studies? Then how can it play a bigger

role in more therapeutically oriented studies? Our exposure, we've talked about this before, Dave, in our mix. We do a lot of oncology, a lot of complex CNS that aren't as suited to decentralization, is some of the easier to big cardio studies big metabolic type studies, where the treatments are more for chronic disease rather than acute disease.

But we're seeing more and more of that. As we become a bigger organization, we are seeing more and more of those trials. That ability to deliver in a different technology that's more engaging for patients, easier for patients to use more decentralized. We've leaned on Elligo a little bit, the partnership we've had there to get to site from patients in their channels. It seems to work pretty well. So I'm quite pleased with the pressure test that put on the investments that we have made as well as the way that's maybe think about the next couple of years in terms of strategic intent when it comes to either M&A or partnering.

### A - Dave Windley  {BIO 2411309 <GO>}

So before I leave that topic, going back to bids, how would you -- what number would you put on -- what percentage number would you put on the bids that include higher level mobile technology in them, incorporated into the RFP?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

I think a good question.

### A - Dave Windley  {BIO 2411309 <GO>}

And how's the --

### A - Alistair Macdonald  {BIO 16971432 <GO>}

I'm not sure I know the answer.

### A - Dave Windley  {BIO 2411309 <GO>}

Another way to ask it.

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Definitely increasing, definitely increasing. But from a low base. So I don't know what percentage it was pre-COVID, but maybe 10% of RFPS, 10%, 15% of RFPs will have something like that in them. I'm going to say we're getting 25%, 25%, maybe a little bit higher percent wise, asking for that kind of optionality. Now not everybody pulls the trigger on it, though. People are interested in what it would look like and what it could mean to their trial. Sometimes it comes with a higher price tag. It doesn't always make things cheaper. So we'll put options together around that for customers. When we submit a bid, it's normally 3 or 4 different options with different outcomes for different investment levels in the trial itself.

So we're adding it to that. But yes, definitely increasing. And people are thinking about. I actually think people are thinking about how to engage patients more with it

rather than as an avoidance of a COVID like incident in the future. It's just how can we make our lives easier by appealing to more patients by not being as disruptive in their daily lives, by offering them a decentralized option. So -- yes, it's definitely on the right.

## A - Dave Windley {BIO 2411309 <GO>}

Okay. And as we think about, I don't know if it's progressed far enough or not. You mentioned in your answer there that the clients, I'm not surprised, clients throw some of these technology things in the RFP. They want to kind of price check what it would look like, but may not actually pull the trigger on it. How would you describe the balance between the technology usage being priced, I'll call it, priced up or up sold into a bid versus it reducing the work that you have to do and lowering your cost to deliver and the ROI being that not a monetizable revenue stream, but rather a lowering of the cost infrastructure to deliver a trial?

## A - Alistair Macdonald {BIO 16971432 <GO>}

It varies from trial to trial. If it's a primary -- if it's a trial, you can switch to a full decentralized trial. I think it has the opportunity to be more efficient and cheaper and because it's just 1 operational stream. In a trial where you have the regular kind of traditional trial and you're adding decentralized pieces to it, that addition brings the additional cost in. So it does -- it can make it more complex. Even though it makes it more -- it makes it easier for the patients to engage with it, can make the actual operational delivery of the trial a little bit more complex which comes with higher project management fees, et cetera, and so on and so forth.

Now the net overall might be a cheaper project because it's going to take down pass-throughs for visits. It's going to take down the time line. Our piece may go up or down depending on whether it's fully outsourced -- fully decentralized or not, but the overall number can go up or down irrespective of whether our number goes up or down because the pass-through elements as well. So it's the typical answer in clinical trials. Every single 1 is different. The mix you put together, the complexity, the geographies, the duration, the number of procedures done on-site versus off-site decentralized, it's always going to move the numbers around.

So we're watching it very carefully. I think we have a very good handle on it. Paul and the team of -- we've had a little reorg internally, where we've got a team focused specifically on kind of that new and emerging technology within a clinical trial. So I think we've positioned ourselves well for it, and we've been successful with it and matching up to a strong RFP flow for the future. So I'm fairly pleased with the way the teams have acted to responded to the new normal.

## A - Dave Windley {BIO 2411309 <GO>}

Super. Thanks for that. It's a good segue. You mentioned a pass-through is a good segue. In your Third Quarter report. Jason, this might be for you, you guys reflected some adjustments to your pass-through estimates, flowed that through your bookings in 2Q and shaded down the average down your book-to-bill a little bit. Maybe you could talk through what -- kind of what precipitated that change in

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

estimate around the pass-through side and the magnitude of the impact to your bookings?

## A - Jason Meggs  {BIO 19515623 <GO>}

Yes. Thanks, Dave. So we always try to be as balanced on our backlog when we're looking at future forecasting, et cetera right in terms of risk adjustments and what we think is actually going to happen for each study, almost conservative in a lot of ways, I would say. And as we looked at the Second Quarter performance, Third Quarter, we had remote visits that were single-digits below 5% pre-COVID, they peaked at around 80% at the height of COVID. We saw them come back down to around 20%, 25%.

And as we looked at how studies in the existing portfolio were behaving and the conversations we were having around future remote levels as well as the bids and what we were doing in terms of new bids and how the remote versus on-site was going. We said, look, we think this is actually going to be a permanent impact to the studies. What does that impact on the backlog, and we took that out of the backlog in the quarter, which we still had a good book-to-bill, relative to last year in quarter 3.

And had we not done that, we would have posted another sort of low 1.4 s in the quarter. So we -- I think we're around 1.2 so that's what we were seeing, why we did it, the impact. And as we look to the future, the pass-throughs will come back up to some extent as a proportion of total revenue, no question from the Q2 and Q3 level. But we do believe, over the long arc of time, it's going to be a lower percentage of total revenue, and that's the reason we did that. So that's what we did.

## A - Dave Windley  {BIO 2411309 <GO>}

And the factor here is that I think as you've described to me in the past, is that you have earlier certainty around the direct fee revenue for a project that you're awarded, then you do sometimes, maybe not always, but sometimes on the pass-through part, and so sometimes the amount you put in backlog from the pass-through part is an estimation based on the underlying activities in the direct fee side. Is that right?

## A - Jason Meggs  {BIO 19515623 <GO>}

Oh, no question. No question. I mean pass-throughs are there -- all these budgets, whether it's direct fees or pass-throughs are an estimate based on the countries, the -- as Alistair said, the procedures that you're performing in each country, the site mix, number of patients, enrollment rates. I mean it all the amount of SDV or Source Data Verification you're going to do, it's all an estimate around that. You certainly have more variability from our perspective over the things that are being passed through, whether it's lab fees, investigator payments, drug depots, IP distribution, all these things are going to change a little bit more potentially over the study because it's not under our control. We don't have direct visibility to what it's doing. So no question. But they're all an estimate.

## A - Dave Windley  {BIO 2411309 <GO>}

Does the -- so you said pass-throughs will come back up, but you clearly have a different view of what the relative mix is going to be, does that influence your view on margin? I think you've talked about -- you expect 2021 to be a 30 to 50 basis point margin expansion year. But that was really before this adjustment to your pass-through outlook, does that bias you to the high end of that range?

### A - Jason Meggs  {BIO 19515623 <GO>}

Not really next year, Dave, because we've had such a dip this year. So quarter 1 was normal range, right? Then quarter 2 and quarter 3 have been so low, particularly quarter 2, and you're starting to call back, right, in quarter 3 and quarter 4, back to a more normal range that as you continue to recover. We still think enrollment is going to be impacted through at least the first half of the year next year. I mean that -- and that impacts your pass-throughs in investigator payments. That the high to the low back up to the norm to the sort of more normal range and then trending up a little bit, probably makes the two years flattish from that perspective. But we need to see because as Alistair mentioned, we have -- we've won 1 vaccine in quarter 3. There are more vaccines and therapeutics in the book, and we need to see how that all plays out because, as you know, the vaccine mix of pass-throughs can be greater than our traditional portfolio.

### A - Dave Windley  {BIO 2411309 <GO>}

So 1 of the questions I've gotten from folks over the last week or so. I've -- flashed across my screen this morning, is around the Investor Day that you've announced. I know that a year ago, we talked about the possibility of that around the event I was trying to host. So I know that that you had looked into potentially starting that or doing that last year, and it looks like you've landed on a date this year. What should investors expect you to address? And essentially, what's motivating you to do that? And what should we expect you to talk about?

### A - Jason Meggs  {BIO 19515623 <GO>}

Yes. Well I'll start, and then Alistair can chip in. I mean look, Dave, we've been integrating these companies, getting the strategy moving in the right direction, seeing the success points on the strategy over the last several years. The -- each business is performing well. When we look at it in terms of strategic intent, and we now have a view of the future of how we think COVID has impacted things, the acceleration of some of the strategic items that Alistair mentioned. Everything we were working on, this just sort of accelerates a bit, whether it's DCT on the clinical side, more omnichannel marketing on the commercial side, Syneos One and how that's performing and the pipeline there and how those products that are going through clinical development are now starting to feed into the commercial business over the next several years. We just want to make sure that we have an opportunity to talk to investors about that, how clinical and commercial work together.

And ultimately, we believe 1 plus 1 equals slightly more than 2 and talk about '21 from a numbers perspective, talk about center act at talk about capital allocation. Then think about -- if we talk about a little medium, a little more medium term, longer-term numbers impact, it's a result of that strategy coming through and the performance of the business is coming through. Got it.

## A - Dave Windley {BIO 2411309 <GO>}

Got it. That's a decent segue into commercial Syneos One and commercial-related conversations. Alistair, got a few minutes left. The way you laid out, I think it was the Third Quarter call. No. I take it back, Second Quarter call. The way you've laid out these full launch mandate wins and related those to some of the earlier days of how the CRO or the clinical side of the industry has evolved really resonated with me. That CROs really did start as kind of functional pieces and eventually built a full blanket of services. Is that -- I think you've won 4 now. When -- how much of the revenue involved in those mandates can you recognize short of the approval of the actual product? How much is before and how much is after and tell us -- give us a general sense of when those approvals gate out over the next 12 to 18 months?

## A - Alistair Macdonald {BIO 16971432 <GO>}

Yes, sure. Yes, David. I mean I do think it's -- we're starting to see more and more encouraging signs in a way of that integration being of value to our customers rather than point solutions in commercial. So we are seeing that stickiness starting to evolve that we saw in the CRO space 20-odd years ago. So those platforms that you talked about, we've taken, I think if I think about 1 of them, we probably take about 10% of the revenue of the total scale of it before it gets launched, before it gets approved, I should say before it gets approved. That's things like the planning, the payer planning, strategies, market access strategy, those kind of things. That's all quite good, high margin.

So then once we get approved, then we move into the deployment piece, ramping up the call centers, ramping up the Kinetic platform, which I think really helps us get things stood up quickly, more quickly than in the past, start the recruitment for the sales teams, the Nurse educators, et cetera, et cetera, and that's when some of the bigger revenues start to come through. Those awards, I think the first 1 kind of start, I'm going to say end of Q2 2021. Then they go out into and through 2022 as a sequence. So I think that will help us build a good runway and a steady runway into commercial rather than all coming in 1 run. I think it's a way for us to continue to bring those in and start to see them ramp through the year, see them run through 2022 as well and gives us, obviously time to sell more and add to the mix. So we're quite encouraged by that. But yes, I think -- I mean Jason, you think that's about right, about 10% --

## A - Jason Meggs {BIO 19515623 <GO>}

Yes.

## A - Alistair Macdonald {BIO 16971432 <GO>}

Before the approval comes. Then we'll see approval comes, that's when we start to really move, move, move. Then the launch, obviously is where we start to see the big revenues out. So out to the field teams, the deployment teams.

## A - Jason Meggs {BIO 19515623 <GO>}

Yes. It does vary. You're right, Alistair. I mean -- but I would say typically, in addition to the services Alistair mentioned, there are the overall commercial integration, project management fees, the connect fees, et cetera, that can push you up closer to 20%, 25% pre-approval and then the balance after approval, David, is kind of the average is that we'll see over those assets. We've got over 20 assets, that we're managing through that process. I like to equate it to COVID. Right now, everyone's waiting on COVID to get through approvals and get launched what we have in Syneos One is the same profile. We're waiting for those assets to come through approval, get launched, and that's what it will be in commercial.

### A - Alistair Macdonald {BIO 16971432 <GO>}

Yes.

### A - Jason Meggs {BIO 19515623 <GO>}

And certainly not all of them.

### A - Dave Windley {BIO 2411309 <GO>}

So we just got a little -- just a minute left, a quick clarification. So when you say end of 2Q or '21, that's the time of that pre-approval revenue starting or that's when you could see the first approval actually happen?

### A - Alistair Macdonald {BIO 16971432 <GO>}

That's when we expect our first PDUFA date. So that's when we were expecting the approval around about the end of Q2 for that first of those products. So on 1 of them, we're already commencing work on 1 of them. So --

### A - Dave Windley {BIO 2411309 <GO>}

Then just to wrap this, are these competitive at all? Like is this RFP driven? Or is --

### A - Alistair Macdonald {BIO 16971432 <GO>}

Yes.

### A - Dave Windley {BIO 2411309 <GO>}

-- able to angle yourself.

### A - Alistair Macdonald {BIO 16971432 <GO>}

Yes -- Some of them are.

### A - Dave Windley {BIO 2411309 <GO>}

That can do what you do in this area? Isn't that?

### A - Alistair Macdonald {BIO 16971432 <GO>}

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2020-11-19

Some of them. Don't a be surprised there. A lot of people show up and say they can do what we can do. Then when it gets down to it, they fall by the wayside. So it's surprising how many of our competitors now have a molecule-to-market approach rather than a lab-to-life approach. So we've got a few people signed to copy but yes, there are RFPS, and we've beaten out some pretty strong competition to get a couple of these. Some of them are Syneos Ones where we're on the clinical piece. The beauty of Syneos One is, if we can get it, kick door or opening clinical, we can bring all the services behind it, not just through approval, but through planning and launch as well. That that really starts to resonate with particularly those customers in the SMID. If you think what we're doing is interact, we're just opening another set of channels in the SMID that we can go through with Syneos One and the follow-on commercial capabilities.

## A - Dave Windley  {BIO 2411309 <GO>}

Interesting.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

So our exciting times for us.

## A - Dave Windley  {BIO 2411309 <GO>}

Great. I appreciate that. And Larry is going to start to get nervous here. I've overstayed my walk by a couple of minutes, but thank you for the time and info, and thanks.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Thanks.

## A - Dave Windley  {BIO 2411309 <GO>}

Thanks to our audience for paying attention and enjoy the rest of the conference. Take care.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Thanks, Dave. Thanks for having us. Good to see you.

## A - Jason Meggs  {BIO 19515623 <GO>}

Thanks, Dave. Take care.

## A - Dave Windley  {BIO 2411309 <GO>}

Good to see you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied*

*warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*