# Exhibit 10

**Table of Contents**

**PROSPECTUS SUPPLEMENT**
**(To Prospectus dated November 27, 2018)**

# 6,000,000 Shares



# Syneos Health, Inc.

### Class A Common Stock

---

The selling stockholders identified in this prospectus supplement are offering 6,000,000 shares of Class A common stock ("common stock"). We will not receive any proceeds from the sale of our common stock by the selling stockholders.

Our common stock is listed on the Nasdaq Global Select Market ("Nasdaq") under the symbol "SYNH." The last reported sale price of our common stock on Nasdaq on December 1, 2020, was $65.72 per share.

---

*Investing in our common stock involves risks. See "Risk Factors" on page S-5 of this prospectus supplement, beginning on page 3 of the accompanying prospectus, in our Annual Report on Form 10-K for the fiscal year ended December 31, 2019 and our Quarterly Report on Form 10-Q for the period ended September 30, 2020 as well as the other information contained in such Form 10-K and Form 10-Q (which Annual Report on Form 10-K and Quarterly Report on Form 10-Q are incorporated by reference herein) to read about factors you should consider before making a decision to invest in our common stock.*

|  | Price to Public | | Underwriting Discounts and Commissions(1) | | Proceeds to Selling Stockholders | |
|---|---|---|---|---|---|---|
| Per Share | $ | 61.90 | $ | 0.62 | $ | 61.28 |
| Total | $ | 371,400,000.00 | $ | 3,720,000.00 | $ | 367,680,000.00 |

(1)    See "Underwriting" beginning on page S-22 for additional information regarding underwriter compensation.

**Neither the Securities and Exchange Commission nor any other regulatory body has approved or disapproved of these securities or passed upon the accuracy or adequacy of this prospectus supplement. Any representation to the contrary is a criminal offense.**

---

The underwriters expect to deliver the shares against payment in New York, New York on December 3, 2020.

---

**Goldman Sachs & Co. LLC**                                                                                   **BofA Securities**

**Prospectus Supplement dated December 1, 2020.**

Table of Contents

## TABLE OF CONTENTS

### PROSPECTUS SUPPLEMENT

|  | **Page** |
|---|---|
| ABOUT THIS PROSPECTUS SUPPLEMENT | S-2 |
| PROSPECTUS SUPPLEMENT SUMMARY | S-3 |
| THE OFFERING | S-4 |
| RISK FACTORS | S-5 |
| CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS | S-6 |
| USE OF PROCEEDS | S-9 |
| DESCRIPTION OF CAPITAL STOCK | S-10 |
| DIVIDEND POLICY | S-14 |
| SELLING STOCKHOLDERS | S-15 |
| MATERIAL U.S. FEDERAL INCOME TAX CONSIDERATIONS TO NON-U.S. HOLDERS | S-18 |
| UNDERWRITING | S-22 |
| LEGAL MATTERS | S-28 |
| EXPERTS | S-28 |
| WHERE YOU CAN FIND MORE INFORMATION | S-28 |
| INCORPORATION OF DOCUMENTS BY REFERENCE | S-28 |

### PROSPECTUS

|  | **Page** |
|---|---|
| About this Prospectus | 1 |
| Risk Factors | 3 |
| Cautionary Note Regarding Forward-Looking Statements | 4 |
| The Company | 7 |
| Use of Proceeds | 7 |
| Selling Stockholders | 7 |
| Description of Capital Stock | 8 |
| Plan of Distribution | 12 |
| Legal Matters | 14 |
| Experts | 14 |
| Where You Can Find More Information | 14 |
| Incorporation of Documents by Reference | 15 |

Neither we, the selling stockholders or the underwriters, have authorized anyone to provide any information or to make any representations other than those contained or incorporated by reference herein or in any free writing prospectuses we have prepared. Neither we, the selling stockholders or the underwriters, take responsibility for, or provide any assurance as to the reliability of, any other information that others may give you. This prospectus supplement is an offer to sell only the shares offered hereby, but only under circumstances and in jurisdictions where it is lawful to do so. The information contained in this prospectus supplement is current only as of its date. Our business, financial condition, results of operation and prospects may have changed since that date.

Table of Contents

**RISK FACTORS**

Investing in our common stock involves a high degree of risk. You should consider carefully the risks and uncertainties described in this prospectus supplement, the accompanying prospectus and incorporated by reference herein, before deciding to purchase our common stock. In addition, you should carefully consider, among other things, the sections entitled "Risk Factors" beginning on page 25 of our Annual Report on Form 10-K for the fiscal year ended December 31, 2019, on page 43 of our Quarterly Report on Form 10-Q for the period ended March 31, 2020, on page 44 of our Quarterly Report on Form 10-Q for the period ended June 30, 2020 and on page 46 of our Quarterly Report on Form 10-Q for the period ending September 30, 2020 and other information in our consolidated financial statements, all of which are incorporated by reference into this prospectus supplement. The risks incorporated herein by reference are those which we believe are the material risks that we face. The occurrence of any such risks may materially and adversely affect our business, financial condition, results of operations, cash flows, reputation and future prospects. In this event, the market price of our common stock could decline, and you could lose part or all of your investment.

S-5

Table of Contents

**CAUTIONARY NOTE REGARDING FORWARD-LOOKING STATEMENTS**

This prospectus supplement (including the accompanying prospectus and the information incorporated by reference in this prospectus supplement) and any free writing prospectus that we may provide to you in connection with an offering of our common stock described in this prospectus supplement contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, or the Securities Act. All statements other than statements of historical facts contained in this prospectus supplement, including statements regarding our future results of operations and financial position, business strategy and plans and our objectives for future operations, are forward-looking statements. Without limiting the foregoing, the words "anticipates," "believes," "estimates," "expects," "intends," "may," "plans," "projects," "should," "targets," "will" and the negative thereof and similar words and expressions are intended to identify forward-looking statements. Forward-looking statements are based largely on our current expectations and projections about future events and financial trends that we believe may affect our financial condition, results of operations, business strategy, short term and long term business operations and objectives, and financial needs. These forward-looking statements are subject to inherent uncertainties, risks and changes in circumstances that are difficult to predict. Moreover, we operate in a very competitive and rapidly changing environment. New risks emerge from time to time. It is not possible for our management to predict all risks, nor can we assess the impact of all factors on our business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements we may make. In light of these risks, uncertainties and assumptions, the forward-looking events and circumstances discussed in this prospectus supplement may not occur and actual results could differ materially and adversely from those anticipated or implied in the forward-looking statements. We caution you therefore against relying on these forward-looking statements.

Some of the key factors that could cause actual results to differ from our expectations include regional, national or global political, economic, business, competitive, market and regulatory conditions and the following:

- risks related to the COVID-19 pandemic;

- any failure to generate a large number of new business awards and the risk of delay, termination, reduction in scope or failure to go to contract of our business awards;

- any failure to convert backlog to revenue;

- fluctuations in our operating results and effective income tax rate between fiscal quarters and years;

- the impact of underpricing our contracts, overrunning our cost estimates or failing to receive approval for or experiencing delays with documentation of change orders;

- the risks associated with our information systems infrastructure and cybersecurity;

- the risks associated with complying with governmental regulation in the areas of consumer and health information privacy and data use and security and our ability to effectively upgrade our information systems;

- any adverse results from customer or therapeutic area concentration;

- the risks associated with doing business internationally, including risks related to the United Kingdom's withdrawal from the European Union;

- impact of the Tax Cuts and Jobs Act;

- the risks associated with our intercompany transfer pricing policies;

- any failure to successfully increase our market share, grow our business and execute our growth strategies;

- any failure to perform our services in accordance with contractual requirements, regulatory standards and ethical considerations;

**Table of Contents**

- the risk of litigation, personal injury claims and government investigations;

- the risks associated with the operation of our early stage (Phase I and IIA) clinical facilities and the services we provide there as well as our clinical trial management, including direct interaction with clinical trial patients or volunteers;

- potentially inadequate insurance coverage for our operations and indemnification obligations;

- any failure to attract principal investigators and patients for our clinical trials;

- the risk of liability resulting from harm to a patient;

- the risks associated with investing in our customers' business or drugs and our related commercial rights strategies;

- the impact of any failure to retain or recruit qualified management and key personnel;

- the impact of unfavorable economic conditions and foreign currency exchange rate and effective income tax rate fluctuations;

- our limited ability to protect our intellectual property rights;

- the risks associated with the integration of our business with the business of inVentiv and our operation of the combined business following the closing of the Merger;

- the risks associated with our acquisition strategy, including the ability to integrate acquired operations, products, and technologies into our business;

- the risks associated with potential future acquisitions or investments in our customers' businesses or drugs;

- the risks related to our relationships with existing or potential customers who are in competition with each other;

- failure to realize the full value of goodwill or other intangible assets;

- the risks arising from the restructuring of our operations;

- the risks associated with operating in many different jurisdictions, including potential violations of anti-corruption and anti-bribery laws;

- the risks related to our dependence on third parties;

- our limited ability or inability to utilize net operating loss carry forwards and certain other tax attributes;

- a downgrade in our credit rating;

- any inability to compete effectively for the services we provide;

- changes in trends in the biopharmaceutical industry, including our customers reducing their R&D spend or limiting the amount of such spend that is subject to competitive bidding among contract research organizations;

- actions by regulatory authorities or customers;

- the impact of changes in government regulations and healthcare reform;

- the risks associated with healthcare reform and its impact to the biopharmaceutical industry;

- the risks associated with current and proposed laws and regulations regarding the protection of personal data;

- the impact of our customers competing with lower cost generic products and other competing products;

S-7

Table of Contents

- potential employment liability;

- any failure to keep pace with rapid technological changes;

- the risks associated with potentially being involved in a patent or other intellectual property litigation;

- our ability to service our substantial indebtedness;

- the effect of covenant restrictions in our debt agreements on our ability to operate our business;

- fluctuations in interest rates; and

- the other factors set forth in "Risk Factors."

The forward-looking statements included in this prospectus supplement are made only as of the date hereof. You should not rely upon forward-looking statements as predictions of future events. Although we believe that the expectations reflected in the forward-looking statements are reasonable, we cannot guarantee that the future results, levels of activity, performance or events and circumstances reflected in the forward-looking statements will be achieved or occur. Moreover, neither we nor any other person assumes responsibility for the accuracy and completeness of the forward-looking statements. We undertake no obligation to update publicly any forward-looking statements for any reason after the date of this prospectus supplement to conform these statements to actual results or to changes in our expectations, except as may be required by law.

You should read this prospectus supplement with the understanding that our actual future results, levels of activity, performance and events and circumstances may be materially different from what we expect.

S-8

**Table of Contents**

**USE OF PROCEEDS**

We will not receive any of the proceeds from the sale of shares of our common stock by the selling stockholders in this offering.

S-9