# Exhibit 13



Events     Investigators     Careers     Contact Us



News

# Syneos Health Completes Acquisition of Synteract

**PDF Version**

MORRISVILLE, N.C., Dec. 10, 2020 (GLOBE NEWSWIRE) -- Syneos Health® (Nasdaq:SYNH), the only fully integrated biopharmaceutical solutions organization, today announced that it has completed the **previously announced acquisition** of Synteract, a leading full-service CRO focused on the rapidly growing, emerging biopharma segment.

Alistair Macdonald, Chief Executive Officer, Syneos Health, said, "With Synteract, we are answering the strong demand we are seeing in the small- to mid-sized space, fueled by near all-time high funding. The specialized Synteract team will maintain their laser-focus on partnering with emerging biopharma companies, while benefiting from the scale and horsepower of Syneos Health. We welcome Synteract employees and customers to the Syneos Health family and look forward to collectively expanding our impact for patients."

Synteract will maintain its brand, operating as a Syneos Health Business Unit and will be led by a strong management team, including Synteract President, Steve Powell.

**About Syneos Health**
Syneos Health® (Nasdaq:SYNH) is the only fully integrated biopharmaceutical solutions organization. The Company, including a Contract Research Organization (CRO) and Contract Commercial Organization (CCO), is purpose-built to accelerate customer performance to address modern market realities. We bring together approximately 24,000 clinical and commercial minds with the ability to support customers in more than 110 countries. Together we share insights, use the latest technologies and apply advanced business practices to speed our customers' delivery of important therapies to patients. To learn more about how we are **Shortening the distance from lab to life**®, visit **syneoshealth.com** or **subscribe to our podcast**.

**About Synteract**
Synteract®, a Syneos Health® company, is a leading full-service CRO focused on the emerging biopharma segment. The Company's multidisciplinary teams support biotech and pharmaceutical companies across all phases of drug development, providing deep expertise in oncology, dermatology, general medicine, infectious disease and vaccines, neuroscience, pediatrics, and rare and orphan diseases.



Except for historical information, all of the statements, expectations, and assumptions contained in this press release are forward-looking statements as that term is defined in the Private Securities Litigation Reform Act of 1995. Actual results might differ materially from those explicit or implicit in the forward-looking statements. Important factors that could cause actual results to differ materially include, but are not limited to: reliance on key personnel; principal investigators and patients; general and international economic, political, and other risks, including currency and stock market fluctuations and the uncertain economic environment; any failure to realize the anticipated benefits of the acquisition of Synteract; risks related to the COVID-19 pandemic; the company's ability to adequately price its contracts and not overrun cost estimates; any adverse effects from the company's customer or therapeutic area concentration; the company's ability to maintain or generate new business awards; the company's ability to increase its market share, grow its business, and execute its growth strategies; the company's backlog not being indicative of future revenues and its ability to realize the anticipated future revenue reflected in its backlog; fluctuations in the company's operating results and effective income tax rate; risks related to the company's information systems and cybersecurity; changes and costs of compliance with regulations related to data privacy; risks related to the United Kingdom's withdrawal from the European Union; risks related to the company's transfer pricing policies; failure to perform services in accordance with contractual requirements, regulatory requirements and ethical considerations; risks relating to litigation and government investigations; risks associated with the company's early phase clinical facilities; insurance risk; risks of liability resulting from harm to patients; success of investments in the company's customers' business or drugs; foreign currency exchange rate fluctuations; risks associated with acquired businesses, including the ability to integrate acquired operations, products, and technologies in our business; risks related to the company's income tax expense and tax reform; risks relating to the company's intellectual property; risks associated with the company's acquisition strategy; failure to realize the full value of goodwill and intangible assets; restructuring risk; potential violations of anti-corruption and anti-bribery laws; risks related to the company's dependence on third parties; downgrades of the company's credit ratings; competition in the biopharmaceutical services industry; changes in outsourcing trends; regulatory risks; trends in the company's customers' businesses; the company's ability to keep pace with rapid technological change; risks related to the company's indebtedness; fluctuations in the company's financial results and stock price; and other risk factors set forth in the company's Annual Report on Form 10-K for the fiscal year ended December 31, 2019 as updated by the company's Quarterly Report on Form 10-Q for the quarter ended September 30, 2020, and other SEC filings, copies of which are available free of charge on the SEC website at www.sec.gov. The company assumes no obligation and does not intend to update these forward-looking statements, except as required by law.

**Contacts**



Events    Investigators    Careers    Contact Us



+1 919 745 2745          +1 202 210 5992

[email protected]          [email protected]



Source: Syneos Health, Inc.

Interested in Syneos Health?

Get In Touch

Syneos Health® is a leading fully integrated biopharmaceutical solutions organization built to accelerate customer success. We translate unique clinical, medical affairs and commercial insights into outcomes to address modern market realities. Together we share insights, use the latest technologies and apply advanced business practices to speed our customers' delivery of important therapies to patients. We support a diverse, equitable and inclusive culture.

**Corporate Links**

Who We Are

Our Agencies

Careers

Supplier code of conduct

Synopsis Connect

Standard contractual clauses for suppliers

Supplier diversity and inclusion

News

Supplier terms and conditions

Events     Investigators     Careers     Contact Us



How We Partner

Insights Hub

Therapeutic Depth

**Our Resources**

Business Ethics Helpline

Transparency

Study Participants

Sitemap

© 2023 Syneos Health. All Rights Reserved

Terms of Use

Privacy Notice

Online Tracking Opt-Out

