# Exhibit 23

Syneos Health Inc (SYNH US Equity)

2021-06-02

# Jefferies 2021 Virtual Healthcare Conference

## Company Participants

- Alistair Macdonald, Chief Executive Officer
- Jason Meggs, Chief Financial Officer

## Other Participants

- David Windley, Jefferies

## Presentation

### David Windley  {BIO 2411309 <GO>}

Hi. Good morning. Welcome to Day Two of Jefferies Virtual Healthcare Conference. We appreciate your attendance and interest. I'm Dave Windley with Jefferies Healthcare Equity Research. I cover the pharma services space. Contract research, contract manufacturing, a leading member of that space is Syneos Health. Here to present to us in this next session. Alistair Macdonald, the company's CEO; and Jason Meggs, CFO, are here to talk to us about Syneos. They're going to lead off with a few prepared remarks, and then we'll follow that with Q&A.

So I'm going to turn it over to Alistair for comments. Thank you.

### Alistair Macdonald  {BIO 16971432 <GO>}

Thanks, David. Thanks for having us at the conference, and we will take about 10 minutes to walk through a few slides, give you -- give everybody an update on Syneos Wellness is traditionally where we've given that kind of mid-year update on the progress of Syneos One, and then go to Q&A.

So with that, I'll kick off. Obviously, forward-looking statements, and let's get into the presentation. So, Syneos Health now where we've progressed too? Well, I think what we've seen is a much more enhanced model. We're starting to see the end-to-end product development model that we have, which is really powered by the fact that we can do the full clinical research and the full commercialization, starting to hum along together.

What we've seen from that is, our ability to accelerate customer outcomes and customer success by compressing the dead space between activities and making -- building in commercialization requirements, materials, data into the clinical trials as we designed them and deploy them. So, basically the organization now breaks down

into about 76% of our total revenue coming from the CRO, 24% coming from commercial.

On the CRO side, just as a recap, we have a very large organization now. Great customer reach across both the SMID, small to mid category. Our investment in Synteract has expanded that into truly emerging biotech, all the way up to the largest pharmas where we're delivering both full service and FSP delivery models. Our ability to combine those in a hybrid called FSP 360 has been tremendously successful for us in helping us penetrate large pharma, we'll talk a little bit about that being one of our accelerated growth strategies.

We continue to bring the best therapeutic debt and knowledge to our customers to help them design and face challenges that arise during trial execution. We continue to be recognized as best in class when it comes to our relationships, our flexibility around that, the catalyst networks that we have, and continue to win awards from industry organizations on the way that we handle that.

On the right hand side of the chart, in commercial, we're the only organization of this scale really with a full suite of leading commercial solutions, whether that be strategic planning through consulting, market access, payer planning, really designing out how to launch successfully all the way through sales execution.

We spent a lot of time looking at what makes that more compelling to industry and digitally enabling those capabilities. The kinetic platform that we've deployed across commercial. There was a great success during COVID and also utilizing that across into clinical when we think about patient engagement, audience engagement. And then being able to bring that deep expertise all the way along the value chain for a customer right from designing a product till it comes off the bench all the way through to taking that into commercial.

So, we look at those abilities. We look at how agile that we are. How agile in terms of not just the strategy, but also deploying the execution. And that seems to be continuing to gain traction and resonance as we take it out to customers through various models whether those are the large scale or through Syneos One.

Really in the middle of all that is the way that we think. The real world evidence piece is really connected between these two. How do we bring that, incorporate those activities into commercial launch, but also clinical planning. The way that we handle Syneos One and commercially integrated launchers, I'll give you an update on the progress of that. And also, a bigger entree into decentralized solutions through utilization of the dynamic assembly model, engagements with Medable with Science 37, with other organizations that provide the technology for execution of decentralized solutions, but also with the acquisition of Illingworth, being able to take a trial into a patient's home and engage across those platforms as we do so. So, essential elements of executing new models and executing new variants in terms of decentralization of trials rather than the standard trials.

The next slide really talks about how we focus on driving that accelerated revenue growth, the strategy for us around that is being continue to be around penetrating large pharma before the merger to creates Syneos. We were under index in that sector. We had a very good strong SMID footprint that we've maintained.

But how do we penetrate those large pharmas? We talked about in the last slide, the FSP 360 approach, our ability to deliver high levels of capability and capacity to execute those alongside full service outsourcing and that continues to be a focus for us. Doubling down, if you like, in the high-growth SMID and emerging biopharma and acquisition of Synteract has continued to add customers to our catchment, if you like. Seeing good progress there and the synergies around that not just in terms of cost synergies, but really in terms of the revenue synergies of having Syneos be able to deliver a broader footprint for Synteract as they engage with their customers.

Investment and continued delivery in full service commercial, we see -- we doubled in 2020 the amount of full service commercial work we did from 2019, showing that engagement, showing that being able to deliver an integrated package for commercial in terms of planning and launch is resonating certainly with the SMID, but also starting into some of the larger pharmas. It's also a little bit about decentralized solutions already.

We've got to continue updating the model. I think in the CRO space, if you don't update the model, if you don't challenge the model, you start dying very quickly. So, making sure that we're at the forefront of new technologies, being able to use dynamic assembly to keep us there, being able to push that forward with partners and bring our own technologies to the piece in things like Kinetic, key elements for us. And then thinking about the model. How do we continue to drive penetration with Syneos One and in those real-world evidence medical affairs areas, where we see those high levels of growth. They are so essential to delivering a product to market.

So, I'll give you a quick update on Syneos One. We do this twice a year. This being the midpoint of the year for us in terms of how we think about this. So you can see here, significant increase in the amount of work because it's coming in through the Syneos One pipe. Very pleased with the differentiation that this team is bringing and managing to drive through the business. We have updated this to 606, so you can see the elements of pass-throughs.

What we've seen is, portfolio growth of the initial awards that we had, but also an expansion in the awards. And that portfolio growth has literally come from either adding new products to the portfolios as we go or an expansion of current projects to super size that.

So, total value now over the potential lifetime awards from Syneos One is over -- is up to $2.4 billion and total gross award contribution on the trailing 12 months is up to $825 million. So, the graph on the right really shows when these projects are or these products are slotted for launch.

FINAL TRANSCRIPT

Syneos Health Inc (SYNH US Equity)

2021-06-02

We have a first one on our hands coming through in 2021, that would be launched in Q3. And then Q1 2022, we see the second product launch. Now, still some contingencies around those products coming through with full approval and funding, which is why you see the difference between the lifetime value and the amount that we've take this awards, but I think this shows strong progression in the Syneos One model, strong engagement with customers looking at this and strong growth through this channel on top of the growth that we're experiencing in awards in both the clinical side and on the commercial side in kind of standard point solutions, standard relationships that sit underneath the Syneos One model.

So that really concludes our update. I wanted to give you a flavor of not just Syneos, but also the progress that we've seen with Syneos One. And with that, I'll hand back to David and ask Jason to join me for questions.

So, David, over to you.

## Questions And Answers

### Q - David Windley {BIO 2411309 <GO>}

(Question And Answer)

Great. Thanks. Appreciate the update. So, I certainly want to come back to the Syneos One, but let me start with the broader question on just the demand environment. I think project funding is -- as we published and you've highlighted, has been really strong for multiple quarters in a row. Seems like it's kind of a building tailwind. Some of your peers have commented on the strong demand environment. So perhaps you can kind of recap 1Q and some of the moving parts that you had in your bookings and 1Q. And then how's that progressed into 2Q.

### A - Alistair Macdonald {BIO 16971432 <GO>}

Yes, sure. Thanks, Dave. Yes, great, RFP environment, great demand environment at the moment. We're seeing continued progress in terms of RFP flow and engagement across all sectors, SMID, large, emerging biotech, every region geographically, as well as over into commercial as well good RFP flows.

In terms of Q1, I think we had a good Q1. We had a great gross awards. We have some reprioritizations that moved a couple of projects outside of our bookings window so we took them might not. I guess this cancellations effectively, but it just moved kind of to the right, so we expect them to come back.

Two major ones really to customers, one reprioritization that I think is based on the fact that they're investing heavily in a COVID platform, which will come back we're thinking its original format but outside of our one year window. And then a second one that went out for redesign, again, fell outside of our one year window. So, our policy is, we take them out, so we took them out. But I think without doing that we

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-06-02

would have probably had record gross bookings, but those two shifts pulled down the book-to-bill.

Having said that, we still have a trailing 12-month book-to-bill of 1.4 for the clinical side and close to 1.1 for the commercial side. So we're pretty pleased with that development. You can see the progress at Syneos One. We're pretty happy with where we sit with that. And we are continuing to see that kind of level of engagement and good flow as we get through Q2.

### Q - David Windley  {BIO 2411309 <GO>}

And the flows into 2Q, the one -- let me back up a step, so the 1Q seasonally I think would normally be weaker for the industry.

### A - Alistair Macdonald  {BIO 16971432 <GO>}

That's right.

### Q - David Windley  {BIO 2411309 <GO>}

But yet, saw some -- from what we picked up, saw some decent advancement from 4Q. So, would you characterize 2Q as accelerating off of that 1Q seasonality? Or would you call it stable? I mean, it sounds like it's very good.

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. I think it's more stable. I think it's a good -- sometimes you have a big pipeline, but you look at it and think well, is it all good quality? And I think at the moment, we've got a good pipeline. And you look at it and think, yes, that's a very good deep pipeline. Good quality all the way through.

So, I think from that, I think the macro numbers are slightly up from where we were in Q1 in terms of total pipes. But Q1 is like you say, is seasonally normally a little bit lower across the industry. I think it was very strong. I think a lot of that is big pharma getting back to it. Started to get their programs moving that paused at Q1's pipe. I think Q2 is very robust. And -- but across both sectors, if you think of large pharma and SMID, we see good strength across both of those some pipes, if you like. So, I think it's a good setup for demand and to help us drive growth through '21 and beyond.

### Q - David Windley  {BIO 2411309 <GO>}

And then just to reinforce some on the point that you make on the reprioritization. It sounds like both of those are moved far enough to the right that they're not like coming back in the very next quarters in terms of bookings. Is that fair?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes, that's fair. I mean, I think the one that went out for kind of a redesign is actually on the back of another project that we are accelerating now. So, some of that project revenue on the initial project that we've got now will accelerate forward a little bit, so

FINAL TRANSCRIPT

Syneos Health Inc (SYNH US Equity)

it compensates for a little bit. But we expect that second trial to come back, come back to the FDA. They've got some new ideas about how they might be able to execute that trial, which will save them time and money. And when that's redesigned, it will come back. It may be a different shape. It might be smaller. It might be bigger. We just don't know yet. We're just waiting for that to come back and our teams are working on that with the customer.

The other one is just delayed. I think there's just too much product in need of cash to get it all through the pipe at the same time, so that unfortunately was a victim of that. But yes, I expect them both to come back, but not in Q2. It will be later quarters before we see the first one of those come back.

## Q - David Windley  {BIO 2411309 <GO>}

Got it. Okay. One of the strategies that you mentioned re-emphasized was continuing to penetrate larger pharma and kind of get yourself up to kind of a equal index to the large players, and you've made -- since the merger, you certainly made progress there. I think earlier this year, you mentioned that you perhaps have a partnership refresh sometime over the balance of the year. But the broader question I want to ask is, as you go into broad capabilities assessment, competition with large pharma, how do you position Syneos with your dynamic assembly approach as being able to bring the resources equally or better than a peer that can -- owns and controls more of those resources?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes, it's quite easy, really, David, to be honest. I mean, dynamic assembly gives us the ultimate flexibility. So, we can go into any pharma company and match with them in terms of the technology we use. We've deployed that approach in FSP, we deployed in full service. Where -- what we want to be is the -- we want other people to design and build the latest tech and bring that innovation. What we want to be able to do is, spend our time and focus building teams that are trained on it, can deliver it on the Sunday, know how to put it all together. So we do a lot of integration work between partners as well as our own data.

And I think that's -- I think it's a capital efficient way to do it for us. We are a company that understands. We're very good at delivering professional services. We're not the best at software development and we like to bring the latest innovation together. We're doing it very successfully. And we've had an example this year where we won a customer relationship where we're able to use their platform, but very few CROs, so immediately gives you a leg up that. You are talking the same language on the technology and you can build a service platform around that. Comes down to a discussion on rates and capabilities around the platform.

So, for us, it does give us a lot of flexibility. We're not trying to take somebody's decision because most of the large pharmas have already decided, I'm using this platform, I use this data set, I use this. What we're able to do is, plug and play those as we go. So, if somebody's using Metadata or Beaver or Science 37 or Medable or whatever, we have the ability, probably quite uniquely, to just plug those pieces together, because we have dynamic assembly. It's an open architecture. Where our

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-06-02

job is to deliver the service and integrate all that data. And I think that makes it easier sometimes for I think large farmer to certainly engage with us.

### Q - David Windley {BIO 2411309 <GO>}

Thank you for that. On this topic and I suppose the thing that I don't want to convey is that, the other CROs aren't forced to use other platforms by their customers as well. And so, the issue of having to have your people trained on all these different systems is not unique to you. Having said that, how do you -- as you're pivoting between these various systems, how do you maximize your agility? How do you enable your people or support your people and their ability to move seamlessly between all these platforms that are partners of yours?

### A - Alistair Macdonald {BIO 16971432 <GO>}

Yes, it's great question, David. I don't think our scale helps us with that, because we can have teams that are, beaver team or metadata team or whatever. So that -- the scale that we've now achieved, we're at 26,000 people now. So, we've added about 1,000 heads organically since January 1, just in clinical. Having that scale helps you do that.

But a lot of it is in the programming. So, you have to have specific programming capabilities that we've off -- we've offshored India, Mexico places like that where we're able to build in beaver, we're able to build in metadata to match the designs of the clinical trial. And then the data management part of it, although complex, is more and the CRA part is more kind of how do you drive the system, how do you use it as -- how do you use data management capabilities. It's a bit like, I don't know, jumping in a different car, the switches are all slightly in different places but it just does do generally the same thing.

A lot of the differences are on the data integration side, the way that the platform's operate and work. But that you can pick that up pretty quickly. But I do think the scale is a -- if we were a thousand people, it would be very difficult for us to have the ability to work across three or four different decentralized systems, three or four different data management systems, CTMSS et cetera. Which I think is one of the reasons I think a lot of the larger CROs have seemingly taking more and more of the market right now, because this ability to use different technologies as well as combined with the geographic reach, the clinical expertise, access to data, they're all big investments now that you have to be current on to be competitive at scale. So, I think that's where you see. And you need really now to deliver for any trial of any complexity, you need all that capability. I think that's why some of the smaller CROs decide to struggle with that.

### Q - David Windley {BIO 2411309 <GO>}

Got it. That's an interesting point. Syneos' clinical sticking in clinical -- Syneos' clinical revenue is accelerating through the year, perhaps a little more. Some of your peers started off the year with slightly faster revenue growth but maybe don't accelerate as much, yours is starting a little slower in the first quarter and accelerating more as we progress through the year. If you had a chance to analyze, what you think those differences are? Perhaps it's just COVID participation, but could you talk about the

FINAL TRANSCRIPT

Syneos Health Inc (SYNH US Equity)

2021-06-02

cadence of Syneos' revenue and why it's progressing a little differently than your peers?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes, sure. I'll kick off and then ask Jason to make comment as well. So, I think a lot of it is, we can't really comment on what's driving other people's growth. But for us, it does look like a lot of that growth in other CROs is from the vaccine trial work through Q4, Q1. The mix that we have is different. We do have vaccine trials. There seem to be about a quarter behind some of the others. We didn't win the operation Warp Speed work that has been piling through some of the CROs.

So, what we see for the balance of the year is, a recovery of work that was delayed from 2020. That was placed already in and we're catching that up, and we're seeing more access to sites and seeing those trials reaccelerate and get back to the normal pacing. We've got our COVID work and we've won something just over 100 trials in total from COVID, so you got that growth coming through. And then our underlying platform of new work coming through that was a little bit pent-up. So, we talked about the size of the pipeline in Q1. I think it was more robust than we'd normally see in Q1 across the sector, because big pharmas starting to open the taps again.

So, I think those three things combined really help us to line up and drive the growth through. We got new projects coming online. We got a lot of activity and the start of I think metrics that we're looking at. We've got 150% of the study starts and enrolment than we had pre-COVID, which is a good sign for our overall portfolio because it's new trials. We've had good book to bills. Those new trials are now coming through getting started open accelerating. So, that really changes our profile a little bit. Squeeze it backwards a little bit, but we're confident in getting to those numbers as we go through the year.

So, Jason, any of additional comments on that?

### A - Jason Meggs  {BIO 19515623 <GO>}

Just -- I would just add, if you look at it, Dave, on an organic basis, just our direct fee revenue in quarter 1, as we mentioned, we did grow sort of mid-single digit, so just that reimbursable coming off of Q1 '20 comp not having the large vaccines flowing through, the reimbursable load there as you know is heavy for the OWS programs. We are growing Q2 as the inflection point, but we did have that sort of mid-single digit growth their in quarter 1.

### Q - David Windley  {BIO 2411309 <GO>}

All right. You mentioned big pharma opening up the sticking a little bit, which is encouraging. Are their still site level impediments to trial progression, revenue recognition? Or is the industry now ask -- I'll say it differently. Is the fact that 15% or so of sites still have some kind of impairment, a revenue headwind? Or has the industry really just found a way to work around that and it's not really an issue?

## A - Alistair Macdonald {BIO 16971432 <GO>}

Yes, it's still -- there's still an issue there. Because obviously, if your on-site 100% of the time, you get a full pass throughs, you've got the normal -- a normal revenue profile. I think with -- it's probably somewhere in the 15% to 20% of sites now. I think pretty much all the sites that we were working in trials pre-COVID that we work with any way are back to it in some way shape or form unlike say about 15% to 20% are still more remote than on-site.

So, the difference is, you might still have -- you might now have a site that's open for on-site visits, it was open for on-site visits, obviously, before COVID. But now what we have is, some sites saying, well, you can only send one CRA per day or two days, whereas in the past we might have had two CRAs there for the week. So there's still a little bit of an impediment with that.

And then with those are still only allowing us to monitor remotely, you obviously, don't get a pass throughs, but you get -- I think those monitors can do slightly more visits through the week because they're not doing the travel and all that kind of thing, so that offsets a tiny bit.

But yes, it's still -- you're still not getting the full revenue out of the model that you would have seen pre-COVID. And maybe that's a precursor of things to come as we move more decentralized, as we move more remotely, we've got to be able to handle that.

So, we've worked -- I think all the CROs are working around it. The main criteria is patient safety and are we getting people enrolled in the trials, and then you work how to get to the data and get it cleaned and face-to-face is still the gold standard, but I think remote monitoring, decentralization, although different, it's time to take a piece of that.

So, -- but we see that as a big opportunity, because I think if anything decentralization for instance enables us to reach a broader audience faster. That's one of the reasons we bought Illingworth. We can get out to patients in their own homes and we can get to patients -- a broader patient population. We can enroll trials faster. It can burn the revenue faster. We can get the next trial loaded up and ready to go faster. So, I think it's good opportunity there for us to accelerate with our customers.

## Q - David Windley {BIO 2411309 <GO>}

I've been remiss if I didn't try to squeeze in a commercial question here, we are -- we're kind of out of time, but I noted in your update, thank you for that. But I noted, I think the number of assets has may be increased from about 1,823. How do you think about those layering in, the time frame to layer enough in to become material to your commercial revenue outlook?

## A - Alistair Macdonald {BIO 16971432 <GO>}

Well, it depends on the scale of each launch, Dave, as well. So, some of those launches are going to be small teams, some of them are going to be bigger teams. And it just -- they don't -- not every single one of those launches is equal in terms of the revenue. So, some of them in that pipe are pretty material. The plan is to keep winning them and adding more and more pipeline.

And when you look at the later[ph] years, where you see the four, five, six launches per year. That -- a new launch per quarter, will have a material impact on the sales and commercials number.

So, we're really pleased with the work that that team is doing. The model resonates, Synteract has been successful introducing it to their customers as well, and we expect to see more come through that channel as we go.

## Q - David Windley {BIO 2411309 <GO>}

Great. Appreciate the update and good to see you all. Thanks for your participation in the conference. Everybody have a good day.

## A - Alistair Macdonald {BIO 16971432 <GO>}

Thanks for having us. Cheers. Take care. Bye, bye.

## A - Jason Meggs {BIO 19515623 <GO>}

thanks, Dave.

## Q - David Windley {BIO 2411309 <GO>}

Thank you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*