# Exhibit 25

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-06-09

# Goldman Sachs 42nd Annual Global Healthcare Virtual Conference

## Company Participants

- Jason Meggs, Chief Financial Officer
- Ronnie Speight, Senior Vice President of Investor Relations

## Other Participants

- Analyst
- Robert Jones, Goldman Sachs

## Presentation

### Robert Jones  {BIO 3388623 <GO>}

Okay. Good afternoon, everyone. I'm Bob Jones, I'm joined by my colleague, Jack Rogoff. Together, we cover CROs here at Goldman, welcome to the Syneos session. I'm really excited to have both Jason Meggs, CFO as well as Ronnie Speight, SVP of IR with us today from Syneos. So welcome to you both.

### Ronnie Speight  {BIO 19112690 <GO>}

Thank you, Bob. Glad to be here. Thanks for having us.

### Robert Jones  {BIO 3388623 <GO>}

Yeah, I think you guys know the format Q&A. I try to keep it as interactive as possible. For those on the webcast to the extent if you do have a question if you want to email those to me or submit those to me, I'll get those via email and time permit it, we'll see if we can sneak those in as well.

Well, Jason I thought maybe just to start things off, I know it's been a very volatile and trying last 12 to 18 months with COVID. Hopefully, we're now finally coming out the other end of this. It's certainly starting to look and feel that way and in reality in the real world. But there's some key KPIs that you and your peers have kind of been nice enough to share along the way to help people contextualize just kind of where we are in the recovery. So I was hoping maybe we could start there, just get your latest thoughts on kind of where we are with things like site accessibility, patient recruitment on the clinical trial side of the world, and then as it relates to the commercial side, just kind of what you're hearing and seeing from your biopharma sponsors as far as progression towards new drug launches. So just some of those

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-06-09

high level KPIs that you guys have been sharing over the last, I guess 12 to 18 months now.

## Jason Meggs {BIO 19515623 <GO>}

Yeah, sure. So, thanks Bob. Yeah, I mean, the site accessibility, I think we talked about on our quarter one earnings call being in that 70%, 75%. We continue to see that tick up incrementally in terms of more access. So that's good, and I would just say, based on being at that level and other capabilities we have to be able to get in remotely and things of that nature, feel pretty good about where that is, and how that's trending, on enrollment, which is a key metric always has been, always will be. In terms of patient enrollment, we were at 150% pre-COVID levels and that was really before we saw a significant ramp in our COVID vaccine trials that we talked a little bit about.

So as those layer on, that's going to move up some, and then we'll have the interplay of what happens on the non-COVID and the COVID. So that's continuing to perform well and trend up. And activation, site activations, which sort of precursor to enrollment continue to be north of a 100% as well. So all of those metrics continuing to look good and in line with what we thought is we thought about COVID peeling back during the first half of the year. And while we did see some flare ups across the globe, and continue to see some of that, nothing's really been that impactful to us in terms of operational at this point, we're keeping an eye on that.

On the commercial side, the new drug approvals have been really strong this year. I think we're in the mid-20s already, right? And if you look back at how that relates to the record years, where we were close to 60 right? It's even ahead of that level. So last year wasn't a bad year despite COVID, right? So I need think about how that played through to our business. We've talked about, we launched a record number of teams and our deployment solutions business during 2020 and that trend in terms of really strong launches continued in quarter one with really strong numbers in terms of actual feet on the street. So customers are moving forward, I would say by and large and even on the clinical side, right? You're seeing some customers want to accelerate to try to make up some time that perhaps was lost in their non-COVID portfolio during 2020. So we're focused on just trying to move these projects forward and create success for customers.

# Questions And Answers

## Q - Robert Jones {BIO 3388623 <GO>}

(Question And Answer)

That's super helpful, Jason. Thank you for that. Is there any bottlenecks at this point as you think about it? I mean, I think maybe some of it was more obvious before. But if you think about things like just COVID work maybe getting prioritized over other non-COVID work or you mentioned site accessibility sounds like it's getting back towards normal maybe just patient recruitment, patient's comfort level with getting

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

back into the healthcare system, anything you see at this point is it sounds like they start to normalize, are there any bottlenecks that you would call out?

## A - Jason Meggs  {BIO 19515623 <GO>}

You know, I would say in the main know by and large, no. But there when you think about the clinical trials, supply chain sites are important piece of that and with the COVID work and the require or the ask for acceleration of non-COVID work. What we're really focused on is how we take the burden off the sites, and make sure they're not a bottleneck and how we get patients into trials, etcetera. So that's been the area. I think we at least I've been focused on for some time in terms of what could be the bottleneck. So focused on that but I would say, by and large nothing that's instrumental at this point in terms of trying to move customers' projects forward.

## Q - Robert Jones  {BIO 3388623 <GO>}

That's helpful. You kind of alluded to this but obviously need to ask it just around the demand environment. I think the data that everybody tracks would still be pointing to kind of record levels of funding and with that record levels of R&D and innovation and new trials and new drugs. A little harder to see that end-market during COVID for obvious reasons. How would you characterize the RFP environment for non-COVID work as you start to really re-engage on a more normal level with your biopharma constituents?

## A - Jason Meggs  {BIO 19515623 <GO>}

Yeah, I mean the RFP flow environment Bob is strong as we've seen it right. I mean, it really started moving in a really healthy clip in February, March, and is continued to be really strong we look at it sequentially year-over-year, we talked about, we had a record pipe coming into quarter two, and the RFP flow continues to be strong, and really that's right across that customer segments that we have in terms of how we think about our top 20 and then 21 to 50 and small to mid. So it's been strong right across the business. You know, commercial continue to be strong, good pipeline and good quality pipeline. And then we have our Syenos one asset starting to come into view there as well. And full service commercial activity. So good activity and good flow.

## Q - Robert Jones  {BIO 3388623 <GO>}

No I got it, yes. I think that's been pretty consistent across the industry too. Yes, I guess maybe just to get into some of the specifics, 1Q one of the key updates is that some trials got reprioritized caused some volatility. Can you give us any update on your visibility on to these reprioritizations? And anything on timing, update at least thoughts around timing of that coming back into booking eventually revenue?

## A - Jason Meggs  {BIO 19515623 <GO>}

Yes. I mean, yes, we talked a little bit about what's underneath that large accounts, customers of ours reprioritize some things. One, just to take it back and redesign it, come back out different shape. One was a prioritization decision relative to their COVID portfolio, frankly, what they wanted to do in terms of their views of returns

and how they wanted to invest in their portfolio. Some might not even done that, we don't know, right? But it fell outside of our 12-month window, so we take it out of backlog when that happens. One of them we expect we'll see back late this year. So coming to the RFP flow and I don't know if it'll be a competitive process, don't think so. But -- not sure and then the other one probably middle of '22. So nothing really to impact this year in a mature way we think of revenue, but will start to come back into bookings and things of that nature around those time frames.

### Q - Robert Jones  {BIO 3388623 <GO>}

Okay. And then just to be clear Jason, the rationale or the explanation behind the reprioritization, I mean, doesn't sound clearly like this was an outright cancel. So it wasn't something wrong with the drug or the safety or efficacy, so what was the rationale that just to be clear on why -- obviously these were thought to be things that would be showing up that are now kind of pulled out of bookings you know altogether and of the expectations will come back eventually. What was the explanation?

### A - Jason Meggs  {BIO 19515623 <GO>}

From the customer Bob or why we --

### Q - Robert Jones  {BIO 3388623 <GO>}

I'm sorry from the customer, yeah, Jason.

### A - Jason Meggs  {BIO 19515623 <GO>}

Yeah. Like one of them was they were going to from a timing perspective, prioritize one of their COVID assets. So pull that back and push the COVID a step forward. And then the other was just a redesign of the trial could have been based on regulatory feedback or something like that where it'll come back in a different shape could be bigger, you just never know. So and that was the two key drivers there, and like I said, they went beyond the 12 months start date, which is our trigger to pull it out of our backlog despite the fact you're right. It wasn't, this is not moving forward ever. That's just our policy.

### Q - Robert Jones  {BIO 3388623 <GO>}

Yep. Yes. No it makes sense. I guess just sticking with the numbers, I was hoping maybe you could talk to us a little bit about the revenue ramp expectations for this year. Just maybe walk us through the dynamics on the visibility that you have over the balance of the year. Large trial start-ups, commercial launches just the things that you can really anchor to help anchor us in what should play out over the next three quarters as far as revenue.

### A - Jason Meggs  {BIO 19515623 <GO>}

Yes. I mean if you look at the business in quarter one on an organic, so excluding the M&A, excluding the dispositions that we did in 2020 and then also just looking at the fee revenue side of things, right? Because the direct service revenue if you look at Q1 '20 reimbursables we're still unimpacted by COVID, right? Whereas this year

obviously, they're impacted. Both businesses grew organic basis mid-single digits. So we want to make sure that, I've been really clear on that. When you think about clinical, we've got the vaccine trials that have been ramping and are ramping, right?

With minimal revenue from COVID in 2020, we talked about a $25 million range all year, and then roughly that in quarter one and that's going to be peaking in quarter 2 and quarter 3. So ramp there and good visibility there. If you look back at our backlog growth Bob, and when it started getting into the getting into the double digit growth, it was late '19 early 2020 for us, and all of most of that work, right got delayed during startup because of COVID in 2020. So now we're starting to see those trials move forward. And we've talked about the operational metrics that tend to be the precursor to that when you think of activations and enrollment and the things that we talked about.

And then we've got Synteract and Illingworth in the portfolio now. So looking at their awards in 2020, their performance of sells in quarter one. They're ramping as well and an overall reimbursable will be coming back, right? And when you think about year-over-year and frankly sequentially as well. So that's the clinical side of things right and it's the normal portfolio, I would put that right across all the business but our strategic accounts, the large pharm accounts we've been building backlog are now starting to drive revenue and that's what we're seeing there.

On the commercial side, talked about the record team launches in 2020, talked about continued performance of good team launches in quarter one. That's going to continue to show growth and we're laughing some of the first quarter cancels that we had from 2020 in commercial. So year-over-year and sequentially that sort of how to think about that, reimbursables are coming back there as well. And then when you get to the back half, we're launching that first Synoeas one asset in the second half of the year. And then another will launch in the first half of 2022. So both businesses, good backlog growth, both businesses good trailing 12-month book to bills, both businesses good pipelines RFP flows, right? These are the things that we see that encouraging for us.

## Q - Robert Jones  {BIO 3388623 <GO>}

That's great.

## Q - Analyst

Hey, Jason, I wanted to ask a little bit about your decisions on buy versus build versus partner. It seems like our impression is that you developed Kinetic in-house, whether that's for commercial use or clinical use more recently and you have your dynamic assembly approach to sites and data strategy, right? And most recently, that was punctuated by your announcement on partnerships with Science 37 in medical. So I was curious, if you be able to describe the thought process behind where it makes sense to develop something proprietary versus leverage something external when it comes to these innovative areas across your business.

## A - Jason Meggs  {BIO 19515623 <GO>}

Yes. Sure. I mean, dynamic assembly has been something that we've been developing over the years as you know, and it's really our channel partner, our partnership approach and you're right. We've historically said look, we don't need to own sites, we don't need to own data, we don't need to own technology, and other things we don't know, right? Like central labs and other things that we partner with and that's what dynamic assembly is. And we've had certain services in there like Illingworth, right. Illingworth was a part of our dynamic assembly model and we like the business so much it was a great team great business.

And as we looked at it and said, all right this is a services profile, something that's going to help us grow and as the model shifts and transforms from the maybe on-site monitoring to more home health. We want to be there, right, so we decided to bring that into the Syneos Health family. We're developing things like things like kinetic or tech enablement, but that's sort of the way we think about it. Like we can get the data we need, we can get the technology that we need in partner in, but we feel what gives us the insights or enables it to actually help us create customer solutions, right?

And that's what Kinetic is, and we have other examples that we haven't talked about as much yet that we've worked on in inside the company and build out to help drive insight. So we'll keep looking at that, we think it in a lot of ways creates a lot of competitive advantage, right? I mean, we've had examples where we were up against, we were bidding on trials or services and we were up against someone who had something a little more proprietary. We didn't -- we were working with a channel partner in the end, it worked out to where the customer wanted the flexibility to work with the channel partner and that put us in pole position. So it can be a little bit of both and if you're not careful and what you have it can cut both ways I guess, I would say that's how we think about it and that's what we're doing.

## Q - Analyst

Appreciate the detail there. Just overall, how are you seeing the role of decentralized trials as we emerge from COVID? What are you hearing from the sponsors that you work with as it relates to this trend?

## A - Ronnie Speight  {BIO 19112690 <GO>}

Well, demands clearly increasing in that space, right? I mean, COVID certainly help that and I think when we think about it or look at it, whether it's looking at RFPs or looking at year-over-year growth of studies one with DCT components, right? We're in that, call it 20-25% year-over-year growth and the demands there and customers have certainly talked to us about it. And DCT is not completely virtual trials, right? Site less trials, DCT can have components of Telehealth or Home Health, Eco or E pro[ph], whatever it is, right? Wearables, their different pieces, right? That you can have and our customers are very interested in that and they're looking for efficiencies, they're looking for getting more patients access to clinical trials to create more diversity and equity inclusion in clinical development, decreased site burden, decreased patient burden.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-06-09

So these are the things that we're hearing. And as I said earlier, we don't think we have to own all of that. We just need to make sure with the partners that we have the best solution. We think frankly with the Medable or Science 37 together with our home health capabilities via Illingworth and other things that we've developed internally that we're in really, really good shape to help our customers be successful there.

## Q - Robert Jones  {BIO 3388623 <GO>}

That makes lot of sense. It seems like with Illingworth and this is my impression, it seems like at home services are more of move into direct care delivery is that versus what we thought of as the traditional work of a CRA, when it comes to monitoring and things around data, where else continuums play over time, if the labor intensive nature of on-site monitoring comes smaller, is there more you can do in the direct care delivery components on the trial?

## A - Jason Meggs  {BIO 19515623 <GO>}

Well, yes, I guess there's kind of two things there, on the Illingworth side right, we're sending nurses in to help enable the extension of the sites and the clinical trial, and make sure the patients are getting everything they need to participate etcetera, right? So not sure exactly on the direct care. But it's really how do we -- your definition there's really, how do we help them participate in clinical, wherever they -- in clinical trials wherever they need to, whether it's their home or work or wherever, right? And that's what Illingworth's about.

When you think about the model shift component of that, right? We're still going to provide a lot start up activities and feasibility activities, and the data management activities, and the study management activities, and frankly the vendor management, data management activities when you're doing decentralised trials become a heavier focus, frankly. All the stats, biostats work, safety work etc at all that's still there and we could see a shift in the model. But we don't see it being anything that is a massive revenue hit to CRO, right? I mean, think about EDCs, and when they came out, right? And it certainly enabled efficiency in clinical trial cleaner data better data that's what DCTs hopefully will help as well, and then we've seen a lot more assets flow through the model, right? Flow through the industry. So that's kind of how we're thinking about it at this point Jack.

## Q - Analyst

Very helpful, thanks.

## Q - Robert Jones  {BIO 3388623 <GO>}

Yes Jason now, wanted to make sure we spent a little time thinking about the margin expansion. You know, obviously guys have some targets out there, 30 to 50 bps a year. What are the components that you would break down for us as far as thinking about achieving those targets each year over the next several years? And it could look different obviously in one year versus next, but what were the major building blocks as you see if they continue to progress that margin expansion.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

## A - Jason Meggs {BIO 19515623 <GO>}

Yes. We talked a little bit about it at our Investor Day in December, but really it's about our strategic growth initiatives, right? So large pharma, you have -- when you win those partnerships, you have to invest in your connections and scaling it up and that sort of thing and that can be a margin headwind at the outset. But then as they scale, the revenue actually pulls through, you get margin accretion out of it, decentralized trials, Kinetic, full service commercial, Syneos one, expansion in Asia, right? All these areas that we need to scale up real world, that will scale up larger that will create no margin of creation through our growth initiatives and then just operating leverage out of growth, right?

You have to get on your fixed cost base. ForwardBound is an area that we've talked about and we're making really good progress on accelerated some of the activity in ForwardBound into the COVID environment last year in 2020 and up their target there $225 million as we exit this year. There's other opportunities around workforce optimization that we have. Low-cost jurisdictions in terms of how do we best serve the customer, increase quality and serve them right around the clock, right? Where you can hand work off and get it done and remain competitive, automation process improving opportunities, we've spent the last three years, really focus on integration and getting ourselves ready to optimize the model.

And now we can take the opportunity to do that over the next several years. And for this year we've talked about the 30 to 50 basis points per year. And this year being at the lower end of that range given the headwinds from the temporary cost measures that we took -- savings measures we took in 2020 to bring cost saving measures. And then in '22 and '23, moving more towards the upper end of that once we have the temporary cost-saving measures.

## Q - Robert Jones {BIO 3388623 <GO>}

Jason, one of their components that I thought maybe would be the integration of Synteract. Is that a component of the expansion? And I guess, as it relates to Synteract more generally, where are we in that integration?

## A - Jason Meggs {BIO 19515623 <GO>}

Yes. I mean that will help, Bob, absolutely. We're making good progress in the integration. When we've looked at how that business can move more towards the Syneos' level margins, we talked a bit about being 2022, 2023 so we're marching towards that time frame, and making good progress on that, spending quite a bit of time on the front end, right? We kept it as an independent business unit within the organization, so that the go-to-market team would stay connected to and focused on those emerging biopharma customers. As well as frankly, the project management and study startup piece of that which we're making sure is also focused on those emerging biopharma accounts.

## Q - Robert Jones {BIO 3388623 <GO>}

FINAL TRANSCRIPT    2021-06-09
Syneos Health Inc (SYNH US Equity)

Awesome. No, that's helpful. One question we get not surprisingly across the industry is just around staffing, the current staffing levels, I mean clearly there's no shortage of work to go around. How are you thinking about having the right amount of staff for you able to find and hire the right people just any of the latest thoughts there as clearly the labor market across many sub-sectors not the least of which healthcare seems to be tightening or has been pretty tight.

## A - Jason Meggs  {BIO 19515623 <GO>}

Yeah, I mean it's always a competitive space right in the CRO and commercial business, so it's not really anything new, but with the growth that everyone's having this year with the COVID layer on top of it, right? It is a slightly different discussion. We added over a thousand people in quarter one in terms of hiring and that excludes adding the Synteract and Illingworth teams in quarter four of last year, and we're going to continue to focus on that. We have a new initiative around it to make sure that we have the right people in the right places when we need them to deliver.

And it's a challenge, but not something that we're of the opinion that we can't manage certainly and then our contracts have inflation clauses in them where you have inflation adjustments typically in your contracts annually, and then you reset your rates each year as well. So they're mechanisms there and then we talked about the margin accretion opportunities as well. So we feel like if we do get into any type of pressure that's outside of just pockets, which we've always experienced, we do have opportunities to be able -- to get the people we need and continue to grow the margins as we move forward.

## Q - Robert Jones  {BIO 3388623 <GO>}

Got it. So you recently provided an update on Syneos One and it looks like the revenue should ramp in 2022. I guess, I was curious if there's anything that could be additive to that longer term guidance you gave at your most recent investor day. How is Syneos One shooting up year-to-date versus your expectations the end of 2020?

## A - Jason Meggs  {BIO 19515623 <GO>}

And we did give the update at Jefferies Syneos One's contributing to over 800 million in awards and total potential value and this is including all reimbursable expenses now it's up to $2.4 billion with the first launch happening in the second half of this year. And then the second launch happening in the first half of 2022, and we've added -- we went from 21 assets to 23 assets in the portfolio and so that's the update. If more of those assets are successful in getting approval then, and therefore launch, naturally that could be some upside if they add certain regions to the launch.

So let's say we're launching in the U.S. or in Europe in the first instance, but then they want to go to a different jurisdiction. You know, vice versa launching U.S, we want to go to EU to U.S., could be some opportunity there. But in addition to the Syneos One, the areas that we talked about Investor Day that could help drive some upside to the longer-term would just be of large pharma ramps faster then we expect or something like that, right? In terms of the large pharma approach and focus we have in clinical. So a couple areas that could move us up faster than what's out there, but

right now, we're consistent with where we set -- what we said in December and then the other area would naturally be M&A, right? That if we did something outside of what was inherent in that out year guide that could accelerate that to some extent.

## Q - Robert Jones  {BIO 3388623 <GO>}

Got it. Very helpful. And then for the more recent Syneos One awards that are maybe more still in the clinical stages of development. Have you seen any meaningful shifts in the types of therapeutic areas that you're winning or the types of clients that you're winning Syneos One business with?

## A - Jason Meggs  {BIO 19515623 <GO>}

Not really, I mean, it's predominately still small to mid-sized. We have talked about the one large pharma -- or top 25 pharma that's in the portfolio that we've talked about publicly, but it continues to predominantly be in the small to mid-sized space. And oncology, rare disease, CNS, those type things have stayed pretty consistent. So not seeing anything that's, I guess materially different than the prior trends.

## Q - Robert Jones  {BIO 3388623 <GO>}

Great. Thanks Jason for that. I guess just go down the list of things that we get questions on, again, across the group but also given I think some of the dynamics from COVID last year into this year. One is around conversion. Obviously, conversions been, kind of a tough metric in general and I think it was only made more challenging during all the implications from COVID. How do you expect conversion rates to trend over the back half of the year or for the rest of the year? Any significant things you'd call out and you mentioned some of this as far as having line of sight into work that maybe got put on hold early in 2020 that you thought would have started. Just any context you could help us with, and help investors think about as far as how they should think about the trend of conversion?

## A - Jason Meggs  {BIO 19515623 <GO>}

Yeah, I mean we expect to see conversion move up throughout the year sequentially getting in or out from where it was in quarter one, getting in or out that or just below 9.5% right quarter two, and then moving up sequentially out to where we get to around 10, approximately 10% quarter four, and that obviously is dependent on or can be dependent on the level of bookings and backlog growth you get because the math can skew things, when you put a trial that might be 4, 5 years and that's large and then you're looking at a burn rate, it's a quarterly burn rate.

And then when you think about what's underneath that, you've got your direct fees, and your indirect fees and how they play into it or your reimbursables. So we will continue to keep an eye on that, but longer-term, if you look back to where we were prior to COVID with burn rates being in the 11%, 11.5% range, just giving -- given our average study period has gotten up to around 60 months from low to mid-50s, just 12 months ago, right, we don't believe we'll get back to that level of 11%, 11.5%, but too early to say exactly where it lands until we get fully through COVID and have a good feeling that the overall for portfolio.

## Q - Robert Jones {BIO 3388623 <GO>}

No, it's helpful. And in the time we have left, I had a couple bigger picture ones, I wanted to get your thoughts on. I mean one, clearly there's been some consolidation in the space. There's always been some degree of it, right? But I think recently we've seen a good amount more of it obviously with ICON and PRA, obviously PPD[ph] getting proposed acquisition from -- which kind of changes the dynamics of it. Obviously, at the lab COVID two years ago, who will see where that plays out. How do you think about your competitive positioning today as you think about a lot of these moves that have kind of happened in and around you? Now obviously Syneos is the result of mergers as well. But how do you feel like Syneos sits in the world today as you look at some of these companies around you getting bigger or getting kind of bolstered with maybe different offerings and different capabilities.

## A - Jason Meggs {BIO 19515623 <GO>}

And then it has been a very active period. And as you say, we had just come through integration and that's a heavy lift that these companies are going into. When we look at competitively we stack up, right? We have scale globally in the clinical business and in the commercial business, we have the FSP capabilities. We have great portfolio of customers in the small to mid-sized as well as in the top 50. We have good decentralized capabilities. On the clinical side, we're continuing to invest in the business for the areas that we've talked about both organically and inorganically.

So we feel good about where we are right and that those that need scale now we're believe they need scale. They're sort of walking the path we walked 3, 4 years ago go, right? So feel good about where we are competitively and believe that as commercial continues to grow and evolve to more full service commercial and we get more Syneos One assets in there and more case studies there, that's just going to continue to be a competitive differentiator for us as well. And then I talked about dynamic assembly in our model there and how over time, we could bring more things in capability wise like Illingworth or keep them out because it can create a little bit of channel conflict potentially when a pharma customer wants to use a certain capability. So we feel like that's still the right approach and a differentiated capability that we have as well. So we know we feel good about where we sit right now.

## Q - Robert Jones {BIO 3388623 <GO>}

That's great. It kind of leads into my last one, Jason. It seems like you're on track to get back to the leverage targets that you set out 3 and 3.5 times, it's probably this year. Where do you think about capital deployment most, I mean it sounds like based on your previous answer, maybe it's not a M&A capabilities thing or scale thing at least. But how do you think about capital deployment as you get back to kind of that will target leverage ratio that you wanted to be at?

## A - Jason Meggs {BIO 19515623 <GO>}

Yeah, we continue to be focused on that 3 to 3.5 times and we're comfortable in that we're comfortable figures below that right, if we want to continue to pay down debt grow the company and create more flexibility, but we're comfortable with that. And

we're really focused on our tuck in or bolt-on M&A as you say, and that's our second priority and continuing to look at opportunities to do that. And there's plenty of opportunities out there as you guys know in terms of what you can add to the business. We've talked about geographical, adding something and Asia-Pac. We've talked about real world, we talked about digital capabilities, right? And those will continue to be things that we look at. And then finally, share repurchases, we've always taken the approach that we want to add a minimum keep the annual stock compensation dilution off the market and we'll continue to do that. And look at, if we have excess cash opportunistically would we do more. But right now that's how we think about the capital deployment here over the next couple of years.

## Q - Robert Jones {BIO 3388623 <GO>}

Great, perfect. We're just about up on time. So it's probably a good place to wrap it up. But want to thank Jason, wanted to thank Ronnie for their time today, really enjoyed the discussion. Hope everybody else on the line did as well and hope everybody's enjoying the conference. Thanks so much.

## A - Jason Meggs {BIO 19515623 <GO>}

All right. Thanks Bob, thanks Jack.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*