# Exhibit 29

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-09-15

# Baird Global Healthcare Conference

## Company Participants

- Alistair Macdonald, Chief Executive Officer & Director
- Jason M. Meggs, Chief Financial Officer

## Other Participants

- Eric White Coldwell, Robert W. Baird & Co. Incorporated

## Presentation

### Eric White Coldwell {BIO 3012804 <GO>}

Okay, I think we're live. Good afternoon. My name is Eric Coldwell. I cover the industry with Baird. And Syneos is, for those of you who aren't aware Syneos is one of our original top two ideas for 2021. One of our favorite names in the sector, and company that we are very excited about for the future. It's a great pleasure to have Syneos with us today. We have Alistair Macdonald, Jason Meggs, the rest of the team. We're going to jump straight into fireside chat, avoid the formalities of the presentation.

And Alastair, I'm going to kick it off a little differently than I expected because you had some new news last night, an acquisition. So let's kick it off with StudyKIK and maybe tell us a little bit about the business.

## Questions And Answers

### Q - Eric White Coldwell {BIO 3012804 <GO>}
(Question And Answer)

### A - Alistair Macdonald {BIO 16971432 <GO>}

Okay. Well, thanks, Eric. Thanks for having as good to see. And we like to keep you on your toes by throwing in a curve ball at the last hour. Yes, StudyKIK is -- we're following our efforts around being able to bring continued innovation to our customers and our service teams.

StudyKIK, is a company we've worked with since they really started up in 2014, very innovative platform. When we look at where we're spending out, where we're deploying capital at the moment, we're really interested in where do we end up? You've seen a lot of news about decentralization of trials, home healthcare, et cetera.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)                                     2021-09-15

But they do all end up in one place, and that's with a patient. So what we're interested in is continuing to bring that innovation around.

How do we identify where the patients are? How do we connect with them, how do we make their lives easier to get into a trial? How do we take down the burden of being in a trial? Things like Illingworth that we bought last year, helped with that. So StudyKIK is another one of those kind of organizations that really help us innovate, really help us to access patients, which are the fuel for all clinical trials, which have a channel they end up going down. We can use StudyKIK to reach them all. So a great bit of -- it's more tech-enabled services, a little bit like Illingworth, but does have some tech platform in it, helps us shorten study start-up time lines, find more patients, et cetera. And that helps us accelerate and beat budgets and deliver for customers, and that's what it's all about.

## Q - Eric White Coldwell  {BIO 3012804 <GO>}

So I suspect I know you haven't disclosed financials at this point, but I suspect it's more of a benefit to the overall firm than a specific revenue and margin driver in and of itself, would be a first assumption here. Mentioning to you earlier, we've already had a good channel check on it. So it's always nice to hear customers that are positively inclined on what they've done in terms of accelerating enrollment. So it's an interesting deal.

I think we can do this one quickly because all of the answers so far from your competitors have been the same, but I do want to ask everyone. Are you seeing any impact from the current environment with the spike in COVID cases, the increased hospitalizations? Have you seen any discernible trends or changes from where you were a couple of months ago when the case rate was declining at least here in the U.S.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Not really -- and we have the same answer as everybody else, not really. I mean if a site has a COVID outbreak -- everybody is handling it at local levels. And if a site has a COVID outbreak, people get isolated, and if we have to switch to remote monitoring for a short period, all that work has been done in the past. Everything -- we can switch in and out remote. So much easier than we did prior to COVID.

So yes, it's not really having any material impact that we see. Now if the outbreak in the U.S. got massively widespread, and the government intervened with some kind of lockdown, which I don't see as likely. Then we'd have everything switch it to remote will probably cause an issue. But, right now, we just don't -- we don't see any real impact on it.

## Q - Eric White Coldwell  {BIO 3012804 <GO>}

That's great. I'm going to switch order here a little bit and talk about commercial before we go into clinical because commercials obviously, unique to your company, and it's one of the things you stand up as a differentiating characteristic with your focus, your size, your history in that business. First off, just a little bit of level setting.

Drug approval is going to occur at any point in the year. Marketing goes on throughout the year, but there does tend to be some lumpiness and seasonality in bookings. Can you remind us why that is? And the reason I ask is, 2Q is normally a lighter quarter. And this 2Q, you put up a book-to-bill that was much better than the average of the last three years. So I'm wondering if there's a break in the pattern, if some of that's just timing and COVID related, easy comp from last year. Or if there's something more going on with commercial. Or maybe it's becoming a bit more balanced in how you would see bookings unfold in the future.

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah. I think you'll always see a little bit of seasonality in it, around Q4 and Q1. That's when budgets get released. That's when bonuses come through, and that kind of thing and that helps us to book more in those quarters. The seasonality for Q2, Q3, quieter periods that we've seen, I think, there are a couple of things at play in that.

First one, is there is still a little bit of catch-up from COVID. I don't think that's a major element in it, but I think that's a piece of it. Second part of it for us is really, in Q2, we were able to pick up some awards from the part of presold work that comes from Syneos One. And that's a trend, I think, will continue for us across all quarters and help us to kind of fill in those middle -- the Q2, Q3 seasonality that we see. Because those products that we picked up through the Syneos One model back in clinical are now starting to mature. We're still on target for our first launch from that part of work in the second half of this year. Michelle is just back from the kickoff meeting, the launch meeting.

And thirdly, we have a better operational footprint. We have commercial integration that's selling. It's double what it sold last year. And I think we have a better team. We have a better operating footprint. We're more consistent, the efforts through Syneos One, and the commercial integration suite of services is helping to smooth that all out. So my -- our goal, not just my goal, but our goal, I think, is we're always going to have those high points of Q4 and Q1. We're trying to fill in that gap in the middle. We were super pleased with it, starting to pick up big element, Syneos One and the other elements, as I said before. So several things at play.

### Q - Eric White Coldwell  {BIO 3012804 <GO>}

Well, I appreciate you bringing up the first Syneos One commercial launch because it is targeted to go live here. And I'm willing to admit that no matter how much sleuthing I've done, I haven't been able to figure out exactly what is or what it is. So I'm just hoping you'll share that with us here on the call and make life easy for everyone.

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Can't share on the call, yet. But it's a great product, innovative specialty. So it's not going to hit the headlines in any way, share perform, but it is a big -- it solves a big unmet medical need, Eric. So we're really pleased to be involved in it. We've been involved in the clinical development. And seeing that come through all the way and actually get to patients is very rewarding for our team. Because as clinical developers traditionally we get a drug approved and then we're out, right?

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)                                                    2021-09-15

We don't see the impact it has on daily lives. And I think we're really proud of the fact that we're able to help our customers take a product all the way to a patient commercially now. So we're really excited about it. And there's more to come. We've got a more significant launch coming early '22 -- get my years straight, in early 2022. And you'll certainly see it, well, we've already kind of announced that one.

So yes, you know it --

## Q - Eric White Coldwell  {BIO 3012804 <GO>}

(inaudible)

## A - Alistair Macdonald  {BIO 16971432 <GO>}

That's right, yes. So we are seeing these products come through the Syneos One pipe, as we've shared with you before, 23 assets. So we should be able to see that work flowing into commercial. Some of them won't make it. We know that, which is why we don't book it all on day one. But we're really excited to see those products make it to the market.

## Q - Eric White Coldwell  {BIO 3012804 <GO>}

With all of the disruption from COVID and the focus on finding ways to work around site issues, et cetera, focus on decentralized trials. Has that impacted the timing or the marketing -- the business development efforts for Syneos One in any respect? Or it's really been quite separate.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Diversely, I think it's actually made it better. I think people have looked at how do I strategically get this delivered without having to do it all myself. So for small to mid-companies who maybe were going to build some infrastructure and do it themselves, seeing what impact COVID can have or the pandemic. I mean fingers crossed, right? We're not going to have to live through another pandemic in our careers, but people are considering it, why do I need all this footprint? Why do I need all these people together?

And I think it's actually made it easier slightly for Syneos One to have those conversations with customers. And we're starting to get customers come to us who are brand new. Maybe startups or funded by PE, et cetera, who are coming to us and saying, I'm not going to build any infrastructure. I want you to do it all. And that's a different dynamic than -- there's a great development. And obviously, that blockchain is Syneos One model.

## Q - Eric White Coldwell  {BIO 3012804 <GO>}

That's great. Let's focus on clinical for a bit. Second quarter bookings, I think it was a record by over $100 million. Book-to-bill the last few quarters, averaging over at 1.4. And that includes the pass-through adjustment you made last year. So your constant dollar organic revenue growth at the same time has been at the lower end of the sector. And I think this is a tale of two cities or two sides to the coin.

Because on one hand, you have easier comps and you don't have those COVID big vaccine headwinds, optic headwinds going into the next year. On the flip side, everybody is asking is Syneos behind the 8-ball. Is there something wrong holding back revenue growth compared to reports of 35% to 55% among some of your peers this quarter. Talk to us a little bit about that revenue growth, and how you see that playing out over the next 12 months? And remind people the reasons why maybe on a pure constant dollar organic basis, you were at the -- 20% is nothing to sneeze at, but why you were at the lower end this quarter?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Well, I think it's -- most of it is really related to the delivery of COVID trials. I mean we have -- we've won what we think is a fair share of COVID. But unfortunately, for us, in terms of revenue profile, it's mainly the treatment work. So they're much more akin to a regular clinical trial might have a two or three year lifespan.

You win a $200 million to $300 million direct-fee vaccine trial, which has probably doubled that amount of pass-through costs, you're going to have a massive spike, a massive growth on the revenue side. And we didn't win any OWS or we didn't win any warp-speed trials. We've delivered some vaccine trials. We just finished one. That went very well. Customers are very happy.

And the work that we won all the way through 2020 was our regular work, oncology, complicated CNS, inflammation and immunology, respiratory, the stuff that we would already -- we would normally win. So if you look back and think about, okay, our book-to-bill doesn't have Operation Warp Speed massive nugget anywhere. So we won a lot of work last year that sits well in our backlog for the next few years, will help us drive growth through '20 -- through the near future. And then, when we look at book-to-bill, I mean I appreciate your comments about bookings, but we also still have that conservative approach around FSPs.

We won three massive FSPs in Q2. And we booked the first year of each one of them. And most of our competitors booked the whole lot. So if we have booked -- I said this to an investor this morning, if you think about our three FSPs in Q2, it's really 11 years' worth of FSP work, two, three year relationships and a five year relationship. So you've got 11 years. We booked three of the 11 years. If we'd have booked all 11 years in one go, we'd have been pushing a book-to-bill close to two. And that just creates a massive comparative for when we hit next year, and it creates volatility in that number.

So we have a different approach. We feel it's the right approach to do it more progressively. We had a quarter at a time as we go. And we take that slow and steady approach. So book-to-bill is one thing, revenue pacing and conversion is another. But, the real difference between -- when you're looking at Syneos, you're seeing a CRO that's doing pretty much its regular work with a thin overlay of COVID work, mainly treatment work.

When you're looking at some of the other numbers, it's got COVID vaccine trials in it, but also the COVID lab work. And if you look at where COVID labs are, just regular

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-09-15

testing as well as central lab work, that revenue is massive. We don't have to recover from that. So our growth will continue at pace. And we're pretty happy with where we sit in terms of what the mix of our backlog is and the position that we're in.

## Q - Eric White Coldwell {BIO 3012804 <GO>}

I think maybe your pitch is that you're in the late cycle play on COVID as a result of all of this, I mean at some level.

## A - Alistair Macdonald {BIO 16971432 <GO>}

Yes. It is going to be a different pattern for us. And we're starting to -- we're servicing COVID in the commercial market as well, helping companies monitor it, surveil it and provide customer support through -- for sites and for patients. But yes, we are. And look, I would love to have delivered an Operation Warp Speed trial, not just for the revenue, but for the social good. And we did a lot of the -- we did the data management and analysis on one of the very big ones.

With FSP work, it's not the big dramatic $200 million, $300 million worth of clinical, a friend of mine got all that. But we're glad to help, and we would love to have been at the forefront of fighting this virus. Don't get me wrong, but we just didn't. And the company that we work with the -- in vaccines is the one that didn't produce a vaccine. So if we haven't had bad luck last year, we wouldn't have any. But you roll with the punches. We won a lot of great work with a lot of great customers. And as our growth continues to grow. We won't have that big COVID comparator to chase after.

## Q - Eric White Coldwell {BIO 3012804 <GO>}

So I want to hit on those FSP awards. Obviously, a nice data point from the quarter. I normally think about transitioning for one of maybe three main reasons: price, execution of the incumbent for a new strategy or a new management team at the pharma company that's just looking to bring in an old partner, an old friend or do something different. So it's three different awards. I was hoping you could speak as to why you won each of those awards.

But then I'll throw in there as an anecdote, we've heard even during our conference this week that some of your competitors have been going back to clients and raising prices on FSP contracts because of the labor cost. So part of me also wonders if an incumbent goes back to an existing account, says, we need to make up a number 10% more. And they say, you know what, I think, that's enough, we're going to shop around. I'm just not sure exactly how you brought three over the transom in one year.

## A - Alistair Macdonald {BIO 16971432 <GO>}

Well, I'll start with the last question because that's pretty much a standard routine in the FSP round that there's a price adjustment capability within it because the margins are controlled. So you kind of share the risk around price inflation increases and that kind of thing. And that's driven by a turnover.

We've done pretty well. When you look at turnover. It's been high across the business. It's been high in pharma customers as well. So they kind of understand that. It's not just a CRO phenomenon, and that helps. So we would do that as well. We'll take those opportunities to talk to customers about price and margins and things like that. And they're normally generally pretty open and fair with that.

These three FSPs that we won, and we hope to have more of that. Talk about in the future as well, obviously, as we grow the FSP business. But the three that we won all came to us for three different reasons. First one, and I'll talk about was a lack of execution from a competitor. So always happy to pick up where somebody else fails. Second one was -- is a customer that -- where Illingworth is a preferred provider. And they've done fantastic work with this organization, gave us a shot at coming in and presenting our FSP solutions and how we think about them.

We won that. So using Illingworth as a little bit of a Trojan horse/introducer in that case. So we're really pleased about that. And that's why, to some degree, that's why you buy companies like Illingworth as well as StudyKIK and things like that. Yes, it brings innovation that you can take to customers, but also open doors sometimes. And then the third one, the long-vaulted, or the long-wanted in-sourcing model, where pharma was starting to take things back in-house. We had a customer who came to us and said, Look, we decided to in-source this, it's not gone well. And we're just going to change strategy and bring it back out to a CRO. We were able to win that. And that's up and running, and we're adding team members to it all the time.

So three completely different flavors, three classic examples of why you would win an FSP, but three different flavors in one quarter was quite entertaining. But we're happy to be able to -- and I think it shows a mark of the flexibility that Syneos has even in our scale. We're able to operate in different variants, in different ways and be successful. So really pleased to do that. And to see that growth in FSP. It gives us an opportunity to land and expand. Two of the clients were completely brand new to us as an enterprise. So very happy to get into accounts and do a bit of landing and expanding.

## Q - Eric White Coldwell {BIO 3012804 <GO>}

Maybe just following on that for a second. Jason, when you have to ramp three large deals like this, it's a fair amount of head count. You might have had some resources available, but I suspect there was also some hiring, some start-up activity. And traditionally, we think of FSP as being maybe today in an ASC 606 world, a little less profitable than full service. It used to be a much bigger gap. Does that kind of success on the FSP side change your thinking on long-term margin expansion?

## A - Jason M. Meggs {BIO 19515623 <GO>}

No, Eric. It doesn't. I mean we obviously have been focused on growing FSP for some time now. And the different FSPs that we win, they have different margin profiles, even after the variance of 606 that you mentioned, right? Because you can have some that are straight clinical monitoring that are going to be a little less attractive from a margin perspective, but still good.

But, then you can get into other areas, whether it's pharmacovigilance or investigator payments or biostatistics. That have a better margin profile than your core or base clinical monitoring. So we've been focused on all those areas. We actually have some very interesting capabilities within FSP 360 around investigator payments and things of that nature that have really good margin profile. So we feel good about it in terms of overall growth, but also in terms of our margin profile.

## Q - Eric White Coldwell {BIO 3012804 <GO>}

That's great. In December of 2020, you laid out a couple of years of guidance or expectations, let's call it, 7% to 10% revenue CAGR, '22, '23. Obviously, since then, clinical backlog, and I appreciate all of Alistair's comments about how we need to be careful with bookings and backlog at time. But nonetheless, it is still up in the low 20s. Commercial deployment backlog has gone from declines to up 18% last quarter. I'm just wondering, a year is -- almost a year has passed. I would think you're feeling good about that '22 and '23 guidance, but part of me wonders if maybe it's not even a bit conservative given the strength in the bookings and how the market is playing out right now.

## A - Jason M. Meggs {BIO 19515623 <GO>}

Yes. I mean I'll start and Alistair can chip in. I mean we're not updating '22%, '23 in terms of formally. But Yes, I mean, we feel good about where the business is. And I see even frankly this year, Eric, I mean, getting back to what you were talking to Alister a little bit about earlier on the quarter two growth, and some of the commentary out there, right?

We put our number out there in December of 2020, and we've been working towards that and executing against it. And when you get -- when you look at our quarterly buildup to our overall full year growth rate this year, the back half of our year, particularly in quarter four, is really strong growth for us, where we didn't have OWS tailwind in the first half. We had really a tough comp in quarter one, frankly, in loan growth. So we feel good about how we're progressing and how the growth is building.

When you look at next year, we do feel good about how our 2022 growth will translate in that 7% to 10% range for all the reasons you outlined. Plus, we just don't have that OWS comp coming at us when we look at 2022. So yes, I mean, the backdrop is still strong in terms of the end markets, RFP flow, what we believe we can do in terms of execution against that, the backlog build and the setup.

But there are nuances within the backlog that we have to make sure we're being prudent on in terms of winning more oncology, and weighted average study period extending. And just things of that nature that we don't want to get too far ahead of ourselves as we think about it in the future.

## Q - Eric White Coldwell {BIO 3012804 <GO>}

I've got one from the audience here, and it's aligned with one of my questions, so I'm going to jump over to it. I'll paraphrase just a little. You've maintained your

FINAL TRANSCRIPT                                                                    2021-09-15
Syneos Health Inc (SYNH US Equity)

margin through the year, your goals. You've done a good job with profitability. And there's staffing challenges. That's obvious. I mean recruiting hiring is a big issue right now. So can you remind investors of your long-term goals for margin expansion? And what are the big opportunities and the big rate limiter, is basically the paraphrase here.

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes.

### A - Jason M. Meggs  {BIO 19515623 <GO>}

Yes. I'll start.

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. Yes.

### A - Jason M. Meggs  {BIO 19515623 <GO>}

So it's -- we continue to target that 30 to 50 basis points per year of margin expansion. We talked about this year being at the lower end of that, just given the temporary cost-saving measures that we had during the COVID months of 2020. It was a headwind to this year. And then as we get to 2022 and 2023, moving more toward the upper end of that range is what we're anticipating we're going to do. And we've been investing in the business.

We've been investing in our partnerships, strategic partnerships that we've talked about. We've been investing in things like Global Client Solutions. We've been investing in Kinetic. We've been investing in commercial integration footfall what we also call full-service commercial. We've been investing in ForwardBound, and all of that is starting to reach scale.

So I mean, I think the strategic investments reaching scale, continuing to perform against ForwardBound and just general operating leverage as we get back to growth. And we have a very good SMID mix in the business, and we continue to have that. Despite the fact we have really good backlog growth in clinical from top 20. Those are going to be the drivers as we move into 2022 and 2023.

### Q - Eric White Coldwell  {BIO 3012804 <GO>}

Next one, a little bit again on the finance side. You've been pretty balanced with your capital deployment? Prepaid some debt. You have a good debt stack, good maturities. You're a still a bit more levered because of past corporate activities. But going in the right direction and certainly manageable, at least in my opinion. When you think about the next three years on capital deployment, how do you stack your priorities between M&A, debt reduction, share buyback. Of course, there's always internal investment, which I think every management team has to say is Number 1, but maybe the things that we could actually look at that debt down, share count down M&A?

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

## A - Alistair Macdonald {BIO 16971432 <GO>}

Yes. I think our priorities would be -- I think our approach will be the same as it has been, adding things that help us catalyze growth in the business, StudyKIKs of the world, ILG interact, et cetera, Count on doing that, paying down debt, getting the leverage down. And we agree, Eric, we -- I think we're very happy with where we're at in terms of leverage.

Buybacks to take out any dilution from stock awards and things like that. So I don't think it would change in terms of our overall priorities. It's the investment in growth. Our market, I think, is shifting very rapidly. While the market is not shifting very rapidly, but the way that we deliver the work is moving rapidly. So investing in internal capabilities around data analytics, being able to take new services to customers constantly.

I mean, the StudyKIK thing, I'll use it as an example. I got a massive amount of inbounds last night within an hour of announcing it from customers and our corporate leaders, and our alliance teams and our GCS, and look out for our big customers. Just saying thank you for this. It's great to be able to take innovation to the customers. And that's the kind of stuff we're about.

I think we can drive growth from being innovative. While just keeping a steady hand on capital deployment. Doing what we've been doing and moving the business forward as much as we can. And if there are deals out there to do that are bigger, as we continue to delever, we would look at them.

I mean, if there's a -- if there are more scale deals to do out there, they obviously -- probably a question that back in mind is what do we think about continued consolidation. I think it does continue. And we've got to make sure that we stay the right scale, but blend in the right capital management to bring new innovation to customers as well as reduce overall leverage.

## Q - Eric White Coldwell {BIO 3012804 <GO>}

So since you opened the door on that, I was going to lead to my concluding 1.5 minutes. But we have a lab owning the CRO. We have a data plus CRO, your commercial plus CRO, there's now a life science tools company targeting the CRO. We have IRBs coming public and DCT specialists coming public, and it's a lot of activity in the space. Just curious how much pressure, if that's the right word, do you feel to do something more of scale? Or might this not be a time to sit back and enjoy the fruits of the labor of the last four years and just the strong core growth you're showing in bookings and backlog.

## A - Alistair Macdonald {BIO 16971432 <GO>}

It -- to a certain degree, Eric, I think it feels good sometimes to sit back and say, right, we're doing fine. We went through the pain. But that's not the way out. That's not the way I'm put together, right? You do things from a position of strength. When we did

FINAL TRANSCRIPT                                                                                                          2021-09-15
Syneos Health Inc (SYNH US Equity)

the inVentiv deal, INC was struggling, and we had to do something in a position of weakness, and that is not a great place to be.

So if the -- we've got to continue to move our business forward, period, right? And if that means that we would have to do it. If there was a bigger deal out there to do we would look at that. I mean, there's so much activity these days in our sector. I don't think customers are that faced by anymore. They look at big deals and say, all right, I mean when we did inVentiv, if you go all the way back to when we did Kendle, it was very unusual for two big CROs or two of the bigger CROs to come together. But I think people have seen so much corporate M&A activity in our sector that it's becoming quite the norm.

So I wouldn't be worried about it from that perspective. What I would look at is where does it take Syneos in the future? What does it -- if we did increase scale significantly, what does it mean for us in terms of deploying our resources or a combined resource for customers. It's all about how do we get to the patients? How do we service customers? How do we do a better job of that? How do we build sustainability into the growth that we've had.

So I wouldn't be worried about it. I mean I get asked all the time, if I've known how difficult this is going to be what I do it, and how I'll be able to do it again. But for us, I think we're just in such a much stronger position than we've ever been before. We have a much better team than we've ever had before. And if we had to do a bigger deal, I wouldn't be faced by it at all.

## Q - Eric White Coldwell {BIO 3012804 <GO>}

Fair enough. We are one minute over. I'm going to introduce the next four companies at the conference. Let's say thank you to you So coming up next, we have Insulet, ORIC Pharmaceuticals, Atreca and Eiger BioPharmaceuticals.

Alistair, Jason, the rest of the team, I want to say thank you. I hope you have a great conference, and we'll wrap it with that.

## A - Alistair Macdonald {BIO 16971432 <GO>}

Cheers. Thanks, Eric. Take care, everybody. Bye-bye.

## Q - Eric White Coldwell {BIO 3012804 <GO>}

Bye-bye.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses,*

Syneos Health Inc (SYNH US Equity)

*or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*