# Exhibit 34

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-12-01

# 4th Annual Evercore ISI HealthCONx Virtual Conference

## Company Participants

- Elizabeth Anderson, Evercore ISI Institutional Equities
- Jason Meggs, Syneos Health, Inc.

## Presentation

### Elizabeth Anderson  {BIO 17527782 <GO>}

Awesome. Thank you, so much everybody, for joining us this afternoon. My name is Elizabeth Anderson. I'm the Healthcare Technology and Distribution analyst here at Evercore.

I'm really pleased to be joined by Jason Meggs, who is CFO of Syneos Health. Ronnie Speight is also on the line, hiding as an attendee, which is fine. So we're very pleased to have you guys and hear what's new with Syneos. So thanks so much.

### Jason Meggs  {BIO 19515623 <GO>}

It's great. Thanks for having us, Elizabeth. Glad to be here.

### Elizabeth Anderson  {BIO 17527782 <GO>}

Yes. No. It's great. Just a quick administrative note. (Operator Instructions).

## Questions And Answers

### A - Elizabeth Anderson  {BIO 17527782 <GO>}

So maybe we'll get a question out of the way that I think is in everybody's mind, so to speak. Can you talk about any early thoughts you have on the new variant?

Obviously we don't have full data, et cetera, so it's a little bit speculative and a relatively slightly unfair question to be asking you, but it is top of mind for so many people this week. So I just wondered if you could share any early thoughts that you have at this point, obviously subject to change if the data is completely different next week.

### A - Jason Meggs  {BIO 19515623 <GO>}

Yes. Yes. Thanks. Yes. As you say it's obviously early on and sort of late breaking. But we've been watching just how things have been moving around the globe and particularly in Europe earlier on and certain countries were having things that were

not necessarily associated with Omicron but just spikes, and we were paying attention to that and now Omicron.

And at this point, we're not seeing anything material in terms of continuing to execute the business. But we are going to have to pay attention here over the next few weeks, months and see how this goes.

Obviously the Delta variant was something that came and passed. So that's a little bit of a path that the industry is familiar with. We'll just have to see if this is materially different in terms of the impact on patients or on the healthcare system at this point or the execution of clinical trials or our commercial projects. But at this point, really nothing to say or to add but paying attention to it, certainly.

## A - Elizabeth Anderson  {BIO 17527782 <GO>}

Okay. Perfect. Thank you for indulging on that one. So maybe just in terms of starting and kicking off on a broader note and then we can dig into the business. How are you seeing the overall demand environment trend as we sort of move to the other year?

Obviously we've had record funding for the past couple of years, a little slowdown in Q3, but still rather elevated versus prior levels. How do you sort of see that trending sort of in the Fourth Quarter and as we move into 2022?

## A - Jason Meggs  {BIO 19515623 <GO>}

Yes. I mean the macro environment -- demand environment continues to be very robust, very strong across both of our businesses. The biotech funding, while it did cool relative to white hot prior quarters, it's still strong, relatively speaking.

And we continue to see good activity there in the small to mids and the emerging biopharmas. Obviously focused on our Syneos One capabilities, our strong full service commercial capabilities, our decentralized clinical trial capabilities and all of that continues to resonate.

And you see some of that in our numbers with our book-to-bill in both businesses on clinical being at 1.39 at the end of September and being at 1.16, both on a trailing 12-month basis for commercial. So it continues to be strong. Pipelines at or near record levels, RFP flows good, really good across all customer segments. So end of the day feel good about the demand environment at this time.

## A - Elizabeth Anderson  {BIO 17527782 <GO>}

Okay. Perfect. Yes. You mentioned it yourself, that was going to be my next question. One of the things that -- I don't know if I would call it sneaky because obviously if it's in your reported numbers, it can't really be that sneaky, but is the nice really like acceleration of the commercial book-to-bill, right?

Like you guys sort of were talking about that and it happens. I feel like investors have still been a little bit and maybe the analyst community as well, not to exclude us from this comment, but just a little bit of slow to uptake.

It's like maybe people have been waiting for so long and it's here and there's still some hesitation around that. Can you talk about maybe the components of that stronger book-to-bill? Then also, can you remind people of sort of the implied burn rate because obviously it's very different versus the clinical business.

## A - Jason Meggs  {BIO 19515623 <GO>}

Yes. I mean the way to think about -- just to start with that last piece there, the burn rate in the sort of the life cycle of these projects is far shorter term, right? We don't really take bookings into our backlog over 12 months period, right? So only 12 months are in at really at any particular time.

And it's a shorter cycle business that we have said we look for book-to-bill to be around 1.05x to 1.1x on a trailing 12-month basis to drive mid- to high single-digit growth. And as you say right now, it's at 1.16x and we feel really good about that. I think you see some of that coming through the performance of the business.

So the business has continued to perform well. Full-service commercial has really been strong, and that's contributed more in 2020 and 2021. Now we're going to start seeing Syneos One start to contribute. We launched our first product in quarter 3, and we have more products that will come through in 2022, assuming regulatory approvals come through as we anticipate they will.

And so that's going to start to drive some of the book-to-bill too, and just the base business. The team has done a nice job. They've been investing in the business.

We've been investing in the business with things like Kinetic, certain capabilities within deployment solutions like a call center and other things that has resulted in us having a 4- or 5-year high of field team members launched and in the field at this point across all those different areas of focus.

And that's what's driving the book-to-bill, and it's really right across all customer segments, too, right, 50% to 60% of new drug approvals over the last several years have been in small to mids. That's helping drive business through into commercial as well. So the team is doing a good job, and we feel good about where the business is.

## A - Elizabeth Anderson  {BIO 17527782 <GO>}

Yes. No. I think that's helpful. And how much of it is sort of also like improving performance, sort of begets like further improving performance as people sort of see examples of successful launches that you guys have helped with or we see a Syneos One customer come all the way through? Like how much of a factor is that when we think about the performance there?

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-12-01

## A - Jason Meggs {BIO 19515623 <GO>}

Well it's a market-leading business. That's really always been a really, really good business. So that certainly is there. I think if you look back to 2019, Elizabeth, pre-Covid, we were growing well and outperforming the industry at that time. And now you see that happening again in '21 and how we're thinking about '22 that we've talked about. 2020 was just kind of an off year with Covid and everything that happened related to that.

So the business has always been really strong and a market leader that has a good reputation for great services. We do think that clinical can drive things through to that to continue to help on the smooth side via the Syneos One.

And we are starting to see that early indication where people that believed in Syneos One and bolt Syneos One at company A are moving to company B now and saying, "Hi, we want to talk to you about Syneos One again for our assets here." We're going to continue to see that, particularly as you say as we put more and more points on the board, whether it's full service commercial or it's just within the commercial business and multiservice or is the full end-to-end Syneos One.

## A - Elizabeth Anderson {BIO 17527782 <GO>}

Yes. No, that makes sense. I think that broadly answered my next question in terms of sort of updated thoughts on sort of progression of Syneos One down the pipeline. I don't know if there's anything else to comment on that or where we can move on in terms of how your sort of updated thoughts on that?

## A - Jason Meggs {BIO 19515623 <GO>}

Well I would just say nothing to really add in terms of updating the numbers, right? We tend to update the numbers twice a year, and we'll do that again in January. But as of -- we updated in June for numbers as of March and those are out there. But we continue to build the pipeline in Syneos One.

We continue to execute the 23-plus assets that we have. We're just delighted to have that first launch this year in Q3. It's a small launch, but it's still meaningful in terms of the proof-of-concept and going through the full motions of how you do it.

And when you look at the launches that are coming in 2022, they are larger. So they'll drive a more meaningful contribution to the business. It's all about just continuing to add more to that because some of those 23, they won't make it, right? They'll fail in clinical development or whatever happens.

So we just want to continue to diversify and add more to it. That way we have a portfolio of assets that really starts to become a pre-pipeline for commercial provides us ever-ever increasing visibility into the business.

## A - Elizabeth Anderson {BIO 17527782 <GO>}

Got it. No, that's very helpful. Okay. Maybe talking a little bit more about -- we'll change topic slightly. So could you maybe comment on your integration of StudyKIK in the RxDataScience, sort of early feedback and how you're incorporating them in your offerings in both the SMID and larger pharma clients?

## A - Jason Meggs  {BIO 19515623 <GO>}

Yes. Sure. I mean we're obviously delighted to complete the acquisitions, excited about adding those capabilities and conversations with customers before and after the deals have continued to be very encouraging.

From an integration perspective, back office-wise, continuing to move down that path and things are going as we anticipated and we are integrating the back end in terms of those acquisitions. What we're seeing with our customers, if you take a StudyKIK as an example, StudyKIK is a patient recruitment, patient engagement, retention capability that is a tech-enabled service that really helps us.

And we've used them in the past when we're engaged on rescue studies and other things that we were trying to help figure out how to help a customer or a project along, and we're starting to see some of that, right? We were able to deploy that into rescue conversations that we're having earlier on in those discussions where we are looking to bring something from another provider into our portfolio.

And there's two or three examples already where we're doing that. We're starting to talk about their e-consent capabilities and should we just make that our standard and how our customers thinking about that. So there's a lot of that happening on the front end.

Then just looking at our pipeline in core clinical and talking about where does it make the most sense for StudyKIK to be deployed versus one of our other partners or just as an added capability to help move the trial along faster. So we don't want to overcome them with volume, but at the same time, we want to make sure that we're moving that along as quickly as we can and having some good discussions early on.

On the RxDataScience, that's a little bit behind StudyKIK in terms of timeline but already having really good discussions there, too, around how we can take large data sets and help our customer manage that, whether it's doing something with synthetic control arms or how we can use it in commercial business to do better targeting of populations and healthcare providers. So good discussions going on there, but that will take a little bit longer to unfold here in quarter 4 and into the first half of '22.

## A - Elizabeth Anderson  {BIO 17527782 <GO>}

Yes. No, that makes sense. And maybe thinking about -- how do you think about weather, like, you talked about using StudyKIK prior to partnering with them. How do you think of really what you -- what's a good asset or something to be a vendor and what's a good asset to own?

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-12-01

## A - Jason Meggs {BIO 19515623 <GO>}

Yes. I mean so within our Dynamic Assembly network, we use a lot of partners, right? And we've talked about many of those publicly, whether it's an Aetion or a concert AI or a Medable or Science 37, all great partners, great capabilities.

As we look at that and we think about, all right, is it a tech-enabled service or is it straight technology? Or is it a data provider? Or is it a data and analytics to extract insights with data science and things of that nature?

The tech-enabled services and the data science capabilities to extract insights, those are the things we want to be a little bit more native and indoctrinated into the Syneos way of doing business versus if it's a company selling data or a company that's selling just technology and they're investing in keeping their technology current, and that's what they do and it's a technology revenue model.

Right now, we're not going down that path. So that's kind of how we think about the delineation there between the -- those capabilities and what we want to bring in as part of Syneos, as part of Dynamic Assembly versus just keep the partnership.

## A - Elizabeth Anderson {BIO 17527782 <GO>}

Okay. Got it. I have one follow-up question on the acquisition front. Speaking suspicion, I know what your answer is, but just to ask, do you -- what is your sort of appetite in terms of other types of assets, whether it's sort of preclinical potential assets or sort of the horizontal acquisitions that would provide a little bit more scale?

## A - Jason Meggs {BIO 19515623 <GO>}

Yes. I mean we're very focused on what we've talked about before at this point, Elizabeth. What are the capabilities or scale plays that we might need to take to our customers to help them be successful?

And you've seen some of that come through when StudyKIK around patient recruitment, retention; RxDataScience around how we manage large data sets and help them solve complex challenges, whether it's real-world type things or commercial type things that we need to be able to use the data management, AI and other capabilities that they have.

Other areas would be -- anything where we can digitize a capability that we have within the company and that will be across clinical or commercial. Think about real world, that's an area where we would like to have additional scale and capabilities, particularly around sort of that data insights and that layer of real world. Adding scale in Asia, that's another area that we've talked about across the business.

So those things we're looking at and we'll continue to look at this point. But you mentioned preclinical. That's not something at this point and really talked about

would be -- something that would be the right thing in terms of capital allocation to drive our model forward.

### A - Elizabeth Anderson  {BIO 17527782 <GO>}

Okay. Got it. Perfect. Okay. So maybe I think you mentioned it in passing in one of your other statements. Can you talk a little bit more about demand your for decentralized trials?

Obviously that's something that has gotten a lot of runway I guess in the past year or 2? And how do we think about it; A, from a demand perspective? Then, B, maybe from a margin perspective as we think about 2022 and beyond?

### A - Jason Meggs  {BIO 19515623 <GO>}

Yes. Yes. Yes. I mean yes. Decentralized solution is something that post-pandemic and even through today right, has been quite robust in terms of demand. It was rapid, and we think it will continue.

We have a lot of decentralized trials that are out there with some component of decentralized capability in it, whether it's a hybrid or full decentralization or you think about our billing worth business, the home health business, right? I mean that by definition, is associated with decentralized capabilities.

So a lot of trials out there with those features is growing, will continue to grow. We've been investing in it organically and inorganically. Over time, we think just by the very nature of less travel, more tech enablement.

If you think about Illingworth with their PatientGO app and the SourceGO app that helps patients or sites -- or not sites, but the nurses that are on just say at the home of the patient, get data entered. We think that's going to be helpful in terms of driving productivity and less reimbursable expenses that should help margins over time.

And certainly, as we scale our capabilities, that will help just through natural leverage. But is that a '22 big story? Maybe not. I think it's probably a little medium to longer term if we get through that, right? You got to get all the reimbursable activity from just Covid, non-Covid wash through and then get to a most (inaudible).

### A - Elizabeth Anderson  {BIO 17527782 <GO>}

And the margin expansion comes from the additional value you bring by getting the trial through faster. Is that the right way to think about that?

### A - Jason Meggs  {BIO 19515623 <GO>}

Well it comes from lower pass-throughs. It comes from...

### A - Elizabeth Anderson  {BIO 17527782 <GO>}

2021-12-01
Syneos Health Inc (SYNH US Equity)

Sorry. I'm sorry, I meant with the decentralized trial.

### A - Jason Meggs  {BIO 19515623 <GO>}

Yes. I mean well, that's part of it, right? I mean it's...

### A - Elizabeth Anderson  {BIO 17527782 <GO>}

Okay.

### A - Jason Meggs  {BIO 19515623 <GO>}

Because you're going to have less on-site time, less travel to site, et cetera, but we could do more remote work and decentralized work. Then you get the benefit of having less, say core monitoring time and you're going to be doing more data collection, data cleaning and that sort of thing to ensure that the data is captured directly, that tends to be a little better outcome as well for margins. I mean you're just more productive.

And we think over time, as an industry, we can accelerate and that will create lower cost per asset that will then result in more assets being invested in. That's ultimately what we all want to drive that, at least that's what we want to drive at in terms of helping our customers do that faster, more productive, lower cost per asset and then they can invest more in their portfolio.

### A - Elizabeth Anderson  {BIO 17527782 <GO>}

And it also seems like there's some element of maybe like automation and sort of getting rid of some (inaudible) that kind of thing involved in it, too, right?

### A - Jason Meggs  {BIO 19515623 <GO>}

Yes. That's when I say productivity, Absolutely. Productivity benefits of all those things that you mentioned.

### A - Elizabeth Anderson  {BIO 17527782 <GO>}

Yes. Okay. That definitely makes sense. Okay. So have you -- just in terms of the margin expansion more broadly. I mean you have spoken about broader productivity and impact and the mix impact and things like that.

How do we think about the puts and takes of the 30 to 50 basis points of margin expansion as we maybe move into maybe qualitatively for 2022, but then maybe over the longer term?

Because I know that's something that certainly, I think makes sense to some set of people, but it's just one thing just in terms of like getting it every single year, how that sort of will translate over the medium term would be helpful to have a little bit more color on that.

FINAL TRANSCRIPT

Syneos Health Inc (SYNH US Equity)

2021-12-01

### A - Jason Meggs  {BIO 19515623 <GO>}

Yes. If you start with '22 and what we're looking at, right, we talked about the 30 to 50 basis points of margin expansion.

We look at that in terms of -- we've been investing in the business around our large pharma partnerships, around decentralized solutions that we just talked about, around Kinetic, our business development and GCS capabilities to support those large pharma partnerships, our Syneos One investments. These areas that we've been investing that we'll start to see those things get leverage as we continue to grow in '22.

So growth and leverage from that perspective. ForwardBound has been something that we've been focused on for the last several years. We'll continue to focus on that. That really started with our Syneos operations network, which was a lower cost center of excellence play right, to have tasks that could be done in a lower-cost jurisdictions down there.

And we've made really good progress there, good quality, be able to work around the clock, around the sun -- in sun, as we like to say. We've had good margin accretion there.

We also have launched our automation initiative, which when you think about where we've been, we kind of turned the page on integration and the strategy and getting all that rolled out in 2019 and into 2020.

And now we're focused on let's optimize the delivery model via ForwardBound and automation work streams are a key part of that. We think that's an excellent opportunity for us, and we have 14 ongoing work streams as we speak, primarily on the operational side of the business and clinical, but there's others. There's plenty of opportunity around the business in SG&A as well as in the commercial business.

So that will be -- that will start to contribute as well in 2022. Then the headwinds that we've talked a little bit about at the end of our quarter three call there is commercial is going to be growing faster than we had anticipated when we did our Investor Day just given the good performance.

Then reimbursables are going to be a little bit more of a headwind, which we had signaled they could be at the time, but we needed to see exactly how Covid played out.

So that's the 30 to 50 basis points for 2022 and some of the puts and takes. When you think about longer term, we want to continue to drive 30 to 50 basis points of margin accretion each year.

And over time, we don't see any reason why our clinical business shouldn't continue to move up close to where it is now, but beyond into the high teens and commercial

move into the mid-teens. So it will take time, but that's how we're thinking about it as we look to the future.

### A - Elizabeth Anderson  {BIO 17527782 <GO>}

Yes. No, that makes sense. So as we think about sort of the mix of business, and you sort of think about the continued investment opportunities.

I mean you're always getting into a situation where the gap obviously between clinical and commercial is much smaller than it has been over the past couple of years. So what do you think it is that sort of holding investors back from sort of reflecting that in your multiple?

### A - Jason Meggs  {BIO 19515623 <GO>}

Well I think it's...

### A - Elizabeth Anderson  {BIO 17527782 <GO>}

I'm not saying you think that, but I'm saying like the current stock price.

### A - Jason Meggs  {BIO 19515623 <GO>}

Well. Yes. We definitely don't think that. I think to be fair historically and then after the merger closed, there were some challenges in the business when the business was predominantly primary care with large field teams that could be turned off and -- or they lost -- the product loses exclusivity or whatever it might be that created volatility in the business. And as you well know, Elizabeth, investors don't really like that volatility.

### A - Elizabeth Anderson  {BIO 17527782 <GO>}

No, that was not...

### A - Jason Meggs  {BIO 19515623 <GO>}

Yes. But what we set out to do was invest in the business, diversify the business and focus on how our end-to-end model and full service commercial can start to take that volatility out and create more linear growth.

And we saw that in '19. We had it set up for '20 and then there was Covid, and now you're seeing it in '21 and what we're talking about for '22. So again I think it's the show me thing. The show me story, 2020 Covid year didn't happen, didn't help it.

We had a good 2019, we had a good setup for 2020. So I think that's delayed it a little bit more. But I think the more we execute and hit our marks, I think we'll create believers out there and others will start to come around and see what we see.

### A - Elizabeth Anderson  {BIO 17527782 <GO>}

Yes. No, because it does create an interesting set of is like if you -- if people say okay show me and it sort of consistently comes and then you have a situation where you guys trade at a discount to some of your peers. But if you can sort of close that gap, it just seemed to be like you then have both earnings and multiple upside, right?

### A - Jason Meggs  {BIO 19515623 <GO>}

That's right. That's right. There's not a whole lot good about ASC 606. But one thing it did do was it introduced margin profiles that were a little bit closer for the businesses because you have less pass-throughs in commercial than you do in clinical. So that's what we've been saying is like, look, we just need to grow. If we grow, the margins will come.

### A - Elizabeth Anderson  {BIO 17527782 <GO>}

Yes. I think that's the most positive thing anyone said about ASC 606 in quite some time. Can you talk about -- I know this has been a question that you got before, but just sort of an updated thoughts on the sort of competitive market wage pressure. Broadly speaking, is it sort of continuing? Are you guys seeing any changes in that outlook there, that would be helpful.

### A - Jason Meggs  {BIO 19515623 <GO>}

Yes. I mean it's -- it continues. It always has been competitive. I would say with the Covid work working its way through the industry, it did become more competitive. But we've been able to add 3,000 folks during 2021.

So the talent acquisition machine is working. We feel like we've built a great culture. We've heard that from our customers. We've heard that from competitors. So we believe we're a destination for talent. It's tighter in certain areas.

So think China, Japan, think North America, oncology project manager, think creative folks in communications in New York or London, these areas are tighter than the broader 28,000 employees, everyone that we have.

But we've been able to work through it. My sense is we could start to see some of that really, really high level, strong demand start to level off a bit. When you think about the impact of that on cost, which is something that a lot of people have on their mind.

We've seen some wage inflation, but not anything that isn't completely manageable. We have some businesses where you raise prices every year. We have some businesses where demand is so high, you can just raise the price, and that helps with that equation. We have inflation built into our longer-term studies. We have periodic reviews of our rates to make sure they're keeping up with inflation in business. So these things help.

Then on the cost side and just managing the business, we have workforce management initiatives that we are using, training our own CRAs, leveling the

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

organization appropriately in the operational ranks, span of control. We have ForwardBound we've talked about. So there are lots of ways to manage that. We believe that it will continue to be manageable for us.

## A - Elizabeth Anderson  {BIO 17527782 <GO>}

Okay. Yes. No, that makes sense. Then also saying like how much pricing power do you have in the commercial business, too? Because I think of that is also like because it's faster burning, maybe there's a little bit more there, but I just wanted to make sure I understood that dynamic.

## A - Jason Meggs  {BIO 19515623 <GO>}

Well the different businesses will have a slightly different profile. Deployment Solutions in the historical point solution. Think of it like an FSP, right? That's a cost-plus model. So you're able to take care of that each year to cover off on what that looks like.

On the consulting side, that is a very short cycle business, high demand, and you have a lot of capability there to increase your rates based on the demand. So thinking about that, that way.

Then communications, there are certain parts of that business, public relations, medical communications that you have some capabilities to do it and the advertising that business, I would say outside of the digital space within advertising is probably the one you have the least on. But all of them, we have capabilities to do certain things.

## A - Elizabeth Anderson  {BIO 17527782 <GO>}

Got it. Okay. That makes sense. Then as we think about the trend in FSP, I think you have sort of talked about it that you reference to other things, but just to make sure we understand. How are you sort of -- can you just review with us the trend as far as you're seeing maybe for 4Q and then your expectations into 2022?

## A - Jason Meggs  {BIO 19515623 <GO>}

Yes. Yes. Yes. Sure. So the FSP business is something that we've been really focused on is very important to us in terms of having that scale, having that capability as we approach large pharma, and that's where it's most important is in that large pharma customer segment.

We've seen -- and the FSP held up better, right, during Covid and has continued to hold up pretty well in 2021 from a pure revenue perspective. But we've won a lot of new relationships in FSP that we talked about at the end of quarter 2. So we expect to see continued focus and growth there in the FSP business as we get into 2022 and beyond.

But customers move so often between are they full service or the FSP or are they hybrid, different functions. They might be FSP versus full service. So we have some

FINAL TRANSCRIPT

Syneos Health Inc (SYNH US Equity)

2021-12-01

customers where our project management capabilities and say our data management capabilities are full service, but then our clinical monitoring might be FSP, and they move and they change. So we'll watch it.

But I generally think as an industry and what happens is they both probably grow at similar rates over time. We're not seeing anything dramatic in terms of moving to FSP in-sourcing versus full service outsourcing, et cetera, at this point. But we have won some nice FSP relationships during 2021.

### A - Elizabeth Anderson  {BIO 17527782 <GO>}

Yes. And how sticky are those FSP relationships? Because you think of them as like less -- I actually -- and maybe they're not like strategic relationships, but how do you -- how does that work?

### A - Jason Meggs  {BIO 19515623 <GO>}

Sorry, what was the question, Elizabeth, just to make...

### A - Elizabeth Anderson  {BIO 17527782 <GO>}

I said how sticky are the FSP relationships?

### A - Jason Meggs  {BIO 19515623 <GO>}

Yes. Very -- particularly if it's a hybrid or you get in there in different functions, i.e., you're doing some data, some clinical monitoring and continuing to grow the different functions that you do.

Or it's a way to land and then expand to get into different full service capabilities. But we believe that they'll continue to grow and we'll add headcount and add capabilities in those customers and hopefully continue to add overall FSP services within new customers, and that's our focus. Once we get in, expand it to other capabilities.

### A - Elizabeth Anderson  {BIO 17527782 <GO>}

Okay. Then in terms of differentiation, like how hard or easy is it you think to differentiate yourselves in that market versus some of your other product areas or service areas, so to speak?

### A - Jason Meggs  {BIO 19515623 <GO>}

Well FSP 360, we have great capabilities there, and it's across multiple functions. So to give you an example, we have a great capability from an FSP 360 to do investigator payments, site contracting and data management, which they all three come together to do really good work around EDC and site payments and satisfying your sites because you have all the things that you need.

You have the site contract that you need to set up to do the payments and then you have the data management, which sets a lot of the triggers to actually do the

payments and how the site is interacting with the trial via EDC.

That's a cool little capability that we have that we believe differentiates us compared to some of our competitors. So that's just an example. Then we have safety. We have biostats. We have just straight site contracts.

We have clinical monitoring, all the ones that you think of. When you get into what differentiates you there, it's going to be more around where do you need the capabilities, how quickly can you stand it up because you're competing for each role. So you're going to need to be able to have the time to fill a role to be as low as possible to differentiate and compete.

## A - Elizabeth Anderson  {BIO 17527782 <GO>}

Okay. No, that makes sense. I think you've talked about recently some of your -- the benefit from the oncology trials in 2022. We obviously hopefully, knock on wood, Covid winds down or lessens or something positive.

And obviously you've had oncology capabilities before. It's not like you didn't do oncology prior to this. But what is it about sort of that sort of thing in terms of either your offering or just sort of the client interest or something that, how would you calling that out as something in 2022?

## A - Jason Meggs  {BIO 19515623 <GO>}

Well we've just -- we've won -- if you think back to when we started talking about our large pharma partnerships that we've won in 2018, 2019, et cetera, a lot of those were oncology-focused, and you're starting to see that backlog build and come through and the projects lengthen and there with large pharma tends to be larger Phase IIIs, and those take a longer period to run, et cetera.

So it extends out your burn rate. Then legacy businesses were really good in early phase oncology. That has been something that we've always been really good at and continue and that's a lot of what comes through from a SMID perspective when we're in that early phase oncology realm.

So both areas, we're really strong at now. We have good customer relationships, good capabilities, good pipelines, and that's just resulting in that business becoming a larger piece of our portfolio. That is resulting in the weighted average study period extending out. We're also seeing that go into Asia and Europe, where a lot of large pharma customers want to go.

And when you get that impact again very positive, it's just the regulatory timelines can be a little bit longer compared to the North America timelines, et cetera. So it even gets you a little bit longer to start things up. But we're very positive, very happy about it. We want to continue to add to it, but that's what we were talking about as it relates to oncology in '22 and just how our portfolio has continued to grow in that area.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-12-01

### A - Elizabeth Anderson  {BIO 17527782 <GO>}

Got it. Then I think just sort of pivoting off of that, do you feel like you have the right sort of scaled resources in Europe and Asia at this point?

### A - Jason Meggs  {BIO 19515623 <GO>}

Yes. Yes. I mean we always want more, right? And we do focus on that as we look at potential M&A targets, how we're investing in the business and where we're focused from a talent acquisition perspective, et cetera, et cetera, et cetera. We want more scale always, but we have the scale and the capabilities to continue to grow and put people on the ground where they need to be, but we always want to do more.

### A - Elizabeth Anderson  {BIO 17527782 <GO>}

Yes. No. I think that makes sense. In terms of like therapeutic areas, like you obviously have sort of -- you just -- we just talked about oncology.

Are there any other sort of large areas you would call out that you're sort of continuing to like accelerated investments in and feel like you could sort of do more in terms of scale or capabilities? I'm sure the answer is somewhat like, oh, we can always do more of everything. But just in terms of maybe any other therapeutic areas to call out on that front?

### A - Jason Meggs  {BIO 19515623 <GO>}

Yes. I mean well, we talked a little bit about real world as a capability where we won't scale, right? So we're definitely focused on that. Then you don't have to look very far to see all the cell and gene therapy assets that are coming through the earlier stage development and into the clinical development.

So that's an area that we're definitely focused on investing in. Then there are other areas, this mRNA area is something that we have an eye on and where is that going to go over time and what investments do we need to make there.

So those are a few of what we're looking at, but we're really strong in CNS. I still believe we're -- if we're not the market leader, we must be close, right, because that's an area that we've always been really good at. Then we talked about oncology, a couple of other areas there. Then certainly, ID, INI and the cardiovascular, those areas, we always want to continue to add capabilities on.

### A - Elizabeth Anderson  {BIO 17527782 <GO>}

And as you mentioned sort of cell and gene therapy. Is that -- would you say sort of growth rates in that area maybe exceed 20% on the clinical side? I know that sort of the feedback that we get on the preclinical side. But I just didn't know if you're sort of seeing any elongation or anything that would maybe drive a potentially different growth rate there?

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

## A - Jason Meggs {BIO 19515623 <GO>}

I don't know about 20%. I do think it's going to be -- and a lot of that is in preclinical still...

## A - Elizabeth Anderson {BIO 17527782 <GO>}

Yes. It's still -- yes.

## A - Jason Meggs {BIO 19515623 <GO>}

But as it comes through, I think it is going to drive really strong growth, and that's the reason we want to be ready to focus on that. We have a center of excellence that really helps us focus on how to run those cell and gene therapy trials across the different therapies that we have, right, because it's not just one therapy.

So you need to know how to handle those trials and the logistics of that and who the players are and how to make sure that you're operationalizing that effectively. So we spend quite a bit of time talking about and thinking about that. But in terms of growth rate, I think it's above the market, but I'm not sure it's 20%.

## A - Elizabeth Anderson {BIO 17527782 <GO>}

Yes. No, that's fine. Given that we only have a couple of minutes left, what do you think is the most misunderstood about -- part about Syneos at this point in the investor community?

## A - Jason Meggs {BIO 19515623 <GO>}

Well we talked a little bit about it, right? The commercial business and when you look back to 2019 and the performance we had there coming into 2020 poised obviously had Covid impact the business that year.

Now we're back into 2021. Looking at 2022, the business is performing well. The strategy of Syneos One is starting to play through into driving earlier visibility into that business, all the work that has been done around diversifying that business and creating better capabilities.

I just think that's generally misunderstood or perhaps undervalued. You look at UDG and what they sold for, which is the closest comp. Now they do have the packaging business there that was different. But that was a good data point to think about, how at least private investors are thinking about that business. So that's something that I think is misunderstood.

Then overall, the opportunity around large pharma, what we're doing there, the fact we still have a very, very significant, probably market leading SMID franchise in clinical that is growing significantly, I think it's probably not fully understood either.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-12-01

Then just how Syneos One and what we're doing is going to drive the overall model. I think people are starting to see that and understand that, but it's taken some time.

## A - Elizabeth Anderson  {BIO 17527782 <GO>}

Yes. No. Well I think it creates a very interesting setup as we think about next year, which is the point of this conference to sort of think about that to get a better sense of what's going on and to understand these things ahead of the New Year.

But thank you very much, Jason, for joining me today. This was really helpful, and it was always great to catch up and hear what's going on at Syneos. So thank you for the time today.

## A - Jason Meggs  {BIO 19515623 <GO>}

Absolutely. Thank you, Elizabeth. Appreciate you having us, and have a good evening.

## A - Elizabeth Anderson  {BIO 17527782 <GO>}

Thank you. You too.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*