# Exhibit 35

FINAL TRANSCRIPT                                                                        2022-01-12
Syneos Health Inc (SYNH US Equity)

# J.P. Morgan 40th Annual Healthcare Conference 2022

## Company Participants

- Alistair Macdonald, CEO & Director
- Jason Meggs, CFO
- Tycho Peterson, Analyst

## Presentation

### Tycho Peterson  {BIO 4279327 <GO>}

Good morning, everybody. I'm Tycho Peterson from the Life Sciences team.

It's my pleasure to introduce our next company this morning, Syneos. (Operator Instructions)

With that, I'll turn it over to Alistair.

### Alistair Macdonald  {BIO 16971432 <GO>}

Okay. Thanks, Tycho. Good day everybody. Hope you had a good holiday season and are ready for an exciting 2022.

So if we start by really focusing in on what Syneos is and what we're driving towards in 2022.

I think you can advance your own slides to Slide 3. We really start here with describing Syneos and the market that we play in.

So Syneos has really become what we set out to achieve three or four years ago, a truly unique organization positioned to respond to the changing market dynamics that we see today the rapidly changing dynamics that we see today where we see a lot of integration and a lot of demand for more product development-oriented capabilities.

And although none of us could have really predicted the pandemic, much less the impact on the industry, I'm really proud of the way that our organization responded to the circumstances that presented themselves over the last 24 months and on behalf of our customers and then how we utilize all our assets to really respond to that, bringing commercial insights, bringing medical affairs insights into clinical and vice versa, really driving a strong response to the pandemic.

Really looking at where we're playing now, it's an increasingly complex environment and increasing complexity. The speed of which things are moving really need us to provide much more innovative, much more rapid solutions that we see. I think Syneos Health is perfectly positioned to do that.

We're seeing that complexity in the science in the regulatory space, in the speed of innovation, the implementation of more remote, more distant, more decentralized delivery, the inclusion of decentralized trials, the way that we've wrapped home healthcare around that and the requirements for that enables us to take trials more broadly.

The market access hurdles proving that a drug is not only safe and efficacious, but also economically viable and who's going to pay for that, how it gets to the payers and how do we set things up for an early commercial discussion with those ultimate payers with the customer as we go through that development.

How are we kind of organized and how do we solve that, I think is unique to Syneos. We have -- we all bring of our solutions from a product development mindset. So when we're working with people in clinical, we're working with people in medical affairs, we're thinking about where the product lands in the marketplace commercially, what do we need to do at this time, what is the planning, what do we need to bring -- what value can we bring to the customer at that point to drive a better outcome for them.

How do we use our integrated solutions, the insights that we bring from commercial, from that unique position and then we have -- how do we put patients to the center of that, their care, their engagement, their outcomes. How do we drive that value, how do we drive the access for our customers into that space into how do we drive the access for patients as well as thinking of those as a customer. And how do we deliver that, what models do we bring, what flexibility can we bring to those models as we drive that through.

And it all relates to what we've always said about shortening the distance from lab to life. How do we accelerate our patients through the time scales to drive value for them and a good relationship for us as we move forward.

So if we move to Slide 4. We talk about some of the longer-term revenue growth drivers that we set out to, that we've been fine-tuning and we've been evolving over the years. Penetration of large pharma continues to go well for us, greater than 20% backlog growth for us at the end of September. An increasing interest from our customers in this sector in not just clinical but commercial and then the interplay between those, how do we help with our model drive a better outcome for these larger organizations across both clinical and commercial.

We are expanding our existing relationships. We are continuing to penetrate large pharma. We are continuing to drive a better position for ourselves within these organizations. We are seeing ourselves getting by to more and more tables. We

expect that to accelerate a little bit over the next few years as large pharma returns to its pattern of review and assessing the larger partnerships that they want to engage with on the service side, so that we feel very strongly that we're well positioned against that. We are in a good place to service that with our scale and the breadth of our capabilities.

We're also starting to lap a headwind that we've had from one of our largest clinical customers. We finished a couple of years ago now the largest pain program that we'd ever run and subsequent kind of downturn in the revenue from one of our largest customers because of that. Now we're starting to lap that.

That headwind starts to turn back into a tailwind. And primarily, that headwind was created just because this customer didn't have enough work in their portfolio to replace the end of that pain program. So winning good work there, broadening out our footprint in several customers from our original entry points, whether that's through FSP or through oncology into other therapy areas and other service delivery.

We continue to be successful in the SMID sector and the emerging biotech end of that. The acquisition of Synteract was very important for that. This is a very important area for us. It's kind of where INC Research certainly grew up. We've had great penetration in the sector, greater than 30% revenue growth year-to-date across clinical and commercial, resulting in year-to-date revenues of nearly $2 billion. That's a big franchise in the SMID. We know how to operate with SMID customers. I think the infrastructure that we have, the Syneos One model, is very important to them, provides them with the infrastructure to be able to go end-to-end in the service delivery model.

Whole scale commercial or full service commercial, gross awards of over 70% year-over-year and continuing to see strong adoption of our Commercial Solutions, particularly the integrated Commercial Solutions by our SMID customers, which was one of the intents of our merger several years ago.

We've had our first commercial launch from CNS 1. Having that innovation around the delivery model enabled that to come through. We launched the asset in Q3 last year. We have more launches coming up in 2022. We have good line of sight for those, and indeed, actually had an approval earlier this year, I suppose, on Monday this week of a product that will be taken to market from the Syneos One model, and we're very pleased that that's had its approval and is launching through.

Continuing to digitize the commercial marketplace by the application of Kinetic, enabling people -- enabling HCPs to be detailed more remotely, more rapidly, covering a larger footprint with the same number of reps or being able to cover the same footprint with a smaller number and take some of the costs out, but really driving that forward, bringing through our decentralized trials capabilities.

You've seen us do some M&A around that sector, engaging the patient, making sure that we have access to the patients despite -- regardless of which channel the project actually gets executed through and really being able to bring innovative solutions to our customers and the patients at the end of that.

We're really kind of now kicking off a full-service medical affairs function. We've had great penetration with our real-world evidence, Med Comms, Med Ad, et cetera. We're really now starting to combine those into a more holistic Med Affairs solution. We'll talk a little bit about that. We see that as a high-growth sector that we're well positioned to take advantage of and really start pushing the envelope on that medical affairs solution space.

Then in terms of M&A, some of the growth that we expect to drive from that, we've been investing really in tech-enabled differentiated products that enable us to open the taps on enrollment, identify patients, bringing them through the process, address them through home healthcare with Illingworth as a supplement to that and really driving that forward.

So if you move ahead to Slide 5, where is all that effort, where does all that work led us? And I think you'll see on the next slide here, the setup of the organization, really 77% of our revenue now comes from clinical, the rest from commercial. 19.8% year-to-date revenue growth, 22.3% ending growth, very healthy, very balanced across SMID and large pharma and the net 12 months -- trailing 12 months (book to bill) in the 1.39, very strong, very aggressive, very consistent. I think we've done a good job with that.

On the commercial side, 9.1% year-to-date revenue growth, seeing that come through strongly now. I think we'll see more growth in 2022 from commercial, outpacing clinical to a certain degree as the new products that we've got coming through the Syneos One pipe and the integrated Commercial Solutions are delivering stronger and stronger growth.

Ending Deployment Solutions backlog of 24.9% growth over last year and 1.16x book-to-bill. It's the strongest it's been. Our target is about 1.05 to 1.1 to drive the growth that we expect. So we're ahead of that. We're seeing more and more of that come through the Syneos One channel as well as the integrated Commercial Solutions.

The innovation that's driving that through the organization, we commit still to Dynamic Assembly. We bought some assets in that will help us drive that more from an internal perspective than just purely external and take control of some of that destiny. But we're still being able to plug in new innovations from external technology service providers into the Syneos model and to be able to deploy that innovation very quickly at a low cost of capital to ourselves through to customers for them to take the benefit, things like Acorn AI, ConcertAI added to the things that we operate internally such as StudyKIK, et cetera.

Syneos One is going from strength to strength. As that model takes more traction, we're able to drive more through that Syneos One channel. The team has been expanded. We are seeing more and more customers come through. We're seeing customers engage with it from a Synteract pipeline. We're seeing customers come through to it from the regular Syneos Health pipeline as more of our SMID customers are taking products all the way to market. So we're perfectly positioned to capitalize on that and drive continued expansion and growth in that area.

I talked a little bit about Medical Affairs. But the innovation that we're putting together around Medical Affairs, our experience in clinical and commercial in that medical affairs space is really a perfect fit for us as we look at how customers address their needs in that area. It also organizes as a little bit more like a pharmaceutical company with having that medical affairs capability stretch right across clinical and commercial.

Slide six is our update on Syneos One. As you can see, the total potential lifetime values increased to $3.2 billion. We took $1.1 billion in trailing 12-month awards contributions. We take these as they come through to actual activity. So we've seen further engagement of this model. We talked before a little bit about the launches that we see coming in 2022 and beyond. You see a graphical representation of that there. It gives us good visibility into that pipeline now.

As always, we recognize that these won't make -- not all of these products will make it all of the way through. That's the difference between the $1.1 billion and the $3.2 billion number. So as these products make the next stage, get approval, get funding, start to go into launch, that's when we take these awards.

But we have brought this to life really by the launch of Syneos One several years ago now, but it's a full development operating model. It's how do we take products across clinical, gather the right medical affairs materials and information and get it to the right point for launch and the most productive point for launch.

Enhancements to the Syneos One model, truly transformational designs, how do we think about going from where we've gone out to a launch point faster, how do we drive that pace, how do we accelerate customers through the model. Then also looking at how do we use the information and knowledge and the systems that we have, the data that we have access to, to drive predictive analytics.

So we have a team working on an end-to-end predictive analytics model that we're taking in just information, work with the RxDataScience folks to really build a model of where is this product is heading, how quickly can we do it, what's the value chain, how do we drive that through and what changes could we make that change the outcome? How -- what changes do we make now to drive acceleration that get you to a point of value inflection faster.

So if you turn to Slide seven -- recovering from the head cold from hell. But if we turn to Slide 7, we're now starting to build out our Medical Affairs solution and the way

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

that we think about that and the way we design that and the way that we bring that to the market. We see this as an area of high value, tremendous value to our customers.

We do this work already, but we do it from different parts of the organization. We're consolidating that together, bringing a much more holistic medical affairs delivery to our customers and making sure that they understand the value proposition but doing medical affairs in the right way at the right time. There's a lot of timing elements to this as well.

This is a changing market. We're seeing more and more focus on medical affairs. Many of our customers have created separate medical affairs organizations that are really operating all the way along the product development life cycle.

We're mimicking that with this, making sure that we can move for those customers, making sure we bring the right capabilities together at the right time as the product gets development, really thinking about it from product development mindset from day one and really emphasizing that Syneos One approach that we've had. Even if we're just delivering a single clinical trial, we want to make sure that people see that value from us and see that kind of vision from us and that insight from us.

So from our customers' perspective, it's essentially focused on two primary objectives. That early identified -- the early identification of unmet medical needs that the asset can fill, that it fills now, that the asset could fill in other populations and in other therapeutic areas, kind of driving the strategy all the way through the development to collect the right data and information to bring that material, to get it to all the stakeholders, whether they're payers, HCPs, advocacy groups, regulators, patients themselves.

Then establishing the evidence needed to support that to make sure that when the customer asks the question, a payer asks the question, a stakeholder asks the question that the answer is there, that the value is easily identified.

And with our breadth of capabilities across both clinical and commercial, feel that we're uniquely positioned to be able to service this market in a very innovative way bringing together real-world evidence, health economics outcomes and research. The clinical teams crossing over with the medical science liaisons within our deployment teams and also the Med Comms, the Med Ad, the communications business efforts and really making sure that we don't just understand it, but we're also able to communicate that to the end users, to the HCPs to those payers that we understand the products and how that grows.

We think that -- while we believe that this is a high-growth area, we're underpenetrated in this area. We have a very healthy organization in the space but now are going to start driving this -- driving assets, driving engagement with the market and really taking it to the next level from a Medical Affairs perspective.

On Slide 8, just a reinforcement of our Dynamic Assembly model. We've consistently spoken about this that we get to assemble really all the best assets that we can, the best data, the best technology, the best solutions for our customers through the Dynamic Assembly model. We've added pieces to our own internal element in our own kind of internal ecosystem that sits alongside this, if you like.

You can see some of those on the right, StudyKIK, RxDataScience, the patient go applications for Illingworth, the Kinetic platform that we've built ourselves. And really some of the service providers as well, so Illingworth itself interact, et cetera. Being able to bring the latest technology, the latest innovation, the latest data, the latest analytics to our customers through the Dynamic Assembly model. Capital efficient for us enables us to move very quickly, continue doing it. It's been a success for us as we've driven forward.

Now if we move Slide 9, we remain very focused on driving operational efficiency in the business. It's critical not only to continue driving EBITDA, bottom line EBITDA margin expansion, but also to fuel investment in our overall innovative solutions. We're seeing ongoing success with ForwardBound programs. We can continue to see good automation delivery, making the organization more simple, more easy to work in, utilizing the Syneos operations network where we've added 1,000 new associates in 2021 in lower-cost locations.

And ForwardBound also includes a variety of work streams, looking at process improvements. We've got 14 work streams ongoing at the moment, looking at how do we do things easier, faster, cheaper, more benefits to the customer, more benefits to ourselves, taking some of the burden down inside as well.

We expect these activities, along with operating leverage and contributions from ongoing M&A activities, to be key drivers of margin expansion for us in 2022, that revenue growth, the reduction of cost and complexity through ForwardBound and additional M&A.

Heading in the other direction is the revenue mix. We see stronger growth from commercial. We see a reduction potentially in reimbursables. As new trials get launched, it seems reimbursable loads are lighter. There's more decentralization, there's more remote work, and therefore, we're seeing a lower burden in terms of reimbursables, which may be a slight revenue mix headwind but would be a margin tailwind to a certain degree as you lose that kind of zero margin pass-through work.

Continuing to drive on the Syneos One side, Medical Affairs decentralized -- following that decentralized solutions, using StudyKIK to capitalize on some of those decentralized elements using analytics, AI, the digital kind of end of the market to drive a better outcome. Then really investing in a continuation of our expansion into cell and gene therapy, making sure that we have the equipment and the skills, et cetera, that we need for that and continuing to target growing at 30 to 50 basis points of adjusted EBITDA margin as we move forward.

So I also want to provide some further color on our '22 expectations across the segments. We continue to expect our '22 revenue growth to exceed the midpoint of the 7% to 10% range we provided at our Investor Day back in 2020 with commercial growth now outpacing clinical growth for 2022.

And we expect Commercial Solutions growth in the low teens, driven by robust awards and backlog growth. This includes increased contributions from product launches within the Syneos One portfolio. We talked about those before as you saw on that graphic representation of work coming through in the new launches. We received our first regulatory approval in 2022 earlier in this week.

Within Clinical Solutions, excluding the impact of COVID revenue and reimbursable expenses, we expect low double-digit growth driven by strong awards and backlog growth as well as M&A. That said, we expect our as-reported clinical revenue growth to be at the lower end of the 7% to 10% growth range, primarily as a result of lower-than-anticipated reimbursable expenses as our COVID recovery experience continues to evolve. We're seeing lower reimbursement expense levels come through on new projects, and that drives some of that as well as the COVID.

And finally, we expect our adjusted EBITDA margin to expand in the range of 30 to 50 basis points for the full year '22 compared to 2021. However given now we anticipate our reimbursable expense growth to be lower than originally expected, we'll likely be at the higher end of that margin expansion range. So good news there as we get more margin out of the revenue that we deliver. So we're excited by the strength of the business and look forward to providing final '22 guidance on our Q4 earnings call once we finalize the 2021 results.

So in summary, if you go to Slide 10. We've really built an organization now that's starting to fire across all capabilities, really purpose-built to accelerate the success of our customers. We do that through, really, primarily thinking of this product development mindset right across the business.

We're executing against the value-creation plan, driving that long-term growth, using that penetration of large pharma, the success we've had in SMID, continuing to drive that, continuing to drive operational efficiency through things like ForwardBound, the automation that we bring, et cetera. Then innovative -- investment in innovative areas, capitalizing the work that we do, bringing new capabilities, bringing new differentiation to our model and to our customers to continue delivering on that high growth.

Then introducing our new Medical Affairs approach, I feel it's very unique. The combination of clinical and commercial, the strength that we have hand-in-hand with that to drive a much more compelling Medical Affairs delivery and approach than our competition. So I feel like we're uniquely positioned to drive that. Looking forward to 2022. I think it's exciting times.

And with that, Tycho, I think we will go to Q&A.

## Questions And Answers

### A - Tycho Peterson  {BIO 4279327 <GO>}

Thanks, Alistair. Good overview. Look, everybody in this environment seems to be focused on wage inflation and margins. Can you talk a little bit about how you're thinking about the 2022 setup around wage inflation and ability to offset that?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. I think as we go to new -- we're able to offset in price adjustments, things like that in new contracts. Then existing contracts, depending on the nature of them, we're able to revisit them. Certainly with FSPs, a cost-plus model, so they can adjust quite quickly, as a big slice of what we do with large pharma. Then we had a couple of shots a year adjusting the price in more kind of transactional contracts.

We also offset it by the adjustments in ForwardBound, taking more -- taking some of the work offshore, taking it down a level to -- in terms of cost to lower-cost locations. I think the Syneos operations network, or SON as we call it, has been very successful in that. It's an initiative really championed and led by Jason, and I think it's been really productive for us and has been able to offset that.

But yes, I think we're competitive. We all fish in the same pond. That leaves us all with a similar kind of cost rates. So I think we're able to offset that as we move forward. I think some of the heat is coming out of that market. In terms of turnover, we've seen it slowing down a little bit as the COVID wave has passed. And certainly in terms of the big vaccine trials that had to be done right now, some people were paying silly money to get people to do it. But as that's passed, we've seen that demand start to wane a little bit.

### A - Tycho Peterson  {BIO 4279327 <GO>}

And it's a tight labor market. I mean how would you characterize employee churn, ability to track to retain talent and knowing a number of your peers are going through transitions now, either being acquired or merged. So yes...

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. It's been an interesting year. I mean I think -- I can't remember the final number, Jason. I think we added about 3,000 incremental heads throughout 2021 into clinical. So we certainly become an attractive destination employer. I think people see us as a very stable organization. We're not involved in a big merger. We're doing what we said we would do. We're tucking in new capabilities; exciting place, good culture, good people. I think that's the key to it.

Once this demand bubble from COVID has subsided a little bit with the M&A activity that you referenced, there have been people in the market, we've been able to pick up great talent. We still get churn as everybody else, but I think we've been a net gainer in this year because of that. So ...

### A - Tycho Peterson  {BIO 4279327 <GO>}

Just on COVID, I mean it's a relatively small part of backlog. What are you going to embed for 2022 around COVID-related work?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Sorry, Tycho, I missed the middle bit there.

### A - Tycho Peterson  {BIO 4279327 <GO>}

What's going to be embedded for 2022 for COVID work? I mean it's a relatively small part of backlog, but how material will it be this year?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. Jason, do you want to tell them?

### A - Jason Meggs  {BIO 19515623 <GO>}

Yes. I mean Tycho, we've -- we're wrapping up that one vaccine trial that we had that had some size that we talked about during 2021 and accelerated into quarter 3. So that's a little bit of that reimbursable revenue mix that Alistair talked about in terms of year-over-year '21 to '22. We won't see the same level of growth that we will on our direct fees, which is actually a positive in many, many ways.

We still have over 150 projects across the business, both segments on the COVID side that are running -- many of our trials have been therapies that will have a traditional 2-, 3-year burn. We have many consulting projects on commercial. We've launched or helped a couple of product launches on the therapeutic side for COVID and commercial and deployment solutions. Those things will keep moving forward. There's not a material step-down for us in terms of the direct fees because of the reasons you outlined, just minimal exposure during '21. But we will see that reimbursable step-down.

### A - Tycho Peterson  {BIO 4279327 <GO>}

Yes. Maybe going to some of the updates then. Alistair, I'm curious what the Medical Affairs -- you've been in Medical Affairs for a while, that's not a new offering necessarily, right? So what are you doing differently here?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

I think it's the way we take it to market, Tycho. So I think we have all the bits and they've been working somewhat independently in the past, and we've been integrating them. It's a little bit, I wouldn't say it was clunky, but it's a little bit hard to operate across the space. So we're really formalizing the delivery of Medical Affairs into one group. Michelle is going to lead that alongside commercial. So it's a separate group, but they do a lot of work hand-in-hand. So Michelle is a great candidate to drive that.

But it's really just thinking about how do we take what we've got, deploy it differently, deploy it more kind of innovatively, how do you plug it into clinical a little bit more, how do you make sure that you're answering the question really before the questions get asked in terms of making sure the right clinical design, making sure that we're thinking about where that product is going to land and using that commercial insight all readily.

So right now, we have to pull those teams together, our clinical and commercial, where they will be altogether working together day in, day out, hand in hand. I think it will bring a smarter, swifter, more kind of elegant solution for that space for us.

## A - Tycho Peterson  {BIO 4279327 <GO>}

Are you scaling it up as well in addition to kind of carving it out?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. Yes. That's the intent. So we're looking at how do we drive that both organically, and we'll look inorganically to what capabilities that we need. We've looked in that market before, and we've not found things that we really wanted to add. But now I think a more intense focus on it will give us an opportunity to see really what do we need to bring internally, like we have been doing with some of the other areas, what we need to bring internally to drive a better outcome for customers and better growth for ourselves.

## A - Tycho Peterson  {BIO 4279327 <GO>}

And I guess if we think about the M&A opportunity there, I mean there's kind of four parts to that business, right, real-world evidence, consulting, MSLs, medical communications. I mean would M&A add another piece to that pie? Or would it be enhancing capabilities in those for four areas?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Probably more enhancing in some of those areas than adding certainly in the early -- earlier innings of it. I think we've got a real ace in the hole with RxDataScience. I think they can do a lot within analytics and data crunching, data kind of design and rapid deployment that we need in that space. I think that's going to be a pivotal kind of skill set that we're going to utilize in the Medical Affairs a lot more.

But yes, we'd like a bit more horsepower in some of those areas that you mentioned as well as driving forward with some organic growth. We've got a really strong team that we pulled together out of the groups. But certainly, consulting, I think we see that as an attractive space. We've got a big consulting effort already that does really well. But yes, more enhancement than adding to it at the moment.

## A - Tycho Peterson  {BIO 4279327 <GO>}

Okay. That's helpful. Great to see the momentum on Syneos One and $3.2 billion in lifetime value. I guess as we think in the near term about the commercial launch, how

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2022-01-12

do we think about the implications of that and also the opportunity for the other two products that are set to launch in the first half of this year?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. Really pleased with Syneos One, Tycho. It's really turned into a bit of an engine for us now, which was always the intent, obviously. A good set producing at that level. I think we've got the first launch, so I think it was a big proof of concept for a lot of people who said we couldn't do it, and we've done it, and we've got another one right on deck right now. We got a few more launches in '22 that get bigger. We see that driving good revenue for the commercial team as well as the revenue we've captured along the way to get these products at this point.

So yes, really enthused about that. I think that as we see more and more coming in through the clinical side, as a Syneos One team latches onto those, driving them through into commercial is -- and as they do it more and more often, they get it faster, they can get to the value inflection points faster, I think it's really starting to snowball a little bit. So really, really pleased about that.

And I think that -- as we referenced, we expect to see stronger growth percentage-wise from commercial this year than we do clinical. It's fueled by these launches that are coming from Syneos One as well as the work that commercial wins itself through the point solutions, which is not much anymore in individual point solutions or that full service commercial is a much more integrated package.

### A - Tycho Peterson  {BIO 4279327 <GO>}

And I think the last time you broke it out, you said there's kind of 23 assets or so in the pipeline. I mean any way to handicap how many of those you think will make it to launch or?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

I wish I had that kind of crystal ball, Tycho, because we will take a bit more of -- they're good products, I would say that. I think we've had a good review of what we see. Of course we look at them and do risk radar and stuff and that kind of thing. We see them as strong products. I don't think they'll all make it. I mean you can never tell in our industry. As it comes through clinical development, the products do fall by the wayside.

I think we're pretty confident in the majority of those. Some of them are later stage. Some of them are early in their development. But I think we're confident that they're good products, and we'll see. Of course we'll add more to that as we go through the year. We're latching on to more and more products, more and more assets as we go. But we really only count them once we've got that commitment from the customer that are going all the way. But yes, I would love a crystal ball like that.

### A - Tycho Peterson  {BIO 4279327 <GO>}

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2022-01-12

Will you ever break out Syneos One revenues? I mean you obviously give us awards and -- yes, but would you ever break that out, revenues?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

I wouldn't think so because it kind of goes up through clinical, commercial, but probably more of a question for Jason. Your thoughts, Jason?

### A - Jason Meggs  {BIO 19515623 <GO>}

Yes. I mean it's not, I guess deemed a segment from a pure regulatory reporting. The -- I guess the way to think about Syneos One and Medical Affairs, Tycho, just to sort of analogize and latch on to that point is we have the services that we want to deliver down the channels of the segments and the operating units. However we want to be able to take to our customers the broad thinking across these capabilities right across the enterprise.

And that's really what Syneos One is, is thinking about how you connect the full suite of services we have, take a playbook, a plan to a customer, sell it and then let the revenue fall down the channel that it's appropriately executed in, right, across our segments versus starting to split revenue and profits and everything by Syneos One.

Medical Affairs is very similar. We have real-world evidence that sits in clinical, whereas consulting MSLs in the main -- and Med Comm sit in commercial. But it's really about how you package that on a full-service basis across the Medical Affairs capabilities and take it to the customer and help them be successful.

So those two -- that's how we think about that. We'll continue to look at Med Affairs awards and opportunities and pipeline and manage it and scale it, as you said. But it's really about how we take it to market and help our customers be successful versus how we score the revenue inside Syneos.

### A - Tycho Peterson  {BIO 4279327 <GO>}

Makes sense. Book-to-bill has been trending above kind of historical levels, right? You were kind of 1.16 in 3Q. Can you just talk a little bit about how you think about the sustainability of that book-to-bill level? And what also gives you confidence in commercial growing sustainably in the mid-single-digit range?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. I think the engagements that we're having in commercial are getting bigger because, again they were integrated. So our selling point is you signed an integrated bundle. The Syneos One stuff mapping through, so again that helps to fuel that. I think it's a growing market. I really do see a lot of traction in that space and not just in deployment. It's in commercial, consulting -- sorry, it's in communications. Again also in that medical affairs space, we're seeing a lot of engagement around Med Comms, Med Ad, et cetera, where we have the abilities to be very competitive.

I think we've seen an improvement overall in our execution against opportunities as well. I think Michelle has built a really strong market engagement, go-to-market approach, market engagement team. They really are very good at latching on to the opportunities. They have a very strong hit rate. They're very good at identifying and latching to opportunities where they can really go full bore and then they'll win.

And of course we are the biggest in that space. We're not just biggest in terms of scale, but I think also in terms of capability. I think they've used those strengths very well. So I'm pretty confident that we'll see a strong '22. There's a -- they have some harder comps to beat as we go through the year because they did so well this year.

But I think the team she has, Michelle has built, the backdrop to it, the acceleration and the amount of products that are making it through, the fact that more and more of those products come from kind of Syneos One targets from SMID companies going through to the market, I think that sets up nicely for us to be successful in that space or continue that success in that space, I should say.

## A - Tycho Peterson  {BIO 4279327 <GO>}

Question on full service to commercial. Obviously the integrated solutions is attractive for SMID-cap biotechs that have cash but maybe not a lot of those capabilities. Is that package resonating with large pharma as well?

Also would large pharma use the new Med Affairs offering?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. I think so. I think Med Affairs is kind of built also to address some of those challenges that large pharma have. They've kind of structured in a very similar way to them. But yes, I mean we have a large pharma client who's using the Syneos One model across several assets where they see that we have more experience than they do, which we never -- we ultimately would love to have seen, but we didn't expect that. It's been very successful.

So yes, there's a lot of interest in Syneos One. I think sometimes with larger pharma who like the concept, it would mean a lot of change management clearly for them. So maybe it will take a little bit longer for people to get to that. But certainly, we really target the SMID with it because we already made infrastructure for -- that can solve a challenge, a very complex challenge that our customers bring.

## A - Tycho Peterson  {BIO 4279327 <GO>}

Maybe last one. Obviously there's been a lot of changes during the pandemic, decentralization being a big one. Where do you think we go from here around decentralization in terms of kind of percentage of mix over the next couple of years? And how important is dealing with and driving that?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2022-01-12

Yes. Well I think decentralization got a necessary jump start through the pandemic, right? Regulators got their head around it. We got the expectations all lined out and people are prepared to buy it. So I think it's here to say. I think it will evolve, for sure.

The Dynamic Assembly model is important for us because we can plug Medable into it, Science 37, whatever we can use, StudyKIK has elements of it as well. Clearly, what's critically important for it, you've got to still be able to get to the patient and service them when they're decentralized, when they're away from the site. So for us, Illingworth was the key element. That's one of the reasons we went after it first and we went after it early. It's been great success.

I went to a retirement party in November, I think with the Illingworth team. They doubled in size in a year, and that's phenomenal. And for us, it's the external marketplace that we take them to. But also our own internal teams are saying, "Hi, I need Illingworth on this. I want this. I want this." So we're able to deploy it on existing contracts. So you got to be able to service that -- decentralization is not just plugging the technology, and thanks very much. It's what tech are we using, how are we addressing the patients, how do we get that data in, how do we get the patient dosed if they're not at site.

We've got a great story of a rare disease trial in '21, where an Illingworth nurse deployed the dosage 800 miles away from the site in Russia. In a rare disease trial, you go where the patient is. If you're going to lose that patient, I'd rather deploy a nurse to get out there, research nurse get out there, get that done, collect the data, et cetera, and you capture that patient. That's what it's all about. It's taken the hurdles down, taking the trial to the patient wherever it may be. So really pleased with that.

### A - Tycho Peterson {BIO 4279327 <GO>}

Great. I think we're going to leave it at that. We're out of time.

So Alistair, Jason, good to see you both.

### A - Alistair Macdonald {BIO 16971432 <GO>}

You too.

### A - Tycho Peterson {BIO 4279327 <GO>}

Enjoy the rest of the conference.

### A - Alistair Macdonald {BIO 16971432 <GO>}

Cheers, Tycho. Thanks, everybody.

### A - Tycho Peterson {BIO 4279327 <GO>}

Okay.

END

Syneos Health Inc (SYNH US Equity)

2022-01-12

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*