# Exhibit 42

# Jefferies LLC 2022 Global Healthcare Conference

## Company Participants

- Jason Meggs, CFO
- Michelle Keefe, CEO & Director
- Steven Couche, Equity Associate

## Presentation

### Steven Couche

Hi. Welcome back to the 2022 Jefferies Healthcare Conference.

My name is Steven Couche. I'm here in place of Dave Windley, who is quarantining as we speak -- wish he could be here, certainly.

With us from Syneos Health, we have Michelle Keefe, CEO; and Jason Meggs, CFO.

Thank you very much for being here today.

### Michelle Keefe  {BIO 20445580 <GO>}

Happy to be here.

## Questions And Answers

### A - Steven Couche

So Michelle, on the 1Q call, when you were announced the CEO, you talked about going on a listening tour of stories.

### A - Michelle Keefe  {BIO 20445580 <GO>}

Yes.

### A - Steven Couche

Have you been able to do that?

And can you share some of the insights?

### A - Michelle Keefe  {BIO 20445580 <GO>}

FINAL TRANSCRIPT                                                    2022-06-08
Syneos Health Inc (SYNH US Equity)

Sure. So I've spent quite amount of time over the last five weeks, listening to our colleagues, listening to our customers and to our investors.

So I've had the opportunity to do all three. Fortuitously ASCO, the oncology conference was this past weekend in Chicago. So I got to meet over 50 of our customers, so very recent information.

I think we have a couple of themes.

We have a very motivated and excited work for us about the possibilities of the innovative solutions that we can bring to customers.

So I feel really good about our colleagues and their commitment to the organization.

I think the other thing we're hearing is that from a customer perspective, our merger thesis is coming through loud and clear that our customers really appreciate the commercial insights early in the clinical development process.

That is helping us continue to be relevant with our customers and win new partnerships.

As you know, we won a new big pharma partnership in Q1. Then our investors want to continue to see the transparency that we've been providing to our investor group.

## A - Steven Couche

Great. We will hit on sort of the synergies between Clinical and Commercial and a couple of questions.

But one more question on you becoming the CEO. Should we anticipate different content or a style of communication from what investors might have been receiving previously?

## A - Michelle Keefe {BIO 20445580 <GO>}

So we have a winning strategy that fortunately, Jason and I were part of, right?

We've both been with the organization pretty much since its infancy.

So we feel really confident about our winning strategy, and we are committed to continuing to share in a transparent manner how we're doing in our product development life cycle journey that we are having with pharma customers, and we're committed to transparency and sharing insights as they come our way.

So I think you'll see us we'll still continue to report the two segments. That will continue to be something that we do.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2022-06-08

Sharing real time as we can, anything we see about the markets and the opportunities we see.

## A - Steven Couche

Okay. Great.

Maybe we will hit on the differentiation on the Clinical to Commercial, the end-to-end service integration now. You obviously came from the commercial business, the Clinical client base is a large cross-sell opportunity since that is the larger business.

So what elements of the Clinical relationship help the Commercial business to better position its capable.

## A - Michelle Keefe  {BIO 20445580 <GO>}

Sure.

So it's been really helpful. When you're doing a commercial hitch or opportunity to bring some commercial innovation to customers, having the knowledge of the deep therapeutic expertise that we have in clinical, really understanding patients, investigators and understanding what the journey is that these patients go through their disease state or their healthcare journey.

So having those insights from clinical has helped us be very relevant from a commercial perspective, right? Bringing those patient insights. So that's really been, I think very helpful.

It's also a great opportunity for commercial to go in early to clinical to talk to them about some of the evidentiary needs they may have to make sure that they're relevant in the marketplace, right?

Unfortunately, today you can't just get a really great label from an efficacy and a safety perspective. You have to think about what's the evidence you need for payers, what real-world evidence you need to differentiate in the market because having a good label is no longer going to guarantee commercial success.

And so we feel that our differentiator of bringing commercial insights in earlier into the clinical development process is setting companies up for a higher likelihood of good commercial success.

## A - Steven Couche

Okay. Maybe now we can talk a little bit about the customer cohorts that Syneos serves.

So the Clinical business had a stronghold in SMID, the inVentiv deal obviously added some large pharma exposure, then Synteract, although a little bit smaller, gave you

redoubled your exposure into SMID.

So this is a bit of a general question, but where would you say on the Clinical side, your solution set resonates best maybe large versus mid or small?

### A - Michelle Keefe  {BIO 20445580 <GO>}

I think one of the things about the size of our organization allows us to be competitive across all customer types, right?

So the legacy INC, Research, SMID franchise, has -- we've continued to be a leader there in Q4 and Q1, which had some of the highest wins and awards that we've had in that space.

We've seen a continued growth in our big pharma partnerships, right?

So we've shared early on that we were under-indexed in big pharma.

We believe big pharma still has the majority of the R&D dollars, right?

It's still the place where a lot of the research and development dollars are being deployed.

So we've had a really strong focus on winning big pharma partnerships. And another fortuitous piece of having our commercial business is, we have five big pharma partnerships now.

We added the 5th in Q1. And three of those five partnerships have come from large Commercial clients, right?

So we're able to take the great work we do in Commercial get introductions to the Clinical teams and then talk about our differentiation in Clinical, and we're winning those big pharma partnerships.

We've stated that we want to win one to two a year.

We have line of sight to two or three more that are going to come up in the next 12 months.

Obviously we'd love to win all of them, but our goal is to win a percentage of those that are coming up forward.

We believe that, that diversification really puts us in a position of strength for growth.

### A - Steven Couche

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2022-06-08

Yes.

You mentioned winning a few of these large pharma partnerships. Maybe you can help us understand where these opportunities are coming from?

Are they coming from other CROs?

Are these sort of just midsized companies that are growing up and becoming large pharmas and they need a different solution set what are these opportunities?

### A - Michelle Keefe {BIO 20445580 <GO>}

So the product development mindset that we bring to every opportunity allows us to customize based on the size of the customer, right?

So I can walk you through what recently happened with the win in Q1, right?

I think this will give you some color into how it happens.

So large commercial customer, I think we do a great job, have multiple programs of that organization.

We have a really strong recruiting engine there. We're hiring talent for our organization as well as into that organization.

We do such a great job there that they came to us to talk about how can we leverage your recruiting backbone at Syneos Health to get talent across the globe for our clinical organization.

So we actually started by placing some individuals right into that company.

Then their FSP, RFP came out where they were looking at their existing FSP vendors.

They said, well, Syneos Health is doing a great job finding talent for us, we really should consider them for FSP.

We obviously defended that bid, and we're fortunate enough to be added to the roster.

We do know that someone else was displaced.

Sometimes we get added to an additional group of CROs that are already in place and sometimes we displace them. It does differ based on company and based on what unique need they have.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2022-06-08

So this unique need was they wanted to know somebody could bring great talent to their organization.

## A - Steven Couche

Great.

Then we would be remiss to not ask about SMID Biotech?

If the funding environment remains muted, what steps can you take as an organization to protect yourself from any sort of flow-through to demand?

## A - Michelle Keefe  {BIO 20445580 <GO>}

So we have spent the last couple of weeks really looking at that closely. I think the number one thing we're doing is diversifying to large pharma, right?

I think that is absolutely going to be a great protective mechanism.

But we have looked at our exposure to what we would call pre-revenue biotech.

Our exposure is low, right?

It's about 13% of our backlog.

But when you actually look at that makeup, it's single digits that would rely on the capital markets, right?

The -- about half of them are already very well-funded from private, like a Blackstone or a vein [ph]. So it is a small amount.

But we have -- I'll let Jason tell you the analysis he did, but the punchline on the analysis, and I'll let Jason give you the details, is that if there was a protracted issue with biotech funding over three, four, five quarters, what would that mean to our growth in Clinical?

Because this is a Clinical-specific thing. Our growth in Clinical, we believe would still be mid-single digits next year. But I'll let Jason give you a little more color on how he has looked at it?

## A - Jason Meggs  {BIO 19515623 <GO>}

Yes. Thanks, Michelle.

So we really -- I mean more and more of the conversations getting into just global economic impacts, right?

Versus just a biotech funding discussion.

So what we're really looking at is if we were to see, for whatever reason, elevated cancellations, lower SMID awards, non-pre revenue biotech or just core SMID, lower order delays, whatever it might be because of the economic situation. What would it look like if our book-to-bills were below one, two for three or four quarters or our burn rate were to extend out given delays over where it is for 2022.

And as Michelle said, when you look at a book-to-bill of one or one to one over three or four quarters or the backlog burn rate extending, you get into that mid-single digit versus the 7% to 10% growth that we put out there for 2023.

But right now, based on what we've seen, right, whether it's the pipeline of opportunities, it's the awards that we have and the backlog growth that we have year-to-date, which is 16-plus percent.

We just don't see it.

So we're still comfortable with 7% to 10%, but it would be mid-single digits if we had that sustain from here impact.

## A - Steven Couche

Yes. That's helpful. Maybe going back to Michelle and your wheelhouse on Commercial. You've developed a nice pipeline of Syneos One in full commercial -- full service commercial mandates. Those continue to layer upon themselves.

At what point -- and I don't think you've quantified it yet as a percentage of commercial, but at what point do those become material enough where maybe you could disclose those to investors?

## A - Michelle Keefe  {BIO 20445580 <GO>}

So they are absolutely contributing to the above market growth you're seeing in Commercial.

As you know, Commercial grew 18% in Q1.

So they are absolutely contributing to that full-service Commercial, which is when we integrate our capabilities to launch a Commercial asset or Syneos One, which, as you know, we've seen 2 assets flow through the pipeline right now to Commercial.

We have line of sight to 24 assets in the pipeline, but just to be really transparent, we know all of them are not going to make it, right?

They're all in clinical development, many of them will make it through, some of them won't.

When they do make it through, we look at it as almost like if you were categorizing, if you were highly likely to win something, you're highly likely to win the Commercial business on a Syneos One asset, right?

Because you've been working with them, you're doing a great job. You've been giving them commercial insights throughout the whole development of the asset becomes an obvious choice to continue to work with us, right?

So we believe the Commercial market is going to grow about 5% a year.

We believe our underlying business is absolutely growing at that rate.

We do believe that full service commercial and Syneos One will continue to ensure that Commercial grows above market. And as it becomes more material, obviously as I said, we're focused on being transparent with our data as it becomes a material amount of the business, obviously we will look at whether reporting on that makes sense or not.

## A - Jason Meggs  {BIO 19515623 <GO>}

Yes. I would just add to that. I mean we do provide an update of Syneos One, our portfolio twice a year.

We have provided an update that over the last 12 months, has contributed $875 million to our trailing 12-month awards.

Our current total potential value is $4 billion, should it go everything go the distance.

So I think we're already providing some transparency around that, but we can continue to look at what else do there.

## A - Steven Couche

Then maybe looking out a little bit further, your aspiration is to continue to grow above market. Can you give us any sense as to maybe what the key drivers are of your ability to grow above market on a sustainable basis?

Is it -- and then maybe look at the mix inside of Commercial, for example, comps versus deployment?

## A - Michelle Keefe  {BIO 20445580 <GO>}

Sure.

So Commercial business, you mean specifically or overall company?

## A - Steven Couche

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2022-06-08

Commercial.

## A - Michelle Keefe  {BIO 20445580 <GO>}

Commercial business. Great.

So the comps are going to get harder and harder, right?

I mean we're the market leader by a mile, right?

So we have a very strong business but we do believe that our businesses -- underlying businesses combined are growing at 5%, right?

That's the market growth. It varies, right?

So when you look at things like consulting and digital communications, they're growing high single digits, right?

When you're looking at more traditional advertising that's creative and print and that kind of thing, that's low single-digit growth in the market, right?

And so it's that mix that matters, right?

And we've seen our deployment solutions backlog growth in Q1 was over 20%, and we think that's the future, and that's why we believe we can grow above the market because the communication or the new commercial model is now an integrated model, right?

It's using all channels to communicate with physicians with the representative or the nurse or the MSL kind of the center of that and leveraging all the other channels as appropriate based on what customers, how customers like to receive information.

And so that mix of those hybrid commercial models, we believe will continue to -- we're the winner in that space because we're uniquely able to do that.

That's why we're confident that we'll continue to grow at market and then layer over full service commercial layer over Syneos One, and that will drive above-market growth.

But I don't know if you have anything you want to add up there, Jason?

## A - Jason Meggs  {BIO 19515623 <GO>}

No.

## A - Steven Couche

FINAL TRANSCRIPT

Syneos Health Inc (SYNH US Equity)                                                    2022-06-08

Okay. Great. I want to -- we want to hit on dynamic assembly -- and maybe you can lay out for us the strategic decisions you've made there and what you look at the says partnering with more of the technology companies is the long-term play and we will focus more on the integration and pulling it all together.

## A - Michelle Keefe  {BIO 20445580 <GO>}

Sure.

So we chose the dynamic assembly approach because we wanted flexibility with customers, especially when you think about you want to get into big pharma more, right?

Big pharma likes to use certain vendors, and they have their own contracts sometimes to the people that they want to use.

We also think it's just responsible from a capital deployment perspective to partner with best-in-class organizations that we can leverage to do really unique solutions for customers, right?

And so -- but then we also start working with some of these partners, and we work with them in one area, and we realize there's five, six, seven opportunities to do unique and different things with them, which is how we end up buying certain things, right?

So that's what happened with StudyKIK, right?

We were working with them as a partner. We liked their capabilities around patient engagement, around their relationships with sites, and we said -- there's so much opportunity here, they even have a new Covid [ph] tool. There's so much opportunity here. We need to acquire them.

Same thing with the Illingworth Research Group, when we were looking at decentralized trials and the fact that if every -- our belief is that a percentage of every trial, we'll have some decentralized components to it that having the home health nursing service to go into patients' homes would be a differentiator and allow us to do things and not make patients always travel to sites.

We've decided that, that made a lot of sense for us to own that, right?

So I think you're going to see dynamic assembly be a marriage of partnerships like we have with Medable and Science 37 and Aetion and eventually some of the things we will bring in-house because we can leverage them more broadly than if they were just a partner.

So I think you'll see us continue with that approach.

## A - Steven Couche

And staying on the conversation of tech and data. At the 2020 Investor Day you talked about evolving from a data-driven to an insights-driven company.

Then on the 1Q call, you said that accelerating the intelligence development of your enterprise was the top priority.

So can you maybe be a little bit more specific about what that entails?

And maybe on the investment side, where you have to put money to work?

## A - Michelle Keefe {BIO 20445580 <GO>}

Sure. So we're going to be very disciplined in our approach to investment here. So I'll start with that statement.

But I think it's -- we've learned that our digital strategy, when we deploy it, like Kinetic, which was homegrown, right?

That's something we invested in ourselves and it's been a huge differentiator on the Commercial side. We're now using it in certain populations to recruit patients through HCP referrals. And so we're now using it on the Clinical side, too.

We see when we bring digital strategies to customers, there were more competitive right? So we want to continue to be able to bring those solutions to customers.

We also have recognized that when we get -- we have so much data at our fingertips as an organization, that when we can organize that data in a way that every individual who works for Syneos Health can make real-time decisions based on data. So things like this site should be recruiting faster.

We know that traditionally, they recruited this many patients in this amount of time. And let's say they're behind for some reason, like that they would know that immediately and be able to do some analytics what's getting in the way of that success.

We want to get that kind of data in the hands of every Syneos Health colleague. So that's where you're going to see us make the investment. So -- and it's really part the dynamic assembly approach is really the cornerstone of that, right?

So integrating with our partners, integrating with the things that we've purchased, we did create a technology business unit to do a lot of this work. It's run by Baba Shetty, who was the Head of Commercial Strategy and the architect of Kinetic, he is now doing it for the benefit of the whole organization.

So we're excited about how that will bring even more modern customer engagement to both our employees, but also to our customers.

## A - Steven Couche

Now we can talk about the fun stuff, margin.

So at the strategic level, what are the major drivers of margin or buckets of margin opportunity over the next several years?

And will it mostly be coming from ForwardBound or could there be other buckets or opportunities as well?

## A - Jason Meggs  {BIO 19515623 <GO>}

Yes. I mean -- so it's going to come from both businesses, right?

Over time as we continue to grow and scale certain investments that we've made, right?

We have businesses like a Kinetic or say our Asia-PAC business or real-world business that isn't quite at the scale that it ultimately will be and they're growing quickly.

So that will continue to scale and those investments will add margin, leverage G&A, right?

In terms of -- that's a component of ForwardBound. When you think about ForwardBound, I would think more of our Syneos operations network, which is our centers of excellence around the world where we can get cheaper labor but also work right around the sun, right?

So we can work 24/7 on certain work products.

Workforce management is a key place for us to focus. We've just really started that.

So think about that as fans and layers and grading and things within the organization that has a fairly new organization with almost 30,000 people. We have an opportunity there.

Then automation and the investments that Michelle was just talking about that we're making in our intelligent enterprise, those types of things will also just make us more efficient over time.

Our M&A targets will always one of the requirements of that or parameters that we look at is that going to be margin accretive we get some synergy out of it.

So that's certainly an area there as well. So I would highlight those three areas.

## A - Steven Couche

Great.

Then just more on an organic basis. Can you talk about the relative mix factors, Commercial versus Clinical and then FSP inside full service, maybe within each of the two big divisions?

## A - Jason Meggs  {BIO 19515623 <GO>}

Yes. I mean so this year, we've got with Commercial growing faster than Clinical, and that is a mix headwind. However we're still guiding to 55 basis points of margin accretion, which is above our typical annual target, which is 30 to 50 basis points of margin accretion each year.

So we'll have years where that happens where Commercial grows faster than Clinical.

But by and large, if you look at the market size, the Clinical market is going to grow faster than the Commercial market over time. So that will be a mix benefit.

Within Commercial, all businesses are growing really well and have been. But this year, Deployment Solutions is growing faster given we are launching -- we've launched more teams in the last two years than we have in many years, and I think we're at an all-time high in terms of the number of field teams we have out there.

But again ForwardBound and our opportunities there to help offset that are very available to us. FSP, good grower in Clinical has been, will be, we believe, as we move more into large pharma, but our SMID base and our partnerships as we stand them up and get to scale on those large pharma partnerships will be helpful to margin over time because we have 3 of the 5 that we have, we're just standing up.

So over time, that will help with margins as well.

## A - Steven Couche

Great. Well I think we are coming right up on time.

So thank you so much for being here.

## A - Michelle Keefe  {BIO 20445580 <GO>}

Thank you.

## A - Steven Couche

Michelle and Jason, and thank you, everybody, for joining us.

Syneos Health Inc (SYNH US Equity)

2022-06-08

## A - Michelle Keefe  {BIO 20445580 <GO>}

Thank you.

## A - Jason Meggs  {BIO 19515623 <GO>}

Thank you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*