# Exhibit 50

# REFINITIV STREETEVENTS

# EDITED TRANSCRIPT

SYNH.OQ - Syneos Health Inc at Evercore ISI HealthCONx Conference (Virtual)

EVENT DATE/TIME: DECEMBER 01, 2022 / 12:00PM GMT

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



DECEMBER 01, 2022 / 12:00PM, SYNH.OQ - Syneos Health Inc at Evercore ISI HealthCONx Conference (Virtual)

## CORPORATE PARTICIPANTS

**Michelle Keefe** *Syneos Health, Inc. - CEO & Director*

## CONFERENCE CALL PARTICIPANTS

**Elizabeth Hammell Anderson** *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

## PRESENTATION

**Elizabeth Hammell Anderson** *- Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Good morning, everybody. Welcome to the last day of our conference. I'm Elizabeth Anderson, I'm the Health Care Technology and Distribution Analyst here at Evercore. And I'm very pleased to be joined by Michelle Keefe, Chief Executive Officer of Syneos Health.

Thanks so much for joining us this morning, Michelle.

## QUESTIONS AND ANSWERS

**Elizabeth Hammell Anderson** *- Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Maybe to just kick it off, can you outline some of the assumptions that you guys used to determine the Clinical book-to-bill range you gave at the Healthcare Conference on September 13? Maybe talk about sort of why sort of deviated at the end of the quarter. I know we let to cover, so I figured I'd just jump right in.

**Michelle Keefe** *- Syneos Health, Inc. - CEO & Director*

Sure, Elizabeth. First of all, thanks for inviting me, and I'm excited to be here to share some information with you.

So first of all, I think we've given this context in the past, but I always think it's good to start with the context. So our awards are heavily weighted towards the last month of the quarter. And within the last month, the majority of the awards are closed in like usually the last 3 weeks. And so our forecast was based upon a bottoms-up analysis, and we looked at each individual opportunity. We went to a customer segment level to make sure we actually understood customer by customer what was going on, historical win rates. We looked at customer commitments that we had and we looked at a variety of other inputs.

And then we did, in that guidance that we gave on book-to-bill, we did forecast in the macro market dynamics that we're seeing, especially in pre-revenue biotech, and the slower Large Pharma pipelines that we have been talking about that in our own Large Pharma partnerships, our pipelines had slowed. That was contemplated in that guidance. And so the abrupt change that happened was the post-revenue SMID award dynamics, which really frankly surprised us, right? Because in Q1 of '22 and Q4 of '21, they're the largest SMID award that we had seen in the history of Syneos Health, right? So it did surprise us.

So what -- when you break that down, what happened. So we had a significantly lower win rate on the opportunities with the post-revenue SMID customers that were decided in Q3. And then we did have decision delays that were 3x to 4x higher than we experienced in Q2, primarily with the post-revenue SMID customers. That limited the award opportunities we expected at the end of that quarter.

I think the -- then it makes you ask the question like what were the challenges driven by it, right? So then we said, okay, what happened? So as we've shared in the earnings, we talked about our loss of historic agility and leadership engagement and our Clinical operating model. We talked about the disruption in strategic business development driven by leadership and organizational changes that we've made over the last 18 months

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



that, frankly, kept us from fully leveraging our integrated solutions or effectively engaging in customers in a very competitive market and traditionally the way we would previously.

And so the thing I think that's really important is what are we doing about it, right? That's the most important thing, which is that we have been making -- we have made some leadership changes, and I think it's really important that, if everybody recalls, Michael Brooks was brought in to run Clinical, right, back in late '21, early '22, right? And it kicked off Clinical Reimagined. And he has 25 years of phenomenal clinical development experience, and so really feel confident in his ability to lead that. But then when I became CEO, I moved into Chief Operating Officer. That's the confidence that I have that he can really support us here. And then moving Christian Tucat from Syneos One leadership into Strategic Business Development leadership because he really leads with a product development mindset, which is really what our differentiation is in the organization.

And then one of the things that I've always said for the last 5 years when I was leading Commercial is Commercial has some really phenomenal, very senior-level relationships across Pharma. And so we're really trying to make sure that I leverage a lot of the relationships that I have to support the business on the Clinical side as well. So I'm confident that we are doing the right things to get this back on track. But I do want to make sure that I reiterate that this is going to be a gradual return, right? This is not going to happen overnight. And I think we have the right plans in place, but it's going to take us some time to improve the book-to-bill and the sales.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Got it. Maybe just sort of drilling in a little bit further on the customer segment. If we take a -- focusing first maybe on the Large Pharma dynamics, can you clarify how you 3Q book-to-bill was such a low level, sort of Pharma performed as expected? And then what gives you that confidence in sort of the incremental net awards over the course of 4Q?

**Michelle Keefe** - *Syneos Health, Inc. - CEO & Director*

Yes. Thanks, Elizabeth.

So as I go back, our Q3 forecast for that book-to-bill that we gave did have in there the slower Large Pharma award flow, right? So we had contemplated that. We knew that, that was in the numbers and was consistent with the forecast. Our Large Pharma awards in Q2 and Q3 have been slower than historical averages. And I think we shared on previous calls that due to dynamics of the customer, right? Some customers are reprioritizing their portfolio, some customers have made leadership changes for a variety of reasons. And the fact that we have 5 Large Pharma partnerships, as you know, we added one in Q1 of 2022. We just don't have as many of our competitors do, right? So a lot of the other large global CROs have 10, 15 partnerships. And so when 1 or 2 are slowing, they have a larger pool to pull from. So it does impact us more than probably other large global CROs.

And so -- but we have shared that we do have these joint steering committees with our Large Pharma relationships, and we do have regular cadence of conversations with these customers. And we are in the mix for discussions around as they decide how they want to outsource that we will -- we are going to be in that mix. So we're very confident in that. I can't guarantee future awards, right? But I can say that we are very close to the situation, and we are very confident that we will continue to see opportunities in Large Pharma in 2023.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Okay. Got it.

And sort of as the first step on that, can you comment about how those demand and award metrics are trending for 4Q, maybe in both...

3

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Michelle Keefe** - *Syneos Health, Inc. - CEO & Director*

Yes.

So -- okay. So I think you guys know we don't normally provide intra-quarter updates on our...

---

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

(inaudible) make an exception.

---

**Michelle Keefe** - *Syneos Health, Inc. - CEO & Director*

Yes. But we -- and the reason we don't do that is because of the fact it is heavily weighted in the last month of the quarter, and we saw what happened last quarter, right? So we try not to do that.

However, I think it's important that our -- just to share that our trailing 12-month Clinical Large Pharma RFP flow has slowed and is down year-over-year, again, due to the dynamics of -- we have the 5. As you know, we're very focused on winning 1 or 2 new partnerships a year, and we are in conversations with new potential partnerships. Obviously, we have to win them, but we are in those conversations.

However, our Commercial Large Pharma RFP flow is up, and so that's up year-over-year. And so we do -- which is to me, it goes back to the comment I made earlier about my experience in Large Pharma, we're really going to do the best we can to leverage our relationships in Large Pharma to have more enterprise-wide relationships. And as you guys know, multiple -- again, we've shared this too. Of our 5, we've had 2 or 3 that clearly having the Commercial relationship and business in Large Pharma helped us get a more holistic enterprise relationship with some of these organizations. So we're going to continue to try to leverage that in some of these newer opportunities.

---

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Got it. No, that makes sense. Okay. So maybe now just switching to SMID. Can you sort of talk about the sudden reduction in the win rate in 3Q, particularly with repeat customers? Because that was something I was focused in on. And then what have you gotten from this, like, customer feedback, and what can you do from here?

---

**Michelle Keefe** - *Syneos Health, Inc. - CEO & Director*

Sure. So we have -- we know this. We had the unexpected decline in overall Clinical SMID win rate in Q3. In particular, when we looked at the win rate with our repeat SMID customers, it did fall to the lowest level we've seen in 3 years. So that really was something where we wanted to address immediately.

So we've really analyzed this population. I've talked to some of these customers, and the feedback on why they did not award us the business. I think that's the most important thing, right? Because I can't change the past, I can only correct for the future. And so the key things that I heard from these customers and my team has heard from the customers are, from a BD perspective, we have not leveraged our full capabilities to design and deliver like the optimal strategy for each new customer opportunities. So you've heard us talk about we haven't consistently integrated some of our technology and some of our acquisitions as holistically as we can. And obviously, we bought the things we bought because we believe they're differentiated, right? And so we got that as feedback, that we didn't kind of leverage our whole breadth of capabilities to be competitive in a very competitive market.

They all say the same thing upfront, which I think is a really important thing that we want to make sure we continue to focus on is that they really appreciate our therapeutic expertise. And I think that's kind of the landmark of this organization way before we were sitting outhouse, we -- even when we were INC Research and inVentiv Health CROs, there was always a real appreciation for therapeutic expertise, and so we can't lose that.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



We have to continue to focus on that. But we did not have as consistent of customer engagement that was kind of our hallmark as an organization with these particular customers, right? INC grew up with SMID, and we didn't have as consistent of a customer engagement focus as we should have in these customers based on their feedback. And it -- frankly, that lack of engagement at a consistent level has resulted in the results that we got.

And so we did have some senior leadership, we did turnover, we talked about that. And I think it's -- and we've been very focused as well because we do think this is important, having that operational leadership. As you know, part of Clinical Reimagined is making sure our senior leadership and project teams are closer together. -- working together on behalf of the customer. And so making sure that operational leadership is tied very tightly to the business development team to make sure that the customer engagement level is high.

So we've rolled out the new model, right? So Clinical Reimagined is being rolled out on all new opportunities, all new bids. And actually, we've rolled it out, and we're executing against it already in some of the things we've won earlier in the year. And the feedback is really positive. I hear things like you're a large CRO that acts like a niche custom CRO. You don't make me feel like I'm a small, small customer in a large organization. So we heard that. We heard therapeutic expertise, the quality of the project teams that we've put forward in front of these customers.

So we're really confident based on the feedback we're getting as we roll out the new model that we're on the right track to be competitive in what we all know is an extremely competitive market.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Yes. No, that makes sense.

Maybe just to focus for a second on some of the operational issues you talked about in terms of the loss of agility and leadership engagement. Like, what does that mean, agility, and sort of what changed? Like, can you give us an example of what that means?

**Michelle Keefe** - *Syneos Health, Inc. - CEO & Director*

Sure. So when we say agility, and I've gotten the feedback that maybe I could have used a different word. But when we say agility...

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

I'm expecting acrobatics now, come on Michelle.

**Michelle Keefe** - *Syneos Health, Inc. - CEO & Director*

Yes, exactly.

So we're talking about our ability to anticipate and rapidly adjust as the customers need to change, right? And to use our integrated assets and solutions to most effectively deliver clinical trials. Like that, like when -- in a nutshell, probably that's what I should have said. That's what I mean.

And so because we have seen those challenges in the post-revenue SMID cohort of customers around engagement which has affected our ability to win new business with these same customers, we launched Clinical Reimagined, and Michael Brooks is focusing on that. Just to give you some specificity, but I think we'll get into the things that we're doing that will improve our customer engagement and our ability to win new business. Again, not guaranteeing I could do it, but here's what I believe is the right thing to do.

We're simplifying and streamlining processes that have become overly complex, right? We put 2 CROs together 5 years ago and had tremendous growth over the last 5 years. And probably you can always play Monday morning quarterback, you look back down and you say, we just made

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



things more complicated than it needed to be, right? So we're simplifying and streamlining that. We're reducing -- we had a lot of highly specialized roles, so there was like way too many people that we needed to talk to, to get things done for customers. And so we reduced highly specialized roles and management layers. We've also really have been installing a regional and a country-based operating model, understanding that you want to make sure that you're delivering in local countries as effectively as possible, understanding what local means.

The other thing we've done is, this is why AI and technology is so important. We've taken a lot of what I would call administrative and low-value work that just has to be done that might have been done previously by the people facing the customer. We've unburdened that, and so that all the people who are facing the customer have to do is focus on the customer and the customer's delivery. So administrative stuff that would take you away from paying attention, we've taken that (inaudible). And then driving consistent application of our tech-enabled capabilities such a study kick. The capability of that study kick has is phenomenal, and being able to like embed that in all our clinical programs where appropriate is really important.

So I think the other thing is that we're excited because we've seen our average retention steadily improve during 2022. So it's back to pre-COVID levels, right? And so that's important, right, because you want to have continuity with your teams, with your customers. And like I said, we're getting really positive feedback on Clinical Reimagined. And I think I've shared with you one of our Large Pharma customers recently told us that we were their #1 quality CRO. So we are definitely feeling like we're putting the right steps in place to address the post-revenue SMID cohort, but it's taken longer than I like and longer than I think anybody who's probably listening to me right now would like. And we are -- we're continuing to just stay focused on improving this so that we can be more competitive in the marketplace.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

That makes sense. Can you provide more color on some of the business development challenges with the SMID customers? Is it like talent or strategy or offering price, and like -- it did seem like it just sort of like dropped off in 3Q versus sort of the prior trajectory. And then like how do you get confident that like some of this is getting fixed?

**Michelle Keefe** - *Syneos Health, Inc. - CEO & Director*

Right. So as I said, I don't think anybody was more shocked than me when I saw that drop off in Q3. And so we believe that the business development issues in the post-revenue SMID and the lower win rate in that group, we do think it's the disruption from -- and the turnover in senior leadership in BD. We do think that, that had an impact. And we do think the fact that we weren't customizing our solution design for this particular group of customers as consistently as we should have, engaging all our capabilities. And I think -- and again, taking away some of the burden on the day-to-day from the people who are running the clinical trials day-to-day so they can focus on the customer versus administrative stuff. We think it's a combination of those things.

And again, I know I feel like I'm up like a little bit of a broken record that I'm confident of the Clinical -- Yes. That -- Clinical Reimagined is really on the right track to help us be more competitive for sure.

I think there's a couple of other things. We are bringing in new talent that has relationships in different customer segments, right, who really have strong SMID relationships and understand. We're doing, in general, doing full-service trials for them and their unique needs and the support that they need. And really doubling down our therapeutic expertise, which is critically important in that customer cohort. And we're really -- we're focusing on understanding what it is that they need and what is that they're looking for us in awarding CRO business, right? So we think it's -- it's the things that we said, stronger account management. It's the same key things that we've been sharing.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

No, that makes sense.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



DECEMBER 01, 2022 / 12:00PM, SYNH.OQ - Syneos Health Inc at Evercore ISI HealthCONx Conference (Virtual)

Just maybe to piggyback on to something you mentioned in your last question, about being surprised about the results in 3Q. What changes are you making or have you already made to improve visibility into the business, both you as a senior management and then maybe like for the BD team, as I reckon, incentive system channel, like -- how do think about that?

**Michelle Keefe** - *Syneos Health, Inc. - CEO & Director*

Sure. No, that's a great question.

So our visibility has been good in areas like margin expansion, cash flow, debt repayment and Commercial growth, right? Like, we've had good visibility on those things. Now, it's not been acceptable in areas like our reimbursable expenses and business demand drivers, which is your specific question, right? Such as with the post-revenue SMID repeat business.

And so part of Clinical Reimagined is as we simplify the organization, we're going to have more improved decision support with data and insights and operational scorecards that are more closely aligned with leaders, with the customers and the projects, right? So we're giving them a lot of tools, a lot of data, a lot of insights so that we can be -- have more visibility into what's going on day to day in each of the projects and in what's going on from a BD perspective, right? The technology enablement, I think, is one of the key pieces to this, Elizabeth, because we want to have more visibility into our core processes, metrics and real-time operational performance. So a lot of the things you've heard us talk about from an investment perspective are going to address these things.

And I think it's more visibility into solution design, right? Making (technical difficulty) on the design for the bid defense or for the operational plan for the clinical trial that as we're competing for that, right? So those are some of the things that we're trying to focus on.

And I do think that we're also really trying to figure out what are the leading indicators, right? So like if you're working on a Phase II, how do you make sure you're really thinking through why you're the right team to now do the Phase III, right? And those types of things. And having much more visibility in reporting on all those things as we move forward. Those are the types of things that we're talking about in regards to improving visibility.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Got it. Okay.

And maybe just also touch upon what you said about employee retention. I mean, given the lack of bonuses in 2021, the wage inflation that's evident everywhere and the possibility of probably what's another, what I guess, subpar bonus payout. How do you keep and retain this talent and avoid this sort of like changeover in senior management and further down the organization?

**Michelle Keefe** - *Syneos Health, Inc. - CEO & Director*

Yes. So employee retention and employee engagement is critically important to any organization. And so, Elizabeth, I spent a lot of time thinking about this, just to be super candid, right? So we are -- like I shared, our retention rates are the best they've been, right? They're steadily improving. And I think we've done a couple of things that -- we'll talk about bonus in a second, but I think we do a couple of things that I think also when you think about total rewards or how people value their work or their job, right? We have put some retention programs in place that we've been rolling out over the course of the year to make sure that we're retaining key talent that are working on customer business.

We are -- have put a lot of investment in career development opportunities. That's one of the things that's nice about being Syneos Health, you have the full product development life cycle, right? And so I actually -- we have a whole section on our Internet about how people move around into different roles between Clinical, Commercial and Med Affairs, et cetera. And so -- and people are really like jazzed by that -- that they're -- like that they can move around and get different career opportunities, and I think that's helping retention. Honestly, the investments in technology to make people's lives easier here to work more efficiently and effectively and free them up to do what they want to do, which is to do great work for

7

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



patients and clinical trials or in commercialization, I think that we're getting a lot of positive feedback on that as well. So they feel like they're getting to do the stuff they want to do and not the stuff that nobody likes to do, right? So I think those are softer things.

So -- and you've heard me answer this question in the past around -- about bonus, right? So our management incentive plan is for the most senior levels of the organization, right? And that is a plan that is tied to performance. And we have accrued, through the quarter aligned to our performance. So we have accrued bonus dollars against our performance, but I think I've also shared that until the year is over, and the year is over, right, because it's tied to the overall yearly number. But I think it's important that it's a small cohort, and so I think that there's this misperception that like there's 29,000 people in this organization, and that this plan affects everybody. It's tied to senior leadership and senior leadership performance, and I think everybody on this phone would want us to tie our senior leaders to performance of the company, right?

We do have lots of other bonus plans for different roles, right? Roles in the field, business development bonuses. We also do have equity grants, too, that we're able to use to reward people for their retention to stay with the company and focus long-term. So I think it's really important that it's a balance. And I also focus heavily on our -- what are we doing for benefits and retention and diversity inclusion and ESG, and all those things that really matter, really, really matter to a large percentage of our population, and so investments in those areas, too.

So I know it's kind of a -- I feel like I gave you a very long answer to that question. But I think -- I don't know. It's been my experience that I'm not minimizing the importance of bonus, but people want to work in organizations that have the total package, and I think we're focusing on that.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Got it. Well, in fairness, it was probably a 4-part question, so makes sense. Okay.

So maybe just sort of bouncing what you just said with the -- obviously, the need to expend to fix some of the problems, and obviously, on what you just said. How do you balance the need to reduce costs in the near term with these investments? How do we think about the ongoing initiatives and anything you've changed there recently?

**Michelle Keefe** - *Syneos Health, Inc. - CEO & Director*

Sure. So first of all, we do remain committed to long-term margin expansion, right? But in the near term, we do need to prioritize some investments to facilitate, and I think I've used the word prudent before. The prudent management of our cost structure, right? So we have been taking targeted actions to align our cost with revenue and backlog of the business, but that's part of our ongoing management discipline. We do that. That's a regular hygiene that I think every -- all good companies do.

We do have more room with forward bound to continue to grow our Syneos operating network. We can add -- we are adding more automation projects, and we have recently begun expanding it to workforce management. So there's opportunities there. But I do want to reinforce that we feel very strongly about certain investments that we must make now to transform our business and stay competitive and deliver customers what they need. And the things that I think we can pace based on how we perform, right?

And so I think the things that are critical to transforming our business is continuing our investment in Clinical Reimagined; the tech-enabled operating model, I think that's going to be really important; our strategic business development investments, that's the #1 thing. Bringing in new business is probably the most critical thing we can do. The visibility, so that we have more visibility into leading indicators of performance so we could -- when things are going well, you can double down on those things. And if you see things not where you want them to be, you can investigate quickly. So visibility is going to be important. And increasing efficiency. And so you heard us talk about project velocity. It's an acceleration of, frankly, how it today look at it is it's an acceleration of forward bound, right? It's basically leveraging best-in-class partners to transform our cost structure over the next several years so that we can optimize our operational footprint and take advantage and leverage tools and technologies that other people have already developed to enhance both our customers' experience as well as our employee experience. Those are the things that we're focused on immediately because we believe they'll drive better customer engagement and will help us with long-term margin expansion.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



The things that are important but we can pace are things like Project Unify, our ERP cloud solution, right? The investment in Medical Affairs. We've made some investments already, and we're pleased with that offering in the marketplace. As you've heard us say, the science is getting more and more complex, and Medical Affairs is becoming more and more of a growth area from an outsourcing perspective for Pharma, and we believe we're uniquely positioned there because of our product development focus. Cell and gene therapy, and then further investments in technology and data capabilities. So obviously, we can leverage some of that from these transformational partners that we would work with from Project Velocity. But there are certain things that we think we need to own, homegrown in our own organization, and that's where we would focus.

But again, we are committed to long-term margin expansion as a lever to drive long-term shareholder value. And we're going to be very -- that's how we're going to look at it to make sure that we do the things that will help us be more competitive and make those investments, and then pace the things that we think are just opportunistic.

---

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Okay. That makes sense.

And can you help level set us, for people who are worried about sort of pricing dynamics, like what are you seeing in the market in terms of that? And so do you anticipate any changes in the near-term?

---

**Michelle Keefe** - *Syneos Health, Inc. - CEO & Director*

I can appreciate that question. So we do not currently -- I mean, and I'm a big believer in this, we do not win or lose work because of price. People want value, right? And even the most price-sensitive customers will value experience and solutions and engagement above everything else. I mean, I always remind everybody, this is like -- these assets are so critical to this company's success that they're really much more focused on the value that the companies bring, which is why it's so important that we integrate our capabilities when we're doing business development, right?

So the market is super competitive, but it's super competitive on value drivers, in my opinion, right? And so I think pricing is much more a function of the operating plan we present to a customer to run their project. It's not really about the underlying hourly or unit rates or anything like that, right? It's really about leveraging your capabilities to get the best solution.

And so we have in the past, and we still do it, we do have (technical difficulty) on the success. We get upside if we beat milestones. And we have places where if we don't perform to plan, we have some bonus (inaudible), but that's not a new dynamic. I mean, that's something that's been going on in this industry for a while. And ultimately, we're trying to help customers lower their overall cost of clinical development. And so we're constantly looking to drive efficiencies. And so despite the competitive environment, I mean, again, I guess this question is really a question around, a, don't affect the overall market with pricing. We're not going to do that. And we are committed to driving long-term margin expansion as evidenced by our launch of Velocity and other forward efforts. It's not -- we're going to have a pricing strategy that drives value.

---

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Got it. Okay.

Maybe switching topics slightly for a second. In the -- on the 3Q call, you mentioned there were some award decision delays in 3Q. How are the demand and award metrics so far in 4Q trending for SMID, Clinical and Commercial?

---

**Michelle Keefe** - *Syneos Health, Inc. - CEO & Director*

Yes. So again, I just want to -- I want to set everybody's expectations that we're not going to typically provide intra-quarter updates on our awards because of the fact that they're so heavily weighted the last month of the quarter. But we did talk -- we did talk about the pushes, right? So we

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



know that from a demand environment for Q4 so far, the trailing 12-month Clinical and Commercial SMID, dollars continue to be down in RFPs. RFP's SMID dollars are down. As I've shared, Commercial, Large Pharma is up.

However, we have seen Clinical SMID RFP flow to improve slightly on a sequential quarterly basis. But it's an early trend, and I don't want to call victory at all. It's just an early trend, right? And so of the opportunities that were delayed out of Q3 that have gone to decisions since the end of Q3 of that population, it's not a lot. But of it, we have had a lower than normal win rate. Obviously, we won some, but it's lower than our normal win rate. And so it just reinforces to me that the investments that we're making in the solution design upfront, the right BD leadership, connecting the project management and the BD team together to create solutions for customers is critically important, that those investments, and that focus is going to be really important.

**Elizabeth Hammell Anderson** *- Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Got it. Okay. Got it.

It seems like, in summary, in sort of the totality of what you're saying, like a lot of the issues that you're experiencing are specific to Clinical. Have you seen any of these issues sort of bleed into Commercial? Or are there any separate sort of issues that are specific to Commercial that you can highlight?

**Michelle Keefe** *- Syneos Health, Inc. - CEO & Director*

Yes. And so -- of course, the minute -- we did a deep dive into Commercial too because we wanted to make sure that we have full visibility. We were pretty confident our visibility was good, but we wanted to double click on that, right? And our Commercial business remains healthy. I experienced the same operational or BD challenges in Commercial that we have in Clinical. But the SMID RFP flow in Commercial is down year-over-year, but we do believe that's a reflection of the macro environment. I think we've heard other -- we've heard broader commentary even outside of -- on the Commercial side of the business, when you look at some of the digital competitors and things like that. They have said that they've seen the macro environment, maybe making the market a little more deliberate. So we have seen that. But our Large Pharma RFP flow is up. We're getting -- in Commercial, we're seeing larger customers build more flexibility into their commercial operating model, so we believe they're outsourcing a bit more.

And so we're going to continue to closely watch it. Again, if I'm going to preach that I'm focusing on visibility, I have to make sure I'm really paying attention to everything, right? So we're going to watch the broader economic conditions, but right now, we've not seen a material impact on Commercial.

**Elizabeth Hammell Anderson** *- Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Got it. And then right after the 3Q earnings call, you announced a refinancing agreement. Can you just sort of step us, like, what was that? And can you give us (inaudible) out of that?

**Michelle Keefe** *- Syneos Health, Inc. - CEO & Director*

Yes. So the closing of the refinancing naturally cannot occur until we released our Q3 earnings, so we couldn't announce it at our earnings call. We had to release our earnings and then we did the close that day actually, and then file the 8-K on that following Monday.

So the primary goal -- let me just walk through what we did. The primary goal was the extension of the maturities of our term loan and the revolving credit facilities from August '24 out to November 2027. We also increased our liquidity by increasing our revolver borrower capacity. The structure is largely unchanged. It doesn't materially impact our interest expectations for 2023, although we did shift the rate mechanics from LIBOR to SOFR.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



And these facilities continue to have only 1 affirmative financial covenant which remains the same as it was, which is the first lien net leverage ratio below the 4.5. And so we feel like it gives us a significant cushion, and we're confident in our cash flow and long-term liquidity position.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Got it. And I appreciate that it's December, ahead of what's been extra exciting and volatile year for everybody, and so you might want to wait to give like full 2023 guidance for a bit longer. But can you give us any directional color? And then sort of what are your key indicators into the forward demand, like, metrics that you're going to be tracking and sharing?

**Michelle Keefe** - *Syneos Health, Inc. - CEO & Director*

Yes. So we're not prepared thus to give any directional color or update at this time.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

(inaudible)

**Michelle Keefe** - *Syneos Health, Inc. - CEO & Director*

With regard to our awards, particularly given the fact that they're heavily weighted in the last month of the quarter. So when we think about it, right, the investments we're making, obviously, we're going to track that the investments are getting us the results that we want. really it has been close to understanding the operating enhancements and Clinical Reimagined, making sure we take care of the needs of SMID customers so that we can be more competitive there. So -- also working closely on the timing of the awards in 2023 from our Large Pharma partnerships. We're going to really stay close to them.

And then I think the things that we think will give us like a leading indicator, things, and we'll figure out how we share these with investors in the future, is we're going to -- we absolutely have to measure our repeat business. It goes back to my commentary around, we're doing a Phase II, how do you get ready to be competitive for the Phase III? If you're doing a Phase II on one asset and they have a second asset, how are you working with them to make sure that you have visibility and an opportunity to compete for that business?

We're going to really stay close to RFP flow, really like making sure that we've got that focused on. We're going to look at things like cycle times and milestones achieved over contracts, like we're really going to be very, very specific around everything that either ties to first award or revenue. And we are going to think about how can we package this in a way that it creates clarity, not more confusion, right? So I'm really thoughtful about that.

So as I think about that, I will be sharing those with you to give you one of the leading indicators that will demonstrate that we're improving in the areas that we have outlined.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Got it. Okay. And just in terms of communication, broadly speaking, you guys are sort of -- given the sort of focus on business improvement, you sort of expect that you'll sort of maintain this kind of like [Reg] FD and earnings compliance investor communication structure for the short-term, at least?

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



DECEMBER 01, 2022 / 12:00PM, SYNH.OQ - Syneos Health Inc at Evercore ISI HealthCONx Conference (Virtual)

**Michelle Keefe** - *Syneos Health, Inc. - CEO & Director*

Yes. We're going to keep our heads down and focus on executing this plan. But we do -- we'll close out 2022 and we're very focused on making sure we do everything we can to close out 2022, get full visibility on what's going on, release our Q4 earnings. And then our goal is once we get through the year to think about how we can get back to a more regular cadence of communication.

---

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Okay. That makes perfect sense.

So can you provide any details on -- we've talked about Project Velocity in and about other things. Will this get you back to sort of that 30 to 50 bps of margin expansion sort of in -- as future years go forward given the current environment and the heightened investments?

---

**Michelle Keefe** - *Syneos Health, Inc. - CEO & Director*

Yes. No, it's a really great question.

We expect significant margin benefits from Project Velocity over time, right? But we do not currently anticipate the 30 to 50 bps of margin expansion for 2023, specifically because we're unable to provide revenue guidance until we get additional visibility. But we do believe this is part of the strategy to remain committed to the longer growth of the 30 to 50 bps of annual margin expansion as we get to a turnaround. It's just not -- I don't see it happening in 2023.

---

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Got it. That makes sense.

So in terms of what are your median and maybe longer-term capital deployment strategies? Are you changing your priorities in light of the current circumstances?

---

**Michelle Keefe** - *Syneos Health, Inc. - CEO & Director*

We stayed pretty consistent here, right? In light of the macro environment and everything else that's going on, we like to pay down our debt, right? That's our #1 capital deployment strategy. However, we do -- our share repurchasing philosophy has kind of been that we want to buy back sufficient share as each year to offset the dilution that we give. We want to focus on investing in the organic investments I shared, the Clinical Reimagines, BD, tech-enablement efficiency, right? We want to make sure we're investing in those things.

And that said, if -- we'll continue to evaluate the tuck-in acquisition opportunities that add capabilities to our model and capitalize long-term growth, but we'll always evaluate because at any given time, things can change. We'll always evaluate the best opportunities to drive long-term shareholder growth. But really not -- we're very focused right now on paying down our debt.

---

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Okay. That makes sense.

And then I know we're sort of coming up on time, so like taking all this into totality, how do you remain confident given the volatility, the results, volatility of the macro and sort of this combined Commercial, Clinical model and strategy?

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



**Michelle Keefe** - *Syneos Health, Inc. - CEO & Director*

So we do believe we have the right strategy. We know we have some short-term things that we have to address, and I think we've talked about that. But I have a unique, I think, perspective because I led Commercial and Med Affairs, and now I'm leading the whole company and I've been spending the majority of my time really digging deep in with Michael and Christian on Clinical, right? And so I can tell you that -- I can give you an example of every time I talk to a customer, how the product development mindset makes a huge difference for customers. Bringing therapeutic insights into Commercial are really helping people understand what is the evidence they need to have, to have a successful launch of a product, right? And really embedding those commercial capabilities in earlier. Real world evidence, medical affairs, value and access. I can tell you every single time we have these conversations, and how do you design your clinical trial protocols to make sure you're going to actually have the evidence to be able to be competitive in the market. Not just to get regulatory approval, right?

And I will tell you that I am convinced that whether you buy a point solution from us in Large Pharma or whether you're bringing a fully integrated solution into our -- for a smaller company, that we are doing the right things. And so I really feel good about where we're going as an organization and the value that we're bringing. The complexity of the science is begging for this. We've just made a couple of acquisitions in Commercial, Boco Digital. We just announced a partnership with Phil for hub services around patient services. So we're doing a lot of things in Commercial that are actually going to make the patient experience better, too.

So I'm convinced that this is the right model. I feel we have the right strategy to be in a better position to be competitive moving forward. And I really appreciate Elizabeth, who've given me the opportunity to share this with everybody, and thank you for the opportunity.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Yes. No, thanks very much for joining us. I think this was really helpful in terms of getting some more time to discuss your perspectives on everything that's been going on and sort of your continued outlook.

So thanks for joining us today, and thank you, everybody, for listening in. It was nice to hear for everybody.

**Michelle Keefe** - *Syneos Health, Inc. - CEO & Director*

Have a great day, everyone.

**Elizabeth Hammell Anderson** - *Evercore ISI Institutional Equities, Research Division - MD & Fundamental Research Analyst*

Bye.

**DISCLAIMER**

Refinitiv reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES REFINITIV OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2023, Refinitiv. All Rights Reserved.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2023 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

