# Exhibit 57

DEF 14A 1 syneosproxystatement2020.htm DEF 14A

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, DC 20549**

# SCHEDULE 14A
**(RULE 14a-101)**

### INFORMATION REQUIRED IN PROXY STATEMENT
# SCHEDULE 14A INFORMATION

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934**

Filed by the Registrant ☒          Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐   Preliminary Proxy Statement.

☐   **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2)).**

☒   Definitive Proxy Statement.

☐   Definitive Additional Materials.

☐   Soliciting Material Pursuant to §240.14a-12.

# SYNEOS HEALTH, INC.
**(Name of Registrant as Specified in its Charter)**

# N/A
**(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒   No fee required.

☐   Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11

    (1)   Title of each class of securities to which transaction applies:

    (2)   Aggregate number of securities to which transaction applies:

    (3)   Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

    (4)   Proposed maximum aggregate value of transaction:

    (5)   Total fee paid:

☐   Fee paid previously with preliminary materials.

☐   Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

    (1)   Amount Previously Paid:

    (2)   Form, Schedule or Registration Statement No.:



# Notice of 2020 Annual Meeting and Proxy Statement





1030 Sync Street
Morrisville, North Carolina
27560

# Notice of Annual Meeting of Stockholders

| DATE AND TIME | LOCATION | RECORD DATE |
|---|---|---|
| May 27, 2020 at 8:00 a.m. EDT | Online only via live webcast | March 30, 2020 |

To the Stockholders of Syneos Health, Inc.:

Notice is hereby given that the Annual Meeting of Stockholders (the "Annual Meeting") of Syneos Health, Inc. (the "Company" or "Syneos Health") will be held on May 27, 2020 at 8:00 a.m. EDT. The Annual Meeting will be a completely virtual meeting, which will be conducted via live webcast. You will be able to attend the Annual Meeting online and submit your questions during the meeting by visiting www.virtualshareholdermeeting.com/SYNH2020.

The meeting is called for the following purposes:

1. To elect the four Class III directors named in the Company's Proxy Statement for a term expiring at the 2023 annual meeting of stockholders and until their successors have been elected and qualified;

2. To approve, on an advisory (nonbinding) basis, the Company's executive compensation;

3. To ratify the appointment of Deloitte & Touche LLP as the Company's independent auditors; and

4. To consider and take action upon such other matters as may properly come before the meeting or any adjournment, continuation or postponement thereof.

These matters are more fully described in the Proxy Statement accompanying this Notice.

If you were a stockholder of record of Syneos Health Class A common stock ("common stock"), as of the close of business on March 30, 2020, you are entitled to receive this Notice and vote at the Annual Meeting of Stockholders and any adjournment, continuation or postponement thereof, provided that the board of directors (the "Board") may fix a new record date for an adjourned meeting. Our stock transfer books will not be closed. A complete list of our stockholders as of the record date will be available for examination by any stockholder during the ten days prior to the Annual Meeting for a purpose germane to the meeting by sending an email to Investor.Relations@syneoshealth.com, stating the purpose of the request and providing proof of ownership of Company stock. The list of these stockholders will also be available on the bottom of your screen during the Annual Meeting after entering the 16-digit control number included on the Notice of Internet Availability of Proxy Materials or any proxy card that you received, or on the materials provided by your bank or broker.

We are pleased to take advantage of the U.S. Securities and Exchange Commission rules that allow us to furnish these proxy materials and our 2019 Annual Report to Stockholders, including financial statements, via the Internet. On or about April 16, 2020, we mailed to our stockholders a Notice of Internet Availability of Proxy Materials containing instructions on how to access our Proxy Statement and 2019 Annual Report to Stockholders and how to vote. We believe that posting these materials on the Internet enables us to provide stockholders with the information they need to vote more quickly, while lowering the cost and reducing the environmental impact of printing and delivering annual meeting materials.

**You are cordially invited to attend the meeting online. Whether or not you expect to attend online, the Board respectfully requests that you vote your shares in the manner described in the Proxy Statement. Promptly voting your shares will ensure the presence of a quorum at the Annual Meeting and will save us the expense of further solicitation. At any time before it has been voted at the meeting, you may revoke your proxy in the manner described in the Proxy Statement.**

By Order of the Board of Directors of Syneos Health, Inc.,

**JONATHAN OLEFSON**
General Counsel and Corporate Secretary
Morrisville, North Carolina
Dated: April 16, 2020

**SYNEOS HEALTH, INC.**
**1030 Sync Street**
**Morrisville, North Carolina 27560**

**Proxy Statement**
**for the**
**Annual Meeting of Stockholders**
**To Be Held May 27, 2020**

# Table of Contents

| | Page |
|---|---|
| **Information Concerning Solicitation and Voting** | **3** |
| **Proposal One - Election of Directors** | **7** |
| **Corporate Governance Matters** | **14** |
| **Security Ownership of Certain Beneficial Owners and Management** | **21** |
| **Delinquent Section 16(a) Reports** | **22** |
| **Executive Compensation and Other Matters** | **23** |
| **Compensation Discussion and Analysis** | **24** |
| **Proposal Two - Advisory (Nonbinding) Vote on Executive Compensation** | **46** |
| **Proposal Three - Ratification of the Appointment of Independent Registered Public Accounting Firm** | **47** |
| **Audit Committee Report** | **48** |
| **Director Compensation for Fiscal Year 2019** | **50** |
| **Compensation Committee Interlocks and Insider Participation** | **51** |
| **Certain Relationships and Related Person Transactions** | **51** |
| **Stockholder Proposals** | **53** |
| **Proxy Solicitation** | **53** |
| **Delivery of Documents to Stockholders Sharing an Address** | **54** |
| **Annual Report on Form 10-K** | **54** |
| **Other Matters** | **54** |

# Security Ownership of Certain Beneficial Owners and Management

The following table sets forth certain information regarding the beneficial ownership of our common stock as of March 30, 2020, unless otherwise noted below, for the following:

- each person or entity known to own beneficially more than 5% of our outstanding common stock as of the date indicated in the corresponding footnote;

- each member of our Board and each of our named executive officers ("NEOs"); and

- all current members of our Board and our executive officers as a group.

Applicable percentage ownership is based on 104,160,680 shares of our common stock outstanding as of March 30, 2020, unless otherwise noted below, together with applicable options for each stockholder. Beneficial ownership is determined in accordance with the rules of the SEC, based on factors including voting and investment power with respect to shares. Common stock subject to stock options currently exercisable, or exercisable within 60 days after March 30, 2020, are deemed outstanding for the purpose of computing the percentage ownership of the person holding those stock options, but are not deemed outstanding for computing the percentage ownership of any other person. Unless otherwise indicated, the address for each listed stockholder is c/o Syneos Health, Inc., 1030 Sync Street, Morrisville, North Carolina 27560. Each of the stockholders listed has sole voting and investment power with respect to the shares beneficially owned by the stockholder unless noted otherwise, subject to community property laws where applicable.

| NAME AND ADDRESS OF BENEFICIAL OWNER | NUMBER OF SHARES BENEFICIALLY OWNED | PERCENT OF COMMON STOCK OUTSTANDING |
|---|---|---|
| **5% Stockholder:** | | |
| Advent International Corporation (1) | 22,413,317 | 21.52% |
| Funds affiliated with Thomas H. Lee Partners, L.P. (2) | 19,244,020 | 18.48% |
| BlackRock, Inc. (3) | 8,841,663 | 8.49% |
| The Vanguard Group (4) | 8,052,840 | 7.73% |
| **Named Executive Officers and Directors:** | | |
| **Alistair Macdonald (5)** | 185,973 | * |
| **Jason Meggs (6)** | 35,278 | * |
| **Michelle Keefe (7)** | 14,986 | * |
| **Paul Colvin (7)** | 4,763 | * |
| **Jonathan Olefson (7)** | 5,487 | * |
| **Todd M. Abbrecht** | — | — |
| **Thomas Allen** | — | — |
| **Bernadette M. Connaughton** | — | — |
| **John M. Dineen (8)** | 5,932 | * |
| **Linda A. Harty (8)** | 11,432 | * |
| **William Klitgaard (8)** | 11,432 | * |
| **John Maldonado** | — | — |
| **Kenneth F. Meyers (8)** | 12,141 | * |
| **Matthew E. Monaghan (8)** | 12,141 | * |
| **Joshua M. Nelson** | — | — |

| | | |
|---|---|---|
| All board of director members and executive officers as a group (15 individuals) (9) | 299,565 | * |

SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT

\*   less than 1%

(1)   As reported on a Schedule 13D filed on August 10, 2017, on behalf of Advent International Corporation and various related entities. The address of Advent International Corporation and such related entities is 75 State Street, Boston, MA 02109.

(2)   As reported on a Schedule 13D filed on June 26, 2019 on behalf of Thomas H. Lee Partners, L.P. and various related entities. Each of Thomas H. Lee Partners L.P. and its related entities has shared ownership and dispositive power over their respective shares. The address of Thomas H. Lee Partners, L.P. and such related entities is 100 Federal Street, 35th Floor, Boston, MA 02110.

(3)   As reported on a Schedule 13G filed on February 6, 2020, BlackRock, Inc. reported sole voting power over 8,639,785 shares and sole dispositive power over 8,841,663 shares. The address of BlackRock, Inc. is 55 East 52nd Street New York, NY 10055.

(4)   As reported on a Schedule 13G filed on February 12, 2020, The Vanguard Group reported sole voting power over 65,971 shares, shared voting power over 12,207 shares, sole dispositive power over 7,983,358 shares, and shared dispositive power over 69,482 shares. Includes 57,275 shares beneficially owned by Vanguard Fiduciary Trust Company ("VFTC") as a result of its serving as an investment manager of collective trust accounts. Also includes 20,903 shares beneficially owned by Vanguard Investments Australia, Ltd. ("VIA") as a result of its serving as an investment manager of Australian investment offerings. VFTC and VIA are wholly owned subsidiaries of The Vanguard Group, Inc. The address of The Vanguard Group is 100 Vanguard Blvd., Malvern, PA 19355.

(5)   Includes 95,648 stock options currently exercisable or exercisable within 60 days of March 30, 2020.

(6)   Includes 5,173 stock options currently exercisable or exercisable within 60 days of March 30, 2020.

(7)   Includes zero stock options currently exercisable or exercisable within 60 days of March 30, 2020.

(8)   Includes 4,122 restricted stock units currently exercisable or exercisable within 60 days of March 30, 2020.

(9)   Includes 100,821 stock options and 20,610 restricted stock units currently exercisable or exercisable within 60 days of March 30, 2020.

# Delinquent Section 16(a) Reports

Section 16(a) of the Exchange Act requires our executive officers, directors, and persons who beneficially own more than 10% of a registered class of our common stock or other equity securities to file with the SEC certain reports of ownership and reports of changes in ownership of our securities. Executive officers, directors and stockholders who hold more than 10% of our outstanding common stock are required by the SEC to furnish us with copies of all required forms filed under Section 16(a). Based solely on a review of this information and written representations from these persons that no other reports were required, we believe that, during the prior fiscal year, all of our executive officers, directors, and to our knowledge, 10% stockholders, complied with the filing requirements of Section 16(a) of the Exchange Act, except for one late report reporting one transaction for THL due to an administrative issue.