# Exhibit 61

**From:** Colvin, Paul <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+20+28FYDIBOHF23SPDLT+29_CN=RECIPIENTS_CN=AC1AAE21C96040D9B63C7D47EEEF23D7-PAUL+2ECOLVIN@MN2PR19MB3965.namprd19.prod.outlook.com>
**Sent:** Saturday, July 10, 2021 7:05 AM
**To:** Brown, Bekki <bekki.brown@syneoshealth.com>; Fitzgerald, Tara <tara.fitzgerald@syneoshealth.com>; Nealon, Patrick <patrick.nealon@syneoshealth.com>; Ernst, Marcin <marcin.ernst@syneoshealth.com>; Fotiu, Maria <maria.fotiu@syneoshealth.com>; Greene, Paul <paul.greene@syneoshealth.com>; Fillman, Jennifer <jennifer.fillman@syneoshealth.com>; Bain, Paula <paula.bain@syneoshealth.com>; McClain, Kristi <Kristi.McClain@syneoshealth.com>; Kenny, Nicholas <nicholas.kenny@syneoshealth.com>
**Subject:** Q2 request

Team

I appreciate all the efforts this week to close the quarter.  I also appreciate all that are at or above target.   It has been a challenging quarter to be sure and your efforts have made all the difference

However, we are still a long way off target.  I need to ask all to work with your CFOs as discussed and review the positive programs to find more efficiencies or reduce future overburns.   To that end I am asking for the following targets as improvement to where we were end of Friday

 2m
Company B 1m
CNS, Onco, Gen MED 2 m each
Synteract 500k

Nick, Maria and Tara I would also ask you to review your teams and look for an additional 1m

I understand it is a difficult ask and appreciate the extra effort. I know we can find it across all our teams.  We need to finalize forecast by eod Monday so please make this a priority

Paul

Get Outlook for iOS [aka.ms]

**REDACTED**

**Customer company names redacted by Syneos.**