# Exhibit 62

***Kempen International Funds et al.* v. *Syneos Health, Inc. et al.*,**
<u>**Case No. 23-cv-08848 (AS) (S.D.N.Y.)**</u>

| **NON-ARGUMENTATIVE CHART IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT PURSUANT TO SECTION 8(G)(i) OF THE COURT'S INDIVIDUAL PRACTICES** | |
|---|---|
| **Cause of Action** | **Elements Not Plausibly Alleged in Plaintiffs' Amended Complaint[1]** |
| **COUNT I**<br><br>Section 10(b) of the Exchange Act and SEC Rule 10b-5<br>(AC ¶¶ 350–60.) | 1. Pleading requirements under Fed. R. Civ. P. 8(a) not met.<br>2. Pleading requirements under Fed. R. Civ. P. 9(b) and the PSLRA not met.<br>3. Amended Complaint does not plausibly allege falsity; no actionable misstatement or omission.<br>4. Amended Complaint does not plausibly allege scienter as to any Defendant. |
| **COUNT II**<br><br>Section 20(a) of the Exchange Act<br>(AC ¶¶ 361–65.) | 1. Plaintiffs fail to adequately plead a primary violation of Section 10(b). |

---

[1] This chart merely identifies the grounds for Defendants' current motion to dismiss. Defendants reserve all rights and defenses, including the right to assert that other elements of Plaintiffs' claims are not plausibly pled.