INDEX OF APPENDICES

| APPENDIX | DESCRIPTION |
| --- | --- |
| A | Plaintiffs' Elements Chart |
| B | Statements Unchallenged by Defendants in Their Motion or Appendix |
| C | Purported "Puffery" Statements with Proper Context |