**APPENDIX A**
**Plaintiffs' Elements Chart**

| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
|---|---|---|---|---|---|---|
| | | **Count I**<br>**Violations of §10(b) of the Exchange Act and Rule 10b-5**<br>**Promulgated Thereunder** | | | | |
| 1 | ¶100 | "Now clinical bookings momentum has been very good over the last several quarters, posting high market-leading book-to-bills over that period.  Backlog growth as of the end of Q2 at 14.8%.  We're very pleased with that, obviously. And with net awards growth driving at 10% year-over-year growth, it put us in a very strong position.<br><br>We're in a very strong market.  Our position in that market is growing and strengthening.  The strategy that we have seems to be resonating very strongly with customers across all sectors. So we see the engagement in that growth, not just in the SMID sector where we traditionally grew up, but also now that we're in that large pharma sector, and we'll touch on that in a moment as well." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 105 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 2 | ¶101 | "[W]hat we've seen is that biotech funding index is starting to manifest itself in a ***very strong SMID pipeline,*** " *"the pipeline is good,"* and ***"I think healthy pipeline is out there.  I think that we're very lucky to be in an industry that's pretty robust."*** | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 105 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 3 | ¶102 | Investor presentation slide titled "Positioned for Accelerated Revenue and Margin Growth: Syneos Health Investment Highlights," stating that ***"Clinical Bookings Momentum [was] Driving Visibility into Growth,"*** and that Syneos had "***Three consecutive quarters of greater than 1.40x Clinical book-to-bill," "14.8% ending backlog growth as of June 30, 2020"*** and ***"Three consecutive quarters of greater than 10% year-over-year net awards growth."*** | Syneos, Macdonald, Meggs | ¶¶49-70, 72-86, 94-95, 105 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
|---|---|---|---|---|---|---|
| | | **Count I**<br>**Violations of §10(b) of the Exchange Act and Rule 10b-5**<br>**Promulgated Thereunder** | | | | |
| 4 | ¶103 | Statements regarding Syneos's second quarter 2020 ("Q2 2020") net new business awards and backlog metrics. | Syneos | ¶¶49-70, 72-86, 94-95, 105 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 5 | ¶¶104, 141, 224, 233 | "New Business Awards and Backlog" statements, concerning the manner in which the Company accounts for and manages its new business awards and backlog, including that new business awards are added to backlog "provided that . . . collection of the **award value is probable**" and "for awards related to deployment solutions and functional service provider offerings, **a maximum of twelve months** of services are included in the award value.<br><br>In addition, **we continually evaluate our backlog to determine if any of the previously awarded work is no longer expected to be performed, regardless of whether we have received formal cancellation notice from the customer. If we determine that any previously awarded work is no longer probable of being performed, we remove the value from our backlog based on the risk of cancellation**. We recognize revenue from these awards as services are performed, provided we have entered into a contract with the customer." | Syneos | ¶¶49-70, 72-86, 94-95, 105 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 6 | ¶¶104, 141, 224, 233 | Statements concerning New Business Awards and Backlog methodology, including concerning the composition of "Backlog":<br><br>**"Our backlog consists of anticipated future revenue from business awards that either have not started, or that are in process and have not been completed.  Our backlog also reflects any cancellation or adjustment activity related to these awards."** | Syneos | ¶¶49-70, 72-86, 94-95, 105 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 7 | ¶103 | Statements regarding Syneos's Q2 2020 net new business awards and backlog metrics | Syneos | ¶¶49-70, 72-86, 94-95, 105 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
|---|---|---|---|---|---|---|
| | | **Count I**<br>**Violations of §10(b) of the Exchange Act and Rule 10b-5**<br>**Promulgated Thereunder** | | | | |
| 8 | ¶108 | Press release and Form 8-K stating "**Syneos Health continues to experience strong SMID demand with double digit year-over-year pipeline growth**." | Syneos | ¶¶49-70, 72-86, 94-95, 117 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 9 | ¶¶109-113 | Press release and Form 8-K regarding Syneos's Q2 2020 announcing financial, operational, and clinical solutions results, "Net new business awards," "book-to-bill-ratio," and backlog metrics, including that "Clinical Solutions backlog growth of 18.2% compared to the same period in 2019." | Syneos | ¶¶49-70, 72-86, 94-95, 117 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 10 | ¶110 | "**We delivered strong sequential revenue growth with profit outperformance in the third quarter.  Our differentiated model continues to resonate with customers and our value proposition is further strengthened with our agreement to acquire Synteract** . . . .  As we look ahead to 2021 and beyond, we're building a strong foundation for growth, **coming off a quarter with record backlog, high market demand and robust pipelines**." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 117 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 11 | ¶¶111-112 | Form 10-Q regarding Syneos's third quarter 2020 ("Q3 2020") announcing clinical solutions results, "Net new business awards," "book-to-bill-ratio," and backlog metrics, including that "Clinical Solutions backlog was $9,196.3 million, with growth of 18.2% compared to the same period in 2019." | Syneos | ¶¶49-70, 72-86, 94-95, 117 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 12 | ¶113 | "Gross awards remain very strong, including a record quarter of awards in our small- to mid-sized customer segment." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 117 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 13 | ¶113 | "Our Clinical pipeline remains robust across customer segments, fueled by double-digit growth in SMID RFP flow year-to-date, including a record third quarter." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 117 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
|---|---|---|---|---|---|---|
| | | **Count I**<br>**Violations of §10(b) of the Exchange Act and Rule 10b-5**<br>**Promulgated Thereunder** | | | | |
| 14 | ¶113 | "We continue to deliver on our strategy and remain confident in the long-term strength of our business, **given our robust backlog and differentiated model. We expect strong growth in both of our segments in 2021**, despite recent increases in COVID-19 cases slowing the pace of recovery." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 117 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 15 | ¶113 | *"[W]e closed Q3 with solid net new business awards, including Clinical Solutions year-over-year growth of 16.9%, resulting in book-to-bill ratios of 1.2x for Clinical Solutions and 1.1x for our total organization. This brings us to $5.9 billion of net awards and an aggregate book-to-bill ratio of 1.31x for the trailing 12-month period. For our Clinical business, this builds a strong position for accelerating revenue growth with 20.4% growth in net awards for the trailing 12-month period and year-over-year backlog growth improving to 18.2%."* | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 117 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 16 | ¶113 | "Clinical Solutions also delivered a solid third quarter of net awards, growing 16.9% compared to last year. Gross awards remain very strong, including a record quarter of awards in our small -to-mid-sized customer segment. . . .<br><br>. . . This brings Clinical net awards to $4.7 billion for the trailing 12-month period, increasing our book-to-bill ratio for the same period to 1.41x. Our Clinical pipeline remains robust across customer segments, fueled by double-digit growth in SMID RFP flow year-to-date, including a record third quarter." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 117 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 17 | ¶114 | "[W]e had a strong quarter across our operating and financial metrics, including gross awards, backlog growth, profitability and cash flow demonstrating how our unique value proposition continues to resonate with our customers and our team continues to execute." | Syneos, Meggs | ¶¶49-70, 72-86, 94-95, 117 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 18 | ¶115 | "[I]f you just take out the backlog adjustment, our book-to-bill in the quarter in clinical would have been north of 1.4, again. So it was a good quarter, and we feel good about the bookings that we had." | Syneos, Meggs | ¶¶49-70, 72-86, 94-95, 117 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
|---|---|---|---|---|---|---|
| | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | |
| 19 | ¶115 | "And that sector [SMID] was really hot for us in Q3.  I mean it's kind of a record pipe in the SMID, record sales in the SMID for Q3, and we just see that segment getting hotter and hotter.  So been able to land Synteract, having a good cultural fit and relationship with their executive team already." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 117 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 20 | ¶116 | "[W]e had a huge production from SMID customers, and it's pretty much a regular-looking quarter with the COVID overlay on top." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 117 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 21 | ¶120 | "[O]ur pipelines remain robust, right, right across the business in clinical and commercial.  The SMID RFP flow, as you mentioned, was a record in quarter 3 for us on the back of biotech funding," adding that "pipelines look good.  RFP flow continues to be sound," and "the pipeline really starts to shape up nicely heading into quarter 4 and into 2021." | Syneos, Meggs | ¶¶49-70, 72-86, 94-95, 131 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 22 | ¶121 | "And what we're seeing at the moment, I think, specifically, for the demand environment is very encouraging on the SMID side, a very strong flow on the RFP front . . . nice strong demand environment, both large pharma and that SMID space we've always played in.  So we're very encouraged with that." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 131 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 23 | ¶121 | "I think **the RFP environment for us has been pretty strong all year, and we've closed out pretty well**.  I mean, Q3 was probably the hardest one as we went through kind of a bit of recovery, but **nice strong environment right now.  And I think that sets us up really nicely for 2021 as well**." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 131 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | |
|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 24 | ¶122 | *"So we always try to be as balanced on our backlog when we're looking at future forecasting, et cetera right, in terms of risk adjustments and what do we think is actually going to happen for each study, almost conservative in a lot of ways, I would say. . . .*<br><br>. . . And we took that out of the backlog in the quarter, *which we still had a good book-to-bill, relative to last year in quarter 3, right?  And had we not done that, we would have posted another sort of low 1.4s in the quarter.  So we were – I think we're around 1.2.*<br><br>    *So that's what we were seeing, why we did it, and the impact. And as we look to the future, right, the pass-throughs will come back up to some extent as a proportion of total revenue, no question, from the Q2 and Q3 level."* | Syneos, Meggs | ¶¶49-70, 72-86, 94-95, 131 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 25 | ¶123 | December 1, 2020 Prospectus incorporating statements regarding Syneos's Q2 2020 and Q3 2020 net new business awards and backlog metrics. | Syneos | ¶¶49-70, 72-86, 94-95, 131 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 26 | ¶124 | Press release and Form 8-K regarding Syneos's Q3 2020 announcing financial, operational, and clinical solutions results, "Net new business awards," "book-to-bill-ratio," and backlog metrics, including that "'Our innovative product development model provides opportunities to drive accelerated growth across a wide range of customers, delivering deeper strategic insights and integrated expertise . . . .'" | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 131 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 27 | ¶125 | Statements regarding "robust revenue growth" over the next three years and revenue guidance for fiscal years 2022 and 2023 of "between 7% and 10%" growth each year. | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 131 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
|---|---|---|---|---|---|---|
| | | **Count I** Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | |
| 28 | ¶125 | Statement that Syneos had "the backlog, pipelines, and customer relationships" to "accelerat[e] execution and growth over the next several years" and the Company was "positioned for sustainable growth and margin expansion." | Syneos, Meggs | ¶¶49-70, 72-86, 94-95, 131 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 29 | ¶126 | Statements that Syneos had successfully integrated recent acquisitions and was effectively streamlining operations across the Company's diverse product offerings, purportedly illustrated by the Company's comprehensive Syneos One offering and strategic "value creation plan." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 131 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 30 | ¶126 | Statement that Syneos was "at the forefront of this market shift to an agile, highly communicative, insights-driven, integrated product development approach." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 131 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 31 | ¶126 | Statement that Syneos was effectively "integrating solutions" and "removing silos" between various phases of the product lifecycle and across expertise. | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 131 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 32 | ¶126 | Statement that the Company's "collaborative approach across the business is resonating with our customers" and part of a "value creation plan" that "provides the financial road map for growth." | Syneos, Meggs | ¶¶49-70, 72-86, 94-95, 131 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | |
|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 33 | ¶127 | Statement that Syneos has a "culture" that was a "key differentiator" which was driving "customer success:" "We're very proud of our recent recognition by Forbes Magazine listing us as the best employer, highest amongst biopharmaceutical outsourcing organizations. Importantly, this award was based on independent surveys of our employees and truly reflects how our employees feel about what we're building together. *    *    * We see our culture continuing to be a key differentiator in helping to attract and retain top talent, which in turn drives innovation and customer success." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 131 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 34 | ¶128 | "Within clinical we've secured four new large pharma relationships, including renewing our relationship with Pfizer. We've driven a very strong clinical trailing 12-month book-to-bill of 1.41 times, producing year-over-year backlog growth of over 18%." | Syneos, Colvin | ¶¶49-70, 72-86, 94-95, 131 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 35 | ¶128 | "We have year-over-year clinical backlog growth of over 30% for the Top 50 pharma customers as of the end of third quarter. We manage these large pharma relationships with our Global Client Solutions executives who are tasked with targeting new partnerships in addition to expanding these existing partnerships. We're very excited about our strong pipeline of additional opportunities. We currently have three partnerships driving over a $150 million of annual revenue and we expect to continue expanding this group of key customers. . . . While we're growing our share in large pharma, our legacy strength is in the small to mid-sized or SMID segment where we continue to enjoy an overweighed position relative to our total market share." | Syneos, Colvin | ¶¶49-70, 72-86, 94-95, 131 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| | | Count I<br>Violations of §10(b) of the Exchange Act and Rule 10b-5<br>Promulgated Thereunder | | | | |
|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 36 | ¶128 | "For the third quarter, we experienced record awards and RFP flow for the SMID segment and our unique Syneos One product offering continues to resonate strongly and help us to drive for this growth.  Our end-to-end model can uniquely serve SMID customers, helping them to realize the full value of their compounds in the commercial marketplace via market access, commercial strategy and branding, enabling them to best optimize their clinical development program.  It's important to understand the strength of the market that Synteract plays in and the strategic rationale for our combination." | Syneos, Colvin | ¶¶49-70, 72-86, 94-95, 131 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 37 | ¶129 | "We have built a strong foundation for growth and we're focused on accelerating execution and growth over the next several years and we have the backlog, pipelines, and customer relationships to do so.<br><br>We believe that Syneos Health is positioned for sustainable growth and margin expansion.  Our model, people, and culture are our competitive advantage." | Syneos, Meggs | ¶¶49-70, 72-86, 94-95, 131 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 38 | ¶130 | "'[W]ith Synteract, we are answering the strong demand we are seeing in the small- to mid-sized space, fueled by near all-time high funding.'" | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 131 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
|---|---|---|---|---|---|---|
| | | **Count I** <br> **Violations of §10(b) of the Exchange Act and Rule 10b-5** <br> **Promulgated Thereunder** | | | | |
| 39 | ¶134 | "I think what we're seeing is a need and desire from our customers to see more innovation from service suppliers like Syneos Health. We're at the forefront of that. . . . So Illingworth is an example of that. We completed that acquisition in Q4. Happy to add that to the arsenal that we have here at Syneos Health and a big step forward for us in being able to deliver decentralized trials and to take regular trials through a decentralization process to be able to take the trial to the patient in their own home, taking down the burden, and enabling us to modernize the approach as we go. <br><br> They're all critical in our mind for the continued differentiation of Syneos Health against competitors in what is becoming a more and more complex market. And I think that favors the larger CROs with the capabilities to bring technology and new service lines, new capabilities to customer delivery, to project designs. And I think that really helps us resonate in the market." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 136 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 40 | ¶135 | "We have increased the number of strategic awards in the top 30 since this time last year, up to four, and we're very happy with that.  And then you'll see there that over 30% year-on-year backlog growth for us in that top 50, which shows that the accounts that we penetrated are turning into revenue generation.  We've gone through bookings growth and now we're starting to see that billings growth come through the model as those projects stand up and start up.  Obviously, a little bit delayed because of COVID, but we feel good engagement from those customers, we have good position with them, we've worked out how we deliver all them, and I think that's a very promising start to a much larger penetration in the large pharma sector.<br><br>*     *     *<br><br>In the meantime, we don't ignore the SMID.  We made the investment in Synteract, continue to help us fuel that growth in a very hot end of the market, particularly within this SMID market, a hotter end of that market as well.<br><br>*     *     *<br><br>     On the right-hand side there, we talked a little bit about Synteract.  We're keeping that as a stand-alone business unit to really engage the emerging biotech.  We've got off to a great start with that.  The employees from Synteract have been fantastic.  They've settled in very quickly, and we're seeing good performance from them from day one.  So we're very pleased with that.  It enables us to engage a different customer in the SMID space.<br><br>*     *     *<br><br>We have a strong backlog growth in both sectors of the business, clinical at 18% . . . .  We're very pleased with that.  Obviously, some of that is work that got pushed to the right from 2020.  But as we go through the year, we have had great sales, we've had strong pipelines, and we've been able to secure great positions, not just with large pharma, but also in that SMID sector.  We've helped a lot of customers navigate through the COVID experience by being able to move them very seamlessly, very painlessly to a digital, more remote approach, both in clinical and commercial. . . .  We have enhanced our SMID | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 136 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| # | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | |
|---|---|---|---|---|---|
| | **Alleged False and Misleading Statement** | **Speaker** | **Reasons Why Statement Is False and Misleading** | **Materiality** | **Scienter** |
| | position with the acquisition of Synteract.  As I said before, we already have the leading position in that space.  We are very keen on that space.  We see it as a great growth driver for the future." | | | | |

| | | Count I<br>Violations of §10(b) of the Exchange Act and Rule 10b-5<br>Promulgated Thereunder | | | | |
|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 41 | ¶139 | Press release and Form 8-K regarding Syneos's fourth quarter 2020 ("Q4 2020") announcing financial, operational, and clinical solutions results, "net new business awards," "book-to-bill-ratio," and backlog metrics, including:<br><br>"Clinical Solutions segment net new business awards of $1,299.3 million and $4,698.7 million for the three and twelve months ended December 31, 2020, representing book-to-bill ratios of 1.52x and 1.42x, respectively, and year-over-year backlog growth of 24.6% as of December 31, 2020.<br><br>\*        \*        \*<br><br>These net new business awards contributed to an ending backlog of $10,951.1 million as of December 31, 2020, consisting of $10,239.5 million for Clinical Solutions and $711.6 million for the Deployment Solutions offering within Commercial Solutions." | Syneos | ¶¶49-70, 72-86, 94-95, 148 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 42 | ¶140 | "We delivered another quarter of strong awards performance, along with sequential revenue growth and robust profitability in the fourth quarter. Our innovative solutions, including Kinetic, continue to resonate with customers and we further strengthened our differentiated model with our acquisitions of Synteract, enhancing our SMID footprint, and Illingworth Research Group, further enabling our in-home capability for Decentralized Solutions . . . We remain confident in the long-term strength of our business given our record backlog, which we expect to fuel strong growth in both segments for the full year 2021." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 148 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 43 | ¶142 | Form 10-K and statements regarding Syneos's full year 2020 financial, operational, and clinical solutions results, "net new business awards," and backlog metrics. | Syneos | ¶¶49-70, 72-86, 94-95, 148 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
|---|---|---|---|---|---|---|
| | | **Count I** **Violations of §10(b) of the Exchange Act and Rule 10b-5** **Promulgated Thereunder** | | | | |
| 44 | ¶143 | "We have several customers with whom we have achieved 'preferred provider' or strategic alliance relationships. We define these customers as relationships from which we generate significant revenue and where we have executed master service agreements in addition to regularly scheduled strategy meetings to discuss the status of our relationship, and for which we serve as a preferred supplier of services. We believe these relationships provide us enhanced opportunities for more business, . . . we have also enhanced our leading position for serving customers across the small to mid-sized ('SMID') category, further diversifying our customer base and expanding support to the high-growth emerging biopharmaceutical segment. We continue to experience strong SMID demand, as evidenced by double-digit growth in our request-for-proposal volumes in 2020 as compared to 2019." | Syneos | ¶¶49-70, 72-86, 94-95, 148 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 45 | ¶144 | Statement that the Company's "strong sales performance in the quarter, which caps off a record year of award, our growing portfolio of innovative and integrated product development solutions continues to resonate with customers of all sizes." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 148 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 46 | ¶¶145-146 | Statements regarding Syneos's "net awards," "book-to-bill" ratio, "backlog burn rate," and "ending backlog growth" reported in the February 18, 2021 conference call presentation. | Syneos, Macdonald, Meggs, Keefe, and Colvin | ¶¶49-70, 72-86, 94-95, 148 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 47 | ¶147 | March 1, 2021 Prospectus incorporating statements regarding Syneos's 2020 Form 10-K net new business awards and backlog metrics. | Syneos | ¶¶49-70, 72-86, 94-95, 148 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | |
|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 48 | ¶¶152-154 | Press release, Form 8-K, and Form 10-Q regarding Syneos's first quarter 2021 ("Q1 2021") announcing financial, operational, and clinical solutions results, "Net new business awards," "book-to-bill-ratio," and backlog metrics, including that "net new business awards contributed to an ending backlog of $11,218.0 million as of March 31, 2021, consisting of $10,509.9 million for Clinical Solution." | Syneos | ¶¶49-70, 72-86, 94-95, 168 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 49 | ¶152 | "'Our integrated product development model, purpose-built to drive greater success for customers, continues to fuel robust backlog growth while delivering on the key drivers of our Value Creation Plan.'" | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 168 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 50 | ¶155 | Statements that Syneos was experiencing "strong demand" and that Syneos's Clinical Solutions segment was "well positioned for accelerated revenue growth" in 2021, citing the Company's "record ending backlog" and "record pipeline of new opportunities." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 168 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 51 | ¶156 | Statement concerning "continued recovery in reimbursable expenses." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 168 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 52 | ¶156 | Statement that reimbursable revenue would undergo "strong growth" in the Clinical Solutions segment. | Syneos, Meggs | ¶¶49-70, 72-86, 94-95, 168 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 53 | ¶157 | Statement that "[b]y mid-April, the new patient enrollment rates and new site activations were trending at approximately 150% of pre-COVID levels," which would "increase our backlog conversion and accelerate year-over-year Clinical Solutions revenue growth for the balance of this year." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 168 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| | | Count I<br>Violations of §10(b) of the Exchange Act and Rule 10b-5<br>Promulgated Thereunder | | | | |
|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 54 | ¶158 | Response to analyst that "yes, definitely, we can sustain ['pretty remarkable' ramp-up] and grow it, actually." Macdonald also pointed to Syneos's "enhanced processes," "more horsepower," and "more automated and more streamlined" processes as reasons why the Company was able to effectively execute despite the increased demand environment. | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 168 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 55 | ¶159 | "*We had another strong quarter of gross awards across both segments, and our integrated product offerings continue to fuel strong backlog growth.*" | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 168 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 56 | ¶160 | "*Our clinical team also delivered a record quarter of gross awards, further demonstrating the strong demand we are experiencing.*" | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 168 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 57 | ¶161 | "*I think some of them are a delay in the delivery of the – of that program. So actually just pushes a couple of projects out of our awards window. So rather than starting within the next 12 months, they're pushing further back, so we have to take them out due to our bookings policy. So they will come back in at a later stage in 2021 as awards . . .*<br><br>\* \* \*<br><br>*It's just a couple of customers doing it, quite sizable, though, one of them. So I think we would have been at record probably book-to-bills if these haven't happened. So it's a very strong environment. I think 1.3x pretty good book-to-bill anyway. And on top of that, we would have had extra juice in the tank. So unfortunate for us that, that happens, but that's the nature of our business, right?*" | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 168 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | |
|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 58 | ¶162 | *"[D]emand environment is strong, good. I think we have record RFPs in clinical."* | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 168 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 59 | ¶163 | Responding to an analyst about the Company's "improved" backlog stating: *"So throwing the 1.3 on top of that in Q1 feels good to me. Those projects that we've won, starting to get into start-up from the Q4 awards in Q2, plus you've got revenue that's still unlocking from the work that was pushed backwards out of 2020. So you've got that work coming back. You've got demand coming out of the market that we're taking share on. We've got new recruits coming through, so we're able to burn that revenue off pretty well.* *So yes, I'm very confident where we're sitting, looking at what we've got in terms of backlog and the coverage that we have through to the end of the year. We're off to a good start. We beat where we thought we were going to be and very optimistic about the rest of the year and out into 2022."* | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 168 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 60 | ¶164 | "If you just kind of strip everything out, both businesses year-over-year, excluding reimbursable expenses, were growing in the first quarter in sort of mid-single digits. And then as you look to quarter 2, you start to see the clinical business really rebound strongly given the year-over-year compare as well as all the things Alistair outlined relative to study start-up metrics . . . ." | Syneos, Meggs | ¶¶49-70, 72-86, 94-95, 168 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 61 | ¶165 | Statement concerning the "pacing of reimbursable revenues" that "*at least on the clinical side, we'll see strong growth in the indirect as well*' and "*I don't see anything wrong with the demand environment.*" | Syneos, Meggs | ¶¶49-70, 72-86, 94-95, 168 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | |
|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 62 | ¶166 | Statements regarding Syneos's net new business awards, book-to-bill ratios, and backlog metrics presented in the April 29, 2021 conference call presentation. | Syneos, Macdonald, Meggs | ¶¶49-70, 72-86, 94-95, 168 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 63 | ¶167 | Statements regarding Syneos's 2020 full year and Q1 2021 net new business awards and backlog metrics incorporated into the Company's May 3, 2021 Prospectus. | Syneos | ¶¶49-70, 72-86, 94-95, 168 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 64 | ¶172 | "And what we've seen from that is our ability to accelerate customer outcomes and customer success by compressing the dead space between activities and making – building in commercialization, requirements, materials, data into the clinical trials as we design them and deploy them." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 186 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 65 | ¶173 | June 2, 2021, Prospectus incorporating statements regarding Syneos's 2020 full year and Q1 2021 net new business awards and backlog metrics. | Syneos | ¶¶49-70, 72-86, 94-95, 186 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 66 | ¶174 | "**I mean the RFP flow environment, Bob, is as strong as we've seen it, right? I mean it really started moving in a really healthy clip in February, March and has continued to be really strong we look at it sequentially** and **year-over-year. And we've talked about we had a record pipe coming into quarter 2 and the RFP flow continues to be strong. And really, that's right across the customer segments that we have in terms of how we think about our top 20 and then 21 to 50 in small to mid. So it's been strong right across the business**." | Syneos, Meggs | ¶¶49-70, 72-86, 94-95, 186 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| | | Count I<br>Violations of §10(b) of the Exchange Act and Rule 10b-5<br>Promulgated Thereunder | | | | |
|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 67 | ¶175 | Press release and Form 8-K regarding Syneos's second quarter 2021 ("Q2 2021") announcing financial, operational, and clinical solutions results, "net new business awards," "book-to-bill-ratio," and backlog metrics. | Syneos | ¶¶49-70, 72-86, 94-95, 186 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 68 | ¶176 | "'During the second quarter we exceeded the midpoint of our guidance across all financial metrics, **with both Clinical and Commercial achieving double-digit growth year-over-year** as we continue to emerge from the COVID-19 pandemic . . . . **Both segments delivered another quarter of strong awards, powering record backlog levels and fueling our robust growth expectations over the balance of 2021**. Our unique strategy continues to resonate in the market, with our integrated product offerings and commercial expertise improving engagement across sites, patients and HCPs, while accelerating performance and increasing participant diversity.'" | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 186 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 69 | ¶¶177-178 | Form 10-Q and statements regarding Syneos's second quarter 2021 ("Q2 2021") and announcing financial, operational, and clinical solutions results, "net new business awards," "book-to-bill-ratio," and backlog metrics. | Syneos | ¶¶49-70, 72-86, 94-95, 186 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
|---|---|---|---|---|---|---|
| | | **Count I**<br>**Violations of §10(b) of the Exchange Act and Rule 10b-5**<br>**Promulgated Thereunder** | | | | |
| 70 | ¶179 | Response to analyst question regarding whether "clients are still pushing things out or things being kind of acted on a little more near-term?"<br><br>**"I think we didn't see any of that really in Q2.** You naturally get things that move around the end of the quarter, **but nothing out of the ordinary. And I think we've seen a continued kind of return to what we'd expected – that we'd always expect to see kind of pre-COVID with the activity from SMID customers being very strong activity from large pharma customers being more normal, if you like, where decisions being made, projects coming through and getting into the clinic**.<br><br>**So as you see, we had a great bookings quarter. Very strong in clinical and commercial, very strong in Syneos One, very strong in full-service commercial as well. So really, we're pretty pleased with all those sectors. We've got good, robust pipelines as you go into Q3 and very pleased with the demand environment that we're sitting. And I think the innovation that we're bringing to customers in terms of integrating products and selling doing more cross-selling, et cetera as well as the full end-to-end Syneos One has put us in a really strong position."** | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 186 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 71 | ¶180 | "Under our awards policy for FSP services, **we only included 12 months of services in our bookings**, even though each agreement represented an initial term of at least 3 years. The remainder provides further fuel for growth in addition to our reported backlog. **Driven by these strong sales, record ending backlog that is up 21.5% and a robust pipeline of new opportunities, Clinical Solutions remains well positioned for strong revenue growth in the second half of 2021 and beyond**." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 186 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 72 | ¶181 | "**I mean I think we are seeing a very robust environment from all sectors, both clinical, commercial, SMID and large in both sectors as well. So a good, healthy environment**." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 186 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
|---|---|---|---|---|---|---|
| | | **Count I**<br>**Violations of §10(b) of the Exchange Act and Rule 10b-5**<br>**Promulgated Thereunder** | | | | |
| 73 | ¶181 | *"[W]e continue to see really strong and it's been – it's really across all segments at this point and FSP and full-service*. So from my perspective, I think *that's going to continue on, especially as we've looked at our partnerships and as we* look*, continue to expand there*. We've had this quarter a couple of new partnerships that we brought into the fold. *We think those will continue to add volume as we go into the back half of this year and into '22*." | Syneos, Colvin | ¶¶49-70, 72-86, 94-95, 186 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 74 | ¶182 | *"Clinical side, really seeing good performance there as well as COVID continues to recover*. We talked a little bit about the COVID trials and how they're standing up the vaccine trial. That will continue into the back half although we did peak as we thought we would likely in quarter 2 on those COVID trials or the vaccine trials. But the other large relationships we have are continuing to stand up and the projects are growing. We're trying to catch those up as best we can from COVID. *We had great SMID performance in sales in quarter 4 and quarter 1, again, in quarter 2. That's starting to pull through into revenue as well in the back half. And so looking at growth there in the low to mid-20s right, when you look at the clinic growth*. So that's how we're looking at it by segment, *really pleased with it*." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 186 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 75 | ¶183 | Response to analyst question concerning whether there "[i]s there anything surprising or unusual to call out other than those 3 large[] [awards]."<br><br>*"Not really. I think a pretty well-balanced quarter. We got a lot of strength in the SMID. We're the leader in the SMID sector. So we expect that, but I think that's particularly strong for us this time. Good FSP awards, as we mentioned, like you say, and a good contribution from large pharma*." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 186 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| | | Count I | | | |
| | | Violations of §10(b) of the Exchange Act and Rule 10b-5 | | | |
| | | Promulgated Thereunder | | | |
| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
|---|---|---|---|---|---|---|
| 76 | ¶184 | Response to analyst question concerning second quarter bookings:<br><br>*"So we won a lot of work last year that sits' well in our backlog for the next few years, will help us drive growth through '20 – through the near future.*<br><br>*And then when we look at book-to-bill, I mean I appreciate your comments about bookings, but we also still have that conservative approach around FSPs. . . .*<br><br>*So we have a different approach.  We feel it's the right approach to do it more progressively. We had a quarter at a time as we go. And we take that slow and steady approach.  So book-to-bill is one thing, revenue pacing and conversion is another.  But the real difference between – when you're looking at Syneos, you're seeing a CRO that's doing pretty much its regular work with a thin overlay of COVID work, mainly treatment work.  When you're looking at some of the other numbers, it's got COVID vaccine trials in it, but also the COVID lab work.  And if you look at where COVID labs are, just regular testing as well as central lab work, that revenue is massive.  We don't have to recover from that.  So our growth will continue at pace.  And we're pretty happy with where we sit in terms of what the mix of our backlog is and the position that we're in."* | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 186 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 77 | ¶185 | *"[W]e have a very good SMID mix in the business, and we continue to have that.  Despite the fact we have really good backlog growth in clinical from top 20.  Those are going to be the drivers as we move into 2022 and 2023."* | Syneos, Meggs | ¶¶49-70, 72-86, 94-95, 186 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
|---|---|---|---|---|---|---|
| | | **Count I**<br>**Violations of §10(b) of the Exchange Act and Rule 10b-5**<br>**Promulgated Thereunder** | | | | |
| 78 | ¶190 | Press release and Form 8-K regarding Syneos's third quarter 2021 ("Q3 2021") announcing financial, operational, and clinical solutions results, "net new business awards," "book-to-bill-ratio," and backlog metrics. | Syneos | ¶¶49-70, 72-86, 94-95, 199 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 79 | ¶191 | *"Our Clinical and Commercial teams again achieved double-digit growth fueled by strong demand for our innovative, integrated solutions, as demonstrated by our robust awards and backlog*." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 199 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 80 | ¶¶192-193 | Form 10-Q and statements regarding Syneos's Q3 2021 and announcing financial, operational, and clinical solutions results, "net new business awards," "book-to-bill-ratio," and backlog metrics. | Syneos | ¶¶49-70, 72-86, 94-95, 199 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 81 | ¶194 | *"Our integrated offerings, those where we work across the product life cycle, fueled strong awards and backlog growth in both segments during this quarter.  Both clinical and commercial continued their robust year-over-year growth in the quarter, and we now anticipate 2022 revenue growth rates above the midpoint we outlined during our investor event in December 2020."* | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 199 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 82 | ¶194 | *"The demand* environment *remains very healthy with strong pipelines ahead of us across our business in terms of RFPs, relationship discussions*, new drug approvals and demand for our innovative models based around the Syneos One approach.*"* | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 199 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 83 | ¶194 | *"[O]verall net awards grew by 35.1% year-over-year.  This performance drove third quarter book-to-bill ratios of 1.30x for Clinical Solutions and 0.89x for Commercial Solutions, resulting in robust TTM book-to-bill ratios of 1.39x for clinical* and 1.16x for commercial." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 199 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | |
|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 84 | ¶195 | **"Clinical solutions revenue grew 23.9%** compared to the third quarter of 2020. **Our organic growth was driven by our full-service portfolio, including the continuing ramp-up in our larger pharma relationships, particularly in oncology as they gain full scale and efficiency. This was accompanied by rapid growth in our real-world and late-phase businesses. Our clinical team also closed another strong quarter of awards, particularly in the SMID segment. Driven by these strong sales, record ending backlog that is up 22.3% year-over-year and a record pipeline of new opportunities, Clinical Solutions remains well positioned for robust revenue growth into 2022 and beyond**." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 199 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 85 | ¶196 | "Our Clinical Solutions revenue for the third quarter was $1.04 billion, up 23.9% or 23.1% in constant currency compared to the third quarter of 2020. These increases were driven by growth in our full-service portfolio, including higher reimbursable expenses, the ramp in our larger pharma relationships and strength in our real-world and late-phase business." | Syneos, Meggs | ¶¶49-70, 72-86, 94-95, 199 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| # | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | |
|---|---|---|---|---|---|---|
| | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 86 | ¶197 | Response to analyst question concerning the "visibility" and "confidence level" the Company has with respect to 2022:<br><br>"So yes, I think where we sit right now, good kind of backlog visibility through the whole year with both the – backlog that's coming through from clinical. We mentioned that we're winning a lot of oncology work. Obviously, that sets up for a long view of the pipe of the backlog, so you got a lot more visibility with that.<br><br>*          *          *<br><br>So I think in 2021, more than 50% of the products that have been approved are going to market with the SMID owner still in the seat. And obviously, the Syneos One model and the integrated commercial solution that we have is a very good model for those folks to take those products through to the market. So I think we see all that.<br><br>We also see very strong pipelines in terms of RFPs, discussions we're having with customers, work that's coming our way in terms of FSP. So it's really a nice setup right across the business. We're seeing it accelerate. And I think we just have a better look at 2022 in a healthier picture than we would normally see at this point. So we're happy to let that confidence come through a little bit in bringing the guide up a little touch for 2020." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 199 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | |
|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 87 | ¶198 | "*I think the flow that we're seeing, RFP is strong across the board, both large pharma and SMID*. We've been really working on strategies to drive more penetration into the large pharma. That was one of the imperatives of the merger rights get that scale to get into large pharma, where that scale is important. So we're seeing that. We, I think, have *the most compelling SMID offering in the market, and it's a healthy part of the market*. There's fluctuations always in the biotech funding index, but the SMID customers who got lot of cash on hand, and we don't see that as an issue as we go forward. *And certainly, from the pipe that we see, that is certainly not an issue that they see either. So I think that setup is good*." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 199 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 88 | ¶202 | "*[T]he win rate for us* has *been very strong in both sectors. You've seen, I think, an improvement overall over the last few years of the consistency and the scale of our book-to-bill that's driving the growth in the company. We're particularly pleased with the win rates that we see across the SMID and ensuring that we're very compelling there*." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 206 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 89 | ¶203 | "*And you see some of that in our numbers with our book-to-bill in both businesses on clinical being at 1.39 at the end of September and being at 1.16, both on a trailing 12-month basis for commercial. So it continues to be strong. Pipelines at or near record levels, RFP flows good, really good across all customer segments. So end of the day, feel good about the demand environment at this time.*" | Syneos, Meggs | ¶¶49-70, 72-86, 94-95, 206 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| # | | Count I<br>Violations of §10(b) of the Exchange Act and Rule 10b-5<br>Promulgated Thereunder | | | | |
|---|---|---|---|---|---|---|
| | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 90 | ¶204 | "Well we've just – we've won – if you think back to when we started talking about our large pharma partnerships that we've won in 2018, 2019, et cetera, a lot of those were oncology-focused, **and you're starting to see that backlog build and come through and the projects lengthen** and there with large pharma tends to be larger Phase IIIs, and those take a longer period to run, et cetera.  So it extends out your burn rate.  And then legacy businesses were really good in early phase oncology.  And that has been something that we've always been really good at and continue and that's a lot of what comes through from a SMID perspective when we're in that early phase oncology realm.<br><br>**So both areas, we're really strong at now.  We have good customer relationships, good capabilities, good pipelines, and that's just resulting in that business becoming a larger piece of our portfolio.**  And that is resulting in the weighted average study period extending out.  And we're also seeing that go into Asia and Europe, where a lot of large pharma customers want to go." | Syneos, Meggs | ¶¶49-70, 72-86, 94-95, 206 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 91 | ¶205 | **"And I think you'll see on the next slide here, the setup of the organization, really 77% of our revenue now comes from clinical, the rest from commercial. 19.8% year-to-date revenue growth, 22.3% ending growth, very healthy, very balanced across SMID and large pharma and the ne[x]t 12 months – trailing 12 months [book to bill] in the 1.39, very strong, very aggressive, very consistent.**  And I think we've done a good job with that." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 206 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 92 | ¶¶209-210 | Press release and Form 8-K regarding Syneos's fourth quarter 2021 ("Q4 2021") announcing financial, operational, and clinical solutions results, "net new business awards," "book-to-bill-ratio," and backlog metrics, including statements concerning "Clinical Solutions net new business awards and book-to-bill" and "Year-over-year ending backlog growth." | Syneos | ¶¶49-70, 72-86, 94-95, 217 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
|---|---|---|---|---|---|---|
| | | **Count I**<br>**Violations of §10(b) of the Exchange Act and Rule 10b-5**<br>**Promulgated Thereunder** | | | | |
| 93 | ¶211 | "'***Strong fundamentals and execution across our business, combined with innovative, integrated clinical and commercial capabilities enabled by data and technology, drove robust earnings and cash flow growth in the fourth quarter and full year 2021 . . . The market for our services remains strong***, driven in part by customer adoption of our unique product development strategy, new drug approvals and biotech funding.'" | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 217 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 94 | ¶212 | Form 10-K and statements regarding Syneos's full year 2021 financial, operational, and clinical solutions results, and announcing "net new business awards," "book-to-bill-ratio," and backlog metrics. | Syneos | ¶¶49-70, 72-86, 94-95, 217 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 95 | ¶214 | "Our 2020 acquisition of Synteract further enhanced our leading position for serving customers across the SMID category, diversifying our customer base and expanding support to the high-growth emerging biopharmaceutical segment.  We continue to experience strong SMID demand, as evidenced by double-digit growth in our request-for-proposal volumes in 2021 as compared to 2020." | Syneos | ¶¶49-70, 72-86, 94-95, 217 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 96 | ¶215 | "***These adjustments only impact our outlook for reimbursable expenses, not our view of underlying demand or profitability.  We, therefore, remain confident in our expectations for strong growth and profitability in 2022***." | Syneos, Meggs | ¶¶49-70, 72-86, 94-95, 217 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 97 | ¶215 | "***[T]he demand environment remains healthy, both in terms of macro market dynamics and robust new business pipelines across our organization***."<br><br>"Importantly, we remain confident in our expectations for low-double-digit clinical revenue growth for 2022, excluding the impact of reimbursable expenses, along with continued margin expansion." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 217 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| | | Count I<br>Violations of §10(b) of the Exchange Act and Rule 10b-5<br>Promulgated Thereunder | | | | |
|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 98 | ¶220 | Press release and Form 8-K regarding Syneos's first quarter 2022 ("Q1 2022") announcing financial, operational, and clinical solutions results, "net new business awards," "book-to-bill-ratio," and backlog metrics, including results for "Clinical Solutions net new business awards and book-to-bill ratios" and "Year-over-year ending backlog growth." | Syneos | ¶¶49-70, 72-86, 94-95, 228 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 99 | ¶221 | "***Strong fundamentals and execution***, powered by innovative data and technology insights drove robust earnings and profitability growth in the first quarter . . . .  Our product development expertise is enabling us to deliver against our strategy and accelerate customer success.  ***We expect continued growth*** propelled by customer adoption of our integrated solutions, recent acquisitions, and comprehensive Syneos One and Medical Affairs offerings." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 228 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 100 | ¶¶223-224 | Form 10-Q and statements regarding Syneos's Q1 2022 and announcing financial, operational, and clinical solutions results, "net new business awards," "book-to-bill-ratio," and backlog metrics. | Syneos | ¶¶49-70, 72-86, 94-95, 228 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 101 | ¶225 | "***Demand for our high-value solutions from development through commercialization remains healthy with robust new business pipelines across our organization.  We continue to see sustained strong demand across all customer segments, including SMID customers, where RFP flow year-to-date exceeds the strong levels of 2021 and are well above pre-COVID levels.  In addition, we are seeing more opportunities for preferred provider relationships with larger pharma customers as the impacts of the pandemic subside.  This continued strong awards and backlog growth positions us for sustained long-term growth.  We remain confident in the growth we have previously outlined for 2023 as we execute on our value-creation plan.***" | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 228 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| # | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | |
|---|---|---|---|---|---|---|
| | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 102 | ¶226 | "We see that is still pretty strong. It's moving along.  We have good engagement with customers, I think the fact that we're able to take those customers with a very different model now with Syneos One wrapped around it, the ability to go end to end.  And we look at the private funding in the biotech space, the big equity houses putting money to work through their biotech, et cetera.<br><br>\*       \*       \*<br><br>But for us, those channels combined are healthy.  I think they're showing good growth against where we've been in the past even when we look back at 2021, which had a lot of the COVID catch-up in it, we're seeing the pipeline is equivalent to that.  So we're not concerned by that.  Add to that the fact that we're breaking in more and more to the large pharma, getting new relationships there, adding anchor tenants to the backlog through that.  It's a very healthy picture for us.  So funding environment, fine, good engagement with the customers.  We're not seeing that as an issue at all." | Syneos, Macdonald | ¶¶49-70, 72-86, 94-95, 228 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| # | | Count I<br>Violations of §10(b) of the Exchange Act and Rule 10b-5<br>Promulgated Thereunder | | | | |
|---|---|---|---|---|---|---|
| | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 103 | ¶227 | Response to analyst question concerning changes to the funding environment and "any sort of flow-through to demand":<br><br>**"So we have spent the last couple of weeks really looking at that closely. I think the number 1 thing we're doing is diversifying to large pharma, right? I think that is absolutely going to be a great protective mechanism.** But we have looked at our exposure to what we would call pre-revenue biotech. And our exposure is low, right? It's about 13% of our backlog. But when you actually look at that makeup, it's single digits that would rely on the capital markets, right? The – about half of them are already very well funded from private, like a Blackstone or a vein [ph]. So it is a small amount.<br><br> *    *    * <br>[B]ut the punchline on the analysis, and I'll let Jason give you the details, is that *if there was a protracted issue with biotech funding over 3, 4, 5 quarters, what would that mean to our growth in Clinical? Because this is a Clinical-specific thing. Our growth in Clinical, we believe would still be mid-single digits next year. But I'll let Jason give you a little more color on how he has looked at it?"* | Syneos, Keefe | ¶¶49-70, 72-86, 94-95, 228 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| # | | Count I<br>Violations of §10(b) of the Exchange Act and Rule 10b-5<br>Promulgated Thereunder | | | | |
|---|---|---|---|---|---|---|
| | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 104 | ¶227 | Response to analyst question concerning changes to the funding environment and "any sort of flow-through to demand":<br><br>"So what we're really looking at is if we were to see, for whatever reason, elevated cancellations, lower SMID awards, non-pre revenue biotech or just core SMID, lower order delays, whatever it might be because of the economic situation.  What would it look like if our book-to-bills were below 1, 2 for 3 or 4 quarters or our burn rate were to extend out given delays over where it is for 2022.<br><br>        And as Michelle said, when you look at a book-to-bill of 1 or 1:1 over 3 or 4 quarters or the backlog burn rate extending, you get into that mid-single digit versus the 7% to 10% growth that we put out there for 2023.  But right now, based on what we've seen, right, whether it's the pipeline of opportunities, it's the awards that we have and the backlog growth that we have year-to-date, which is 16-plus percent.  We just don't see it.  So we're still comfortable with 7% to 10%, but it would be mid-single digits if we had that sustain from here impact." | Syneos, Meggs | ¶¶49-70, 72-86, 94-95, 228 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 105 | ¶¶230-231 | Press release and Form 8-K regarding Syneos's second quarter 2022 ("Q2 2022") announcing financial, operational, and clinical solutions results, "net new business awards," "book-to-bill-ratio," and backlog metrics. | Syneos | ¶¶49-70, 72-86, 94-95, 236 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 106 | ¶¶232-233 | Form 10-Q and statements regarding Syneos's Q2 2022 and announcing financial, operational, and clinical solutions results, "net new business awards," "book-to-bill-ratio," and backlog metrics. | Syneos | ¶¶49-70, 72-86, 94-95, 236 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| # | | Count I — Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | |
|---|---|---|---|---|---|---|
| | | Alleged False and Misleading Statement | Speaker | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 107 | ¶235 | "*[M]arket demand is healthy*" and that management remained "confident" in their ability "***to drive clinical growth.***" | Syneos, Keefe | ¶¶49-70, 72-86, 94-95, 236 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |
| 108 | ¶235 | "***As Michelle [Keefe] said, healthy pipelines, good backlog growth, healthy end market***." <br><br> "'Market demand is healthy, and our pipeline of opportunities remains comparable to 2021.  Specific to our clinical SMID portfolio, our total pipeline of opportunities is up double digits compared to 2021, and we had record net awards during Q4 '21 and Q1 '22.'" | Syneos, Meggs | ¶¶49-70, 72-86, 94-95, 236 | ¶¶39-49, 95, 258-264, 314-315 | ¶¶14, 51-91, 96, 151, 171, 189, 222, 229, 252-315 |

| | | Count II — Violations of §20(a) of the Exchange Act | | |
|---|---|---|---|---|
| | | Primary Violation by a Controlled Person ("Individual Defendant") | Control of the Primary Violator by the Defendant | Defendant Was a Culpable Participant in the Controlled Person's Fraud |
| | | *See* matrix of Syneos's primary violation, above. | ¶¶30-38, 71, 74, 84, 92, 111, 141, 153, 177, 192, 212, 232, 252-253, 255, 259-261, 273-275, 353, 362-365 | *See* matrix of Syneos's primary violation, above. |