## APPENDIX B

### Statements Unchallenged by Defendants in their Motion or Appendix

| Statements Unchallenged by Defendants in their Motion or Appendix | | |
|---|---|---|
| **Complaint ¶** | **Statement** | **Speaker(s)** |
| ¶116 | "we had a huge production from SMID customers, and it's pretty much a regular-looking quarter with the COVID overlay on top" | Syneos, Macdonald |
| ¶122 | "[Question:] In your third quarter report – Jason, this one might be for you – you guys reflected some adjustments to your pass-through estimates, flowed that through your bookings in 2Q and shaded down the – averaged down your book-to-bill a little bit. Maybe you could talk through what – kind of what precipitated that change in estimate around the pass-through side and the magnitude of the impact to your bookings?"<br><br>[Meggs:] Yes. Thanks, Dave. So we always try to be as balanced on our backlog when we're looking at future forecasting, et cetera right, in terms of risk adjustments and what do we think is actually going to happen for each study, almost conservative in a lot of ways, I would say. . . .<br><br>And as we looked at how studies in the existing portfolio were behaving and the conversations we were having around future remote levels as well as the bids, and what we were doing in terms of new bids, and how the remote versus on-site was going, we said, Look, we think this is actually going to be a permanent impact to the studies. And what is that impact on the backlog? And we took that out of the backlog in the quarter, which we still had a good book-to-bill, relative to last year in quarter 3, right? And had we not done that, we would have posted another sort of low 1.4s in the quarter. So we were – I think we're around 1.2.<br><br>So that's what we were seeing, why we did it, and the impact. And as we look to the future, right, the pass-throughs will come back up to some extent as a proportion of total revenue, no question, from the Q2 and Q3 level." | Syneos, Meggs |
| ¶182 | [Question:] An analyst asked Defendants to "provide just a little bit more breakdown on the revenue between – in the third quarter in terms of how you're thinking about it between clinical and commercia" also asking "if you could help us break out some of the numbers that you said regarding pass-throughs and acquisitions and divestitures, just so that all those things are clear between clinical and commercial."<br><br>"[Macdonald:] Clinical side, really seeing good performance there as well as COVID continues to recover. We talked a little bit about the COVID trials and how they're standing up the vaccine trial. That will continue into the back half although we did peak as we thought we would likely in quarter 2 on those COVID trials or the vaccine trials. But the other large relationships we have are continuing to stand up and the projects are growing. We're trying to catch those up as best we can from COVID. We had great SMID performance in sales in quarter 4 and quarter 1, again, in quarter 2. That's starting to pull through into revenue as well in the back half. And so looking at growth there in the low to mid-20s right, when you look at the clinic growth. So that's how we're looking at it by segment, really pleased with it." | Syneos, Macdonald |
| **Portions of Statements Unchallenged by Defendants in Their Motion or Appendix** | | |
| **Complaint ¶** | **Statement** | **Speaker(s)** |
| ¶113 | "Gross awards remain very strong, including a record quarter of awards in our small- to mid-sized customer segment." | Syneos, Macdonald |

| | | |
|---|---|---|
| ¶135 | "We have increased the number of strategic awards in the top 30 since this time last year, up to four, and we're very happy with that. . . . We've gone through bookings growth and now we're starting to see that billings growth come through the model as those projects stand up and start up." | Syneos, Macdonald |
| ¶156 | "continued recovery in reimbursable expenses" | Syneos, Macdonald |
| ¶164 | "If you just kind of strip everything out, both businesses year-over-year, excluding reimbursable expenses, were growing in the first quarter in sort of mid-single digits." | Syneos, Meggs |
| ¶179 | During the call, Defendant Macdonald addressed a question concerning "customer behavior," the Company's bookings and backlogs, and whether "clients are still pushing things out or things being kind of acted on a little more near-term?"<br><br>"I think we didn't see any of that really in Q2. You naturally get things that move around the end of the quarter, but nothing out of the ordinary. And I think we've seen a continued kind of return to what we'd expected – that we'd always expect to see kind of pre-COVID with the activity from SMID customers being very strong activity from large pharma customers being more normal, if you like, where decisions being made, projects coming through and getting into the clinic.<br><br>So as you see, we had a great bookings quarter. Very strong in clinical and commercial, very strong in Syneos One, very strong in full-service commercial as well. So really, we're pretty pleased with all those sectors." | Syneos, Macdonald |
| ¶184 | "And then when we look at book-to-bill, I mean I appreciate your comments about bookings, but we also still have that conservative approach around FSPs. . . .<br><br>So we have a different approach. We feel it's the right approach to do it more progressively. We had a quarter at a time as we go. And we take that slow and steady approach. . . . And if you look at where COVID labs are, just regular testing as well as central lab work, that revenue is massive. We don't have to recover from that." | Syneos, Macdonald |
| ¶197 | "We mentioned that we're winning a lot of oncology work. Obviously, that sets up for a long view of the pipe of the backlog, so you got a lot more visibility with that.<br><br>* * *<br><br>So I think in 2021, more than 50% of the products that have been approved are going to market with the SMID owner still in the seat." | Syneos, Macdonald |
| ¶202 | "[T]he win rate for us has been very strong in both sectors. . . . We're particularly pleased with the win rates that we see across the SMID and ensuring that we're very compelling there." | Syneos, Macdonald |