## APPENDIX C
## Purported "Puffery" Statements with Proper Context

| Source | Date | Excerpts from Defendants' Appendix A Missing Context | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| Exhibit 2 (September 9, 2020 Baird Industry Conference) | 09/09/2020 | "The strategy that we have seems to be resonating very strongly with customers across all sectors." ¶100. | "***And really, we've been positioning the organization over the last few years to drive accelerated revenue and margin growth. Now clinical bookings momentum has been very good over the last several quarters, posting high market-leading book-to-bills over that period. Backlog growth as of the end of Q2 at 14.8%. We're very pleased with that, obviously. And with net awards growth driving at 10% year-over-year growth, it put us in a very strong position.*** <br><br> ***We're in a very strong market. Our position in that market is growing and strengthening.*** The strategy that we have seems to be resonating very strongly with customers across all sectors. ***So we see the engagement in that growth, not just in the SMID sector where we traditionally grew up, but also now that we're in that large pharma sector, and we'll touch on that in a moment as well.***" ¶100. |
| Exhibit 7 (Q3 2020 Release) | 10/29/2020 | "Our differentiated model continues to resonate with customers and our value proposition is further strengthened with our agreement to acquire Synteract." ¶110. | "***We delivered strong sequential revenue growth with profit outperformance in the third quarter.*** Our differentiated model continues to resonate with customers and our value proposition is further strengthened with our agreement to acquire Synteract . . . . ***As we look ahead to 2021 and beyond, we're building a strong foundation for growth, coming off a quarter with record backlog, high market demand and robust pipelines.***" ¶110. |

| Source | Date | Excerpts from Defendants' Appendix A Missing Context | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| Exhibit 5 (Q3 2020 Earnings Call) | 10/29/2020 | "We continue to deliver on our strategy and remain confident in the long-term strength of our business, given our robust backlog and differentiated model." ¶113.<br><br>"[W]e had a strong quarter … demonstrating how our unique value proposition continues to resonate with our customers and our team continues to execute." ¶114.<br><br>"So been able to land Synteract, having a good cultural fit and relationship with their executive team already." ¶115. | "We continue to deliver on our strategy and remain confident in the long-term strength of our business, given our robust backlog and differentiated model. ***We expect strong growth in both of our segments in 2021, despite recent increases in COVID-19 cases slowing the pace of recovery.***" ¶113.<br><br>"***Given the COVID-19 headwinds,*** we had a strong quarter ***across our operating and financial metrics, including gross awards, backlog growth, profitability and cash flow*** demonstrating how our unique value proposition continues to resonate with our customers and our team continues to execute." ¶114.<br><br>"***[Question:] "[J]ust to start on the reimbursable travel since it obviously seems to be causing some noise for you and others more than expected this quarter. I just wanted to understand this a little bit better. So you mentioned the 400 basis point headwind for the quarter. How does that compare to 2Q? And then what's assumed as far as this headwind in the 4Q guide? And then, I guess, similarly, anything you can share around what that impact was on the revised reimbursable travel in the bookings number?"***<br><br>*** \*     \*     \****<br><br>***[Meggs:] "When you think about the backlog and the adjustment in clinical, we – if you just take out the backlog adjustment, our book-to-bill in the quarter in clinical would have been north of 1.4, again. So it was a good quarter, and we feel good about the bookings that we had."*** |

| Source | Date | Excerpts from Defendants' Appendix A Missing Context | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| | | | \* \* \*<br><br>*[Macdonald:] "And that sector [SMID] was really hot for us in Q3. I mean it's kind of a record pipe in the SMID, record sales in the SMID for Q3, and we just see that segment getting hotter and hotter.* So been able to land Synteract, having a good cultural fit and relationship with their executive team already." ¶115. |
| Exhibit 12 (December 8, 2020 Analyst & Investor Day) | 12/08/2020 | Syneos's "collaborative approach across the business is resonating with our customers." ¶126.<br><br>"While we're growing our share in large pharma, our legacy strength is in the small to mid-sized or SMID segment where we continue to enjoy an overweighed position relative to our total market share." ¶128.<br><br>"[O]ur unique Syneos One product offering continues to resonate strongly and help us to drive for this growth. Our end-to-end model can uniquely serve SMID customers, helping them to realize the full value of their compounds in the commercial marketplace via market access, commercial strategy and branding, enabling them to best optimize their clinical development program." ¶128.<br><br>"Our model, people, and culture are our competitive advantage." ¶129. | Syneos's "collaborative approach across the business is resonating with our customers" *and part of a "value creation plan" that "provides the financial road map for growth."* ¶126.<br><br>*"We're very excited about our strong pipeline of additional opportunities. We currently have three partnerships driving over a $150 million of annual revenue and we expect to continue expanding this group of key customers*<br><br>. . . . While we're growing our share in large pharma, our legacy strength is in the small to mid-sized or SMID segment where we continue to enjoy an overweighed position relative to our total market share." ¶128.<br><br>"*For the third quarter, we experienced record awards and RFP flow for the SMID segment and* our unique Syneos One product offering continues to resonate strongly and help us to drive for this growth. Our end-to-end model can uniquely serve SMID customers, helping them to realize the full value of their compounds in the |

3

| Source | Date | Excerpts from Defendants' Appendix A Missing Context | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| | | | commercial marketplace via market access, commercial strategy and branding, enabling them to best optimize their clinical development program. ***It's important to understand the strength of the market that Synteract plays in and the strategic rationale for our combination.***" *Id.*<br><br>"***We have built a strong foundation for growth and we're focused on accelerating execution and growth over the next several years and we have the backlog, pipelines, and customer relationships to do so.***<br><br>***We believe that Syneos Health is positioned for sustainable growth and margin expansion.*** Our model, people, and culture are our competitive advantage." ¶129. |
| Exhibit 14 (January 13, 2021 J.P. Morgan Industry Conference) | 01/13/2021 | "The employees from Synteract have been fantastic. They've settled in very quickly, and we're seeing good performance from them from day one. So we're very pleased with that. It enables us to engage a different customer in the SMID space." ¶135.<br><br>"We've helped a lot of customers navigate through the COVID experience by being able to move them very seamlessly, very painlessly to a digital, more remote approach, both in clinical and commercial. . . . We have enhanced our SMID position with the acquisition of Synteract. As I said before, we already have the leading position in that space." ¶135. | "***In the meantime, we don't ignore the SMID. We made the investment in Synteract, continue to help us fuel that growth in a very hot end of the market, particularly within this SMID market, a hotter end of that market as well.***<br><br>\*　　\*　　\*<br><br>***On the right-hand side there, we talked a little bit about Synteract. We're keeping that as a stand-alone business unit to really engage the emerging biotech. We've got off to a great start with that.*** The employees from Synteract have been fantastic. They've settled in very quickly, and we're seeing good performance from them from day one. So we're very pleased with that. It enables us to engage a different customer in the SMID |

| Source | Date | Excerpts from Defendants' Appendix A Missing Context | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| | | | space.<br><br>      \*     \*     \*<br><br>***We have a strong backlog growth in both sectors of the business, clinical at 18% . . . . We're very pleased with that. Obviously, some of that is work that got pushed to the right from 2020. But as we go through the year, we have had great sales, we've had strong pipelines, and we've been able to secure great positions, not just with large pharma, but also in that SMID sector.*** We've helped a lot of customers navigate through the COVID experience by being able to move them very seamlessly, very painlessly to a digital, more remote approach, both in clinical and commercial. . . . We have enhanced our SMID position with the acquisition of Synteract. As I said before, we already have the leading position in that space. We are very keen on that space. ***We see it as a great growth driver for the future.***" ¶135. |
| Exhibit 17 (Q4 2020 Release) | 02/18/2021 | "Our innovative solutions, including Kinetic, continue to resonate with customers and we further strengthened our differentiated model with our acquisitions of Synteract, enhancing our SMID footprint, and Illingworth Research Group, further enabling our in-home capability for Decentralized Solutions." ¶140. | "***We delivered another quarter of strong awards performance, along with sequential revenue growth and robust profitability in the fourth quarter.*** Our innovative solutions, including Kinetic, continue to resonate with customers and we further strengthened our differentiated model with our acquisitions of Synteract, enhancing our SMID footprint, and Illingworth Research Group, further enabling our in-home capability for Decentralized Solutions . . . ***We remain confident in the long-term strength of our business given our record backlog, which we expect to fuel strong growth in both segments for the full year 2021.***" ¶140. |

| Source | Date | Excerpts from Defendants' Appendix A Missing Context | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| Exhibit 15 (2020 Form 10-K) | 02/18/2021 | "With the acquisition (the 'Synteract Acquisition') of SHCR Holdings Corporation ('Synteract'), a company with a leading reputation among emerging biopharmaceutical companies, we have also enhanced our leading position for serving customers across the small to mid-sized ('SMID') category, further diversifying our customer base and expanding support to the high-growth emerging biopharmaceutical segment." ¶143. | "***[O]ur customer base is geographically diverse with well-established relationships in the United States, Europe, and Asia. We have several customers with whom we have achieved "preferred provider" or strategic alliance relationships. We define these customers as relationships from which we generate significant revenue and where we have executed master service agreements in addition to regularly scheduled strategy meetings to discuss the status of our relationship, and for which we serve as a preferred supplier of services. We believe these relationships provide us enhanced opportunities for more business, although they are not a guarantee of future business.*** With the acquisition (the 'Synteract Acquisition') of SHCR Holdings Corporation ('Synteract'), a company with a leading reputation among emerging biopharmaceutical companies, we have also enhanced our leading position for serving customers across the small to mid-sized ('SMID') category, further diversifying our customer base and expanding support to the high-growth emerging biopharmaceutical segment. ***We continue to experience strong SMID demand, as evidenced by double-digit growth in our request-for-proposal volumes in 2020 as compared to 2019.***" ¶143. |

| Source | Date | Excerpts from Defendants' Appendix A Missing Context | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| Exhibit 16 (Q4 2020 Earnings Call) | 02/18/2021 | "[O]ur growing portfolio of innovative and integrated product development solutions continues to resonate with customers of all sizes." ¶144. | *Macdonald highlighted the Company's "strong sales performance in the quarter, which caps off a record year of award,* our growing portfolio of innovative and integrated product development solutions continues to resonate with customers of all sizes." ¶144. |
| Exhibit 19 (Q1 2021 Earnings Call) | 04/29/2021 | Syneos's "enhanced processes," "more horsepower," and "more automated and more streamlined" processes allow it to effectively execute despite the increased demand environment. ¶158. | *An analyst described the ramp-up of site activations as "pretty remarkable" and inquired whether Syneos had sufficient staffing to meet this demand and maintain such an elevated pace. In response, Defendant Macdonald stated "yes, definitely, we can sustain it and grow it, actually."* Macdonald also pointed to Syneos's "enhanced processes," "more horsepower," and "more automated and more streamlined" processes as reasons why the Company was able to effectively execute despite the increased demand environment. ¶158. |
| Exhibit 23 (Jefferies 2021 Virtual Healthcare Conference) | 06/02/2021 | "And what we've seen from that is our ability to accelerate customer outcomes and customer success by compressing the dead space between activities and making – building in commercialization, requirements, materials, data into the clinical trials as we design them and deploy them." ¶172. | "*We're starting to see the end-to-end product development model that we have, which is really powered by the fact that we can do the full clinical research and the full commercialization, starting to hum along together.* And what we've seen from that is our ability to accelerate customer outcomes and customer success by compressing the dead space between activities and making – building in commercialization, requirements, materials, data into the clinical trials as we design them and deploy them." ¶172. |

| Source | Date | Excerpts from Defendants' Appendix A Missing Context | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| Exhibit 28 (Q2 2021 Release) | 08/09/2021 | "Our unique strategy continues to resonate in the market, with our integrated product offerings and commercial expertise improving engagement across sites, patients and HCPs, while accelerating performance and increasing participant diversity." ¶176. | "'***During the second quarter we exceeded the midpoint of our guidance across all financial metrics, with both Clinical and Commercial achieving double-digit growth year-over-year as we continue to emerge from the COVID-19 pandemic . . . . Both segments delivered another quarter of strong awards, powering record backlog levels and fueling our robust growth expectations over the balance of 2021.*** Our unique strategy continues to resonate in the market, with our integrated product offerings and commercial expertise improving engagement across sites, patients and HCPs, while accelerating performance and increasing participant diversity.'" ¶176. |
| Exhibit 26 (Q2 2021 Earnings Call) | 08/09/2021 | "And I think the innovation that we're bringing to customers in terms of integrating products and selling doing more cross-selling, et cetera as well as the full end-to-end Syneos One has put us in a really strong position." ¶179.<br><br>"We got a lot of strength in the SMID. We're the leader in the SMID sector." ¶183. | ***During the call, Defendant Macdonald addressed a question concerning "customer behavior," the Company's bookings and backlogs, and whether "clients are still pushing things out or things being kind of acted on a little more near-term?"***<br><br>"***[Macdonald:] Yeah. Good question. I think we didn't see any of that really in Q2. You naturally get things that move around the end of the quarter, but nothing out of the ordinary. And I think we've seen a continued kind of return to what we'd expected – that we'd always expect to see kind of pre-COVID with the activity from SMID customers being very strong activity from large pharma customers being more normal, if you like, where decisions being made, projects coming through and getting into the clinic.***<br><br>***So as you see, we had a great bookings*** |

| Source | Date | Excerpts from Defendants' Appendix A Missing Context | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| | | | *quarter. Very strong in clinical and commercial, very strong in Syneos One, very strong in full-service commercial as well. So really, we're pretty pleased with all those sectors. We've got good, robust pipelines as you go into Q3 and very pleased with the demand environment that we're sitting.* And I think the innovation that we're bringing to customers in terms of integrating products and selling doing more cross-selling, et cetera as well as the full end-to-end Syneos One has put us in a really strong position." ¶179.<br><br>*An analyst asked "can you speak to the nature of the clinical net awards in the quarter in terms of what you saw from maybe a therapeutic in our customer perspective? Is there anything surprising or unusual to call out other than those 3 large[] [awards]?" In response, Defendant Macdonald stated: "Not really. I think a pretty well-balanced quarter.* We got a lot of strength in the SMID. We're the leader in the SMID sector. *So we expect that, but I think that's particularly strong for us this time. Good FSP awards, as we mentioned, like you say, and a good contribution from large pharma.*" ¶183. |
| Exhibit 32 (Q3 2021 Release) | 11/03/2021 | "We delivered another strong quarter of results demonstrating the strength of our differentiated product development strategy and continued momentum in the market, exceeding the midpoint of our guidance across all financial metrics . . . . Our Clinical and Commercial teams again achieved double-digit growth fueled by strong demand for our innovative, integrated solutions, as demonstrated by our robust awards and backlog." ¶191. | "We delivered another strong quarter of results demonstrating the strength of our differentiated product development strategy and continued momentum in the market, exceeding the midpoint of our guidance across all financial metrics . . . . Our Clinical and Commercial teams again achieved double-digit growth fueled by strong demand for our innovative, integrated solutions, as demonstrated by our robust awards and backlog. |

| Source | Date | Excerpts from Defendants' Appendix A Missing Context | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| | | | *We also recently closed our acquisitions of StudyKIK, a clinical trial recruitment and retention company, and RxDataScience, a data analytics, data management and Artificial Intelligence company. These acquisitions will further enable Syneos Health to deliver new tech-enabled, insights-powered capabilities to customers helping us achieve our goal of shortening the distance from lab to life.*" ¶191. |
| Exhibit 30 (Q3 2021 Earnings Call) | 11/03/2021 | "I am delighted to report another quarter of strong results, demonstrating the enthusiastic customer response to our differentiated product development strategy and our continued market momentum." ¶194.<br><br>"The demand environment remains very healthy with strong pipelines ahead of us across our business in terms of RFPs, relationship discussions, new drug approvals and demand for our innovative models based around the Syneos One approach." ¶194. | "I am delighted to report another quarter of strong results, demonstrating the enthusiastic customer response to our differentiated product development strategy and our continued market momentum. *We again exceeded the midpoint of our guidance across all financial metrics for the quarter. Our integrated offerings, those where we work across the product life cycle, fueled strong awards and backlog growth in both segments during this quarter. Both clinical and commercial continued their robust year-over-year growth in the quarter, and we now anticipate 2022 revenue growth rates above the midpoint we outlined during our investor event in December 2020*.<br><br>The demand environment remains very healthy with strong pipelines ahead of us across our business in terms of RFPs, relationship discussions, new drug approvals and demand for our innovative models based around the Syneos One approach." ¶194. |

| Source | Date | Excerpts from Defendants' Appendix A Missing Context | Excerpts from the Complaint with Context in Bold and Italics |
|--------|------|-----------------------------------------------------|-------------------------------------------------------------|
| Exhibit 30 (Q3 2021 Earnings Call) | 11/03/2021 | "And obviously, the Syneos One model and the integrated commercial solution that we have is a very good model for those folks to take those products through to the market. So I think we see all that." ¶197.<br><br>"We, I think, have the most compelling SMID offering in the market, and it's a healthy part of the market." ¶198. | ***Defendant Macdonald addressed a question from Citi analyst Donnelly concerning the "visibility" and "confidence level" the Company has with respect to 2022:***<br><br>"***[Macdonald:] So yes, I think where we sit right now, good kind of backlog visibility through the whole year with both the – backlog that's coming through from clinical. We mentioned that we're winning a lot of oncology work. Obviously, that sets up for a long view of the pipe of the backlog, so you got a lot more visibility with that.***<br><br>***\*    \*    \****<br><br>***So I think in 2021, more than 50% of the products that have been approved are going to market with the SMID owner still in the seat.*** And obviously, the Syneos One model and the integrated commercial solution that we have is a very good model for those folks to take those products through to the market. So I think we see all that.<br><br>***We also see very strong pipelines in terms of RFPs, discussions we're having with customers, work that's coming our way in terms of FSP. So it's really a nice setup right across the business. We're seeing it accelerate. And I think we just have a better look at 2022 in a healthier picture than we would normally see at this point. So we're happy to let that confidence come through a little bit in bringing the guide up a little touch for 2020.***" ¶197. |

| Source | Date | Excerpts from Defendants' Appendix A Missing Context | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| | | | ***In response to a follow-up question from Donnelly asking about RFP "flows," Defendant Macdonald stated: "I think the flow that we're seeing, RFP is strong across the board, both large pharma and SMID. We've been really working on strategies to drive more penetration into the large pharma. That was one of the imperatives of the merger rights get that scale to get into large pharma, where that scale is important. So we're seeing that.*** We, I think, have the most compelling SMID offering in the market, and it's a healthy part of the market. ***There's fluctuations always in the biotech funding index, but the SMID customers who got lot of cash on hand, and we don't see that as an issue as we go forward. And certainly, from the pipe that we see, that is certainly not an issue that they see either. So I think that setup is good."*** ¶198. |
| Exhibit 39 (Q1 2022 Earnings Call) | 04/29/2022 | "We have good engagement with customers." ¶226. | " ***We see that is still pretty strong. It's moving along.*** We have good engagement with customers, ***I think the fact that we're able to take those customers with a very different model now with Syneos One wrapped around it, the ability to go end to end. And we look at the private funding in the biotech space, the big equity houses putting money to work through their biotech, et cetera.*** <br><br> ***\*       \*       \**** <br><br> ***But for us, those channels combined are healthy. I think they're showing good growth against where we've been in the past even when we look back at 2021, which had a lot of*** |

| Source | Date | Excerpts from Defendants' Appendix A Missing Context | Excerpts from the Complaint with Context in Bold and Italics |
|--------|------|------------------------------------------------------|-------------------------------------------------------------|
|        |      |                                                      | *the COVID catch-up in it, we're seeing the pipeline is equivalent to that. So we're not concerned by that. Add to that the fact that we're breaking in more and more to the large pharma, getting new relationships there, adding anchor tenants to the backlog through that. It's a very healthy picture for us. So funding environment, fine; good engagement with the customers. We're not seeing that as an issue at all.*" ¶226. |