UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEMPEN INTERNATIONAL FUNDS, et al.,<br><br>         Plaintiffs,<br><br>  -against-<br><br>SYNEOS HEALTH, INC., et al.,<br><br>         Defendants. | 23-cv-8848 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court greatly appreciates the parties' submission of materials in advance of the initial conference. In light of the motion to dismiss, the February 8 conference is CANCELED. If the complaint is not dismissed, the Court will order the parties to submit a revised case-management plan with definite dates at that time.

  SO ORDERED.

Dated: February 2, 2024
   New York, New York

                 _____
                 ARUN SUBRAMANIAN
                 United States District Judge