**INDEX OF APPENDICES**

| APPENDIX | DESCRIPTION |
|---|---|
| Appendix A | Chart summarizing the unsourced allegations in the Second Amended Complaint |
| Appendix B | Chart summarizing the challenged statements alleged in the Second Amended Complaint and certain of the grounds on which Defendants seek dismissal |
| Appendix C | Chart summarizing Defendants' cautionary statements made to shareholders during the putative Class Period |
| Appendix D | Chart summarizing Defendants' alleged post-Class Period "admissions," market commentary cited in the Second Amended Complaint, and certain context missing from the Second Amended Complaint regarding these alleged "admissions" and market commentary |
| Appendix E | Chart summarizing the Individual Defendants' holdings of Syneos stock during the putative Class Period |