**APPENDIX B**

| INACTIONABLE ALLEGED MISSTATEMENTS | |
|---|---|
| **Forward-Looking Statements** | SAC ¶¶ 101–05, 110, 112, 116, 118–19, 125, 127, 131–32, 138–39, 140, 142, 146, 148–49, 151–52, 162–64, 169, 171, 177–78, 181, 185, 187–88, 190, 192, 199, 202, 205–06, 211–13, 216–17, 219, 224–25, 229–30 |
| **Puffery/General Statements** | SAC ¶¶ 100–05, 108–12, 114–17, 123–27, 131–133, 137, 141, 188, 200, 212, 217, 258 |
| **Vague Statements of Corporate Optimism** | SAC ¶¶ 100–05, 109–12, 114–17, 119, 123–27, 131–33, 137–39, 140–42, 146, 149, 151–52, 171, 178, 181, 185, 188, 192, 204–06, 212, 216–17, 219, 229, 258 |

| FORWARD-LOOKING STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| Exhibit 1 (2020 Baird Global Healthcare Conference) | 09/09/2020 | "Backlog growth as of the end of Q2 at 14.8%." (SAC ¶ 146.) |
| Exhibit 2 (Q3 2020 Earnings Call) | 10/29/2020 | "Given the COVID-19 headwinds, we had a strong quarter across our operating and financial metrics, including … backlog growth." (SAC ¶ 101.)<br><br>"I mean it's kind of a record pipe in the SMID, …we just see that [SMID] segment getting hotter and hotter." (SAC ¶ 125.)<br><br>"[W]e closed Q3 with solid net new business awards, including Clinical Solutions year-over-year growth of 16.9%, resulting in book-to-bill ratios of 1.2x for Clinical Solutions and 1.1x for our total organization. This brings us to $5.9 billion of net awards and an aggregate book-to-bill ratio of 1.31x for the trailing 12-month period. For our Clinical business, this builds a strong position for accelerating revenue growth with 20.4% growth in net awards for the trailing 12-month period and year-over-year backlog growth improving to 18.2%. . . . Clinical Solutions also delivered a solid third quarter of net awards, growing 16.9% compared to last year. Gross awards remain very strong, including a record quarter of awards in our small- to-mid-sized customer segment … This brings Clinical net awards to $4.7 billion for the trailing 12-month period, increasing our book-to-bill ratio for the same period to 1.41x." (SAC ¶ 151.)<br><br>"Our Clinical pipeline remains robust across customer segments, fueled by double-digit growth in SMID RFP flow year-to-date, including a record third quarter." (SAC ¶ 151.)<br><br>"[I]f you just take out the backlog adjustment, our book-to-bill in the quarter in clinical would have been north of 1.4, again." (SAC ¶ 152.) |

| FORWARD-LOOKING STATEMENTS | | |
| --- | --- | --- |
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| Exhibit 4 (Q3 2020 Release) | 10/29/2020 | "Net new business awards were $1,206.3 million and $5,892.1 million for the three and twelve months ended September 30, 2020, representing a book-to-bill ratio of 1.10x and 1.31x, respectively. Clinical Solutions net new business awards were $995.0 million and $4,711.3 million for the three and twelve months ended September 30, 2020, representing a book-to-bill ratio of 1.20x and 1.41x, respectively. . . . These net new business awards contributed to an ending backlog of $9,783.0 million as of September 30, 2020, consisting of $9,196.3 million for Clinical Solutions."  (SAC ¶ 148.)<br><br>"Clinical Solutions backlog growth of 18.2% compared to the same period in 2019."  (SAC ¶ 149)<br><br>"As we look ahead to 2021 and beyond, we're building a strong foundation for growth . . . ."  (SAC ¶ 149.) |
| Exhibit 5 (2020 Jefferies Industry Conference) | 11/19/2020 | "I think the RFP environment for us has been pretty strong all year . . . . [B]ut nice strong environment right now.  And I think that sets us up really nicely for 2021 as well."  (SAC ¶ 102.) |
| Exhibit 7 (December 7, 2020 Press Release) | 12/07/2020 | "Our innovative product development model provides opportunities to drive accelerated growth across a wide range of customers, delivering deeper strategic insights and integrated expertise." (SAC ¶ 110.) |
| Exhibit 8 (2020 Analyst & Investor Day) | 12/08/2020 | Syneos expected to achieve "robust revenue growth" over the next three years . . . [and] announced revenue guidance for fiscal years 2022 and 2023 of "between 7% and 10%" growth each year. (SAC ¶ 103.)<br><br>"We have built a strong foundation for growth and we're focused on accelerating execution and growth over the next several years and we have the backlog, pipelines, and customer relationships to do so.  We believe that Syneos Health is positioned for sustainable growth and margin expansion." (SAC ¶¶ 103, 112.) |

| FORWARD-LOOKING STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| | | "We have year-over-year clinical backlog growth of over 30% for the Top 50 pharma customers as of the end of third quarter."  (SAC ¶ 127.)<br><br>"We're very excited about our strong pipeline of additional opportunities.  We currently have three partnerships driving over . . . $150 million of annual revenue and we expect to continue expanding this group of key customers."  (SAC ¶ 127.) |
| Exhibit 9 (2021 J.P. Morgan Healthcare Conference) | 01/13/2021 | "And then you'll see there that over 30% year-on-year backlog growth for us in that top 50, which shows that the accounts that we penetrated are turning into revenue generation."  (SAC ¶ 104.)<br><br>"We are very keen on that [SMID] space.  We see it as a great growth driver for the future."  (SAC ¶ 131.) |
| Exhibit 11 (Q4 2020 Earnings Call) | 02/18/2021 | Slides discussing Syneos' Q4 2020 results showed "Syneos' 1.33x book-to-bill ratio," and "Clinical Solutions ending backlog growth of 24.6% as of December 31, 2020."  (SAC ¶ 163.)<br><br>A slide also highlighted "the Company's book-to-bill ratio steadily growing from 1.2x to 1.42x over the previous five quarters."  (SAC ¶ 164.) |
| Exhibit 12 (Q4 2020 Release) | 02/18/2021 | "We remain confident in the long-term strength of our business given our record backlog, which we expect to fuel strong growth in both segments for the full year 2021."  (SAC ¶ 132.)<br><br>"Clinical Solutions segment net new business awards of $1,299.3 million and $4,698.7 million for the three and twelve months ended December 31, 2020, representing book-to-bill ratios of 1.52x and 1.42x, respectively, and year-over-year backlog growth of 24.6% as of December 31, 2020."  (SAC ¶ 162.)<br><br>"These net new business awards contributed to an ending backlog of $10,951.1 million as of December 31, 2020, consisting of $10,239.5 million for Clinical Solutions and $711.6 million for the Deployment Solutions offering within Commercial Solutions."  (SAC ¶ 162.) |

| FORWARD-LOOKING STATEMENTS | | |
| --- | --- | --- |
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| Exhibit 14 (Q1 2021 Earnings Call) | 04/29/2021 | Syneos's Clinical Solutions segment is "well positioned for accelerated revenue growth" in 2021, with Syneos's "record ending backlog" and "record pipeline of new opportunities."  (SAC ¶¶ 105, 171.)<br><br>Reimbursable revenue will undergo "strong growth" in the Clinical Solutions segment.  (SAC ¶ 171.)<br><br>Demand above pre-COVID-19 levels will "increase our backlog conversion and accelerate year-over-year Clinical Solutions revenue growth for the balance of this year."  (SAC ¶ 105.)<br><br>An analyst described the ramp-up of site activations as "pretty remarkable" and inquired whether Syneos had sufficient staffing to meet this demand and maintain such an elevated pace.  In response, Defendant Macdonald stated "yes, definitely, we can sustain it and grow it, actually."  (SAC ¶ 116.) |
| Exhibit 16 (Q1 2021 Release) | 04/29/2021 | "Net new business awards of $1,548.8 million and $5,880.1 million for the three and twelve months ended March 31, 2021, representing book-to-bill ratios of 1.28x and 1.32x, respectively."  (SAC ¶ 169.)<br><br>"[T]he Clinical Solutions segment net new business awards of $1,215.5 million and $4,720.1 million for the three and twelve months ended March 31, 2021, representing book-to-bill ratios of 1.30x and 1.39x, respectively, and year-over-year backlog growth of 22.5% as of March 31, 2021."  (SAC ¶ 169.)<br><br>"[N]et new business awards contributed to an ending backlog of $11,218.0 million as of March 31, 2021, consisting of $10,509.9 million for Clinical Solution."  (SAC ¶ 169.) |
| Exhibit 19 (Q2 2021 Earnings Call) | 08/09/2021 | Q. (David Windley (Analyst, Jefferies)): "And then maybe just on a general recovery on things like site access and RFP flow.  Jason, what are you seeing there and *then what are you assuming also kind of the back half in terms of continued normalization on that front*?" (emphasis added) |

| FORWARD-LOOKING STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| | | A. (Alistair Macdonald (Syneos)):  "I mean I think we are [seeing] (*sic*) a very robust environment from all sectors, both clinical, commercial, SMID and large in both sectors as well[.] [S]o [a] good healthy environment."  (SAC ¶ 138.)<br><br>"Under our awards policy for FSP services, we only included 12 months of services in our bookings, even though each agreement represented an initial term of at least 3 years.  The remainder provides further fuel for growth in addition to our reported backlog.  Driven by these strong sales, record ending backlog that is up 21.5% and a robust pipeline of new opportunities, Clinical Solutions remains well positioned for strong revenue growth in the second half of 2021 and beyond."  (SAC ¶ 181.) |
| Exhibit 21 (Q2 2021 Release) | 08/09/2021 | "Clinical Solutions net new business awards of $1,436.2 million for the second quarter, representing year-over-year growth of 21.2% and a book-to-bill ratio of 1.45x, and $4,971.5 million for the trailing twelve months, representing year-over-year growth of 8.2% and a book-to-bill ratio of 1.37x."  (SAC ¶ 177.)<br><br>"Year-over-year ending backlog growth of 21.5% in Clinical Solutions . . . ."  (SAC ¶ 177.)<br><br>"[B]oth Clinical and Commercial … delivered another quarter of strong awards, powering record backlog levels and fueling our robust growth expectations over the balance of 2021."  (SAC ¶ 178.) |
| Exhibit 22 (2021 Baird Global Healthcare Conference) | 09/15/2021 | "[W]e have a very good SMID mix in the business, and we continue to have that.  Despite the fact we have really good backlog growth in clinical from top 20.  Those are going to be the drivers as we move into 2022 and 2023."  (SAC ¶ 139.)<br><br>"So we won a lot of work last year that sits well in our backlog for the next few years, will help us drive growth through '20 – through the near future."  (SAC ¶ 185.) |

| FORWARD-LOOKING STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| Exhibit 23 (Q3 2021 Earnings Call) | 11/03/2021 | "I think where we sit right now, good kind of backlog visibility through the whole year with both the – backlog that's coming through from clinical . . . ."  (SAC ¶ 118.)<br><br>"Driven by these strong sales, record ending backlog that is up 22.3% year-over-year and a record pipeline of new opportunities, Clinical Solutions remains well positioned for robust revenue growth into 2022 and beyond."  (SAC ¶¶ 140, 190.)<br><br>"Now for the 3 key highlights from the quarter.  First, overall net awards grew by 35.1% year-over-year.  This performance drove third quarter book-to-bill ratios of 1.30x for Clinical Solutions and 0.89x for Commercial Solutions, resulting in robust TTM book-to-bill ratios of 1.39x for clinical and 1.16x for commercial."  (SAC ¶ 190.) |
| Exhibit 25 (Q3 2021 Release) | 11/03/2021 | "Clinical Solutions net new business awards of $1,353.8 million for the third quarter, representing year-over-year growth of 35.0% and a book-to-bill ratio of 1.30x, and $5,322.2 million for the trailing twelve months, representing year-over-year growth of 12.3% and a book-to-bill ratio of 1.39x."  (SAC ¶ 187.)<br><br>"Year-over-year ending backlog growth of 22.3% in Clinical Solutions and 24.9% in Deployment Solutions as of September 30, 2021."  (SAC ¶ 187.)<br><br>"Our Clinical and Commercial teams again achieved double-digit growth fueled by strong demand for our innovative, integrated solutions, as demonstrated by our robust awards and backlog."  (SAC ¶ 188.) |
| Exhibit 26 (2021 Jefferies Industry Conference) | 11/18/2021 | "You've seen, I think, an improvement overall over the last few years of the consistency and the scale of our book-to-bill that's driving the growth in the company."  (SAC ¶ 142.) |

| FORWARD-LOOKING STATEMENTS | | |
| --- | --- | --- |
| Source | Date | Alleged Misstatements (excerpts from Second Amended Complaint) |
| Exhibit 27 (2021 Evercore ISI HealthCONx Conference) | 12/01/2021 | "[I]f you think back to when we started talking about our large pharma partnerships that we've won in 2018, 2019, et cetera, a lot of those were oncology-focused, and you're starting to see that backlog build and come through and the projects lengthen."  (SAC ¶ 119.)<br><br>"And you see some of that in our numbers with our book-to-bill in both businesses on clinical being at 1.39 at the end of September and being at 1.16, both on a trailing 12-month basis for commercial. So it continues to be strong.  Pipelines at or near record levels, RFP flows good, really good across all customer segments.  So end of the day, feel good about the demand environment at this time." (SAC ¶ 192.) |
| Exhibit 28 (2021 Form 10-K) | 02/17/2022 | "[T]he Company's Clinical Solutions segment net new business awards [were] $4,362.6 million and total net new business awards [were] $5,732.7 million for the 12 months ended December 31, 2021." (SAC ¶ 202.)<br><br>"Syneos had an ending backlog of $11,427.6 million as of December 31, 2021, consisting of $10,567.3 million for Clinical Solutions, representing growth of 2.9% and 4.1%, respectively, compared to the same period in 2020."  (SAC ¶ 202.) |
| Exhibit 29 (Q4 2021 Earnings Call) | 02/17/2022 | "These adjustments only impact our outlook for reimbursable expenses, not our view of underlying demand or profitability.  We, therefore, remain confident in our expectations for strong growth and profitability in 2022."  (SAC ¶ 205.)<br><br>"[W]e remain confident in our expectations for low-double-digit clinical revenue growth for 2022, excluding the impact of reimbursable expenses, along with continued margin expansion."  (SAC ¶ 206.) |
| Exhibit 30 (Q4 2021 Release) | 02/17/2022 | "Clinical Solutions net new business awards and book-to-bill ratios: [i]ncluding reimbursable out-of-pocket expenses, $357.1 million for the fourth quarter, a year-over-year decline of 72.9% and a book-to-bill ratio of 0.34x, and $4,362.6 million for the trailing twelve months, a year-over-year decline of 7.9% and a book-to-bill ratio of 1.09x.  Excluding reimbursable out-of-pocket expenses, $895.5 |

| FORWARD-LOOKING STATEMENTS | | |
| --- | --- | --- |
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| | | million for the fourth quarter, a year-over-year decline of 1.5% and a book-to-bill ratio of 1.26x, and $3,579.5 million for the trailing twelve months, year-over-year growth of 17.5% and a book-to-bill ratio of 1.34x." (SAC ¶ 199.)<br><br>"Year-over-year ending backlog growth: [i]ncluding reimbursable out-of-pocket expenses, 2.9% in Clinical Solutions and 20.9% in Deployment Solutions as of December 31, 2021.  Excluding reimbursable out-of-pocket expenses, 15.4% in Clinical Solutions and 25.8% in Deployment Solutions as of December 31, 2021." (SAC ¶ 199.) |
| Exhibit 31 (Q1 2022 Earnings Call) | 04/29/2022 | "Demand for our high-value solutions from development through commercialization remains healthy with robust new business pipelines across our organization.  We continue to see sustained strong demand across all customer segments, including SMID customers, where RFP flow year-to-date exceeds the strong levels of 2021 and are well above pre-COVID levels.  In addition, we are seeing more opportunities for preferred provider relationships with larger pharma customers as the impacts of the pandemic subside.  This continued strong awards and backlog growth positions us for sustained long-term growth.  We remain confident in the growth we have previously outlined for 2023 as we execute on our value-creation plan." (SAC ¶ 216.)<br><br>"I think they're showing good growth against where we've been in the past even when we look back at 2021, which had a lot of the COVID catch-up in it, we're seeing the pipeline is equivalent to that.  So we're not concerned by that.  Add to that the fact that we're breaking in more and more to the large pharma, getting new relationships there, adding anchor tenants to the backlog through that." (SAC ¶ 217.) |
| Exhibit 32 (Q1 2022 Release) | 04/29/2022 | "Clinical Solutions net new business awards and book-to-bill ratios: [i]ncluding reimbursable out-of-pocket expenses, $1,241.9 million for the first quarter, year-over-year growth of 1.6% and a book-to-bill ratio of 1.22x, and $4,392.9 million for the trailing twelve months, a year-over-year decline of 7.1% and a book-to-bill ratio of 1.07x.  Excluding reimbursable out-of-pocket expenses, $912.7 million for the first quarter, year-over-year growth of 20.3% and a book-to-bill ratio of 1.32x, and |

| FORWARD-LOOKING STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| | | $3,743.4 million for the trailing twelve months, year-over-year growth of 22.6% and a book-to-bill ratio of 1.37x." (SAC ¶ 211.)<br><br>"Year-over-year ending backlog growth: [i]ncluding reimbursable out-of-pocket expenses, 2.5% in Clinical Solutions and 21.7% in Deployment Solutions as of March 31, 2022. Excluding reimbursable out-of-pocket expenses, 16.6% in Clinical Solutions and 26.4% in Deployment Solutions as of March 31, 2022." (SAC ¶ 211.)<br><br>"We expect continued growth propelled by customer adoption of our integrated solutions, recent acquisitions, and comprehensive Syneos One and Medical Affairs offerings." (SAC ¶ 212.) |
| Exhibit 33 (Q1 2022 Form 10-Q) | 04/29/2022 | [T]he Company's Clinical Solutions segment net new business awards [were] $4,392.9 million and total net new business awards [were] $5,792.5 million for the 12 months ended March 31, 2022. (SAC ¶ 213.)<br><br>Syneos had an ending backlog of $11,634.1 million as of September 30, 2021, consisting of $10,772.3 million for Clinical Solutions, representing growth of 2.5% and 3.7%, respectively, compared to the same period in 2021. (SAC ¶ 213.) |
| Exhibit 34 (2022 Jefferies Global Healthcare Conference) | 06/08/2022 | "But right now, based on what we've seen, right, whether it's the pipeline of opportunities, it's the awards that we have and the backlog growth that we have year-to-date, which is 16-plus percent . . ." (SAC ¶ 219.) |
| Exhibit 35 (Q2 2022 Earnings Call) | 08/02/2022 | Syneos management remained "confident" in their ability "to drive clinical growth." (SAC ¶ 229.)<br><br>"[H]ealthy pipelines, good backlog growth, healthy end market. Market demand is healthy, and our pipeline of opportunities remains comparable to 2021. Specific to our clinical SMID portfolio, our |

| FORWARD-LOOKING STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| | | total pipeline of opportunities is up double digits compared to 2021, and we had record net awards during Q4 '21 and Q1 '22." (SAC ¶ 229.) |
| Exhibit 36 (Q2 2022 Form 10-Q) | 08/02/2022 | The Q2 2022 Form 10-Q highlighted the Company's Clinical Solutions segment net new business awards of $5,301.8 million and total net new business awards of $3,901.5 million for the twelve months ended June 30, 2022.  The Q2 2022 Form 10-Q also stated that Syneos had an ending backlog of $11,456.0 million as of June 30, 2022, consisting of $10,634.4 million for Clinical Solutions. (SAC ¶ 225.) |
| Exhibit 37 (Q2 2022 Release) | 08/02/2022 | The Q2 2022 Release stated that Syneos was still on track to achieve 2022 revenues within a range of $5.44 billion to $5.54 billion.  (SAC ¶ 224.)<br><br>The Q2 2022 Release also stated that Syneos had achieved a book-to-bill ratio of 0.94x including reimbursable expenses and 1.29x excluding reimbursable expenses, respectively.  (SAC ¶ 224.)<br><br>The Q2 2022 Release also stated that Syneos had a quarter-ending backlog in its Clinical Solutions segment of $6.98 billion excluding reimbursable expenses.  (SAC ¶ 224.) |
| Exhibit 39 (September 2022 Current Report) | 09/13/2022 | Syneos filed a current report on Form 8-K revealing that the Company expected to announce a book-to-bill ratio in its Clinical Solutions segment for the trailing 12 months ending September 30, 2022, in the range of 1.05x to 1.15x, excluding reimbursable expenses.  (SAC ¶ 230.) |

| PUFFERY/GENERAL STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| Exhibit 1 (2020 Baird Global Healthcare Conference) | 09/09/2020 | "We're in a very strong market.  Our position in that market is growing and strengthening.  The strategy that we have seems to be resonating very strongly with customers across all sectors.  So we see the engagement and that growth, not just in the SMID sector where we traditionally grew up, but also now that we're in that large pharma sector, and we'll touch on that in a moment as well." (SAC ¶¶ 109, 123, 258 (iv).)<br><br>Syneos has a "Leadership Position in High-Growth SMID/Biotech . . . ." (SAC ¶ 124.)<br><br>"The strategy that we have seems to be resonating very strongly with customers across all sectors." (SAC ¶ 258 (iv).) |
| Exhibit 2 (Q3 2020 Earnings Call) | 10/29/2020 | "So it was a good quarter, and we feel good about the bookings that we had." (SAC ¶ 100.)<br><br>"Given the COVID-19 headwinds, we had a strong quarter across our operating and financial metrics, including gross awards, backlog growth, profitability and cash flow demonstrating how our unique value proposition continues to resonate with our customers and our team continues to execute." (SAC ¶ 101.)<br><br>"So been able to land Synteract, having a good cultural fit and relationship with their executive team already." (SAC ¶ 125.) |
| Exhibit 5 (2020 Jefferies Industry Conference) | 11/19/2020 | "I think the RFP environment for us has been pretty strong all year, and we've closed out pretty well. I mean Q3 was probably the hardest one as we went through kind of a bit of recovery, but nice strong environment right now.  And I think that sets us up really nicely for 2021 as well." (SAC ¶ 102.)<br><br>"[N]ice strong demand environment, both large pharma and that SMID space we've always played in. So we're very encouraged with that." (SAC ¶ 126.) |
| Exhibit 7 (December 7, | 12/07/2020 | "Our innovative product development model provides opportunities to drive accelerated growth across a wide range of customers, delivering deeper strategic insights and integrated expertise." (SAC ¶ 110.) |

| PUFFERY/GENERAL STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| 2020 Press Release) | | |
| Exhibit 8 (2020 Analyst & Investor Day) | 12/08/2020 | "We believe that Syneos Health is positioned for sustainable growth and margin expansion."  (SAC ¶¶ 103, 112.)<br><br>Syneos was "at the forefront of this market shift to an agile, highly communicative, insights-driven, integrated product development approach."  (SAC ¶ 111.)<br><br>Syneos's "collaborative approach across the business is resonating with our customers." (SAC ¶ 111.)<br><br>"We're very proud of our recent recognition by Forbes Magazine listing us as a Best Employer . . . . Importantly, this award truly was based on independent surveys of our employees and truly reflects how our employees feel about what we're building together."  (SAC ¶ 111.)<br><br>"We see our culture continuing to be a key differentiator in helping to attract and retain top talent, which in turn drives innovation and customer success."  (SAC ¶ 111.)<br><br>"We have built a strong foundation for growth and we're focused on accelerating execution and growth over the next several years and we have the backlog, pipelines, and customer relationships to do so."  (SAC ¶ 112.)<br><br>"Our model, people, and culture are our competitive advantage."  (SAC ¶ 112; *see also id.* at 108.)<br><br>"We're very excited about our strong pipeline of additional opportunities."  (SAC ¶ 127.)<br><br>"While we're growing our share in large pharma, our legacy strength is in the small to mid-sized or SMID segment where we continue to enjoy an overweighed position relative to our total market share."  (SAC ¶ 127.) |

| PUFFERY/GENERAL STATEMENTS | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| Exhibit 9 (2021 J.P. Morgan Healthcare Conference) | 01/13/2021 | "Obviously, a little bit delayed because of COVID, but . . . we feel good engagement from those [top 50] customers, we have good position with them, we've worked out how we deliver all them, and I think that's a very promising start to a much larger penetration in the large pharma sector."  (SAC ¶ 104.) <br><br> Syneos is "at the forefront" of "a need and desire from our customers to see more innovation from service providers like Syneos Health."  (SAC ¶ 114.) <br><br> Syneos highlighted its ability to "deliver decentralized trials," and "capabilities to bring technology and … new capabilities to customer delivery," stating "They're all critical in our mind for the continued differentiation of Syneos Health against competitors in what is becoming a more and more complex market.  And I think that favors the larger CROs with the capabilities to bring technology and new service lines, new capabilities to customer delivery, to project designs.  And I think that really helps us resonate in the market."  (SAC ¶ 114.) <br><br> "[We've] helped a lot of customers navigate through the COVID experience by being able to move them very seamlessly, very painlessly to a digital, more remote approach, both in clinical and commercial . . . ."  (SAC ¶ 115.) <br><br> "We've got off to a great start with that.  The employees from Synteract have been fantastic.  They've settled in very quickly, and we're seeing good performance from them from day one.  So we're very pleased with that.  It enables us to engage a different customer in the SMID space."  (SAC ¶ 131.) <br><br> "We have enhanced our SMID position with the acquisition of Synteract.  As I said before, we already have the leading position in that space."  (SAC ¶ 131.) <br><br> "We made the investment in Synteract, continue to help us fuel that growth in a very hot end of the market, particularly within this SMID market, a hotter end of that market as well."  (SAC ¶ 131.) |

| PUFFERY/GENERAL STATEMENTS | | |
|---|---|---|
| Source | Date | Alleged Misstatements (excerpts from Second Amended Complaint) |
| Exhibit 10 (2020 Form 10-K) | 02/18/2021 | With the acquisition of Synteract, "we have also enhanced our leading position for serving customers across the small to mid-sized ('SMID') category, further diversifying our customer base and expanding support to the high-growth emerging biopharmaceutical segment." (SAC ¶ 133.) |
| Exhibit 12 (Q4 2020 Release) | 02/18/2021 | "[W]e delivered another quarter of strong awards performance, along with sequential revenue growth and robust profitability in the fourth quarter. Our innovative solutions, including Kinetic, continue to resonate with customers and we further strengthened our differentiated model with our acquisitions of Synteract, enhancing our SMID footprint, and Illingworth Research Group, further enabling our in-home capability for Decentralized Solutions." (SAC ¶ 132.) |
| Exhibit 14 (Q1 2021 Earnings Call) | 04/29/2021 | Syneos is experiencing "strong demand" and its Clinical Solutions segment is "well positioned for accelerated revenue growth" in 2021. (SAC ¶ 105.) <br><br> Syneos's "enhanced processes," "more horsepower," and "more automated and more streamlined" processes allow it to effectively execute despite the increased demand environment. (SAC ¶ 116.) |
| Exhibit 19 (Q2 2021 Earnings Call) | 08/09/2021 | "We got a lot of strength in the SMID. We're the leader in the SMID sector." (SAC ¶ 137.) |
| Exhibit 23 (Q3 2021 Earnings Call) | 11/03/2021 | "Our organic growth was driven by our full-service portfolio, including the continuing ramp-up in our larger pharma relationships, particularly in oncology as they gain full scale and efficiency." (SAC ¶ 117.) <br><br> "I think the flow that we're seeing, RFP is strong across the board, both large pharma and SMID." (SAC ¶ 141.) <br><br> "We, I think, have the most compelling SMID offering in the market, and it's a healthy part of the market." (SAC ¶ 141.) |

| PUFFERY/GENERAL STATEMENTS | | |
|---|---|---|
| Source | Date | Alleged Misstatements (excerpts from Second Amended Complaint) |
| Exhibit 25 (Q3 2021 Release) | 11/03/2021 | The "demand environment" is "very healthy with strong pipelines." (SAC ¶ 117.)<br><br>"We delivered another strong quarter of results demonstrating the strength of our differentiated product development strategy and continued momentum in the market, exceeding the midpoint of our guidance across all financial metrics . . . . Our Clinical and Commercial teams again achieved double-digit growth fueled by strong demand for our innovative, integrated solutions, as demonstrated by our robust awards and backlog." (SAC ¶ 188.) |
| Exhibit 28 (2021 Form 10-K) | 02/17/2022 | "Our 2020 acquisition of Synteract further enhanced our leading position for serving customers across the SMID category, diversifying our customer base and expanding support to the high-growth emerging biopharmaceutical segment." (SAC ¶ 133, n.6.) |
| Exhibit 30 (Q4 2021 Release) | 02/17/2022 | "Strong fundamentals and execution across our business, combined with innovative, integrated clinical and commercial capabilities enabled by data and technology, drove robust earnings and cash flow growth in the fourth quarter and full year 2021 . . . . The market for our services remains strong, driven in part by customer adoption of our unique product development strategy, new drug approvals and biotech funding." (SAC ¶ 200.) |
| Exhibit 31 (Q1 2022 Earnings Call) | 04/29/2022 | "We have good engagement with customers." (SAC ¶ 217.) |
| Exhibit 32 (Q1 2022 Release) | 04/29/2022 | "Strong fundamentals and execution, powered by innovative data and technology insights drove robust earnings and profitability growth in the first quarter . . . . Our product development expertise is enabling us to deliver against our strategy and accelerate customer success. We expect continued growth propelled by customer adoption of our integrated solutions, recent acquisitions, and comprehensive Syneos One and Medical Affairs offerings." (SAC ¶ 212.) |

| VAGUE STATEMENTS OF CORPORATE OPTIMISM | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| Exhibit 1 (2020 Baird Global Healthcare Conference) | 09/09/2020 | Syneos was beginning to enjoy "pent-up demand." (SAC ¶¶ 109, 146.) <br><br> "We're in a very strong market. Our position in that market is growing and strengthening. The strategy that we have seems to be resonating very strongly with customers, across all sectors. So we see the engagement and that growth, not just in the SMID sector where we traditionally grew up, but also now that we're in that large pharma sector, and we'll touch on that in a moment as well." (SAC ¶¶ 109, 123, 258 (iv).) <br><br> One slide titled "Positioned for Accelerated Revenue and Margin Growth: Syneos Health Investment Highlights." (SAC ¶ 124.) <br><br> Syneos has a "Leadership Position in High-Growth SMID/Biotech . . . ." (SAC ¶ 124.) <br><br> Syneos is "Successfully Penetrating Large Pharma." (SAC ¶ 124.) <br><br> "Now clinical bookings momentum has been very good over the last several quarters, posting high market-leading book-to-bills over that period." (SAC ¶ 146.) <br><br> "And with net awards growth driving at 10% year-over-year growth, it put us in a very strong position." (SAC ¶ 146.) |

| VAGUE STATEMENTS OF CORPORATE OPTIMISM | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| Exhibit 2 (Q3 2020 Release) | 10/29/2020 | "So it was a good quarter, and we feel good about the bookings that we had."  (SAC ¶ 100.)<br><br>"Given the COVID-19 headwinds, *we had a strong quarter* across our operating and financial metrics, including gross awards, backlog growth, profitability and cash flow *demonstrating how our unique value proposition continues to resonate with our customers and our team continues to execute*."  (SAC ¶ 101.)<br><br>"[W]e just see that [SMID] segment getting hotter and hotter."  (SAC ¶ 125.)<br><br>"So been able to land Synteract, having a good cultural fit and relationship with their executive team already."  (SAC ¶ 125.)<br><br>"As we look ahead to 2021 and beyond, we're building a strong foundation for growth, coming off a quarter with record backlog, high market demand and robust pipelines."  (SAC ¶ 149.)<br><br>"Our Clinical pipeline remains robust across customer segments . . . ."  (SAC ¶ 151.)<br><br>"[I]f you just take out the backlog adjustment, our book-to-bill in the quarter in clinical would have been north of 1.4, again.  So it was a good quarter, and we feel good about the bookings that we had."  (SAC ¶ 152.) |
| Exhibit 5 (2020 Jefferies Industry Conference) | 11/19/2020 | "I think the RFP environment for us has been pretty strong all year, and we've closed out pretty well. I mean Q3 was probably the hardest one as we went through kind of a bit of recovery, but nice strong environment right now.  And I think that sets us up really nicely for 2021 as well."  (SAC ¶ 102.)<br><br>"And what we're seeing at the moment, I think, specifically, for the demand environment is very encouraging on the SMID side, . . . nice strong demand environment, both large pharma and that SMID space we've always played in.  So we're very encouraged with that."  (SAC ¶ 126). |

| VAGUE STATEMENTS OF CORPORATE OPTIMISM | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| Exhibit 7 (December 7, 2020 Press Release) | 12/07/2020 | "Our innovative product development model provides opportunities to drive accelerated growth across a wide range of customers, delivering deeper strategic insights and integrated expertise." (SAC ¶ 110.) |
| Exhibit 8 (2020 Analyst & Investor Day) | 12/08/2020 | Syneos expected to achieve "robust revenue growth" over the next three years . . . [and] announced revenue guidance for fiscal years 2022 and 2023 of "between 7% and 10%" growth each year. (SAC ¶ 103.) <br><br> "We have built a strong foundation for growth and we're focused on accelerating execution and growth over the next several years and we have the backlog, pipelines, and customer relationships to do so.  We believe that Syneos Health is positioned for sustainable growth and margin expansion." (SAC ¶¶ 103, 112.) <br><br> Syneos was "at the forefront of this market shift to an agile, highly communicative, insights-driven, integrated product development approach."  (SAC ¶ 111.) <br><br> Syneos's "collaborative approach across the business is resonating with our customers" and part of a "value creation plan" that "provides the financial road map for growth."  (SAC ¶ 111.) <br><br> "We're very proud of our recent recognition by Forbes Magazine listing us as a Best Employer . . . . Importantly, this award truly was based on independent surveys of our employees and truly reflects how our employees feel about what we're building together."  (SAC ¶ 111.) <br><br> "We see our culture continuing to be a key differentiator in helping to attract and retain top talent, which in turn drives innovation and customer success."  (SAC ¶ 111.) <br><br> "We're very excited about our strong pipeline of additional opportunities.  We currently have three partnerships driving over a $150 million of annual revenue and we expect to continue expanding this group of key customers."  (SAC ¶ 127.) |

| VAGUE STATEMENTS OF CORPORATE OPTIMISM | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| | | "While we're growing our share in large pharma, our legacy strength is in the small to mid-sized or SMID segment where we continue to enjoy an overweighed position relative to our total market share." (SAC ¶ 127.) |
| Exhibit 9 (2021 J.P. Morgan Healthcare Conference) | 01/13/2021 | "Obviously, a little bit delayed because of COVID, but . . . we feel good engagement from those [top 50] customers, we have good position with them, we've worked out how we deliver all them, and I think that's a very promising start to a much larger penetration in the large pharma sector." (SAC ¶ 104.)<br><br>Syneos is "at the forefront" of "a need and desire from our customers to see more innovation from service providers like Syneos Health." (SAC ¶ 114.)<br><br>Syneos highlighted its ability to "deliver decentralized trials," and "capabilities to bring technology and … new capabilities to customer delivery," stating "They're all critical in our mind for the continued differentiation of Syneos Health against competitors in what is becoming a more and more complex market. And I think that favors the larger CROs with the capabilities to bring technology and new service lines, new capabilities to customer delivery, to project designs. And I think that really helps us resonate in the market." (SAC ¶ 114.)<br><br>"[We've] helped a lot of customers navigate through the COVID experience by being able to move them very seamlessly, very painlessly to a digital, more remote approach, both in clinical and commercial . . . ." (SAC ¶ 115.)<br><br>"In the meantime, we don't ignore the SMID. We made the investment in Synteract, continue to help us fuel that growth in a very hot end of the market, particularly within this SMID market, a hotter end of that market as well." (SAC ¶ 131.) |

| VAGUE STATEMENTS OF CORPORATE OPTIMISM | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| | | "We've got off to a great start with that. The employees from Synteract have been fantastic. They've settled in very quickly, and we're seeing good performance from them from day one. So we're very pleased with that. It enables us to engage a different customer in the SMID space." (SAC ¶ 131.) <br><br> "We have enhanced our SMID position with the acquisition of Synteract. As I said before, we already have the leading position in that space. We are very keen on that [SMID] space. We see it as a great growth driver for the future." (SAC ¶ 131.) |
| Exhibit 10 (2020 Form 10-K) | 02/18/2021 | "We continue to experience strong SMID demand, as evidenced by double-digit growth in our request-for-proposal volumes in 2020 as compared to 2019." (SAC ¶ 133.) |
| Exhibit 12 (Q4 2020 Release) | 02/18/2021 | "[W]e delivered another quarter of strong awards performance, along with sequential revenue growth and robust profitability in the fourth quarter. Our innovative solutions, including Kinetic, continue to resonate with customers and we further strengthened our differentiated model with our acquisitions of Synteract, enhancing our SMID footprint, and Illingworth Research Group, further enabling our in-home capability for Decentralized Solutions." (SAC ¶ 132.) <br><br> "We remain confident in the long-term strength of our business given our record backlog, which we expect to fuel strong growth in both segments for the full year 2021." (SAC ¶ 132.) |
| Exhibit 14 (Q1 2021 Earnings Call) | 04/29/2021 | Demand above pre-COVID-19 levels will "increase our backlog conversion and accelerate year-over-year Clinical Solutions revenue growth for the balance of this year." (SAC ¶ 105.) <br><br> Syneos is experiencing "strong demand" and its Clinical Solutions segment is "well positioned for accelerated revenue growth" in 2021, with Syneos's "record ending backlog" and "record pipeline of new opportunities." (SAC ¶¶ 105, 171; *see also id.* ¶ 116.) |

| VAGUE STATEMENTS OF CORPORATE OPTIMISM | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| | | An analyst described the ramp-up of site activations as "pretty remarkable" and inquired whether Syneos had sufficient staffing to meet this demand and maintain such an elevated pace.  In response, Defendant Macdonald stated "yes, definitely, we can sustain it and grow it, actually."  (SAC ¶ 116.)<br><br>"[C]ontinued recovery in reimbursable expenses"  (SAC ¶ 171.)<br><br>Reimbursable revenue will undergo "strong growth" in the Clinical Solutions segment.  (SAC ¶ 171.) |
| Exhibit 19 (Q2 2021 Earnings Call) | 08/09/2021 | "We got a lot of strength in the SMID.  We're the leader in the SMID sector.  So we expect that, but I think that's particularly strong for us this time."  (SAC ¶ 137.)<br><br>"I mean I think we are [seeing] (*sic*) a very robust environment from all sectors, both clinical, commercial, SMID and large in both sectors as well [.] [S]o [a] good healthy environment."  (SAC ¶ 138.)<br><br>"Driven by these strong sales, record ending backlog that is up 21.5% and a robust pipeline of new opportunities, Clinical Solutions remains well positioned for strong revenue growth in the second half of 2021 and beyond."  (SAC ¶ 181.) |
| Exhibit 21 (Q2 2021 Release) | 08/09/2021 | "[B]oth Clinical and Commercial … delivered another quarter of strong awards, powering record backlog levels and fueling our robust growth expectations over the balance of 2021."  (SAC ¶ 178.) |
| Exhibit 22 (2021 Baird Global Healthcare Conference) | 09/15/2021 | "[W]e have a very good SMID mix in the business, and we continue to have that.  Despite the fact we have really good backlog growth in clinical from top 20.  Those are going to be the drivers as we move into 2022 and 2023."  (SAC ¶ 139.)<br><br>"So we won a lot of work last year that sits well in our backlog for the next few years, will help us drive growth through '20 – through the near future . . . ."  (SAC ¶ 185.) |

| VAGUE STATEMENTS OF CORPORATE OPTIMISM | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| Exhibit 23 (Q3 2021 Earnings Call) | 11/03/2021 | The "demand environment" is "very healthy with strong pipelines." (SAC ¶ 117.)<br><br>"Driven by these strong sales, record ending backlog that is up 22.3% year-over-year and a record pipeline of new opportunities, Clinical Solutions remains well positioned for robust revenue growth into 2022 and beyond." (SAC ¶ 140.)<br><br>"I think the flow that we're seeing, RFP is strong across the board, both large pharma and SMID." (SAC ¶ 141.)<br><br>"We, I think, have the most compelling SMID offering in the market, and it's a healthy part of the market." (SAC ¶ 141.) |
| Exhibit 25 (Q3 2021 Release) | 11/03/2021 | "We delivered another strong quarter of results demonstrating the strength of our differentiated product development strategy and continued momentum in the market, exceeding the midpoint of our guidance across all financial metrics . . . . Our Clinical and Commercial teams again achieved double-digit growth fueled by strong demand for our innovative, integrated solutions, as demonstrated by our robust awards and backlog." (SAC ¶ 188.) |
| Exhibit 26 (2021 Jefferies Industry Conference) | 11/18/2021 | "[T]he win rate for us has been very strong in both sectors. You've seen, I think, an improvement overall over the last few years of the consistency and the scale of our book-to-bill that's driving the growth in the company. We're particularly pleased with the win rates that we see across the SMID and ensuring that we're very compelling there." (SAC ¶ 142.) |
| Exhibit 27 (2021 Evercore ISI HealthCONx Conference) | 12/01/2021 | "[I]f you think back to when we started talking about our large pharma partnerships that we've won in 2018, 2019, et cetera, a lot of those were oncology-focused, and you're starting to see that backlog build and come through and the projects lengthen . . . . And then legacy businesses were really good in early phase oncology. And that has been something that we've always been really good at and continue and that's a lot of what comes through from a SMID perspective when we're in that early phase oncology realm. So both areas, we're really strong at now. We have good customer |

| VAGUE STATEMENTS OF CORPORATE OPTIMISM | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| | | relationships, good capabilities, good pipelines, and that's just resulting in that business becoming a larger piece of our portfolio." (SAC ¶ 119.)<br><br>"So it [book-to-bill in both businesses] continues to be strong. Pipelines at or near record levels, RFP flows good, really good across all customer segments. So end of the day, feel good about the demand environment at this time." (SAC ¶ 192.) |
| Exhibit 28 (2021 Form 10-K) | 02/17/2022 | "Our 2020 acquisition of Synteract further enhanced our leading position for serving customers across the SMID category, diversifying our customer base and expanding support to the high-growth emerging biopharmaceutical segment. We continue to experience strong SMID demand, as evidenced by double-digit growth in our request-for-proposal volumes in 2021 as compared to 2020." (SAC ¶ 133, n.6.) |
| Exhibit 29 (Q4 2021 Earnings Call) | 02/17/2022 | "We are at the forefront of this transition with our customers and sites and given the long-term benefits it provides, we expect this trend to continue." (SAC ¶ 204.)<br><br>"These adjustments only impact our outlook for reimbursable expenses, not our view of underlying demand or profitability. We, therefore, remain confident in our expectations for strong growth and profitability in 2022." (SAC ¶ 205.)<br><br>"The demand environment remains healthy, both in terms of macro market dynamics and robust new business pipelines across our organization. Importantly, we remain confident in our expectations for low-double-digit clinical revenue growth for 2022, excluding the impact of reimbursable expenses, along with continued margin expansion." (SAC ¶ 206.) |
| Exhibit 31 (Q1 2022 Earnings Call) | 04/29/2022 | "Demand for our high-value solutions from development through commercialization remains healthy with robust new business pipelines across our organization. We continue to see sustained strong demand across all customer segments, including SMID customers, where RFP flow year-to-date exceeds the strong levels of 2021 and are well above pre-COVID levels. In addition, we are seeing more opportunities for preferred provider relationships with larger pharma customers as the impacts |

| VAGUE STATEMENTS OF CORPORATE OPTIMISM | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| | | of the pandemic subside.  This continued strong awards and backlog growth positions us for sustained long-term growth.  We remain confident in the growth we have previously outlined for 2023 as we execute on our value-creation plan." (SAC ¶ 216.)<br><br>"We see that is still pretty strong.  It's moving along.  We have good engagement with customers, I think the fact that we're able to take those customers with a very different model now with Syneos One wrapped around it, the ability to go end to end.  And we look at the private funding in the biotech space, the big equity houses putting money to work through their biotech, et cetera. . . .  But for us, those channels combined are healthy.  I think they're showing good growth against where we've been in the past even when we look back at 2021, which had a lot of the COVID catch-up in it, we're seeing the pipeline is equivalent to that.  So we're not concerned by that.  Add to that the fact that we're breaking in more and more to the large pharma, getting new relationships there, adding anchor tenants to the backlog through that.  It's a very healthy picture for us.  So funding environment, fine; good engagement with the customers.  We're not seeing that as an issue at all." (SAC ¶ 217.) |
| Exhibit 32 (Q1 2022 Release) | 04/29/2022 | "Strong fundamentals and execution, powered by innovative data and technology insights drove robust earnings and profitability growth in the first quarter . . . .  Our product development expertise is enabling us to deliver against our strategy and accelerate customer success.  We expect continued growth propelled by customer adoption of our integrated solutions, recent acquisitions, and comprehensive Syneos One and Medical Affairs offerings." (SAC ¶ 212.) |
| Exhibit 34 (2022 Jefferies Global Healthcare Conference) | 06/08/2022 | "But right now, based on what we've seen, right, whether it's the pipeline of opportunities, it's the awards that we have and the backlog growth that we have year-to-date, which is 16-plus percent." (SAC ¶ 219.) |

| VAGUE STATEMENTS OF CORPORATE OPTIMISM | | |
|---|---|---|
| **Source** | **Date** | **Alleged Misstatements (excerpts from Second Amended Complaint)** |
| Exhibit 35 (Q2 2022 Earnings Call) | 08/02/2022 | "Market demand is healthy."  (SAC ¶ 229.)<br><br>Syneos management remained "confident" in their ability "to drive clinical growth."  (SAC ¶ 229.)<br><br>"[H]ealthy pipelines, good backlog growth, healthy end market.  Market demand is healthy, and our pipeline of opportunities remains comparable to 2021.  Specific to our clinical SMID portfolio, our total pipeline of opportunities is up double digits compared to 2021, and we had record net awards during Q4 '21 and Q1 '22."  (SAC ¶ 229.) |