**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEMPEN INTERNATIONAL FUNDS (KEMPEN INTERNATIONAL FUNDS - MERCLIN GLOBAL EQUITY), KEMPEN INTERNATIONAL FUNDS (KEMPEN INTERNATIONAL FUNDS - MERCLIN PATRIMONIUM), and MERCLIN INSTITUTIONAL FUND (MERCLIN INSTITUTIONAL EQUITY FUND DBI-RDT), Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SYNEOS HEALTH, INC., ALISTAIR MACDONALD, MICHELLE KEEFE, PAUL COLVIN, and JASON MEGGS, <br><br> Defendants. | **Case No. 1:23-cv-08848-AS** |

**DECLARATION OF BENJAMIN R. WALKER**

BENJAMIN R. WALKER hereby declares under penalty of perjury as follows:

1.      I am admitted to practice in this District and am a partner of Sullivan & Cromwell LLP, counsel for defendants Syneos Health, Inc. ("Syneos"), Alistair Macdonald, Michelle Keefe, Paul Colvin, and Jason Meggs (collectively, "Defendants") in the above-captioned action.

2.      I respectfully submit this Declaration in support of Defendants' Motion to Dismiss the Second Amended Complaint and to place before the Court certain documents referenced in Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Second Amended Complaint and the appendices thereto.

3.      Attached hereto as Exhibit 1 is a true and correct copy of a transcript of a Syneos presentation during the Baird 2020 Global Healthcare Virtual Conference, dated September 9, 2020, obtained from Bloomberg L.P.  Exhibit 1 is referred to in paragraphs 109, 123, 124, 146, 149, and 258 of Plaintiffs' Second Amended Complaint.

4.      Attached hereto as Exhibit 2 is a true and correct copy of a transcript of Syneos' third quarter 2020 earnings call, dated October 29, 2020, obtained from Bloomberg L.P. Exhibit 2 is referred to in paragraphs 45–47, 100–01, 125, 151, and 152 of Plaintiffs' Second Amended Complaint.

5.      Attached hereto as Exhibit 3 is an excerpt from a true and correct copy of Syneos' Quarterly Report for the quarter ended September 30, 2020, filed on Form 10-Q with the SEC on October 29, 2020.  Exhibit 3 is referred to in paragraphs 147, 150, 154, 155, 156, 161, 170, 179, 189, 196, 201, 215, and 227 of Plaintiffs' Second Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000156459020048439/synh-10q_20200930.htm.

6.      Attached hereto as Exhibit 4 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on October 29, 2020.  Exhibit 4 is referred to in paragraphs 147, 148, 149 and 154 of Plaintiffs' Second Amended Complaint.

7.      Attached hereto as Exhibit 5 is a true and correct copy of a transcript of a Syneos presentation during the Jefferies Virtual London Healthcare Conference, dated November 19, 2020, obtained from Bloomberg L.P.  Exhibit 5 is referred to in paragraphs 102, 126, 158, and 159 of Plaintiffs' Second Amended Complaint.

8.      Attached hereto as Exhibit 6 is an excerpt from a true and correct copy of a Prospectus Supplement that Syneos filed with the SEC pursuant to SEC Rule 424(b)(7) on

December 3, 2020.  Exhibit 6 is referred to in paragraph 196 of Plaintiffs' Second Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950 /000119312520308950/d71981d424b7.htm.

9.      Attached hereto as Exhibit 7 is a true and correct copy of a Syneos press release titled "Syneos Health to Outline Value Creation Plan at 2020 Analyst and Investor Event," dated December 7, 2020.  Exhibit 7 is referred to in paragraph 110, 113, and 121 of Plaintiffs' Second Amended Complaint.

10.      Attached hereto as Exhibit 8 is a true and correct copy of a transcript of a Syneos presentation during Syneos' 2020 Analyst and Investor Day, dated December 8, 2020, obtained from Bloomberg L.P.  Exhibit 8 is referred to in paragraphs 103, 107, 111, 112, 127, 128, and 129 of Plaintiffs' Second Amended Complaint.

11.      Attached hereto as Exhibit 9 is a true and correct copy of a transcript of a Syneos presentation during the J.P. Morgan 39th Annual Healthcare Virtual Conference, dated January 13, 2021, obtained from Bloomberg L.P.  Exhibit 9 is referred to in paragraphs 104, 107, 114, 115, 120, 121, 131, 134, and 135 of Plaintiffs' Second Amended Complaint.

12.      Attached hereto as Exhibit 10 is an excerpt from a true and correct copy of Syneos' Annual Report for the year ended December 31, 2020, filed on Form 10-K with the SEC on February 18, 2021.  Exhibit 10 is referred to in paragraphs 133, 160, 161, 166, and 196 of Plaintiffs' Second Amended Complaint, and a full copy can be found at https://www.sec.gov /Archives/edgar/data/1610950/000156459021006471/synh-10k_20201231.htm.

13.      Attached hereto as Exhibit 11 is a true and correct copy of a transcript of Syneos' fourth quarter 2020 earnings call, dated February 18, 2021, obtained from Bloomberg

L.P. Exhibit 11 is referred to in paragraphs 163 and 164 of Plaintiffs' Second Amended Complaint.

14.     Attached hereto as Exhibit 12 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on February 18, 2021. Exhibit 12 is referred to in paragraphs 132, 160, 162, and 166 of Plaintiffs' Second Amended Complaint.

15.     Attached hereto as Exhibit 13 is an excerpt from a true and correct copy of a Prospectus Supplement that Syneos filed with the SEC pursuant to SEC Rule 424(b)(7) on March 3, 2021. Exhibit 13 is referred to in paragraph 196 of Plaintiffs' Second Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000119312521066641/d38310d424b7.htm.

16.     Attached hereto as Exhibit 14 is a true and correct copy of a transcript of Syneos' first quarter 2021 earnings call, dated April 29, 2021, obtained from Bloomberg L.P. Exhibit 14 is referred to in paragraphs 105, 116, 120, and 171 of Plaintiffs' Second Amended Complaint.

17.     Attached hereto as Exhibit 15 is an excerpt from a true and correct copy of Syneos' Quarterly Report for the quarter ended March 31, 2021, filed on Form 10-Q with the SEC on April 29, 2021. Exhibit 15 is referred to in paragraphs 168, 170, 174, and 196 of Plaintiffs' Second Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000156459021021455/synh-10q_20210331.htm.

18.     Attached hereto as Exhibit 16 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on April 29, 2021. Exhibit 16 is referred to in paragraphs 168, 169, and 174 of Plaintiffs' Second Amended Complaint.

19.     Attached hereto as Exhibit 17 is an excerpt from a true and correct copy of a Prospectus Supplement that Syneos filed with the SEC pursuant to SEC Rule 424(b)(7) on May 5, 2021.  Exhibit 17 is referred to in paragraph 196 of Plaintiffs' Second Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/0001193 12521151874/d183990d424b7.htm.

20.     Attached hereto as Exhibit 18 is an excerpt from a true and correct copy of a Prospectus Supplement that Syneos filed with the SEC pursuant to SEC Rule 424(b)(7) on June 4, 2021.  Exhibit 18 is referred to in paragraph 196 of Plaintiffs' Second Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/0001193125 21183125/d171299d424b7.htm.

21.     Attached hereto as Exhibit 19 is a true and correct copy of a transcript of Syneos' second quarter 2021 earnings call, dated August 9, 2021, obtained from Bloomberg L.P. Exhibit 19 is referred to in paragraphs 136, 137, 138, 143, 180 and 181 of Plaintiffs' Second Amended Complaint.

22.     Attached hereto as Exhibit 20 is an excerpt from a true and correct copy of Syneos' Quarterly Report for the quarter ended June 30, 2021, filed on Form 10-Q with the SEC on August 9, 2021.  Exhibit 20 is referred to in paragraphs 176, 179, 183 of Plaintiffs' Second Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/ data/1610950/000156459021042229/synh-10q_20210630.htm.

23.     Attached hereto as Exhibit 21 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on August 9, 2021.  Exhibit 21 is referred to in paragraphs 176, 177, 178, and 183 of Plaintiffs' Second Amended Complaint.

24.    Attached hereto as Exhibit 22 is a true and correct copy of a transcript of a Syneos presentation at the Baird Global Healthcare Conference, dated September 15, 2021, obtained from Bloomberg L.P.  Exhibit 22 is referred to in paragraphs 139, 143, and 185 of Plaintiffs' Second Amended Complaint.

25.    Attached hereto as Exhibit 23 is a true and correct copy of a transcript of Syneos' third quarter 2021 earnings call, dated November 3, 2021, obtained from Bloomberg L.P.  Exhibit 23 is referred to in paragraphs 117, 118, 140, 141, 143, 190 and 191 of Plaintiffs' Second Amended Complaint.

26.    Attached hereto as Exhibit 24 is an excerpt from a true and correct copy of Syneos' Quarterly Report for the quarter ended September 30, 2021, filed on Form 10-Q with the SEC on November 3, 2021.  Exhibit 24 is referred to in paragraphs 186, 189, and 194 of Plaintiffs' Second Amended Complaint, and a full copy can be found at https://www.sec.gov/ Archives/edgar/data/1610950/000156459021053634/synh-10q_20210930.htm.

27.    Attached hereto as Exhibit 25 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on November 3, 2021.  Exhibit 25 is referred to in paragraphs 186, 187, 188, and 194 of Plaintiffs' Second Amended Complaint.

28.    Attached hereto as Exhibit 26 is a true and correct copy of a transcript of a Syneos presentation during the Jefferies London Healthcare Virtual Conference, dated November 18, 2021, obtained from Bloomberg L.P.  Exhibit 26 is referred to in paragraphs 142 and 143 of Plaintiffs' Second Amended Complaint.

29.    Attached hereto as Exhibit 27 is a true and correct copy of a transcript of a Syneos presentation during the 4th Annual Evercore ISI HealthCONx Virtual Conference, dated

December 1, 2021, obtained from Bloomberg L.P.  Exhibit 27 is referred to in paragraphs 119, 120, and 192 of Plaintiffs' Second Amended Complaint.

30.     Attached hereto as Exhibit 28 is an excerpt from a true and correct copy of Syneos' Annual Report for the year ended December 31, 2021, filed on Form 10-K with the SEC on February 17, 2022.  Exhibit 28 is referred to in paragraphs 133, 201, 202, 203, and 209 of Plaintiffs' Second Amended Complaint, and a full copy can be found at https://www.sec.gov/ Archives/edgar/data/1610950/000156459022005428/synh-10k_20211231.htm.

31.     Attached hereto as Exhibit 29 is a true and correct copy of a transcript of Syneos' fourth quarter 2021 earnings call, dated February 17, 2022, obtained from Bloomberg L.P.  Exhibit 29 is referred to in paragraphs 204, 205, 206, and 208 of Plaintiffs' Second Amended Complaint.

32.     Attached hereto as Exhibit 30 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on February 17, 2022.  Exhibit 30 is referred to in paragraphs 198, 199, 200, 203, and 209 of Plaintiffs' Second Amended Complaint.

33.     Attached hereto as Exhibit 31 is a true and correct copy of a transcript of Syneos' first quarter 2022 earnings call, dated April 29, 2022, obtained from Bloomberg L.P. Exhibit 31 is referred to in paragraphs 216 and 217 of Plaintiffs' Second Amended Complaint.

34.     Attached hereto as Exhibit 32 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on April 29, 2022.  Exhibit 32 is referred to in paragraphs 211, 212 and 214 of Plaintiffs' Second Amended Complaint.

35.     Attached hereto as Exhibit 33 is an excerpt from a true and correct copy of Syneos' Quarterly Report for the quarter ended March 31, 2022, filed on Form 10-Q with the SEC on April 29, 2022.  Exhibit 33 is referred to in paragraphs 213, 214, 215, and 221 of

Plaintiffs' Second Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000156459022016544/synh-10q_20220331.htm.

36.    Attached hereto as Exhibit 34 is a true and correct copy of a transcript of a Syneos presentation during the Jefferies LLC 2022 Global Healthcare Conference, dated June 8, 2022, obtained from Bloomberg L.P.  Exhibit 34 is referred to in paragraph 219 of Plaintiffs' Second Amended Complaint.

37.    Attached hereto as Exhibit 35 is a true and correct copy of a transcript of Syneos' second quarter 2022 earnings call, dated August 2, 2022, obtained from Bloomberg L.P. Exhibit 35 is referred to in paragraph 229 of Plaintiffs' Second Amended Complaint.

38.    Attached hereto as Exhibit 36 is an excerpt from a true and correct copy of Syneos' Quarterly Report for the quarter ended June 30, 2022, filed on Form 10-Q with the SEC on August 2, 2022.  Exhibit 36 is referred to in paragraphs 225, 226, 227, and 234 of Plaintiffs' Second Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000095017022013710/synh-20220630.htm.

39.    Attached hereto as Exhibit 37 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on August 2, 2022.  Exhibit 37 is referred to in paragraphs 222, 223, 224, and 226 of Plaintiffs' Second Amended Complaint.

40.    Attached hereto as Exhibit 38 is a true and correct copy of a transcript of a Syneos presentation during the Baird 2022 Global Healthcare Conference, dated September 13, 2022, obtained from Bloomberg L.P.  Exhibit 38 is referred to in paragraph 231 of Plaintiffs' Second Amended Complaint.

41.    Attached hereto as Exhibit 39 is a true and correct copy of Syneos' Current Report filed on Form 8-K with the SEC on September 13, 2022.  Exhibit 39 is referred to in paragraph 230 of Plaintiffs' Second Amended Complaint.

42.    Attached hereto as Exhibit 40 is a true and correct copy of a transcript of Syneos' third quarter 2022 earnings call, dated November 4, 2022, obtained from FactSet CallStreet.  Exhibit 40 is referred to in paragraphs 236 and 318 of Plaintiffs' Second Amended Complaint.

43.    Attached hereto as Exhibit 41 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on November 4, 2022.  Exhibit 41 is referred to in paragraph 235 of Plaintiffs' Second Amended Complaint.

44.    Attached hereto as Exhibit 42 is a true and correct copy of a transcript of a Syneos presentation during the Evercore ISI HealthCONx Conference (Virtual), dated December 1, 2022, obtained from Refinitiv StreetEvents.  Exhibit 42 is referred to in paragraphs 242 and 243 of Plaintiffs' Second Amended Complaint.

45.    Attached hereto as Exhibit 43 is a true and correct copy of an Evercore ISI Flash Note on Syneos, dated January 9, 2023.  Exhibit 43 is referred to in paragraph 319 of Plaintiffs' Second Amended Complaint.

46.    Attached hereto as Exhibit 44 is a true and correct copy of a transcript of a Syneos presentation during the 2023 J.P. Morgan Healthcare Conference, dated January 11, 2023, obtained from Thomson Reuters Westlaw.  Exhibit 44 is referred to in paragraphs 134 of Plaintiffs' Second Amended Complaint.

47.     Attached hereto as Exhibit 45 is a true and correct copy of a transcript of Syneos' fourth quarter 2022 earnings call, dated February 16, 2023, obtained from FactSet CallStreet.  Exhibit 45 is referred to in paragraph 244 of Plaintiffs' Second Amended Complaint.

48.     Attached hereto as Exhibit 46 is a compilation of true and correct copies of all Form 4 statements of changes in beneficial ownership of Syneos' Class A Common Stock for Paul Colvin filed with the SEC during the putative class period of September 9, 2020 through November 3, 2022 (the "Class Period").  The documents contained within Exhibit 46 are referred to or relied upon in paragraphs 297 through 299 of Plaintiffs' Second Amended Complaint.

49.     Attached hereto as Exhibit 47 is a compilation of true and correct copies of all Form 4 statements of changes in beneficial ownership of Syneos' Class A Common Stock for Michelle Keefe filed with the SEC during the Class Period.  The documents contained within Exhibit 47 are referred to or relied upon in paragraphs 291 through 296 of Plaintiffs' Second Amended Complaint.

50.     Attached hereto as Exhibit 48 is a compilation of true and correct copies of all Form 4 statements of changes in beneficial ownership of Syneos' Class A Common Stock for Alistair Macdonald filed with the SEC during the Class Period.  The documents contained within Exhibit 48 are referred to or relied upon in paragraphs 277 through 283 of Plaintiffs' Second Amended Complaint.

51.     Attached hereto as Exhibit 49 is a compilation of true and correct copies of all Form 4 statements of changes in beneficial ownership of Syneos' Class A Common Stock for Jason Meggs filed with the SEC during the Class Period.  The documents contained within Exhibit 49 are referred to or relied upon in paragraphs 284 through 290 of Plaintiffs' Second Amended Complaint.

52.     Attached hereto as Exhibit 50 is a true and correct copy of the SEC's General Instructions for Form 4, "Statement of Changes of Beneficial Ownership of Securities."

53.     Attached hereto as Exhibit 51 is an excerpt from a true and correct copy of Syneos' Notice of 2020 Annual Meeting and Proxy Statement, which was filed on Form DEF 14A with the SEC on April 16, 2020.  Exhibit 51 is referred to or relied upon in paragraphs 277, 284, 291, 312, and 314 of Plaintiffs' Second Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000161095020000061/syneosproxystatement2020.htm.

54.     Attached hereto as Exhibit 52 is an excerpt from a true and correct copy of Syneos' Notice of 2021 Annual Meeting and Proxy Statement, which was filed on Form DEF 14A with the SEC on March 31, 2021.  Exhibit 52 is referred to or relied upon in paragraphs 312, 314, and 315 of Plaintiffs' Second Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000156459021016816/synh-defa14a_20210330.htm.

55.     Attached hereto as Exhibit 53 is an excerpt from a true and correct copy of Syneos' Notice of 2022 Annual Meeting and Proxy Statement, which was filed on Form DEF 14A with the SEC on April 12, 2022.  Exhibit 53 is referred to or relied upon in paragraphs 312, 313, 314, and 315 of Plaintiffs' Second Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000156459022014149/synh-defa14a_20220525.htm.

56.     Attached hereto as Exhibit 54 is an excerpt from a true and correct copy of Syneos' 2023 Proxy Statement, which was filed on Form DEFM14A with the SEC on June 27, 2023.  Exhibit 54 is referred to or relied upon in paragraph 314 of Plaintiffs' Second Amended

Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000119312523176268/d450417ddefm14a.htm.

57.     Attached hereto as Exhibit 55 is a true and correct copy of a redacted email from Paul Colvin to various Syneos employees, dated July 10, 2021.  The redactions are of two Syneos client names and are intended to protect those clients' confidentiality interests. Exhibit 55 is referred to in paragraphs 11, 71, 73, 76, 78, 80, 143, 182, and 273 of Plaintiffs' Second Amended Complaint.

58.     Attached hereto as Exhibit 56 is a non-argumentative chart identifying the elements of Plaintiffs' claims that Defendants' Motion argues are not plausibly alleged in the Second Amended Complaint, as required by Section 8(G)(i) of this Court's Individual Practices in Civil Cases.

Executed on June 14, 2024 in New York, New York.

*/s/ Benjamin R. Walker*
Benjamin R. Walker