# Exhibit 7

▼    Events    Investigators    Careers    Contact Us    🌐 ▼



News

# Syneos Health to Outline Value Creation Plan at 2020 Analyst and Investor Event

[PDF Version](#)

*Unique Product Development Model Delivers Accelerated Growth*

*Presentation Begins at 9:00 A.M. ET on Tuesday, December 8*

MORRISVILLE, N.C., Dec. 07, 2020 (GLOBE NEWSWIRE) -- Syneos Health® (Nasdaq:SYNH), the only fully integrated biopharmaceutical solutions organization combining a CRO (Contract Research Organization) and a CCO (Contract Commercial Organization), will host its 2020 Analyst and Investor Event tomorrow, Tuesday, Dec. 8 from 9:00 a.m. to approximately 11:30 a.m. ET. The Company will provide an update on its product development model and plan to drive accelerated growth.

"Our innovative product development model provides opportunities to drive accelerated growth across a wide range of customers, delivering deeper strategic insights and integrated expertise," said Alistair Macdonald, Chief Executive Officer, Syneos Health. "We continue to execute our strategy to further penetrate large pharma, enhance our small- to mid-sized leadership position and accelerate full service Commercial solutions. These strategic business initiatives underpin our Value Creation plan which we believe will generate meaningful shareholder value in the years to come."

**Webcast**

The Analyst and Investor Event presentation will begin at 9:00 a.m. ET on Dec. 8. A live webcast and related materials will be available at [SyneosHealthInvestorDay.com](http://SyneosHealthInvestorDay.com) or on the Company's Investor Relations website at [investor.syneoshealth.com](http://investor.syneoshealth.com). This includes a copy of the presentation materials, which will be available prior to the event. An archived replay of the event will also be available.

**About Syneos Health**

Syneos Health® (Nasdaq:SYNH) is the only fully integrated biopharmaceutical solutions organization. The Company, including a Contract Research Organization (CRO) and Contract Commercial Organization (CCO), is purpose-built to accelerate





**Forward Looking Statements**

Except for historical information, all of the statements, expectations, and assumptions contained in this press release are forward-looking statements as that term is defined in the Private Securities Litigation Reform Act of 1995. Actual results might differ materially from those explicit or implicit in the forward-looking statements. Important factors that could cause actual results to differ materially include, but are not limited to: reliance on key personnel; principal investigators and patients; general and international economic, political, and other risks, including currency and stock market fluctuations and the uncertain economic environment; any inability to satisfy or any failure to waive the closing conditions related to our acquisition of SHCR Holdings Corporation ("Synteract"); any failure to realize the anticipated benefits of the acquisition of Synteract; risks related to the COVID-19 pandemic; the Company's ability to adequately price its contracts and not overrun cost estimates; any adverse effects from the Company's customer or therapeutic area concentration; the Company's ability to maintain or generate new business awards; the Company's ability to increase its market share, grow its business, and execute its growth strategies; the Company's backlog not being indicative of future revenues and its ability to realize the anticipated future revenue reflected in its backlog; fluctuations in the Company's operating results and effective income tax rate; risks related to the Company's information systems and cybersecurity; changes and costs of compliance with regulations related to data privacy; risks related to the United Kingdom's withdrawal from the European Union; risks related to the Company's transfer pricing policies; failure to perform services in accordance with contractual requirements, regulatory requirements and ethical considerations; risks relating to litigation and government investigations; risks associated with the Company's early phase clinical facilities; insurance risk; risks of liability resulting from harm to patients; success of investments in the Company's customers' business or drugs; foreign currency exchange rate fluctuations; risks associated with acquired businesses, including the ability to integrate acquired operations, products, and technologies in our business; risks related to the Company's income tax expense and tax reform; risks relating to the Company's intellectual property; risks associated with the Company's acquisition strategy; failure to realize the full value of goodwill and intangible assets; restructuring risk; potential violations of anti-corruption and anti-bribery laws; risks related to the Company's dependence on third parties; downgrades of the Company's credit ratings; competition in the biopharmaceutical services industry; changes in outsourcing trends; regulatory risks; trends in the Company's customers' businesses; the Company's ability to keep pace with rapid technological change; risks related to the Company's indebtedness; fluctuations in the Company's financial results and stock price; and other risk factors set forth in the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2019 as updated by the Company's Quarterly Report on Form 10-Q for the quarter ended September 30, 2020, and other SEC filings, copies of which are available free of charge on the SEC website





Ronnie Speight
Senior Vice President, Investor Relations
+1 919 745 2745
[email protected]

Danielle DeForge
Vice President, External Communications
+1 202 210 5992
[email protected]



Source: Syneos Health, Inc.

Interested in Syneos Health?

Get In Touch

Syneos Health® is a leading fully integrated biopharmaceutical solutions organization built to accelerate customer success. We translate unique clinical, medical affairs and commercial insights into outcomes to address modern market realities. Together we share insights, use the latest technologies and apply advanced business practices to speed our customers' delivery of important therapies to patients. We support a diverse, equitable and inclusive culture.

**Corporate Links**

Who We Are

Our Agencies

Careers

Supplier code of conduct

Synopsis Connect

Standard contractual clauses for suppliers



Office Locations

**Our Solutions**

How We Partner

Insights Hub

Therapeutic Depth

**Our Resources**

Business Ethics Helpline

Transparency

Study Participants

Sitemap

© 2023 Syneos Health. All Rights Reserved

Terms of Use

Privacy Notice

Online Tracking Opt-Out

