# Exhibit 8

FINAL TRANSCRIPT                                                         2020-12-08
Syneos Health Inc (SYNH US Equity)

# Analyst & Investor Day

## Company Participants

- Alistair Macdonald, Chief Executive Officer
- Christian Tucat, President, Syneos One and Real World Evidence
- Jason Meggs, Chief Financial Officer
- Michelle Keefe, President, Commercial Solutions
- Paul Colvin, President, Clinical Solutions
- Ronnie Speight, Senior Vice President, Investor Relations

## Other Participants

- Daniel Brennan, Analyst, UBS
- Dave Windley, Analyst, Jefferies
- Erin Wright, Analyst, Credit Suisse
- John Kreger, Analyst, William Blair
- Patrick Donnelly, Analyst, Citi
- Robert Jones, Analyst, Goldman Sachs
- Sandy Draper, Analyst, SunTrust Robinson Humphrey
- Tycho Peterson, Analyst, JPMorgan

## Presentation

### Alistair Macdonald  {BIO 16971432 <GO>}

Hello and welcome. I'm Alistair Macdonald, Chief Executive Officer of Syneos Health. We're delighted to be hosting today's event. Before we begin, our presentation today is expected to include forward-looking statements and non-GAAP financial measures. Additional information concerning factors that could cause actual results to materially differ from those in the forward-looking statements is contained on Page 2 of our presentation that is being posted on our investor website as is additional information regarding our use of non-GAAP financial measures. You would have also seen this language as part of your registration for this event. And with that, let's begin our program.

We're excited to take a deeper dive into Syneos Health today. How our model works and how we're addressing and meeting the needs of a dynamic healthcare environment. We encourage you to take a look at the microsite, which our in-house creative team designed for additional information. We've designed to focus the agenda today to share the progress we've made to-date, which validates our end-to-end strategy and details how we are positioning ourselves for strong future growth.

As for this morning's agenda, Paul, Michelle, and Christian will explain how we use our unique model to solve problems, how our customers are responding and how we're performing. From there Jason will walk you through our value creation plan and then I will close our discussion before we open the line for Q&A.

I wanted to start with a bold statement today to set the tone. Our primary message is that Syneos Health is much greater than the sum of its parts. The company, including a Contract Research Organization, CRO, and Contract Commercial Organization, CCO, is purpose-built to accelerate customer performance to address opportunities in the modern healthcare market.

Our Biopharmaceutical Acceleration Model integrates clinical and commercial capabilities to create insights and efficiencies, save time and improve ROI for our customers, while delivering accelerated growth for our stakeholders. By bringing together 24,000 clinical and commercial minds we are sharing insights using the latest technologies and applying advanced business practices to speed our customers' delivery of important therapies to market.

Thinking about that spectrum further from product concept through translational medicine Phase I through Phase III and on to launch growth and beyond, today Syneos Health is the only CRO that works across the product development life cycle and uses commercial insights to make our clinical solutions better and vice versa.

We're also the leading CCO with a proven ability to pivot rapidly to future solutions for commercialization and launch, just as we have done throughout COVID. Syneos Health is the only end-to-end product development organization and is powered by our Syneos One offering led by our dedicated team of asset strategists who help maximize value and minimize risk. As you'll hear Syneos One helps a unique group of highly motivated Syneos Health customers get true value and optimize the return from their assets. In all we support customers in more than 110 countries, enabling us to have global impact while maintaining the agility to fuel innovation.

Today, we're going to give you an up close look at our model, our progress and the way we solve our customers' most complex problems, enabling us to achieve our growth objectives. We'll be focusing on three core areas and the innovation our model is delivering. Penetrating large pharma, this has been a focus for growth since Syneos Health was conceived. Now with our Global Client Solutions organization, we are both winning and expanding our large pharma partnerships with more expected to come.

Enhancing SMID leadership. Historically, we've been the leaders in the small to mid category and have signed an agreement to add Synteract to the Syneos Health family to continue to power this growth. Synteract is a full service CRO focused on the emerging biopharma sector. Syneos and Synteract share a lot of heritage including an aligned philosophy surrounding operational excellence, therapeutic expertise and deploying the right technologies to accelerate performance.

Synteract is an exciting opportunity to reach new customers and underlines our leadership in the SMID space. In addition, we continue to see success in how our Syneos One model and commercial services are resonating across this customer segment. Synteract will enable us to bring the Syneos One model to a new set of customers.

Accelerating full-service commercial. Finally, a key differentiator is our leadership in the commercial space given the importance of the SMID category and fueling the next generation of therapies bringing nearly 50% of last year's FDA approvals. Integrating commercial services early in the clinical development process with a focus on the SMID market allows us to take commercial share off the table, power our end-to-end Syneos One model and realize efficiencies with integrated commercial insights and capabilities. Given the length of the product development timelines, it's not surprising that success of Syneos One is yet to play out through the commercial business. Now demonstrating this momentum, we have line of sight to six to eight potential new product launches over the next three years that would further fuel our commercial revenue growth.

Since we brought these two organizations together, a lot has continued to change in our industry and how outsourcing works. Syneos has been evolving right along with these changes. And amid these evolving market dynamics, we believe our unique combination of capabilities, technology, process and people has positioned as well to continue to lead and to take share.

Let me share what we've seen. We know 75% of products reaching the market are commercial failures because they lack integrated planning across the clinical and commercial continuum. This new market reality demands an alternative approach to traditional commercialization. It requires a partner with deeper strategic insights and broader integrated clinical and commercial expertise. Syneos Health understands the needs of this dynamic environment better than anyone, with purpose-built to help solve intricate problems, optimize opportunities and help increase the likelihood of success.

For example, the traditional siloed model from clinical development to commercialization believed in outsourcing relationships. Today's modern integrated product development model is based on enduring strategic partnerships. What was once a one-size-fits-all development and launch playbook today requires modern customized solutions for far more complex therapies in a more complex and value and price sensitive end market.

Where trials used to be about optimizing site activation, now it's about aligning patient and site value-based incentives. Where data used to be the buzzword, now we know data devoid of insights doesn't unlock value for problem solving. And while regulatory approval used to be enough, now it's only the starting point in market access, which is a far more complex problem to solve. These market dynamics require different models, accelerated intelligence and thinking around corners to move products to patients better, smarter and faster.

So how do we deploy these solutions as a strategy? We've been consistent since day one, and we believe even more strongly today that we're built for the future, integrating capabilities, insights, technology and processes to deliver innovative solutions that solve our customers most complex business problems.

Syneos One in the bio-pharmaceutical acceleration model I mentioned accelerate intelligence through the integration of clinical real-world evidence and commercial capabilities across the product life cycle to generate actionable insights leading to better, smarter solutions for our customers. Sharing therapeutic and behavioral insights across the product life cycle is key and by integrating solutions, removing silos, experts across the continuum are brought in earlier collecting and passing on intelligence throughout the development process making solutions better and smarter along the way.

We also have deep expertise and behavioral science to design new ways to communicate and design interventions and programs to help people make better, more confident health decisions. In short, in today's environment, our customers really do need to start with the end in mind with that end being the successful commercialization of their products.

Our technology and data philosophy known as dynamic assembly keeps us agile and cutting-edge by remaining intentionally stores agnostic. Dynamic assembly allows us to address the nuances of each customer, trial protocol and product launch quickly rather than being forced to bend legacy assets to a task they weren't originally designed for. We believe the right approach is to curate and open in highly flexible architecture built with the best and most aligned data and technology partners. You saw our most recent announcements surrounding Concert AI, an innovative technology approach to deliver improved oncology and real world evidence solutions for our customers. These are the types of contemporary partners that will speed customer performance.

And finally, the trusted process strengthens our world-class delivery. It is our metrics-driven repeatable methodology designed to deliver consistent services to our customers on time, on budget and to the required quality standards. Since its launch, the Syneos Health trusted process has provided extraordinary value to the organization and most importantly to our customers. So as I've just outlined, we have been at the forefront of this market shift to an agile, highly communicative, insights-driven, integrated product development approach. In fact, much of what we've been working towards has only been accelerated due to COVID-19 pandemic.

Our ongoing investments to better reach HCPs, sites and patients have been realized over the past nine months as we've rapidly pivoted to a remote virtual format that's fully adaptive. Across the clinical and commercial marketplace, we've seen a rapid adoption of high-value services and remote solutions to address the new normal and what we expect is coming next.

Since the beginning of the pandemic, we've been cross collaborating with the Association of Clinical Research Organizations or ACRO, of which I'm the Chairman this year, to create harmonized risk-based monitoring approach that is aligned with regulatory agencies. We have provided guidance for risk-based and remote monitoring in highly impacted regions and we have the ability to implement our remote monitoring strategy on a global scale as needed.

Engaging sites and patients where they work and live is more important than ever before and we continue to use our unique model to develop site and patient-centric solutions inclusive of home health to support fully decentralized trials. Simultaneously, our Deployment Solutions field teams and employees who conduct medical facility and clinic visits quickly pivoted to a virtual format. They have defined new ways of working in personal, non-personal, and hybrid channels to best meet the needs of our customers. All of these emerging end-to-end solutions are based on data that drives insights and intelligence to deploy the right messages to the right stakeholders at the right time through the right channels and relationships. This is modern customer engagement.

To put it plainly, without the model, innovations and infrastructure that we have already deployed, much of what we have accomplished in the past nine months would not have been possible. Thanks to those initiatives and efforts, today, across our entire business, our teams are continuing to define new best practices to achieve the important goal of delivering life-saving therapies to patients. Dynamic assembly is a key part of our strategy and represents an approach that is unique to Syneos Health.

It's flexibility represents a critical foundation and allows us to drive more rapid innovation on developing fit for purpose solutions for our customers. Our philosophy is to align ourselves with best-of-breed technology and data providers who are much better suited to invest in R&D to keep us on the cutting edge of new developments. This keeps us very agile and importantly very capital efficient by managing these capabilities on a variable cost basis.

Here you see some of the cutting edge technology partners that are a key part of our dynamic assembly network and we are continuously evaluating the marketplace for others that best fit our customers' needs. This approach allows us to choose the right technology, data and processes for different situations. This is important in the clinical trials and commercialization needs can vary significantly based upon therapeutic area, patient populations, investigator sites and HCP needs plus other factors. The combination of our model and our strategy, particularly dynamic assembly, allows us to bring rapid innovation to our customers.

Some of these innovative capabilities and high-value product offerings include, decentralized solutions, this is our clinical model which allows for configurable decentralized trials using a patient-centric approach supported by dynamic assembly to move beyond traditional trial design. You'll hear more from Paul on this later. Kinetic is our modern customer engagement capability that integrates intelligence to accelerate impacts and optimize performance.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2020-12-08

Full-service commercial represents a differentiated go-to-market approach employing the full suite of integrated commercial capabilities to deliver complex solutions. Michelle will discuss both Kinetic and commercial innovation later. And then Syneos One, our unique end-to-end offering where data, knowledge and insights inform and improve each step in the product development life cycle. Christian will share our progress around the Syneos One later in the day.

Our model, strategy and investments continue to make rapid innovation possible and we're seeing the benefits pull through our plan for value creation. Ultimately our strategy enables insights driven end-to-end thinking, reinforcing, responding and anticipating market dynamics.

You will see this product development map several times in today's discussion as we demonstrate how we link different services and insights together to address customer challenges to bring them advanced integrated solutions. As I mentioned, traditionally delivered clinical and commercial solutions in isolation as a series of sequential steps with no foresight to payer dynamics, market access and patient acceptance.

For example, if a therapy look promising and it was on track for filing any number of commercially focused activities would come into play. Publications pool, naming, pricing, medical field team recruitment, market access to name just a few. Each of those often with an accompanying consultant or vendor to support. As launch near sales strategies would come into play, resulting in multiple partners requiring another step and repeat of strategy education and operation.

Today, regulatory changes are encouraging the use of real-world evidence and payers are demanding these outcomes. Within clinical, real-world evidence is required for long-term label expansion in maximizing asset value, including label extensions, expanded indications and newer patient populations. This is further reinforced by a parallel need for medical affairs and market access. Payers need the evidence for acceptance, quality of life improvements, comparisons for the products to justify price and maintain and the advanced formulary positioning. All of this mandates moving commercial to the left to infuse expertise and insights far earlier in the clinical development process to accelerate commercial success.

Accelerating intelligence by integrating solutions and removing silos means experts across the continuum are brought in earlier, passing on intelligence throughout the development process making solutions better and smarter along the way. And as you can imagine, it's far more seamless and efficient to realize optimized ROI. All of this expertise is powered by 24,000 clinical and commercial minds worldwide, working in sync to solve our customers' problems. Our shared purpose is shortening the distance from lab to life. Together, we share insights, use the latest technologies and apply advanced business practices to speed our customers' delivery of important therapies to patients.

Our culture and I'm a huge believer in culture is based on three core values of passion, collaboration and constantly challenging the status quo to create solutions for our customers. We've seen this culture strengthen during COVID and you'll see some of that mindset today.

We're very proud of our recent recognition by Forbes Magazine listing us as the best employer, highest amongst biopharmaceutical outsourcing organizations. Importantly, this award was based on independent surveys of our employees and truly reflects how our employees feel about what we're building together. We're also committed to fostering an inclusive work environment where our people can bring their total selves, their physical, emotional and community-based selves to work each day and thrive. This includes expanding diversity, equity and inclusion programs, such as growing our Employee Resource Groups and providing mandatory unconscious bias training. For example, two-thirds of our employees are female, including 60% of our leadership ranks. Our culture also includes a purposeful approach to environmental, social and governance or ESG efforts, which are increasingly important to our customers and our employees.

Our three-year plan focuses on strengthening our planet, our partners and our communities and our people. I'm proud of the progress we are making against these plans. To cite a few examples, we've received an above-average score from EcoVadis in the environmental management category as we focus on reduced emissions and our green property footprint. Also, we were proud to be able to give back to our communities this year through a public health initiative to support HCPs fighting COVID and enabling our clinically qualified staff to support COVID testing in the U.K.

These are in addition to the charitable contributions we are proud to provide to support health and well-being focused organizations and disaster relief. We see our culture continuing to be a key differentiator in helping to attract and retain top talent, which in turn drives innovation and customer success. While we are so proud of our culture, we're equally as thrilled to have been recognized for our best-in-class capabilities. Here are a few of our recent industry awards. These awards recognize achievement across the business, clinical, commercial, consulting, digital, communications, and corporate for our investments in training and development for our people. We believe these reflect the continued progress in building a healthy and sustainable organization.

Specifically, winning the Eagle Award for the fourth consecutive year amid the challenges brought on by COVID is an additional testament to how we develop systems and solutions that support our site partners. These are the collaborative relationships that will fuel customer success and speed therapies to patients. All of the benefits we have discussed of our unique business model, strategy, and culture are ultimately geared towards one goal for our stakeholders, driving accelerated profitable growth as we solve our customers' challenges.

It is well understood that we have significant market opportunity. In fact, it is a much larger opportunity compared to the CRO market alone given the breadth of our capabilities across the commercial landscape. Ultimately, we believe this total

product development market represents over $80 billion of opportunity by 2023. As I highlighted earlier, there are few key market dynamics that make the foundation of this opportunity for Syneos Health including our large pharma penetration opportunity where we are underweight with companies that control the majority of R&D spend in the market.

Small to mid-sized companies including emerging biopharma, which are more likely to outsource their product development needs given the limited infrastructure, Real World Evidence, one of the fastest growing elements of the market where outsourcing penetration lags the remainder of the market, and an opportunity to use our unique model in a more patient-centric way given that healthcare delivery is quickly evolving.

Importantly today, I want to introduce you to our rigorous strategic plan to execute on this goal of driving accelerated growth, which we call our value creation plan. You will continue to hear more about this plan today, particularly from Jason as there are many additional elements that are designed to drive EBITDA margin and EPS growth as well, but for now the elements you see here are our primary focus for driving accelerated organic revenue growth. You will hear about all of these organic growth drivers throughout Paul, Michelle and Christian's discussions about how we are leveraging our unique model to drive value four our customers.

You will also hear further about Synteract and how they will help expand our market as the latest addition to the Syneos Health family. We will continue looking for these types of a compelling opportunities to expand our business as part of our balanced approach to capital deployment. These growth components of the Syneos Health value creation plan as well as all those that Jason will cover are not just for the benefits of today's discussion. They represent the fabric of our strategy and how we plan and execute our business operations every day.

In addition to the strong growth foundation we have already built with our recent performance, the value creation plan is about continuing to drive that growth in a sustainable fashion. So as we turn to discussing our unique clinical and commercial capabilities and how we solve our customers' challenges, I wanted to provide you with our current view of the robust revenue growth we expect over the next three years.

Given the unique environment we have faced this year during the pandemic, we have segregated our growth expectations for 2021 from our range of expectations for 2022 and 2023. For 2021, including the impact of the Synteract acquisition, we expect revenue growth of 16.3% to 20.9%. For 2022 and 2023, we expect growth each year between 7% and 10%. Later in our presentation Jason will provide a view of our expectations for profitability over these same periods.

Now, before I turn it over to Paul, Michelle and Christian to take you through how we are capitalizing on the growth opportunities I've described, we want to share case study that brings to life the real power of an agile and integrated commercial team.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2020-12-08

[Video Presentation].

## Paul Colvin  {BIO 15792977 <GO>}

I want to thank Alistair and our creative team for the video you just viewed that shares how we accelerate intelligence across the product life cycle to change patient lives. Today, Michelle, Christian and I are going to detail our model, market dynamics and how we are designing solutions to accelerate customer performance.

As Alistair referenced, we also hope you will see how we live the values by collaborating to challenge the status quo and speed therapies to market. You will hear from us how clinical, real world and commercial businesses operate seamlessly to design and deliver horizontal end-to-end solutions. Together we accelerate intelligence across our disciplines to solve complex problems, accelerate growth and gain momentum.

We'll be sharing a series of case studies the demonstrate our results in action and how our product development methodology delivers winning customer solutions. You'll also hear how we're poised for growth that Alistair outlined in the value creation plan. Before we get into the details, it's important to note that many of these strategies have already yielded strong results, both before and during the pandemic and they are establishing a strong foundation for the future.

In recent years, we've made significant investments in the business development, including our global Client Solutions and Syneos One teams, both of which are fueling our growth. The Global Client Solutions team focuses on our top pharma clients, proactively engaging with these accounts to drive strategic growth in clinical and commercial services.

Within clinical we've secured four new large pharma relationships, including renewing our relationship with Pfizer. We've driven a very strong clinical trailing 12-month book-to-bill of 1.41 times, producing year-over-year backlog growth of over 18%. Through COVID we've taken a tailored approach to help our customers, sites and other stakeholders as they manage through the impact.

Our investments in decentralized trial capabilities have played an integral part in helping our customers through the pandemic and position us well to capitalize on the accelerated adoption trends Alistair highlighted.

Within our clinical business we expect our long-term growth gains from further penetration of the large pharma sector while scaling our existing relationships, coupled with advancing our SMID leadership in combination with the Synteract team.

Now, Michelle.

## Michelle Keefe  {BIO 20445580 <GO>}

Hi. Thanks so much, Paul. In the commercial business we have also won a number of significant new relationships in 2020 while helping our existing customers manage through COVID-19. These new relationships include one with a Top 20 pharma company for a variety of commercial services. Integrated product launch services for COVID-19 therapies expected to be approved in 2021 and an MSA renewal with one of our largest customers. In the SMID space, we have also continued to see strong traction, including winning a new relationship with a European customer to launch their flagship product in early 2022.

Importantly, although many of these new relationships and programs have not yet contributed to our awards or backlog, we already have a trailing 12-month book-to-bill of 1.04 times and total commercial backlog growth of 6%. Similar to clinical, the impacts of COVID-19 have accelerated a shift in our commercial model from field-only visits to virtually enabled representatives.

Our investments in omnichannel capabilities have enabled us to rapidly transition our field teams, while overlaying new digital capabilities to optimize performance of customer brands. We recently branded these capabilities Kinetic, our modern customer engagement capability. We expect Kinetic to fuel revenue growth and margin expansion going forward. And later I will share with you some compelling early evidence of its impact.

Awards from our full-service commercial engagements have also more than tripled for the first three quarters of 2020 compared to 2019. This is a very strong sign of how we expect this move to more integrated outsourcing will drive future growth and further diversify our revenue and backlog. Similarly, the Syneos One integrated model has gained traction and serves as a growth area for commercial with their portfolio of assets representing a pipeline of potential upcoming launches. Christian?

## Christian Tucat  {BIO 20792805 <GO>}

Thanks, Michelle. As Paul and Michelle mentioned, we continue to see tremendous success with Syneos One, our unique product development offering that combines clinical, real world evidence, and commercial capabilities with dedicated product lifecycle management to accelerate assay development and commercialization. While this approach has typically resonated strongly with the SMID customers, this year we built our first Syneos One partnership with a Top 25 pharma customer.

You also heard Paul and Michelle talking about the impact of COVID-19 during this period. Syneos One has seen clients farther reaching out for deeper engagement about the strategic and operational levers that we can deploy to accelerate portfolio growth. And this is becoming even more acute as we see the end of COVID-19 and they need to regain lost time. Also the addition of Synteract offers the opportunity to leverage our Syneos One model with those smaller customers that look to hold on to the assets for longer in order to maximize stakeholder value. We anticipate that the Syneos One model and strategic dialog will be a significant value in expanding Synteract's portfolio of opportunities.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2020-12-08

And lastly we continue to see strong growth in our real world evidence business driven by our ability to leverage real world data across the product life cycle from early on on the clinical stage all the way through commercialization. Our dynamic assembly platform allow us to expand our data access and analytics capabilities resulting in innovative solutions to help our customers demonstrate product value and make smart decisions. Real world evidence represents another expanding market and a farther growth catalyst.

## Paul Colvin  {BIO 15792977 <GO>}

As we've shared our recent successes have been driven by the uniqueness of our model which brings comprehensive end-to-end solutions that others simply can't deliver. As a market-leading CRO, we have a strong global presence in strategic geographies worldwide. We engage with our customers in full service FSP and often hybrids of both. This enables our customers the flexibility to augment where needed and gain deep expertise where required. This capability is particularly critical in the large pharma market allowing us to create fit for purpose outsourcing models.

Within our clinical organization we have therapeutic depth and alignment with teams organized in dedicated therapeutic areas extending down to the clinical research associate position. This depth is an increasingly important factor as trial designs become increasingly more complex. Our extensive therapeutic experience covers many complex disease areas such as oncology, CNS, vaccines, infectious disease, cardiovascular and respiratory. This therapeutic alignment supports our best-in-class site relationships throughout our catalyst site network by providing our investigative sites with staff that have extensive expertise. Our model is not to own investigative sites but to establish a network of strong working relationships with the top performing sites in each therapeutic area.

Combining the integrated capabilities of a CRO and a CCO creates better, smarter, faster ways for us to speed product development and ensure the success milestones of market access and reimbursement that are incorporated into the development process. The insights provided by our commercial teams enhance our ability to engage with patients and positively affect steady performance. Michelle?

## Michelle Keefe  {BIO 20445580 <GO>}

Syneos Health is the market-leading CCO with a differentiated and comprehensive set of commercial offerings across deployment solutions, communications and consulting. Customers have been moving to engaging a broader set of commercial services in a full service fashion. We've invested in broadening our digital engagement capabilities that are paired with traditional face-to-face activity.

Kinetic represents our modern customer engagement capability, which I referenced earlier. This intelligent and data-enabled approach digitally enhances our commercial solutions by understanding the audiences for our customers' products, synchronizing their experiences across multiple personal and digital channels and decoding the performance of these interactions to adapt in real time. Kinetic-enabled integrated solutions have already driven $160 million in awards in 2020.

A key differentiator in our integrated model is our depth of expertise across the product development life cycle. Our engagements range from pre-launch activity to coordinating assets in the maturity phase of their life cycle. For example, in value and access, we can design a strategy, identify key stakeholders to be engaged and through our deployment solutions teams, pull through that access with the HCP and payer communities to ensure patients have access to the best therapies when they need them. We engage with customers with single-point solutions across several solutions. We supplement client capabilities with a customized configuration of Syneos Health Services in a highly focused and coordinated manner, affording customers the scope and scale necessary during pre-launch, growth and maturity phases of the commercialization.

## Christian Tucat {BIO 20792805 <GO>}

You've heard about Clinical from Paul, you also heard about Commercial from Michelle and I am now going to talk to you our Real World Evidence, the bridge between these two worlds. Real World Evidence is one of the fastest growing markets, driven by the regulators drive to improve the speed and efficiency of bringing new therapies to patients.

And back to the COVID-19 example, we see accelerated approval timelines for COVID-19 vaccines that will require Real World Evidence to better understand the long-term efficacy and safety profile for those treatments. Our dedicated Real World Evidence business was closely with Paul's and Michelle's organization supporting the full product development life cycle from clinical research all the way through commercialization.

Now through Syneos One, we continue to develop new ways to partner with our customers, designing innovative product development solutions focused on maximizing the return on investment for our customers, whilst driving growth and differentiation to our Clinical and Commercial divisions.

## Paul Colvin {BIO 15792977 <GO>}

Building on Alistair's introduction of our value creation plan, I will start with our current position in the clinical development market and the opportunities to grow our share. We've provided a breakdown for our key customer segments.

Of Top 20 pharma, 21 to 50 and small- to mid-sized companies, all based upon their annual R&D spending. Our most significant growth opportunity is with Top 20 pharma which control about 60% of R&D spending and where we have less than 5% market share while having approximately 8% overall market share. We have won four large-scale strategic partnerships among the Top 30 pharma in the last two years, including renewing our important relationships.

We have year-over-year clinical backlog growth of over 30% for the Top 50 pharma customers as of the end of third quarter. We manage these large pharma relationships with our Global Client Solutions executives who are tasked with

targeting new partnerships in addition to expanding these existing partnerships. We're very excited about our strong pipeline of additional opportunities. We currently have three partnerships driving over a $150 million of annual revenue and we expect to continue expanding this group of key customers.

It's critical to note that the insights, capabilities and strong relationships of our commercial business have been instrumental in winning and expanding these large pharma mandates. While we're growing our share in large pharma, our legacy strength is in the small to mid-sized or SMID segment where we continue to enjoy an overweighed position relative to our total market share.

As we talk through our unique product development model today, Michelle, Christian and I will site many examples where collaborative, integrated successes are driving our business and how they will continue to fuel our growth. This first case study highlights our key growth strategy in expanding our presence within large pharma sector.

With this client our commercial relationship led us to secure a long-term clinical partnership, leveraging our global scale and oncology therapeutic expertise. This top 20 pharma customer was already one of our largest commercial consulting customers. They came to us looking for a dedicated clinical development partner for their growing oncology portfolio.

Given our focus and flexibility our solution was to develop a dedicated business unit that leverages therapeutic expertise to support the customers' oncology needs and customizes a blend of full service outsourcing and FSP services by study. As a result, we continued to extend our services for this customer, including earning an agency of record engagement and our commercial business across their portfolio.

Our commercial team's insights are helping us to further expand our clinical relationships beyond the customers' oncology portfolio, including extending into our real world evidence area. This customer has grown to be one of our top five customers across both clinical and commercial services with a dedicated staff of over 1,000 employees.

Furthermore, this relationship is a true partnership with transparency across the pipeline and we play an important role in strategy development to help them achieve their long-term goals. As we look at the product development map, we can visualize this relationship that started in the commercial consulting and has continually grown across a wide variety of services across the end to end spectrum.

Given the customers' extensive development pipeline across therapeutic areas, we expect to continue deepening this relationship across all of our services. While the top 50 pharma companies account for about 80% of all R&D spending, the fastest growth in R&D spending is actually within the SMID space. Our historical strength is within SMID, which we define as those outside of the top 50 and we have grown to serve increasingly larger customers in this segment. In many cases, these customers

may already have commercial products to accompany their clinical development projects and potentially a pipeline of multiple products.

Within the smaller side of the market, emerging biopharma accounts for the highest growth in R&D spending and it is projected to grow 11% annually over the next three years. With the addition of Synteract, we will further expand our leadership position. Synteract is a well-regarded brand with strong customer relationships and an excellent track record of executing white glove service that is particularly important with these customers. We believe combining their business development with our global platform will improve their market position and ability to win new business including extending their reach into larger Phase 2 and Phase 3 programs.

We expect Synteract to add $200 million to $220 million to our 2021 revenue. While we expect cost efficiencies from this combination over the next three years, there is much larger opportunity for revenue synergies as we gain deeper access into this high growth market. This combination is additive to our business since less than 10% of our clinical backlog is within this attractive growth segment. Our existing SMID leadership position was further reinforced by the Synteract acquisition, opening a new market area in pre-revenue sector.

For the third quarter, we experienced record awards and RFP flow for the SMID segment and our unique Syneos One product offering continues to resonate strongly and help us to drive for this growth. Our end-to-end model can uniquely serve SMID customers, helping them to realize the full value of their compounds in the commercial marketplace via market access, commercial strategy and branding, enabling them to best optimize their clinical development program. It's important to understand the strength of the market that Synteract plays in and the strategic rationale for our combination.

By any measure, funding in the biotech sector has continued to be at near-record levels, providing the financial strength and stability for these companies to run their clinical development programs.

When combining the strength of this funding with the innovative science companies in the SMID space, including emerging biopharma, increasingly represents a more significant share of a growing R&D pipeline. Not only are these customers better funded for their clinical development programs, they are increasingly taking their assets through the clinical regulatory approvals and into commercialization. In fact, nearly 50% of FDA new drug approvals in 2019 were within the SMID segment. As the only end-to-end product development company, we are uniquely positioned to benefit in this segment in particular with our Syneos One offering.

Moving on, I wanted to discuss our approach to decentralized clinical trials in more detail. As Alistair described earlier, COVID-19 has necessitated broader use of remote engagement with HCPs and patients and has accelerated adoption of this approach. Alistair also touched on our Dynamic Assembly Strategy that combines fit-for-purpose technology, data and process to achieve optimal results. With Dynamic

FINAL TRANSCRIPT

Syneos Health Inc (SYNH US Equity)

2020-12-08

Assembly, it's not just about having a technology platform. What's unique about our approach is the model we combine the best people with the best processes to enable a complete solution.

We have partnered with best-of-breed technology and data providers and then, leveraged our deep clinical and commercial insights, therapeutic expertise and knowledge of the site and patient communities to design solutions that best fit the needs of a particular customer and protocol. The flexibility of the Dynamic Assembly, combined with the rigor of our Trusted Process, results in solutions with the consistency and quality delivery time and time again.

We focused on two areas to develop our DCT capabilities. The first is partnerships, which includes a constant assessment of where we are today, what the future business needs will be, how we access the right tools to deliver Decentralized Solutions. The second area is operational delivery ensuring integrated alignment of all relevant teams and processes to deliver constant, high-quality decentralized trials as the environment changes. This includes extending into the home healthcare market to speed clinical trial data collection and process while easing the burdens on sites, patients and their families. This approach also enables diversity and clinical trial populations. Reaching patients that traditionally might not have the opportunity to participate in a clinical trial. The breadth of our partnerships allow us to quickly evolve changing standards of care and the ways in which physicians treat their patients. The investments we have made in this area over recent years and the flexibility of our approach enable us to quickly and successfully pivot to remote solutions during the pandemic. We'll continue to evolve our work in the DCT area which we call decentralized solutions enabled by our unique combination of data, technology, process and people to speed therapies to change patients' lives.

Given the increasing importance of DCT this next case study highlights one of our longer-term success stories that demonstrates our leadership in this area. The customer is a top 25 pharma company that embraces innovation and they have long been one of our largest clinical customers and have a long history within CNS. They were looking for innovative ways to increase the speed and flexibility of their clinical programs.

Using dynamic assembly and elements of our decentralized solutions approach that I've just described we enabled this customer to innovate by adding more virtual activities across their clinical trials. Together we selected optimal vendor partners to produce customized solutions across 20 clinical programs. These processes and technologies were integrated to enable a paperless model for their students through multiple vendors that were handpicked to address each study's specific needs. These solutions included innovative regulatory strategies coupled with real-time data capture utilizing digital enabled therapies.

The innovation helped the customer reduce clinical timelines by weeks. Using integrated e-solutions across consent, data capture and removed transcription. These implementations were far advanced of the COVID pandemic and enabled our client to navigate through COVID more successfully. Today we are in continued

discussions with this partner to develop new innovative solutions for additional studies that employ additional new technologies to further enhance their platform.

Within this large pharma case study this product development visual shows the breadth of services leveraged across our end-to-end spectrum. Most notably this customer relationship spans Clinical Solutions and Real World Evidence with insights leveraged from our Commercial Solutions to best implement a coordinated clinical development model. It's important to note we are the only team that can do this. Now let me turn it over to Christian to discuss the value-add our Real World Evidence team brings to customers. Christian?

## Christian Tucat  {BIO 20792805 <GO>}

Thank you, Paul. So real world evidence is a golden thread in product development from clinical all the way through commercialization, generating and analyzing real-world data to help our customers make the best decisions for the development and corporate goals. The market is increasingly realizing the power of using real world evidence to supplement clinical efficacy and safety data for regulatory approvals in the medical affairs space as we build a value story and in helping design and implement a successful commercialization strategy.

Real world evidence is one of the fastest growing segment in our industry driven by the demand from patients, physicians, payers and regulators to bring lifesaving medicines to market as fast as possible while demonstrating the long-term value of those medicines to the healthcare system. Real world evidence still shows relatively low levels of outsourcing penetration offering growth opportunities for Syneos Health similar to that in large pharma.

In addition Syneos Health remains underweight in real world evidence in terms of market share. We have been investing over the past few years to build our team and establishing technology and data partnerships using our dynamic assembly model. Our business has grown to a compound annual rate of over 40% over the last two years. With our technology, data and insights we will continue to grow our market share.

There are both clinical and commercial benefits from leveraging real world evidence. Syneos Health end-to-end model make us uniquely qualified to bring real world value to our customers.

Now, Michelle will now share with you additional unique capabilities within our Commercial Solutions. Michelle?

## Michelle Keefe  {BIO 20445580 <GO>}

Thanks, Christian. As the leading CCO, our commercial business has the unique advantage of combining our breadth of services and insights with the therapeutic expertise of our clinical organization to maximize product performance. Because our expertise begins with early-stage development and continues to the end of

commercialization, we view customer challenges through a strategic lens that extends across the life of a product. Our leading commercial organization offers a full suite of industry-leading services throughout the product development life cycle, including deployment solutions, consulting and communications.

We are the US industry leader in outsourced field teams. Our solutions encompass sales teams, field medical, nurse teams, value and access teams and the engagement center. We are the leading, the largest and longest tenured provider of outsourced sales teams and field medical teams in the United States.

Our industry-leading consulting business provides services across key practice areas, including commercial strategy and planning, medical affairs, risk and program management, pricing and market access, and R&D consulting. Our depth of functional expertise, combined with strong scientific and market knowledge, uniquely positions us to tackle highly complex business challenges and develop winning client strategies. In communications, we bring together best-in-class talent from advertising, creative, digital, public relations, public policy, market access, medical communications and clinical trial recruitment. Our differentiated set of solutions improves customer performance and accelerates the process of bringing products to market.

Our customers are increasingly engaging across the continuum of commercial services through a full service-like experience. We are the only company that offers full-service commercialization capabilities. This integration powered by our Kinetic platform drives better solutions and better outcomes for our clients providing us with deeper relationships on a more stable business portfolio. It's not just customer preference driving this trend toward increasingly integrated commercial services. The complexity of product development in the modern market requires an alternative approach to traditional commercialization.

To dive deeper into the way commercial services have been procured, the legacy functional model offered clients flexibility and cost efficiency. This is how clinical's model first developed too, starting with functional services. However, this legacy model lacks consistency and has lower margins given the client is often deciding based on internal factors around resourcing and cost management, which the Syneos Health teams have little ability to influence. The evolving full service model provides both functional benefits and performance benefits for our clients as well as diversifying our commercial backlog.

This full service model creates a true partnership allowing for solutions that incorporate data and insights to drive patient-centric approaches. This combination helps achieve the customers' ultimate goal to maximize their products' performance. Important for Syneos, this new model helps diversify our commercial portfolio translating to higher margin, stronger growth, and more predictable revenue. Our integrated commercial model allows us to be nimble with a commercial lead managing the customer relationship and ensuring tight coordination of all services.

FINAL TRANSCRIPT                                                                     2020-12-08
Syneos Health Inc (SYNH US Equity)

This includes leveraging Clinical Solutions and Real World Evidence colleagues for insights and services. Our integrated model is in line with market needs as the majority of our customer proposals now include more than one business line as part of the solution. What sets our model apart is our product development brand management mindset, which contributes value across the product lifecycle.

This approach drives the brand through every interaction, small or large, gaining the benefit of a broad cross-functional core team. The team understands the brand and provides unparalleled insights. Our clients gain these insights and our understanding of not just what the data and analytics are telling us, but also our experience doing this over and over and constantly updating the model to stay ahead of the curve, creating relevance for customers who just do not have the dollars to replicate.

We are seeing increasing success with our full-service commercial approach and expect continued adoption toward more full-service commercial outsourcing as was achieved as the clinical market evolved. A good example of this integrated model is within our deployed field teams where we now combine several services that were previously point solutions. Today, our field teams are data and technology enabled to communicate with their customers through the right channel at the right time. They are augmented by targeted digital outreach in concert with their direct personal contacts. We will walk through an example shortly.

As adoption of telehealth and digital channels increase, a greater number of siloed and uncoordinated channels are touching HCPs. This leads to reduced effectiveness of commercial programs.

Kinetic is our modern customer engagement capability, designed to address this challenge. Kinetic deploys advance targeting, analytics and the latest technologies, powered by a team of data scientists and behavioral experts to create connected intelligence across channels, platforms and content. This capability provides an actionable and measurable view of all customer relationship building efforts, making fully integrated omnichannel solutions and more meaningful healthcare interactions available to our customers.

Kinetic has three pillars. It starts with Audience Intelligence, incorporating sophisticated models and tools that leverage data and evidence to understand stakeholder journeys, identifying the highest value customers and harnessing network relationships.

The second major component is Synchronized Experience. This is where the personal and non-personal communications are delivered on a one-to-one level, creating personalized and meaningful integrated interactions and delivering on the promise of the right person, right message, right moment across multiple personal and non-personal channels. This experience provides a path toward increasing awareness, maintaining frequency and ultimately driving prescribing behavior as a halo effect that boosts the effectiveness of our field representatives.

Lastly Performance Intelligence uses integrated analytics built on performance outcomes that are designed to directly address prioritized business decisions and delivered through actionable dashboards. The net result of Kinetic is optimized outcomes for our customers, leveraging the appropriate combination and timing of communications to drive improved brand performance

Our next case study highlights the unique capabilities of our commercial teams, their execution under challenging circumstances and the benefits of Kinetic. You saw a preview of this case study in our earlier video. This emerging biopharma customer was preparing to launch their first product in early 2020. Syneos Health was awarded a full service integrated launch support, including field teams with sales representatives and market access specialists and a full suite of communication services across public relations, medical communications, and advertising. This also included consulting support from our market access practice and the full suite of Kinetic solutions.

Five weeks into their commercial launch, the COVID-19 pandemic necessitated a rapid shift from primarily in person to virtual engagement with their HCP audience. Syneos Health was able to completely pivot all commercial activities to a virtual digital format in the span of a single weekend. This customer was able to pivot successfully because Syneos Health was their single full-service commercial partner, deploying the full breadth of services, including Kinetic. As a result, our customer continued their successful launch during the pandemic, while achieving increased effectiveness with their Kinetic-enabled representatives.

Our customer was recognized by various industry publications for the public relations' campaign, Syneos Health-Led, in particular, for the launches approach and success during the height of COVID-19 pandemic. This is another quick product development view of the breadth of services and insights leveraged across our end-to-end model for this customer. More importantly than the breadth of services, you can see the value of a single partner providing integrated services to help solve difficult operational and environmental challenges. This represents yet another advantage for our customers and our movement toward full-service commercialization solutions. This example not only enabled our clients to have a successful launch and gain industry recognition, but it drove results. These results were outsized due to the combination of the field representative plus digital engagement.

The chart on the left shows the case results of increasing our field teams' interactions with the clients' HCP customers as they transition to virtual activities. As you can see, the strength of the relationship matters and the effectiveness of remote activity more than triples when it follows a second face-to-face interaction compared to following the first.

The chart on the right highlights the impact of digital amplification. We measured the effectiveness of our representatives whose HCP interactions were followed with digital amplifications for Kinetic compared to those without Kinetic. We experienced up to 24% higher prescription volume for the application of the Kinetic platform.

This case is not the only example as we've summarized results of mixed engagements across four clients. The middle chart highlights the additional increase in prescription volume possible when the face-to-face visit is followed by different forms of virtual or digital interaction. From these engagements we saw up to a 60% increase in volume. Here you see that relationships between HCPs and our field representatives remains central to the customer experience. Kinetic further enhances these established relationships by driving improved performance.

In summary, our investments have enabled us to help our customers be leaders in digital engagement. This enhances our existing business model and drives growth and diversification going forward. Syneos Health is the only partner able to deliver this full service Kinetic enabled offering.

Now I will turn it over to Christian to talk about Syneos One, which is the full expression of our end-to-end model. Christian?

## Christian Tucat {BIO 20792805 <GO>}

Thank you, Michelle. Syneos One is our unique integrated product development model that focuses on leveraging the full range of Syneos Health tool kit to help customers take an asset to market whilst maximizing the return on investment. Our focus is on driving growth through differentiation and innovation, expanding revenue potential of each client across clinical and commercial and ultimately driving pipeline growth and diversification to our commercial business.

The Syneos One offers a bespoke clinical through commercial product development operational model through a dedicated business unit designed to support small to mid-sized customers. It represents the ultimate proof of concept of being an end-to-end product development company leveraging our full suite of capabilities, infrastructure and expertise across Syneos Health.

This approach gives us one point of contact for those SMID customers the often lacks the expertise or resources to manage end-to-end product development. We provide these customers with one team and one strategy for either a single asset or a portfolio of assets and give those clients the opportunity to hold on to that asset for longer, creating value for their shareholders. Currently, Syneos One is actively managing 13 customer accounts with a total portfolio of 21 unique assets. This provides visibility to the commercial launches of sometime between 18 to 24 months in advance of these customers sending out commercial RFPs. This early engagement put us in the lead position to perform this work.

We estimate that this portfolio of assets currently represents over $1.5 billion of total potential revenue to Syneos Health over the life of these products, only about $625 million of which has been recognized as award to date. This leaves approximately $900 million in remaining potential award value in our current customer base of 13 companies, the vast majority which will benefit commercial in the coming years. We have included a chart summarizing these 21 potential launches to provide an idea of potential benefits to our Commercial Solutions segment over the coming years. So

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

we are developing this portfolio of assets and recognize that not all will ultimately reach full commercialization, but even if only a small number of these do, that represents a significant value to our commercial business and further improves the award consistency and revenue diversification.

Drilling down to the asset specific level, let me explain how we manage a product lifecycle to optimize value for our customers. These assets are managed by a team of Syneos One asset strategists. These are seasoned pharma industry experts with experience in taking assets through clinical development and into commercialization. They play the role of a typical product manager in a pharma organization offering a single point of contact for our customers. The assets strategist designs and implements asset specific solutions with a focus on reducing development cost, increasing time to market, and de-risking the investment for our customers.

In order to explain the asset value story, we split the end-to-end model into three phases or sprints representing different inflection points. This allows our customers to make decisions on whether to partner the product or hold on to that asset for longer and move to the next value inflection point. The first phase or a sprint is about creating asset value and is predominantly the clinical phase, including the integrated readiness plan and regulator strategy. The second sprint is about market readiness and starting to communicate the asset value, building the commercial strategy and medical affairs plans defining also the Real World Evidence needs. And the third sprint is about maximizing return on investment. This is a commercial strategy. This approach means that the asset strategies constantly generate enhanced sales opportunities beyond the initial clinical whirlwind, further fueling our clinical and commercial pipeline.

Now, how does this work in reality. This case study is about expanding our clinical and commercial business with a new SMID customer. Initially Syneos One help differentiate our clinical offering resulting in an award of a large oncology program. Guided by the asset strategy roadmap, our asset strategy expanded the dialog from clinical through Real World Evidence to commercialization as you can see from the subsequent wins on this slide.

As a consequence of this dialog around the oncology asset, with subsequently expanding the portfolio to an additional Rare & Orphan asset where our asset strategies will take a similar approach to the one which I've described. The case study shows the power and flexibility of the Syneos One model. Before Syneos One, the client will have represented only the initial clinical awards you can see here. So our Syneos One team has significantly expanded the revenue potential from this client, particularly in Real World Evidence and Commercial.

The breadth of the Syneos Health toolkit means that we have multiple entry points into clients across Clinical, Real World Evidence and Commercial. In the example I just gave you, the entry point was a clinical opportunity that expanded into commercial services.

Another example of this is our strategic relationship with Daiichi Sankyo. This represents Syneos One largest relationship to date, and this is noteworthy because it demonstrate our unique model resonates even with the Top 25 pharma company. Daiichi Sankyo is a longstanding clinical customer of Syneos Health who was expanding outside the traditional therapeutic area of CNS into oncology. With this partnership, we'll expand according to principles which as described in the previous case study.

We can also leverage the commercial entry point as highlighted on the right side with our relationship with Idorsia, a European SMID pharma company. Based on our strategic discussion to support the launch of their flagship insomnia product in early 2022, Idorsia selected Syneos Health as a launch partner bringing our brand management approach across various commercial services. Our close working relationship with the Idorsia and the C-suite relationships that we have developed have allowed us to expand the number of commercial opportunities and more recently explore clinical opportunities.

So what you see here is the ability of Syneos Health through Syneos One to drive asset-specific dialog that allow us to grow our overall portfolio solutions regardless of whether the initial conversations occur in the clinic on the commercial space. The Syneos One model is unique in the marketplace and provides a long-term pipeline for the future growth. And with that, I'll turn it back to Paul.

## Paul Colvin  {BIO 15792977 <GO>}

You've now heard several examples of our product development model and capabilities. Here, we've summarized several of our recent partnerships to demonstrate how our unique integrated model has led us to win and that has a strong foundation for future growth. First our clinical scale helped us to expand a commercial consulting customer relationship.

This oncology win has already become one of our largest clinical customers and has further expanded into our commercial services. Second our unique ability to combine clinical and commercial was the key reason we won the full service clinical preferred relationship award which remains one of our largest commercial customers.

## Michelle Keefe  {BIO 20445580 <GO>}

And the same relationship recently expanded to include launch support for two of this customer's Covid-19 therapies that are expected to be approved in 2021.

## Christian Tucat  {BIO 20792805 <GO>}

Third, the Syneos One relationship that I highlight earlier related to (inaudible) that expands our longstanding clinical partnership to use our unique end-to-end product development model methodology to generate new opportunities for our real world and commercial businesses. In addition, our Syneos One relationship with Idorsia

will leverage our commercial capabilities to support the launch of their flagship insomnia asset in 2022.

## Michelle Keefe  {BIO 20445580 <GO>}

Finally, we continue to expand our commercial leadership, including a new relationship announced in the second quarter with the top 20 pharma company to provide commercial launch services.

## Christian Tucat  {BIO 20792805 <GO>}

We shared the key revenue drivers of our growth strategy. We believe that Syneos Health's product development model remains well positioned to capitalize on this growth. You've heard about our success in gaining share in the large pharma helping drive our 18% backlog growth and how our commercial capabilities are differentiating us. Our Synteract acquisition and a history of strength within the SMID customer segment allows us to bring integrated solutions and experience to these customers as they capitalize on the strong funding in this environment. We've made the right investments enabling technologies to engage remotely with investigative sites, patients and HCPs helping our clients navigate 2020. We are in a leading position with the right solutions to help customers succeed in this dynamic future marketplace.

Lastly, our integrated product development solutions through Syneos One and our full-service commercial solutions are gaining strong traction with our customers. These represent unique offerings in the marketplace, and Syneos One provides a strong pipeline of opportunities that we expect to fuel consistent, diversified growth of our commercial solutions segment in the years to come. Syneos Health's product development model is innovative in the marketplace, and it delivers complete and integrated solutions not available from any other partner. This innovation is representative of our core values Alistair mentioned earlier to collaborate, challenge the status quo and be passionate to change patient lives.

Before I hand it over to Jason, I wanted to share an example of our clinical innovation. With 75% of our revenue coming from clinical, it's important to note that the work we're doing for The Leukemia & Lymphoma Society is a great example of how we are leading the industry in innovative and collaborative approaches in clinical trial design.

[Video Presentation].

## Jason Meggs  {BIO 19515623 <GO>}

Thanks, Paul, Michelle, and Christian. Their discussion should give you a better sense of how our collaborative approach across the business is resonating with our customers as well as why we are so excited about the future in Syneos Health. You should also start to see how our value creation plan provides the financial road map for growth. Most importantly, it is not just a strategy, but a disciplined plan of

execution that guides the focus, capital allocation, and incentive compensation of the company. The value creation plan was initially launched in 2018 and has continued to evolve. However, our efforts to accelerate revenue and margin growth have remained constant.

Additionally, over the long-term the plan has continued to be focused on driving higher return on invested capital. The value creation plan is underpinned by a variety of strategic business initiatives that drive revenue growth, margin accretion, and cash flow improvements. We measure our performance to the plan quarterly and in our view, we've made great progress since 2018. Although the COVID-19 pandemic has resulted in short-term pressure on revenue growth, it has solidified our view of the long-term strategy and our innovative model while helping accelerate certain components of the plan.

The visual you see here depicts the various components of the value creation plan. It's important to note that we do not intend to size the contribution of each of these initiatives to our outlook or provide ongoing updates. That said, I did want to provide a full picture of the wide range of revenue and cost opportunities within the plan. On the left hand side you see the accelerated growth drivers, which include both organic and inorganic components. You will recognize the organic growth drivers that Alistair introduced and the team discussed in more detail. In addition to the organic growth drivers the plan also contemplates inorganic growth contributions. We continue to look for inorganic growth opportunities that add to our innovative model and allow us to provide the right solutions for our customers.

I'd like to spend a bit more time on the right hand side of the page or the margin accretion components of the value creation plan. Specifically, I will cover ForwardBound in more detail. As you know ForwardBound is a key driver of our ongoing adjusted EBITDA margin expansion. Internally, we launched ForwardBound in late 2019 and it represents a comprehensive set of initiatives geared to improve efficiency, increase quality, maintain competitiveness and reduce overall cost to deliver. We have demonstrated our ability to manage M&A integrations and achieve cost synergies by utilizing our transition management office.

This approach leverages the principles of the trusted process and will go over all of our integration activities regardless of the size of the acquired company. To that point this year we will successfully complete the realization of our $140 million synergy target related to the INC Research and inVentiv Health merger. We will utilize the transition management office and the same disciplined approach to integrate the Synteract acquisition driving both revenue and cost synergies. We've also been focused on the optimization of our portfolio of businesses, which involves an ongoing evaluation of all of our business units.

We divested our lower margin contingent staffing business in the second quarter of this year and just recently divested our medication adherence business. Although these were good businesses, we concluded they were not core to our strategy and would be better served with new owners. Lastly in the EBITDA margin growth category, you've already heard about the early success of our investments in

decentralized solutions and our new Kinetic platform in commercial solutions. These capabilities have served us and our customers well during the COVID-19 pandemic and we expect them to drive efficiencies and margin improvement over time as the model scale.

As it relates to cash flow, you have seen the benefits of our laser focus on this area during 2020 with year-to-date cash flow up 97% through September 30. We are focused on improving our cash flow conversion by maintaining our competitive DSO, minimizing restructuring and integration costs, deleveraging and improving the capital structure and leveraging our favorable cash tax rate. We look to maintain and potentially improve this conversion rate in the future while closely managing our capital expenditures. We have been and will continue to make investments in our capabilities. Our investment philosophy centers around capital efficiency built on Dynamic Assembly. We prefer to align Syneos Health with the best-of-breed partners rather than invest in owning assets or spending on research and development. This philosophy governs our approach to investigative sites, technology and data assets. As such, we evaluate investing these areas' end.

When it comes to driving growth in adjusted diluted earnings per share, we are constantly looking for ways to optimize our capital structure. This includes managing the cost of debt through our term loan structure and interest rate swaps, as well as improving the term of our capital structure as evidenced by our recent bond offering. We also continue to focus on our non-GAAP effective tax rate now at 24%, down from 34% in 2017. This has occurred through a series of global initiatives to address recent tax legislation and ensuring that our tax position accurately reflects our global operations. Lastly, our goal with share repurchases is to cover sufficient shares to offset the annual dilution from restricted stock vesting and stock option exercises.

So as you can see, the value creation plan incorporates a broad range of activities designed to drive shareholder value. That said, it's quite simple and that is focused on driving revenue and margin growth, as well as increasing return on invested capital.

Before I review further details of value creation plan, I would like to set the context with our view of expected growth over the next three years. As I mentioned, the value creation plan is focused on driving revenue growth, while expanding margins. As part of this, we aim to grow our adjusted EBITDA at a faster rate than revenue and grow adjusted diluted EPS at a faster rate than adjusted EBITDA. With that in mind, I'm pleased to share our expanded outlook for 2021 as well as our mid-term growth outlook through 2023. The growth rates for 2021 are relative to the midpoint of our current 2020 guidance. Our 2021 revenue outlook does include $200 million to $220 million of expected revenue from the acquisition of Synteract.

For 2021, we expect total revenue of $5.125 billion to $5.325 billion, representing growth of 16.3% to 20.9%. We expect adjusted EBITDA of $745 million to $785 million or growth of 18.3% to 24.6% with margins ranging from 14.5% to 14.7%. We expect adjusted diluted earnings per share of $4.09 to $4.38, representing growth of 20.6%

to 29.2%. For 2022 and 2023, we expect revenue growth of 7% to 10%, adjusted EBITDA growth of 11% to 14%, and adjusted diluted earnings per share growth of 14% to 18%, all relative to the midpoint of our 2021 outlook.

As the team has outlined, our unique innovative business model gives us the tremendous set of opportunities to continue to drive revenue growth across Syneos Health. We had strong momentum coming into 2020 prior to the COVID-19 pandemic and look to continue to build on that momentum in 2021 and beyond. Alistair and the team have taken you through how we are capitalizing on many of these market opportunities to not only drive growth but drive more consistent growth as we continue to scale the business.

In addition to these organic growth drivers and as I've previously mentioned, we're also focused on adding to the model via inorganic growth opportunities. We've identified several focus areas here including geographic or scale additions, such as the Asia-Pacific region but also expansion in our therapeutic and digital capabilities.

I did want to provide a bit more color on the organic growth drivers. We have demonstrated strong execution in the large pharma space. However, these relationships are not fully scaled. In addition, we have more opportunities in the pipeline. We remain underweight in this customer segment as this is likely our most significant organic growth opportunity across the company. We've always been strong in the small to mid-size segment within clinical and are expanding upon the strength with the addition of Synteract.

Importantly, we've also seen a significant increase in commercial penetration in the small to mid-size segment. Over the last three years, our small to mid-sized concentration in commercial has increased from 24% to 36%. This is further diversifying our commercial backlog and will continue to contribute to more consistent growth. This is in turn fueling the success of our full-service commercial model that Michelle highlighted earlier.

Given this customer set often has limited infrastructure and capabilities, it presents an opportunity for us to help them execute their business plans. In fact, our year-to-date awards from these integrated solutions have more than tripled, compared to the same period in 2019, but full-service commercial is also resonating more and more with larger customers as evidenced by our recent wins from the top 20 pharma company to launch two new COVID therapies.

We're excited about these new relationships and it's important to note that they have not yet contributed materially to awards. We anticipate these relationships will start contributing more meaningfully to our awards in revenue in 2021 and beyond. Michelle and Paul also highlighted our new Kinetic platform and our Decentralized Solutions. These capabilities are already showing results with our customers and we expect them to fuel growth and margin expansion as market adoption continues.

Syneos One is regularly driving new clinical awards as demonstrated by relationship with the Daiichi Sankyo. Maybe more importantly, we have highlighted the strong pipeline of potential new product launches that we expect to provide a steady stream of commercial awards in the coming years. As with any product development effort, the commercial investments ramp up as the product approaches regulatory approval, which can take years. We're seeing this in our Syneos One model as the assets are progressing through clinical.

So in summary we expect both organic and inorganic contributions to our growth in the coming years and we'll allocate capital accordingly. We are in the early innings of our margin expansion journey as we're moving past merger integration and into the phase of optimizing our global operations. We had an aggressive and disciplined response to managing through the COVID-19 pandemic this year including actions to mitigate revenue pressure and deliver temporary and permanent cost savings.

We expect to expand our 2020 adjusted EBITDA margins by 50 basis points compared to 2019 as outlined in our 2020 guidance. This represents a tremendous accomplishment by the team given the circumstances. As our revenue is rebounding from the early impacts of the pandemic, we are ending the temporary cost management programs, which will create a headwind to our 2021 margins. With that said, we will continue to execute on ForwardBound driving additional savings from the expansion of the Syneos operations network as well as automation and other initiatives.

In addition, the strategic growth drivers highlighted earlier will also drive additional margin expansion in the coming years as these new customer relationship and businesses gain scale. We will also gain efficiencies from our investments in new operating capabilities like Kinetic and Decentralized Solutions. Finally, we will see the benefits of our portfolio optimization efforts.

In 2021, we expect an additional 30 basis points of margin expansion. The expansion is driven by growth as well as ForwardBound, offset by the impact of ending our 2020 temporary cost management programs. This yields an expected 80 basis points of margin expansion over the last two years, right in line with our target of 30 to 50 basis points of annual margin expansion.

Beyond 2021, we expect our growth and resulting operating leverage along with the impact of M&A and ForwardBound to continue driving margin expansion. Although we see some potential for headwinds from the return of reimbursable expenses to more normalized levels and the initial ramp-up of incremental new large pharma relationships, we currently expect annual margin expansion for 2022 and 2023 to be towards the upper end of our annual 30 to 50 basis point target range or a total of approximately 100 basis points.

You've already heard about ForwardBound over the course of this year, since we publicly launched the initiative in January. But to be clear, ForwardBound is our comprehensive business model optimization and margin enhancement initiative.

Having these plans in motion along with the transition management office infrastructure, greatly enhanced our ability to take swift action in response to COVID-19 pandemic. As a result, we recently increased our target for run rate savings to $100 million to $125 million exiting 2021, an increase of $25 million from our original plan.

The most significant benefit in the early years of ForwardBound will be optimizing our organizational structure and global workforce. Much of this occurs through expansion of the global Syneos operations network where we've hired over 500 people since 2019. The Syneos operations network is our global Center of Excellence model where we can leverage and lower cost structures to drive increased quality, competitiveness and margins while working around the clock.

As our evaluation continues, process optimization and automation will become an increasing component of ForwardBound benefits. As we have expanded the operations network, we've also launched a global efficiency project with a leading consulting firm. We are identifying numerous process improvement and automation opportunities for 2021 and beyond, including leveraging robotic process automation and artificial intelligence to speed operations and relieve our teams of lower value-add responsibilities. Importantly, ForwardBound will be a continuous improvement effort over the next several years, as it is a long-term program.

Our capital deployment priorities have remained consistent. Our primary focus continues to be debt reduction, targeting net leverage of 3 to 3.5 times by the end of 2021. This priority is driven by a desire for flexibility in our capital allocation rather than a concern with our leverage. We believe our ability to manage through the COVID-19 pandemic with strong cash flow and liquidity is further evidence that leverage should not be a concern in our business.

Earlier, I highlighted the areas of interest and opportunity for us to add growth in our model through M&A activities. Our recent agreement to acquire Synteract is a great example as we expected to fuel growth in our business and create long-term value. We expect this type of tuck-in or bolt-on M&A to generate approximately 50 basis points in annual revenue growth on average in 2022 and beyond. Should additional opportunities arise, with our leverage and cash flow conversion levels, we will have the flexibility to seize these opportunities to continue to move the model and value creation forward.

Lastly, we will continue to be opportunistic with our share repurchases as market conditions, excess cash and investment opportunities warrant. As I previously mentioned, our goal is to repurchase at least enough shares to offset annual dilution from restricted stock vesting and stock option exercises. Consistent with this goal, our Board of Directors recently approved an additional share repurchase authorization of $300 million to cover the next two years.

In summary, we will continue to use a balanced approach to capital deployment to grow adjusted diluted EPS and enhance returns. Our unique capabilities, combined

with our strategic plan and the value creation plan, create a powerful combination for driving growth. As you can see here, we have already made significant progress since 2018. We have been very focused on capturing synergies and other cost savings, improving margins and cash flow, while decreasing leverage and improving the strength of our balance sheet. We've also been very successful in capturing new strategic partnerships and building our portfolio of Syneos One managed assets. For our path ahead, we have covered the spectrum of these opportunities today to give you a sense of our excitement, analysis of how well our model is resonating in the market. We expect the focus areas identified here will drive more consistent accelerated revenue margin growth, along with strong cash flow conversion and ultimately, improve return on invested capital.

We spent the last two to three years developing culture aligning the company around our strategy, investing in our growth initiatives, and deleveraging. We've had solid early success. However, we believe we're just getting started. We have built a strong foundation for growth and we're focused on accelerating execution and growth over the next several years and we have the backlog, pipelines, and customer relationships to do so.

We believe that Syneos Health is positioned for sustainable growth and margin expansion. Our model, people, and culture are our competitive advantage. It is the foundation of how we accelerate development to shorten the distance from Lab to Life. Before I hand off to Alistair, we wanted you to meet some of our talented colleagues from around the world who feel passionately about the work they do at Syneos Health.

[Video Presentation]

## Alistair Macdonald  {BIO 16971432 <GO>}

Today's discussion should have given you a sense of why we are so excited about the future at Syneos Health. Our product development model and the insights it affords to our customers are clearly resonating in the market and we are already seeing the results. Our value creation plan is providing the structure and disciplined road map for the execution of our growth and margin expansion plans. We are continuing to invest in innovation to help drive differentiation, growth, and efficiency. This positions us to be the leader in a complex market. Along with a strong culture we are creating with our 24,000 talented employees, you can see that the value of Syneos Health truly is much greater than the sum of its parts. And with that, we'd like to begin the Q&A session. Operator?

# Questions And Answers

## Operator

Thank you. (Operator Instructions) Your first question is from the line of Patrick Donnelly at Citi. Patrick Donnelly, your line is open.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2020-12-08

### Q - Patrick Donnelly  {BIO 18033496 <GO>}

Great. Thanks, guys. Maybe one for Michelle and Jason. Just on the kind of longer-term growth targets, how should we be thinking about commercial growth trending throughout that period, particularly coming out of this COVID pandemic, how it recovers in '21 and then again through kind of the '22, '23 period, would be curious just how you're thinking about that growth rate plan into the corporate average?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Okay. Thanks, Patrick. Let me just start with a few thoughts and then I'll pass you over to Michelle and Jason, obviously. I think what we've done with a lot of the work in Syneos One, a lot of the work in integrating commercial services, so providing that full-service commercial capability and what we're seeing from customers particularly through the COVID pandemic with our use of Kinetic is really setting up a new market for us to grow into.

We see the growth rates in that market space of about 5%. We think we can grow north of that as the industry leader, as the kind of the largest organization in that space. And I think the technologies, the culture, the systems and processes that we've set up in Syneos One all help us drive that and drive more stability in it as we diversify the backlog and the types of clients that we push over towards commercial from those activities.

So, Michelle, any thoughts from you.

### A - Michelle Keefe  {BIO 20445580 <GO>}

It's a great question. I think we have a lot of great reasons to believe. So I think we shared with you through the presentation that our trailing 12-month book-to-bill is 1.04 times and we have 6% backlog growth going into 2021. We also know that the investments we've been making are driving great client satisfaction. So we've had three times the dollar value in full-service commercial awards in 2020 versus 2019.

We do have a record pipeline and we do have a record number of teams that were launched in 2020. And so we are really confident that we're in a very good position. I will also add that I talked a little bit about the awards in Q2, we talked about Idorsia, those are not in backlog and they have not materially affected gross awards as of yet because of our policy.

So, we have great line of sight to longer-term growth above market in commercial. And so if I missed anything I'll add Jason to -- I'll ask Jason to add it.

### A - Jason Meggs  {BIO 19515623 <GO>}

No, I think that was -- that covered it unless you have a follow-up, Patrick.

### Q - Patrick Donnelly  {BIO 18033496 <GO>}

Follow-up for you, Jason. Just on the margin side, certainly appreciate that you kind of called out being early innings overall and some of the expansion opportunities. Maybe specifically on ForwardBound, can you just kind of talk through where we are there, what key levers there are to exceed versus what's already been captured? Just trying to figure out how much low-hanging fruits are captured versus what's left to do in terms of how difficult some of the expansion opportunities are for you guys?

## A - Jason Meggs  {BIO 19515623 <GO>}

Yeah, good question. So ForwardBound we launched last year and -- late last year and really accelerated the activity this year as the COVID pandemic sort of onset happened in March and into quarter two. And as we mentioned, the operations network is really the first leg of that journey and we've hired over 500 people this year, which when you look at those 500 people on top of the sort of representation we already had in that operations network, I guess there is still about 20% of our global workforce and we believe we can get to closer to 30% based on some of the benchmarking we've done and we have line of sight to doing more of that in '21 and in '22.

However, when you start to think about longer term and the broader opportunity, we're just turning the page on the integration of inVentiv Health and INC Research and a lot of the processes and things that are -- that have come together, we have an excellent opportunity to automate and to increase quality and to apply some of the new technologies that are out there whether it's RPA or artificial intelligence, et cetera, that can be in the operational side of the business, whether it's in our sales operations team in commercial and deployment solutions or in the safety data management clinical parts of the business or it can be in our corporate SG&A functions. So finance and accounting is an area, billing close cycles, et cetera. So we just see tremendous opportunity there longer term to supplement and sort of take the journey through the second leg as we get into 2020, really late 2021 and 2022 and 2023. So we believe there's a lot of opportunity there for us and that's the reason it really is the early innings of that ForwardBound.

## Q - Patrick Donnelly  {BIO 18033496 <GO>}

That's great. Thanks for all the color today, guys. Appreciate it.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Thanks, Patrick.

## Operator

Your next question is from the line of Tycho Peterson of JP Morgan. Tycho Peterson, your line is open.

## Q - Tycho Peterson  {BIO 4279327 <GO>}

Hey, good morning. Alistair I wanted to maybe hear your thoughts on the recovery you reported 3Q results five weeks ago. So I'm just curious how you're thinking about the current environment. And then looking forward what changes do you think

might be permanent post COVID? In other words, if we think about remote monitoring it seems like patients prefer that cost-wise, there are some advantages for you. So can you maybe just talk about structural changes as we kind of think past the pandemic and things that you think could be permanent on the backend?

## A - Alistair Macdonald   {BIO 16971432 <GO>}

Yes, sure. Thanks, Tycho. Yes, it's -- we've continued to see a recovery. One thing we have noted through the second wave of COVID is we haven't really seen a retrenchment back to sites closing down like we saw in the first wave. I think sites have learnt to kind of live and operate within the COVID environment, local protocols are in place for social distancing, sanitization stations, PPA being used and used correctly.

We've continued to see a recovery in enrollment as well, which is encouraging. And I think we've seen a continued recovery on the commercial side, in terms of sales representatives news is that, so now we've been able to get face to face, because of it. So it has slowed a little bit because of the second wave in some jurisdictions, but I think generally, we continue to see a continuation.

I think in terms of structural changes, I think a move towards a more -- a clinical delivery with a lower patient burden, it's something that we've always been challenged with. We know it's a hurdle for enrollment and engagement of customers and patients. So more home health, more remote-based monitoring, I think is a natural result of this pandemic.

And on the commercial side, certainly, thankfully we made some strong and solid investments in the Kinetic platform as we were able to switch our commercial delivery over to that Kinetic platform earlier than the anticipated and obviously it was -- some beta test, being able to do that and keep everybody on there. And I think Michelle's case study today that showed its effectiveness even during a launch during COVID bodes very well for the future.

So I think it will be a more digitized, more tech-enabled, a platform both being clinical and commercial, more remote monitoring assure, I think we'll see a continuation of that. Although we are seeing a lot of face to face return in clinical and obviously a lot of the trials that we deploy now and probably into the future will also demand a lot of face to face effort with those higher science more critical care trials that we tend to be stronger in.

So, yes, I think some strong digital engagement, and I think we're positioned very well to capitalize on that. We're able to shift very quickly to that during the COVID outbreak.

## Q - Tycho Peterson   {BIO 4279327 <GO>}

Great. And then on Syneos One, I'm just wondering if you can help us think about the size of the overall opportunity. I mean the $1.5 billion lifetime value is great. I think that's up from $1.3 billion at the beginning of the year. And I think at the

beginning of the year, you said you expect to win good contracts of decent size coming up for bid per year going forward. So, can you maybe just talk as to whether that's still the assumption and how big you can see overall opportunity could be around Syneos One?

### A - Alistair Macdonald {BIO 16971432 <GO>}

Yes. Absolutely. I will now ask Christian to give us some thoughts as well. Just kind of his debut to you guys, so you get to have a question session with Christian as well. But I'm very encouraged by Syneos One to continue kind of penetration into the market even through a year during COVID where it's been very difficult to engage customers. So we're seeing a lot of traction there. Customers coming back with more engagement, Christian talked about 13 customers with 21 assets. So you can see people coming back with -- for a second buy the model as well. It's driving speed. It's driving more transparency, more insight into where the products are heading and how they get there.

We've introduced Synteract into the model. We believe the type of customers the Synteract integrates creates an even broader opportunity for Syneos One. So, still expect that run rate. As you mentioned, then given a number that we have pushed up a little bit, very encouraged by that. We see more and more engagement in that model. So Christian, any additional thoughts on that?

### A - Christian Tucat {BIO 20792805 <GO>}

Yes, sure. We just mentioned, for example, effect on COVID, I mean it may have in our business. What we are seeing on the Syneos One perspective overall is an increasing number of engagement with customers that they look to have more strategic discussions, some of the options they have to take the product to market. And we accelerate that time-to-market with -- it is exactly the Syneos One value proposition. So, we see an acceleration of our relationships. Also, we're focusing to go deeper on each of those customers. And as I showed today on one of the key studies, at once we get start working with the customer, we continue to expand the revenue opportunities with that customer and expand into other assets within these customers that we're seeing today. So all in all, we see an acceleration of the adoption of the model as we move forward particularly in the SMID sector.

### A - Paul Colvin {BIO 15792977 <GO>}

Thanks, Christian.

### Q - Robert Jones {BIO 17006630 <GO>}

If I can just ask one last one on M&A, it seems like obviously there's focus on tech and digital per your comments. It would seem like the Dynamic Assembly business would be good hunting ground, but at the same time, you talked about the advantage of keeping a lot of those partners at arm's length. So can you maybe just talk to whether you would look to bring some of those in house?

### A - Alistair Macdonald {BIO 16971432 <GO>}

Yeah. Sure. I think we've kept a very open mind around Dynamic Assembly. I think what the market drives now is an even more rapid innovation cycle. And a lot of the organizations that we work with are built to be innovative and moved very quickly. It's -- their business model is the lifeblood. It keeps them competitive and on the edge. And what we want to do is bring that innovation and competitiveness straight into our customers. We recently announced our relationship with Concert AI. We just can't do that. We're not an organization that's built to procure and aggregate that data and bring all that data together, but we know how to use it.

So we're trying to build solutions for our customers that bring together the best of the best, the best of Syneos in terms of service delivery, engagement, thought leadership, but also bringing the best tools into that team, bringing the best data in, bringing the best tech in. Now would we hunt in that area, sure. I think if they were platforms in there or elements in there that we could get a lot of use out of that maybe we had an intense amount of pass-through spend in and they would be areas that we would look at, we will consider.

So we evaluate that all the time. We evaluate dynamic assembly all the time and the partners, so we plug into it and to be honest, we have people knocking on the door pretty hard to try and get their products into that dynamic assembly model, which is very encouraging for us because it creates a platform on which we can bring truly that the latest and greatest to our customers (inaudible) a lot of our SMID customers wouldn't really know what to do with it. Now, we've built a platform with them, we're able to bring that service platform to life with their data and that's very encouraging for us and our customers and we'll continue to look for things like that to bring that model to life, more and more so.

## Q - Tycho Peterson  {BIO 4279327 <GO>}

Okay, thank you.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Thanks, Tycho.

## Operator

Your next question is from the line of Erin Wright of Credit Suisse. Erin Wright, your line is open.

## Q - Erin Wright  {BIO 16550188 <GO>}

Great, thanks. As we think about sort of the evolution of your commercial model here with Kinetic customer engagement model and other initiatives, what is the difference here? What are the different factors here from the strategy you previously had across the commercial business and then can you speak to the margin differential between the functional model versus the full service model you're focused on now from a commercial standpoint?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Sure. Thanks, Erin. I don't think it's a change in strategy to be perfectly honest, it's more of the evolution of the strategy. We've been investing in what we call the OCX platform, is now Kinetic the last couple of years. We've got it to a stage now where thankfully we are able to move all of the teams on to it very quickly in March at the start of COVID, kept everybody face to face with HCPs and KOLs in the field. What we are seeing with it, we're delighted with. It's -- we've launched products during COVID that have returned more in terms of sales results for our customers than their forecasts and that's a great sign.

The digitization of what we do is the modernization of customer engagement and I think it really underlines to our customers the value of commercial, the value in making it an end-to-end model, the value of having it as an integrated package that what we call full-service commercial, it's what we saw in clinical 20 years ago when we moved from being forced FSP providers pairs of hands, it's real true value providers and that's what we're trying to do in commercial and that's what I think we've been successful with with the integration approach we've had, the Syneos One commercial integration teams bringing that. I think what we're seeing as well is a better margin for us on the full-service commercial because it's combining the traditional field engagement with digital engagement which comes to us on the high margin and combining that with the vacations and consulting.

So, it's bundling those higher-value, higher-margin platforms together with the back-end as the execution unveils. So, I think it's very encouraging development. I think it's the future for commercial, the ability to deliver digitally enabled, technology enabled rep experience, support experience into the field.

Michelle any additional thoughts there?

## A - Michelle Keefe  {BIO 20445580 <GO>}

Yeah. I just had one thing and that I think that's really important is that Kinetic has contributed to about 160 million of awards in 2020. And that is Kinetic being a big part of the actual bid defense or pitch with the customer and then the customer buying a full-service commercial solution or a multiple functional areas together in an integrated fashion.

So, we know that customers really appreciate that we're making decisions about deployment of their commercial solutions through really evaluating data and getting insights from that data to drive the best solution for them that will ultimately drive the best performance. So, this focus on performance-driven commercial is getting a lot of traction with our customers and just from our awards year-to-date, I think it demonstrates that there is a high level of interest.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Thanks. Operator, are there any more questions in the queue? If not, I think I will check if there are any questions come in over the web connection. So, if the team has any of the questions that were sent in during the presentation, we can take those now as well.

FINAL TRANSCRIPT

Syneos Health Inc (SYNH US Equity)

2020-12-08

## Operator

(Operator Instructions).

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Okay. I'm not hearing any questions from the webcast so I think with that -- is there questions, Ronnie?

## A - Ronnie Speight  {BIO 19112690 <GO>}

Yeah, Alistair, we have an audio -- we have an audio issue. If you could just hold one moment and we are trying to reconnect.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Okay. Okay. Thanks, Ronnie.

## A - Ronnie Speight  {BIO 19112690 <GO>}

Apologies.

## Operator

This is the operator. You have a question from the line of Dan Brennan with UBS.

## Q - Daniel Brennan  {BIO 15426025 <GO>}

Yeah. I'm not sure if management -- yeah, I don't think Dave's question got answered but Ronnie should I go or you want me to hold on to Dave's question?

## A - Ronnie Speight  {BIO 19112690 <GO>}

We didn't hear Dave's question Dan. If Dave is still on he wants to repeat that would be great.

## Q - Daniel Brennan  {BIO 15426025 <GO>}

Dave, you want to go?

## Q - Dave Windley  {BIO 2411309 <GO>}

Okay. Can you hear me?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah, I can hear you Dave.

## Q - Dave Windley  {BIO 2411309 <GO>}

You can. Fantastic. Okay. So I'll try to give you the shorter version. The clinical business over the years has been full service for some time. It's built out a number of different capabilities and nuance that would seem to exceed the level of capability and nuance of the commercial side. And so my question is, is commercial as you sit here today, really full covered all the white space in commercial to allow you to do this full-service commercial or are you still in an area where you have to subcontract some capabilities or share an opportunity with another vendor and if there is some sharing or subcontracting is that an area for M&A?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Okay. Thanks, Dave. And sorry, we didn't hear that first time around. So I think in commercial, yes, we have the capabilities to deliver truly full service -- full service commercial whether that would be launch or support material products we've wrapped that around in years.

The one gap that I think we have that was significant post merger was around post approval surveillance and regulatory support. We closed that gap and we have acquired Kinapse back in 2018. And that's been a great addition for us in terms of being able to provide that level of service. I think there are geographic gaps in the commercial footprint that could be addressed through M&A. We're focusing on making sure that we add pieces to the model that drive -- that kind of capitalize other areas in the model. We've gone after Synteract because we saw a space in that emerging biopharma sector in clinical.

Yeah, we look at when we evaluate constantly capabilities -- service capabilities. We do partner in commercial a little bit. So we still partner occasionally in clinical as well. So there's always a little bit of footprint that you need. There is always a little bit of tech that you need. There's always a little bit of service line that you need. And we do evaluate those when we come up in terms of M&A.

Michelle, any additional thoughts on areas where we've got potential in commercial?

### A - Michelle Keefe  {BIO 20445580 <GO>}

Thanks for the question. I think there's a couple of things that are unique about us, right. So I don't think anybody will ever have 100% of everything you need, especially as products continue to evolve and the needs of those products evolve. I think the uniqueness for us is the full-service commercial model that we have and the commercial integration team. We hire some pretty seasoned Chief Commercial Officer type of folks who have deep expertise in market access and marketing and sales, and they lead those teams. And so, even when we do subcontract something for a particular customer in a full-service commercial fashion, we are ultimately leading the whole project. And I do think that, that's one of the differentiators for us and the fact that the high level of confidence in our ability to lead those types of programs. So that would be the only other thing I would add.

### Q - Dave Windley  {BIO 2411309 <GO>}

That's great. And since Dan has been gracious, so let me ask question. Let me stick with commercial and ask one more, that is the $1.5 billion, this may be a Christian question, but the $1.5 billion of opportunity across 21 assets works out to about $71 million per asset. Is that the right way to think about a kind of full commercial engagement type value opportunity or is it -- or are there things that are not included in one way or another in terms of that full life commercial opportunity?

## A - Christian Tucat {BIO 20792805 <GO>}

Yeah. Let me give you a bit of flavor first, Dave. So the -- that's -- not all Syneos One engagement are the same. They don't all run from end-to-end. What we really think about now is end is -- end to exit. So the Syneos One engagement may bring somebody who have clinical to a point -- to a value inflection point for them. That could be out-licensing their product to a larger pharma company, which suppresses the value. If it goes all the way, obviously you get a much bigger value because you got the sales team, you get the commercialization elements and get the full real-world evidence pieces of it too. So, they vary because of that. You're very much looking at an average there. And obviously over time those relationships can broaden and develop and deepen, so it adds value as they go.

Christian, you want to give a quick flavor for the different types of end to exit engagements that you see? Yes, sure. Thanks for the question. What we are seeing today is few of them are right from the beginning a end to end as Alistair describe because mainly we work with those customers certainly on the planning cycle. We need to understand what are their corporate developments objectives and build a asset roadmap as a one we presented early on today in order to align the corporate objectives to maximize the return on investment of that asset regardless of the point of exit. So sometimes they decide already that they want to commercialize ourselves, more often than not, they're not sure they will do that. So at certain point they need to make a decision whether to hold on to that asset for longer and do full commercialization or out-license that asset. That's why it's a bit tricky just to make that assessment right from the start. However, there is a really nice example that we have that took place, maybe three, four months ago where we are working on this particular asset all the way for on the clinical phase and the customer decided to out-license that asset at late in the Phase 3 to one of the Top 10 pharma. So then, together with Michelle's team, we went to see these Top 10 pharma company and say, hey, we already have the full knowledge of this asset, we know what it takes to commercialize this, we can really leverage on this knowledge. And here we are today, actually working with that particular Top 10 pharma company on doing part of the commercialization of that asset. So, I think the value of Syneos One is not just the end to end, but it's also the ability it has to drive business into the commercial organization are helping with growth and diversification as well.

## A - Alistair Macdonald {BIO 16971432 <GO>}

Well. Thanks, Christian.

## Q - Dave Windley {BIO 2411309 <GO>}

Great. Thank you for the answers, and thank you, Dan.

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Thanks, Dave. Over to you, [ph]Dan.

### Operator

The next question is from the line of Dan Brennan with UBS.

### Q - Daniel Brennan  {BIO 15426025 <GO>}

Great, thank you. Thanks, guys. Thanks for taking my questions. I may have missed it on the -- I think Patrick asked in the first question, but I'm just wondering, did you break down implicit in the growth outlook for the next couple of years on the topline. How we're thinking about clinical versus commercial?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Well, Dan, I just want to thank you for letting Dave slide back in there and we missed his questions, so I appreciate that. I'll pass you over to Jason to give you a brief on that and we're really looking at guiding to one number now rather than separate numbers by division, as the -- as we've grown and the Syneos One has matured. And as our ability to cross sell actually on top of that, where we're working with customers sometimes on the same asset where we're working in commercial and clinical at the same time, but not necessarily fully linked through the Syneos One, really starts to blur the lines in terms of the SG&A costs overall. So we're looking at how we control that by guiding to one number. But, Jason, do you want to give any depth -- anymore depth of detail on that?

### A - Jason Meggs  {BIO 19515623 <GO>}

Yeah, sure. Thanks. Thanks, Alistair, Thanks, Dan for the question. If you look at the three-year CAGAR and I would look at it that way just given the return to growth and recovery from COVID in '21 and the growth rate will be a bit higher and then it starts to normalize a bit more in '22 and '23. But if you look at the three-year CAGAR, think about the commercial business being around 5% growth industry and we believe we can grow slightly above that. Then with clinical being sort of high single-digit growth market and us growing at the top end of our range and those combined sort of net out to the mid -- in the area of the midpoint of that range of the three years. So call that sort of the 8.5% range, including the organic activity. So that's sort of how we're thinking about it looking at it at this point.

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Thanks, Dan. Operator, any more questions?

### Operator

(Operator Instructions)

### Q - Daniel Brennan  {BIO 15426025 <GO>}

Hey, guys. Great. Jason, I apologize. You started to speak and then it went silent at least on my end. I'm not sure if it went silent for everyone, but as soon as you started --

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Then we disconnected.

## A - Jason Meggs  {BIO 19515623 <GO>}

Yeah, no worries, can you hear me now?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. Perfectly.

## A - Jason Meggs  {BIO 19515623 <GO>}

Okay. Yes. So I was just saying, when you look at the three-year CAGR, we see the commercial market being in that 4% to 5% range, clinical being high-single digits 8% to 9% range over the period. We believe on the commercial side as we've talked about earlier given our scale market-leading position, Kinetic everything that we've talked about today, we believe we can grow slightly above that.

So when you work through the growth rates there just directionally, you kind of see how we net out to that midpoint with clinical growing faster, commercial growing at above market netting out in that 8%, 8.5% range with M&A activity, meaning that commercial is going to be a faster grower and a larger component business over the period.

## Q - Daniel Brennan  {BIO 15426025 <GO>}

Got it. Great and then it's maybe in large pharma since obviously that's an area where you've highlighted that could be the biggest opportunity just what, any way to think about or any more color around how you've been doing in large pharma maybe quantitatively and what's kind of assumed going forward. Any color maybe on win rates? How those have changed? Just any way to help us think about the trend historically and kind of how you think about it going forward? Thank you.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. Thanks, Dan. Yes, I mean obviously big pharma penetration is a big part of our overall strategy. We've been doing well in that. We've identified it as an area where both predecessor organizations were under indexed and we corrected that or are on the pathway to correcting that at Syneos. I think we have the scale to compete, we have the scale and differentiation to be really appealing once we get the invite and we've seen a continuation in accessibility to large pharma. Now COVID has had an impact on large pharma. I think it slowed them down. They obviously had a lot of moving parts on their end as we've had through the year. So we've seen a slight delay in that. We are very active though still with several engagements building our

presence in locations where we don't have a preferred provider status and our active with organizations where we do.

The Global Client Solutions team we continue to invest in that. We've continued to see them penetrate large pharma. We've renewed MSAs, we renewed our Pfizer MSA, which we publicly announced a quarter or so ago and have added more and more penetration to that, not just on a clinical side, but also on the commercial side as well and I think Paul commented on it in our prepared remarks that we've seen our ability to penetrate clinically when we also have a large relationship on the commercial side, which kind of creates a pathway for us, in terms of the overall spend some of these companies have with us creates a larger channel, creates more opportunity economically for them as well as ourselves.

So we're pleased with where we're heading. We are sharply focused on it, continue to be so. And I think we've continued to add award penetration and relationships to that as we've gone along and expect to carry on doing that as we go into '21 where we expect to see that one to two big partnerships gets [ph] review a year. In fact, we kind of pre-identified the two that we believe are due for renew and refresh in 2021. So we're working hard against those already.

## Q - Daniel Brennan  {BIO 15426025 <GO>}

Great. Thank you.

## Operator

Your next question is from the line of Robert Jones of Goldman Sachs. Robert Jones, your line is open.

## Q - Robert Jones  {BIO 17006630 <GO>}

Great. Thanks for the questions and all the detail from the entire team this morning. I guess maybe just to go back to commercial, I know you've gotten several questions on this business and I'll keep it qualitative, but if I think about some of the announcements or views from large biopharma, there's definitely a debate out there, but some talking about being able to more permanently reduce cost in the form of go-to-market. I know that you have a whole suite of assets within the CCO, but how important is the CSO, specifically as you think about the long-term guidance and maybe just how do you see that business evolving? Obviously, the rest of the segment has continued to evolve in this more digital virtual world, but how do you see the CSO needing to evolve over this long-term plan?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah. Thanks, Bob. Thanks for the question. So I think you have the break commercial down into its parts when you think of it that way. Consulting and communications had a great year. We've seen more engagement there. We've seen our ability to engage people across clinical into those areas that (inaudible) over into the broader deployment solutions area. I think when you think about deployment solutions, the modernization of that, the change from -- the change away from being a commodity

to more value driver, our ability to digitize that the fact that we can connect, the communications, the omnichannel platform through the reps where the engagement is still held with the care providers, the HCPs, the KOLs, modernizing it, digitizing it, adding value to it.

Now, I think those change. I think one of the permanent changes of COVID will be that more hybridized model and more digital engagement. You don't have to be face to face, what we believe we are and I think the record pipeline in commercial with all this is seen as a modern player with the right technology at the right scale to be able to launch people effectively. And what we are seeing in terms of results from Kinetic is an improvement in engagement and a subsequent improvement in script writing. So Michelle any more thoughts on the deployment side?

## A - Michelle Keefe  {BIO 20445580 <GO>}

Absolutely. So it's a great question. And as you can imagine there's a great -- a huge debate in this area, which is I think what you're relating to. So let me try to make this less qualitative and more quantitative, which I think would be helpful. We do our own market research, right. We have a separate arm that does market research with a large panel of HCPs that's US based. Over 3,000 HCPs get surveyed monthly. And our own data tells us that even amid COVID HCPs say that they still want their primary way of getting information is from whether it's a nurse, an MSL, a sales representative, they want a person that is their connector to their pharmaceutical manufacturers for their brand so that they can get the information they need.

Now they will also say in that market research that how they communicate with that person is much more flexible than maybe it was previously. Right. So they're very comfortable now doing Zoom chats or phone calls and they very much appreciate all the digital assets we've added for their opportunity to be able to communicate with the manufacturer around the brand to make sure they're getting all the information they need for their patients. Right. So I think that's the first thing.

The second thing we know from our own data, which is one of the slides I showed today in the investor deck, on the left hand side we show a slide that says, which we use as a proxy for a rough relationship is that physicians who have relationships with whether it's again a sales rep, a nurse, an MSL and they have a consistent relationship and how we define that is the multiple face to face interactions that they have, they actually respond even better from a performance perspective, when you add other channels to their -- to the mix for them to be able to consume information from, so whether it's digital assets or whether it's a phone call et cetera.

And so I think the relationship with a person and in pharma, it's either a rep or a clinical liaison, will remain. I think what we have to surround them with does change and what their job looks like changes over time. And I think we've been fortunate in the fact that we had already made the investments in these areas because we had an hypothesis that this is what was going to be the new model. And we've been very fortunate in that through COVID we've learned that physicians are responding in the way we expected them to. So we're confident that it's an important part of your commercial strategy. And the last thing I'll say is that you can't do full-service

commercial without deploying people for the benefit of a pharmaceutical company. That's an expectation and I think that's also been a big advantage for us having the largest and most respected contract sales organization out there has definitely helped us with our our ability to win all these full service solutions. Thank you for the question.

## Q - Robert Jones {BIO 17006630 <GO>}

That's super helpful. I guess maybe just my follow-up would be around real world evidence. This is obviously another area where it seems to be increasingly important in the role of tracking longer-term efficacy and safety. In addition, Alistair, I think you mentioned adding new indications to drug. So clearly you had a lot more focus in the industry around real world evidence. I think you said it grew 40% over the last two years.

Any sense you can give us on the size of this business today and how we should be thinking about the growth of real world evidence within Syneos going forward?

## A - Alistair Macdonald {BIO 16971432 <GO>}

Yeah, sure. Bob, I think it's a super important element in our overall model and I think where a lot of the Syneos One work shows up first one that's coming out of clinical in real world. So as we gather that evidence, build the right kind of evidence packages, the HEOR packages et cetera, that's where you're seeing some of that growth. We've got a very capable team. We've added new talent to it. It's growing off a smaller base than some of our competitors.

We're probably number two in the market in clinical but maybe number five or six in real world evidence. So it's an area where we have a lot of opportunity. We're just scratching the surface. Christian and his team -- Christian also runs real world as well as Syneos One. Christian and his team have been very innovative and it's a great place for us when we think about dynamic assembly. We're bringing AI, we're bringing a patient engagement platform to bring in direct-to-patient home healthcare, all together bringing solutions that are helping us penetrate large pharma.

It's actually one of the places that we often penetrate a new account first, deliver very well, show our innovation and then follow with clinical and broader engagements, so really a great area for us. And with that growth rate as you can tell, we're little bit under indexed post merger, but growing quickly, very capable, very innovative and I think an area where we'd look to add if there is a potential to do so in the future.

## Q - Robert Jones {BIO 17006630 <GO>}

Great. Appreciate all the comments.

## A - Alistair Macdonald {BIO 16971432 <GO>}

Cheers, Bob. Thank you.

## Operator

The next question is from the line of John Kreger with William Blair. John Kreger, your line is open.

## Q - John Kreger  {BIO 1496092 <GO>}

Hi. Thanks very much. Can you guys hear me?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah. Go ahead, John.

## Q - John Kreger  {BIO 1496092 <GO>}

Hey, Alistair. Thank you. First question, Jason, just wanted to clarify, thanks for the guidance both for next year and the next couple of years. I see some footnotes on the slide that suggest there's a little bit of M&A baked in. So I just wanted to clarify that, both for next year and the '22 and '23, what if anything are you putting in there for additional deals?

## A - Jason Meggs  {BIO 19515623 <GO>}

Yeah. Thanks, John. So we, for '21, we obviously have the Synteract acquisition, contemplating closing that, getting that in the full year at the $200 million to $220 million range that we had previously talked about. In addition to that we have around 100 basis points in the growth rate for 2021 from additional M&A activity. And then looking at 2022 and 2023, just given it's a little further out less visibility into the pipeline and the deals, et cetera, we have 50 basis points per year in 2022 and 2023.

## Q - John Kreger  {BIO 1496092 <GO>}

Okay, great. Thank you. That's helpful. Next question, it's about Syneos One. Could you give us a sense that the 13 relationships in 21 assets, are those sort of proof points and therefore will that number not grow that much over the next couple of years or is this more -- this is a model that's building on that? I mean you'd expect that to be notably larger, let's say, two years from now.

## A - Jason Meggs  {BIO 19515623 <GO>}

Yeah. John, I would expect it to be notably larger. One of the pathways I think we open up Synteract should be very attractive to their customers. Obviously emerging biotech doesn't have tremendous amount of infrastructure and one thing that Syneos One really helps with is helps people get infrastructure quickly because basically Syneos Health's full power is available through that Syneos One model.

So yes, we would expect to see healthy increase in not just the number of assets going through that, but actually the number of customers bringing that to us. We've seen it grow over time, we expect it to accelerate, not just keep a steady pace but

actually accelerate as model gets more resonance and we see more and more people looking for that end to exit support and approach.

Christian, any thoughts you -- any changes you've seen in some of the SMID behavior, your excitements around getting hands on Synteract's customer list?

### A - Christian Tucat  {BIO 20792805 <GO>}

Yeah, sure, thanks. Good question. What we are saying is, so far we've been mainly focused on those SMID customers that had a larger portfolio of assets. So we started with one asset and then we start expanding to other assets. And as soon as they decided to acquire a new asset on a different location, we are ready in there so become part of their structure. So we continue to build on within those customers, more and more business. So, one way of looking at it is 13 companies, but the other way of looking at it is the number of assets we're working with.

Now Synteract is really exciting the opportunity we have in front of us, because we're effectively position, as Alistair mentioned early on in the presentation today on the earlier scale of this myth. So really the smaller customers, pre-revenue that more often than not, they're just going through the Phase 2 and they are looking to out-license. So the product that we developed in Syneos One called End-to-Exit is perfectly suited for those customers, meaning that we get together and we work out what the corporate development goals are, when they are looking for the exit and we build the plants focused on maximizing the NPV of this asset regardless of where the exit is. So I think there's a lot of synergies between the customer base that Synteract is currently targeting with the End-to-Exit product that we have in Syneos One. So very excited about that opportunity now.

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Thanks, Chris.

### Q - John Kreger  {BIO 1496092 <GO>}

Great, thanks and then Alistair maybe just one more. Three years ago when you brought these two assets together, my sense is, you had to convince a lot of people that they should care. There wasn't necessarily a full buy in of this end-to-end solution with clinical and commercial. Now that we stand today, are you still trying to fight that battle or do you feel like there is broader acceptance and if you could just sort of where does the end-to-end clinical commercial model fit best from your perspective?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes, good question, John. Yes, it's been -- took three years. So I think what we've proven over that time is, that it is appealing to broad set of customers. We've seen the Daiichi Sankyo relationship where we've been able to deploy Syneos One on a big scale across a broad portfolio. We see it resonate very well with SMID customers, the hunting ground for Christian is normally in that SMID space where we've got a customer without the experience of a launch, without the infrastructure behind that, but with the appetite to get to an exit point that meets their strategy.

So I do think that we've seen more acceptance. It is a challenge to a lot of people's models where clinical and commercial don't meet, but I think what we've done over time is proven that we can take an asset across this continuum pretty efficiently, pretty quickly, without delay and bring great value and expertise to our customers through and speed to launch is tremendous amount of value to our customers in terms of patient [ph] life.

So yes, very encouraged by it. There are certain elements that we're still working on -- the integration fees, the cultural parts, the business development elements and how we bring it to market. They're all in a constant flux. We're always reviewing them, we're always bringing them up to speed and I think we're starting to get the best out of it. I think just pre-COVID we've seen a lot of momentum in clinical. Paul's team has done a terrific job. We've seen a lot of momentum in commercial as well. Michelle and the BD team et cetera are really driving a lot of growth hit by COVID. As we come out the back of COVID I expect to return to those higher growth rates and really start to push. So I am very excited about what we are able to bring to customers across the model, not just in clinical or in commercial. In terms of Syneos One and the cross selling opportunities having all those assets enables us to capitalize upon.

## Q - John Kreger  {BIO 1496092 <GO>}

Very helpful. Thank you.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Thanks, John.

## Operator

Your final audio question comes from the line of Sandy Draper with SunTrust Robinson Humphrey. Sandy Draper, your line is open.

## Q - Sandy Draper  {BIO 1557215 <GO>}

Thanks very much and I'll echo all the appreciation of the of the commentary, the background and the guidance. I'll ask this and I hate to do it, Jason, but I know I'm going to get asked about it. This is a follow-up to John's question about the additional 100 basis points. Was that initially constant because you guys guided initially to 4.9 to 5.1 on the third quarter call. Was that factored into that number at that point or is this a new one just because if you sort of do back-of-the-envelope somebody may say well, did you -- in fact, it's not the numbers may have -- something changed to have the numbers come down a little bit. I just know I am going to get asked that. So I'd just love to hear your answer. Thanks.

## A - Jason Meggs  {BIO 19515623 <GO>}

Yeah, yeah, sure, Sandy. Thanks for the question. So it did not include anything relative to M&A or disposition of assets from our portfolio optimization. It only included the core organic business plus the Synteract acquisition, right. We guided separate from the 4.9 to 5.1. So, think about it in terms of, we sold the medication

adherence business that comes out, and then this sort of comes in as 100 basis points of inorganic activities we look to continue to round out the model as we move forward.

## Q - Sandy Draper  {BIO 1557215 <GO>}

Okay, helpful. So it's sort of a wash between the medication adherence and this incremental -- actually just sort of thinking about there is puts and takes (inaudible).

## A - Jason Meggs  {BIO 19515623 <GO>}

That's right. That's right.

## Q - Sandy Draper  {BIO 1557215 <GO>}

Yeah, okay, great, that's really helpful. That clears that up a lot. Thanks. And then maybe to follow-up also really appreciate the focus from your perspective on assuming (inaudible) on ROIC. Are you willing to share your targets for what you think, what type of return on invested capital this business should get or type of year-over-year improvements? We would love to just get your thoughts on how you view ROIC for the business.

## A - Jason Meggs  {BIO 19515623 <GO>}

Yes, sure. So we obviously took our baseline view of all the metrics that we felt like were important to driving value of the company and the metrics that come to the top of the heap. When we do our benchmarking, it's going to be revenue growth, margin growth and return on invested capital growth. And we take a look at our post merger where does our return on invested capital sit, how is it relative to the cost of capital and what we think is a reasonable target. So we haven't shared externally our targets there, just somehow we haven't shared other targets in terms of longer term and with a lot of specificity.

But we were looking at an opportunity where we thought we could increase it sort of 40% to 50% over a three to five-year period. So that's what we're driving at and it's is what we're measured on. And that's what we're very, very focused on each year. It's a little bit of longer-term measures. So we look at it annually. And we are showing good performance and good trending and COVID obviously has been a bit of a challenge from that perspective. However, when we look out and see what we believe we can do in terms of the value creation plan for all the reasons we talked to today, well, we look to try to catch up as quickly as we can.

## Q - Sandy Draper  {BIO 1557215 <GO>}

Great. That's helpful. Thanks so much.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Thanks, Sandy.

## A - Paul Colvin  {BIO 15792977 <GO>}

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

Welcome.

## Operator

There are no further audio questions.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Okay. Thank you.

## Operator

Do you have any text questions?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Check on those questions.

## A - Ronnie Speight  {BIO 19112690 <GO>}

Yes. Alistair, we do have a few questions coming in. First off, from Eric Coldwell with Baird. He is apparently having his own technical issues. First question from him as he was -- I was hoping to get an update on sort of real-time activity trends -- activity levels, the impact of spiking COVID-19 cases globally and whether that was creating a risk of either sites closing or patients being unable or unwilling to participate in trials due to COVID-19.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

It's something we're looking at literally every day and I'll ask Paul to give us his thoughts as well on it, but we are continuing to see sites managing through. Like I said before, local protocols are in place and we seem to have good engagement with patients who do want to come back into the clinic. We're seeing record levels of steady start of activity higher than pre-COVID levels. And good engagement on the enrollment side continues to creep up. Still -- the enrollment is still not back to pre-COVID levels. But Paul, maybe give us a flavor of what you're seeing in the field from a more global perspective.

## A - Paul Colvin  {BIO 15792977 <GO>}

I appreciate the question again. So what we're seeing right now, we saw a spike really if you look at Q2, where 80% of our visits were virtual. And now, we've seen that really reverse down to where we are in at 15% to 20% of our visits that are in the virtual setting. But what we've seen is the number of visits is actually now above pre-COVID levels. And I think what you're seeing with that stability is, sites have learned to manage through the COVID environment, we're able to have strong communication and plans in place with them proactively. Another metric we can look at is enrollment, and what we've seen for the last five weeks is that enrollment has come back. It was down in the 60s, but it's come back to 85% of pre-COVID environment levels. And we think that's going to maintain itself as we put infrastructure in place to manage through the impact of COVID. So while we're

seeing spiking, at this point in time we're still anticipating having 90% of our sites that will have accessibility to and we think that will continue as we've put it, again a good process in place to manage during the COVID environment.

## A - Ronnie Speight  {BIO 19112690 <GO>}

Okay. Thanks, Paul. Next question from Eric, Alistair, is he also wanted to get some phasing detail with respect to the large COVID vaccine program that we talked about previously, and potential pass-through impacts of that program in the first half of 2021.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah, it's good question. I think what we've seen in terms of COVID awards. I think just over -- if I give a quick overview of the awards that we've had through Clinical through 2020, I'm pretty pleased with the fact that we've continued to win what is -- what I would consider a pretty normal balance of work. We've had very strong book-to-bill all year, which is a really positive for us as we build that backlog in '21 and beyond.

The majority of our COVID work and as we talked about in Q3's earnings has been on the treatment side, we expect those to be robust long-running programs that we're very well suited for. We have been awarded, as we talked about in Q3's earnings, a vaccine program. It's in Phase 2, the Phase 3 is starting up now. We expect that to be live in Q1 and accelerating into Q2.

I'll pass to Paul for any more detail in terms of the scale of pass-throughs or in relation to direct fees, the level of pass-throughs there. So Paul, any further comments on that program?

## A - Paul Colvin  {BIO 15792977 <GO>}

Yeah, I'd say, number one, a number of the COVID things we're working on are treatments versus vaccines. We have a couple of large vaccine programs and I would say we're seeing the same trend on the vaccine trials that there is a higher percentage of pass-throughs coming through on those. But those that are in more of the treatment setting, more in line with what we've seen historically from a pass-through perspective.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

And I think just to add finally on that. We're also seeing a lot of engagement on the commercial side in support of COVID trials and COVID vaccine roll out -- COVID treatment roll out as well. So we've secured our first awards in the commercial sector on how we support and sustain products out in the marketplace for COVID, longer COVID treatments or long COVID treatments I think as they call it. So we're very encouraged by that and I think it's being recognized as the largest player and the most capable player in the CCO sector. We're starting to see a great level of interest in our commercial capabilities to support this higher demand as it washes through the whole life cycle. So very encouraged by that as well.

### A - Ronnie Speight {BIO 19112690 <GO>}

Okay, thanks, Alistair, one more question from Eric. Regarding the 100 basis points of full-year '21 inorganic growth embedded in the model. Are these known deals in the pipeline or just a placeholder given the two divestitures annualizing through 2021, is the M&A outlook for 2021 actually 100 bps on a gross basis?

### A - Alistair Macdonald {BIO 16971432 <GO>}

Jason, you want to take that?

### A - Jason Meggs {BIO 19515623 <GO>}

Yes, so on the known versus placeholder, we're constantly looking at opportunities in the market. Don't comment on specific timing or activity. However, we'll continue to monitor that and try to add the assets to the model that we talked about earlier around adding things innovation wise to support say decentralized solutions or Kinetic or whatever digital capabilities or to add to our geographic footprint that Alistair has hit on.

In terms of the 100 basis points being on the gross value, if I understand the question correctly, Eric, so that's going to be 100 basis points on the as reported number in the midpoint of our 2020 guidance. So that's the starting point for that 100 basis points.

### A - Ronnie Speight {BIO 19112690 <GO>}

Okay, thanks, Jason. Our last question actually is probably for you as well. Comes in from Jonathan Kaufman at William Blair. You mentioned - (technical difficulty).

### A - Alistair Macdonald {BIO 16971432 <GO>}

Oh, we just lost, Ronnie.

### Operator

(Operator Instructions)

### A - Alistair Macdonald {BIO 16971432 <GO>}

Yeah, just reconnecting now.

### Operator

(Operator Instructions). Please proceed.

### A - Alistair Macdonald {BIO 16971432 <GO>}

Okay, Ronnie, we are back. Sorry about that.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

## A - Ronnie Speight {BIO 19112690 <GO>}

Okay. No worries. Jason, our final question is probably for you as well. It comes from Jonathan Kaufman at William Blair. And the question was, you mentioned the goal of share repurchases to offset dilution. What is the estimated annual spend on share buybacks to keep the share count stable?

## A - Jason Meggs {BIO 19515623 <GO>}

Yeah. Thanks, Jonathan. So obviously that will be contingent on the share price. But if you look at the amount of shares that we typically think about, it's going to be in the 1.2 million to 1.5 million that we look at per year. So if you just take the math from there that will give you a sense of the amount of dollars that we're looking at in the model.

## A - Ronnie Speight {BIO 19112690 <GO>}

Okay. Thanks, Jason. Alistair, no more questions coming in online.

## A - Alistair Macdonald {BIO 16971432 <GO>}

Okay. Thanks, Ronnie. Well, listen, I really want to express my sincere thanks to the entire Syneos team for all they've done in the face of this unprecedented conditions throughout 2020. We remain very confident in our market position and we really look forward to building on our long-term momentum as the recovery from COVID continues.

So, thanks everyone for your attendance today and your interest and investment in Syneos Health. Please be safe. Have a great day and be good. Thank you very much.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*