# Exhibit 11

Syneos Health Inc (SYNH US Equity)

2021-02-18

# Q4 2020 Earnings Call

## Company Participants

- Alistair Macdonald, Chief Executive Officer
- Jason Meggs, Chief Financial Officer
- Michelle Keefe, President - Commercial Solutions
- Paul Colvin, President - Clinical Solutions
- Ronnie Speight, Senior Vice President, Investor Relations

## Other Participants

- Dan Brennan, Analyst, UBS
- David Windley, Analyst, Jefferies
- Elizabeth Anderson, Analyst, Evercore ISI
- Eric Coldwell, Analyst, Baird
- Erin Wright, Analyst, Credit Sussie
- Jack Meehan, Analyst, Nephron Research
- John Kreger, Analyst, William Blair
- Patrick Donnelly, Analyst, Citi
- Robert Jones, Analyst, Goldman Sachs
- Stan Berenshteyn, Analyst, Truist Securities
- Tycho Peterson, Analyst, JPMorgan

# Presentation

## Operator

Good morning, and welcome to the Syneos Health Fourth Quarter and Full Year 2020 Earnings Conference Call. At this time, all participants are in a listen-only mode. Later we will conduct a question-and-answer session and instructions will be given at that time.

I would like to hand the conference over to Ronnie Speight, Senior Vice President of Investor Relations. Please go ahead, sir

## Ronnie Speight  {BIO 19112690 <GO>}

Good morning, everyone. With me on the call today are Alistair MacDonald, our Chief Executive Officer; Jason Meggs, our Chief Financial Officer; Michelle Keefe, our President of Commercial Solutions; and Paul Colvin, our President of Clinical Solutions.

In addition to the press release, a slide presentation corresponding to our prepared remarks is available on our website at investor.syneoshealth.com. Remarks that we make about future expectations, plans, growth, anticipated financial results and prospects, and our expectations regarding the COVID-19 pandemic constitute forward-looking statements for purposes of the Safe Harbor provisions under the Private Securities Litigation Reform Act of 1995, and we disclaim any obligation to update them. Actual results may differ materially from those indicated by these forward-looking statement, as a result of various important factors. These factors are discussed in the Risk Factors section of our Form 10-K for the year ended December 31st, 2020.

During this call, we will discuss certain non-GAAP financial measures, which exclude the effects of events and transactions we consider to be outside of our core operations. These non-GAAP measures should be considered a supplement to and not a replacement for measures prepared in accordance with GAAP. For a reconciliation of non-GAAP financial measures with the most directly comparable GAAP measures, please refer to the appendix of our presentation.

I would now like to turn the call over to Alistair Macdonald. Alistair?

# Alistair Macdonald   {BIO 16971432 <GO>}

Thanks. Ronnie. Good morning, everyone and thank you for joining us today. I hope you and your families are safe and in good health. I'm pleased to report that we delivered a solid fourth quarter and full year financial results, as we continue our recovery from the impacts of COVID-19. As demonstrated by our strong sales performance in the quarter, which capped off a record year of awards, our growing portfolio of innovative and integrated product development solution continues to resonate with customers of all sizes. Revenue across both segments grew sequentially. Overall profitability was also strong growing both sequentially and on a year-over-year basis.

We continue to deliver on the value creation plan outlined at our Investor event in December executing on our key growth strategies of further penetrating large pharma, enhancing our leadership position with SMID customers and accelerating our innovative Syneos One and full service commercial offering. We expect strong growth in both our segments in 2021, which will become most apparent from the second quarter onwards, primarily driven by the robust new awards added to our backlog since late 2019 beginning to ramp, along with our COVID vaccine trials. Our robust backlog now exceeds $10 billion, providing us with a consistent revenue pipeline and highlighting our confidence in the long term strength of our business.

We have maintained our balanced approach to capital deployment, remaining focused on strategic M&A activity that will help expand our access to new markets and add key services to our portfolio. During the fourth quarter, we closed the acquisition of Synteract, which provides us with an expanded presence in the emerging biopharma market, where strong biotech funding and the innovation are driving double digit growth.

We are also excited about our more recent acquisition of the Illingworth Research Group, a leading global provider of clinical research, home health services, which covers 46 countries and enables clinical trial participation from the comfort and safety of patient's own home. COVID-19 has accelerated the decentralization of healthcare delivery and the need for in-home clinical trial services. And we believe this trend is favorable, as it relates to demand for Illingworth services. Illingworth expands the scale and capabilities of our decentralized solution allowing our customers to realize efficiencies in patient recruitment and engagement with improved patient access and diversity.

Now for other key highlights from the quarter. First, we closed Q4 with strong net new business award resulting in book-to-bill ratios of 1.52 times for Clinical Solutions, 1.63 times for Commercial Solutions and 1.55 times in total. During full year 2020, we achieved a record $5.9 billion of net awards and an aggregate book to bill ratio of 1.33 times, resulting in robust backlog growth and record ending backlog.

Second, we experienced strong profitability for the fourth quarter with 3.3% year-over-year adjusted EBITDA growth and a 160 basis point adjusted EBITDA margin increased to 17.1%.This brings our full year adjusted EBITDA margin to 14.3%, a 50 basis point increase over 2019. And third, we generated another quarter of robust operating cash flow at $114.3 million, resulting in a record total of $425.5 million for the full year 2020 further strengthening our overall financial position and liquidity.

Now getting into the detail of our result. During the fourth quarter, we continued to sequentially recover from the impact of COVID-19 with total revenue growth of 3.7% compared to the third quarter. Clinical Solutions revenue continued its sequential recovery growing 3.2% over the third quarter. Our clinical team also delivered a strong fourth quarter of net awards, resulting in net awards growth of 13.3% for the full year. Full year clinical net awards were a record $4.7 billion, resulting in a strong TTM book-to-bill ratio of 1.42 times and year-over-year backlog growth of 24.6% including the impact of acquisitions. Clinical Solutions is well positioned to see accelerating revenue growth in 2021, as a result of the strong backlog growth and robust pipeline.

We also won over 80 [ph] COVID related clinical projects during 2020. These represent approximately 7% of our gross awards for 2020, and we continue to see a substantial pipeline of additional COVID-related opportunities. While we continue to see some operational delays in studies, we have not experienced any meaningful cancellation, as a consequence of COVID-19. The pandemic continues to drive a high utilization of remote monitoring and lower patient enrollment in some therapy areas. Although, we anticipate a return to normal levels, as we progress through 2021.

Turning now to Commercial Solutions, revenue grew 5.4% compared to the third quarter including sequential growth across all businesses. Our commercial team once again, had a strong fourth quarter in awards, resulting in a $1.16 [ph] billion of net awards and a book-to-bill ratio of 1.05 times for full year 2020.

Importantly, our full service commercial awards more than doubled in 2020 compared to 2019 demonstrating that our integrated delivery model is increasingly penetrating the market, particularly with our SMID customer base. This awards performance drove Deployment Solutions backlog to a record level with growth of 4% compared to the fourth quarter of 2019. Deployment Solutions also executed a record number of new team start in 2020, panning our diverse field team resources and our virtual engagement center. Although, net awards and book-to-bill for 2020 were impacted by higher cancellations during the first half of the year, our commercial pipeline remains robust given the growing complexity of customer product strategies and the rapid pace of FDA new drug approval.

We continue to deliver high levels of innovation to our customer base, including the evolution of Kinetic, our modern customer engagement capability. Kinetic combines insight, intelligence and omnichannel expertise to strengthen relationship between field teams and HCPs by targeted digital messaging. PM360, a leading publication for marketing decision makers recently recognized Digital Amplifier, a key component of Kinetic as an innovative 2020 service.

An example of Kinetic's powerful impact includes enabling a customer to reach 80% of targeted HCPs despite the fact that personal access was not possible due to COVID-19. It also created subsequent double digit prescription growth for those HCPs, who receive digital messaging that complemented the personal messaging. Kinetic results are increasingly driving new business with our customers, who are looking to transition to a more digital footprint contributing to 14% of our commercial gross awards during 2020.

Additionally, as we continue to deliver innovation across the lab to life spectrum, we are now leveraging Kinetic in our clinical programs to fuel innovation and patient outreach and recruitment for our customers. While originally designed to optimize HCP outreach for our commercial field teams, we are now working with our clinical customers to apply Kinetic for their active clinical projects.

We are seeing very positive early results in patient engagement and enrollment by using Kinetic's digital amplification capabilities to enhance the patient outreach and referrals through targeted physician. We are accessing our dynamic assembly network to optimize a variety of data sources, media type and advanced analytics to customize the Kinetic program for any given clinical therapy. These innovations are further accelerating uptake of our insights driven product development model.

With that broader context, let me provide an update on some of the key operating metrics we have highlighted in recent discussion. Our clinical teams continue to see gradual improvement in their physical access to investigative sites, with about 70% of the sites permitting some level of physical visit. Similar to the third quarter, some of these sites are facing capacity constraint, requiring a higher mix of remote monitoring visit than we previously anticipated.

Another 25% of our sites are now accessible only via some level of remote monitoring activity, while about 5% of sites remaining 23 accessible. While sites generally continue to be somewhat cautious amid localized increases in COVID-19 cases, we believe they are much better prepared to operate in this environment than they were in early 2020. Therefore, we expect site access continue to improve gradually through the first half of 2021.

Our clinical teams are also experiencing continued improvement in the pace of both patient enrollment and the start up of new clinical trials. By early February, new patient enrollment rates approached 120% of pre-COVID levels and new site activations are trending at about 150% of pre-COVID level. We expect this strength in site activations and enrollment to drive the ramp of our core backlog along with our COVID vaccine trials creating year-over-year organic growth in the first quarter, while excluding the impact of reimbursable expenses and our 2020 divestiture of contingent staffing. Further, we expect Clinical Solutions year-over-year organic revenue growth to accelerate in the second quarter of 2021, and for the balance of the year, as we lap the initial 2020 impact of the pandemic.

Within Commercial Solutions, our Deployment Solutions field teams are executing on their omnichannel strategy, while experiencing a gradual return to in-person visit currently in about 65% of our territories. The pace of this return to physical visit varies by customer with some of our large pharma customers taking a more cautious stance on allowing their teams back into the field. However, we continue to leverage our innovative Kinetic capabilities to optimize HCP engagement through a combination of face-to-face and virtual field team activity, with total contract volume trending well above pre-COVID levels.

Importantly, we are seeing significant improvements in the average weekly productivity of our rep through the utilization of Kinetic handled virtual capabilities. The primary impact of COVID-19 has been reduced revenue from reimbursable expenses, along with increased cancellations and the delayed start up of new customer program. However, as we have helped customers adapt to their current environment with our virtual capabilities, new program, start ups hat begun to accelerate, which we expect to continue in 2021.

Our communications business continues to see increased demand for strategic integrated program. Our unique combination of services across advertising, public relations and medical communications enable customers to navigate the dynamic modern landscape, including DE&I and CSR programs, COVID-19 response, virtual engagement and other timely issues. This comprehensive approach is fueling growth in our full service commercial services, particularly with our SMID customers.

In addition, the performance of our diverse consulting practices remains strong delivering double digit revenue growth in 2020, while building a record backlog of work entering 2021. We expect to see year-over-year Commercial Solutions growth in the first quarter, while excluding the impact of reimbursable expenses and the medication adherence divestiture, primarily driven by continued new team starts in deployment solutions. We expect to see this year-over-year growth accelerate in the

second quarter of 2021, as we begin to lighten [ph] the impact of our elevated 2020 cancellations.

Before I turn the call over to Jason, I want to welcome our new colleagues from Synteract and Illingworth Research Group to the Syneos health team. I again want to offer my heartfelt thanks to the entire Syneos health community for their ongoing resilient, focus and collaboration, as they continue to provide superior execution for our customers on the very challenging circumstances. Jason, will now provide additional comments on our financial performance and guidance. Jason?

## Jason Meggs  {BIO 19515623 <GO>}

Thank you, Alistair and good morning, everyone. Our total revenue for the fourth quarter of 2020 was $1.14 billion, down 6.1% and 7% in constant currency compared to the fourth quarter of 2019 on an adjusted basis.

Our Clinical Solutions revenue for the fourth quarter was $855.6 million, down 5% or 5.9% in constant currency compared to the fourth quarter of 2019 on an adjusted basis. These declines include a contribution of 140 basis points from acquisitions, partially offset by a headwind of 120 basis points from the second quarter divestiture of our contingent staffing business. Clinical Solutions revenue growth included a 470 basis point headwind from the slow recovery in reimbursable expenses, as more of our site visit activity remained remote and patient enrollment continued to recover.

Our fourth quarter Commercial Solutions revenue was $284.5 million, down 9.3% or 9.9% in constant currency. The decline in commercial revenue was primarily due to the impact of elevated cancellations during the first half of 2020, as well as the impact of COVID-19, including a disproportionate decline in reimbursable expenses and delays in program starts. This decline in reimbursable expenses represented a 660 basis point headwind to Commercial Solutions year-over-year revenue growth in the fourth quarter.

Commercial Solutions revenue for the fourth quarter outperformed our expectations despite being negatively impacted by our divestiture of the medication adherence business. In addition to the strengthening performance, we also had a robust pipeline of commercial opportunities highlighting the demand for our innovative solutions.

Adjusted EBITDA increased 3.3% year-over-year to $194.8 million, representing an adjusted EBITDA margin of 17.1%, an increase of 160 basis points. The increase in adjusted EBITDA margin for the fourth quarter was primarily result of our synergies, cost management initiatives, including ForwardBound and lower reimbursable expenses.

For the full year 2020, adjusted EBITDA was $633.6 million a decrease of 1.8% with margin increasing 50 basis points to 14.3%. With 2020 being our final year of measurement, we realize our targeted $140 million in total merger synergies prior to the impact of our strategic reinvestments. In addition, it is important to note that our

unadjusted EBITDA grew by 10.8% in 2020. This was primarily driven by a reduction in restructuring transaction and integration-related expenses, as we wind down the bulk of our merger-related costs. We expect this trend to continue in 2021 with faster growth in unadjusted EBITDA, as we continue our focus on cash flow conversion.

Adjusted diluted EPS of $1.11 for the fourth quarter increased by 7.8% year-over-year, primarily driven by the increase in adjusted EBITDA and lower interest expense. For the full year 2020, we generated adjusted diluted EPS of $3.41, up 5.6% compared to 2019, primarily driven by lower interest expense.

Our operations generated $114.3 million in cash flow for the fourth quarter bringing the full year to a record $425.5 million. DSO for the quarter improved to 44.5 days. We ended the quarter with $271.9 million of unrestricted cash and total debt outstanding of $2.97 billion, resulting in net leverage of 4.3 times. Although, net leverage increased primarily due to the financing of Synteract and Illingworth acquisitions, we remain committed to achieving our net leverage target of 3 times to 3.5 times by the end of this year.

During the quarter, we repaid $13.5 million of our term loan A and $200 million of our term loan B and repurchased $8.1 million of our outstanding shares. Further, we issued $600 million of senior notes bearing interest at 3.625%. These notes mature in 2029 providing additional flexibility in our capital structure. For the fourth quarter, the issuance of these notes resulted in an incremental $2 million of interest expense compared to our guidance.

Our non-GAAP effective tax rate for the fourth quarter and full year 2020 was 24%. Given the benefit of our NOL deductions, our actual net cash outlay for income taxes in 2020 was approximately $23 million.

Turning now to our 2021 guidance. This guidance contemplates our current view of the estimated impact of COVID-19 on our business recognizing that factors related to COVID-19 are outside of the company's control. Since we issued our initial guidance, we have seen some movement in foreign exchange rates that has resulted in incremental revenue tailwind for the full year, while also generating and partially offsetting headwind to our adjusted EBITDA.

Given that we are still early in the year and have seen only a limited potential impact, we are maintaining our existing guidance ranges. We continue to expect full year 2021 revenue in the range of $5.13 billion to $5.33 billion, representing growth of 16.1% to 20.6%. This growth includes an estimated contribution from acquisitions of 540 basis points to 580 basis points and a headwind from our 2020 divestitures of approximately 110 basis points.

With this strong revenue growth and the success of our ForwardBound programs, partially offset by headwind from the expiration of our temporary cost saving measures in 2020, we expect total adjusted EBITDA in the range of $745 million to $785 million. This represents an adjusted EBITDA margin of 14.5% to 14.7%, up 30

basis points from 2020 at the midpoint. Lastly, we expect adjusted diluted EPS of $4.09 to $4.38 or year-over-year growth of 19.9% to 28.4%.

As noted on slide eight, our guidance incorporates interest expense of $94 million and non-GAAP effective tax rate of 24% and an estimated diluted share count of 106.7 million shares. Further for 2021, we expect our net cash outlay for income taxes to range from $50 million to $60 million.

I also want to provide you with some commentary for the first quarter, given our normal seasonality and current expectations for the continued pace of the recovery from COVID-19. As Alistair highlighted, we expect year-over-year growth to accelerate in the second quarter in both businesses, as we begin to lap the 2020 impact of the pandemic.

For Clinical Solutions, we expect this to be powered by the ramp in our core backlog conversion, along with our COVID vaccine trials. For Commercial Solutions, we expect this growth to be driven by robust new team starts in deployment solutions, along with continued strength in communications and consulting.

We expect first quarter revenue of $1.17 billion to $1.21 billion and total adjusted EBITDA of $141 million to $151 million. This reflects, as reported growth of 0.6% to 4% compared to the first quarter of 2020. This revenue growth includes an estimated contribution from acquisitions of approximately 490 basis points and a headwind from our 2020 divestitures of approximately 170 basis points. This growth is also net of an expected headwind of approximately 210 basis points due to the continued slow recovery in reimbursable expenses. This completes our prepared remarks.

And we'd be happy to answer any questions. Operator?

## Questions And Answers

### Operator

(Operator Instructions) And our first question coming from the line of Eric Coldwell with Baird. Your line is now open.

### Q - Eric Coldwell {BIO 3012804 <GO>}

Thanks very much, and good morning. I was hoping to dig into these commercial bookings a little bit. You always have fourth quarter favorable seasonality or at least that's the expectation, but this was obviously a very good number. I'm curious if some of these awards were related to anything you'd call out as sort of unique whether it's COVID related therapies or maybe something interesting happening in Syneos One, with some of the projects you've talked about in your recent presentations or if it was really just broad based. Just was hoping to dig in a little bit more on the bookings strength? Thanks so much.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-02-18

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Okay. Good morning, Eric. Alistair here. Yeah. We're very pleased with that obviously 1.6 -- in excess of 1.6 times book-to-bill for commercial is a great result. Yes, it is seasonality, but we're always pleased to see the growth in that number. And I think it's a little bit of all the things you suggested to a certain degree. There is some COVID work in there. There is -- which we are starting to see more and more of coming through into the commercial realm. There is a broad-based efforts around the Kinetic platform. We're winning a lot of work with that platform now, as people look for more digital approach to field teams and HCP engagement. So the investments that we've made in that technology in that -- and the processes and people that fits around that are important.

I think we're seeing good traction in full service commercial and that's -- work that's coming in from Syneos One, as you said, but also just integrated full service commercial on its own. So people buying the whole package from Michelle and her team, as we -- as we go. And I do think there's also a sense of optimism in that commercial space around the recovery from COVID. So we're seeing vacancy management come back. We're seeing teams launched. And we had a record year in 2020 because [ph] number of teams launched. And that a lot of that work is coming from our SMID sector, where there -- it's more teams, but smaller, which helps us to continue to diversify the backlog. So really, really, very broad -- a very broad based. And with to (inaudible) your follow-on question, with a robust pipeline going into Q1 of this year. So very pleased with how that's shaping up.

## Q - Eric Coldwell  {BIO 3012804 <GO>}

I -- I like how you -- you read my thoughts there a little bit. But actually my real follow-on question was a little bit different angle. I think last year we saw if memory serves the second best or tied for second best year of FDA approvals for new drugs.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah.

## Q - Eric Coldwell  {BIO 3012804 <GO>}

And there was -- there has been that -- since that pharmas really weren't launching their new products the way they historically did and that there were maybe delays in that traditional if you go back years ago that the original blitzkrieg that you get upon -- upon approval. I'm just curious, what is the -- what is the backlog or the pipeline look for these newer products and what -- what kind of decisions are clients making around these launches. And is it -- is it really a pig in a python situation or is it, no, we're -- we're changing the game and we're just we're as you said, maybe smaller teams, maybe more omnichannel we're going forward, but don't expect the big blitzkriegs of the past.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah. I think -- I think some of those bigger efforts will be there. We've seen that little bit in 2020. Some of the more strategic partnerships that we've won certainly include

some of those. But I do think it's the nature of the products that are coming through. It's more specialty. It's high [ph] science. It's less boots on the ground, more educational, more support through MSOs and nurse educators to make sure that the physicians are seeing these specialty patients are supported very strongly in the field with everything that they need in a more omnichannel way.

I think omnichannel one of the legacies of COVID for us that we see is really that shift over to -- a more permanent shift over to a digital footprint in commercial launches, in commercial detailing and the support that we give around that with the Kinetic platform, I think is -- really has been a great recent driver for us. So yeah, that innovation needs to be there. I mean, Michelle, your thoughts on -- on the style of launches now compared to where we were just a few years ago.

## A - Michelle Keefe {BIO 20445580 <GO>}

Yeah. That's a -- that's a great question, and I totally reiterate everything that Alistair said. But what I would add is that I think that customers are getting very smart about how they communicate with all their stakeholders, right. And it's really about data and insights around different customer mix, whether it's HCPs or payers or patients, and creating a very personalized experience for that individual. And so I think what we're finding is that it's not one strategy anymore right. It's not these large sales teams that go out at launch and a bunch of tactics and effort early on. It's really very focused around creating the right message at the right time for the right customer.

And that -- those customers, the ROI on those individual customers are different and the relationship you need to have with those different customers are different. So I think it's great for the commercial business because it diversifies the type of solutions we're bringing forward and diversifies our backlog. So I do think it's something that we're uniquely positioned to address because of the breadth of our capabilities but it also creates what I think we all want to see, which is a more diversified backlog.

## Q - Eric Coldwell {BIO 3012804 <GO>}

Yeah. Thanks very much, guys. I appreciate it.

## A - Alistair Macdonald {BIO 16971432 <GO>}

Thanks, Eric.

## Operator

And our next question coming from the line of Robert Jones with Goldman Sachs. Your line is open

## Q - Robert Jones {BIO 17006630 <GO>}

Yes, Thanks, good morning, and hanks for taking the questions. I guess maybe just one on clinical Alistair. You and your peers have consistently talked about delays, but not cancellations, as it relates to COVID and COVID work and COVID complications

FINAL TRANSCRIPT

Syneos Health Inc (SYNH US Equity)                                    2021-02-18

from conducting trials. I guess just given that dynamic, could you talk a little bit more about, to what degree there is really pent-up clinical trial demand. And as it relates to that, anything you could share on how we should be thinking about backlog burn, as we get into 2021?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah, Good morning, Bob [ph]. Thanks for the question. The -- I think you see a little bit of that pent-up demand starting to flow through not just our Q4 book-to-bill, but those who have reported ahead of us all have pretty strong book-to-bills across the space. So we're starting to see that flow come again. The SMID pipeline is very strong. And the pipeline that lags a little bit still is large pharma. I think they are very cautious to come out, making sure that they are not going to put people in harm's way et cetera. So we're seeing that pipeline recovery, which indicates that, that pent-up demand is there. Some of it is still COVID driven as well. We see -- we still see a fairly healthy pipeline of COVID in our overall pipeline treatment trials, as well as some vaccine trials sill. So we see that coming through.

I think as we -- we start to recover from the lack of site kind of participation because of COVID, right, because of the -- the site closures, you'll see that burn rate pickup for us [ph], our burn rate starts to pickup kind of as we go through Q2 and then accelerates into the back half of the year, as those COVID restrictions come off. But also that's the work that we won kind of from the end of '19 onwards and 2020 for us been a record year in sales helps us to bring that backlog through close on top of that, you've got the COVID -- our COVID trials are slightly -- we're probably a quarter behind where some of the others were in terms of the COVID vaccine trials coming through.

So you kind of get that double acceleration for us, where our backlog ex-COVID starts to burn again at a higher clip because of sight access, et cetera and enrollment picking up. We've got new trials obviously built up to go on top of those. They are going to be started now. I mean, we talked about our startup figures, we're at [ph] 150% of site activations compared to pre-COVID. And we weren't exactly hanging around before COVID, now we've got this massive pile of startup work that's starting to work its way through the model.

Those trials will come on to enroll Q2 and onwards. And then you've got COVID that's kind of driving a little bit extra on top. So a lot of growth this year. It's -- the slope is a little bit steeper because of the recovered rate from COVID than we normally expect to see. But we've been preparing for that and recruiting slightly ahead of the curve to make sure that we can handle the growth. So it's an unusual year in that -- in that sense, where the growth is so quick. But it's got three or four elements in it that are really all tailwind.

## Q - Robert Jones  {BIO 17006630 <GO>}

No, that's helpful. And some of this might tie -- might tie into my follow. But Jason, if I heard the 1Q numbers correctly, it looks like the EBITDA margin at the enterprise level somewhere around 12% at the midpoint. I know 4Q is seasonally high, but even looking back at 2Q, 3Q that's kind of in line to below. Anything specific that might --

it might actually obviously relate to some of the things, Alistair just shared. But any -- any specific dynamics that you would point to as far as why 1Q EBITDA margin might be a little lower?

## A - Jason Meggs {BIO 19515623 <GO>}

Hey, Bob, good morning. Yeah. I mean, typically that -- if you go back and look we're in that sort of 12%, 12.5% range in quarter one. We come out of a very strong quarter four from a margin percentage basis and dollars, frankly, because of the push that everyone to get all their change orders finished, all the taxes have -- have capped out for the year in the -- on the payroll side, you have your PTO vacation reversals, where things really just drive that quarter four high. And then all that resets and starts over and you have sort of this double whammy to quarter one, they are on the cost side. So it's really in line with what we typically see from those seasonal -- those seasonal items and nothing really to point out that's different.

## Q - Robert Jones {BIO 17006630 <GO>}

Okay. Got it. Thanks so much.

## A - Alistair Macdonald {BIO 16971432 <GO>}

Thanks, Bob.

## Operator

Our next question is coming from the line of Tycho Peterson from JPMorgan. Your line is open.

## Q - Tycho Peterson {BIO 4279327 <GO>}

Hey, thanks. Actually, I want to follow up on one of Bob's questions about the recovery trends. Alistair you talked about site activations at [ph] 150% of pre-COVID levels, enrollment 120% of pre-COVID levels, but obviously you only have [ph] 70% of site accessibility. So I'm curious how you think about kind of resolving the bottlenecks there (inaudible) leveraging only work [ph], doing more remote monitoring and making investments there to try to kind of leverage that channel more or are there ways to kind of free up the bottlenecks?

## A - Alistair Macdonald {BIO 16971432 <GO>}

Yeah. They are all. I mean, you obviously have to get the approvals in place to be able to do the -- the Illingworth piece, the -- their at home health piece. So there are steps to do to get through that. And also one of the factors in those numbers obviously is, is our COVID work starts to ramp. We've got a lot of COVID patient and COVID sites coming through those startup numbers. So it skews the overall a bit.

So if you look at that, just keep -- just keep that in mind when you think about those, those numbers the -- that acceleration does have a bit of COVID in it. But I think sites are handling issues on a local level through PPE and local kind of protocols. They are

FINAL TRANSCRIPT

Syneos Health Inc (SYNH US Equity)

engaging more. They're getting back into -- into their enrollment phase. You will see COVID starting to clear in a lot of different countries.

I was on a call [ph] on Tuesday this week with a customer in India, who was talking about the COVID rates there dropping down, see that in the US, we're seeing that in Europe with -- there's a lot of optimism, I think in the sites they can get patients back in and get moving forward quicker. So yeah, those bottlenecks need to be managed carefully. One of the real bottlenecks is actually the amount of time people on site can spend on each project. So getting CRAs on site can be a little bit more difficult, but that's where the remote monitoring access comes into clear our backlogs that -- so you don't have to spend so much time on site. So a lot of different strategies to deal with it. But yeah, certainly we'll be leveraging Illingworth to -- to do that wherever we can.

## Q - Tycho Peterson  {BIO 4279327 <GO>}

And then, you talked about the FSP awards doubling obviously, Syneos One helping there. Now that you've got Synteract, can you talk a little bit more about how that may help drive more FSP in the SMID cap tech space?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah. Well, we don't really think about FSP from Synteract. They are more full service model for the emerging biotech. But yeah, I mean, overall, very pleased with our FSP growth. It continues to be a tool that we use with our large pharma partners and anybody really with scale to support either a hybrid model or just full FSPs. So there's a lot of interest in that. But on the Synteract side, that's really about full service. There are a few little biometrics, data management FSPs that I have that we've already rolled into our major -- our main FSP effort.

## Q - Tycho Peterson  {BIO 4279327 <GO>}

Okay. And then, last one. You just mentioned the opportunity to leverage Kinetic on -- into the clinical side. How do you think about that. Is that really needs to drive faster enrollment or maybe what's the opportunity there?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

It's -- we're really excited about using Kinetic in clinical. We've used it now probably a half dozen times or so on big trials and the impact that has is quite very -- is very marked. So we're very pleased with that as a new tool for us. It really helps to the -- the crews [ph], who live in the name of digital amplifier, it's something that helps to identify trials on a broader -- in a broader way to people and referring physicians, networks of physicians, so we can target and the way that the technology works to make sure that folks with potential patients were actually seeing the information around trials that are in their -- in their vicinity in general or in the specialty.

So we've seen a lot of referrals through that to actually investigative sites and that's been a great kind of proof point of the model using our insights from commercial use. We use this platform on HCPs to communicate to them and it's really -- it's really about audience engagement, the patient, referring physicians, et cetera, are all an

[ph] audience. And this helps us to get the right materials in front of them at the right time when they are receptive to finding out information that could be useful for their patients.

So it's a great tool. We've got a lot of interest in it from our large pharma clients about using it kind of across their platforms already. And that's pretty significant if you, you know, we know how slowly some of our customers move some times. But some of them have [ph] used this tool and they want it for everything. So we're very -- very excited about that.

## Q - Tycho Peterson  {BIO 4279327 <GO>}

Great. Thank you.

## A - Jason Meggs  {BIO 19515623 <GO>}

Yeah. Tycho, I just want to hop back on the -- on the FSP question, the full service. I think in Alistair's prepared remarks, he mentioned that we've seen a doubling of our full service commercial awards in 2020, which is the model we've been driving over the last several years, which things like Kinetic and other investments we've made help put those services together. So I think of it [ph] -- FSP on the clinical sides as moved to full service, and we have a combination of both businesses. We're driving that way on the commercial side as well. Point solutions in the past, we're driving more toward full service commercial and overall commercial services and seen a -- we've seen a doubling of those awards during 2020.

## Q - Tycho Peterson  {BIO 4279327 <GO>}

Got it. Thank you.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Thanks, Tycho.

## Operator

And our next question is coming from the line of David Windley with Jefferies. Your line is open.

## Q - David Windley  {BIO 2411309 <GO>}

Hi, thanks for taking my questions. Good morning. First, I wanted to just a clarification kind of a housekeeping one around backlog, where I was looking at the role and it looks like there is a fairly substantial add of some sort maybe it's -- maybe it's the Synteract backlog or an FX adjustment or both. Is that -- is that the kind of the plug I need to get to the 10.2 billion at the end of the year because (Multiple Speakers) bookings by themselves would do it.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

That's right. Dave. So you would add the Synteract and the Illingworth backlog to the core Syneos Health backlog. And that's how you would get to the full 10.2 billion.

### Q - David Windley  {BIO 2411309 <GO>}

Do you have -- do you have numbers for those? Or I guess, I can just back into the -- back into the total?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah. I mean it's - it's roughly, I think you know in the 0.5 billion range for the combined.

### Q - David Windley  {BIO 2411309 <GO>}

Okay. Okay. And then Alistair both -- really both of you have talked about ramp to Bob's question about first quarter ramp of revenue, backlog burn rate kicking in, in the second quarter. Just I wanted to understand that a little bit better and that I think you're telling us that your site activation activity is running hot because at least in part because of COVID, which sounds to me like those are already starting to contribute in the first quarter, but the burn rate not really growing till the second quarter. So if you could just kind of flush that out a little more, I appreciate it.

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah. Sure, Dave and it's good to hear from you. It -- yeah, you're exactly right. So you get the results of activities going now end of Q4 and into end of 3Q one [ph]. And then the real revenue starts to flow out of these trials when -- when those patients are enrolling, the monitoring is being done, the visits are being captured. So that really starts to come on stream end of Q1, Q2 for us because that's when the COVID -- we got that COVID acceleration coming through from the vaccine trials that we're running.

And remember a lot of the work that we won in COVID is -- the majority of our work in COVID is on the treatment side, which we're on a bit more like regular trials. So they're not starting up in one month and enroll in the next. They are a bit more slow and steady. Takes a couple of months to get opened up and the -- the enrollments a bit slower. So that spreads it out a little bit, which is why our backlog accelerates through Q2 and into Q3 and not immediately, as we hit Q1.

### Q - David Windley  {BIO 2411309 <GO>}

Okay. Final question for me. Jason, you mentioned in your prepared remarks continued focus on improvement in cash flow conversion. And wanted to understand if you're thinking on that say CapEx declining or just further improvement in DSOs. What do you think your levers are there to improve that percentage?

### A - Jason Meggs  {BIO 19515623 <GO>}

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

All -- yes. So all -- those things. Absolutely, Dave, in terms of continuing to focus on improvement of our DSO accounts, which is very important and you can see some of that coming through end of the year here, particularly as you look at deferred revenue and what we've done there on the DSO. We are -- and we'll continue to pay close attention to CapEx. But not -- we're not trying to under invest in the business by any stretch. And then the below the line items over the years, as we've put the companies together, right we've had to spend money to do that and launching ForwardBound, and we're just focused on all of those -- those areas as well.

## Q - David Windley  {BIO 2411309 <GO>}

Okay. Thank you.

## Operator

Our next question is coming from John Kreger [ph]. Your line is open.

## Q - John Kreger  {BIO 1496092 <GO>}

Hi, thanks very much. Alistair, just following up on the comment you made about some of the COVID work a few minutes ago. What is the duration of those awards that you're seeing now across both Clinical and Commercial. For Clinical, can we think of those as sort of a two year to three year sort of typical study or will they burn faster from your impression?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

That's a good question. I'll pass you over to Paul for some specifics in a second. But yeah, they are all faster, particularly the vaccine trials. I think they are typically obviously going to run a lot faster. The treatment trials tend to have a bit more of a follow-up on them to see the overall, the long term impact, we're talking about people with hepatic failure or ongoing lung breathing respiratory issues that were -- will need to be followed for a longer period. So they are -- they are a little bit more graceful in terms of timeline. So but Paul your -- your thoughts on the overall burn kind of timelines for those trials.

## A - Paul Colvin  {BIO 15792977 <GO>}

Yeah. No, I think you're spot on there, Alistair that again, the treatment trials, our experiences are more aligned to our normal burn rate. But certainly when you have the -- the vaccine trials, there is a faster enrollment in both indirect and direct spend on those. So I think that's the typical that we've seen. I'd say the bigger mix issues will just be around therapeutic area, when you think about burn rate.

## Q - John Kreger  {BIO 1496092 <GO>}

Great. Thanks. And Jason in the -- the '21 guidance that you've given us for the top line, can you give us a sense about what you expect COVID work to contribute both in Clinical and Commercial?

## A - Jason Meggs  {BIO 19515623 <GO>}

Yeah. Hey, John, good morning. So yeah, when you -- if you look at the -- we'll start with Commercial. If you go back to one of the earlier questions, I think it was Eric's question on our quarter four bookings in Commercial. We've seen some bookings on the COVID work that we've talked about in prior quarters, but nothing major yet from that. Those are -- those are still out for approvals. So we're doing some pre-launch work that's coming through, but it's immaterial. But the larger bookings and the revenue from that would be, I would say more second quarter, even second half of '21. So not too -- too much there in addition to some of the work we've done, which has been less than probably 25 million in communications and consulting for COVID in 2020. So nothing material there.

And on the clinical side, not material in 2020. We talked about the awards being less than 7%. Backlogs even less than 5%, less than -- close to 4% even that [ph] and the revenue has been quite low in 2020 as well, again, probably less than 25 million. That does go up quite a bit, as we go through the trials that are now launching and starting. We haven't guided exactly or provided insight into that, but it is a substantial part of the ramp from 2Q onwards. But we just haven't provided specific numbers on that.

## Q - John Kreger  {BIO 1496092 <GO>}

Great. Thanks. And then, Alistair maybe one more, last quick one was another year under your belt post merger. What are -- what are your latest experience around sort of integrated wins. Are you seeing those go up or down as a percentage of the total? And are you still seeing those primarily in your sort of SMID client base?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah. It's good question. So integrated wins for me fall into a couple of categories now broad based, large client kind of cross sells, where we're penetrating customers in clinical with commercial, particularly around communications and consulting and vice versa. But then, obviously, the Syneos One platform continues to gain traction in the SMID base certainly. We've got one big partner, who uses that model as well, which is exciting [ph].

And then, I think the -- the area that we have seen the most growth, which is it goes back to Tycho's question a little bit about where we saw this double is full service commercial. We saw full service commercial packages double in 2020 over what we've done in 2019. And I think that's a model that we will gain traction more and more, so as we move into that more kind of full service commercial launch phase. So yeah, very excited about those things.

## Q - John Kreger  {BIO 1496092 <GO>}

Great. Thank you.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Thanks, John.

## A - Jason Meggs {BIO 19515623 <GO>}

Thanks, John.

## Operator

Our next question is coming from the line of Patrick Donnelly with Citi. Your line is open.

## Q - Patrick Donnelly {BIO 18033496 <GO>}

Great. Thanks for taking the questions, guys. Maybe, Jason, just on the reimbursable expenses part. I know, you talked about the remaining headwind in 1Q. Can you just talk about that sequentially? And then, also kind of the split between Commercial and Clinical, are they still pretty similar between two [ph].

## A - Alistair Macdonald {BIO 16971432 <GO>}

Yeah. Hey Patrick, it's difficult to hear. You're cutting in and out. I don't know if it's smartphone or not. But the reimbursables, yeah, I mean it's been disproportionately impacting commercial, but it's been impacting both businesses. Sequentially when you think about just an organic basis, we've seen that step up quarter two, quarter three, quarter four, and we expect to see that again in quarter one, in terms of the sequential reimbursables.

But both business still being impacted year-on-year from quarter one of last year, where we were at pre-COVID. So that's -- that's a big driver. If you -- if you sort of back out the reimbursable expense impact in quarter one, I mean, the business is largely flat. So it's a pretty big impact, as we -- as we outlined. And then we expect to see that continue to grow throughout the year to when we get hopefully through everything first half, and we'll see it continue to go up in the back half.

But we don't anticipate, as we've said earlier, and I guess in the quarter three call that we'll ever see it back to the percentage of our total revenue that it was pre-COVID just given the changes in remote monitoring and remote detailing et cetera and the digital capabilities that are now in the commercial business.

## Q - Patrick Donnelly {BIO 18033496 <GO>}

Okay. That's helpful. And then, Alistair maybe one for you. I know, you guys have talked about bringing the leverage ratio down to 3, 3.5 by year end. How should we think about capital deployment, M&A this year given -- given the balance there.

## A - Alistair Macdonald {BIO 16971432 <GO>}

Yeah. I mean we want to remain opportunistic as -- as we go forward. The primary -- priority for us is to continue to pay down debt. We've been bringing leverage down over the last two or three years on that basis. But if there are deals to be done that help us drive towards strategic goals like we did with Synteract and Illingworth, we're going to -- we're going to be interested in taking a look at those kind of booking

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

[ph] level of deals that can take us into a high growth market or can open up channels for us like Illingworth does. So the priority is going to be paying down the debt obviously. But yeah, we -- we still be open to more deals like that or if there was something geographically, we wanted to do, we look at that as well.

## Q - Patrick Donnelly {BIO 18033496 <GO>}

All right. Thanks, guys.

## A - Alistair Macdonald {BIO 16971432 <GO>}

Thanks, Pat.

## A - Jason Meggs {BIO 19515623 <GO>}

Thanks, Patrick.

## Operator

Our next question is coming from the line of Erin Wright with Credit Suisse. Your line is now open.

## Q - Erin Wright {BIO 16550188 <GO>}

Great. Thanks. Can you talk about the sustainability of the strength that we've seen in real world evidence and what the growth was in the quarter. And what your expectations are for the durability of that strength in 2021 because that's been a theme across the CRO world lately?

## A - Alistair Macdonald {BIO 16971432 <GO>}

Yeah. Good morning, Erin. Yeah. We got 200 [ph] questions at JPM around real world evidence, and it is a very interesting space. We've grown a very good capability there from a smaller base, and we saw great growth last year. I think it was our fastest growing organic Group. So we are interested to keep hiring in that space. We've had a lot of success bringing into -- into that group from all the CROs, as well as pharma. And I think it's really -- it's a really important space to hire people in from a large pharma, who are -- who are typically the biggest customer of that -- of that kind of service.

I do think it's going to be a growth area for the next several years not just 2021, and I think COVID will fuel that as well. There is a lot of patients that are going to need longer term follow-up, others [ph] those who were in the vaccine trials or those that are in some kind of deficit from a long COVID -- what they call long COVID or who have been in a trial to look at some of the treatment impacts because we -- governments need to see a lots more data on these patients because a lot of it wasn't collected, as we -- as they went through Phase III because of the speed. So I think that will fuel demand in long term follow-up real word space.

As well as, you know people looking at data, using data to answer questions that come back from regulators. So you see organizations, who have got the capability to

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-02-18

produce regulatory grade submission packages. We work with ConcertAI on that kind of thing in the oncology space. So that the ability to pull that data together and then look at the gaps that you still have to answer a question from the regulator, he is going to be a big part of that real world growth as well.

## Q - Erin Wright  {BIO 16550188 <GO>}

Okay. Great. That's helpful. And then can you speak a little bit about the acquisition of Illingworth, and how much that adds to top line growth presumably that was all embedded in guidance and margin profile, as well as the customer base profile, and you sort of overlap there. And do you anticipate meaningful near term stepped up investment associated with your positioning around decentralized trials?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

I'm going to, I remember all of that question in there. So I think I'll start with customer profile. So Illingworth, a pretty small organization in comparison to the largest Syneos, right. But one of the things that we immediately attracted to is customer base. They work with all the big pharmas globally. So you get access to new contacts, new channels through that as well. So that's a good element of that.

Yeah. We will continue to investing in them and with obviously, we'll be bringing them on to some of our systems. But we're going to use them as an independent business unit. They obviously have some other CROs as customers too. So we've had conversations with those. And it's a quite a rare asset. So we have to -- we'll obviously be delivering for other CROs, as well as direct pharma customers. But also being able to introduce that to our SMID customers, we were -- we are dealing with -- with outsource work, dealing with and had a good relationship and they do great work, which was a big driver of the acquisition itself.

We'll continue to invest in it. Yes. The numbers have been incorporated into the overall guidance. And it's a fast-growing area, I think fueled by COVID, but it was a fast-growing area before COVID as well. So we want to make sure that we ride [ph] that as -- as we implemented as part of our decentralized trial approach. It's so great and well having the right technologies to do decentralized trials. But you still got to go and check on those patients that are being dosed at home and Illingworth gives us the capacity and the reach to do that on a lot of trials in a lot of locations. So we're very excited to be able to bring that to customers as an option, as people are a little bit more reluctant to go to a trial site, will go to hospital for treatment if it can be delivered at home. We can now do that. So we're excited about that. I think I've covered all the -- but -- did I miss anything.

## Q - Erin Wright  {BIO 16550188 <GO>}

No. That was great. Thank you so much.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Okay.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-02-18

## Operator

Our next question is coming from the line of Elizabeth Anderson with Evercore ISI. Your line is open.

## Q - Elizabeth Anderson  {BIO 17527782 <GO>}

Hi, good morning, guys. Maybe just sort of a follow on to Erin's question. How are sponsors sort of thinking about some of the more remote patient monitoring and remote trials, as we move out of COVID, would you say that it was sort of a stop gap measure or are they willing to engage in the trial. I just wanted to see how that pacing had changed just watching it [ph] moving towards a post-COVID world?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah. Hi, Elizabeth. Great -- great question. Obviously, it was used a big stop gap, as a high [ph] of COVID not for sure. But now -- and it's been something we've been pushing as -- as Syneos, but also, as I think -- as the CRO industry for a while to customers that we can do remote monitoring, et cetera. We certainly have been very active on -- on the CRO [ph] on these discussions and talking directly with the FDA on it.

The reluctance has always been customers are worried about what the regulator will think of data or that's been monitored more remotely. But I think a lot of those concerns are now put to bed because this has been a big test. There has been no real -- that I've seen anyway, no real big quality issues associated with the remote monitoring. So it can be a strategy. I don't think it takes over. I think it becomes an adjuvant to a well monitored trial. So maybe you have several visits within an overall program that can now be done remotely or through telemedicine rather than having to have a patient come all the way into a site, et cetera, particularly if there are lot of visits, maybe some of those visits can be done remotely.

So I think you will end up with a hybrid, where you still have a lot of in-person trial work at the site supplemented by remote monitoring or alternatively or done from home in the home, health channel that we can now service with Illingworth. So I think it becomes -- it's here to stay. I think if you look to trials, I think it's in 2019, 3% of them had a high level of digital implementation and I expect that to go to 15%, 20% over the next four years or five years. You have to design these things into new trials, as it comes through. So yes, we'll see it more and more. But I think we -- Illingworth like us, they are all very prepared to be able to deliver that.

## Q - Elizabeth Anderson  {BIO 17527782 <GO>}

That makes sense. Thank you.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Thanks, Elizabeth.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-02-18

## Operator

And our next question is coming from the line of Sandy Draper with Truist Securities. Your line is open.

## Q - Stan Berenshteyn  {BIO 20389055 <GO>}

Hi, thanks. This is Stan on for Sandy. Maybe we can keep the distributor trials going here. I'm just thinking about obviously distribute -- distribution of trial that kind of puts the script on the quantity of sites that you're working with. How do you think about maybe the capacity to handle a more of a distributor trial type of environment, is there a theoretical ceiling to how many trials you can handle that -- that have a distributed component to them?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Good question. I think -- I don't think so. I mean, obviously down the home and health channel, Illingworth is a smaller organization, but we tap into big home health networks, big home health nurse network. So the capacity for that is pretty good and it can expand the scale very rapidly. So in that sense, no. And remote monitoring actually take some of the burden down on the site. So I think as site design -- as far as trial designs mature and maybe incorporate a little bit more remote and a little bit more home health. It probably takes a little bit more pressure off of the in-person monitoring, where those resources have been pretty thin over the years, and it's always a bit of a talent war in there. So I think it probably helps rather than hinders in a way and helps us service more down because you've got two or three channels potentially within any one trial rather than one single channel.

## Q - Stan Berenshteyn  {BIO 20389055 <GO>}

Got it. That's helpful. Maybe one more for me on Synteract. Just curious about your integration plans, is the plan here to fully roll up Synteract into your corporations or even operate separately. And maybe how does the go-to-market strategy really in the same way, is it -- is it separate, is it going to be integrated with the core Syneos offering?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah. I mean we are holding it as a separate business unit, which services are emerging biotech group. And I think the Synteract team has been phenomenal since they joined us in looking out [ph] how they plug-in. What we saw in due diligence with them was a very different customer base. And their customer base wants that agility. They don't need the big kind of institutional hammer that Syneos Health can be some times.

But they won that nimbleness and the project team, they won that direct contact, high touch kind of engagement and we do a lot of that with our SMID clients. But a lot of our SMID clients are quite big now, where they need that structure.. The Synteract group have that more agile, boot [ph] kind of CRO feel. So we're trying to maintain that. Obviously, the back end, the G&A (inaudible) going to be integrated

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-02-18

now and where we can support from a functional perspective for the start of biometrics et cetera that's coming together.

But also one of the -- one of the big elements of working with Synteract, they had a very -- well, they had a limited geographic footprint really to Western Europe and the US or North America, I should say. So when they won work that was truly global, which they do win quite a lot of that. They weren't able to service all that work in Japan and Asia and Latin America. And what we do now for them is via their networks though if they want to study those, got a couple of million bucks, where they're monitoring out in Japan or China, or Argentine or whatever it may be, we now do that work for them. So there is good revenue synergy there between the organizations, as we build [ph]. So we'll keep it a separate business unit targeting that high paced, high growth emerging biotech sector and is integrating well so far.

## Q - Stan Berenshteyn  {BIO 20389055 <GO>}

Got it. Thank you.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Thank you.

## Operator

And our next question is coming from the line of Dan Brennan with UBS. Your line is now open.

## Q - Dan Brennan  {BIO 15426025 <GO>}

Great. Thanks for -- thanks for taking the questions. I may have missed Jason's answers. So just in terms of the outlook for '21, did you discuss kind of Clinical versus Commercial what to expect there? And then, I know, the burn came up a few times, Jason, but just what -- what would the clinical outlook imply to the burn rate, as we go through the year?

## A - Jason Meggs  {BIO 19515623 <GO>}

Yeah. Hi, Dan. We -- we haven't talked specifically about clinical versus commercial. But when you look at obviously Synteract and Illingworth and the contributions we -- we talked about there on the M&A side, that's clinical. And then if you look organically without you know, all the divestiture activity that has happened because we've had divestitures of contingent staffing in clinical and then the medication adherence in commercial think about commercial being above the sort of the organic growth rates that we've talked about in the business and clinical as well. So I mean that's kind of a steer of how we're looking at it. It's a strong years as Alistair said for both segments.

On the burn rate on the clinical side, we've talked about how we bottomed in quarter two and (inaudible) at 8.7. It has come up to that 9.2, 9.3 range. Typical seasonality in quarter one that we see every year, where the burn rate can step

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-02-18

down, plus we've had strong awards that just mathematically can cause it to step down. So it will step down some in quarter one, as we've outlined. And then start to -- to recover again through Q2 and through the back half. But not getting back up to that 11%, 11.5% given we've seen our average study period extend from low 50 months to 60 months given all the oncology and Phase III work that we're winning. So that's how we're looking at it, thinking about it on the burn rate side.

### Q - Dan Brennan  {BIO 15426025 <GO>}

Great. Thank you. And then -- and thanks, Dave. And then maybe within commercial, could you just give us a little bit more color on deployment and communications, how we're thinking about the outlook in '21 there. We've talked about some pharma sales head count reductions that they're anticipating in '21. Are you seeing anything on that front or is that factored in the guidance? Thank you.

### A - Jason Meggs  {BIO 19515623 <GO>}

Yeah. I mean, consulting has been growing, continue to grow just really strong business. The communications business has been performing really well, winning a lot of new work and really starting to -- to hit their stride there. And Deployment Solutions, I think Michelle has talked about, Alistair talked about and we've launched a record number of teams in 2020 and we'll continue to see that this year. And that's before we start seeing the Syneos One team come in that we've talked about the COVID opportunities that if they are approved. So really all business is doing well, and we expect to grow. And then, Michelle, I'll let you talk a little bit about the reps and the Veeva [ph] discussion.

### A - Michelle Keefe  {BIO 20445580 <GO>}

Sure. So no, it's a great question. So one thing I always say is that there is more than one CRM company, so they have to -- how that's managing market share between companies and CRMs, I can't speak to that -- that. But the -- the jump that, that means that there is a reduction in overall sales representative. I don't know if we can make that leap.

I think what we're seeing is a diversity in the types of people that pharma needs to launch their brands, right. So you hear us talk about nurse educators kind of full trials, liaisons, reimbursement specialists, et cetera. But the way the FDA is approving new products, I think it was 57 in 2020. They -- they tend to be more specialty products than they are more complex. So the types of people calling on customers is a much more diverse group of background.

And then when you layer on the fact that we have been very successful in enabling them to be fully digitally enabled and virtually enabled and orchestrators that managing their HCP interaction. We're finding that it -- it's just a different type of commercial model launch. So overall, we've seen a lot of interest in the business and we see folks starting new teams with us, I think as Jason said. We had a record number of team start in 2020.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-02-18

And we also because of our full service commercial, which is another piece of information, we have good line of sight between Syneos One and full service commercial to brands that we're currently doing clinical -- I'm sorry, consulting and communications work on that have not launched teams yet. And it's not in our backlog. It is not in our -- and it's not -- across the [ph] work targets yet, right because it's 12 months out. And so we have good line of sight for that as well. So we feel very strongly that our business that's not the case.

## Q - Dan Brennan  {BIO 15426025 <GO>}

Great. And then if you could sneak one more in. With the variance that have come up, there is likely a longer tail to a lot of the COVID work that's being done. Would you care to give us a view, and I think COVID bookings were less than 7% of total in '21. Like what do you think that takes out in '22 from the pipeline and excuse me -- less in terms of bookings in 2020? So what do you think that takes out for this year, given the pipeline, the demand that you're likely seeing now for additional COVID work?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah. That's good question. I think with the variance that we're seeing and we're moving into the long term follow-up real world. I could see it being -- I could see the pipeline staying roughly where it is for a quarter or two more and then it depends what happens with the virus, right. I mean in all previous pandemic like this, you see two peaks, and then it fizzles away. We've had to compete largely seeing lots of virus numbers dropping in and around the globe, either through lockdowns or a little bit more naturally.

So there's a lot of -- there's a lot environmental factors to kind of pick a number around that. But I think we'll see a continued kind of RFP flow in and around COVID for several quarters yet, probably -- possibly through the end of the year and maybe into 2023 [ph]. It's just hard to call at the moment where that goes because if -- if everybody get a handle on it, vaccine roll out is successful does that demand drop away, I don't know. But will we see more demand for ongoing longer -- COVID long -- long COVID trials. Again, I think probably yes, but I just don't know to what level.. So it's a really hard question to answer, I think.

## Q - Dan Brennan  {BIO 15426025 <GO>}

Great. And that was really helpful. Thanks, again.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Thanks, Dan.

## A - Jason Meggs  {BIO 19515623 <GO>}

Thanks, Dan.

## Operator

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

And our next question is coming from the line of Jack Meehan with Nephron Research. Your line is open.

## Q - Jack Meehan  {BIO 17561092 <GO>}

Thank you. Good morning. I wanted to continue on the vaccine work. It sounds like you've won some more business since the last time we spoke. Just to clarify, is any of this OWS [ph] related. And then just thoughts around given we have the approved vaccines and there is some variance out there just the level of visibility into this work progressing, as it's built into the ramp. I mean, any risk around cancellations just your thoughts around that?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah. Thanks, Jack. So I think the answer to the OWS is, no. We've worked on some of the OWS things in terms of functional support, data management, analysis, et cetera. And the new work that we're working on is -- tends to be not that -- smaller companies and non-US entities. So kind of more global work.

Yeah, with the profile, I mean the majority of our work is the treatment, I guess, on the treatment side. So there's obviously a lot of that going on, good access patient. We're seeing good enrollment in those trials. On the vaccine side, I mean, I think the vaccine trials that we've got [ph] open going are enrolling well. There's still a lot of -- even though the numbers are trending down in several Western market, you still got a lot of COVID in other locations. So these are global trials, where we're seeing a lot of enrollment in -- around the globe, Latin America, Asia, et cetera.

So yeah, I mean, if the vaccines works well and there is vaccine equity, so all trial, all site, all countries are getting good vaccine program going distributed then. Yeah. There will be -- it will be harder to find patients, as we go out, which is great, right, that kind of what we won almost as a -- as a society. Well, that's what we do won as a society. So we'll deal with that as we go. We'll -- you got to stay flexible and be able to move to different sites, where -- where there is local operators or countries were -- without a high level.

## Q - Jack Meehan  {BIO 17561092 <GO>}

Appreciate it. And Jason one clarification. For the first quarter guide for the two segments, appreciate all the qualitative commentary you gave, there is obviously a lot of moving parts with M&A, divestitures, FX, reimbursed expenses. I was wondering if you can just help us with maybe some revenue ranges for Clinical and Commercial for the first quarter?

## A - Jason Meggs  {BIO 19515623 <GO>}

So I guess we're not officially guiding Jack by segment, just given the integrated nature of all we're doing these days and how Syneos One and the different full service product development capability to dropping in. But I think the way to think about it is you know with reimbursables performing the way they are, these teams standing up on the commercial side think of that sort of flattish to down a little bit

sequentially, just given seasonality and then clinical is obviously going to be up when you think about core Syneos plus the -- plus the acquisitions?

## Q - Jack Meehan  {BIO 17561092 <GO>}

Yeah. That's helpful.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Jack. Okay.

## A - Jason Meggs  {BIO 19515623 <GO>}

I mean I think that will help (inaudible) getting to the -- to the range there.

## Operator

And that's all the time we have for questions today. I will now turn the call back over to Mr. Alistair Macdonald for closing remarks.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Okay. Thank you. So our sincere thanks to the entire Syneos team for all they have done in the face of these unprecedented conditions that we faced over 2020. We remain very confident in our market positioning and look forward to strong growth and profitability in 2021, as the recovery from COVID-19 continues. So thanks for your attendance today everybody and for your continued interest and investment in our organization. Please be safe. Have a great day and be good. See you soon. Thank you.

## Operator

Ladies and gentlemen, that concludes our conference for today. Thank you for your participation. You may all disconnect.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*