# Exhibit 19

# Q2 2021 Earnings Call

## Company Participants

- Alistair Macdonald, Chief Executive Officer & Director
- Jason M. Meggs, Chief Financial Officer
- Michelle Keefe, President of Commercial Solutions
- Paul D. Colvin, President of Clinical Solutions
- Ronnie Speight, Senior Vice President of Investor Relations

## Other Participants

- David Windley, Jefferies
- Donald Hooker, KeyBanc Capital Markets
- Elizabeth Anderson, Evercore ISI
- John C. Kreger, William Blair
- Katie Tryhane, Credit Suisse
- Patrick Donnelly, Citi
- Tycho Peterson, JP Morgan

## Presentation

### Operator

Good morning, and welcome to the Syneos Health Second quarter 2021 earnings conference call. At this time, all participants are in a listen-only mode. Later, we will conduct a question-and-answer session and instructions will be given at that time.

I would like to hand the conference over to Ronnie Speight, Senior Vice President of Investor Relations. Please go ahead, sir.

### Ronnie Speight {BIO 19112690 <GO>}

Good morning, everyone. With me on the call today are Alistair Macdonald, our Chief Executive Officer; Jason Meggs, our Chief Financial Officer; Michelle Keefe, our President of Commercial Solutions; and Paul Colvin, our President of Clinical Solutions. In addition to the press release, a slide presentation corresponding to our prepared remarks is available on our website at investor.syneoshealth.com.

Remarks that we make about future expectations, plans, growth, anticipated financial results and prospects, and our expectations regarding the COVID-19 pandemic constitute forward-looking statements for purposes of the Safe Harbor provisions under the Private Securities Litigation Reform Act of 1995, and we disclaim any

obligation to update them. Actual results may differ materially from those indicated by these forward-looking statements as a result of various important factors. These factors are discussed in the Risk Factors section of our Form 10-K for the year ended December 31, 2020, and our other SEC filings.

During this call, we will discuss certain non-GAAP financial measures, which exclude the effects of events and transactions we consider to be outside of our core operations. These non-GAAP measures should be considered a supplement to and not a replacement for measures prepared in accordance with GAAP. For a reconciliation of non-GAAP financial measures with the most directly comparable GAAP measures, please refer to the appendix of our presentation.

I would now like to turn the call over to Alistair Macdonald. Alistair?

## Alistair Macdonald  {BIO 16971432 <GO>}

Thanks, Ronnie. Good morning, everyone, and thank you for joining us today. I hope you and your families are in good health. I'm excited to share another strong quarter of results, which demonstrate that our differentiated product development strategy continues to resonate in the market.

We exceeded the midpoint of our guidance across all financial metrics for the second quarter and our integrated product offerings powered strong awards and backlog growth for both segments. Most importantly, both clinical and commercial revenue returned to robust year-over-year growth, a trend that we expect to continue for the balance of 2021

Now, for some key highlights from the quarter. First, overall net awards grew by 25.6% year-over-year, including clinical growth of 21.2% and commercial growth of 55.3%. This award strength drove second quarter book-to-bill ratios of 1.45x for clinical solutions and 0.94x for commercial solutions, resulting in robust TTM book-to-bill ratios of 1.37x for clinical and 1.14x for commercial.

Second, we achieved strong profitability gains with 47.1% year-over-year adjusted EBITDA growth and a 190 basis point improvement in adjusted EBITDA margin compared to the second quarter of 2020.

Thirdly, we continue to attract world-class leadership talent and I'm excited about the addition of Michael Brooks as our Chief Development Officer. Michael's deep experience and connections in clinical development and commercialization will drive our go-to-market strategy, advance innovation, and enhance the voice of the customer across the product development and continue to create better patient outcomes.

Also, at the Board level, we are enthusiastic about the recent addition of Dr.David Wilkes. As a champion for addressing disparities in healthcare, Dr.Wilkes shares our

passion for positively impacting patients' lives. We look forward to benefiting from his impressive industry experience in medical expertise.

Now, moving into further details on our results. We continue to recover from the impacts of COVID-19, as our total company sequential revenue growth strengthened and year-over-year revenue growth accelerated to 26.6% compared to the second quarter of 2020. Clinical solutions revenue grew 31.1% compared to the second quarter of 2020, driven by accelerating startup of both non-COVID and COVID clinical projects and contributions from our 2020 acquisitions.

Our clinical team also closed a record quarter of net awards that were fueled in part by continued strength in this mid-segment. These awards also included three large-scale FSP 360 wins where we are replacing existing providers, demonstrating the competitiveness, scale, and flexibility of our solutions. Under our awards policy for FSP services, we only included 12 months of services in our bookings even though each agreement represented an initial term of at least three years.

The remainder provides further fuel for growth in addition to our reported backlog. Driven by these strong sales, record ending backlog that is 21.5%, and a robust pipeline of new opportunities, clinical solutions remains well-positioned for strong revenue growth in the second half of 2021 and beyond.

Our second quarter clinical awards also included several COVID-19 related projects, although this category including treatment therapeutics remained at less than 4% of our backlog at the end of the quarter. Given this limited backlog concentration of COVID studies, we expect our robust revenue growth in 2022 will be driven by the strength of our non-COVID backlog.

Even growing customer demand for decentralized clinical trials, we continue to enhance the way we engage with sites patients and physicians. Our decentralized trial solutions are designed to bring trials closer to the patient, reducing site and patient burden while expanding participant diversity. We recently launched two initiatives to foster improved engagement. First, we established a dedicated decentralized trials site advocacy group focused on new technology optimization to make trials more accessible, while improving data capture along with participant diversity and retention.

Second, we launched our patient voice consortium, a cross-functional hope that integrates strategic patient perspectives throughout the product development life cycle. We believe these efforts set the standard for best practices and incorporating patient insights into clinical trial design, communications, access initiatives, and launch strategies. We also continue to expand our dynamic assembly network of DCT data and technology providers in order to best serve our customers with the recent announcement of our relationship with Aetion.

Aetion provides regulatory grade data and analytics, produce real-world evidence on the safety, effectiveness, and value of treatments for patients and other

stakeholders. These initiatives in combination with our Illingworth Home health services represent significant inroads toward improving the patient experience and realizing our vision of shortening the distance from lab to life.

Turning now to commercial solutions, we saw accelerating sequential recovery and a return to year-over-year revenue growth of 13.2% compared to the second quarter of 2020. Year-over-year growth in our core business was even stronger, but was partially offset by the headwind from the divestiture of our medication adherence business in the fourth quarter of 2020. All of our core commercial businesses posted a return to strong year-over-year growth. Deployment solutions had another quarter of strong new team starts and the number of deployed resources reached a four year high.

Consulting completed a very strong first half of the year and communications continues to see strength in the public relations and medical communications businesses. Importantly, full service commercial gross awards where we strategically combine these capabilities have more than doubled on a year-to-date basis compared to 2020. This performance highlights the continued success of our integrated model, fueling growth across a commercial portfolio.

Additionally, several key factors are contributing to the ongoing diversification of our deployment solutions business, which we expect to improve the consistency of future commercial growth, including our ability to deliver sophisticated solutions, the continued evolution toward more targeted therapies, and the strong biotech funding environment.

These dynamics support the migration towards smaller average field team sizes, a lower concentration of sales-only routines and revenue, and longer project durations. Our commercial expertise also continues to fuel innovation across the product development continuum with dynamic engagement capabilities, such as Kinetic, which seeks to optimize HCP engagement through a combination of face-to-face virtual field team activities.

Additionally, we are seeing increased adoption of the digital amplifier component of Kinetic by our clinical customers where this capability is designed to accelerate patient engagement and enrollment by driving patient referrals by physicians into clinical trials. We believe this unique suite of capabilities differentiates Syneos Health and is a key factor in driving our strongly business awards.

Lastly, Syneos One our innovative end-to-end product development methodology continues to provide a competitive advantage across both segments. We are particularly excited about the Syneos One contribution to growing the pipeline of potential commercial awards and revenue with the first of many Syneos One portfolio assets set to begin commercialization in the third quarter.

Although these assets are not featured prominently in (inaudible) or revenue today, we expect to Although, these assets of not feature prominently in or revenue today.

We expect the Syneos One portfolio along with our integrated full-service commercial and innovative kinetic capabilities to position us well to capitalize further on strong market demand and drive robust commercial revenue growth over the long term.

Before I turn the call over to Jason, I want to thank the entire Syneos Health Community for their ongoing resilience, focus, and collaboration as we work together to help our customers improve and accelerate the delivery of therapies that impact health worldwide. Their continued commitment to collaboration, inclusive thinking and use of insights is helping build a superior culture that deliver high levels of innovation for our customers and their patients. Jason will now provide additional comments on our financial performance and guidance. Jason?

## Jason M. Meggs  {BIO 19515623 <GO>}

Thank you, Alistair, and good morning, everyone. Our total revenue for the second quarter of 2021 was $1.28 billion, up 26.6%, 23.6% in constant currency compared to the second quarter of 2020, which was significantly impacted by the COVID-19 pandemic. Our clinical solutions revenue for the second quarter was $991.1 million, up 31.1% or 27.5% in constant currency compared to the second quarter of 2020.

These increases include increased startup activity across both our COVID and non-COVID projects, a 795 basis points contribution from acquisitions, and a 240 basis points tailwind from the faster recovery and reimbursable expenses. This growth was partially offset by headwind of 85 basis points from the 2020 divestiture of our contingent staffing business.

Second quarter commercial solutions revenue was $291.5 million, up 13.2% or 12.2% in constant currency compared to the second quarter of 2020. This robust growth in commercial revenue was driven by broad double-digit expansion across our core commercial businesses with particular strength in consulting and includes 75 basis points tailwind from reimbursable expenses. This growth also includes the impact of the 250 basis points headwind from the 2020 divestiture of our medication adherence business.

Adjusted EBITDA increased 47.1% to $174.6 million, representing an adjusted EBITDA margin of 13.6%, an increase of 190 basis points compared to the second quarter of 2020. The increase in adjusted EBITDA margin for the second quarter was primarily the result of revenue growth and the ForwardBound program including operating leverage. These benefits were partially offset by increased costs from the expiration of temporary savings programs instituted in 2020, a higher mix of reimbursable expenses, and the impact of foreign exchange.

Adjusted diluted EPS of $0.97 for the second quarter increased by 67.2% year-over-year, primarily driven by an increase in adjusted EBITDA. Our operations generated $88.7 million in cash flow for the second quarter. Our year-to-date 2021 cash flow from operations has been very strong, reaching a record level of $215.8 million, driven primarily by her is net income as the impacts of the pandemic subside. DSO

for the quarter was 40.3 days and our capital expenditures were $11.2 million. We ended the quarter with $260.9 million of unrestricted cash and total debt outstanding of $2.92 billion, resulting in net leverage of 3.8x.

During the quarter, we amended our credit agreement to increase Term Loan A by $495 million and used the proceeds to fully repay our outstanding Term Loan B in order to further reduce future interest expense. We also repurchased $73 million of our outstanding shares during the quarter in conjunction with the sales of the remaining ownership interest of our private equity sponsors. Our non-GAAP effective tax rate for the second quarter was 24%, consistent with our expectations for the full year of 2021.

Turning now to our 2021 guidance. This guidance contemplates our current view of the estimated impact of COVID-19 on our business, recognizing that factors related to COVID-19 are outside of the company's control and subject to change. We now expect full year 2021 revenue in the range of $5.18 billion to $5.3 billion, representing growth of 17.3% to 20%, an increase of $15 million at the midpoint primarily due to higher reimbursable expenses.

This growth includes an estimated contribution from acquisitions of 540 basis points to 580 basis points and a headwind from our 2020 divestitures of approximately 110 basis points both of which are unchanged. We are narrowing our expected range of total adjusted EBITDA to $750 million to $780 million. This continues to reflect an adjusted EBITDA margin of 14.5% to 14.7%, up 30 basis points from 2020 at the midpoint, which now incorporates a higher mix of reimbursable expenses compared to our original expectations.

Lastly, we are increasing our expected adjusted diluted EPS to a range of $4.25 to $4.43, or year-over-year growth of 24.6% to 29.9% primarily to reflect the impact of our second quarter share repurchases and lower interest expense. Our guidance incorporates interest expense of $84 million to $87 million, a non-GAAP effective tax rate of 24%, and an estimated diluted share account of 105.2 million shares. Further, we continue to expect our net cash outlay for income taxes to range from $50 million to $60 million.

Turning to our outlook for the third quarter, we expect year-over-year growth to moderate somewhat given the sequential recovery that began in the second half of 2020, but remain strong in both businesses. We expect third quarter revenue of $1.315 billion to $1.365 billion and total adjusted EBITDA of $195 million to $205 million. This reflects reported revenue growth of 19.7% to 24.2% compared to the third quarter of 2020.

It is important to note that this reflects an adjusted EBITDA margin of 14.9% at the midpoint, which is down from Q3 2020 due to the impact of our temporary cost-saving measures instituted in 2020 in response to the COVID-19 pandemic. However, we remain on track for achieving the full year expansion in adjusted EBITDA margin that is reflected in our guidance. This revenue growth conclusion estimated

contribution of acquisitions of approximately 610 basis points and a headwind from our 2020 divestitures of approximately 80 basis points. This growth also includes an expected tailwind of approximately 375 basis points due to growth in reimbursable expenses.

This completes our prepared remarks and we'd be happy to answer any questions. Operator?

## Questions And Answers

## Operator

(Question And Answer)

Thank you. (Operator Instructions) And our first question comes from David Windley with Jefferies. Your line is open.

## Q - David Windley  {BIO 2411309 <GO>}

Hi. Good morning. Thanks for taking my question. I wanted to focus on full service commercial if I could. You mentioned Alistair in your remarks that the first one is slated to launch in the third quarter that seems like that's kind of stayed on time to your early expectations. Could you talk about how you think that will ramp? And what amount of contribution that is making? And then also just so we can understand a little bit better. How you've taken value from that in into bookings? How do these types of deals begin to contribute to bookings or win do they? Thanks.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah. Okay. Good question to start, David, and a long one. So good morning, everybody and good morning to you Dave. So that launch is on schedule, we're still moving through it, we're pleased with that. I think it's probably easier to start with how we book them first and then go to the contributions from that work. So, we really book those kind of almost as a combination of FSP and when the work goes to contract, so that we don't trigger any of the contingencies if it doesn't get fruit and that kind of thing. So, we've taken the pre-planning and team build work in terms of bookings for that. But booking start to come through from those projects as the work kind of goes into the backlog really. So we almost take them as when the contracts are signed. So that we can -- so we know where that work is coming through and the pacing of it etcetera, et cetera.

So those products that come through the Syneos One channel or even through the full-service commercial channel, which is a growing element of Michelle's work, the bookings and the start of those -- that work are quite close together. So that we don't get ahead of ourselves, we don't artificially inflate the backlog et cetera, if one of the contingencies the product doesn't get approved, the products doesn't get funded et cetera, if one of those things happens when it doesn't trigger. So I think it's quite like

FINAL TRANSCRIPT

Syneos Health Inc (SYNH US Equity)

2021-08-09

it's a very conservative way to do it. I think it's the best way to do it. It helps us to take out any of the kind of volatility that was an element of commercial previously and helps us build a very robust backlog with that.

Michelle any additional comments on that one.

### A - Michelle Keefe {BIO 20445580 <GO>}

Sure. Hi, David. A couple of things. So one of the things that's really helpful about full-service commercial awards along with the Syneos One pipeline that will continue to feed commercial in the upcoming years is that we have good line of sight, because we put a product development roadmap together of everything that the customer is going to be doing with us over time and it has milestones that are tied to approvals et cetera. So it gives us very good view into the future of what potentially can drop into actual revenue quarter-by-quarter over the next two or three years. And as Alistair said, we take a I think a prudent approach in the fact that we booked the pre-revenue were -- what we mean by pre-revenue was the pre-approval of work for the asset and then once we know the price has been approved, we then would start taking things like deploying a sales forces et cetera.

### A - Alistair Macdonald {BIO 16971432 <GO>}

Yes. So in that case, David we've taken that pre-approval work planning, market access, strategy work kind of settle for the management team the build out of the sales team, because that team goes into the field that's when we'll take more of it. So we pace it through quite conservatively. So more to come really on that launch in terms of bookings and then obviously we get into the billing going through.

### Q - David Windley {BIO 2411309 <GO>}

If I could follow-up with just one last thing, your 3Q, 4Q cadence suggests that I think 3Q is up a little bit 4Q becomes a fairly steep inflection. I know you typically in commercial have some annual bonus payments that contribute to that. But if you could perhaps comment about other factors like cadence pass-throughs that might influence both the revenue progression and then the margin progression from 3Q, 4Q. Thanks.

### A - Jason M. Meggs {BIO 19515623 <GO>}

Yeah. Hey David, Jason here. So you're right on the deployment solution side that certainly is featuring on the commercial side in terms of quarter four continuing to sequentially ramp up. We also launched record teams last year, we've continued to launch a significant number of teams in each quarter and anticipate that continuing in Q3 and Q4, and you get those teams to scale as well as you progress throughout the year. And then we also have the normal seasonality on the communications and consulting side of the business where we see utilization max out really in quarter four. So that's really what we see on the commercial side.

On the clinical side continuing to see good site activations, continuing to see good enrollment of COVID and non-COVID. We continue to win COVID work. I think we're up to 130 projects in clinical that are COVID-19-related and have a good tail on that

frankly into 2022, as I think you've heard from some of our other peers. Reimbursables are recovering. I don't see -- we mentioned in the prepared remarks that we have tailwinds from reimbursables, we're having the guidance raise due to reimbursables, et cetera. So there is some of that as we look to the back half on the clinical side as well as the commercial side.

And then on the margins, right, you look back to prior years even last year, right, our Q4 2020 margin was 17% plus, right. So that's what we see on the growth of the business utilization maxing out, contract modifications, the bonuses you mentioned, PTO, tax accruals, coming back our way. So from that perspective it's normal seasonality and in-line and nothing from our perspective that's really changed when you look at the second half when we thought where we work.

## Q - David Windley  {BIO 2411309 <GO>}

Okay. Thank you.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Thanks, Dave.

## Operator

Thank you. Our next question comes from Patrick Donnelly with Citi. Your line is open.

## Q - Patrick Donnelly  {BIO 18033496 <GO>}

Great. Thanks guys. Alistair, maybe one for you. I know last quarter you talked about some large bushing -- bookings that were being pushed out the on your backlog window. Can you just talk about customer behavior this quarter relative to 1Q on that front just curious how things are trending with kind of the large bookings and clients are still pushing things out or things being kind of acted on a little more near-term?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah. Good question. I think we didn't see any of that really in Q2. You naturally get things that move around the end of the quarter, but nothing out of the ordinary. And I think we've seen a continued kind of return to what we'd expected that we'd always expect to see some pre-COVID with the activity from SMID customers being very strong activity from large pharma customers being more normal if you like where decisions being made projects, coming through and getting into the clinic.

So, as you see, we've had a great booking this quarter, very strong in clinical and commercial, very strong in Syneos One, very strong in full-service commercial as well. So really we're pretty pleased with all those sectors, got good robust pipelines as you go into Q3 and very pleased with the demand environment that we're sitting. And I think the innovation that we're bringing to customers in terms of integrating products and selling doing more cross-selling et cetera as well as the full end-to-end Syneos One as partners in a really strong position.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-08-09

## Q - David Windley {BIO 2411309 <GO>}

Okay. That's helpful. And then maybe just on a general recovery on things like site access and RFP flow. Jason, what are you seeing there and then what are you assuming also kind of the back half in terms of continued normalization on that front?

## A - Alistair Macdonald {BIO 16971432 <GO>}

Yeah. I'll do RFP flow, I mean I think we are being very robust environment from all sectors, both clinical, commercial, SMID and large in both sectors as well, so the good healthy environment. And then, Paul I think comment on the other piece.

## A - Paul D. Colvin {BIO 15792977 <GO>}

Yeah. I think, we've continued to see really strong and it's been -- it's really across all segments at this point and FSE and full-service. So from my perspective I think that's going to continue on, especially as we've looked at our partnerships and as we learn continuously expand there. We've had this quarter a couple of new partnerships that we brought into the fold. We think those will continue to add volume as we go into the back half of this year and into '22.

## A - Alistair Macdonald {BIO 16971432 <GO>}

Yeah then, Patrick on the operational metrics, I mentioned the site activations continued to be well above pre-COVID levels, continued to grow enrollment is really hit a strong point and some of that's frankly is driven by the COVID vaccine trials that we have. But underneath that enrollment continues to move forward as well. So we're encouraged by it and I think as we talk about this internally, it's more around how we accelerate trials and get caught up as best we can or the benefit of our customers versus we can't quite get to the site and get study started and moving. So it's I think we have a critical mass as well and can move this project forward.

## Q - Patrick Donnelly {BIO 18033496 <GO>}

Great. Thanks guys.

## Operator

Our next question comes from Tycho Peterson with JP Morgan. Your line is open.

## Q - Tycho Peterson {BIO 4279327 <GO>}

Hey, thanks. Maybe just couple follow-ups on the last line of questioning. Can you quantify the COVID contribution in the quarter from a revenue perspective? I know you said it's less than 4% of backlog. And then on site accessibility, last quarter you said you're above 70% of sites permitting physical visits. I'm just curious, where that stands today? Where you think that could go in the back half of the year given the delta variant? And how are you going to be leveraging Illingworth around remote monitoring? I think, previously you said about 25% of sites were up and running on that front too.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-08-09

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Let's start with Illingworth, so I think we're very pleased with Illingworth's continued penetration into new categories, new project and also within Syneos' project. So it's really enabling us to expand the footprint of our presence with sites being able to get out and execute visits in the home rather than people having to come to site. And I think in Q2 operationally was a new record for Illingworth in terms the number of visits and that looking forward through the rest of the year and actually out into '22, we see that progression continuing to go.

So, I think that innovation around decentralization of trials is very important not just for the execution of the remaining COVID balance trial work if you like, but also new therapies where people are more reluctant to get out their office. So, I think we had an example in Russia of a -- of an Illingworth visit to capture a patient for a rare disease trial and the patient lived 800 hundred miles from the site. So far us being able to execute that in foreign land with a big gap between the site to capture that patient it goes I mean without Illingworth patient would have been a loss to us, it's a significant step forward and I think that will continue in other trials. We continue to see sites being able to live with COVID and continue to enable patients to come in, I think, what we saw through Q4, Q1 with sites working on our local protocols et cetera has continued.

The delta-variant obviously is a concern globally. We saw the impact it had in India. We saw the impact it had in the U.K. in terms of COVID rates, but that in the countries with the high vaccination rates, if you look at the stats in the U.K. as the delta variant went through, we really can see the chain has been broken between infection and hospitalization and death. So lots of sites continuing to open up, continuing to ramp-up, so that new studies has been placed in new sites. So that's a good sign for us as we continue to go through the rest of the year.

## A - Jason M. Meggs  {BIO 19515623 <GO>}

Yeah. Hey, Tycho, it's Jason. On the COVID contribution rate, it was we talked about it being less than 4% of backlog. I think, when you look at quarter two that was a bit higher than that as a percentage, but both COVID and non-COVID are growing. And the way that I would think about is consistent with how we talked about it in quarter one, which is when you look at the full-year total company revenue, that revenue contribution is going to be broadly in line with that backlog percentage. So that's kind of how I would think about it.

## Q - Tycho Peterson  {BIO 4279327 <GO>}

Okay. That's helpful. Alistair, you called out to three large scale FSP 360 wins. I'm just curious if you could kind of put these in context and how is momentum building in that side of the business? Are you seeing kind of larger orders come your way? Here you mentioned, these are kind of multi-year deal that you're only putting 12 months in the backlog?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

Yeah. Absolutely, we're very pleased with that. I mean, for us to play in the large pharma sector you have to be very capable in FSP and not just in a function but globally. So scale-wise three pretty big awards, two of them with brand new customers and for us in terms of FSP sector and replacing or displacing previous incumbent. So very pleased with that, very pleased with their penetration there and it's something that we need as we continue to grow in our large pharma sector to as a kind of deployment methodology for us failed to take a share, so very pleased with that. Long-term deals I think all of them are at least three years, some of them have a longer time frame on them than that and across clinical data services et cetera, so in multiple different areas.

## Q - Tycho Peterson  {BIO 4279327 <GO>}

Great. One last one on commercial line. You obviously had the benefit of easy comps are still relatively easy to the next couple quarters. But I know you said the recovery was pretty widespread. So as you get pass the easy comps, do you feel like you're still on the kind of the recovery passing around on commercial?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah. Absolutely. Excuse me. Yes, absolutely we do. I think that a lot of the strategic work that we've been doing over the past several years is really now starting to come home to (inaudible) stores in commercial with cross-selling across from clinical, we've really integrated clinical and commercial across several platforms, including Kinetic, which is still we continue to see the growth of Kinetic digital amplifier. A lot of those innovations that we've worked to deliver for customers in terms of patient engagement, enrollment, patient support in the commercial side of the business.

The contributions from Syneos One most of that work was when the products are in clinical phase. We get our first launch this quarter. We've got several lined up as we've shared with you all before at investor conferences et cetera. And also commercial itself a much stronger team and much more focused and dynamic team, the BD team that we've built three years ago is fully operational. It understands the model of how we sell and it really helps us to build and sell integrated packages in line with what customers looking for. So, I think all of those things are now starting to come home to roost. And I think that shown in the recovery of commercial, shown in how we look at commercial going forward as a much stronger entity in a much more significant contribution to the way that we win, not just in commercial itself, but also in clinical.

## Q - Tycho Peterson  {BIO 4279327 <GO>}

Okay. Thank you.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Thanks, Tycho.

## Operator

Thank you. Our next question comes from John C. Kreger with William Blair. Your line is open.

## Q - John C. Kreger  {BIO 1496092 <GO>}

Hey guys, thanks. Maybe one follow-up to Tycho's question. Jason, can you give us a sense about how COVID awards figured into your Q2 bookings total?

## A - Jason M. Meggs  {BIO 19515623 <GO>}

Yeah. Hey, John. So, we it's broadly in line with the percentage of backlog a little bit higher, but nothing material. But, hey look, the good news is that work continues, the awards continue, the pipeline flow continues and as you looked at '22, right, as I mentioned, it's not some massive headwind, right, which it could have been, if we were to believe everything we thought at the beginning of COVID. So that's where it was. And that's how we see it playing out for us here into '22.

## Q - John C. Kreger  {BIO 1496092 <GO>}

Great. Thanks. And then a few questions relating to margin. One, we've heard a lot about labor shortages. Can you just talk about how that's impacting you guys if at all and how you're adjusting to it? And then Alistair, given those larger FSP awards, I tend to think of those has been a little bit less profitable. Should we assume it that way and does that impact your thoughts about sort of margin progression over the next year?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Well, yeah, let me start with the demand environment -- well, the resource environment. So yes that, I think, it's easy to see that with the demand going through the Syneos at the moment recovery of COVID, COVID trials, recovery of work and the work that got pushed the right coming through that there's high demand in the sector, we see that as well. We're being I think very successful in bringing people into the organization. We've had people who left us gone to competitors and come back in their droves. And I think that bodes very well for us and both well for our culture that were a good organization to work for and people like to work here in this environment, we do the right things and we take care of our people and as people organization that's very important. But yes, there's heavy demand it's in the usual areas, high demand in oncology, there's high demand in FSP. I think as large pharma places that work out with CROs, but that demand is there.

So yeah, it's high demand environment, we're doing well in it and we are net gainers in that and we're able to attract the talent that we want where we want it the right time. And there's always pressure with that but we have a great team in talent acquisition is doing a great job. So really pleased with where we're heading in that direction. The -- that demand environment as well as global. I think in the early days, it was really a U.S. phenomenon and as people can move positions in the U.S. a little bit more easily than Europe, but we've seen in Europe and Asia as well. And we continue to be successful in that and bringing the right level of people.

## A - Jason M. Meggs  {BIO 19515623 <GO>}

Yeah. And John on the margin side, as it relates to growing headcount et cetera, there are incremental cost there. I don't see it as any different than any other year in terms of the scale of that, we're always adding hedge, we're always competing we do have a price escalation clauses in our contracts each year, where we increase rates and things of that nature, we have some businesses where we actually can increase prices based on this given the demand environment and then we have other opportunities for efficiencies via fall were bound and just looking at the organization to help offset this anything that we might see that is unusually high. But we're just not seeing to too much of that.

And on the FSP versus full-service, we've talked a little bit about this in the past, a lot of the FSP work comes without the reimbursable loads that have full service does. So when you get down to total EBITDA just the same as between clinical and commercial and the different businesses, we just need to grow them all and feel like we can continue to show that margin accretion over time that we've talked about in the past -- the 50 basis points per year of margin accretion.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Well, let me add to that FSP piece as well. So a lot of these -- a lot of the FSPs that we win, we end up delivering more hybrids as well on top. So once you get through the door at FSP you tend to get a spin, you become a preferred provider et cetera. You get -- you tend to get asked in to bid on the full-service work, which comes with that -- with our usual margins, but as Jason says, with the pass-through load as well. So, we want to get into these accounts deliver whether it's FSP, FSO commercial et cetera, we have multiple entry points and kind of do the traditional land and expand from there.

## Q - John C. Kreger  {BIO 1496092 <GO>}

Sounds good. Thanks guys.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Thanks, John.

## Operator

Thank you. Our next question comes from Donald Hooker with KeyBanc Capital Markets. Your line is open.

## Q - Donald Hooker  {BIO 7531883 <GO>}

Great. I was intrigued by the comments around the pharma sales force. I know, you guys have been talking about this for a while now, but just wanted to hear maybe an update here. You're saying the sales teams across the pharma industry have sort of gun smaller which makes sense more digital. In your view as -- are we at a new

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)
2021-08-09

normal now as the industry fully adapted to this? Or there sort of as the -- are we guys are still see this being continuing trend going forward post COVID?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah. I think there were two trends in there actually, and I've got Michelle to come in as well. So, I think the trend of those teams generally getting smaller is the norm now. There are one or two big ones out there that come through, but the norm is more specialty, more hybrid, more digitally enabled. But the second trend I think is that shift to digital that is still going that, we're still got some ways to go on that.

So we are seeing our platform, the Kinetic platform being used more-and-more by customers to provide that hybridized digital support, that omni-channel kind of support to HTPs by the field teams and that's great for us. We got great technology. We know how to use it. We've seen better sales results for our customers by using it. I think that's a great enhancement and obviously if we can sell more products to customers that's a great return for them as well. We can cover more ground with less reps. So the rep numbers don't need to expand as much for us to drive that incremental revenue and help customers get out there and get a product in the right place at the right time. So I think the other two kind of subtle trends within it like Jason said, I think, we've launched more teams in 2020, I think, we won't target to do that again in 2021. So continuing to have drive them all. Michelle?

### A - Michelle Keefe  {BIO 20445580 <GO>}

Yeah. I'll add one thing, Ali just comment around we've deployed more resources in the last four years as a record number. it's important to note those are deployed resources, those are a variety of resources, those are sales representatives, they're not educators, there's a growing trend in med affair, so they're MSL reimbursement specialist, patient liaison those types of things. So and the teams are much more integrated, right. You see digitally enabled sales and nurses and sales representatives and managed care folks and reimbursement specialist working on integrated team. And so, that's really I think a very important distinction around the diversification of what's going on with deployment solution.

### Q - Donald Hooker  {BIO 7531883 <GO>}

Okay. Maybe just to follow-up on your comment. So, thank you for that. So it seems like I think Alistair what you said is, we're going to -- if I ask you the same question next quarter you're probably going to give me the same answer. It sounds like this sales teams are getting smaller and smaller. They will continue to get smaller and smaller in the coming quarters. It's not like there was one big change in the industry. This is an ongoing trend. Is that a fair interpretation of what you said?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

I think the infield team gets smaller, so you end up with less kind of dedicated sales reps, but the whole team -- because we're delivering a hybrid, you've got the call senses, you've got the team working on the Kinetic platforms either supporting that as well as delivering it, you've got the omni-channel pieces of that. So, yeah, if you had traditional team out in the field of, I don't know, 100 people, you might have

now 50 that are out in the field really interacting with the doctors direct with H-care -- healthcare providers directly, but you've got a bigger portion sitting behind that in terms of analysts.

We're doing a lot of data crunching in that, that we didn't use to do to support that to build the insight, so that we can look at while who should be prescribing this? Who is? How do we get? How do we optimize different sites that have different patterns? Show different patterns in their data and information. So you've got a data science team that's working on that now. You've got call center, you've got the people producing the digital materials, et cetera and supporting and the training. So it's a more complex delivery.

Yes, the sales team in the field is reduced in terms of the number of heads, because they cover more ground digitally and they did driving around in the car. But you've got -- all revenue coming through in different channels more digital channels, more digital enablement channels and I think that's a really promising trend for us for commercial in general, but also continuous, because we are the market leader in that capability.

And we continue to roll out new innovations that pharma, ,a doesn't have themselves makes this a little bit stickier in terms of being able to deliver not just a rep in a territory, but a rep in a territory with the right tools with the right technology and that technology is difficult to replicate and the delivery of it is difficult to replicate, and I think that bodes very well for us.

## A - Michelle Keefe  {BIO 20445580 <GO>}

So, one last add-on is a lot of this is due to the complexity of the products that are getting approved, right? So you're not getting like your fifth inhaler and respiratory going on the market right where you have to have a, it's an arms race anymore. These products are highly specialized as you look at the products that are in the pipeline they're orphan, rare disease, they're oncology, they're cell and gene therapy, they're much more complicated delivery systems. And so the types of teams to support them have to kind of align to the capability that is trying to deliver ultimately to a patient. So, there is also a system needs based on what the pipelines are looking like is also driving that sizing.

## Q - Donald Hooker  {BIO 7531883 <GO>}

All right. Interesting. Thank you. Thank you so much for the commentary.

## Operator

Thank you. Our next question comes from Elizabeth Anderson with Evercore ISI. Your line is open.

## Q - Elizabeth Anderson  {BIO 17527782 <GO>}

Hi, guys. Thanks so much for the question and congrats on a nice quarter. I'm assuming if you could provide just a little bit more breakdown on the revenue in the

third quarter in terms of how you're thinking about it between clinical and commercial? And then also, I was just wondering if you could help us breakout some of the numbers that you said regarding pass throughs and acquisitions and divestitures just so that all those things are between clinical and commercial.

## A - Jason M. Meggs  {BIO 19515623 <GO>}

Okay. Hey Elizabeth. On the M&A activity might be better just to do that offline, but on the different sequential increases and the businesses between clinical and commercial for the quarters rather. Look, excited about both of the businesses as they continue to COVID recovery, we continue to win a lot of work and grow backlog, commercial particularly is just establishing a lot of momentum, right now, coming out of quarter two 1.14 book-to-bill almost 18% backlog growth, record team launches last year and continuing to see that Syneos One launches coming up. So when you look at on a normalized organic basis looking at quarter three and quarter four right, we're high team scaling 20% growth in the commercial business, which is really great to see. And I think Alistair shared a little bit about how we're thinking about that longer term as well post COVID recovery.

Clinical side, really seeing good performance there as well, as COVID continues to recover. We talked a little bit about the COVID trials and how they're standing up the vaccine trial that will continue into the back half. Although, we did peak as we thought we would likely in quarter two on those COVID trials or the vaccine trials. But the other large relationships we have are continuing to stand up and the projects are growing, we're trying to catch those up as best we can from COVID. We had great SMID performance in sales in quarter four and quarter one, again in quarter two that starting to pull through into revenue as well in the back half. So looking at growth there in the low to mid 20s right, when you look at the clinic growth. So that's how we're looking at it by segment really pleased with it.

And if you look back at our guidance on the clinical side coming in December at our Investor Day and then where we've been thus far and we've been in the low 20% growth ever since that time and what you've seen is us really stick to that and I think as others in the industry have seen their COVID backlog and their other projects unfold, I think they're catching up to where we were over the years, some are going higher with their COVID awards and backlog, but are pulling through, but we're really pleased just that we've been able to put that out there and go get it.

## Q - Elizabeth Anderson  {BIO 17527782 <GO>}

Thanks. That's helpful.

## Operator

Thank you. And we have a question from Katie Tryhane with Credit Suisse. Your line is open.

## Q - Katie Tryhane  {BIO 20334985 <GO>}

Hi. Thanks for taking my question. So outside of the three larger FSP 360 awards, I mean, can you speak to the nature of the clinical net awards in the quarter in terms of what you saw from maybe a therapeutic in our customer perspective. Is there anything surprising or unusual to call out other than those three large awards? Thanks.

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Hi, Katie. It's Alistair. Not really. I think, pretty well balanced quarter. We got a lot of strength in the SMID, we're the leader in the SMID sector, so we expect that, but I think that's particularly strong for us this time. Good FSP awards as we mentioned like you say and the good contribution from large pharma. I don't think therapeutically there was any kind of bias in it, Paul is shaking his head, so I think that's right. And but yeah, pretty balanced quarter, the business therapeutic units all firing their (inaudible) and FSP winning and winning in the SMID, using Kinetic to differentiate ourselves in clinical as well as commercial and cross-selling its commercial.

So yeah, pretty pleased with how well balanced it is. And that also helps I think I member who asked the question about resources, but when you win a balance workload like that, it really helps to enables us to deploy the resources in a more balanced way. And we're not skewing towards oncology or somewhere else which kind of creates a pinch point for resources by therapy. So yeah pretty pleased with how well balanced it was actually. And I think the pipeline looks that way still as well. It's a well-balanced pipeline not just therapeutically but also globally.

### Q - Katie Tryhane  {BIO 20334985 <GO>}

Okay. Great. That's helpful. And then in terms of I mean we saw a lot of deal activity earlier this year. Are you seeing any opportunities in the marketplace or can you provide an update on what you're seeing shake out in terms of a competitive landscape standpoint. Thanks?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

From M&A perspective, I think you mean, Katie, yeah.

### Q - Katie Tryhane  {BIO 20334985 <GO>}

Yeah, or what you're seeing in terms of with all the deal activity with some of the Syneos earlier in the year. I mean, how is that impacting? How you're competing out in the field there? Or are you seeing any opportunity to capitalize on?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yeah, absolutely. I think one of these FSP wins could be a repercussion of some that M&A activity. So, I think our stability, our scale the fact that we are growing pretty well being able to become an employee that people want to come and work for and that really helps, I think when you hire talent like that into an organization like ours it gives you opportunities to go back into customers with those people were before, so we're pretty pleased with that.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

But yeah, I think that's creating opportunity. There's plenty of activity still going on in the M&A landscape, a lot of organizations that coming up that we get to see the books of et cetera. A lot of commercial assets actually as well that are changing hands and we're excited about that. It looks like people value that commercial capability in the private sector and we're seeing a lot of interest in that. So yeah, we continue to be opportunistic around that. We continue to use our capabilities to bring in the right people and will continue to do so.

## Q - Katie Tryhane  {BIO 20334985 <GO>}

Okay, great. Thanks.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Thank you.

## Operator

Thank you. And I'm showing no further questions in the queue. I'd like to turn the call back to Alistair Macdonald for closing remarks.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Thank you. So again, thank you and since the thanks go to the entire Syneos South team where all they continue to do to manage through challenging circumstances while delivering for our customers. We remain very confident in our market positioning and look forward to continued strong growth and profitability in the second half of 2021 as the recovery from COVID-19 continues.

Thank you for your attendance today and for your interest and investment in Syneos Health. Please be safe. Have a great day and be good. Thank you.

## Operator

This concludes today's conference call. Thank you for participating. You may now disconnect.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT*

*2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

*2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*