# Exhibit 24

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
# FORM 10-Q
(Mark One)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended September 30, 2021**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to .**

**Commission File Number: 001-36730**

# SYNEOS HEALTH, INC.
**(Exact name of registrant as specified in its charter)**

| Delaware | 27-3403111 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1030 Sync Street, Morrisville, North Carolina 27560-5468**

(Address of principal executive offices and Zip Code)

**(919) 876-9300**

(Registrant's telephone number, including area code)

**N/A**

**(Former name, former address and former fiscal year, if changed since last report)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, $0.01 par value per share | SYNH | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically, every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of October 27, 2021, there were approximately 103,692,056 shares of the registrant's common stock outstanding.

Table of Contents

**SYNEOS HEALTH, INC.**
**FORM 10-Q**
**TABLE OF CONTENTS**
**PART I - FINANCIAL INFORMATION**

| | | Page |
|---|---|---|
| Item 1. | Financial Statements | 3 |
| | Condensed Consolidated Statements of Income for the three and nine months ended September 30, 2021 and 2020 (unaudited) | 3 |
| | Condensed Consolidated Statements of Comprehensive Income for the three and nine months ended September 30, 2021 and 2020 (unaudited) | 4 |
| | Condensed Consolidated Balance Sheets as of September 30, 2021 and December 31, 2020 (unaudited) | 5 |
| | Condensed Consolidated Statements of Cash Flows for the nine months ended September 30, 2021 and 2020 (unaudited) | 6 |
| | Condensed Consolidated Statements of Shareholders' Equity for the three and nine months ended September 30, 2021 and 2020 (unaudited) | 7 |
| | Notes to Condensed Consolidated Financial Statements (unaudited) | 8 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 27 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 43 |
| Item 4. | Controls and Procedures | 43 |

**PART II - OTHER INFORMATION**

| | | |
|---|---|---|
| Item 1. | Legal Proceedings | 43 |
| Item 1A. | Risk Factors | 43 |
| Item 2. | Unregistered Sales of Equity Securities, Use of Proceeds and Issuer Purchases of Equity Securities | 43 |
| Item 5. | Other Information | 44 |
| Item 6. | Exhibits | 45 |
| | Signature | 46 |

2

Table of Contents
**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations.**

***Forward Looking Statements***

You should read the following discussion and analysis of our financial condition and results of operations in conjunction with our unaudited condensed consolidated financial statements and the notes thereto included elsewhere in this Quarterly Report on Form 10-Q, and with our audited consolidated financial statements and the notes thereto included in our Annual Report on Form 10-K for the fiscal year ended December 31, 2020.

In addition to historical condensed consolidated financial information, this Quarterly Report on Form 10-Q contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 that reflect, among other things, our current expectations and anticipated results of operations, all of which are subject to known and unknown risks, uncertainties, and other factors that may cause our actual results, performance or achievements, market trends, or industry results to differ materially from those expressed or implied by such forward-looking statements. Therefore, any statements contained herein that are not statements of historical fact may be forward-looking statements and should be evaluated as such, including our business strategy, the future impact of the COVID-19 pandemic on our business, financial results, and financial condition, benefits of acquisitions, and planned capital expenditures. Without limiting the foregoing, the words "anticipates," "believes," "can," "continue," "could," "estimates," "expects," "intends," "may," "might," "plans," "projects," "should," "would," "targets," "will" and the negative thereof and similar words and expressions are intended to identify forward-looking statements. Unless legally required, we assume no obligation to update any such forward-looking information to reflect actual results or changes in the factors affecting such forward-looking information.

We caution you that any such forward-looking statements are further qualified by important factors that could cause our actual operating results to differ materially from those in the forward-looking statements, including without limitation, regional, national, or global political, economic, business, competitive, market, and regulatory conditions and the following: risks associated with the COVID-19 pandemic; our potential failure to generate a large number of new business awards and the risk of delay, termination, reduction in scope, or failure to go to contract of our business awards; our potential failure to convert backlog to revenue; fluctuations in our operating results and effective income tax rate; the impact of potentially underpricing our contracts, overrunning our cost estimates, or failing to receive approval for or experiencing delays with documentation of change orders; cyber-security and other risks associated with our information systems infrastructure; changes and costs of compliance with regulations related to data privacy; concentration of our customers or therapeutic areas; the risks associated with doing business internationally; risks related to the impact of the U.K.'s withdrawal from the European Union; challenges by tax authorities of our intercompany transfer pricing policies; our potential failure to successfully increase our market share, grow our business, and execute our growth strategies; our ability to effectively upgrade our information systems; our failure to perform our services in accordance with contractual requirements, regulatory standards, and ethical considerations; risks related to the management of clinical trials; risks related to investments in our customers' businesses or drugs and our related commercial rights strategies; the need to hire, develop, and retain key personnel; the impact of unfavorable economic conditions, including the uncertain international economic environment, changes in exchange rates; effective income tax rate fluctuations; our ability to protect our intellectual property; risks related to our acquisition strategy, including our ability to realize synergies; our relationships with customers who are in competition with each other; any failure to realize the full value of our goodwill and intangible assets; risks related to restructuring; our compliance with anti-corruption and anti-bribery laws; our dependence on third parties; potential employment liability; our ability to utilize net operating loss carryforwards and other tax attributes; downgrades of our credit ratings; competition in the biopharmaceutical services industry; outsourcing trends and changes in aggregate spending and research and development budgets; the impact of, including changes in, government regulations and healthcare reform; our ability to keep pace with rapid technological change; the cost of and our ability to service our substantial indebtedness; and other risks related to ownership of our common stock. For a

27

Table of Contents

further discussion of the risks relating to our business, refer to "Risk Factors" in Part I, Item 1A of our Annual Report on Form 10-K for the fiscal year ended December 31, 2020.

### Overview of Our Business and Services

We are a leading global biopharmaceutical solutions organization providing a full suite of clinical and commercial services to customers in the biopharmaceutical, biotechnology, and healthcare industries. We offer both stand-alone and integrated biopharmaceutical product development solutions ranging from Early Phase (Phase I) clinical trials to the full commercialization of biopharmaceutical products, with the goal of increasing the likelihood of regulatory approval and commercial success.

Our operations are divided into two reportable segments, Clinical Solutions and Commercial Solutions. Our Clinical Solutions segment offers a variety of services spanning Phases I to IV of clinical development, including full service global studies and real world evidence programs, as well as individual service offerings such as clinical monitoring, investigator recruitment, patient recruitment, data management, and study start-up to assist customers with their drug development process. Our Commercial Solutions segment provides commercialization services, including deployment solutions, communication solutions (public relations, advertising, and medical communications), and consulting services. We integrate our clinical and commercial capabilities into customized solutions by sharing knowledge, data, and insights through our Biopharmaceutical Acceleration Model. This collaboration across the development and commercialization continuum facilitates unique insights into patient populations, therapeutic environments, product timelines, and the competitive landscape. For further discussion, refer to "Business" in Part I, Item 1 of our Annual Report on Form 10-K for the fiscal year ended December 31, 2020.

During the three months ended September 30, 2021, we acquired StudyKIK, a leading technology-enabled clinical trial recruitment and retention company, expanding our portfolio of patient-direct, technology-enabled solutions. StudyKIK supports patient recruitment, patient retention, eConsent Solutions, Telemedicine Video Calling, and study companion mobile applications to expedite clinical trials, which we believe will result in benefits to customers including accelerated patient enrollment and retention, extensive patient population-based insights, improved site, sponsor and physician experiences, and reduced patient burden.

Prior period segment results have been recast to reflect the transfer of the Kinapse Regulatory and Operations Consulting service lines from Commercial Solutions to Clinical Solutions to align with management reporting in 2021.

### COVID-19 Pandemic

On March 11, 2020, the World Health Organization designated the outbreak of the novel strain of coronavirus that causes the disease known as COVID-19 as a global pandemic. Governments and businesses around the world have taken unprecedented actions to mitigate the spread of COVID-19, including, but not limited to, shelter-in-place orders, quarantines, significant restrictions on travel, social distancing practices as well as restrictions that prohibit many employees from going to work in person. As a result, we experienced significant impacts to our business and results of operations from COVID-19 during 2020 and to a lesser extent for the nine months ended September 30, 2021. While certain governments have eased restrictions, the pandemic continues to be disruptive to our business. The pandemic and associated economic impacts are expected to continue to impact our future financial condition, results of operations and cash flows.

For a further discussion of this and other risks relating to our business, refer to "Risk Factors" in Part I, Item 1A of our Annual Report on Form 10-K for the fiscal year ended December 31, 2020.

Table of Contents

**New Business Awards and Backlog**

We add new business awards to backlog when we enter into a contract or when we receive a written commitment from the customer selecting us as a service provider, provided that:

- collection of the award value is probable;

- the project or projects are expected to commence within a certain period of time from the end of the quarter in which the award was granted;

- project contingencies such as the outcome of other clinical trials, funding approvals, or other events, are not anticipated to prevent the project or projects from commencing in accordance with the expected timeline;

- the customer has entered or intends to enter into a comprehensive contract as soon as practicable; and

- for awards related to deployment solutions and functional service provider offerings, a maximum of twelve months of services are included in the award value.

In addition, we continually evaluate our backlog to determine if any of the previously awarded work is no longer expected to be performed, regardless of whether we have received formal cancellation notice from the customer. If we determine that any previously awarded work is no longer probable of being performed, we remove the value from our backlog based on the risk of cancellation. We recognize revenue from these awards as services are performed, provided we have received proper authorization from the customer.

We report new business awards for our Clinical Solutions and Commercial Solutions segments on a trailing twelve months ("TTM") basis. Our total backlog represents backlog for our Clinical Solutions segment and the deployment solutions offering within our Commercial Solutions segment. We do not report backlog for the remaining service offerings in the Commercial Solutions segment.

*Backlog*

Our backlog consists of anticipated future revenue from business awards that either have not started, or that are in process and have not been completed. Our backlog also reflects any cancellation or adjustment activity related to these awards. The average duration of our contracts will fluctuate from period to period based on the contracts comprising our backlog at any given time. The majority of our contracts contain early termination provisions that typically require notice periods ranging from 30 to 90 days.

Our backlog as of September 30 was as follows (in millions):

|  | 2021 | 2020 | Change | |
|---|---|---|---|---|
| Clinical Solutions | $ 11,281.4 | $ 9,222.4 | $ 2,059.0 | 22.3% |
| Commercial Solutions - Deployment Solutions | 732.8 | 586.7 | 146.1 | 24.9% |
| Total backlog | $ 12,014.2 | $ 9,809.1 | $ 2,205.1 | 22.5% |

We expect approximately $1.16 billion of our backlog as of September 30, 2021 will be recognized as revenue during the remainder of 2021. We adjust the amount of our backlog each quarter for the effects of fluctuations in foreign currency exchange rates.

Table of Contents

***Net New Business Awards***

New business awards, net of cancellations, for the TTM periods ended September 30 were as follows (in millions):

|  | 2021 | 2020 |
|---|---|---|
| Clinical Solutions | $ 5,322.2 | $ 4,739.6 |
| Commercial Solutions | 1,331.1 | 1,152.5 |
| Total net new business awards | $ 6,653.3 | $ 5,892.1 |

New business awards have varied and may continue to vary significantly from quarter to quarter. Fluctuations in our net new business award levels often result from the fact that we may receive a small number of relatively large orders in any given reporting period. Because of these large orders, our backlog and net new business awards in a reporting period may reach levels that are not sustainable in subsequent reporting periods.

We believe that our backlog and net new business awards might not be consistent indicators of future revenue because they have been, and likely will continue to be, affected by a number of factors, including the variable size and duration of projects, many of which are performed over several years, and changes to the scope of work during the course of projects. Additionally, projects may be canceled or delayed by the customer or regulatory authorities. Net new business awards and backlog have been and we expect will continue to be affected by the broad effects of the COVID-19 pandemic on the global economy and major financial markets, as well as various other risks and uncertainties detailed in Part I, Item 1A "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended December 31, 2020. We generally do not have a contractual right to the full amount of the awards reflected in our backlog. If a customer cancels an award, we might be reimbursed for the costs we have incurred. As we increasingly compete for and enter into large contracts that are more global in nature, we expect that the rate at which our backlog and net new business awards convert into revenue is likely to decrease, and the duration of projects and the period over which related revenue is recognized to lengthen. For more information about risks related to our backlog see Part I, Item 1A "Risk Factors - Risks Related to Our Business - Our backlog might not be indicative of our future revenues, and we might not realize all of the anticipated future revenue reflected in our backlog." in our Annual Report on Form 10-K for the fiscal year ended December 31, 2020.

Table of Contents

### Results of Operations

The following table sets forth amounts from our condensed consolidated statements of income along with dollar and percentage changes (in thousands, except percentages):

| | Three Months Ended September 30, | | Change | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | | |
| Revenue | $ 1,348,230 | $ 1,099,004 | $ 249,226 | 22.7% |
| Costs and operating expenses: | | | | |
| Direct costs (exclusive of depreciation and amortization) | 1,031,887 | 820,228 | 211,659 | 25.8% |
| Selling, general, and administrative expenses | 139,524 | 118,051 | 21,473 | 18.2% |
| Restructuring and other costs | 7,209 | 6,523 | 686 | 10.5% |
| Depreciation and amortization | 56,254 | 55,448 | 806 | 1.5% |
| Total operating expenses | 1,234,874 | 1,000,250 | 234,624 | 23.5% |
| Income from operations | 113,356 | 98,754 | 14,602 | 14.8% |
| Total other expense, net | 12,947 | 31,384 | (18,437) | (58.7)% |
| Income before provision for income taxes | 100,409 | 67,370 | 33,039 | 49.0% |
| Income tax expense | 22,166 | 3,954 | 18,212 | 460.6% |
| Net income | $ 78,243 | $ 63,416 | $ 14,827 | 23.4% |

| | Nine Months Ended September 30, | | Change | |
| --- | --- | --- | --- | --- |
| | 2021 | 2020 | | |
| Revenue | $ 3,839,586 | $ 3,275,758 | $ 563,828 | 17.2% |
| Costs and operating expenses: | | | | |
| Direct costs (exclusive of depreciation and amortization) | 2,969,718 | 2,550,134 | 419,584 | 16.5% |
| Selling, general, and administrative expenses | 421,507 | 351,942 | 69,565 | 19.8% |
| Restructuring and other costs | 18,403 | 23,414 | (5,011) | (21.4)% |
| Depreciation and amortization | 171,903 | 167,576 | 4,327 | 2.6% |
| Total operating expenses | 3,581,531 | 3,093,066 | 488,465 | 15.8% |
| Income from operations | 258,055 | 182,692 | 75,363 | 41.3% |
| Total other expense, net | 59,596 | 65,899 | (6,303) | (9.6)% |
| Income before provision for income taxes | 198,459 | 116,793 | 81,666 | 69.9% |
| Income tax expense | 39,587 | 15,892 | 23,695 | 149.1% |
| Net income | $ 158,872 | $ 100,901 | $ 57,971 | 57.5% |

### Revenue

For the three months ended September 30, 2021, our revenue increased by $249.2 million, or 22.7%, to $1,348.2 million from $1,099.0 million for the three months ended September 30, 2020. For the nine months ended September 30, 2021, our revenue increased by $563.8 million, or 17.2%, to $3,839.6 million from $3,275.8 million for the nine months ended September 30, 2020. These increases were primarily driven by growth in both our Clinical Solutions and Commercial Solutions segments as discussed below.

No single customer accounted for greater than 10% of our total consolidated revenue for the three and nine months ended September 30, 2021 and 2020. Revenue from our top five customers accounted for approximately 24% and 23% of revenue for the three months ended September 30, 2021 and 2020, respectively, and 22% of revenue for both the nine months ended September 30, 2021 and 2020.

31

Table of Contents

Revenue for each of our segments was as follows (dollars in thousands):

| | Three Months Ended September 30, | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2021 | % of total | 2020 | % of total | Change | | |
| Clinical Solutions | $ 1,037,445 | 76.9% | $ 837,237 | 76.2% | $ 200,208 | | 23.9% |
| Commercial Solutions | 310,785 | 23.1% | 261,767 | 23.8% | 49,018 | | 18.7% |
| Total revenue | $ 1,348,230 | | $ 1,099,004 | | $ 249,226 | | 22.7% |
| | Nine Months Ended September 30, | | | | | | |
| | 2021 | % of total | 2020 | % of total | Change | | |
| Clinical Solutions | $ 2,966,541 | 77.3% | $ 2,475,560 | 75.6% | $ 490,981 | | 19.8% |
| Commercial Solutions | 873,045 | 22.7% | 800,198 | 24.4% | 72,847 | | 9.1% |
| Total revenue | $ 3,839,586 | | $ 3,275,758 | | $ 563,828 | | 17.2% |

*Clinical Solutions*

For the three and nine months ended September 30, 2021, revenue attributable to our Clinical Solutions segment increased compared to the same periods in the prior year, primarily driven by recovery from the COVID-19 pandemic and the acquisitions of SHCR Holdings Corporation ("Synteract") and Illingworth Research Group™ ("Illingworth Research") that were completed in the fourth quarter of 2020. The recovery from the COVID-19 pandemic includes increased project start-ups, including larger pharmaceutical customer relationships and COVID-19 projects that generally have higher reimbursable out-of-pocket expenses. The revenue increase for the nine months ended September 30, 2021 was partially offset by a decrease related to the divestiture of our contingent staffing business in the second quarter of 2020. For the three and nine months ended September 30, 2021, revenue was positively impacted by $6.8 million and $44.1 million, respectively, from fluctuations in foreign currency exchange rates compared to the same periods in the prior year.

Although we are aggressively managing our response to the COVID-19 pandemic, we expect that the COVID-19 pandemic will continue to negatively impact our Clinical Solutions revenue throughout the remainder of 2021, depending on the continuation of the pandemic. At this time, we believe that the ongoing impacts to revenue in our Clinical Solutions segment will be less significant but similar in nature to those experienced in 2020 with the most significant being the trend of more remote monitoring visits and delayed patient enrollment, resulting in lower reimbursable out-of-pocket expenses and related revenue as the recovery continues. We expect a moderate increase in the use of remote monitoring from pre-COVID-19 levels, although below levels necessitated in 2020.

*Commercial Solutions*

For the three and nine months ended September 30, 2021, revenue attributable to our Commercial Solutions segment increased compared to the same periods in the prior year, primarily driven by recovery from the COVID-19 pandemic and strength in new project start-ups. The revenue increases were partially offset by decreases related to the divestiture of our medication adherence business in the fourth quarter of 2020.

Although we are aggressively managing our response to the COVID-19 pandemic, we expect that the COVID-19 pandemic will continue to negatively impact our Commercial Solutions revenue throughout the remainder of 2021, depending on the continuation of the pandemic. At this time, we believe that the ongoing impacts to revenue in our Commercial Solutions segment will be temporary and relate to delayed decision-making related to new business awards, delays or cancellations of existing projects, declines in field team visits to healthcare providers and investigator meetings, and travel disruptions, similar to but less significant than those experienced in 2020, resulting in lower reimbursable out-of-pocket expenses and revenue relative to pre-pandemic levels as the recovery continues.

32

Table of Contents

***Direct Costs***

Direct costs consist principally of compensation expense and benefits associated with our employees and other employee-related costs, and reimbursable out-of-pocket expenses directly related to delivering on our projects. While we have some ability to manage the majority of these costs relative to the amount of contracted services we have during any given period, direct costs as a percentage of revenue can vary from period to period. Such fluctuations are due to a variety of factors, including, among others: (i) the level of staff utilization on our projects; (ii) adjustments to the timing of work on specific customer contracts; (iii) the experience mix of personnel assigned to projects; (iv) the service mix and pricing of our contracts; and (v) the timing of the incurrence of reimbursable out-of-pocket expenses. Relative to pre-pandemic levels, we have experienced reduced travel and other reimbursable out-of-pocket expenses related to lower physical monitoring visits for Clinical Solutions, as well as fewer field team visits to healthcare providers and investigator meetings for Commercial Solutions.

Direct costs were as follows (dollars in thousands):

| | Three Months Ended September 30, | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2021 | | 2020 | | Change |
| Direct costs (exclusive of depreciation and amortization) | $ 1,031,887 | $ | 820,228 | $ 211,659 | 25.8% |
| *% of revenue* | *76.5%* | | *74.6%* | | |
| *Gross margin %* | *23.5%* | | *25.4%* | | |
| | Nine Months Ended September 30, | | | | |
| | 2021 | | 2020 | | Change |
| Direct costs (exclusive of depreciation and amortization) | $ 2,969,718 | $ | 2,550,134 | $ 419,584 | 16.5% |
| *% of revenue* | *77.3%* | | *77.8%* | | |
| *Gross margin %* | *22.7%* | | *22.2%* | | |

For the three months ended September 30, 2021, our direct costs increased by $211.7 million, or 25.8%, compared to the three months ended September 30, 2020. For the nine months ended September 30, 2021, our direct costs increased by $419.6 million, or 16.5%, compared to the nine months ended September 30, 2020. These increases were primarily driven by higher reimbursable out-of-pocket expenses, impacts from the acquisitions that were completed in the fourth quarter of 2020, and temporary cost management strategies in response to the COVID-19 pandemic in the prior year. These increases were partially offset by decreases from business divestitures in 2020.

Table of Contents

*Clinical Solutions*

Direct costs for our Clinical Solutions segment, excluding share-based compensation expense, were as follows (dollars in thousands):

| | Three Months Ended September 30, | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2021 | | 2020 | | Change | |
| Direct costs | $ | 777,065 | $ | 607,951 | $ | 169,114 | 27.8% |
| *% of segment revenue* | | 74.9% | | 72.6% | | |
| *Segment gross margin %* | | 25.1% | | 27.4% | | |
| | Nine Months Ended September 30, | | | | | |
| | 2021 | | 2020 | | Change | |
| Direct costs | $ | 2,243,988 | $ | 1,887,611 | $ | 356,377 | 18.9% |
| *% of segment revenue* | | 75.6% | | 76.2% | | |
| *Segment gross margin %* | | 24.4% | | 23.8% | | |

For the three months ended September 30, 2021, our Clinical Solutions segment direct costs increased by $169.1 million, or 27.8%, compared to the three months ended September 30, 2020. For the nine months ended September 30, 2021, our Clinical Solutions segment direct costs increased by $356.4 million, or 18.9%, compared to the nine months ended September 30, 2020. These increases were primarily driven by higher reimbursable out-of-pocket expenses, impacts from the acquisitions that were completed in the fourth quarter of 2020, temporary cost management strategies in response to the COVID-19 pandemic in the prior year, and negative impacts of foreign exchange rate fluctuations. These increases were partially offset by positive impacts from our *ForwardBound* margin enhancement initiative. The increase related to the nine months ended September 30, 2021 was also partially offset by a decrease from the divestiture of our contingent staffing business in the second quarter of 2020.

Gross margins for our Clinical Solutions segment were 25.1% and 27.4% for the three months ended September 30, 2021 and 2020, respectively, and 24.4% and 23.8% for the nine months ended September 30, 2021 and 2020, respectively. Gross margin was lower for the three months ended September 30, 2021 as compared to the same period in the prior year due to higher costs in the current year primarily driven by recovery from the COVID-19 pandemic, including higher reimbursable out-of-pocket expenses and temporary cost management strategies in response to the COVID-19 pandemic in the prior year, as well as negative impacts of foreign exchange rate fluctuations. Gross margin was higher for the nine months ended September 30, 2021 as compared to the same period in the prior year primarily due to revenue growth and positive impacts from our *ForwardBound* margin enhancement initiative, partially offset by higher reimbursable out-of-pocket expenses, temporary cost management strategies in response to the COVID-19 pandemic in the prior year, and negative impacts of foreign exchange rate fluctuations.

Table of Contents

*Commercial Solutions*

Direct costs for our Commercial Solutions segment, excluding share-based compensation expense, were as follows (dollars in thousands):

|  | Three Months Ended September 30, | | Change | |
| --- | --- | --- | --- | --- |
|  | 2021 | 2020 | | |
| Direct costs | $ 246,406 | $ 204,577 | $ 41,829 | 20.4% |
| % of segment revenue | 79.3% | 78.2% | | |
| Segment gross margin % | 20.7% | 21.8% | | |
|  | Nine Months Ended September 30, | | Change | |
|  | 2021 | 2020 | | |
| Direct costs | $ 700,092 | $ 638,535 | $ 61,557 | 9.6% |
| % of segment revenue | 80.2% | 79.8% | | |
| Segment gross margin % | 19.8% | 20.2% | | |

For the three months ended September 30, 2021, our Commercial Solutions segment direct costs increased by $41.8 million, or 20.4%, compared to the three months ended September 30, 2020. For the nine months ended September 30, 2021, our Commercial Solutions segment direct costs increased by $61.6 million, or 9.6%, compared to the nine months ended September 30, 2020. These increases were primarily related to recovery from the COVID-19 pandemic and temporary cost management strategies in the prior year, partially offset by the divestiture of our medication adherence business in the fourth quarter of 2020.

Gross margins for our Commercial Solutions segment were 20.7% and 21.8% for the three months ended September 30, 2021 and 2020, respectively, and 19.8% and 20.2% for the nine months ended September 30, 2021 and 2020, respectively. Gross margins were lower during the current year periods as compared to the same periods in the prior year due to higher costs in the current year primarily driven by recovery from the COVID-19 pandemic, including the impact of temporary cost management strategies in response to the COVID-19 pandemic in the prior year and higher reimbursable out-of-pocket expenses.

***Selling, General, and Administrative Expenses***

Selling, general, and administrative expenses were as follows (dollars in thousands):

|  | Three Months Ended September 30, | | Change | |
| --- | --- | --- | --- | --- |
|  | 2021 | 2020 | | |
| Selling, general, and administrative expenses | $ 139,524 | $ 118,051 | $ 21,473 | 18.2% |
| % of total revenue | 10.3% | 10.7% | | |
|  | Nine Months Ended September 30, | | Change | |
|  | 2021 | 2020 | | |
| Selling, general, and administrative expenses | $ 421,507 | $ 351,942 | $ 69,565 | 19.8% |
| % of total revenue | 11.0% | 10.7% | | |

35

Table of Contents

**Item 3. Quantitative and Qualitative Disclosures About Market Risk.**

There have been no material changes to our quantitative and qualitative disclosures about market risk as compared to the quantitative and qualitative disclosures about market risk described in our Annual Report on Form 10-K for the fiscal year ended December 31, 2020.

**Item 4. Controls and Procedures.**

***Evaluation of Disclosure Controls and Procedures***

Our management, with the participation of our CEO and CFO, has evaluated the effectiveness of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended (the "Exchange Act")), as of the end of the period covered by this Quarterly Report on Form 10-Q. Based on such evaluation, our CEO and CFO have concluded that as of such date, our disclosure controls and procedures were effective at the reasonable assurance level.

In designing and evaluating the disclosure controls and procedures, management recognizes that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives.

***Changes in Internal Controls***

There have been no changes in our internal control over financial reporting identified in management's evaluation pursuant to Rules 13a-15(d) or 15d-15(d) of the Exchange Act during the period covered by this Quarterly Report on Form 10-Q that materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**PART II. OTHER INFORMATION**

**Item 1. Legal Proceedings.**

We are party to legal proceedings incidental to our business. While our management currently believes the ultimate outcome of these proceedings, individually and in the aggregate, will not have a material adverse effect on our consolidated financial statements, litigation is subject to inherent uncertainties. Were an unfavorable ruling to occur, there exists the possibility of a material adverse impact on our financial condition and results of operations.

Please refer to "Note 16 - Commitments and Contingencies" of our unaudited condensed consolidated financial statements in Part I, Item 1 of this Quarterly Report on Form 10-Q for additional material developments to legal proceedings included in our Annual Report on Form 10-K for the fiscal year ended December 31, 2020.

**Item 1A. Risk Factors.**

There have been no material changes from the risk factors previously disclosed in our Annual Report on Form 10-K for the year ended December 31, 2020. Refer to "Risk Factors" in Part 1, Item 1A of that report for a detailed discussion of risk factors affecting us.

**Item 2. Unregistered Sales of Equity Securities, Use of Proceeds, and Issuer Purchases of Equity Securities.**

***Recent Sales of Unregistered Securities***

Not applicable.