# Exhibit 26

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-11-18

# Jefferies London Healthcare Virtual Conference

## Company Participants

- Alistair Macdonald, CEO & Director
- Dave Windley, Analyst

## Presentation

### Dave Windley  {BIO 2411309 <GO>}

Hi. Good day everyone. I'm Dave Windley with Jefferies Healthcare equity research department here with our London Healthcare Conference. Very much appreciate your attendance and support of our London Healthcare Conference. Here in this session to speak with me in fireside chat is Syneos Health. Ticker is SYNH. The company's CEO Alistair Macdonald, is here with me and will be discussing trends and outlook for the company. I'll caveat. We are prerecording this on Monday morning, November 15. I'm sure you'll be accessing this after Thursday when it becomes live. So Alistair, thank you very much for your time and your participation here. We appreciate your support.

Let me just start off with the question at hand that has come up over the last weekend, which is the talks or the headline about your potential talks with LabCorp. It is a topic that has, maybe over the years, come up more than once, and there's some detail to it this time. So perhaps you could -- I'll turn the floor over to you to comment on your thoughts around that particular headline.

## Questions And Answers

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Okay. Well morning, Dave. Thanks for having us. I'm just sad that it's not face to face this year for us. But yes, I mean like you say it seems to be an annual headline that pops up, but -- and it's not our normal policy to comment on market rumors, and that's what we'll do in the future. But we have a very heavy week starting with you guys this -- today in terms of investor and analyst activity. So we just thought it was prudent for us to say something so that we can talk about the business a little bit more rather than talk about rumors that are out there.

But we constantly look at organizations, both large and small, really. And as part of our capital deployment approach, we look at taking down the leverage, look at additions, smaller tuck-ins, things that are going to capitalize the business. We've been doing that for the last couple of years with Synteract and StudyKIK, Illingworth, et cetera, RxDataScience most recently to drive differentiation into the business and drive the business forward.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-11-18

But inevitably, I think in a period of consolidation at the larger end of the pond or at the larger end of the market, deeper end of the pool, people are going to put two and two together. Syneos is a very attractive organization. We've got a lot going for us. We've got a unique model that's really coming to life. So yes, I think we're always going to get stuck in the frame when rumors start to -- sets well around the market.

## A - Dave Windley  {BIO 2411309 <GO>}

So Alistair, thanks for that. I wanted to kind of zoom out and generalize on scale in the industry and think about -- so you've added Synteract. I think if I provide some backdrop on this, it would be that INC Research was very strong in the small end of the market, the smaller customer cohort. Your merger with inVentiv was really, in essence, to break into bigger pharma. Synteract was then kind of an acquisition to revert back on the small side or redouble your efforts on the small side. How would you assess Syneos' current scale in the industry and your ability to address up and down the customer size cohorts?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. No, it's a good question, yes. I think we've been successful in both ends of the market, if you like. It's -- I think scale is really important. I think we have enough scale, Syneos. We don't get told by customers we're not big enough. For instance, we're a top three clinical execution -- clinical trial execution CRO. So again invited to the big dancers, we've been successful in those. We've managed to grow the large pharma portfolio that we have very successfully and have good conversations ongoing with other customers who see Syneos as a very viable provider for them.

So having that capability when we brought the organizations together 4.5 years ago now, it was about can we build a big FSP platform, which we've done. Can we have the horsepower to penetrate large pharma, which we've done, and that continues to grow for us. On the smaller end, you're quite right, I think Syneos, previously as INC Research, was very successful in that SMID market. We still have fantastic engagement with the SMID.

Adding Synteract to the fold was a part of -- approaching a part of that SMID market that we've grown a little bit away from, which was the emerging biotechs, cell and gene therapy, things like that, in that space that Synteract were doing really well in. I'm happy to say that Synteract has continued to do really well in that space and has provided us great access. We've provided them with great revenue synergies and access to countries where they previously couldn't put projects on the ground.

So that's been the success for us. Those organizations, both Syneos' Clinical and Synteract are coming much closer together. Then we've added things that have really helped drive things into that sector of the market, ConcertAI. Synteract could never provide that to its customers before. Now it provides ConcertAI capabilities to its customers, synthetic control arms, things like that. StudyKIK, RxDataScience, we're just able to help them play in a bigger platform.

So for us, the SMID market remains very, very important. Our Syneos One model is targeted at that space. And as we continue to pick up assets that drive into

commercial, it's very important for us to have good clinical accessibility and relationships in that space. With more than 50% -- I think it was 60% in 2020, 60% of products that went for approval and were launched by people in the SMID.

And so it's very important for us to have that accessibility and that connectivity in the clinical end to put the Syneos One model into those organizations and pull that work all the way over to commercial, as we've just demonstrated. I think a lot of people didn't think it was possible, we've just done it. So we did it in Q3, launched the products, and we've got a whole pipeline of work that's heading down that track.

### A - Dave Windley  {BIO 2411309 <GO>}

I definitely want to come back to that later in our questions. But sticking with the customer cohorts, so Syneos breaks down in your disclosures your cohorts by top one to 20, 21 to 50, 51 and over. Your -- I'm sure it's a little bit of a figment of numbers and probably, in some cases, rounding, but that's part of why I want to ask the question is the kind of the top cohort, one to 20, and the bottom cohort, the 51 and above, have done really, really well. That middle tier is the one that appears to have stalled out. Is there something unique? Is that no longer attractive to Syneos? Or is there just something unusual in the numbers that makes it look that way?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

It's a very attractive space for us. We've done really well. So I think we're really pleased with all the customer segments, including the 21 through 50. We've seen good growth in the malls [ph] in 2021 versus 2020. We have good strong relationships in the 21 to 50. They do tend to be a little bit more cyclical, though. So large pharma, you've got a constant flow. The SMID kind of aggregates the constant flow because you've got so many customers in there. Then 21 through 50, you've got a much smaller customer base in terms of number that kind of fluctuate a little bit.

So -- and I think we had one of those customers actually went from -- I think they were literally 21 and have moved up into the teens. So over time, their number has gone up into our large pharma segment as they've grown, which is great. We're riding a horse that's growing and doing very well. So they -- it is an interesting -- I think it's more of a function of the way that we split the segments rather than anything within that segment.

So it's a sector that we're very happy with, and it's a sector that we get very interesting conversations in because they are a little bit caught between, I'm not a SMID, I'm not a large pharma. Which parts of the model are going to be relevant overall? And what do I need? And do I have the scale to be FSP? Should I think more about Syneos One? So it's a good sector for us to be able to cover because we have such a broad range of capabilities in the delivery model.

### A - Dave Windley  {BIO 2411309 <GO>}

And while we're -- thank you for that. That's helpful. Especially the 20 -- 21 moving into the top 20, that's one of those figments of the numbers things. Maybe thinking about the last 5-ish years, four to five years since the inVentiv, could you talk about

how your win rate is changing? And if you care to -- within those three cohorts would be interesting. But just as you first merged with inVentiv, pushed into big pharma, I would guess that you would say your big pharma hit rate, win rate improved dramatically. Then you had Synteract. How have the various corporate actions impacted your win rate over the last four or five years as you've grown the business?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. I think the biggest impact has been in the large pharma space. I mean our win rate -- breaking into those accounts is difficult. But then once you're in there and you -- they see what you're able to deliver and the tech that we're bringing, our win rate has been very, very strong in those accounts. I think the feedback that we've had, particularly recently over the delivery model and then the innovation that we're bringing both through internal development, things like Kinetic, we've deployed Kinetic on commercial and clinical, adding things like StudyKIK really align us, I think with the way that some of our large pharma company partners think. Also, being able to partner with people like Aetion and take them into discussions with large pharma, that's very valuable.

So yes, the win rate for us has been very strong in both sectors. You've seen, I think an improvement overall over the last few years of the consistency and the scale of our book-to-bill that's driving the growth in the company. We're particularly pleased with the win rates that we see across the SMID and ensuring that we're very compelling there.

Then if I look at Syneos One, once we get a real engagement discussion going with Syneos One customers, they tend to be -- it's like a consulting-type sale where if you get in there and get the discussion going, you have an extremely high win rate because we're the only people who can offer that model and bring that full infrastructure. So we try and think about not just what services a customer is asking us for, but how can we drive the most value to that customer by challenging them and saying, we're sitting on each one, we can take you all the way to the market or, okay you just want to run a transactional trial, we can do that. But I think what really helped us out by having the ability to approach it in a few different ways.

## A - Dave Windley  {BIO 2411309 <GO>}

Very helpful. You mentioned breaking into the big pharma is hard, but then you get in and they see what you bring. In particular, you said the technology that we bring in that sentence. So my next two questions really dovetail off of that. First of all, I want to talk more philosophically about your technology strategy. Then you've mentioned several of the names, ConcertAI, Aetion, some of those. So the second question, we'll get into that.

But over the years, Syneos has been more of a, we don't want to develop technology, we don't want to develop software, we'll never outspend the software players, et cetera. I think your thoughts about that have become more nuanced, and so maybe you can describe how your thinking has evolved around technology.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. It's really focused on bringing the innovation that we want to customers to solve complex challenges. So whether it's -- it's really we look for companies that are a little bit more tech-enabled, things like Illingworth, things like StudyKIK across that whole life cycle. But I think if you're acquiring companies like that, you do end up picking up technology along the way. We've always had that Dynamic Assembly approach, which is a partnering -- it started out as a partnering model. It's a little bit more nuanced than that now. It's more of a kind of partner kind of build-our-own umbrella.

So we look at things that we think will catalyze the business and add innovation. I think you've always got to keep your CRO, your service company moving forward. If you let these companies sit and there's nothing new to talk to customers about, it starts to flounder. So adding things like StudyKIK, RxDataScience is another element that we've worked with it, both organizations in preceding times, and we're just blown away by their capabilities to provide a service to a customer, whether that be an analytical data service through RxDataScience or a patient engagement or a study acceleration services through StudyKIK.

And that's the kind of thing that we need to be able to deliver to customers, the fact that they bring technology with them, the fact that, that technology is now -- we're able to connect that with things like PatientGO and SourceGO [ph] that we picked up through Illingworth are helping us really bring something that's quite well differentiated to the customer. In that sweet spot where we've always talked about, the patient engagement, the site engagement, that really converts numbers in the database to active trial participants, and that's what we get paid for on the clinical side.

Then on the flip side, for commercial, how do we engage HCPs in their own space and time? So how do we digitize things like Kinetic? How do we get the engagement that customers want us to provide with healthcare providers without driving all over the place, creating a huge environmental footprint and getting in the way when you get to a site?

So I think the Kinetic platform has been great for us. The first thing, I think I can ever remember of us developing on our own that just hit the sweet spot, and it's been a really great tool. It's a bit of a lifesaver, really, through Covid because we're able to switch all of our reps onto it, and we haven't looked back. It's been a tremendous asset, and we've seen improvements in sales numbers and delivery for our commercial customers by using that technology. So I think that's here to stay and we're very pleased to have that.

But we'll continue to invest in technology or service -- tech-enabled services that provide us with that capability to attack the patient to go where the patient is, whether it's going to be a decentralized trial, a traditional trial or direct to patient in the future. We want to make sure that we keep the patient at the center of all that activity.

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

2021-11-18

## A - Dave Windley  {BIO 2411309 <GO>}

Right. Right. So you mentioned in that some situations where you're connecting technology from some of these different names that you mentioned. Some of those, like Illingworth or StudyKIK, you've acquired. Others of those, you're partnering with maybe a ConcertAI or an Aetion. I apologize if I got those not quite right. But how -- I guess when you don't control some of them, how difficult is it to get that harmonization of the technology and the connectivity of the technology so that what you present to the client is seamless?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. It is more difficult. But I think most of the people we work with, and it's been the same for the last 10, 12 -- well, however long, I can't remember, but we get -- we have the ability to integrate the data, to integrate the information, to plug things together in a seamless manner. Where it becomes difficult, I think being able to sit down with a partner and work out how it gets done is not that difficult to do. It's just a matter of working out what the data flows are and how the systems share data and share information and talk to each other.

And that, 20 years ago, 15 years ago, was ridiculously difficult. But now it almost seems, I will say almost seems plug and play because I actually don't sit down and do the coding. I'm sure those guys will kill me, but it just seems a heck of a lot easier, and we're able to do it quite rapidly. You want to do it so it doesn't get in the way of the execution of the project. I remember back in the day when I was in data management, it could take 12 weeks to connect two data sets together, and it certainly doesn't hold us back like it used to.

So we're very careful. I mean we've worked with all these organizations that we've added to the Syneos family or all organizations we've worked with in the past through Dynamic Assembly. It's enabled us to get an understanding of what they did and how advantaged to the organization. Then we decided to bring them in because we see a lot more positive aspects of their technology connecting to other pieces that we have to help us drive that differentiation that we always seek.

## A - Dave Windley  {BIO 2411309 <GO>}

Yes. So again a good segue. In regard to these partnerships and the point that you made about sitting down and hammering out with the partner about how it's all going to work that certainly has operational and kind of API and things like that, that bear on that, but there's also a financial components. So kind of two parts to this question.

When you acquire an Illingworth or a StudyKIK, you clearly -- I mean one, you own 100% of it financially, and so you're consolidating that up into your own organization. Are those companies enabling your clinical trial? Or is there previous service or previous capability also being sold on a stand-alone basis? Do you go to the market in two ways, both of those ways?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. Yes. Yes. So those organizations, we -- let's take StudyKIK for an example. Well StudyKIK or Illingworth, you could interchange these two for certain -- well, all of them, really. What our plan is, is to integrate them into an overall Syneos delivery platform, so -- or model, where we're able to say look, let us run this trial. We'll have all these aspects in it, the differentiation, so on and so forth. But then StudyKIK, Illingworth, they all have their own customer bases already. Some of those are other CROs, and they seem very happy to continue to use both of those organizations, I think because they are so different, and they provide things that customers are specifically asking for.

But I think it gives us the edge when we're rolling it together as a package to take to a customer and say look, this is fully integrated within the Syneos model, and then enable them to have their own customers drive their own development. We've tried to be a little bit hands-off with those organizations. It's difficult, and those organizations want to be a part of Syneos and be a part of the main event, and we're facilitating that, too.

So yes, we kind of have -- it's a go-to-market in two orientations. To be honest, with Illingworth, we won an FSP, I think it was in Q2, where Illingworth was the preferred provider, and we'd never worked with this organization at 21 through 50. And now we've established a fairly sizable FSP and clinical monitoring with them on the back of the great work that Illingworth had done with them over the years. So a little bit Trojan horse as well it can be to carry us into organizations. But yes, we definitely want to be able to go to market in as many prongs as we can with those -- with that tool set.

## A - Dave Windley  {BIO 2411309 <GO>}

When you said that win, so it was Illingworth and its work with the client, but then the FSP was actually a clinical monitoring, so kind of a cross-sell. So the next step in this question is then to take that over into the partnerships, so the relationships you have with organizations where you haven't acquired them, but you are really highlighting their capabilities and you become, for them, a distribution channel, essentially. What are your economics in those partnership situations? How does Syneos benefit?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. I mean we don't really have overlap with those organizations in terms of service profile. So if you take a ConcertAI or you take a Aetion, et cetera, we don't really overlap with them in the things that we deliver. What we're able to do is enhance the Syneos platform. I mean to take ConcertAI as an example, if we're able to get an organization, a customer to look at a synthetic control arm in the oncology space, accelerates their trial, it's innovation that they can't provide for themselves or they can't afford themselves. And by opening up that channel, we're able to go sit with customers who might work with smaller CROs who just don't have access or the ability to deploy a synthetic control arm.

Now on the Syneos side, it's the innovation, it's the design, it's the package that is a different operational design, saves time. Time is money in our sector, like many, and brings that differentiation. And for us, it's the ability to deliver that for the customer to see the value in that and come back to us for the next trial. In a trial like that where you're not running a placebo arm or a standard-of-care arm, but you are running a synthetic control arm, we still get paid a lot for the project management, the distribution, the monitoring and so on and so forth.

But we're happy to accelerate customers because that's the maximum value we can unlock for our customers, to accelerate them through a phase. If a synthetic control arm does that or it's more ethically sound to deliver a control arm rather than a placebo arm or a standard-of-care arm, then that's the way forward in clinical trials in my mind to accelerate, to deliver the latest technology and the latest science because that differentiation brings the customer back the next time.

## A - Dave Windley  {BIO 2411309 <GO>}

It's perhaps a really nice spot to jump off of that concept of accelerating using, as you mentioned, synthetic control arms and other data-driven strategies, but also then to incorporate in the concept DCT as another thing that is purportedly making patient access or improving patient access, perhaps accelerating recruitment.

As CROs, as Syneos brings these types of capabilities to customers, how -- you mentioned we still make a lot of money in data management. We still make a lot of money in monitors. It's project management, et cetera. It kind of ushers in the question of how do the savings to the trial, the speed to the trial gets shared? How do you -- what's Syneos' economic benefit as you bring that innovation to a trial?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. It's -- well, it's hard to quantify it because -- so -- because all of our trials are bespoke really in terms of pricing. It's all different that way. But I think economics-wise, you're really just changing the way that data is collected, right? So on a decentralized trial platform, okay we might have a certain amount of patients coming in through a DCT platform. We still got to facilitate that, you still got to manage that, you still got to bring all the data together. So the data integration piece of it goes up. The complexity of that side goes up. You're missing monitoring visits because you're not going out and monitoring the patient through a site. You're doing it through a centralized site.

Now some of those patients are going to be treated at home. That's where Illingworth starts to plug in. You start to pick up revenue on that side of the business. So it shifts the model. It shifts from a traditional monitor to potentially a home nurse monitoring visit or remote monitoring, making sure that the data integrations or the data resource is synced and matching up. So it just shifts really the focus.

And I think it does -- going back to the first part of the question or the comment, it does definitely, from what we've seen, it does definitely open up the trials to more patients. That, I think is a good thing for diversity and inclusion and a good thing for the trials because if you can take the geographical factors out of these trials and you

FINAL TRANSCRIPT

Syneos Health Inc (SYNH US Equity)

can reach patients in their own home and then you've got a facility to collect the data or provide the actual treatment in-home, then you're really starting to open up. You're broadening that funnel that can actually get into your trial. I think if you can get that as wide as possible, you can accelerate the trial. You can actually pick up revenue burn and drive through more patients through these trials faster, and that's got to be a good thing for all of us.

## A - Dave Windley {BIO 2411309 <GO>}

Do you think -- and in your experience so far, as you bring these technologies that either access patients, engage patients better, access them faster, recruit them faster, maybe streamline data collection, whatever it might be, is the net impact on the average trial value neutral, positive, negative? Like is it accretive to revenue? Is it dilutive to revenue? How do you think about the net impact of all this stuff over the next five years?

## A - Alistair Macdonald {BIO 16971432 <GO>}

Yes. Well that's -- there's a lot of changes over -- in the next five years. 24 hours is a long time in this business. But yes, I think it accelerates from -- if you just run the same trial twice, one in a decentralized platform or not, I think you get some acceleration because you're opening the funnel, and you get -- you should get patient engagement and enrollment. Some of the things that we've done around Illingworth and StudyKIK, et cetera, to reach those patients regardless of what channel is the innovation that we seek in that space.

I think from a Syneos perspective, it will accelerate revenue burn because it should open that funnel and more patients come through. That's how we will burn revenue, get in -- get sites open and get the patients going. If it's decentralized and they're not sites, then okay get that channel open and get going. So for me, it accelerates.

My conversations with customers, they've got more compounds on the shelf waiting for the funding to hit them than ever before. I think we are -- I can't remember the stats, but there are a record number of compounds or biologics in development. So for me, it's just about flow. If we can facilitate flow, we can drive more revenue. Yes. You might have to win more projects because the projects might get smaller or quicker.

But I think that's -- and that's a big thing that is in favor of the -- is in the favor of the larger CROs because we're -- as you've seen with us, we invested in sites. We're investing in commercial. We're investing in clinical leadership. We're investing in tech-enabled services. You've got to be able to do all of those, to be able to run a modern day trial, to have the geographic reach, to have the technology, to have the capabilities. And for us, it's about competing with the ICONs of the world, with the IQVIAs of the world, PPD, Thermo, whatever they're going to be called.

And it's critical for us to bring differentiation. One of the big differentiators is putting an operational model in front of a customer that they believe is doable, that is faster than everybody else. If that includes decentralized trials, whether we bring a partner in to deliver that, that's our goal is shorten the distance from lab to life, and that's

about speeding up clinical trials. We'll own pieces of it. We'll partner with pieces of it. But at the end of the day it's about being able to bring that.

And with StudyKIK and with some of the other pieces of technology that we picked up, we've got a pretty compelling decentralized trial capability in-house now. So a lot of the things that StudyKIK can do above and beyond patient engagement are based around telemedicine, electronic consent, things like that. So we've got a pretty -- a part of the acquisition of StudyKIK was to equip ourselves to be able to deliver decentralized trials internally as well as through partners like Medable, like Science 37, et cetera.

## A - Dave Windley  {BIO 2411309 <GO>}

Okay. So I'm going to rephrase just to drive home the point that your answer on the trial value falls on the side of a certain -- if we assume that the industry has a certain amount of funding and spending, that the funding or the amount of spending doesn't decline because the trial gets smaller. It just allows the savings to be redeployed in another molecule that is sitting on the shelf so far -- as of now. That's really the point.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. Absolutely. But there is another element, and that's the clinical trials are getting, continue to get and have done for the last decade or so more and more complicated. So we're running trials that are -- you've got to build an operational solution forward that are so complex compared to where we started a decade ago that, that complexity drives cost, and that cost drives our revenue.

So we may not see any difference because they might be able to increase the complexity, goodness knows how some days, whilst being able to deliver on the same timeframe. So it's -- and that's -- I think that's one of the difficult things about our business, it's never -- you can never pull on one string and not affect another. So it's -- you give me a trial I can do faster, all of a sudden, they've added three endpoints and an extra 200 patients. So it's very hard to head back to where we started.

## A - Dave Windley  {BIO 2411309 <GO>}

Right. Yes. It's probably -- to your point, it's probably not shrinking trial value, it's slowing the growth of trial value. It's mitigating the impact of complexity. So I promised I'd come back to commercial, and I want to do that. We only have a few minutes remaining. But you have gotten to this first full service launch. I try to keep up with these numbers. I still don't know if I have them right. But 23 active Syneos One projects, another nine full service launches that didn't arise out of the Syneos One type relationship, so a very significant pipeline. How do you think about these layering into your commercial business? How do they roll out over the next, I don't know, couple of years?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. So we're super excited about it. We give updates at your conference, I think in New York in June and then at JPM in January. So we give two a year. But commercial is experiencing a really healthy macro environment at the moment. Biotech fundings, I know it's down from the peak, but it's still pretty high. Strong innovation, I think the model has shifted, and we've been a big part of that with Kinetic. New robust drug approvals, I think were 42, 43 year-to-date, which increasingly coming from that SMID sector.

So that Syneos One model, which, when we launched it, I think there was a few people scratching their heads and said, well, how is that going to work? SMID don't launch their own products. Well they are launching their own products. I think that's what our market research told us four or five years ago, and that's why we built the model. We've got 23 assets that are heading down the pipe. The first one's out of the market, and that's fantastic news. Michelle was up on stage. Again the team raved for that, which was great, and that's -- she loves that stuff, and you've heard that from her -- direct from the horse's mouth.

So on the commercial side, the growth in the integrated services platform, which is full -- we talked about it as full-service commercial, how we transition from FSP to full-service clinical 20 years ago. We're seeing the same in commercial, and we're really pleased that we have all the assets to be able to do that. That was one of the whole points around the inVentiv merger was to bring those assets from inVentiv to our SMID customer base. I'm happy that the dots have connected, and those things are coming through.

So yes, it's a great story. It's not just a market thing. I think Michelle and her team have done a tremendous job in professionalizing the delivery of that business, bringing in the right team members, building the right operating structures and processes, plugging into Syneos One and making that a reality. It's difficult to move things across companies, across the verticals, it's difficult. But I think the Syneos One team, Michelle's team have done a really nice job in making integration and integrated delivery of services business as usual for Syneos, and that's really promising for them in the future, I think.

## A - Dave Windley  {BIO 2411309 <GO>}

Excellent. Well I think I've probably used all my time. We could go on longer, but thank you very much for, Alistair, for your attendance. Thanks to the audience for your attention and support of our conference. Please feel free to reach out to me or to the company. Ronnie Speight heads the IR. If you have questions, we look forward to talking to you. Thanks again for your attention. Have a good day.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Cheers. Thank you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied*

*warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*