# Exhibit 36

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549
# FORM 10-Q
(Mark One)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the quarterly period ended June 30, 2022**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from _____ to _____.**

**Commission File Number: 001-36730**



# SYNEOS HEALTH, INC.
### (Exact name of registrant as specified in its charter)

| Delaware | 27-3403111 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1030 Sync Street, Morrisville, North Carolina 27560-5468**

(Address of principal executive offices and Zip Code)

**(919) 876-9300**

(Registrant's telephone number, including area code)

**N/A**

(Former name, former address and former fiscal year, if changed since last report)
Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, $0.01 par value per share | SYNH | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically, every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of July 27, 2022, there were approximately 102,653,017 shares of the registrant's common stock outstanding.

Table of Contents

**SYNEOS HEALTH, INC.**
**FORM 10-Q**
**TABLE OF CONTENTS**
**PART I - FINANCIAL INFORMATION**

|  |  | Page |
|---|---|---|
| Item 1. | Financial Statements | 3 |
|  | Condensed Consolidated Statements of Income for the three and six months ended June 30, 2022 and 2021 (unaudited) | 3 |
|  | Condensed Consolidated Statements of Comprehensive Income for the three and six months ended June 30, 2022 and 2021 (unaudited) | 4 |
|  | Condensed Consolidated Balance Sheets as of June 30, 2022 and December 31, 2021 (unaudited) | 5 |
|  | Condensed Consolidated Statements of Cash Flows for the six months ended June 30, 2022 and 2021 (unaudited) | 6 |
|  | Condensed Consolidated Statements of Shareholders' Equity for the three and six months ended June 30, 2022 and 2021 (unaudited) | 7 |
|  | Notes to Condensed Consolidated Financial Statements (unaudited) | 8 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 24 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 36 |
| Item 4. | Controls and Procedures | 36 |

**PART II - OTHER INFORMATION**

| Item 1. | Legal Proceedings | 37 |
|---|---|---|
| Item 1A. | Risk Factors | 37 |
| Item 2. | Unregistered Sales of Equity Securities, Use of Proceeds and Issuer Purchases of Equity Securities | 37 |
| Item 5. | Other Information | 38 |
| Item 6. | Exhibits | 39 |
|  | Signature | 41 |

2

Table of Contents

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations.**

***Forward Looking Statements***

You should read the following discussion and analysis of our financial condition and results of operations in conjunction with our unaudited condensed consolidated financial statements and the notes thereto included elsewhere in this Quarterly Report on Form 10-Q, and with our audited consolidated financial statements and the notes thereto included in our Annual Report on Form 10-K for the fiscal year ended December 31, 2021 (our "2021 Form 10-K").

In addition to historical condensed consolidated financial information, this Quarterly Report on Form 10-Q contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995 that reflect, among other things, our current expectations and anticipated results of operations, all of which are subject to known and unknown risks, uncertainties, and other factors that may cause our actual results, performance or achievements, market trends, or industry results to differ materially from those expressed or implied by such forward-looking statements. Therefore, any statements contained herein that are not statements of historical fact may be forward-looking statements and should be evaluated as such, including our business strategy, the future impact of the COVID-19 pandemic on our business, financial results, and financial condition, impacts from economic trends including inflation and increased interest rates, benefits of acquisitions, and planned capital expenditures. Without limiting the foregoing, the words "anticipates," "believes," "can," "continue," "could," "estimates," "expects," "intends," "may," "might," "plans," "projects," "should," "would," "targets," "will" and the negative thereof and similar words and expressions are intended to identify forward-looking statements. Unless legally required, we assume no obligation to update any such forward-looking information to reflect actual results or changes in the factors affecting such forward-looking information.

We caution you that any such forward-looking statements are further qualified by important factors that could cause our actual operating results to differ materially from those in the forward-looking statements, including without limitation, regional, national, or global political, economic, business, competitive, market, and regulatory conditions and the following: risks associated with the COVID-19 pandemic; our potential failure to generate a large number of new business awards and the risk of delay, termination, reduction in scope, or failure to go to contract of our business awards; our potential failure to convert backlog to revenue; fluctuations in our operating results and effective income tax rate; the impact of potentially underpricing our contracts, overrunning our cost estimates, or failing to receive approval for or experiencing delays with documentation of change orders; cyber-security and other risks associated with our information systems infrastructure; changes and costs of compliance with regulations related to data privacy; concentration of our customers or therapeutic areas; the risks associated with doing business internationally, including risks related to the war in Ukraine; challenges by tax authorities of our intercompany transfer pricing policies; our potential failure to successfully increase our market share, grow our business, and execute our growth strategies; our ability to effectively upgrade our information systems; our failure to perform our services in accordance with contractual requirements, regulatory standards, and ethical considerations; risks related to the management of clinical trials; the need to hire, develop, and retain key personnel; the impact of unfavorable economic conditions, including the uncertain international economic environment and changes in foreign currency exchange rates; effective income tax rate fluctuations; our ability to protect our intellectual property; risks related to our acquisition strategy, including our ability to realize synergies; our relationships with customers who are in competition with each other; any failure to realize the full value of our goodwill and intangible assets; risks related to restructuring; our compliance with anti-corruption and anti-bribery laws; our dependence on third parties; potential employment liability; the increasing focus on environmental sustainability and social initiatives; our ability to utilize net operating loss carryforwards and other tax attributes; downgrades of our credit ratings; competition in the biopharmaceutical services industry; outsourcing trends and changes in aggregate spending and research and development budgets; the impact of, including changes in, government regulations and healthcare reform; intense competition faced by our customers from lower cost generic products and other competing products; our ability to keep pace with rapid technological

24

Table of Contents

change; the cost of and our ability to service our substantial indebtedness; and other risks related to ownership of our common stock. For a further discussion of the risks relating to our business, refer to Part I, Item 1A, "Risk Factors" in our 2021 Form 10-K.

***Overview of Our Business and Services***

We are the only fully integrated biopharmaceutical solutions organization purpose-built to accelerate customer success. We lead with a product development mindset, strategically blending clinical development, medical affairs, and commercial capabilities to address modern market realities for customers in the biopharmaceutical, biotechnology, and healthcare industries. We offer both stand-alone and integrated biopharmaceutical product development solutions ranging from early phase (Phase I) clinical trials to the full commercialization of biopharmaceutical products, with the goal of increasing the likelihood of regulatory approval and commercial success.

Our operations are divided into two reportable segments, Clinical Solutions and Commercial Solutions. Our Clinical Solutions segment offers comprehensive global services for the development of diagnostics, drugs, biologics, devices, and digital therapeutics that span Phases I to IV of clinical development. The segment is organized around clinical pharmacology and bioanalytical services, workforce deployment, full-service clinical studies, real world evidence, and consulting. Our Commercial Solutions segment provides commercialization services, including deployment solutions, communication solutions (public relations, advertising, and medical communications), and consulting services. We integrate our clinical and commercial capabilities into customized solutions by sharing knowledge, data, and insights. This collaboration across the development and commercialization continuum facilitates unique insights into patient populations, therapeutic environments, product timelines, and the competitive landscape. For a further discussion, refer to Part I, Item 1, "Business" in our 2021 Form 10-K.

The ongoing COVID-19 pandemic and associated economic repercussions have significantly impacted, and are expected to continue to impact, our business and our operations. Within Clinical Solutions, the pandemic has accelerated the adoption of virtual engagement with sites and patients, creating increased demand for decentralized solutions capabilities. As a result, we have continued to experience reduced travel and other reimbursable out-of-pocket expenses related to lower physical monitoring visits for Clinical Solutions relative to pre-pandemic levels. We have also experienced a reduction in the costs associated with investigational medicinal products, which has also resulted in lower reimbursable out-of-pocket expenses. Within Commercial Solutions, we have continued to experience fewer field team visits to healthcare providers and increased virtual investigator meetings. Therefore, we expect reimbursable out-of-pocket expenses as a percentage of revenue to remain lower relative to pre-pandemic levels. With the spread of COVID-19 variants, the ongoing impacts of the COVID-19 pandemic could adversely impact our business and results of operations. For a further discussion of this and other risks relating to our business, refer to Part I, Item 1A, "Risk Factors" in our 2021 Form 10-K.

Prior period segment results have been recast to conform to insignificant changes to management reporting in 2022.

Table of Contents

**New Business Awards and Backlog**

We add new business awards to backlog when we enter into a contract or when we receive a written commitment from the customer selecting us as a service provider, provided that:

- collection of the award value is probable;

- the project or projects are expected to commence within a certain period of time from the end of the quarter in which the award was granted;

- project contingencies such as the outcome of other clinical trials, funding approvals, or other events, are not anticipated to prevent the project or projects from commencing in accordance with the expected timeline;

- the customer has entered or intends to enter into a comprehensive contract as soon as practicable; and

- for awards related to deployment solutions and functional service provider offerings, a maximum of twelve months of services are included in the award value.

In addition, we continually evaluate our backlog to determine if any of the previously awarded work is no longer expected to be performed, regardless of whether we have received formal cancellation notice from the customer. If we determine that any previously awarded work is no longer probable of being performed, we remove the value from our backlog based on the risk of cancellation. We recognize revenue from these awards as services are performed, provided we have received proper authorization from the customer.

We report new business awards for our Clinical Solutions and Commercial Solutions segments on a trailing twelve months ("TTM") basis. Our total backlog represents backlog for our Clinical Solutions segment and the deployment solutions offering within our Commercial Solutions segment. We do not report backlog for the remaining service offerings in the Commercial Solutions segment.

***Backlog***

Our backlog consists of anticipated future revenue from business awards that either have not started, or that are in process and have not been completed. Our backlog also reflects any cancellation or adjustment activity related to these awards. The average duration of our contracts will fluctuate from period to period based on the contracts comprising our backlog at any given time. The majority of our contracts contain early termination provisions that typically require notice periods ranging from 30 to 90 days.

Our backlog as of June 30 was as follows (in millions):

| | 2022 | 2021 | Change | |
|---|---|---|---|---|
| Clinical Solutions | $ 10,634.4 | $ 10,972.6 | $ (338.2) | (3.1)% |
| Commercial Solutions - Deployment Solutions | 821.6 | 718.4 | 103.2 | 14.4% |
| Total backlog | $ 11,456.0 | $ 11,691.0 | $ (235.0) | (2.0)% |

We expect approximately $2.45 billion of our backlog as of June 30, 2022 will be recognized as revenue during the remainder of 2022. We adjust the amount of our backlog each quarter for the effects of fluctuations in foreign currency exchange rates.

26

Table of Contents

***Net New Business Awards***

New business awards, net of cancellations, for the TTM periods ended June 30 were as follows (in millions):

|  | | 2022 | | 2021 |
|---|---|---|---|---|
| Clinical Solutions | $ | 3,901.5 | $ | 4,983.2 |
| Commercial Solutions | | 1,400.3 | | 1,245.7 |
| Total net new business awards | $ | 5,301.8 | $ | 6,228.9 |

New business awards have varied and may continue to vary significantly from quarter to quarter. Fluctuations in our net new business award levels often result from the fact that we may receive a small number of relatively large orders in any given reporting period. Because of these large orders, our backlog and net new business awards in a reporting period may reach levels that are not sustainable in subsequent reporting periods.

We believe that our backlog and net new business awards might not be consistent indicators of future revenue because they have been, and likely will continue to be, affected by a number of factors, including the variable size and duration of projects, many of which are performed over several years, and changes to the scope of work during the course of projects. Additionally, projects may be canceled or delayed by the customer or regulatory authorities. Net new business awards and backlog have been and we expect will continue to be affected by the broad effects of the COVID-19 pandemic on the global economy and major financial markets, as well as various other risks and uncertainties detailed in Part I, Item 1A, "Risk Factors" in our 2021 Form 10-K. We generally do not have a contractual right to the full amount of the awards reflected in our backlog. If a customer cancels an award, we might be reimbursed for the costs we have incurred. As we increasingly compete for and enter into large contracts that are more global in nature, we expect that the rate at which our backlog and net new business awards convert into revenue is likely to decrease, and the duration of projects and the period over which related revenue is recognized to lengthen. For more information about risks related to our backlog see Part I, Item 1A, "Risk Factors – Risks Related to Our Business – Our backlog might not be indicative of our future revenues, and we might not realize all of the anticipated future revenue reflected in our backlog." in our 2021 Form 10-K.

Table of Contents

### Results of Operations

The following table sets forth amounts from our condensed consolidated statements of income along with dollar and percentage changes (in thousands, except percentages):

| | Three Months Ended June 30, | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2022 | 2021 | Change | | |
| Revenue | $ 1,360,739 | $ 1,282,611 | $ 78,128 | | 6.1 % |
| *Costs and operating expenses:* | | | | | |
| Direct costs (exclusive of depreciation and amortization) | 1,034,897 | 992,581 | 42,316 | | 4.3 % |
| Selling, general, and administrative expenses | 139,040 | 144,669 | (5,629 | ) | (3.9 % ) |
| Restructuring and other costs | 8,983 | 3,966 | 5,017 | | 126.5 % |
| Depreciation and amortization | 61,221 | 57,711 | 3,510 | | 6.1 % |
| Total operating expenses | 1,244,141 | 1,198,927 | 45,214 | | 3.8 % |
| Income from operations | 116,598 | 83,684 | 32,914 | | 39.3 % |
| Total other expense, net | 12,914 | 32,645 | (19,731 | ) | (60.4 % ) |
| Income before provision for income taxes | 103,684 | 51,039 | 52,645 | | 103.1 % |
| Income tax expense | 25,940 | 9,134 | 16,806 | | 184.0 % |
| Net income | $ 77,744 | $ 41,905 | $ 35,839 | | 85.5 % |

| | Six Months Ended June 30, | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2022 | 2021 | Change | | |
| Revenue | $ 2,696,992 | $ 2,491,356 | $ 205,636 | | 8.3 % |
| *Costs and operating expenses:* | | | | | |
| Direct costs (exclusive of depreciation and amortization) | 2,079,329 | 1,937,831 | 141,498 | | 7.3 % |
| Selling, general, and administrative expenses | 279,206 | 281,983 | (2,777 | ) | (1.0 % ) |
| Restructuring and other costs | 24,540 | 11,194 | 13,346 | | 119.2 % |
| Depreciation and amortization | 123,423 | 115,649 | 7,774 | | 6.7 % |
| Total operating expenses | 2,506,498 | 2,346,657 | 159,841 | | 6.8 % |
| Income from operations | 190,494 | 144,699 | 45,795 | | 31.6 % |
| Total other expense, net | 33,318 | 46,649 | (13,331 | ) | (28.6 % ) |
| Income before provision for income taxes | 157,176 | 98,050 | 59,126 | | 60.3 % |
| Income tax expense | 33,256 | 17,421 | 15,835 | | 90.9 % |
| Net income | $ 123,920 | $ 80,629 | $ 43,291 | | 53.7 % |

### Revenue

For the three months ended June 30, 2022, our revenue increased by $78.1 million, or 6.1%, to $1,360.7 million from $1,282.6 million for the three months ended June 30, 2021. For the six months ended June 30, 2022, our revenue increased by $205.6 million, or 8.3%, to $2,697.0 million from $2,491.4 million for the six months ended June 30, 2021. The increases were primarily driven by growth in both our Clinical Solutions and Commercial Solutions segments as discussed below.

No single customer accounted for greater than 10% of our total consolidated revenue for the three and six months ended June 30, 2022 or 2021. Revenue from our top five customers accounted for approximately 23% of revenue for both the three and six months ended June 30, 2022, and 22% of revenue for both the three and six months ended June 30, 2021.

28

Table of Contents

Revenue for each of our segments was as follows (dollars in thousands):

| | Three Months Ended June 30, | | | | | |
| | 2022 | % of total | 2021 | % of total | Change | |
|---|---|---|---|---|---|---|
| Clinical Solutions | $ 1,025,715 | 75.4 % | $ 992,936 | 77.4 % | $ 32,779 | 3.3 % |
| Commercial Solutions | 335,024 | 24.6 % | 289,675 | 22.6 % | 45,349 | 15.7 % |
| Total revenue | $ 1,360,739 | | $ 1,282,611 | | $ 78,128 | 6.1 % |
| | Six Months Ended June 30, | | | | | |
| | 2022 | % of total | 2021 | % of total | Change | |
| Clinical Solutions | $ 2,044,085 | 75.8 % | $ 1,932,503 | 77.6 % | $ 111,582 | 5.8 % |
| Commercial Solutions | 652,907 | 24.2 % | 558,853 | 22.4 % | 94,054 | 16.8 % |
| Total revenue | $ 2,696,992 | | $ 2,491,356 | | $ 205,636 | 8.3 % |

*Clinical Solutions*

For the three and six months ended June 30, 2022, revenue attributable to our Clinical Solutions segment increased compared to the same periods in the prior year, primarily driven by increased project start-ups related to large pharmaceutical customers and, to a lesser extent, the acquisitions of StudyKIK Corporation and RxDataScience, Inc. in the second half of 2021. These increases were partially offset by decreases in revenue from projects related to COVID-19, which generally experience higher reimbursable out-of-pocket expenses. For the three and six months ended June 30, 2022, revenue was negatively impacted by $22.9 million and $34.7 million, respectively, from fluctuations in foreign currency exchange rates compared to the same periods in the prior year.

The impact from the COVID-19 pandemic on our Clinical Solutions revenue continues to decrease. We believe the primary ongoing impact to revenue from the COVID-19 pandemic relates to increased demand for decentralized solutions capabilities including remote monitoring, which results in lower reimbursable out-of-pocket expenses. Therefore, we expect reimbursable out-of-pocket expenses as a percentage of revenue to remain lower relative to pre-pandemic levels.

The war in Ukraine has not had a material impact on our revenue; however, that could change depending on the magnitude of the conflict and the imposition of additional sanctions by the United States ("U.S.") and other countries. We continue to adapt our strategic approach as the crisis persists and we are continuing our risk assessments in neighboring countries to be proactive about potential future challenges. Banking and economic sanctions imposed on Russia continue to present challenges to clinical trials. We are monitoring these sanctions to ensure we are in compliance and we are adapting our operations to address both the sanctions and the increasing logistical challenges of conducting trials in Russia. At this time, we are continuing to service patients in Ukraine and Russia in existing trials where possible. We are generally no longer initiating new clinical trial activities in either Ukraine or Russia, though we may do so on a case-by-case basis. Any impacts to our revenue are expected to be temporary in nature as we work with customers to explore alternate sources of recruiting new patients, including potentially activating sites in other regions.

*Commercial Solutions*

For the three and six months ended June 30, 2022, revenue attributable to our Commercial Solutions segment increased compared to the same periods in the prior year, primarily driven by increased project start-ups, including new deployments of field teams. For the three and six months ended June 30, 2022, revenue was negatively impacted by $5.3 million and $7.5 million, respectively, from fluctuations in foreign currency exchange rates compared to the same periods in the prior year.

29

Table of Contents

The impact from the COVID-19 pandemic on our Commercial Solutions revenue continues to decrease. We believe the primary ongoing impacts to revenue relate to declines in field team visits to healthcare providers and increased virtual investigator meetings, which result in lower reimbursable out-of-pocket expenses. Therefore, we expect reimbursable out-of-pocket expenses as a percentage of revenue to remain lower relative to pre-pandemic levels.

***Direct Costs***

Direct costs consist principally of compensation expense and benefits associated with our employees and other employee-related costs, and reimbursable out-of-pocket expenses directly related to delivering on our projects. While we have some ability to manage the majority of these costs relative to the amount of contracted services we have during any given period, direct costs as a percentage of revenue can vary from period to period. Such fluctuations are due to a variety of factors, including, among others: (i) the level of staff utilization on our projects; (ii) adjustments to the timing of work on specific customer contracts; (iii) the experience mix of personnel assigned to projects; (iv) the service mix and pricing of our contracts; and (v) the timing of the incurrence of reimbursable out-of-pocket expenses. Relative to pre-pandemic levels, we continue to experience reduced travel and other reimbursable out-of-pocket expenses related to lower physical monitoring visits for Clinical Solutions, as well as fewer field team visits to healthcare providers and investigator meetings for Commercial Solutions. As discussed above, we expect reimbursable out-of-pocket expenses to remain lower relative to pre-pandemic levels.

Direct costs were as follows (dollars in thousands):

| | **Three Months Ended June 30,** | | | |
| | **2022** | **2021** | **Change** | |
|---|---|---|---|---|
| Direct costs (exclusive of depreciation and amortization) | $ 1,034,897 | $ 992,581 | $ 42,316 | 4.3% |
| *% of revenue* | *76.1%* | *77.4%* | | |
| *Gross margin %* | *23.9%* | *22.6%* | | |
| | **Six Months Ended June 30,** | | | |
| | **2022** | **2021** | **Change** | |
| Direct costs (exclusive of depreciation and amortization) | $ 2,079,329 | $ 1,937,831 | $ 141,498 | 7.3% |
| *% of revenue* | *77.1%* | *77.8%* | | |
| *Gross margin %* | *22.9%* | *22.2%* | | |

For the three months ended June 30, 2022, our direct costs increased by $42.3 million, or 4.3%, compared to the three months ended June 30, 2021. For the six months ended June 30, 2022, our direct costs increased by $141.5 million, or 7.3%, compared to the six months ended June 30, 2021. The increases were primarily driven by increased billable headcount to support revenue growth.

30

Table of Contents

*Clinical Solutions*

Direct costs for our Clinical Solutions segment, excluding share-based compensation expense, were as follows (dollars in thousands):

| | Three Months Ended June 30, | | | |
| --- | --- | --- | --- | --- |
| | 2022 | 2021 | Change | |
| Direct costs | $ 753,451 | $ 752,171 | $ 1,280 | 0.2% |
| *% of segment revenue* | *73.5%* | *75.8%* | | |
| *Segment gross margin %* | *26.5%* | *24.2%* | | |
| | Six Months Ended June 30, | | | |
| | 2022 | 2021 | Change | |
| Direct costs | $ 1,528,119 | $ 1,469,526 | $ 58,593 | 4.0% |
| *% of segment revenue* | *74.8%* | *76.0%* | | |
| *Segment gross margin %* | *25.2%* | *24.0%* | | |

For the three months ended June 30, 2022, our Clinical Solutions segment direct costs increased by $1.3 million, or 0.2%, compared to the three months ended June 30, 2021. For the six months ended June 30, 2022, our Clinical Solutions segment direct costs increased by $58.6 million, or 4.0%, compared to the six months ended June 30, 2021. The increases were primarily driven by increased billable headcount to support revenue growth. The increases were partially offset by positive impacts from fluctuations in foreign currency exchange rates, lower reimbursable out-of-pocket expenses related to COVID-19 projects, and our *ForwardBound* margin enhancement initiative.

Gross margins for our Clinical Solutions segment were 26.5% and 24.2% for the three months ended June 30, 2022 and 2021, respectively, and 25.2% and 24.0% for the six months ended June 30, 2022 and 2021, respectively. Gross margins were higher during the current year periods as compared to the same periods in the prior year primarily due to lower reimbursable out-of-pocket expenses and positive impacts from fluctuations in foreign exchange rates, partially offset by increased billable headcount costs and a larger proportion of contract labor.

*Commercial Solutions*

Direct costs for our Commercial Solutions segment, excluding share-based compensation expense, were as follows (dollars in thousands):

| | Three Months Ended June 30, | | | |
| --- | --- | --- | --- | --- |
| | 2022 | 2021 | Change | |
| Direct costs | $ 273,578 | $ 232,283 | $ 41,295 | 17.8% |
| *% of segment revenue* | *81.7%* | *80.2%* | | |
| *Segment gross margin %* | *18.3%* | *19.8%* | | |
| | Six Months Ended June 30, | | | |
| | 2022 | 2021 | Change | |
| Direct costs | $ 534,543 | $ 451,083 | $ 83,460 | 18.5% |
| *% of segment revenue* | *81.9%* | *80.7%* | | |
| *Segment gross margin %* | *18.1%* | *19.3%* | | |

For the three months ended June 30, 2022, our Commercial Solutions segment direct costs increased by $41.3 million, or 17.8%, compared to the three months ended June 30, 2021. For the six months ended June 30, 2022, our Commercial Solutions segment direct costs increased by $83.5 million, or 18.5%, compared to the six months ended June 30, 2021. These increases were primarily driven by increased billable headcount to support revenue growth.

31

Table of Contents

**PART II. OTHER INFORMATION**

**Item 1. Legal Proceedings.**

We are party to legal proceedings incidental to our business. While our management currently believes the ultimate outcome of these proceedings, individually and in the aggregate, will not have a material adverse effect on our consolidated financial statements, litigation is subject to inherent uncertainties. Were an unfavorable ruling to occur, there exists the possibility of a material adverse impact on our financial condition and results of operations.

**Item 1A. Risk Factors.**

There have been no material changes from the risk factors previously disclosed in our 2021 Form 10-K. For a detailed discussion of risk factors affecting us, refer to Part I, Item 1A, "Risk Factors" in that report.

**Item 2. Unregistered Sales of Equity Securities, Use of Proceeds, and Issuer Purchases of Equity Securities.**

*Recent Sales of Unregistered Securities*

Not applicable.

*Purchases of Equity Securities by the Issuer*

On November 17, 2020, our Board authorized the repurchase of up to an aggregate of $300.0 million of our Class A common stock, par value $0.01 per share, to be executed from time to time in open market transactions effected through a broker at prevailing market prices, in block trades, or through privately negotiated transactions through December 31, 2022 (the "2021 Stock Repurchase Program"). The 2021 Stock Repurchase Program took effect on January 1, 2021.

On May 25, 2022, our Board approved a new stock repurchase program (the "2022 Stock Repurchase Program") that took effect immediately and replaced the 2021 Stock Repurchase Program. The 2022 Stock Repurchase Program authorizes the repurchase of up to an aggregate of $350.0 million of our Class A common stock, par value $0.01, and will expire on December 31, 2024. Share repurchases are funded primarily with our working capital, cash flow from operations, and funds available through various borrowing arrangements.

The 2022 Stock Repurchase Program does not obligate us to repurchase any particular amount of our Class A common stock, and may be modified, extended, suspended, or discontinued at any time. The timing and amount of repurchases will be determined by our management based on a variety of factors such as the market price of our Class A common stock, our corporate cash requirements, and overall market conditions. The 2022 Stock Repurchase Program is subject to applicable legal requirements, including federal and state securities laws and applicable Nasdaq rules. We may also repurchase shares of our Class A common stock pursuant to a trading plan meeting the requirements of Rule 10b5-1 under the Securities Exchange Act of 1934, as amended, which would permit shares of our Class A common stock to be repurchased when we might otherwise be precluded from doing so by law.

There were no share repurchases for the three months ended June 30, 2022, under either the 2021 Stock Repurchase Program or the 2022 Stock Repurchase Program. As of June 30, 2022, we have remaining authorization to repurchase up to $350.0 million of shares of our Class A common stock under the 2022 Stock Repurchase Program.