# Exhibit 44

# *Syneos Health Inc at JPMorgan Healthcare Conference - Final*

FD (Fair Disclosure) Wire

January 11, 2023 Wednesday

Copyright 2023  ASC Services II Media, LLC
All Rights Reserved

Copyright 2023 CCBN, Inc.

**Length:** 6787 words

## Body

Corporate Participants

* Michelle Keefe

Syneos Health, Inc. - CEO & Director

Conference Call Participants

* Casey Rene Woodring

JPMorgan Chase & Co, Research Division - Research Analyst

Presentation

CASEY RENE WOODRING, RESEARCH ANALYST, JPMORGAN CHASE & CO, RESEARCH DIVISION: All right. Great. Thank you, everybody, for joining us today. My name is Casey Woodring from the Life Science Tools and Diagnostics team here at JPMorgan. I'm pleased to introduce *Syneos* Health and CEO, Michelle Keefe. *Syneos* will be giving a presentation followed by a Q&A session afterwards, where you'll have a chance to ask a question via raising your hand here or on the webcast. But without further ado, here's Michelle.

MICHELLE KEEFE, CEO & DIRECTOR, *SYNEOS* HEALTH, INC.: Thanks, Casey. Good morning, everyone. So I thought I'd just start out by reaffirming *Syneos*' health strategy and sharing a little bit about our unique differentiated model.

When you think about the product development life cycle and you think about the insights that you need to bring very complex therapies to market, having the full suite of product development services, being able to bring commercial insights early on into *clinical* development and med affairs insights early on to ensure that you have the evidence you need for commercial success, it's been a real differentiator for *Syneos* Health as well as the fact that our *clinical* business gives us deep therapeutic expertise and a deep understanding of the patients, sites and HCPs that we're able to bring to commercial strategies, again, being able to help our customers drive commercial success of their assets.

And when you think about the complexity of the market today, right, the market dynamics are evolving very quickly, the scientific and regulatory complexity is getting more and more significant as well as the fact that market access and delivering valuable compounds to patients, is really asking for, I would say, a more integrated approach and a more insights-driven approach. And so we're uniquely positioned to build these fit-for-purpose solutions for our customers.

Syneos Health Inc at JPMorgan Healthcare Conference - Final

So I thought I'd start there and then I thought what I could do now is share with you a little bit about an **_update_** on our demand. We shared a lot of this in our Q3 earnings call. And we've talked a little bit about the demand in the marketplace then, what is unique to **_Syneos_** versus what we see in the market as well as talked a little bit about what we believe are our key long-term growth drivers. You've heard us say that we have a very strong strategy around increasing our penetration in large pharma, in both **_Clinical_** and Commercial and our traditional strength in SMID and how we want to focus on returning to growth there.

So let's just start from the left on the slide with large pharma. We had 14% total **_Syneos_** trailing 12-month revenue growth through the 3Q of 2022. And that's in both **_Clinical_** and our Commercial segments. We did win a new **_clinical_** top 10 preferred relationship in Q1 of 2022. We're very excited about that opportunity because it's one of our larger commercial clients, and we're having more and more success in leveraging commercial relationships and commercial differentiation in large pharma to win **_clinical_** partnerships, which provide enterprise value to our large pharma partners.

And we did win a new top 50 sole provider relationship for PVG services for pharmacovigilance. And the reason that's important is as our customers are evaluating their partners, any work that we're doing even if it's in a sliver of the model and when we deliver flawlessly for them, it gives us access to key decision-makers to expand the relationship within large pharma.

When you go to the right, you can look at the Commercial demand dynamics. The demand remains very healthy in commercial and large pharma. And our trailing 12-month RFP flow is up year-over-year.

When you look at the **_clinical_** demand dynamics, they are a bit different. Our trailing 12-month RFP flow is down year-over-year in large pharma. And as you've heard us share in the past, we have our strong existing relationships, but we do have slower near-term awards pipelines in these large pharma customers. And we do expect incremental awards contribution from our large pharma partners over the course of 2023. And we are actively engaging in several new relationships within top 50 within large pharma, and both are customers -- commercial customers.

And so we're really leveraging our commercial expertise and relationships as well as our **_clinical_** expertise and deep therapeutic insights to be competitive. And we're pleased with the progress we're making so far with those discussions, and we expect decisions on those by the end of Q2.

Now turning to our SMID franchise, again, our trailing 12 months Q3 2022 summary, 3% total **_Syneos_** trailing 12-month mid-revenue growth in Q3, and that resulted in revenue of more than $2.5 billion. SMID has been an area of strength for this organization, and it's more than half of our backlog.

We also are focusing on our post-revenue **_clinical_** SMID. As you know, we shared in Q3 that we had lower win rates there, and we had decision delays in that population. And so we -- a lot of our investments, as you're going to hear me talk about next are to address improving that particular segment where we traditionally had a lot of relationships and strength.

When you move over to Commercial, the trailing 12-month RFP flow is down year-over-year, but we believe that's driven primarily by the macroeconomic environment, and we're going to talk to you a little bit later about a new partnership that we just announced in this segment. And so we do believe that, that is very tied to the macro environment. And long term, we think it is still a very good opportunity for Commercial Solutions.

When you move over to **_Clinical_** and you look at the demand dynamics in **_Clinical_**, the trailing 12-month RFP flow is down year-over-year. We have talked about the moderated trailing 12-month RFP flow and the deliberate decision-making we're seeing, and that is continuing. We are seeing more deliberate decision-making in Q4. And our quarterly RFP flow -- a green shoot here is that our quarterly RFP flow is continuing to improve sequentially. And for Q4, it's up year-over-year.

Syneos Health Inc at JPMorgan Healthcare Conference - Final

I do want to say that Q4 awards, first look -- obviously, we haven't calculated everything yet, but first look, it looks like the Q4 _**clinical**_ awards remain challenging. But we are excited about the green shoots that we're seeing in regards to the fact that our RFP flow is up.

And when we look at the conversations we are having with customers where we have those RFPs we're getting some pretty good feedback about the new model. I shared with you that our repeat customer business was down. We have some nice Phase II to Phase III opportunities with existing customers.

So that is a good sign around the recovery as well as the fact that we also have some rescues in the pipeline and some larger rescues in the pipeline, which, again, it's RFP flow. We're in early stages of those conversations. Recovery is going to take time. But those are some of the metrics that we have to track early on as leading indicators to see if we're improving in the segment. And early signs are we are making some progress.

So with that, I'm going to move over to what are those investments, right? So you've heard us talk about our investments and why we're doing the things we're doing. So I thought I would reinforce some of those today. And so when I think about improving our award and win rate and ensuring that we are delighting our customers and delivering with quality, those are the areas that we're extremely focused on from an investment perspective.

You've heard us talk about _**clinical**_ reimagined. We really have investments in basically 3 areas: people, process and technology. And I really want to make the point here that we're very focused on investing in our people. So we've made a lot of investments in training. We've made investments in benefits. We've made sure we retained our high-performing PMs and CRAs, and we're getting lots of positive feedback from our _**clinical**_ team.

And I think when you walk in and say, that's great, but what's the metric? The metric is our employee retention is at a 2-year high. And so that tells me the investments that we're making in our people are resonating with our people, and that's exciting for me for people wanting to work with _**Syneos**_ Health and work with our customers. We're -- a lot of transparency in using data and analytics and technology to give people real-time visibility, right? So we now have _**dashboards**_ that give people real time _**updates**_ on how they're performing against their _**projects**_.

Our customers are getting real-time feedback. And so we really are excited about the improvement there. And you've heard us talk about and Mike will talk about call that we're really focusing on streamlining our processes and getting our _**clinical**_ leaders closer to the customers as well as our BD team partnering with our with our project leaders and making sure that their lockstep, that will improve repeat business as well. And so those are the investments in clinical reimagined.

When you move over to strategic business development, that's really a lot of reallocation of where we're spending our time. We're enhancing our leadership engagement with customers. We're here this week. Our Head of Strategic Business Development is here, Michael is here, I'm here. And the last 2.5 days -- all I've done is meet with customers for the last 2.5 days. And so we're very focused on meeting with both our large pharma and our SMID customers as a leadership team, partnering with our project delivery teams to ensure we're delivering flawlessly and really sharing the unique offering that _**Syneos**_ has of really integrating insights to ensure you get better outcomes.

And I will also add that we have focused very regionally as well. I think that's been a nice addition to our approach to business development, really making sure we have regional talent in each country that really understands the customers as well as building out more hybrid, people who understand more hybrid solutions, FSP expertise and the strategic business development group.

And again, these investments, it's going to take time for the recovery. But again, we're seeing that these things are driving a different kind of conversations with our customers, and we're getting positive feedback, that they like what they see.

So enhancing Commercial Solutions, I would be remiss not to talk about our Commercial Solutions business. It is performing quite well. We do -- as we shared before, Syneos One is a growth driver for commercial. Our customer diversification, as you know, was also a goal for us in Commercial. And we are increasing our digitalization of our

Syneos Health Inc at JPMorgan Healthcare Conference - Final

services, which you've heard me talk about before. So through the end of Q3, our revenue growth was 13.7% year-to-date. And our ending backlog growth in Deployment Solutions was up 7%.

We've done a really great job in diversifying the business, right? I remember early days of running Commercial and the concern around the volatility, specifically of the Deployment Solutions business. And we've done a great job, first of all, of diversifying the backlog between large pharma and SMID customers, but also really diversifying the services, right?

The teams are smaller, they're more integrated, they're hybrid, they have digital capabilities. And even in our largest large pharma customers, we're working on multiple projects. We have multiple teams. They're smaller sized and they're much more integrated with digital capabilities.

And so that leads to the importance of us continuing to invest in digital. You saw that we acquired Boco Digital, which is a tailored learning solutions, digital solution. We're using that for ourselves. We're using that for our customers. We're using it to educate sites on the clinical side as well as our sales teams and nurse educator teams and field reimbursement teams on the Commercial side.

We continue to invest in Kinetic's Digital Amplifier. We've now acquired more and more data that says using Digital Amplifier along with having a person call on a customer either in person or using telephony or a video platform, adding on that digital amplification. We now have across 6 different disease states as well as multiple HCP types, proof that when you add Digital Amplifier onto your omnichannel strategy, you get better prescription lift for those customers.

And as you know, as the complexity of the disease states and the complexity of medicine continues, patient services and hub services are becoming more important and we have partnered with Phil, Inc. We have a partnership with them, and we've rolled out an integrated hub offering in our Deployment Solutions group, and we're getting -- we have some new customers, and we're getting some really great early feedback there as that becomes a -- I think, a much increasingly important piece of the puzzle for pharma.

You saw us announce this morning. We have a new Syneos One partnership. We did merge Syneos One and full-service commercial over the summer to be one offering. And I think the partnership we announced this morning with Fosun USA, it's a Chinese company commercializing in the U.S. They have an anti-PD-1 antibody that they're launching here in the U.S., and we will be providing medical affairs and commercial services for that launch.

And so Syneos One continues to resonate and full-service commercial continues to resonate even in the macro environment that we're operating in. And this is -- as you know, we give an update every year at JPM and our Syneos One pipeline. We have the 24 assets under our leadership. The majority of them still are in clinical. It's contributed $705 million of trailing 12-month gross awards, and we have a total remaining value.

And most of that is commercial value of $1.9 billion, with the caveat that all those assets may not make it through clinical development. They may be licensed. But the ones that make it through and we get to commercialize a percentage of that will continue to flow into our commercial awards over time.

Also I want to share that medical affairs continues to be a focus area for us. High single digit, low double-digit, we believe, growth in that market. It's an underpenetrated outsourced market. And we believe we're uniquely positioned to take advantage of this space with our capabilities across real-world evidence, HEOR, medical communications as well as our ability to deploy MSLs on either the Clinical or the Commercial side. We believe that we are going to be building a leading brand in a high-growth market, and we believe that is one of our long-term growth opportunities.

Moving into transforming our organization to drive long-term profitability. Talked to you already about some of the investments that we're making in strategic business development as well as in clinical reimagined but we are making other investments to make ourselves more efficient, drive better customer engagement, create more visibility into our offerings.

Syneos Health Inc at JPMorgan Healthcare Conference - Final

And so as you know, we had always targeted 30 to 50 bps of annual adjusted EBITDA margin expansion. We did accomplish that in 2020 and 2021. I think the average was 0.45%. We have taken that off the table for 2023 with some of our challenges that we've had in 2022. But we are committing to long-term margin expansion in 2024 and beyond. It's critically important to drive profitability for our shareholders, but it's also critically important for us to be able to continue to invest in the model. And so therefore, we're putting some of these transformation investments in place to make sure that we can do that.

So all these investments are around ensuring that we're more streamlined in our operations, taking advantage of technology to take low-value processes off of people and use technology and automation to drive insights. We're going to simplify all our processes. You know we've always talked about ForwardBound. There's more opportunity with ForwardBound to continue to offshore to low-cost locations. And we are, as you know, unifying technologies under a new cloud-based ERP.

And so we believe this will give us more visibility, be able to give more leading indicators on our performance and have -- most importantly, have better insights for our customers so that we can adjust our strategies to meet our customers' needs.

So to just shift real quickly to our progress in ESG and DE&I, this is an area we're very proud of, we're very focused on. We're very aligned in our values with our customers around this area, right? So just to give you some highlights we did sign the Climate Pledge. We're committed to net zero carbon emissions by 2040. And we have made, I think, a lot of great progress in trial diversity, optimizing processes to increase trial diversity.

Some of the targeting tools you've heard us talk about with Kinetic, we now have an ability to really target HCPs that treat a diverse population. So that we're able to really understand where those patients are, but more importantly, using our insights around behavioral science to really understand how do you engage that patient to be part of the clinical trial and stay with the clinical trial as well as manage some of the barriers that prevents them from being part of a clinical trial. So we really feel like that's a big differentiator for Syneos Health.

We have our patient voice consortium to make sure that we're putting the patient and their perspectives in the forefront of everything we do. Under governance, we have increased our Board diversity, and we are phasing out our classified Board. So overall, we feel like we're making progress here. We're committed to these initiatives and we'll continue to increase our transparency and reporting on an annual basis.

So to close out, I wanted to just reinforce a couple of key points that I've made here this morning. Our main areas of focus today and right in front of us is our customer engagement and our profitable growth, right? So those are the 2 things we're laser-focused on.

First, we're going to be investing in clinical reimagined and strategic business development to improve our operating model and our go-to-market model, specifically in the SMID cohort. We're expanding our large pharma portfolio. It is our largest organic growth opportunity in large pharma, while reinvigorating our SMID franchise, and we are going to be driving those transformational initiatives that I just talked about to improve visibility and expand long-term profitability.

Our model is resonating with our customers. I've spent the last 2.5 days talking to customers, many SMID customers. Michael and I have had a lot of meetings together and separately. And Krishna and I have had a lot of meetings together and separately. And they're pleased with the progress we're making. They like the changes we're making. They appreciate the integrated commercial solutions into -- and the insights into clinical development. And we're super confident that we're on the right track.

We have the right strategy, and we're going to continue focusing on our recovery. So I want to thank our shareholders, our employees and our customers. And with that, Casey, I think we can move on. Thank you.

Questions and Answers

CASEY RENE WOODRING: Thank you. Great. Thank you for that overview, Michelle. (Operator Instructions)

Syneos Health Inc at JPMorgan Healthcare Conference - Final

But I guess to start, so you reiterated 2022 revenue guidance the other day, but notably didn't reiterate the EPS guide for the year. So can you just maybe touch on how margins trended in the fourth quarter? And back to the revenue side, you mentioned now 4Q awards on [first look] were challenged again. So just any sort of early indication of what book-to-bill could look like for fourth quarter?

MICHELLE KEEFE: Sure. So we're not going to be sharing any specifics for 2023 outside of the demand dynamics that we're seeing. However, I do want to reiterate a couple of key things, right? We are confident in the investments that we're making. We know that they are resonating with our customers. We're getting positive feedback. And so we do see that the demand environment is still challenging in clinical in Q4.

But we also, as I said, I shared the green shoots that we feel good about what the pipeline looks like. As we said, our SMID pipeline in Q4 is up year-over-year. So we feel really good about that. So I look forward though, however, to sharing more insights at our Q4 earnings call. We did give you revenue guidance because we had good visibility into that, and it's early in the quarterly close. So we'll be able to give you that clarity on EPS at the earnings call.

CASEY RENE WOODRING: Got it. That's helpful. Following up on some of the new updates from the presentation there. On the 30 bps to 50 bps EBITDA margin expansion targeted from 2024 onward, what does that imply in terms of operating leverage from revenue growth? Just thinking about the Project Velocity, efficiency programs that you have in place, how much upside to that 30 to 50 bps expansion would you see just if clinical sees a rebound in growth?

MICHELLE KEEFE: So it is early. It's early for us to have good visibility into that. As I shared, we're not giving 2023 guidance at this time. However, we are confident in some of the things that we're doing to create that long-term growth.

So just to give you a little insight, Project Velocity is now encompassing frankly, all our transformation initiatives, right, around technology investments as well as taking kind of ForwardBound to the next level and taking advantage of a partnership that really will allow us to leverage the investments they've already made, right?

And so 2023 is a start-up year. There will be some investments. There will be some benefit to those investments in 2023. But 2024 is where we really see it having the ability to help us drive more profitable growth. We believe it's about customer innovation as well as around efficiencies in our model. It's about both.

CASEY RENE WOODRING: Got it. On Syneos One in the slides, the asset launches are expected to go from 4 in 2022 to 2 in 2023, and will get back to above last year's level until 2025. Can you just walk us through the progression there? Would there have been delays or cancellations in that pipeline due to biotech funding? Or is it simply quality of asset? And then maybe can you just touch on the new partnership you announced this morning and what the pipeline looks like for similar partnerships this year?

MICHELLE KEEFE: So Syneos One, as you know, we've been -- it was very heavily focused on getting in early with clinical development and with assets that we're developing. We're still developing those 24 assets, that hasn't changed. And as they're going through the pipeline, some of them are early stage, right? They're not -- there might be some small commercial work around consulting or providing some insights early on, but the full commercialization package, we have not had many of those assets yet make it there, like the 2 that we have on the market right now.

And so we still consider this a huge differentiator for us. Combining Syneos One, an integrated full-service commercial, I think, has really been at the next step in the evolution of the model, of the integrated model. And so we still see Syneos One as an important part of our clinical awards in the future as well as feed in commercial. But we don't see anything significant in the marketplace right now that's material, that's impacting that channel.

CASEY RENE WOODRING: Got it. That's helpful. I'll pause here if anybody has any questions from the audience. No? I guess we can keep going.

MICHELLE KEEFE: Okay.

Syneos Health Inc at JPMorgan Healthcare Conference - Final

CASEY RENE WOODRING: So just going back to clinical, during 3Q, you noted a number of headwinds there that contributed to the book-to-bill, namely pushouts, lower strike rates in post-revenue SMID, large pharma FSP delays and general softness in pre-revenue biotech. I guess, just which area was the largest contributor to the soft quarter, and which are still persisting in terms of challenges? And then, I guess, which are easiest to address in the near term?

MICHELLE KEEFE: So I'll just kind of reiterate what you said. So in Q3, if you remember, we said that there was a couple of things that were going on, right? First was net awards and backlog conversion contributed to some of that. We had FX headwinds. We had a delay with an FSP customer as well. And the Q4 '22 guide also contemplated the fact that some of our shorter-term businesses, right, are more project-based businesses were slowing down a bit, which is also what contributed to the longer 2022 revised guide of Q4.

And so that -- those were the buckets that were in there. Again, our investments, I think, are where we really want to focus because we believe those things are going to improve all those things. Obviously, can't improve FX headwinds, but it can improve all the other things that we discussed. And we're really confident that the investments in clinical reimagined and our operating model will help address and help us win in that category.

CASEY RENE WOODRING: Just had one come in via e-mail. R&D Fosun agreement, how confident are you to market their drug in the U.S. as there are a number of PD-1 and PD-L1 drugs approved in this market already?

MICHELLE KEEFE: Sure. So I think one of the things I should share is when we do these assessments of assets, right, and we talk with whether it's a customer overseas that's planning to launch in the U.S. and wants to take advantage of our infrastructure with Syneos One and full-service commercial, we always do an assessment of the asset and how well we think the asset can do based on the competitive environment that it's operating in, right?

And so we have a lot of -- we would -- we were excited about this asset, and we think they have some nice differentiation in extended-stage small cell lung cancer. And so we're really excited about what we're going to be able to do to market that asset. And we're even more excited about the fact that we're having a broader conversation with them around as they think about other assets that they'll bring to the U.S. or even other assets they might develop themselves on the clinical side that will have the opportunity to have conversations with them about expanding that partnership.

CASEY RENE WOODRING: Maybe just going back to clinical, on the lower strike rates and post-revenue SMID that you had flagged, what do you think drove this dynamic? You noted on the 3Q call that there may have been some operational inefficiencies on Syneos' end in engaging those customers. But I'm curious to hear whether there could be a larger competitive share shift happening? And just what do you see from the market there...

MICHELLE KEEFE: So as we shared in Q3, right, it was a surprise, the reduction in win rate with the post-revenue SMID repeat customers. And we also had more new customers in that pipeline, too, right, that led to some of more decision delays, pushouts, right? Those were the 2 key things that were occurring in the SMID pipeline.

And we do think some of this is Syneos-specific, and that is why we've made the investments that we're making in improving our operating model as well as our approach to business development and our SMID customers. And so again, we know that the recovery will take time, that the investments we make will help us improve that performance, but we feel like we've addressed the things that need to be addressed. And I have tons of confidence in the operational and strategic business development leadership to get that done.

CASEY RENE WOODRING: Just had another one come in via e-mail. Can you walk us through how you recognize your backlog? Upon notice of a win, once contract is signed, do you recognize 100% of that win at once or in pieces?

MICHELLE KEEFE: So is this for a clinical question?

CASEY RENE WOODRING: Yes.

MICHELLE KEEFE: Right. Okay. Is it full service or FSP? So we do treat those differently...

Syneos Health Inc at JPMorgan Healthcare Conference - Final

CASEY RENE WOODRING: Let's do both.

MICHELLE KEEFE: Okay. All right. So we will move things into backlog -- well, let's start with our policy of how we recognize awards. So we will take confirmation in writing from a customer that we're going to be performing the work, right? We also have done a lot of work upfront around, do they have the funding, all the things that you want to make sure that it's -- that the award is actually going to be able to be executed against, right?

So that's how we do it. So that's really important. And then we take it into backlog once we have the -- once we start the work, and we start executing the work. And now FSP is a little different, right? We tend to take FSP on an annualized basis.

CASEY RENE WOODRING: Got it. Can you talk about clinical pre-revenue trends, just given decision delays and broader biotech funding? Is that a risk for 2023 that will kind of continue on? Or...

MICHELLE KEEFE: So our pre-revenue biotech and obviously, emerging biotech became -- it's about 15 -- a little less than 15% of our business in Clinical. And obviously, we acquired some of that through the acquisition of Synteract, and we've integrated that into our model. We do think it's going to behave similarly to the macroeconomic environment for sure.

But the majority of that business came from Synteract. And even though it's less than 15%, it's actually less single digits in regards to relying on the macro environment for funding because we do have some assets that are owned by private companies, et cetera. So it's a small percentage. I do think it's going to move in alignment with the macro environment for sure.

CASEY RENE WOODRING: And then maybe just on large pharma delays, have you seen any improvement there? Are these customers maybe closer to finalizing their plans? And then you also noted that you -- in the past, you were able to leverage your large pharma relationships with commercial. So just curious how that works or the call points -- yes.

MICHELLE KEEFE: Yes. So we knew that our -- the back half of 2022, we had good line of sight to what awards we were going to get from large pharma, right? And I think we shared at the Q3 earnings call that we expected large pharma awards to be incremental throughout 2023, right, that, that was a 2023 phenomena, and that's where we saw that improvement in large pharma.

Commercial, I think I've shared this with audiences in the past. The commercial leadership team -- I think because, right, you're investing in your assets to get your revenue, right? You now take this amazing asset with this great clinical profile and you're bringing it to the -- to make sure patients can get it. So you have significant investments.

In Commercial, so Commercial leadership tends to get very high up on the food chain in regards to decision makers in both biotechs and in large pharma. And so when we do a great job for our commercial customers, which we do, especially specifically in this large pharma category that we're talking about, it allows us to gain access to clinical leaders to talk about the value of working in a model where you can get integrated insights.

And it does create economies of scale and economic benefit to large pharma when they're able to contract with us across the full portfolio of services we have. And so that's -- those, I think, are the 2 reasons why it matters and why it's helped us with our win rate in large pharma on the clinical side, converting it over.

CASEY RENE WOODRING: Got you. That's helpful. I just wanted to touch on a few on the models. So interest expense, that's still tracking to grow 50% in 2023, any update there on how you're thinking about variable debt flipping?

MICHELLE KEEFE: Sure. So through Q4, we've seen the forward curve increase, right? And so I think we had been sharing we thought that our interest expense would go up around 50%. It looks more like 70% to 80% because we do have the swaps that are expiring at the end of March of 2023. Obviously, we're looking at, is there any way to mitigate that, right? And we are looking at that. And any updates on that, we will share at our Q4 earnings call.

Syneos Health Inc at JPMorgan Healthcare Conference - Final

CASEY RENE WOODRING: Got it. Maybe just talking about Commercial. Is there a lag between Clinical and Commercial trends? What percentage of Commercial initially flows through Clinical? And then should we see a partial slowdown in the Commercial trend just based off of what's happening...

MICHELLE KEEFE: Yes. So as we shared, our large pharma RFP flow in Commercial is up year-over-year. Our SMID RFP flow is moderating in commercial. We do think that's an alignment with the macro environment. And so obviously, we're keeping an eye on that because we obviously have a great offering in Syneos One and full-service commercial. I think the announcement of the -- of our partnership with Fosun today, I think, demonstrates that there's still a nice appetite for our model in the SMID franchise.

CASEY RENE WOODRING: And then maybe just going back to the customer profile of your SMID customers. What's the average liquidity sort of like cash on hand? What's the environment look like there for SMID customers? Are those comparable to how other CROs kind of can translate between SMIDs?

MICHELLE KEEFE: Yes. So what I can share is that we -- as I said, we're very diligent ensuring things like that they have good liquidity, they have cash on hand to invest in the assets that they're partnering with us on. And so I think we do a good job upfront of ensuring that we have a good line of sight. We can't be 100%, Casey. We're never going to be 100%, but I do think we do some good diligence upfront there. And so -- and we'll continue to do that.

CASEY RENE WOODRING: Got it. And then maybe just a housekeeping thing. So when will you resume investor communications? What was the justification for halting all investment communications in 3Q? And then was there a reason for declassifying the Board?

MICHELLE KEEFE: Sure. Okay. So I'll start with the investors. We did take a conservative approach to only speaking in public forums like this because of the volatility of the trading, right? And we just felt we needed to take a more conservative approach.

We are resuming and we are planning on resuming our normal cadence of communicating with investors and one-on-ones at the Q4 earnings call. So we are planning on doing that. So that answers -- hopefully, that answers that question. You asked me a second question. I'm sorry, Casey, the back end of that?

CASEY RENE WOODRING: Just the rationale for declassifying the Board.

MICHELLE KEEFE: Sure. Well, we always try to look at recommendations from ISS and Glass Lewis. And frankly, we do a great job of interviewing our actual investors about what they're looking for from the Board and that is one of the things that is a best practice. And so therefore, we made that decision.

CASEY RENE WOODRING: Got it. Looks like we have a few minutes left here. If anybody has any questions, please feel free to raise your hand. I guess we'll keep going. Just as a follow-up to the interest expense, do you have to make cash payments when the swaps are terminated on those?

MICHELLE KEEFE: I'll have to get back to you on that, Casey. I don't have that answer at my fingertips, but I can tell you that I think it's really important that we're focused on 2 things, right? The organic investments that we believe will drive the performance of the organization and focused on paying down our debt. Those are our 2 priorities.

CASEY RENE WOODRING: Got it. Then maybe just going back to SMID, when you assess a project, what is the minimum requirement for financing? In other words, would you want to make sure that the SMID customer has 100% financing for the project before you book the work? Are there any stats you can share around that?

MICHELLE KEEFE: I'll also have to get back to you on that. I can tell you that it is a very rigorous process upfront. Many times, we'll take payments upfront to ensure they have it. I think it does vary by -- varies by approach, whether they're privately held, whether they're relying on the capital markets, how much cash on hand they have. So we try to really balance all of that to make the best decision to ensure that we have the full ability to complete the study and that they have the ability to continue to pay us to complete that particular piece of work.

Syneos Health Inc at JPMorgan Healthcare Conference - Final

CASEY RENE WOODRING: Got it. Then maybe just bigger picture, in light of ongoing consolidation in the space, how is Syneos positioned in the market in clinical right now? What is your competitive advantage? And yes, just any thoughts around that?

MICHELLE KEEFE: It's a great question. So I think our advantage in clinical is our deep therapeutic expertise. It's always been something that customers have relied on from whether it's CNS or oncology expertise. We have really experienced project teams as well. And I think those experienced project teams matter to customers when they're making decisions around giving you their assets to develop.

I also think our commercial and medical affairs insights earlier into the clinical development process, to ensure you have the evidence means that you need to be able to be successful in commercializing your asset is also something that resonates well with our customer base.

CASEY RENE WOODRING: Got it. Maybe just one on Jason's resignation. Do you have any comments on that? And what's the time line to fill that position?

MICHELLE KEEFE: Sure. So we announced -- as you know, we announced in the 8-K that Jason is transitioning out of his role on March 31 and he will continue as a consultant with the organization through year's end to ensure that we have a seamless transition to the new CFO. I'm very appreciative of that. And we'll have Jason available to us for anything that we need.

We have launched a search. We are looking for our next CFO, someone that can really help us take the business to the next level, has experience in transformation, has experience in -- has experience in working with this great leadership team that I have. And so our goal is to take the time we need to find the best person.

CASEY RENE WOODRING: Got it. Looks like we have about 30 seconds left here. Any closing remarks or things we missed?

MICHELLE KEEFE: First of all, Casey, I just appreciate the opportunity to be here today. We are excited about the investments we're making and the turnaround of our clinical business that we that we're focused on. We do believe our integrated solutions across Syneos One and Commercial are making a difference with our customers. And I do want to just thank our shareholders for their support and their focus with Syneos Health and their interest. So thank you.

CASEY RENE WOODRING: Great. Well, we'll leave it at that then. Thank you, again, Michelle. Thank you everybody for joining us and enjoy the conference.

MICHELLE KEEFE: Thanks, Casey. Thank you very much.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY

Syneos Health Inc at JPMorgan Healthcare Conference - Final

RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

**Load-Date:** January 25, 2023

---

**End of Document**