# Exhibit 54

DEFM14A 1 d450417ddefm14a.htm DEFM14A

**Table of Contents**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## WASHINGTON, DC 20549
## SCHEDULE 14A

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934**

Filed by the Registrant [X]

Filed by a Party other than the Registrant [__]

Check the appropriate box:
[__] Preliminary Proxy Statement
[__] **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**
[X] Definitive Proxy Statement
[__] Definitive Additional Materials
[__] Soliciting Material Pursuant to §240.14a-12

## SYNEOS HEALTH, INC.

(Name of Registrant as Specified In Its Charter)

Payment of Filing Fee (Check all boxes that apply):

☐ No fee required

☒ Fee paid previously with preliminary materials

☐ Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11

**Table of Contents**



**Dear Stockholders:**

You are cordially invited to attend a special meeting of the stockholders (the "Special Meeting") of Syneos Health, Inc., a Delaware corporation ("Syneos Health," the "Company," "we," "us" or "our"), to be held on August 2, 2023, at 8:00 a.m. EDT. The Special Meeting will be a completely virtual meeting of stockholders, which will be conducted solely online via live webcast at www.virtualshareholdermeeting.com/SYNH2023SM. You will not be able to physically attend the Special Meeting in person. If you plan to attend the Special Meeting online, please follow the instructions in the "General Information" section of the accompanying proxy statement (the "Proxy Statement"). The Proxy Statement is dated June 27, 2023, and together with the enclosed form of proxy card, is first being sent or provided to stockholders of the Company on or about June 27, 2023. For purposes of attendance at the Special Meeting, all references in the accompanying Proxy Statement to "in person" shall mean virtually present at the Special Meeting.

**The Merger**

On May 10, 2023, we entered into an Agreement and Plan of Merger (as it may be amended from time to time, the "Merger Agreement") with Star Parent, Inc., a Delaware corporation ("Parent"), and Star Merger Sub, Inc., a Delaware corporation and wholly owned subsidiary of Parent ("Merger Sub"). The Merger Agreement provides that, upon the terms and subject to the satisfaction or waiver of the conditions set forth therein, Merger Sub will merge with and into Syneos Health (the "Merger"), with Syneos Health continuing as the surviving corporation and a wholly owned subsidiary of Parent.

At the Special Meeting, you will be asked to consider and vote on a proposal to adopt the Merger Agreement and approve the transactions contemplated thereby, including the Merger (the "Merger Proposal"). The affirmative vote of the holders of at least a majority of our Class A common stock, $0.01 par value per share (the "Common Stock") outstanding and entitled to vote as of the close of business on June 26, 2023, the record date for the determination of stockholders entitled to vote at the Special Meeting (the "Record Date"), is required to approve the Merger Proposal.

At the Special Meeting, you will also be asked to consider and vote on a proposal to approve, on an advisory non-binding basis, the compensation that may be paid or become payable to the Company's named executive officers in connection with the Merger (the "Executive Compensation Proposal"), and to consider and vote on a proposal to approve the adjournment of the Special Meeting to a later date or dates, if necessary or appropriate, including to solicit additional proxies if there are insufficient votes to approve the Merger Proposal at the time of the Special Meeting (the "Adjournment Proposal").

If the Merger is consummated, you will be entitled to receive $43.00 in cash (the "Merger Consideration"), without interest and *minus* any applicable withholding taxes, for each share of the Common Stock that you own (unless you do not vote in favor of the Merger Proposal and you are entitled to demand and have properly made a demand for appraisal and do not thereafter fail to perfect, or do not effectively withdraw or otherwise lose your right to appraisal under Delaware law with respect to such shares). The Merger Consideration represents a 24% premium over the Company's closing stock price of $34.65 on February 13, 2023, the last trading day before media speculation regarding the Company were published.

**Table of Contents**

**The Board of Directors of the Company (the "Board") has unanimously determined that the Merger Agreement and the transactions contemplated thereby, including the Merger, are advisable, fair to and in the best interests of the Company and its stockholders and has unanimously approved the Merger Agreement and the transactions contemplated thereby, including the Merger. The Board unanimously recommends that the Company stockholders vote "FOR" the Merger Proposal. In addition, the Board unanimously recommends that the Company stockholders vote "FOR" the Executive Compensation Proposal and "FOR" the Adjournment Proposal.**

The Notice of Special Meeting and Proxy Statement on the following pages further describe the matters to be presented at the Special Meeting and provide details regarding how to attend the meeting online. We encourage you to read the Proxy Statement and its appendices, including the Merger Agreement, carefully and in their entirety. You may also obtain more information about the Company from documents we file with the Securities and Exchange Commission from time to time.

Whether or not you attend the Special Meeting online, it is important that your shares be represented and voted at the Special Meeting. Therefore, I urge you to promptly vote and submit your proxy by phone, via the Internet, or by signing, dating and returning the enclosed proxy card in the enclosed envelope, which requires no postage if mailed in the United States. Instructions on how to vote your shares are included in the Proxy Statement and proxy card. If you decide to attend the Special Meeting, you will be able to vote online at the Special Meeting even if you have previously submitted your proxy, as your proxy is revocable at your option.

If you have any questions or need assistance voting your shares, please contact our proxy solicitors, MacKenzie Partners, Inc. at (800) 322-2885 or Okapi Partners LLC at (844) 202-7428.

Thank you for your support.



**Michelle Keefe**
**Chief Executive Officer**



**John M. Dineen**
**Chair of the Board**

**Neither the Securities and Exchange Commission nor any state securities regulatory agency has approved or disapproved of the transactions described in this document, including the Merger, or determined if the information contained in this document is accurate or adequate. Any representation to the contrary is a criminal offense.**

**Table of Contents**



<span style="color:red">**NOTICE OF SPECIAL MEETING OF STOCKHOLDERS TO BE HELD AT 8:00 A.M. EDT, ON August 2, 2023**</span>

The special meeting of the stockholders (the "Special Meeting") of Syneos Health, Inc., a Delaware corporation ("Syneos Health," the "Company," "we," "us" or "our"), will be held at 8:00 a.m. EDT, on August 2, 2023, for the following purposes:

✦ **Proposal 1** – To consider and vote on a proposal to adopt the Agreement and Plan of Merger (as it may be amended from time to time, the "Merger Agreement"), dated as of May 10, 2023, by and among the Company, Star Parent, Inc., a Delaware corporation ("Parent"), and Star Merger Sub, Inc., a Delaware corporation and wholly owned subsidiary of Parent ("Merger Sub"), and approve the transactions contemplated thereby, including the merger of Merger Sub with and into the Company (the "Merger"), with the Company continuing as the surviving corporation and a wholly owned subsidiary of Parent (the "Merger Proposal");

✦ **Proposal 2** – To consider and vote on a proposal to approve, on an advisory non-binding basis, the compensation that may be paid or become payable to the Company's named executive officers in connection with the Merger (the "Executive Compensation Proposal"); and

✦ **Proposal 3** – To consider and vote on a proposal to approve the adjournment of the Special Meeting to a later date or dates, if necessary or appropriate, including to solicit additional proxies if there are insufficient votes to approve the Merger Proposal at the time of the Special Meeting (the "Adjournment Proposal").

In addition, we will consider the transaction of any other business properly brought at the Special Meeting or any continuation, adjournment or postponement thereof. However, under the Merger Agreement, the Merger Proposal will be the only matter (other than matters of procedure and matters required by applicable law to be voted on by the Company's stockholders in connection with the Merger Proposal) that the Company will propose to be acted on by the stockholders of the Company at the Special Meeting.

The Special Meeting will be held solely in a virtual meeting format online at www.virtualshareholdermeeting.com/SYNH2023SM. If you plan to attend the Special Meeting online, please follow the instructions in the "*General Information*" section of the attached proxy statement (the "Proxy Statement"). The Special Meeting may be continued or adjourned from time to time without notice other than by announcement at the Special Meeting. Any action on the items of business described above may be considered at the Special Meeting at the time and on the date specified above or at any time and date to which the Special Meeting may be properly continued, adjourned or postponed.

Only holders of record of our Class A common stock, $0.01 par value per share (the "Common Stock"), at the close of business on June 26, 2023 (the "Record Date") are entitled to notice of and to vote at the Special Meeting or any continuation, postponement or adjournment of the Special Meeting by visiting www.virtualshareholdermeeting.com/SYNH2023SM. To ensure your shares of Common Stock are voted at the Special Meeting, you may submit your vote over the Internet, by telephone, or by

**Table of Contents**

completing, signing and returning a proxy card. A list of stockholders of record will be available in our office located at 1030 Sync Street, Morrisville, North Carolina, 27560-5468, during regular business hours for a period of at least 10 days before the Special Meeting and on the Special Meeting webpage during the Special Meeting.

**To participate in the Special Meeting, you will need the 16-digit control number included on your proxy card or on the instructions that accompanied your proxy materials.**

The Special Meeting will begin promptly at 8:00 a.m. EDT. Online check-in will begin at 7:30 a.m. EDT, and you should allow ample time for the online check-in procedures. A list of stockholders of record will be available, during regular business hours for a period of at least ten days preceding the Special Meeting, at our principal executive offices located at 1030 Sync Street, Morrisville, North Carolina 27560-5468.

It is important that your shares be represented regardless of the number of shares you may hold. Whether or not you plan to attend the Special Meeting online, we urge you to vote your shares via the toll-free telephone number or over the Internet as described in the enclosed proxy materials. If you received a copy of the proxy card by mail, you may sign, date and mail the proxy card in the enclosed return envelope. Promptly voting your shares will ensure the presence of a quorum at the Special Meeting and will save us the expense of further solicitation. Submitting your proxy now will not prevent you from voting your shares online at the Special Meeting if you desire to do so, as your proxy is revocable at your option.

The affirmative vote of the holders of at least a majority of the shares of the Common Stock outstanding and entitled to vote as of the close of business on the Record Date is required to approve the Merger Proposal. The Executive Compensation Proposal and the Adjournment Proposal require the affirmative vote of the majority of the Company's shares present electronically or represented by proxy at the meeting and entitled to vote at the Special Meeting.

The failure to vote your shares or a broker non-vote, if any, will have the same effect as a vote "AGAINST" the Merger Proposal. Abstentions will have the same effect as votes against the Executive Compensation Proposal or the Adjournment Proposal. Broker non-votes, if any, are not considered to be entitled to vote and, accordingly, will not affect the outcome of the Executive Compensation Proposal or the Adjournment Proposal. However, we do not expect any broker non-votes, which are only relevant to routine matters, at the Special Meeting because the proposals in the Proxy Statement are all non-routine matters.

The presence at the Special Meeting, by remote communication or represented by proxy, of the holders of a majority in voting power of the shares of the Common Stock issued and outstanding and entitled to vote as of the close of business on the Record Date will constitute a quorum for the transaction of business at the Special Meeting. Broker non-votes, if any, and abstentions will be counted as present for purposes of determining the existence of a quorum.

Under Delaware law, stockholders (and beneficial owners) of the Company who do not vote in favor of the Merger Proposal will have the right to seek appraisal of the fair value of their shares of the Common Stock as determined by the Delaware Court of Chancery if the Merger is consummated, but only if they submit a written demand for such an appraisal before the vote on the Merger Proposal and comply with the other Delaware law procedures explained in the Proxy Statement under the section titled "The Merger–Appraisal Rights." A copy of Section 262 of the Delaware General Corporations Law, which details the applicable Delaware appraisal statute, is attached to the Proxy Statement as Appendix B and may be accessed without subscription or cost at the following publicly available website: https://delcode.delaware.gov/title8/c001/sc09/index.html#262.

**Table of Contents**

You may revoke your proxy at any time before the vote at the Special Meeting by following the procedures outlined in the Proxy Statement.

The Board unanimously recommends that you vote:

      (1)   "**FOR**" the Merger Proposal;

      (2)   "**FOR**" the Executive Compensation Proposal; and

      (3)   "**FOR**" the Adjournment Proposal.

By Order of the Board of Directors,

**Jonathan Olefson**
**General Counsel and Corporate Secretary**
**Morrisville, North Carolina**
**June 27, 2023**

Table of Contents

**Important Notice Regarding the Availability of Proxy Materials for the Special Meeting of Stockholders to Be Held on August 2, 2023:**

This Notice and Proxy Statement is available at

**www.proxyvote.com**

**You should carefully read and consider the entire Proxy Statement and the accompanying appendices including the Merger Agreement attached as Appendix A, along with all of the documents incorporated by reference in the Proxy Statement, as they contain important information about, among other things, the Merger and how it affects you. Please contact one of our proxy solicitors if you have any questions concerning the Merger Agreement, the Merger or the other transactions contemplated by the Merger Agreement; the Special Meeting or the accompanying Proxy Statement; would like additional copies of the accompanying Proxy Statement; or need help submitting a proxy to have your shares of the Company's Common Stock voted:**

**MACKENZIE PARTNERS, INC.**

**1407 Broadway, 27th Floor**
**New York, NY 10018**
**Toll-Free: (800) 322-2885**
**Email: proxy@mackenziepartners.com**

**OKAPI PARTNERS LLC**

**1212 Avenue of the Americas, 17th Floor**
**New York, New York 10036**
**+ 1 (212) 297-0720 (Main)**
**+ 1 (844) 202-7428 (Toll-Free)**
**Email: info@okapipartners.com**

Table of Contents

**PROXY SUMMARY**

## Special Meeting of Stockholders

**Time and Date:** 8:00 a.m. EDT on August 2, 2023

**Location:** Online via live webcast at www.virtualshareholdermeeting.com/SYNH2023SM

**Outstanding
Common Stock:** 103,714,183 shares as of the Record Date

**Record Date.** Stockholders of record as of the close of business on June 26, 2023 (the "Record Date") are entitled to notice of and to vote at the Special Meeting or any continuation, postponement or adjournment thereof.

**Meeting Admission.** You are entitled to attend the virtual Special Meeting only if you were a stockholder of the Company as of the close of business on the Record Date or hold a valid proxy for the Special Meeting. The Special Meeting will be a completely virtual meeting of stockholders, which will be conducted via live webcast. You will be able to attend the Special Meeting online and submit your questions during the meeting by visiting www.virtualshareholdermeeting.com/SYNH2023SM. You also will be able to vote your shares electronically at the Special Meeting. To participate in the Special Meeting, you will need the 16-digit control number included on your proxy card or on the instructions that accompanied your proxy materials.

**Voting Matters and Board Recommendations.**

| Proposal: | | Board Recommendation: |
|---|---|---|
| 1 | Approval of the Merger Proposal | FOR |
| 2 | Approval of the Executive Compensation Proposal | FOR |
| 3 | Approval of the Adjournment Proposal | FOR |

**Your vote is important to us.** Whether or not you plan to attend the Special Meeting online, we encourage you to read the attached Proxy Statement and vote as soon as possible. You may vote your shares via a toll-free telephone number or over the Internet. If you received a paper copy of a proxy card or voting instruction form by mail, you may submit your vote by completing, signing, dating and returning your proxy card or voting instruction form in the pre-addressed envelope provided, or by following the instructions on your proxy card or voting instruction form for voting over the Internet or by telephone. For specific instructions on how to vote, please refer to the "*General Information*" section of the Proxy Statement.

**Table of Contents**

**How to vote.** Each stockholder of Syneos Health as of the close of business on the Record Date is entitled to one vote for each share of Common Stock held by them on all matters presented at the Special Meeting. Shares may be voted by the following procedures:



**By Internet.** Go to www.proxyvote.com and follow the instructions there. You will need the 16-digit number included on your proxy card, voting instruction form or notice. Votes submitted via the Internet must be received by 11:59 p.m. EDT on August 1, 2023.



**By Telephone.** Dial the phone number on your proxy card. You will need the 16-digit number included on your proxy card, voting instruction form or notice. Telephone voting for stockholders of record is available 24 hours a day. Votes submitted by telephone must be received by 11:59 p.m. EDT on August 1, 2023. If your shares are held in an account at a bank or brokerage firm that offers telephone voting options, they will provide you with a voting instruction form that includes instructions on how to vote your shares by telephone by the deadline specified on the voting instruction form.



**By Mail.** If you received a paper copy of a proxy card or voting instruction form, you may submit your proxy by completing, signing and dating the proxy card or voting instruction form and mailing it in the accompanying pre-addressed envelope. To ensure they are voted at the Special Meeting, proxies submitted by mail must be received at the address provided no later than August 1, 2023, the last business day before the meeting.



**At the Special Meeting.** Shares held in your name as the stockholder of record may be voted electronically if you attend the Special Meeting virtually. You will need the 16-digit control number included on your proxy card or on the instructions that accompanied your proxy materials.

Table of Contents

**TABLE OF CONTENTS**

|  | **Page** |
|---|---|
| PROXY STATEMENT | 4 |
| PROPOSALS | 4 |
| RECOMMENDATIONS OF THE BOARD | 5 |
| INFORMATION ABOUT THIS PROXY STATEMENT | 5 |
| SUMMARY | 6 |
| The Parties to the Merger Agreement (page 36) | 6 |
| The Special Meeting (page 37) | 6 |
| The Merger Proposal (page 133) | 7 |
| Record Date; Shares Entitled to Vote; Quorum (page 37) | 7 |
| Vote Required to Approve the Merger Proposal (page 38) | 7 |
| Recommendation of the Board and Reasons for the Merger (page 62) | 7 |
| Fairness Opinion of BofA Securities, Inc. (page 67) | 8 |
| Fairness Opinion of Centerview Partners LLC (page 75) | 8 |
| Certain Effects of the Merger on the Company (page 45) | 9 |
| Effect on the Company if the Merger is Not Consummated (page 45) | 10 |
| Merger Consideration (page 46) | 10 |
| Treatment of Equity Awards (page 109) | 11 |
| Effect Upon Employee Stock Purchase Plan (page 109) | 11 |
| Interests of the Directors and Executive Officers of Syneos Health in the Merger (page 87) | 12 |
| Financing of the Merger (page 91) | 12 |
| Appraisal Rights (page 96) | 13 |
| Material U.S. Federal Income Tax Consequences of the Merger to Holders of Common Stock (page 101) | 14 |
| Regulatory Approvals Required for the Merger (page 104) | 15 |
| No Shop; Acquisition Proposals (page 114) | 15 |
| Conditions to the Merger (page 125) | 18 |
| Termination (page 127) | 19 |
| Effect of Termination (page 128) | 21 |
| Termination Fees (page 129) | 21 |
| Expenses Generally (page 131) | 24 |
| Market Prices (page 44) | 24 |
| Recent Developments (page 105) | 24 |
| GENERAL INFORMATION | 25 |
| THE PARTIES TO THE MERGER AGREEMENT | 36 |
| THE SPECIAL MEETING | 37 |
| Date and Time of the Special Meeting | 37 |
| Purpose of the Special Meeting | 37 |
| Record Date; Shares Entitled to Vote; Quorum | 37 |
| Vote Required; Abstentions and Broker Non-Votes | 38 |
| Shares Held by Directors and Executive Officers | 38 |
| Voting; Proxies | 38 |

**Table of Contents**

| | |
|---|---|
| Revocability of Proxies | 39 |
| Abstentions | 40 |
| Adjournments and Postponements | 40 |
| Board Recommendation | 40 |
| Solicitation of Proxies | 41 |
| Anticipated Date of Consummation of the Merger | 41 |
| Householding of Special Meeting Materials | 41 |
| CAUTIONARY STATEMENT REGARDING FORWARD-LOOKING STATEMENTS | 42 |
| MARKET PRICES | 44 |
| THE MERGER | 45 |
| Certain Effects of the Merger on the Company | 45 |
| Effect on the Company if the Merger is Not Consummated | 45 |
| Merger Consideration | 46 |
| Background of the Merger | 46 |
| Recommendation of the Board and Reasons for the Merger | 62 |
| Fairness Opinion of BofA Securities, Inc. | 67 |
| Fairness Opinion of Centerview Partners LLC | 75 |
| Certain Financial Forecasts | 84 |
| Interests of the Directors and Executive Officers of the Company in the Merger | 87 |
| Financing of the Merger | 91 |
| Financing Efforts | 92 |
| Financing Cooperation | 93 |
| Closing and Effective Time of the Merger; Marketing Period | 95 |
| Appraisal Rights | 96 |
| Material U.S. Federal Income Tax Consequences of the Merger to Holders of Common Stock | 101 |
| Regulatory Approvals Required for the Merger | 104 |
| Delisting and Deregistration of Common Stock | 105 |
| Recent Developments | 105 |
| THE MERGER AGREEMENT | 107 |
| Explanatory Note Regarding the Merger Agreement | 107 |
| When the Merger Becomes Effective | 107 |
| Structure of the Merger; Certificate of Incorporation; Bylaws; Directors and Officers | 108 |
| Effect of the Merger on the Common Stock | 108 |
| Treatment of Equity Awards | 109 |
| Payment for the Common Stock | 110 |
| Representations and Warranties | 110 |
| Other Covenants and Agreements | 114 |
| Special Meeting and Related Actions | 118 |
| Employee Matters | 118 |
| Efforts to Consummate the Merger | 119 |
| Conduct of Business Pending the Merger | 120 |
| Indemnification of Directors and Officers; Insurance | 124 |

ii

**Table of Contents**

| | |
|---|---|
| Miscellaneous Covenants | 124 |
| Conditions to the Merger | 125 |
| Termination | 127 |
| Effect of Termination | 128 |
| Termination Fees | 129 |
| Expenses Generally | 131 |
| Specific Performance | 131 |
| Amendments; Waiver | 131 |
| Governing Law and Jurisdiction | 131 |
| PROPOSAL NO. 1: THE MERGER PROPOSAL | 133 |
| The Merger Proposal | 133 |
| Vote Required | 133 |
| Recommendation of the Board of Directors | 133 |
| PROPOSAL NO. 2: THE EXECUTIVE COMPENSATION PROPOSAL | 134 |
| The Executive Compensation Proposal | 134 |
| Vote Required | 137 |
| Recommendation of the Board of Directors | 137 |
| PROPOSAL NO. 3: THE ADJOURNMENT PROPOSAL | 138 |
| The Adjournment Proposal | 138 |
| Vote Required | 138 |
| Recommendation of the Board of Directors | 138 |
| SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT | 139 |
| FUTURE STOCKHOLDER PROPOSALS | 141 |
| WHERE YOU CAN FIND MORE INFORMATION | 142 |
| MISCELLANEOUS | 143 |
| APPENDICES | |
| APPENDIX A | A-1 |
| APPENDIX B | B-1 |
| APPENDIX C | C-1 |
| APPENDIX D | D-1 |

iii

Table of Contents

# SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT

The following table shows information as of June 5, 2023, regarding the beneficial ownership of our Common Stock by:

- each person or group who is known by us to own beneficially more than 5% of our Common Stock;

- each member of our Board and each of our Named Executive Officers; and

- all members of our Board and our executive officers as a group.

Beneficial ownership of shares is determined under rules of the SEC and generally includes any shares over which a person exercises sole or shared voting or investment power. Except as noted by footnote, and subject to community property laws where applicable, we believe based on the information provided to us that the persons and entities named in the table below have sole voting and investment power with respect to all shares of our Common Stock shown as beneficially owned by them. Percentage of beneficial ownership is based on 103,712,746 shares of our Common Stock outstanding as of June 5, 2023. Shares of Common Stock subject to options currently exercisable or that may become exercisable within 60 days of June 5, 2023 and shares of Common Stock underlying restricted stock units that may be subject to vesting within 60 days of June 5, 2023 are deemed to be outstanding and beneficially owned by the person holding the options or restricted stock units for the purposes of computing the percentage of beneficial ownership of that person and any group of which that person is a member, but are not deemed outstanding for the purpose of computing the percentage of beneficial ownership for any other person. Unless otherwise indicated, the address for each holder listed below is c/o Syneos Health, Inc., 1030 Sync Street, Morrisville, North Carolina 27560-5468.

139

**Table of Contents**

| NAME AND ADDRESS OF BENEFICIAL OWNER | NUMBER OF SHARES BENEFICIALLY OWNED | PERCENT OF COMMON STOCK OUTSTANDING |
|---|---|---|
| 5% Stockholder: | | |
| BlackRock, Inc. (1) | 11,030,086 | 10.6% |
| The Vanguard Group (2) | 10,346,287 | 10.0% |
| Named Executive Officers and Directors: | | |
| Michelle Keefe | 35,644 | * |
| Alistair Macdonald | 167,593 | * |
| Jason Meggs | 40,916 | * |
| Michael Brooks (3) | 18,316 | * |
| Christian Tucat (4) | 10,790 | * |
| Jonathan Olefson | 14,368 | * |
| Barbara W. Bodem | 3,522 | * |
| Bernadette M. Connaughton | 9,915 | * |
| John M. Dineen | 22,629 | * |
| William Klitgaard | — | * |
| Kenneth F. Meyers | 20,147 | * |
| Matthew E. Monaghan | 19,777 | * |
| David S. Wilkes, M.D. | 4,973 | * |
| Alfonso G. Zulueta | 3,493 | * |
| All current board of director members and executive officers as a group (5) | 171,956 | * |

\*    less than 1%

(1)   As reported on a Schedule 13G/A filed on January 23, 2023, BlackRock, Inc. reported sole voting power over 10,694,544 shares and sole dispositive power over 11,030,086 shares. The address of BlackRock, Inc. is 55 East 52nd Street New York, NY 10055.

(2)   As reported on a Schedule 13G/A filed on January 10, 2023, The Vanguard Group reported shared voting power over 96,524 shares, sole dispositive power over 10,145,901 shares, and shared dispositive power over 200,386 shares. The address of The Vanguard Group is 100 Vanguard Blvd., Malvern, PA 19355.

(3)   Includes 3,410 shares owned by Mr. Brooks' spouse.

(4)   Includes 468 RSUs that may vest within 60 days of June 5, 2023.

(5)   Includes 468 RSUs that may vest within 60 days of June 5, 2023 and 703 options that are exercisable or may become exercisable within 60 days of June 5, 2023. Includes beneficial ownership of Stanford (Ben) Rudnick. Does not include beneficial ownership of Alistair Macdonald or Jason Meggs as they are not current directors or executive officers of the Company.