INDEX OF APPENDICES

| APPENDIX | DESCRIPTION |
| --- | --- |
| A | Plaintiffs' Elements Chart |
| B | Purported "Puffery" and "Vague Statements of Corporate Optimism" Statements with Proper Context |