## APPENDIX A
## Plaintiffs' Elements Chart

| | | | | | | |
|---|---|---|---|---|---|---|
|  | **Count I**<br>**Violations of §10(b) of the Exchange Act and Rule 10b-5**<br>**Promulgated Thereunder** |
| # | | **Alleged False and Misleading Statements Regarding the Company's Emergence from COVID-19** | **Speaker** | **Date** | **Reasons Why Statement Is False and Misleading** | **Materiality** | **Scienter** |
| 1 | ¶100 | [Macdonald:] Outside of the backlog adjustment, for reimbursable out-of-pocket expenses, *we have experienced no meaningful cancellation activity as a consequence of COVID-19*.<br><br>* * *<br><br>[Meggs:] When you think about the backlog and the adjustment in clinical, we – *if you just take out the backlog adjustment, our book-to-bill in the quarter in clinical would have been north of 1.4, again. So it was a good quarter, and we feel good about the bookings that we had.* | Syneos, Macdonald, Meggs | October 29, 2020 | ¶¶ 106, *see also* 54-94, ¶¶ 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 106, 245-319 |
| 2 | ¶101 | Given the COVID-19 headwinds, *we had a strong quarter across our operating and financial metrics, including gross awards, backlog growth, profitability and cash flow demonstrating how our unique value proposition continues to resonate with our customers and our team continues to execute.* | Syneos, Meggs | October 29, 2020 | ¶¶ 106, *see also* 54-94, ¶¶ 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 106, 245-319 |
| 3 | ¶102 | I think *the RFP environment for us has been pretty strong all year*, and *we've closed out pretty well*. I mean, Q3 was probably the hardest one as we went through kind of a bit of recovery, but *nice strong environment right now*. And I think that *sets us up really nicely for 2021* as well. | Syneos, Macdonald, Meggs | November 19, 2020 | ¶¶ 106, *see also* 54-94, ¶¶ 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 106, 245-319 |

1

| | | Count I<br>Violations of §10(b) of the Exchange Act and Rule 10b-5<br>Promulgated Thereunder | | | | | |
|---|---|---|---|---|---|---|---|
| **#** | | **Alleged False and Misleading Statements Regarding the Company's Emergence from COVID-19** | **Speaker** | **Date** | **Reasons Why Statement Is False and Misleading** | **Materiality** | **Scienter** |
| 4 | ¶103 | Macdonald represented that Syneos expected to achieve "*robust revenue growth*" over the next three years. Specifically, Macdonald announced revenue guidance for fiscal years 2022 and 2023 of "*between 7% and 10%*" growth each year. | Syneos, Macdonald | December 8, 2020 | ¶¶ 106, *see also* 54-94, ¶¶ 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 106, 245-319 |
| 5 | ¶104 | Defendant Meggs similarly stated that Syneos had "*the backlog, pipelines and customer relationships*" to "*accelerat[e] execution and growth over the next several years*," and the Company was "*positioned for sustainable growth and margin expansion*." | Syneos, Meggs | December 8, 2020 | ¶¶ 106, *see also* 54-94, ¶¶ 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 106, 245-319 |
| 6 | ¶104 | *We have increased the number of strategic awards in the top 30 since this time last year, up to four, and we're very happy with that. And then you'll see there that over 30% year-on-year backlog growth for us in that top 50, which shows that the accounts that we penetrated are turning into revenue generation. We've gone through bookings growth and now we're starting to see that billings growth come through the model as those projects stand up and start up.*<br><br>Obviously, a little bit delayed because of COVID, *but . . . we feel good engagement from those customers, we have good position with them, we've worked out how we deliver for them, and I think that's a very promising start to a much larger penetration in the large pharma sector.* | Syneos, Macdonald | January 13, 2021 | ¶¶ 106, *see also* 54-94, ¶¶ 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 106, 245-319 |

| | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | | |
|---|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statements Regarding the Company's Emergence from COVID-19 | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 7 | ¶105 | Macdonald highlighted the "strong demand" that Syneos was purportedly experiencing and that the clinical segment was "well positioned for accelerated revenue growth" in 2021, citing the Company's "record ending backlog" and "record pipeline of new opportunities." Macdonald also claimed that Syneos was enjoying demand far above pre-COVID-19 levels stating, for example, that "[b]y midApril, the new patient enrollment rates and new site activations were trending at approximately 150% of pre-COVID levels," which he represented would "increase our backlog conversion and accelerate year-over-year Clinical Solutions revenue growth for the balance of this year." | Syneos, Macdonald | April 29, 2021 | ¶¶ 106, *see also* 54-94, ¶¶ 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 106, 245-319 |

| | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | | |
|---|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statements Regarding the Company's Workforce, Workplace Culture, and Capabilities to Run Clinical Trials | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 8 | ¶109 | While emphasizing that Syneos was experiencing "pent-up demand" as evidenced by their reported high market-leading book-to-bill ratios over the last few years, Defendant Macdonald stated: We're in a very strong market. *Our position in that market is growing and strengthening. The strategy that we have seems to be resonating very strongly with customers across all sectors. So we see the engagement and that growth, not just in the SMID sector where we traditionally grew up, but also now that we're in that large pharma sector, and we'll touch on that in a moment as well.* | Syneos, Macdonald | September 9, 2020 | ¶¶ 113, *see also* ¶¶54-94, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 9 | ¶110 | "*Our innovative product development model provides opportunities to drive accelerated growth across a wide range of customers, delivering deeper strategic insights and integrated expertise . . . .*" | Syneos, Macdonald | December 7, 2020 | ¶¶ 113, *see also* ¶¶6, 56-69, 113, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 10 | ¶111 | Syneos was "*at the forefront of this market shift to an agile, highly communicative, insights driven, integrated product development approach.*" | Syneos | December 8, 2020 | ¶¶ 113, *see also* ¶¶6, 56-69, 113, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 11 | ¶111 | The Company's "*collaborative approach across the business is resonating with our customers*" and part of a "*value creation plan*" that "*provides the financial road map for growth.*" | Syneos, Meggs | December 8, 2020 | ¶¶ 113, 6, 54-70, 236-244, *see also* ¶¶ 71-94 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

4

| | | Count I | | | | | |
|---|---|---|---|---|---|---|---|
| | | **Violations of §10(b) of the Exchange Act and Rule 10b-5** | | | | | |
| | | **Promulgated Thereunder** | | | | | |
| **#** | | **Alleged False and Misleading Statements Regarding the Company's Workforce, Workplace Culture, and Capabilities to Run Clinical Trials** | **Speaker** | **Date** | **Reasons Why Statement Is False and Misleading** | **Materiality** | **Scienter** |
| 12 | ¶111 | We're very proud of our recent recognition by Forbes Magazine listing us as a Best Employer, highest amongst biopharmaceutical outsourcing organizations. Importantly, this award was based on independent surveys of our employees and *truly reflects how our employees feel about what we're building together*.<br><br>* * *<br><br>*We see our culture continuing to be a key differentiator in helping to attract and retain top talent, which, in turn, drives innovation and customer success.* | Syneos, Macdonald | December 8, 2020 | ¶¶ 113, 6, 54-70, 236-244, *see also* ¶¶ 71-94 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 13 | ¶112 | We have built a strong foundation for growth and we're focused on accelerating execution and growth over the next several years and *we have the backlog, pipelines, and customer relationships to do so. We believe that Syneos Health is positioned for sustainable growth* and margin expansion. *Our model, people, and culture are our competitive advantage*. | Syneos, Meggs | December 8, 2020 | ¶¶ 113, *see also* ¶¶ 6, 54-94, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 14 | ¶114 | Macdonald highlighted that Syneos was "at the forefront" of "*a need and desire from our customers to see more innovation from service providers like Syneos Health*." Macdonald further highlighted the Company's ability to "deliver decentralized trials," and "capabilities to bring technology and . . . new capabilities to customer delivery," | Syneos, Macdonald | January 13, 2021 | ¶¶ 120, 6, 60-63, 67-69, 244, *see also* ¶¶ 54-70, 236-243 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I | | | | | |
|---|---|---|---|---|---|---|---|
| | | Violations of §10(b) of the Exchange Act and Rule 10b-5 | | | | | |
| | | Promulgated Thereunder | | | | | |
| # | | Alleged False and Misleading Statements Regarding the Company's Workforce, Workplace Culture, and Capabilities to Run Clinical Trials | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 15 | ¶114 | They're all critical in our mind for the continued differentiation of Syneos Health against competitors in what is becoming a more and more complex market. And I think that favors the larger CROs with the capabilities to bring technology and new service lines, new capabilities to customer delivery, to project designs. And I think that really helps us resonate in the market. | Syneos, Macdonald | January 13, 2021 | ¶¶ 120, 6, 60-63, 67-69, 244, *see also* ¶¶ 54-70, 236-243 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 16 | ¶115 | [T]he Company's superior capabilities, which had "helped a lot of customers navigate through the COVID experience by being able to move them very seamlessly, very painlessly to a digital, a more remote approach, both in clinical and commercial," were responsible for the Company's 18% backlog growth and strong sales with both SMID and large customers. | Syneos, Macdonald | January 13, 2021 | ¶¶ 120, 6, 60-63, 67-69, 244, *see also* ¶¶ 54-70, 236-243 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 17 | ¶116 | Macdonald highlighted the "strong demand" Syneos was purportedly experiencing and that it would allow Syneos to achieve backlog conversion and accelerate year-over-year revenue growth. | Syneos, Macdonald | April 29, 2021 | ¶¶ 120, 54-94, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 18 | ¶116 | In response to an analyst's description that the ramp-up of site activations as "pretty remarkable" and inquired whether Syneos had sufficient staffing to meet this demand and maintain such an elevated pace. Defendant Macdonald stated:<br><br>"*yes, definitely, we can sustain it and grow it, actually*." Macdonald also pointed to Syneos's "*enhanced processes*," "*more horsepower*," and | Syneos, Macdonald | April 29, 2021 | ¶¶ 120, 60-63, 67-69, 244, *see also* ¶¶ 54-70, 236-243 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

6

| | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | | |
|---|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statements Regarding the Company's Workforce, Workplace Culture, and Capabilities to Run Clinical Trials | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| | | "*more automated and more streamlined*" processes as reasons why the Company was able to effectively execute despite the demanding environment. | | | | | |
| 19 | ¶117 | Macdonald emphasized the Company's "strong" results and highlighted its "robust year-over-year growth" and a "demand environment" that was "very healthy with strong pipelines." | Syneos, Macdonald | November 3, 2021 | ¶¶ 120, 54-94, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 20 | ¶117 | *Clinical solutions revenue grew 23.9% compared to the third quarter of 2020. Our organic growth was driven by our full-service portfolio, including the continuing ramp-up in our larger pharma relationships, particularly in oncology as they gain full scale and efficiency.* | Syneos, Macdonald | November 3, 2021 | ¶¶ 120, 6, 9, 77, 90, *see also* ¶¶ 54-94, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 21 | ¶118 | So yes, I think where we sit right now, *good kind of backlog visibility through the whole year with both the backlog that's coming through from clinical. We mentioned that we're winning a lot of oncology work. Obviously, that sets up for a long view of the pipe of the backlog, so you got a lot more visibility with that.* | Syneos, Macdonald | November 3, 2021 | ¶¶ 120, 6, 9, 77, 90, *see also* ¶¶ 54-94, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | Count I |
|---|---|
| | **Violations of §10(b) of the Exchange Act and Rule 10b-5** |
| | **Promulgated Thereunder** |

| # | | Alleged False and Misleading Statements Regarding the Company's Workforce, Workplace Culture, and Capabilities to Run Clinical Trials | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
|---|---|---|---|---|---|---|---|
| 22 | ¶119 | Well, we've just – we've won – if you think back to when we started talking about our large pharma partnerships that we've won in 2018, 2019, et cetera, a lot of those were oncology-focused, *and you're starting to see that backlog build and come through and the projects lengthen* and there with large pharma tends to be larger Phase IIIs, and those take a longer period to run, et cetera. So it extends out your burn rate. And then legacy businesses were really good in early phase oncology. And that has been something that we've always been really good at and continue and that's a lot of what comes through from a SMID perspective when we're in that early phase oncology realm.<br><br>*So both areas, we're really strong at now. We have good customer relationships, good capabilities, good pipelines, and that's just resulting in that business becoming a larger piece of our portfolio.* | Syneos, Meggs | December 1, 2021 | ¶¶ 120, 6, 9, 77, 90, *see also* ¶¶ 54-94, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I | | | | | |
| | | Violations of §10(b) of the Exchange Act and Rule 10b-5 | | | | | |
| | | Promulgated Thereunder | | | | | |
| # | | Alleged False and Misleading Statements Regarding the Company's Success and Engagement with Customers | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
|---|---|---|---|---|---|---|---|
| 23 | ¶123 | We're in a very strong market. *Our position in that market is growing and strengthening. The strategy that we have seems to be resonating very strongly with customers across all sectors. So we see that engagement and that growth, not just in the SMID sector where we traditionally grew up, but also now that we're in that large pharma sector, and we'll touch on that in a moment as well.* | Syneos, Macdonald | September 9, 2020 | ¶¶ 128, 6, 54-70, 236-244, *see also* ¶¶ 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 24 | ¶124 | Using a slide presentation to highlight that Syneos was experiencing a strong SMID pipeline, was "Positioned for Accelerated Revenue and Margin Growth: Syneos Health Investment Highlights," had a "*Leadership Position in High-Growth SMID/Biotech*," and was "*Successfully Penetrating Large Pharma*." | Syneos, Macdonald, Meggs | September 9, 2020 | ¶¶ 128, 6, 54-70, 236-244, *see also* ¶¶ 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 25 | ¶125 | Macdonald emphasized Syneos's "record quarter" of new business, stating: "*Gross awards remain very strong, including a record quarter of awards in our small- to midsized customer segment.*" | Syneos, Macdonald | October 29, 2020 | ¶¶ 128, 6, 54-70, 236-244, *see also* ¶¶ 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 26 | ¶125 | *And that sector [SMID] was really hot for us in Q3.* I mean it's kind of a *record pipe in the SMID, record sales in the SMID for Q3, and we just see that segment getting hotter and hotter. So been able to land Synteract, having a good cultural fit and relationship with their executive team already.* | Syneos, Macdonald | October 29, 2020 | ¶¶ 128, 6, 54-70, 236-244, *see also* ¶¶ 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| Count I | | | | | | |
|---|---|---|---|---|---|---|
| Violations of §10(b) of the Exchange Act and Rule 10b-5 | | | | | | |
| Promulgated Thereunder | | | | | | |
| # | Alleged False and Misleading Statements Regarding the Company's Success and Engagement with Customers | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 27 | ¶126 | Macdonald described that what they were "seeing at the moment . . . *for the demand environment is very encouraging on the SMID side,*" adding that there was a "*nice strong demand environment, both large pharma and that SMID space we've always played in. So we're very encouraged with that.*" | Syneos, Macdonald | November 19, 2020 | ¶¶ 128, 6, 54-70, 236-244, *see also* ¶¶ 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 28 | ¶127 | "*Within clinical, we've secured 4 new large pharma relationships, including renewing our relationship with Pfizer.*" | Syneos, Colvin | December 8, 2020 | ¶¶ 128, 56, 58, 60, 236-244, *see also* ¶¶ 6, 54-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 29 | ¶127 | *We have year-over-year clinical backlog growth of over 30% for the top 50 pharma customers as of the end of third quarter.* We manage these large pharma relationships with our Global Client Solutions executives who are tasked with targeting new partnerships in addition to expanding these existing partnerships.<br><br>*We're very excited about our strong pipeline of additional opportunities.* We currently have 3 partnerships driving over a $150 million of annual revenue, and *we expect to continue expanding this group of key customers. . . . While we're growing our share in large pharma, our legacy strength is in the small to midsized, or SMID, segment where we continue to enjoy an overweighted position relative to our total market share.* | Syneos, Colvin | December 8, 2020 | ¶¶ 128, 56, 58, 60, 236-244, *see also* ¶¶ 6, 54-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I | | | | | |
|---|---|---|---|---|---|---|---|
| | | Violations of §10(b) of the Exchange Act and Rule 10b-5 | | | | | |
| | | Promulgated Thereunder | | | | | |
| # | | Alleged False and Misleading Statements Regarding the Company's Success and Engagement with Customers | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 30 | ¶131 | *In the meantime, we don't ignore the SMID. We made the investment in Synteract, continue to help us fuel that growth in a very hot end of the market, particularly within the SMID market, a hotter end of that market as well.*<br><br>* * *<br><br>On the right-hand side there, we talked a little bit about Synteract. We're keeping that as a stand-alone business unit to really engage the emerging biotech. We've got off to a great start with that. *The employees from Synteract have been fantastic. They've settled in very quickly, and we're seeing good performance from them from day 1. So we're very pleased with that. It enables us to engage a different customer in the SMID space.*<br><br>* * *<br><br>*We have enhanced our SMID position with the acquisition of Synteract. As I said before, we already have the leading position in that space. We are very keen on that space. We see it as a great growth driver for the future.* | Syneos, Macdonald | January 13, 2021 | ¶¶ 134, 236-244, *see also* ¶¶ 6, 54-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | **Count I** | | | | | |
|---|---|---|---|---|---|---|---|
| | | **Violations of §10(b) of the Exchange Act and Rule 10b-5** | | | | | |
| | | **Promulgated Thereunder** | | | | | |
| **#** | | **Alleged False and Misleading Statements Regarding the Company's Success and Engagement with Customers** | **Speaker** | **Date** | **Reasons Why Statement Is False and Misleading** | **Materiality** | **Scienter** |
| 31 | ¶132 | *[W]e delivered another quarter of strong awards performance, along with sequential revenue growth and robust profitability in the fourth quarter. Our innovative solutions, including Kinetic, continue to resonate with customers and we further strengthened our differentiated model* with our acquisitions of Synteract, enhancing our SMID footprint, and Illingworth Research Group, further enabling our in-home capability for Decentralized Solutions . . . *We remain confident in the long-term strength of our business given our record backlog, which we expect to fuel strong growth in both segments for the full year 2021."* | Syneos, Macdonald, Meggs | February 18, 2021 | ¶¶ 134, 60-62, 68, 236-244, *see also* ¶¶ 6, 54-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 32 | ¶133 | *[W]e have also enhanced our leading position for serving customers across the small to mid-sized ("SMID") category, further diversifying our customer base and expanding support to the high-growth emerging biopharmaceutical segment.  We continue to experience strong SMID demand, as evidenced by double-digit growth in our request-for-proposal volumes in 2020 as compared to 2019.* | Syneos, Macdonald, Meggs | February 18, 2021; February 17, 2022 | ¶¶ 134, 6, 54-70, 236-244, *see also* ¶¶ 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 33 | ¶133 n.6 | Our 2020 acquisition of Synteract *further enhanced our leading position* for serving customers across the SMID category, diversifying our customer base and expanding support to the high-growth emerging biopharmaceutical segment. We *continue to experience strong SMID demand, as evidenced by double-digit growth* in our | Syneos, Macdonald, Meggs | February 17, 2022 | ¶¶ 134, 6, 54-70, 236-244, *see also* ¶¶ 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I<br>Violations of §10(b) of the Exchange Act and Rule 10b-5<br>Promulgated Thereunder | | | | | |
|---|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statements Regarding the Company's Success and Engagement with Customers | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| | | request-for-proposal volumes in 2021 as compared to 2020. | | | | | |
| 34 | ¶136 | *We had great SMID performance in sales in quarter 4 and quarter 1, again, in quarter 2. That's starting to pull through into revenue as well in the back half. And so looking at growth there in the low to mid-20s, right, when you look at the clinic growth.* So that's how we're looking at it by segment, *really pleased with it.* | Syneos, Macdonald | August 9, 2021 | ¶¶ 6, 54-70, 143, 236-244, *see also* ¶¶ 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 35 | ¶137 | In response to a request by a Credit Suisse analyst to "speak to the nature of the clinical net awards in the quarter in terms of what you saw from maybe a therapeutic in our customer perspective? Is there anything surprising or unusual to call out other than those 3 large[] [awards]?" Defendant Macdonald stated:<br><br>Not really. I think a pretty well-balanced quarter. *We got a lot of strength in the SMID. We're the leader in the SMID sector. So we expect that, but I think that's particularly strong for us this time. Good FSP awards,* as we mentioned, like you say, and a good contribution from large pharma. | Syneos, Macdonald | August 9, 2021 | ¶¶ 143, 6, 54-70, 236-244, *see also* ¶¶ 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | | |
|---|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statements Regarding the Company's Success and Engagement with Customers | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 36 | ¶138 | the Jefferies analyst asked about "general recovery on things like site access and RFP flow . . . what do you see in there? And then what are you assuming also in kind of the back half in terms of continued normalization on that front?" In response, Defendant Macdonald stated: "I mean I think we are seeing a very robust environment from all sectors, both clinical, commercial, SMID and large in both sectors as well. So a good, healthy environment." | Syneos, Macdonald | August 9, 2021 | ¶¶ 143, 54-70, 236-244, *see also* ¶¶ 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 37 | ¶139 | "*we have a very good SMID mix in the business, and we continue to have that. Despite the fact we have really good backlog growth in clinical from top 20. Those are going to be the drivers as we move into 2022 and 2023*." | Syneos, Macdonald | September 15, 2021 | ¶¶ 54-70, 143, 236-244, *see also* ¶¶ 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 38 | ¶140 | "*Our clinical team also closed another strong quarter of awards, particularly in the SMID segment. Driven by these strong sales, record ending backlog that is up 22.3% year-over-year and a record pipeline of new opportunities, Clinical Solutions remains well positioned for robust revenue growth into 2022 and beyond*." | Syneos, Macdonald | November 3, 2021 | ¶¶ 143, 54-70, 236-244, *see also* ¶¶ 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I | | | | | |
| | | Violations of §10(b) of the Exchange Act and Rule 10b-5 | | | | | |
| | | Promulgated Thereunder | | | | | |
| # | | Alleged False and Misleading Statements Regarding the Company's Success and Engagement with Customers | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
|---|---|---|---|---|---|---|---|
| 39 | ¶141 | Responding to a follow-up question from Donnelly asking about request for proposal ("RFP") "flows," Macdonald referenced "*the flow that we're seeing*," "*strong across the board, both large pharma and SMID*," stating:<br><br>"We, I think, have *the most compelling SMID offering in the market, and it's a healthy part of the market.*" | Syneos, Macdonald | November 3, 2021 | ¶¶ 143, 6, 54-70, 236-244, *see also* ¶¶ 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 40 | ¶142 | *[T]he win rate for us has been very strong in both sectors. You've seen, I think, an improvement overall over the last few years of the consistency and the scale of our book-to-bill that's driving the growth in the company. We're particularly pleased with the win rates that we see across the SMID and ensuring that we're very compelling there.* | Syneos, Macdonald | November 18, 2021 | ¶¶ 143, 6, 54-70, 236, 242-244, *see also* ¶¶ 71-91, 237-241 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | | |
|---|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statements Regarding the Company's Reported Performance Metrics Including Backlog, New Business Awards, Book-to-Bill Ratio and Reimbursable Expenses | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 41 | ¶146 | Now clinical bookings momentum has been very good over the last several quarters, posting high market-leading book-to-bills over that period. Backlog  growth as of the end of Q2 at 14.8%. . . . And with net awards growth driving at 10% year-over-year growth, it put us in a very strong position. | Syneos, Macdonald | September 9, 2020 | ¶¶ 153, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 42 | ¶147 | Results and performance metrics for Q3 2020, announced in the Company's Form 10-Q. | Syneos, Macdonald, Meggs | October 29, 2020 | ¶¶ 153, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 43 | ¶148 | *Net new business awards were $1,206.3 million and $5,892.1 million* for the three and twelve months ended September 30, 2020, representing a *book-to-bill ratio of 1.10x and 1.31x*, respectively. *Clinical Solutions net new business awards were $995.0 million and $4,711.3 million* for the three and twelve months ended September 30, 2020, representing a *book-to-bill ratio of 1.20x and 1.41x*, respectively. . . . These *net new business awards contributed to an ending backlog of $9,783.0 million* as of September 30, 2020, *consisting of $9,196.3 million for Clinical Solutions* . . . . | Syneos | October 29, 2020 | ¶¶ 153, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 44 | ¶149 | "*Clinical Solutions backlog growth of 18.2% compared to the same period in 2019*' | Syneos | October 29, 2020 | ¶¶ 153, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 45 | ¶149 | "'As we look ahead to 2021 and beyond, we're building a strong foundation for growth, *coming off a quarter with record backlog, high market demand and robust pipelines*.'" | Syneos, Macdonald | October 29, 2020 | ¶¶ 153, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | **Count I** Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | | |
|---|---|---|---|---|---|---|---|
| **#** | | **Alleged False and Misleading Statements Regarding the Company's Reported Performance Metrics Including Backlog, New Business Awards, Book-to-Bill Ratio and Reimbursable Expenses** | **Speaker** | **Date** | **Reasons Why Statement Is False and Misleading** | **Materiality** | **Scienter** |
| 46 | ¶150 | "New Business Awards and Backlog" methodology described in the Company's Q3 2020 Form 10-Q. | Syneos | October 29, 2020 | ¶¶ 153, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 47 | ¶151 | Now I'll turn to key highlights from the quarter. First, we closed Q3 *with solid net new business awards*, including *Clinical Solutions year-over-year growth of 16.9%,* resulting in *book-to-bill ratios of 1.2x for Clinical Solutions* . . . and 1.1x for our total organization. This brings us to *$5.9 billion of net awards and an aggregate book-to-bill ratio of 1.31x for the trailing 12-month period. For our Clinical business, this builds a strong position for accelerating revenue growth with 20.4% growth in net awards for the trailing 12-month period and year-over-year backlog growth improving to 18.2%.*  * * *  *Clinical Solutions also delivered a solid third quarter of net awards, growing 16.9% compared to last year. Gross awards remain very strong, including a record quarter of awards in our small- to-mid-sized customer segment.* . . .  . . . *This brings Clinical net awards to $4.7 billion for the trailing 12-month period, increasing our book-to-bill ratio for the same period to 1.41x. Our Clinical* | Syneos, Macdonald | October 29, 2020 | ¶¶ 153, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | | |
|---|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statements Regarding the Company's Reported Performance Metrics Including Backlog, New Business Awards, Book-to-Bill Ratio and Reimbursable Expenses | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| | | *pipeline remains robust across customer segments, fueled by double-digit growth in SMID RFP flow year-to-date, including a record third quarter.* | | | | | |
| 48 | ¶152 | When you think about the backlog and the adjustment in clinical, we – *if you just take out the backlog adjustment, our book-to-bill in the quarter in clinical would have been north of 1.4, again. So it was a good quarter, and we feel good about the bookings that we had.*" | Syneos, Meggs | October 29, 2020 | ¶¶ 153, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 49 | ¶158 | *So we always try to be as balanced on our backlog when we're looking at future forecasting, et cetera, right, in terms of risk adjustments and what do we think is actually going to happen for each study, almost conservative in a lot of ways, I would say. . . .* <br><br> And as we looked at how studies in the existing portfolio were behaving  and the conversations we were having around future remote levels as well as the bids, and what we were doing in terms of new bids, and how the remote versus on site was going, we said, Look, we think this is actually going to be a ***permanent*** impact to the studies. And what is that impact on the backlog? And we took that out of the backlog in the quarter, ***which we still had a good book-to-bill, relative to last year in quarter 3, right? And had we not done that, we would have posted another sort of low 1.4s in the quarter. So we were – I think we're around 1.2*** | Syneos, Meggs | November 19, 2020 | ¶¶ 159, 81, 85-88, *see also* ¶¶ 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Count I** <br> **Violations of §10(b) of the Exchange Act and Rule 10b-5** <br> **Promulgated Thereunder** | | | | | | |
| **#** | **Alleged False and Misleading Statements Regarding the Company's Reported Performance Metrics Including Backlog, New Business Awards, Book-to-Bill Ratio and Reimbursable Expenses** | **Speaker** | **Date** | **Reasons Why Statement Is False and Misleading** | **Materiality** | **Scienter** |
| | *So that's what we were seeing, why we did it, and the impact. And as we look to the future, right, the pass-throughs will come back up to some extent as a proportion of total revenue, no question, from the Q2 and Q3 level.* | | | | | |
| 50 | ¶160 | Results and performance metrics for Q4 2020 and full year ended December 31, 2020, announced in the Company's 8-K and Form 10-K. | Syneos, Macdonald, Meggs | February 18, 2021 | ¶¶ 165, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 51 | ¶161 | "New Business Awards and Backlog" methodology described in the Company's 2020 Form 10-K. | Syneos, Macdonald, Meggs | February 18, 2021 | ¶¶ 165, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 52 | ¶162 | *Clinical Solutions segment net new business awards of $1,299.3 million and $4,698.7 million for the three and twelve months ended December 31, 2020, representing book-to-bill ratios of 1.52x and 1.42x, respectively, and year-overyear backlog growth of 24.6% as of December 31, 2020.* <br><br> * * * <br><br> *These net new business awards contributed to an ending backlog of $10,951.1 million as of December 31, 2020, consisting of $10,239.5 million for Clinical Solutions and $711.6 million for the Deployment Solutions offering within Commercial Solutions.* | Syneos | February 18, 2021 | ¶¶ 165, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I<br>Violations of §10(b) of the Exchange Act and Rule 10b-5<br>Promulgated Thereunder | | | | | |
|---|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statements Regarding the Company's Reported Performance Metrics Including Backlog, New Business Awards, Book-to-Bill Ratio and Reimbursable Expenses | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 53 | ¶163 | Presentation slides to emphasize net new award, Syneos's 1.33x book-to-bill ratio and "Clinical Solutions ending backlog growth of 24.6% as of December 31, 2020." | Syneos, Macdonald, Meggs, Keefe, and Colvin | February 18, 2021 | ¶¶ 165, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 54 | ¶164 | Presentation slide highlighting the Company's book-to-bill ratio steadily growing from 1.2x to 1.42x over the previous five quarters. | Syneos, Macdonald, Meggs, Keefe, and Colvin | February 18, 2021 | ¶¶ 165, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 55 | ¶168 | Results and performance metrics for Q1 2021, announced in the Company's 8-K and Form 10-Q. | Syneos, Macdonald, Meggs | April 29, 2021 | ¶¶ 173, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 56 | ¶169 | The Q1 2021 Release stating that Syneos had "*Net new business awards of $1,548.8 million and $5,880.1 million* for the three and twelve months ended March 31, 2021, representing *book-to-bill ratios of 1.28x and 1.32x, respectively*." The Q1 2021 Release also stated that the "*Clinical Solutions segment net new business awards of $1,215.5 million and $4,720.1 million* for the three and twelve months ended March 31, 2021, representing *book-to-bill ratios of 1.30x and 1.39x, respectively*, and year-over-year *backlog growth of 22.5% as of March 31, 2021*." The Q1 2021 Release also stated that the Company's "*net new business awards contributed to an ending backlog of $11,218.0 million* | Syneos | April 29, 2021 | ¶¶ 173, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | | |
|---|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statements Regarding the Company's Reported Performance Metrics Including Backlog, New Business Awards, Book-to-Bill Ratio and Reimbursable Expenses | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| | | as of March 31, 2021, *consisting of $10,509.9 million for Clinical Solution.*" | | | | | |
| 57 | ¶170 | "New Business Awards and Backlog" methodology described in the Company's Q1 2021 Form 10-Q. | Syneos, Macdonald, Meggs | April 29, 2021 | ¶¶ 182, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 58 | ¶176 | Results and performance metrics for Q2 2021, announced in the Company's 8-K and Form 10-Q. | Syneos, Macdonald, Meggs | April 29, 2021 | ¶¶ 182, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 59 | ¶177 | "Highlights" announced in Q2 2021 earnings release. | | August 9, 2021 | ¶¶ 182, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 60 | ¶178 | "During the second quarter we exceeded the midpoint of our guidance across all financial metrics, *with both Clinical and Commercial achieving double digit growth year-over-year* as we continue to emerge from the COVID-19 pandemic . . . . *Both segments delivered another quarter of strong awards, powering record backlog levels and fueling our robust growth expectations over the balance of 2021.* | Syneos, Macdonald | August 9, 2021 | ¶¶ 182, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 61 | ¶179 | "New Business Awards and Backlog" methodology described in the Company's Q2 2021 Form 10-Q. | Syneos, Macdonald, Meggs | August 9, 2021 | ¶¶ 182, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | | | |
|---|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statements Regarding the Company's Reported Performance Metrics Including Backlog, New Business Awards, Book-to-Bill Ratio and Reimbursable Expenses | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 62 | ¶180 | Yes, good question. *I think we didn't see any of that really in Q2.* You naturally get things that move around the end of the quarter, *but nothing out of the ordinary. And I think we've seen a continued kind of return to what we'd expected – that we'd always expect to see kind of pre-COVID with the activity from SMID customers being very strong activity from large pharma customers being more normal, if you like, where decisions being made, projects coming through and getting into the clinic.*<br><br>So as you see, *we had a great bookings quarter.* | Syneos, Macdonald | August 9, 2021 | ¶¶ 182, 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 63 | ¶181 | Under our awards policy for FSP services, *we only included 12 months of services in our bookings*, even though each agreement represented an initial term of at least 3 years. The remainder provides further fuel for growth in addition to our reported backlog. *Driven by these strong sales, record ending backlog that is up 21.5% and a robust pipeline of new opportunities, Clinical Solutions remains well positioned for strong revenue growth in the second half of 2021 and beyond.* | Syneos, Macdonald | August 9, 2021 | ¶¶ 73, *see also* ¶¶ 9, 55-59, 71-72, 74-91, 182 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | | |
|---|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statements Regarding the Company's Reported Performance Metrics Including Backlog, New Business Awards, Book-to-Bill Ratio and Reimbursable Expenses | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 64 | ¶185 | So we won a lot of work last year that sits well in our backlog for the next few years, will help us drive growth through '20 – through the near future.<br><br>And then when we look at book-to-bill, I mean I appreciate your comments about bookings, *but we also still have that conservative approach around FSPs. We won 3 massive FSPs in Q2. And we booked the first year of each one of them. And most of our competitors booked the whole lot.*<br><br>* * *<br><br>So we have a *different approach*. We feel it's *the right approach to do it more progressively. We had a quarter at a time as we go.* And *we take that slow and steady approach.* | Syneos, Macdonald | September 15, 2021 | ¶¶ 73, 193, *see also* ¶¶ 9, 55-59, 71-72, 74-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 65 | ¶186 | Results and performance metrics for Q3 2021, announced in the Company's 8-K and Form 10-Q. | Syneos, Macdonald, Meggs | November 3, 2021 | ¶ 193, *see also* ¶¶ 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 66 | ¶187 | "Highlights" announced in Q3 2021 earnings release. | Syneos | November 3, 2021 | ¶ 193, *see also* ¶¶ 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I<br>Violations of §10(b) of the Exchange Act and Rule 10b-5<br>Promulgated Thereunder | | | | | |
|---|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statements Regarding the Company's Reported Performance Metrics Including Backlog, New Business Awards, Book-to-Bill Ratio and Reimbursable Expenses | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 67 | ¶188 | "We delivered another strong quarter of results demonstrating the strength of our differentiated product development strategy and continued momentum in the market, exceeding the midpoint of our guidance across all financial metrics . . . . *Our Clinical and Commercial teams again achieved double-digit growth fueled by strong demand for our innovative, integrated solutions, as demonstrated by our robust awards and backlog.* | Syneos, Macdonald | November 3, 2021 | ¶ 193, *see also* ¶¶ 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 68 | ¶189 | "New Business Awards and Backlog" methodology described in the Company's Q3 2021 Form 10-Q. | Syneos, Macdonald, Meggs | November 3, 2021 | ¶ 193, *see also* ¶¶ 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 69 | ¶190 | Now for the 3 key highlights from the quarter. First, *overall net awards grew by 35.1% year-over-year. This performance drove third quarter book-tobill ratios of 1.30x for Clinical Solutions and 0.89x for Commercial Solutions, resulting in robust TTM book-to-bill ratios of 1.39x for clinical* and 1.16x for commercial.<br><br>\* \* \*<br><br>*Driven by these strong sales, record ending backlog that is up 22.3% year-overyear and a record pipeline of new opportunities, Clinical Solutions remains well positioned for robust revenue growth into 2022 and beyond.* | Syneos, Macdonald | November 3, 2021 | ¶ 193, *see also* ¶¶ 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | | |
|---|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statements Regarding the Company's Reported Performance Metrics Including Backlog, New Business Awards, Book-to-Bill Ratio and Reimbursable Expenses | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 70 | ¶191 | Our total revenue for the third quarter of 2021 was $1.35 billion, up 22.7% and 22% in constant currency compared to the third quarter of 2020, which was impacted by the COVID-19 pandemic. *Our Clinical Solutions revenue for the third quarter was $1.04 billion, up 23.9% or 23.1% in constant currency compared to the third quarter of 2020. These increases were driven by growth in our full-service portfolio, including higher reimbursable expenses, the ramp in our larger pharma relationships and strength in our real-world and late-phase business.* | Syneos, Meggs | November 3, 2021 | ¶ 193, *see also* ¶¶ 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 71 | ¶192 | *And you see some of that in our numbers with our book-to-bill in both businesses on clinical being at 1.39 at the end of September and being at 1.16, both on a trailing 12-month basis for commercial. So it continues to be strong.*<br><br>*Pipelines at or near record levels, RFP flows good, really good across all customer segments. So end of the day, feel good about the demand environment at this time.* | Syneos, Meggs | December 1, 2021 | ¶ 193, *see also* ¶¶ 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I | | | | | |
|---|---|---|---|---|---|---|---|
| | | Violations of §10(b) of the Exchange Act and Rule 10b-5 | | | | | |
| | | Promulgated Thereunder | | | | | |
| # | | Alleged False and Misleading Statements As The Truth Began to Be Revealed | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 72 | ¶198 | Reported book-to-bill ratio in Form 8-K | Syneos | February 17, 2022 | ¶¶ 208, *see also* ¶¶ 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 73 | ¶199 | "Highlights" announced in Q4 2021 earnings release. | Syneos | February 17, 2022 | ¶¶ 208, *see also* ¶¶ 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 74 | ¶200 | "*Strong fundamentals and execution across our business, combined with innovative, integrated clinical and commercial capabilities enabled by data and technology, drove robust earnings and cash flow growth in the fourth quarter and full year 2021 . . . The market for our services remains strong*, driven in part by customer adoption of our unique product development strategy, new drug approvals and biotech funding." | Syneos, Macdonald | February 17, 2022 | ¶¶ 208, *see also* ¶¶ 6, 54-91, 208, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 75 | ¶201 | "New Business Awards and Backlog" methodology described in the Company's 2021 Form 10-K. | Syneos, Macdonald, Meggs | February 17, 2022 | ¶¶ 208, *see also* ¶¶ 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 76 | ¶202 | Reported net new business awards and backlog for 2021. | Syneos, Macdonald, Meggs | February 17, 2022 | ¶¶ 208, *see also* ¶¶ 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 77 | ¶203 | Results and performance metrics for Q4 and full year 2021, announced in the Company's 8-K and Form 10-K. | Syneos, Macdonald, Meggs | February 17, 2022 | ¶¶ 208, *see also* ¶¶ 9, 55-59, 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I<br>Violations of §10(b) of the Exchange Act and Rule 10b-5<br>Promulgated Thereunder | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| # | | Alleged False and Misleading Statements As The Truth Began to Be Revealed | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 78 | ¶204 | Since the start of the COVID-19 pandemic, we have experienced lower reimbursable expenses as remote monitoring and other DCT approaches have become a more prevalent part of our clinical trials. This decrease in reimbursable expenses is primarily due to items such as lower travel interest for our staff, due to sustained levels of remote monitoring, investigator meetings remaining virtual and reduce cost for study medications.<br><br>We are at the forefront of this transition with our customers and sites and given the long-term benefits it provides, we expect this trend to continue. As such, we have proactively adjusted our ending backlog to reflect our expectation of reduced reimbursable expenses going forward, mirroring what we are seeing across our existing portfolio as well as in our new awards. | Syneos, Meggs | February 17, 2022 | ¶¶ 208, 43, *see also* ¶¶71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 79 | ¶205 | "These adjustments only impact our outlook for reimbursable expenses, not our view of underlying demand or profitability. We, therefore, remain confident in our expectations for strong growth and profitability in 2022." | Syneos, Meggs | February 17, 2022 | ¶¶ 208, *see also* ¶¶ 6, 54-91, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 80 | ¶206 | "[t]he demand environment remains healthy, both in terms of macro market dynamics and robust new business pipelines across our organization."<br><br>"Importantly, we remain confident in our expectations for low double-digit clinical revenue growth for 2022, | Syneos, Macdonald | February 17, 2022 | ¶¶ 208, *see also* ¶¶ 6, 54-91, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I | | | | | |
|---|---|---|---|---|---|---|---|
| | | Violations of §10(b) of the Exchange Act and Rule 10b-5 | | | | | |
| | | Promulgated Thereunder | | | | | |
| # | | Alleged False and Misleading Statements As The Truth Began to Be Revealed | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| | | excluding the impact of reimbursable expenses, along with continued margin expansion." | | | | | |
| 81 | ¶211 | "Highlights" announced in Q1 2022 earnings release. | Syneos | April 29, 2022 | ¶¶ 220, *see also* ¶¶ 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 82 | ¶212 | "*Strong fundamentals and execution*, powered by innovative data and technology insights drove robust earnings and profitability growth in the first quarter . . . . Our product development expertise is enabling us to deliver against our strategy and accelerate customer success. *We expect continued growth* propelled by customer adoption of our integrated solutions, recent acquisitions, and comprehensive Syneos One and Medical Affairs offerings." | Syneos, Macdonald | April 29, 2022 | ¶¶ 220, *see also* ¶¶ 54-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 83 | ¶213 | Reported net new business awards and backlog for Q1 2022. | Syneos, Macdonald, Meggs | April 29, 2022 | ¶¶ 220, *see also* ¶¶ 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 84 | ¶214 | Results and performance metrics for Q1 2022, announced in the Company's 8-K and Form 10-Q. | Syneos, Macdonald, Meggs | April 29, 2022 | ¶¶ 220, *see also* ¶¶ 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 85 | ¶215 | "New Business Awards and Backlog" methodology described in the Company's Q1 2022 Form 10-Q. | Syneos, Macdonald, Meggs | April 29, 2022 | ¶¶ 220, *see also* ¶¶ 71-91 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I | | | | | |
| | | Violations of §10(b) of the Exchange Act and Rule 10b-5 | | | | | |
| | | Promulgated Thereunder | | | | | |
| # | | Alleged False and Misleading Statements As The Truth Began to Be Revealed | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
|---|---|---|---|---|---|---|---|
| 86 | ¶216 | *Demand for our high-value solutions from development through commercialization remains healthy with robust new business pipelines across our organization. We continue to see sustained strong demand across all customer segments, including SMID customers, where RFP flow year-to-date exceeds the strong levels of 2021 and are well above pre-COVID levels. In addition, we are seeing more opportunities for preferred provider relationships with larger pharma customers as the impacts of the pandemic subside. This continued strong awards and backlog growth positions us for sustained long-term growth. We remain confident in the growth we have previously outlined for 2023 as we execute on our value-creation plan.* | Syneos, Macdonald | April 29, 2022 | ¶¶ 220, *see also* ¶¶ 6, 54-91, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I | | | | | |
| | | Violations of §10(b) of the Exchange Act and Rule 10b-5 | | | | | |
| | | Promulgated Thereunder | | | | | |
| # | | Alleged False and Misleading Statements As The Truth Began to Be Revealed | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
|---|---|---|---|---|---|---|---|
| 87 | ¶217 | *We see that is still pretty strong. It's moving along. We have good engagement with customers,* I think the fact that we're able to take those customers with a very different model now with Syneos One wrapped around it, the ability to go end to end. And we look at the private funding in the biotech space, the big equity houses putting money to work through their biotech, et cetera.<br><br>* * *<br><br>*But for us, those channels combined are healthy. I think they're showing good growth against where we've been in the past even when we look back at 2021, which had a lot of the COVID catch-up in it, we're seeing the pipeline is equivalent to that. So we're not concerned by that. Add to that the fact that we're breaking in more and more to large pharma, getting new relationships there, adding anchor tenants to the backlog through that. It's a very healthy picture for us. So funding environment, fine; good engagement with the customers. We're not seeing that as an issue at all.* | Syneos, Macdonald | April 29, 2022 | ¶¶ 220, *see also* ¶¶ 6, 54-91, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I |
|---|---|---|
| | | Violations of §10(b) of the Exchange Act and Rule 10b-5 |
| | | Promulgated Thereunder |

| # | | Alleged False and Misleading Statements As The Truth Began to Be Revealed | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
|---|---|---|---|---|---|---|---|
| 88 | ¶219 | a securities analyst at Jefferies, inquired about the Company's SMID clients, asking: "If the funding environment remains muted, what steps can you take as an organization to protect yourself from any sort of flow-through to demand?" *In response, Defendants Meggs stated: "But right now, based on what we've seen, right, whether it's the pipeline of opportunities, it's the awards that we have and the backlog growth that we have year-to-date, which is 16-plus percent."* | Syneos, Meggs | June 8, 2022 | ¶¶ 220, *see also* ¶¶ 6, 54-91, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 89 | ¶224 | Syneos confirmed that it was still on track to achieve 2022 revenues within a range of $5.44 billion to $5.54 billion and that Syneos had achieved a book-to-bill ratio of 0.94x including reimbursable expenses and 1.29x excluding reimbursable expenses, respectively. The Q2 2022 Release also stated that Syneos had a quarter-ending backlog in its Clinical Solutions segment of $6.98 billion excluding reimbursable expenses. | Syneos | August 2, 2022 | ¶¶ 233, *see also* ¶¶ 71-91, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 90 | ¶225 | Results and performance metrics for Q2 2022, announced in the Company's Form 10-Q. | Syneos, Keefe, Meggs | August 2, 2022 | ¶¶ 233, *see also* ¶¶ 71-91, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 91 | ¶226 | Results and performance metrics for Q2 2022, announced in the Company's 8-K and Form 10-Q. | Syneos, Keefe, Meggs | August 2, 2022 | ¶¶ 233, *see also* ¶¶ 71-91, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 92 | ¶227 | "New Business Awards and Backlog" methodology described in the Company's Q2 2022 Form 10-Q. | Syneos, Keefe, Meggs | August 2, 2022 | ¶¶ 233, *see also* ¶¶ 71-91, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | | |
|---|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statements As The Truth Began to Be Revealed | Speaker | Date | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 93 | ¶229 | Keefe reassured investors that "*[m]arket demand is healthy*" and that management remained "confident" in their ability "*to drive clinical growth*." | Syneos, Keefe | August 2, 2022 | ¶¶ 233, *see also* ¶¶ 54-91, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 94 | ¶229 | "*As Michelle [Keefe] said, healthy pipelines, good backlog growth, healthy end market.*"<br><br>"*Market demand is healthy, and our pipeline of opportunities remains comparable to 2021. Specific to our clinical SMID portfolio, our total pipeline of opportunities is up double digits compared to 2021, and we had record net awards during Q4 '21 and Q1 '22.*" | Syneos, Meggs | August 2, 2022 | ¶¶ 233, *see also* ¶¶ 54-91, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 95 | ¶230 | Results and performance metrics for Q2 2022, announced in the Company's Form 8-K. | Syneos | September 13, 2022 | ¶¶ 233, *see also* ¶¶ 71-91, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |
| 96 | ¶231 | Keefe downplayed the delays in near-term awards and attributed the lower-than-expected book-to-bill ratios to macroeconomic factors and to Syneos's above-average exposure to SMID clients who were delaying contract awards. | Syneos, Keefe | September 13, 2022 | ¶¶ 233, *see also* ¶¶ 54-91, 236-244 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count I<br>Violations of §10(b) of the Exchange Act and Rule 10b-5<br>Promulgated Thereunder | | | | | |
|---|---|---|---|---|---|---|---|
| # | | Alleged False and Misleading Statements in the Prospectus Statements | Speaker | Dates | Reasons Why Statement Is False and Misleading | Materiality | Scienter |
| 97 | ¶196 | Defendants' false and misleading statements concerning performance metrics included in the Company's Forms 10-Q and 10-K, incorporated into the Company's (i) Form S-3 Registration Statement and December 3, 2020 Prospectus Supplement, (ii) Form S-3 Registration Statement and March 1, 2021 Prospectus Supplement, (iii) Form S-3 Registration Statement and May 3, 2021 Prospectus Supplement, and (iv) Form S-3 Registration Statement and June 2, 2021 Prospectus Supplement. | Syneos | December 3, 2020, March 1, 2021, May 3, 2021, June 2, 2021 | ¶¶ 9, 55-59, 71-91, 153, 165, 182 | ¶¶ 38-49, 94, 257-263, 316-319, 343 | ¶¶ 7-11, 13, 50-91, 95, 245-319 |

| | | Count II<br>Violations of §20(a) of the Exchange Act | | |
|---|---|---|---|---|
| | | Primary Violation by a Controlled Person ("Individual Defendant") | Control of the Primary Violator by the Defendant | Defendant Was a Culpable Participant in the Controlled Person's Fraud |
| | | *See* matrix of Defendants' primary violations, above. | ¶¶ 28-37, 71, 74, 77-81, 84, 89-90, 133, 147, 160, 168, 176, 201, 225, 247-254, 257-61, 264-275, 354, 363-366 | See matrix of Defendants' primary violations, above. |