**APPENDIX B**

**Purported "Puffery" and "Vague Statements of Corporate Optimism" Statements With Proper Context**

| Source | Date | Excerpts from Defendants' Appendix B Missing Context (Puffery) | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| Exhibit 1 (September 9, 2020 Baird Industry Conference) | 09/09/2020 | "We're in a very strong market. Our position in that market is growing and strengthening. The strategy that we have seems to be resonating very strongly with customers across all sectors. So we see the engagement and that growth, not just in the SMID sector where we traditionally grew up, but also now that we're in that large pharma sector, and we'll touch on that in a moment as well." (SAC ¶¶ 109, 123, 258 (iv).) | *While emphasizing that Syneos was experiencing "pent-up demand" as evidenced by their reported high market-leading book-to-bill ratios over the last few years, Defendant Macdonald stated:*<br><br>"We're in a very strong market. Our position in that market is growing and strengthening. The strategy that we have seems to be resonating very strongly with customers across all sectors. So we see the engagement in that growth, not just in the SMID sector where we traditionally grew up, but also now that we're in that large pharma sector, and we'll touch on that in a moment as well." (SAC ¶¶ 109.) |
|  |  | Syneos has a "Leadership Position in High-Growth SMID/Biotech . . . ." (SAC ¶ 124.) | *As part of their presentation, Defendants Macdonald and Meggs used slides to highlight that Syneos was experiencing a strong SMID pipeline, was "Positioned for Accelerated Revenue and Margin Growth: Syneos Health Investment Highlights," had a* "Leadership Position in High-Growth SMID/Biotech," *and was* "*Successfully Penetrating Large Pharma.*" (SAC ¶ 124.) |

| Source | Date | Excerpts from Defendants' Appendix B Missing Context (Puffery) | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| Exhibit 2 (Q3 2020 Earnings Call) | 10/29/2020 | "So it was a good quarter, and we feel good about the bookings that we had." (SAC ¶ 100.) | *Defendant addressed securities analysts' concerns about COVID's "impact" on Syneos's reimbursable expenses and bookings:*<br><br>*[Meggs:] "When you think about the backlog and the adjustment in clinical, we – if you just take out the backlog adjustment, our book-to-bill in the quarter in clinical would have been north of 1.4, again.* So it was a good quarter, and we feel good about the bookings that we had." (SAC ¶ 100.) |
|  |  | "So been able to land Synteract, having a good cultural fit and relationship with their executive team already." (SAC ¶ 125.) | *Defendant Macdonald also addressed analysts' concerns during the call whether the COVID-19 pandemic was adversely impacting Syneos's revenue from traveling to customer locations. Macdonald stated:*<br><br>*"And that sector [SMID] was really hot for us in Q3. I mean it's kind of a record pipe in the SMID, record sales in the SMID for Q3, and we just see that segment getting hotter and hotter.* So been able to land Synteract, having a good cultural fit and relationship with their executive team already." (SAC ¶ 125.) |

| Source | Date | Excerpts from Defendants' Appendix B Missing Context (Puffery) | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| Exhibit 5 (2020 Jefferies Industry Conference) | 11/19/2020 | "I think the RFP environment for us has been pretty strong all year, and we've closed out pretty well. I mean Q3 was probably the hardest one as we went through kind of a bit of recovery, but nice strong environment right now. And I think that sets us up really nicely for 2021 as well." (SAC ¶ 102.) | *[T]hroughout the fall of 2020, Defendants attended multiple roadshow and industry conferences to promote Syneos's business and condition the market for several public offerings and stock repurchases Syneos conducted to help its private-equity sponsors liquidate their Syneos stock holdings. During those presentations, Defendants emphasized that Syneos's demand environment, despite the pandemic, was very strong. For example, at a November 19, 2020 Jefferies LLC industry conference, Defendants Macdonald and Meggs addressed investors and analysts. Macdonald stated:*<br><br>"I think the RFP environment for us has been pretty strong all year, and we've closed out pretty well. I mean, Q3 was probably the hardest one as we went through kind of a bit of recovery, but nice strong environment right now. And I think that sets us up really nicely for 2021 as well." (SAC ¶ 102.) |
| | | "[N]ice strong demand environment, both large pharma and that SMID space we've always played in. So we're very encouraged with that." (SAC ¶ 126.) | *Defendants Macdonald and Meggs addressed investors and analysts and Macdonald described that what they were "seeing at the moment . . . for the demand environment is very encouraging on the SMID side,"* adding that there was a "nice strong demand environment, both large pharma and that SMID space we've always played in. So we're very encouraged with that." (SAC ¶ 126.) |

| Source | Date | Excerpts from Defendants' Appendix B Missing Context (Puffery) | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| Exhibit 8 (2020 Analyst & Investor Day) | 12/08/2020 | Syneos's "collaborative approach across the business is resonating with our customers." (SAC ¶ 111.) | Defendant Meggs confirmed that the Company's "collaborative approach across the business is resonating with our customers" *and part of a "value creation plan" that "provides the financial road map for growth."* (SAC ¶ 111.) |
| | | "We're very excited about our strong pipeline of additional opportunities." (SAC ¶ 127.)<br><br>"While we're growing our share in large pharma, our legacy strength is in the small to mid-sized or SMID segment where we continue to enjoy an overweighed position relative to our total market share." (SAC ¶ 127.) | *"We have year-over-year clinical backlog growth of over 30% for the top 50 pharma customers as of the end of third quarter. We manage these large pharma relationships with our Global Client Solutions executives who are tasked with targeting new partnerships in addition to expanding these existing partnerships.*<br><br>We're very excited about our strong pipeline of additional opportunities. *We currently have 3 partnerships driving over a $150 million of annual revenue, and we expect to continue expanding this group of key customers. . . .* While we're growing our share in large pharma, our legacy strength is in the small to midsized, or SMID, segment where we continue to enjoy an overweighted position relative to our total market share." (SAC ¶ 127.) |
| Exhibit 9 (2021 J.P. Morgan Healthcare Conference) | 01/13/2021 | "Obviously, a little bit delayed because of COVID, but . . . we feel good engagement from those [top 50] customers, we have good position with them, we've worked out how we deliver all them, and I think that's a very promising start to a much larger penetration in the large pharma sector." (SAC ¶ 104.) | *"We have increased the number of strategic awards in the top 30 since this time last year, up to four, and we're very happy with that. And then you'll see there that over 30% year-on-year backlog growth for us in that top 50, which shows that the accounts that we penetrated are turning into revenue* generation. *We've gone through bookings growth and now we're starting to see that billings growth come* |

4

| Source | Date | Excerpts from Defendants' Appendix B Missing Context (Puffery) | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| | | | *through the model as those projects stand up and start up*.<br><br>Obviously, a little bit delayed because of COVID, but . . . we feel good engagement from those customers, we have good position with them, we've worked out how we deliver for them, and I think that's a very promising start to a much larger penetration in the large pharma sector." (SAC ¶ 104.) |
| | | "[We've] helped a lot of customers navigate through the COVID experience by being able to move them very seamlessly, very painlessly to a digital, more remote approach, both in clinical and commercial . . . ." (SAC ¶ 115.) | *MacDonald further stated that the Company's superior capabilities, which had* "helped a lot of customers navigate through the COVID experience by being able to move them very seamlessly, very painlessly to a digital, a more remote approach, both in clinical and commercial," *were responsible for the Company's 18% backlog growth and strong sales with both SMID and large customers.* (SAC ¶ 115.) |
| | | "We've got off to a great start with that. The employees from Synteract have been fantastic. They've settled in very quickly, and we're seeing good performance from them from day one. So we're very pleased with that. It enables us to engage a different customer in the SMID space." (SAC ¶ 131.)<br><br>"We have enhanced our SMID position with the acquisition of Synteract. As I said before, we already have the leading position in that space." (SAC ¶ 131.)<br><br>"We made the investment in Synteract, continue to help us fuel that growth in a very hot end of the market, particularly within this SMID market, a hotter end of that market as well." (SAC ¶ 131.) | *Defendant Macdonald reported 30% year-on-year backlog growth in the top 50 accounts, [and] he also stated:*<br><br>*"In the meantime, we don't ignore the SMID.* We made the investment in Synteract, continue to help us fuel that growth in a very hot end of the market, particularly within the SMID market, a hotter end of that market as well.<br><br>On the right-hand side there, we talked a little bit about Synteract. We're keeping that as a stand-alone business unit to really engage the emerging biotech. We've got off to a great start with that. The employees from Synteract have been fantastic. |

| Source | Date | Excerpts from Defendants' Appendix B Missing Context (Puffery) | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| | | | They've settled in very quickly, and we're seeing good performance from them from day 1. So we're very pleased with that. It enables us to engage a different customer in the SMID space.<br><br>* * *<br><br>We have enhanced our SMID position with the acquisition of Synteract. As I said before, we already have the leading position in that space. *We are very keen on that space. We see it as a great growth driver for the future."* (SAC ¶ 131.) |
| Exhibit 10 (2020 Form 10-K) | 02/18/2021 | With the acquisition of Synteract, "we have also enhanced our leading position for serving customers across the small to mid-sized ('SMID') category, further diversifying our customer base and expanding support to the high-growth emerging biopharmaceutical segment." (SAC ¶ 133.) | "[W]e have also enhanced our leading position for serving customers across the small to mid-sized ("SMID") category, further diversifying our customer base and expanding support to the high-growth emerging biopharmaceutical segment. *We continue to experience strong SMID demand, as evidenced by double-digit growth in our request-for-proposal volumes in 2020 as compared to 2019."* (SAC ¶ 133, n.6.) |
| Exhibit 12 (Q4 2020 Release) | 02/18/2021 | "[W]e delivered another quarter of strong awards performance, along with sequential revenue growth and robust profitability in the fourth quarter. Our innovative solutions, including Kinetic, continue to resonate with customers and we further strengthened our differentiated model with our acquisitions of Synteract, enhancing our SMID footprint, and Illingworth Research Group, further enabling our in-home capability for Decentralized Solutions." (SAC ¶ 132.) | "[W]e delivered another quarter of strong awards performance, along with sequential revenue growth and robust profitability in the fourth quarter. Our innovative solutions, including Kinetic, continue to resonate with customers and we further strengthened our differentiated model with our acquisitions of Synteract, enhancing our SMID footprint, and Illingworth Research Group, further enabling our in-home capability for Decentralized Solutions . . . *We remain confident in the long-term strength of our business given our record backlog, which we expect to fuel strong growth in both segments for the full year 2021.*" (SAC ¶ 132.) |

| Source | Date | Excerpts from Defendants' Appendix B Missing Context (Puffery) | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| Exhibit 14 (Q1 2021 Earnings Call) | 04/29/2021 | Syneos is experiencing "strong demand" and its Clinical Solutions segment is "well positioned for accelerated revenue growth" in 2021. (SAC ¶ 105.) | Macdonald highlighted the "strong demand" that Syneos was purportedly experiencing and that the clinical segment was "well positioned for accelerated revenue growth" in 2021, *citing the Company's "record ending backlog" and "record pipeline of new opportunities." Macdonald also claimed that Syneos was enjoying demand far above pre-COVID-19 levels stating, for example, that "[b]y mid-April, the new patient enrollment rates and new site activations were trending at approximately 150% of pre-COVID levels," which he represented would "increase our backlog conversion and accelerate year-over-year Clinical Solutions revenue growth for the balance of this year."* (SAC ¶ 105.) |
| | | Syneos's "enhanced processes," "more horsepower," and "more automated and more streamlined" processes allow it to effectively execute despite the increased demand environment. (SAC ¶ 116.) | *Defendant Macdonald highlighted the "strong demand" Syneos was purportedly experiencing and that it would allow Syneos to achieve backlog conversion and accelerate year-over-year revenue growth. During that call, an analyst described the ramp -up of site activations as "pretty remarkable" and inquired whether Syneos had sufficient staffing to meet this demand and maintain such an elevated pace. In response, Defendant Macdonald stated "yes, definitely, we can sustain it and grow it, actually."* Macdonald also pointed to Syneos's "enhanced processes," "more horsepower," and "more automated and more streamlined" processes as reasons why the Company was able to effectively execute despite the demanding environment. (SAC ¶ 116.) |

| Source | Date | Excerpts from Defendants' Appendix B Missing Context (Puffery) | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| Exhibit 19 (Q2 2021 Earnings Call) | 08/09/2021 | "We got a lot of strength in the SMID. We're the leader in the SMID sector." (SAC ¶ 137.) | *In response to a request by a Credit Suisse analyst to "speak to the nature of the clinical net awards in the quarter in terms of what you saw from maybe a therapeutic in our customer perspective? Is there anything surprising or unusual to call out other than those 3 large[] [awards]?" Defendant Macdonald dismissed his concerns, stating:*<br><br>*"Not really. I think a pretty well-balanced quarter.* We got a lot of strength in the SMID. We're the leader in the SMID sector. *So we expect that, but I think that's particularly strong for us this time. Good FSP awards, as we mentioned, like you say, and a good contribution from large pharma."* (SAC ¶ 137.) |

| Source | Date | Excerpts from Defendants' Appendix B Missing Context (Puffery) | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| Exhibit 23 (Q3 2021 Earnings Call) | 11/03/2021 | "Our organic growth was driven by our full-service portfolio, including the continuing ramp-up in our larger pharma relationships, particularly in oncology as they gain full scale and efficiency." (SAC ¶ 117.)<br><br>The "demand environment" is "very healthy with strong pipelines." (SAC ¶ 117.)<br><br><br><br>"I think the flow that we're seeing, RFP is strong across the board, both large pharma and SMID." (SAC ¶ 141.)<br><br>"We, I think, have the most compelling SMID offering in the market, and it's a healthy part of the market." (SAC ¶ 141.) | *Defendant Macdonald emphasized the Company's* "strong" *results and highlighted its* "robust year-over-year growth" *and a* "demand environment" that was "very healthy with strong pipelines." *Defendant Macdonald further highlighted the Company's strong growth in the quarter, stating:*<br><br>"*Clinical solutions revenue grew 23.9% compared to the third quarter of 2020.* Our organic growth was driven by our full-service portfolio, including the continuing ramp-up in our larger pharma relationships, particularly in oncology as they gain full scale and efficiency." (SAC ¶ 117.)<br><br>*In response to a question from Donnelly asking about request for proposal ("RFP") "flows," Defendant Macdonald referenced* "the flow that we're seeing," "strong across the board, both large pharma and SMID," stating: We, I think, have the most compelling SMID offering in the market, and it's a healthy part of the market. (SAC ¶ 141.) |
| Exhibit 28 (2021 Form 10-K) | 02/17/2022 | "Our 2020 acquisition of Synteract further enhanced our leading position for serving customers across the SMID category, diversifying our customer base and expanding support to the high-growth emerging biopharmaceutical segment." (SAC ¶ 133, n.6.) | Our 2020 acquisition of Synteract further enhanced our leading position for serving customers across the SMID category, diversifying our customer base and expanding support to the high-growth emerging biopharmaceutical segment. *We continue to experience strong SMID demand, as evidenced by double-digit growth in our request-for-proposal volumes in 2021 as compared to 2020.* (SAC ¶ 133, n.6.) |

| Source | Date | Excerpts from Defendants' Appendix B Missing Context (Puffery) | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| Exhibit 31 (Q1 2022 Earnings Call) | 04/29/2022 | "We have good engagement with customers." (SAC ¶ 217.) | *Defendant Macdonald represented that the Company was not experiencing significant cancellations or delays among its customer base, successfully engaging with customers, and delivering the Company's comprehensive product offerings, stating in pertinent part as follows:*<br><br>*"We see that is still pretty strong. It's moving along.* We have good engagement with customers, *I think the fact that we're able to take those customers with a very different model now with Syneos One wrapped around it, the ability to go end to end. And we look at the private funding in the biotech space, the big equity houses putting money to work through their biotech, et cetera.*<br><br>*\* \* \**<br><br>*But for us, those channels combined are healthy. I think they're showing good growth against where we've been in the past even when we look back at 2021, which had a lot of the COVID catch-up in it, we're seeing the pipeline is equivalent to that. So we're not concerned by that. Add to that the fact that we're breaking in more and more to large pharma, getting new relationships there, adding anchor tenants to the backlog through that. It's a very healthy picture for us. So funding environment, fine; good engagement with the customers. We're not seeing that as an issue at all."* (SAC ¶ 217.) |

| Source | Date | Excerpts from Defendants' Appendix B Missing Context (Corporate Optimism) | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| Exhibit 1 (2020 Baird Global Healthcare Conference) | 09/09/2020 | "Now clinical bookings momentum has been very good over the last several quarters, posting high market-leading book-to-bills over that period." (SAC ¶ 146.) | "Now clinical bookings momentum has been very good over the last several quarters, posting high market-leading book-to-bills over that period. *Backlog growth as of the end of Q2 at 14.8%. . . .* And with net awards growth driving at 10% year-over-year growth, it put us in a very strong position." (SAC ¶ 146.) |
| Exhibit 2 (Q3 2020 Release) | 10/29/2020 | "[W]e just see that [SMID] segment getting hotter and hotter." (SAC ¶ 125.)<br><br>"So been able to land Synteract, having a good cultural fit and relationship with their executive team already." (SAC ¶ 125.)<br><br><br>"Our Clinical pipeline remains robust across customer segments . . . ." (SAC ¶ 151.) | *Defendant Macdonald also addressed analysts' concerns during the call whether the COVID-19 pandemic was adversely impacting Syneos's revenue from traveling to customer locations. Macdonald stated:*<br><br>*"And that sector [SMID] was really hot for us in Q3. I mean it's kind of a record pipe in the SMID, record sales in the SMID for Q3,* and we just see that segment getting hotter and hotter. So been able to land Synteract, having a good cultural fit and relationship with their executive team already." (SAC ¶ 125.)<br><br>*"Clinical Solutions also delivered a solid third quarter of net awards, growing 16.9% compared to last year. Gross awards remain very strong, including a record quarter of awards in our small- to-mid-sized customer segment. . . .*<br><br>*. . . This brings Clinical net awards to $4.7 billion for the trailing 12-month period, increasing our book-to-bill ratio for the same period to 1.41x.* Our Clinical pipeline remains robust across customer segments, *fueled by double-digit growth in SMID RFP flow year-to-date, including a record third quarter."* (SAC ¶ 151.) |

| Source | Date | Excerpts from Defendants' Appendix B Missing Context (Corporate Optimism) | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| Exhibit 8 (2020 Analyst & Investor Day) | 12/08/2020 | "We're very excited about our strong pipeline of additional opportunities. We currently have three partnerships driving over a $150 million of annual revenue and we expect to continue expanding this group of key customers." (SAC ¶ 127.) | *Defendant Colvin addressed investors and analysts and highlighted their new business, stating: "Within clinical, we've secured 4 new large pharma relationships, including renewing our relationship with Pfizer." Colvin also celebrated the Company's clinical backlog growth, strong pipeline, and legacy strength with SMID customers, stating:*<br><br>*"We have year-over-year clinical backlog growth of over 30% for the top 50 pharma customers as of the end of third quarter.* **We manage these large pharma relationships with our Global Client Solutions executives who are tasked with targeting new partnerships in addition to expanding these existing partnerships.**<br><br>We're very excited about our strong pipeline of additional opportunities. We currently have 3 partnerships driving over a $150 million of annual revenue, and we expect to continue expanding this group of key customers. . . . While we're growing our share in large pharma, our legacy strength is in the small to midsized, or SMID, segment where we continue to enjoy an overweighted position relative to our total market share." (SAC ¶ 127.) |
| Exhibit 9 (2021 J.P. Morgan Healthcare Conference) | 01/13/2021 | "Obviously, a little bit delayed because of COVID, but . . . we feel good engagement from those [top 50] customers, we have good position with them, we've worked out how we deliver all them, and I think that's a very promising start to a much larger penetration in the large pharma sector." (SAC ¶ 104.) | *"We have increased the number of strategic awards in the top 30 since this time last year, up to four, and we're very happy with that. And then you'll see there that over 30% year-on-year backlog growth for us in that top 50, which shows that the accounts that we penetrated are turning into revenue* generation. *We've gone through bookings growth and now we're starting to see that billings growth come through the model as those projects stand up and start up.*<br><br>Obviously, a little bit delayed because of COVID, but . . . we feel good engagement from those customers, we have |

| Source | Date | Excerpts from Defendants' Appendix B Missing Context (Corporate Optimism) | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| | | | good position with them, we've worked out how we deliver for them, and I think that's a very promising start to a much larger penetration in the large pharma sector." (SAC ¶ 104.) |
| | | "[We've] helped a lot of customers navigate through the COVID experience by being able to move them very seamlessly, very painlessly to a digital, more remote approach, both in clinical and commercial . . . ." (SAC ¶ 115.) | MacDonald further stated that the Company's superior capabilities, which had "helped a lot of customers navigate through the COVID experience by being able to move them very seamlessly, very painlessly to a digital, a more remote approach, both in clinical and commercial," *were responsible for the Company's 18% backlog growth and strong sales with both SMID and large customers.* (SAC ¶ 115.) |
| | | "In the meantime, we don't ignore the SMID. We made the investment in Synteract, continue to help us fuel that growth in a very hot end of the market, particularly within this SMID market, a hotter end of that market as well." (SAC ¶ 131.) | *Defendant Macdonald reported 30% year-on-year backlog growth in the top 50 accounts, [and] he also stated:* |
| | | "We've got off to a great start with that. The employees from Synteract have been fantastic. They've settled in very quickly, and we're seeing good performance from them from day one. So we're very pleased with that. It enables us to engage a different customer in the SMID space." (SAC ¶ 131.) | "In the meantime, we don't ignore the SMID. We made the investment in Synteract, continue to help us fuel that growth in a very hot end of the market, particularly within the SMID market, a hotter end of that market as well. |
| | | "We have enhanced our SMID position with the acquisition of Synteract. As I said before, we already have the leading position in that space. We are very keen on that [SMID] space. We see it as a great growth driver for the future." (SAC ¶ 131.) | *On the right-hand side there, we talked a little bit about Synteract. We're keeping that as a stand-alone business unit to really engage the emerging biotech.* We've got off to a great start with that. The employees from Synteract have been fantastic. They've settled in very quickly, and we're seeing good performance from them from day 1. So we're very pleased with that. It enables us to engage a different customer in the SMID space. |
| | | | * * * |
| | | | We have enhanced our SMID position with the acquisition of Synteract. As I said before, we already have the leading |

| Source | Date | Excerpts from Defendants' Appendix B Missing Context (Corporate Optimism) | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| | | | position in that space. We are very keen on that space. We see it as a great growth driver for the future." (SAC ¶ 131.) |
| Exhibit 10 (2020 Form 10-K) | 02/18/2021 | "We continue to experience strong SMID demand, as evidenced by double-digit growth in our request-for-proposal volumes in 2020 as compared to 2019." (SAC ¶ 133.) | *"[W]e have also enhanced our leading position for serving customers across the small to mid-sized ('SMID') category, further diversifying our customer base and expanding support to the high-growth emerging biopharmaceutical segment.* We continue to experience strong SMID demand, as evidenced by double-digit growth in our request-for-proposal volumes in 2020 as compared to 2019." (SAC ¶ 133.) |
| Exhibit 14 (Q1 2021 Earnings Call) | 04/29/2021 | Demand above pre-COVID-19 levels will "increase our backlog conversion and accelerate year-over-year Clinical Solutions revenue growth for the balance of this year." (SAC ¶ 105.) | Syneos was enjoying demand far above pre-COVID-19 levels stating, for example, that *"[b]y mid-April, the new patient enrollment rates and new site activations were trending at approximately 150% of pre-COVID levels,"* which he represented would "increase our backlog conversion and accelerate year-over-year Clinical Solutions revenue growth for the balance of this year." (SAC ¶ 105.) |
| | | An analyst described the ramp-up of site activations as "pretty remarkable" and inquired whether Syneos had sufficient staffing to meet this demand and maintain such an elevated pace. In response, Defendant Macdonald stated "yes, definitely, we can sustain it and grow it, actually." (SAC ¶ 116.) | Defendant Macdonald highlighted the "strong demand" Syneos was purportedly experiencing and that it would allow Syneos to achieve backlog conversion and accelerate year-over-year revenue growth. During that call, an analyst described  the ramp -up of site activations as "pretty remarkable" and inquired whether Syneos had sufficient staffing to meet this demand and maintain such an elevated pace. In response, Defendant Macdonald stated "yes, definitely, we can sustain it and grow it, actually." *Macdonald also pointed to Syneos's "enhanced processes," "more horsepower," and "more automated and more streamlined" processes as reasons why the Company was able to effectively execute despite the demanding environment.* (SAC ¶ 116.) |
| Exhibit 19 (Q2 2021 Earnings Call) | 08/09/2021 | "We got a lot of strength in the SMID. We're the leader in the SMID sector. So we expect that, but I think that's particularly strong for us this time." (SAC ¶ 137.) | *In response to a request by a Credit Suisse analyst to "speak to the nature of the clinical net awards in the quarter in terms of what you saw from maybe a therapeutic in our customer perspective? Is there* |

| Source | Date | Excerpts from Defendants' Appendix B Missing Context (Corporate Optimism) | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| | | | *anything surprising or unusual to call out other than those 3 large[] [awards]?" Defendant Macdonald dismissed his concerns, stating:*<br><br>*"Not really. I think a pretty well-balanced quarter.* We got a lot of strength in the SMID. We're the leader in the SMID sector. So we expect that, but I think that's particularly strong for us this time. *Good FSP awards, as we mentioned, like you say, and a good contribution from large pharma."* (SAC ¶ 137.) |
| | | "I mean I think we are [seeing] (*sic*) a very robust environment from all sectors, both clinical, commercial, SMID and large in both sectors as well [.] [S]o [a] good healthy environment." (SAC ¶ 138.) | *A Jefferies analyst asked about "general recovery on things like site access and RFP flow . . . what do you see in there? And then what are you assuming also in kind of the back half in terms of continued normalization on that front?" In response, Defendant Macdonald stated:* "I mean I think we are seeing a very robust environment from all sectors, both clinical, commercial, SMID and large in both sectors as well. So a good, healthy environment." (SAC ¶ 138.) |
| | | "Driven by these strong sales, record ending backlog that is up 21.5% and a robust pipeline of new opportunities, Clinical Solutions remains well positioned for strong revenue growth in the second half of 2021 and beyond." (SAC ¶ 181.) | *Defendants discussed and described the Company's application of the methodology with analysts and investors. Defendant Macdonald explained that Syneos included only 12 months of an FSP contract in Syneos's bookings, stating:*<br><br>*"Under our awards policy for FSP services, we only included 12 months of services in our bookings, even though each agreement represented an initial term of at least 3 years. The remainder provides further fuel for growth in addition to our reported backlog.* Driven by these strong sales, record ending backlog that is up 21.5% and a robust pipeline of new opportunities, Clinical |

| Source | Date | Excerpts from Defendants' Appendix B Missing Context (Corporate Optimism) | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| | | | Solutions remains well positioned for strong revenue growth in the second half of 2021 and beyond." (SAC ¶ 181.) |
| Exhibit 21 (Q2 2021 Release) | 08/09/2021 | "[B]oth Clinical and Commercial … delivered another quarter of strong awards, powering record backlog levels and fueling our robust growth expectations over the balance of 2021." (SAC ¶ 178.) | *"During the second quarter we exceeded the midpoint of our guidance across all financial metrics, with both Clinical and Commercial achieving double-digit growth year-over-year as we continue to emerge from the COVID-19 pandemic . . . .* Both segments delivered another quarter of strong awards, powering record backlog levels and fueling our robust growth expectations over the balance of 2021. (SAC ¶ 178.) |
| Exhibit 22 (2021 Baird Global Healthcare Conference) | 09/15/2021 | "[W]e have a very good SMID mix in the business, and we continue to have that. Despite the fact we have really good backlog growth in clinical from top 20. Those are going to be the drivers as we move into 2022 and 2023." (SAC ¶ 139.) | *Defendant Macdonald addressed questions about "Second quarter bookings" in the Company's clinical segment.* Defendant Macdonald stated: "we have a very good SMID mix in the business, and we continue to have that. Despite the fact we have really good backlog growth in clinical from top 20. Those are going to be the drivers as we move into 2022 and 2023." (SAC ¶ 139.) |
| | | "So we won a lot of work last year that sits well in our backlog for the next few years, will help us drive growth through '20 – through the near future . . . ." (SAC ¶ 185.) | *[Question:] "Let's focus on clinical for a bit. Second quarter bookings, I think it was a record by over $100 million. Book-to-bill the last few quarters, averaging over at 1.4.*<br><br>*\* \* \**<br><br>*On the flip side, everybody is asking is Syneos behind the 8 ball. Is there something wrong holding back revenue growth compared to reports of 35% to 55% among some of your peers this quarter. Talk to us a little bit about that revenue growth, and how you see that playing out over the next 12 months? And remind people the reasons why maybe on a pure constant dollar organic basis, you were at the – 20% is nothing to sneeze at, but why you were at the lower end this* |

| Source | Date | Excerpts from Defendants' Appendix B Missing Context (Corporate Optimism) | Excerpts from the Complaint with Context in Bold and Italics |
|--------|------|------|------|
|  |  |  | *quarter?"*<br><br>[Macdonald] "So we won a lot of work last year that sits well in our backlog for the next few years, will help us drive growth through '20 – through the near future. *And then when we look at book-to-bill, I mean I appreciate your comments about bookings, but we also still have that conservative approach around FSPs. We won 3 massive FSPs in Q2. And we booked the first year of each one of them. And most of our competitors booked the whole lot.*<br><br>*\* \* \**<br><br>*So we have a different approach. We feel it's the right approach to do it more progressively. We had a quarter at a time as we go. And we take that slow and steady approach."* (SAC ¶ 185.) |

| Source | Date | Excerpts from Defendants' Appendix B Missing Context (Corporate Optimism) | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| Exhibit 23 (Q3 2021 Earnings Call) | 11/03/2021 | The "demand environment" is "very healthy with strong pipelines." (SAC ¶ 117.) | *Defendant Macdonald emphasized the Company's "strong" results and highlighted its "robust year-over-year growth" and a* "demand environment" that was "very healthy with strong pipelines." *Defendant Macdonald further highlighted the Company's strong growth in the quarter, stating:*<br><br>"*Clinical solutions revenue grew 23.9% compared to the third quarter of 2020. Our organic growth was driven by our full-service portfolio, including the continuing ramp-up in our larger pharma relationships, particularly in oncology as they gain full scale and efficiency.*" (SAC ¶ 117.) |
|  |  | "Driven by these strong sales, record ending backlog that is up 22.3% year-over-year and a record pipeline of new opportunities, Clinical Solutions remains well positioned for robust revenue growth into 2022 and beyond." (SAC ¶ 140.) | "*Our clinical team also closed another strong quarter of awards, particularly in the SMID segment.* Driven by these strong sales, record ending backlog that is up 22.3% year-over-year and a record pipeline of new opportunities, Clinical Solutions remains well positioned for robust revenue growth into 2022 and beyond." (SAC ¶ 140.) |
|  |  | "I think the flow that we're seeing, RFP is strong across the board, both large pharma and SMID." (SAC ¶ 141.)<br><br>"We, I think, have the most compelling SMID offering in the market, and it's a healthy part of the market." (SAC ¶ 141.) | *In response to a follow-up question from Donnelly asking about request for proposal ("RFP") "flows," Defendant Macdonald referenced* "the flow that we're seeing," "strong across the board, both large pharma and SMID," stating: "We, I think, have the most compelling SMID offering in the market, and it's a healthy part of the market." (SAC ¶ 141.) |

| Source | Date | Excerpts from Defendants' Appendix B Missing Context (Corporate Optimism) | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| Exhibit 26 (2021 Jefferies Industry Conference) | 11/18/2021 | "[T]he win rate for us has been very strong in both sectors. You've seen, I think, an improvement overall over the last few years of the consistency and the scale of our book-to-bill that's driving the growth in the company. We're particularly pleased with the win rates that we see across the SMID and ensuring that we're very compelling there." (SAC ¶ 142.) | *Macdonald addressed questions about the Company's win rate and how it has changed over "about the last 5-ish years":*<br><br>"[T]he win rate for us has been very strong in both sectors. You've seen, I think, an improvement overall over the last few years of the consistency and the scale of our book-to-bill that's driving the growth in the company. We're particularly pleased with the win rates that we see across the SMID and ensuring that we're very compelling there." (SAC ¶ 142.) |
| Exhibit 27 (2021 Evercore ISI HealthCONx Conference) | 12/01/2021 | "So it [book-to-bill in both businesses] continues to be strong. Pipelines at or near record levels, RFP flows good, really good across all customer segments. So end of the day, feel good about the demand environment at this time." (SAC ¶ 192.) | *"And you see some of that in our numbers with our book-to-bill in both businesses on clinical being at 1.39 at the end of September and being at 1.16, both on a trailing 12-month basis for commercial.* So it continues to be strong. Pipelines at or near record levels, RFP flows good, really good across all customer segments. So end of the day, feel good about the demand environment at this time." (SAC ¶ 192.) |

| Source | Date | Excerpts from Defendants' Appendix B Missing Context (Corporate Optimism) | Excerpts from the Complaint with Context in Bold and Italics |
|---|---|---|---|
| Exhibit 29 (Q4 2021 Earnings Call) | 02/17/2022 | "We are at the forefront of this transition with our customers and sites and given the long-term benefits it provides, we expect this trend to continue." (SAC ¶ 204.) | *Defendant Meggs discussed the Company's massive write-down of reimbursable expenses from backlog and described Syneos's inability to collect reimbursable expenses, stating:*<br><br>*"Since the start of the COVID-19 pandemic, we have experienced lower reimbursable expenses as remote monitoring and other DCT approaches have become a more prevalent part of our clinical trials. This decrease in reimbursable expenses is primarily due to items such as lower travel interest for our staff, due to sustained levels of remote monitoring, investigator meetings remaining virtual and reduce cost for study medications.*<br><br>We are at the forefront of this transition with our customers and sites and given the long-term benefits it provides, we expect this trend to continue. *As such, we have proactively adjusted our ending backlog to reflect our expectation of reduced reimbursable expenses going forward, mirroring what we are seeing across our existing portfolio as well as in our new awards."* (SAC ¶ 204.) |
| Exhibit 34 (2022 Jefferies Global Healthcare Conference) | 06/08/2022 | "But right now, based on what we've seen, right, whether it's the pipeline of opportunities, it's the awards that we have and the backlog growth that we have year-to-date, which is 16-plus percent." (SAC ¶ 219.) | *During the conference, Steven Couche, a securities analyst at Jefferies, inquired about the Company's SMID clients, asking: "If the funding environment remains muted, what steps can you take as an organization to protect yourself from any sort of flow-through to demand?" In response, Defendants Meggs stated:* "But right now, based on what we've seen, right, whether it's the pipeline of opportunities, it's the awards that we have and the backlog growth that we have year-to-date, which is 16-plus percent." (SAC ¶ 219.) |