**INDEX OF APPENDICES**

| APPENDIX | DESCRIPTION |
|---|---|
| Appendix A | Chart listing the unsourced allegations of falsity and scienter in the Third Amended Complaint |
| Appendix B | Chart (i) listing Defendants' post-Class Period statements cited in the Third Amended Complaint that Plaintiffs mischaracterize as "admissions" and (ii) providing context missing from the Third Amended Complaint regarding these alleged "admissions" |
| Appendix C | Chart describing the Individual Defendants' holdings of Syneos stock during the putative Class Period |