**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KEMPEN INTERNATIONAL FUNDS (KEMPEN INTERNATIONAL FUNDS - MERCLIN GLOBAL EQUITY), KEMPEN INTERNATIONAL FUNDS (KEMPEN INTERNATIONAL FUNDS - MERCLIN PATRIMONIUM), and MERCLIN INSTITUTIONAL FUND (MERCLIN INSTITUTIONAL EQUITY FUND DBI-RDT), Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SYNEOS HEALTH, INC., ALISTAIR MACDONALD, MICHELLE KEEFE, PAUL COLVIN, and JASON MEGGS,<br><br>Defendants. | **Case No. 1:23-cv-08848-AS** |

### DECLARATION OF BENJAMIN R. WALKER

BENJAMIN R. WALKER hereby declares under penalty of perjury as follows:

1.     I am admitted to practice in this District and am a partner of Sullivan & Cromwell LLP, counsel for defendants Syneos Health, Inc. ("Syneos"), Alistair Macdonald, Michelle Keefe, Paul Colvin, and Jason Meggs (collectively, "Defendants") in the above-captioned action.

2.     I respectfully submit this Declaration in support of Defendants' Motion to Dismiss the Third Amended Complaint and to place before the Court certain documents referenced in Defendants' Memorandum of Law in Support of Their Motion to Dismiss the Third Amended Complaint and the appendices thereto.

3. Attached hereto as Exhibit 1 is a true and correct copy of a transcript of a Syneos presentation during the Baird 2020 Global Healthcare Virtual Conference, dated September 9, 2020, obtained from Bloomberg L.P. Exhibit 1 is referred to or relied upon in paragraph 8, 47, and 201 of Plaintiffs' Third Amended Complaint.

4. Attached hereto as Exhibit 2 is a true and correct copy of a Syneos presentation slide deck used during the Baird 2020 Global Healthcare Virtual Conference, dated September 9, 2020, obtained from Bloomberg L.P. Exhibit 2 is referred to or relied upon in paragraphs 8, 47–48, 53, and 55–56 of Plaintiffs' Third Amended Complaint.

5. Attached hereto as Exhibit 3 is a true and correct copy of a transcript of Syneos' third quarter 2020 earnings call, dated October 29, 2020, obtained from Bloomberg L.P. Exhibit 3 is referred to or relied upon in paragraphs 201–02 of Plaintiffs' Third Amended Complaint.

6. Attached hereto as Exhibit 4 is an excerpt from a true and correct copy of Syneos' Quarterly Report for the quarter ended September 30, 2020, filed on Form 10-Q with the SEC on October 29, 2020. Exhibit 4 is referred to or relied upon in paragraph 107 n.11 of Plaintiffs' Third Amended Complaint, and a full copy can be found at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001610950/000156459020048439/synh-10q_20200930.htm.

7. Attached hereto as Exhibit 5 is a true and correct copy of a transcript of a Syneos presentation during Syneos' 2020 Analyst and Investor Day, dated December 8, 2020, obtained from Bloomberg L.P. Exhibit 5 is referred to or relied upon in paragraphs 8, 57–58, 61–63, 66–67, 70, and 204 of Plaintiffs' Third Amended Complaint.

8.      Attached hereto as Exhibit 6 is a true and correct copy of a transcript of a Syneos presentation during the J.P. Morgan 39th Annual Healthcare Virtual Conference, dated January 13, 2021, obtained from Bloomberg L.P.  Exhibit 6 is referred to or relied upon in paragraphs 11 and 71–73 of Plaintiffs' Third Amended Complaint.

9.      Attached hereto as Exhibit 7 is an excerpt from a true and correct copy of Syneos' Annual Report for the year ended December 31, 2020, filed on Form 10-K with the SEC on February 18, 2021.  Exhibit 7 is referred to or relied upon in paragraphs 107 n.11, 123 n.12, and 133 of Plaintiffs' Third Amended Complaint, and a full copy can be found at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001610950/000156459021006471/synh-10k_20201231.htm.

10.     Attached hereto as Exhibit 8 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on February 18, 2021.  Exhibit 8 is referred to or relied upon in paragraph 123 n.12 of Plaintiffs' Third Amended Complaint.

11.     Attached hereto as Exhibit 9 is a true and correct copy of a transcript of Syneos' first quarter 2021 earnings call, dated April 29, 2021, obtained from Bloomberg L.P. Exhibit 9 is referred to or relied upon in paragraphs 74–78, 84, and 201 of Plaintiffs' Third Amended Complaint.

12.     Attached hereto as Exhibit 10 is an excerpt from a true and correct copy of Syneos' Quarterly Report for the quarter ended March 31, 2021, filed on Form 10-Q with the SEC on April 29, 2021.  Exhibit 10 is referred to or relied upon in paragraphs 107 n.11, 134 n.14, 135, and 140 of Plaintiffs' Third Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000156459021021455/synh-10q_20210331.htm.

13.     Attached hereto as Exhibit 11 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on April 29, 2021.  Exhibit 11 is

referred to or relied upon in paragraphs 134–35 and 140 of Plaintiffs' Third Amended Complaint.

14.     Attached hereto as Exhibit 12 is a true and correct copy of a transcript of Syneos' second quarter 2021 earnings call, dated August 9, 2021, obtained from Bloomberg L.P. Exhibit 12 is referred to or relied upon in paragraphs 18, 85, 91, and 118 of Plaintiffs' Third Amended Complaint.

15.     Attached hereto as Exhibit 13 is an excerpt from a true and correct copy of Syneos' Quarterly Report for the quarter ended June 30, 2021, filed on Form 10-Q with the SEC on August 9, 2021.  Exhibit 13 is referred to or relied upon in paragraphs 107 n.11, 141–42, and 149 of Plaintiffs' Third Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000156459021042229/synh-10q_20210630.htm.

16.     Attached hereto as Exhibit 14 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on August 9, 2021.  Exhibit 14 is referred to or relied upon in paragraphs 141–42 and 149 of Plaintiffs' Third Amended Complaint.

17.     Attached hereto as Exhibit 15 is a true and correct copy of a transcript of a Syneos presentation at the Baird Global Healthcare Conference, dated September 15, 2021, obtained from Bloomberg L.P.  Exhibit 15 is referred to or relied upon in paragraphs 12, 18–19, 92–93, 97, and 119 of Plaintiffs' Third Amended Complaint.

18.     Attached hereto as Exhibit 16 is a true and correct copy of a transcript of Syneos' third quarter 2021 earnings call, dated November 3, 2021, obtained from Bloomberg L.P.  Exhibit 16 is referred to or relied upon in paragraphs 15, 98–99, 103, 199 of Plaintiffs' Third Amended Complaint.

19.     Attached hereto as Exhibit 17 is an excerpt from a true and correct copy of Syneos' Quarterly Report for the quarter ended September 30, 2021, filed on Form 10-Q with the SEC on November 3, 2021.  Exhibit 17 is referred to or relied upon in paragraphs 107 n.11, 150 n.16, 151, and 156 of Plaintiffs' Third Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000156459021053634/synh-10q_20210930.htm.

20.     Attached hereto as Exhibit 18 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on November 3, 2021.  Exhibit 18 is referred to or relied upon in paragraphs 150 & n.16, 151, and 156 of Plaintiffs' Third Amended Complaint.

21.     Attached hereto as Exhibit 19 is a true and correct copy of a transcript of a Syneos presentation during the J.P. Morgan 40th Annual Healthcare Conference, dated January 12, 2022, obtained from Bloomberg L.P.  Exhibit 19 is referred to or relied upon in paragraphs 104–06 of Plaintiffs' Third Amended Complaint.

22.     Attached hereto as Exhibit 20 is an excerpt from a true and correct copy of Syneos' Annual Report for the year ended December 31, 2021, filed on Form 10-K with the SEC on February 17, 2022.  Exhibit 20 is referred to or relied upon in paragraphs 107 n.11 and 158 n.17 of Plaintiffs' Third Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000156459022005428/synh-10k_20211231.htm.

23.     Attached hereto as Exhibit 21 is a true and correct copy of a transcript of Syneos' fourth quarter 2021 earnings call, dated February 17, 2022, obtained from Bloomberg L.P.  Exhibit 21 is referred to or relied upon in paragraphs 28 and 159–61 of Plaintiffs' Third Amended Complaint.

24.     Attached hereto as Exhibit 22 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on February 17, 2022.  Exhibit 22 is

referred to or relied upon in paragraphs 28, 158 & n.17, 159 and 161 of Plaintiffs' Third Amended Complaint.

25.     Attached hereto as Exhibit 23 is an excerpt from a true and correct copy of Jefferies Equity Research Report - 4 Key Insights: SYNH 4Q21, dated February 18, 2022, obtained from S&P Capital IQ Pro.  Exhibit 23 is referred to or relied upon in paragraphs 27, 131, 136, 138, 147, 154, 160, 267, and 271 of Plaintiffs' Third Amended Complaint.

26.     Attached hereto as Exhibit 24 is a true and correct copy of a transcript of Syneos' first quarter 2022 earnings call, dated April 29, 2022, obtained from Bloomberg L.P. Exhibit 24 is referred to or relied upon in paragraphs 28 and 169–73 of Plaintiffs' Third Amended Complaint.

27.     Attached hereto as Exhibit 25 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on April 29, 2022.  Exhibit 25 is referred to or relied upon in paragraphs 28 and 167 of Plaintiffs' Third Amended Complaint.

28.     Attached hereto as Exhibit 26 is an excerpt from a true and correct copy of Syneos' Quarterly Report for the quarter ended March 31, 2022, filed on Form 10-Q with the SEC on April 29, 2022.  Exhibit 26 is referred to or relied upon in paragraphs 28, 107 n.11, and 167 of Plaintiffs' Third Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000156459022016544/synh-10q_20220331.htm.

29.     Attached hereto as Exhibit 27 is a true and correct copy of a transcript of Syneos' second quarter 2022 earnings call, dated August 2, 2022, obtained from Bloomberg L.P. Exhibit 27 is referred to or relied upon in paragraph 203 of Plaintiffs' Third Amended Complaint.

30.     Attached hereto as Exhibit 28 is an excerpt from a true and correct copy of Syneos' Quarterly Report for the quarter ended June 30, 2022, filed on Form 10-Q with the SEC

on August 2, 2022.  Exhibit 28 is referred to or relied upon in paragraphs 28, 107 n.11, 203 and 270 of Plaintiffs' Third Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000095017022013710/synh-20220630.htm.

31.     Attached hereto as Exhibit 29 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on August 2, 2022.  Exhibit 29 is referred to or relied upon in paragraphs 28, 174, and 270 of Plaintiffs' Third Amended Complaint.

32.     Attached hereto as Exhibit 30 is a true and correct copy of a transcript of a Syneos presentation during the Baird 2022 Global Healthcare Conference, dated September 13, 2022, obtained from Bloomberg L.P.  Exhibit 30 is referred to or relied upon in paragraphs 177–78 and 273 of Plaintiffs' Third Amended Complaint.

33.     Attached hereto as Exhibit 31 is a true and correct copy of Syneos' Current Report filed on Form 8-K with the SEC on September 13, 2022.  Exhibit 31 is referred to or relied upon in paragraphs 176–77 and 273 of Plaintiffs' Third Amended Complaint.

34.     Attached hereto as Exhibit 32 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on September 13, 2022.  Exhibit 32 is referred to or relied upon in paragraphs 176–77 and 273 of Plaintiffs' Third Amended Complaint.

35.     Attached hereto as Exhibit 33 is a true and correct copy of a transcript of Syneos' third quarter 2022 earnings call, dated November 4, 2022, obtained from FactSet CallStreet.  Exhibit 33 is referred to or relied upon in paragraphs 29, 180–84, and 277–80 of Plaintiffs' Third Amended Complaint.

36.     Attached hereto as Exhibit 34 is a true and correct copy of Exhibit 99.1 to Syneos' Current Report filed on Form 8-K with the SEC on November 4, 2022.  Exhibit 34 is referred to or relied upon in paragraphs 179 and 276 of Plaintiffs' Third Amended Complaint.

37.     Attached hereto as Exhibit 35 is a true and correct copy of a transcript of a Syneos presentation during the Evercore ISI HealthCONx Conference (Virtual), dated December 1, 2022, obtained from Refinitiv StreetEvents.  Exhibit 35 is referred to or relied upon in paragraphs 186–87 of Plaintiffs' Third Amended Complaint.

38.     Attached hereto as Exhibit 36 is a true and correct copy of an Evercore ISI Flash Note on Syneos, dated January 9, 2023.  Exhibit 36 is referred to or relied upon in paragraphs 39 and 257 n.21 of Plaintiffs' Third Amended Complaint.

39.     Attached hereto as Exhibit 37 is a true and correct copy of a transcript of Syneos' fourth quarter 2022 earnings call, dated February 16, 2023, obtained from FactSet CallStreet.  Exhibit 37 is referred to or relied upon in paragraphs 188 and 197 of Plaintiffs' Third Amended Complaint.

40.     Attached hereto as Exhibit 38 is a compilation of true and correct copies of all Form 4 statements of changes in beneficial ownership of Syneos' Class A Common Stock for Paul Colvin filed with the SEC during the putative class period of September 9, 2020 through November 3, 2022 (the "Class Period").  The documents contained within Exhibit 38 are referred to or relied upon in paragraphs 235 through 237 of Plaintiffs' Third Amended Complaint.

41.     Attached hereto as Exhibit 39 is a compilation of true and correct copies of all Form 4 statements of changes in beneficial ownership of Syneos' Class A Common Stock for Michelle Keefe filed with the SEC during the Class Period.  The documents contained within

Exhibit 39 are referred to or relied upon in paragraphs 230 through 234 of Plaintiffs' Third Amended Complaint.

42.     Attached hereto as Exhibit 40 is a compilation of true and correct copies of all Form 4 statements of changes in beneficial ownership of Syneos' Class A Common Stock for Alistair Macdonald filed with the SEC during the Class Period.  The documents contained within Exhibit 40 are referred to or relied upon in paragraphs 217 through 223 of Plaintiffs' Third Amended Complaint.

43.     Attached hereto as Exhibit 41 is a compilation of true and correct copies of all Form 4 statements of changes in beneficial ownership of Syneos' Class A Common Stock for Jason Meggs filed with the SEC during the Class Period.  The documents contained within Exhibit 41 are referred to or relied upon in paragraphs 224 through 229 of Plaintiffs' Third Amended Complaint.

44.     Attached hereto as Exhibit 42 is a true and correct copy of the SEC's General Instructions for Form 4, "Statement of Changes of Beneficial Ownership of Securities."

45.     Attached hereto as Exhibit 43 is an excerpt from a true and correct copy of Syneos' Notice of 2020 Annual Meeting and Proxy Statement, which was filed on Form DEF 14A with the SEC on April 16, 2020.  Exhibit 43 is referred to or relied upon in paragraphs 217, 224 and 250 of Plaintiffs' Third Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000161095020000061/syneosproxystatement2020.htm.

46.     Attached hereto as Exhibit 44 is an excerpt from a true and correct copy of Syneos' Notice of 2021 Annual Meeting and Proxy Statement, which was filed on Form DEF 14A with the SEC on March 31, 2021.  Exhibit 44 is referred to or relied upon in paragraphs 250 and 252–53 of Plaintiffs' Third Amended Complaint, and a full copy can be found    at    https://www.sec.gov/Archives/edgar/data/1610950/000156459021016816/synh-d

efa14a_20210330.htm.

47.     Attached hereto as Exhibit 45 is an excerpt from a true and correct copy of Syneos' Notice of 2022 Annual Meeting and Proxy Statement, which was filed on Form DEF 14A with the SEC on April 12, 2022.  Exhibit 45 is referred to or relied upon in paragraphs 250–53 of Plaintiffs' Third Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000156459022014149/synh-defa14a_20220525.htm.

48.     Attached hereto as Exhibit 46 is an excerpt from a true and correct copy of Syneos' 2023 Proxy Statement, which was filed on Form DEFM14A with the SEC on June 27, 2023.  Exhibit 46 is referred to or relied upon in paragraph 252 of Plaintiffs' Third Amended Complaint, and a full copy can be found at https://www.sec.gov/Archives/edgar/data/1610950/000119312523176268/d450417ddefm14a.htm.

49.     Attached hereto as Exhibit 47 is a true and correct copy of a redacted email from Paul Colvin to various Syneos employees, dated July 10, 2021.  The redactions are of two Syneos client names and are intended to protect those clients' confidentiality interests. Exhibit 47 is referred to or relied upon in paragraphs 19, 90, 96, 143, and 213 of Plaintiffs' Third Amended Complaint.

50.     Attached hereto as Exhibit 48 is a non-argumentative chart identifying the elements of Plaintiffs' claims that Defendants' Motion argues are not plausibly alleged in the Third Amended Complaint, as required by Section 8(G)(i) of this Court's Individual Practices in Civil Cases.

Executed on May 9, 2025 in New York, New York.

/s/ Benjamin R. Walker
Benjamin R. Walker