# Exhibit 2



# Baird 2020 Global Healthcare Conference

Alistair Macdonald

Chief Executive Officer

**September 9, 2020**

# Forward-Looking Statements and Non-GAAP Financial Measures

**Forward-Looking Statements**

Except for historical information, all of the statements, expectations, and assumptions contained in this presentation are forward-looking statements as that term is defined in the Private Securities Litigation Reform Act of 1995, including the expected impact of the COVID-19 pandemic on our business, financial results and financial condition, anticipated financial results for the full year 2020 and plans for cost savings and capital deployment. Actual results might differ materially from those explicit or implicit in the forward-looking statements. Important factors that could cause actual results to differ materially include, but are not limited to: reliance on key personnel; principal investigators and patients; general and international economic, political, and other risks, including currency and stock market fluctuations and the uncertain economic environment; risks related to the COVID-19 pandemic; the Company's ability to adequately price its contracts and not overrun cost estimates; any adverse effects from the Company's customer or therapeutic area concentration; the Company's ability to maintain or generate new business awards; the Company's ability to increase its market share, grow its business, and execute its growth strategies; the Company's backlog not being indicative of future revenues and its ability to realize the anticipated future revenue reflected in its backlog; fluctuations in the Company's operating results and effective income tax rate; risks related to the Company's information systems and cybersecurity; changes and costs of compliance with regulations related to data privacy; risks related to the United Kingdom's withdrawal from the European Union; risks related to the Company's transfer pricing policies; failure to perform services in accordance with contractual requirements, regulatory requirements and ethical considerations; risks relating to litigation and government investigations; risks associated with the Company's early phase clinical facilities; insurance risk; risks of liability resulting from harm to patients; success of investments in the Company's customers' business or drugs; foreign currency exchange rate fluctuations; risks associated with acquired businesses, including the ability to integrate acquired operations, products, and technologies in our business; risks related to the Company's income tax expense and tax reform; risks relating to the Company's intellectual property; risks associated with the Company's acquisition strategy; failure to realize the full value of goodwill and intangible assets; restructuring risk; potential violations of anti-corruption and anti-bribery laws; risks related to the Company's dependence on third parties; downgrades of the Company's credit ratings; competition in the biopharmaceutical services industry; changes in outsourcing trends; regulatory risks; trends in the Company's customers' businesses; the Company's ability to keep pace with rapid technological change; risks related to the Company's indebtedness; fluctuations in the Company's financial results and stock price; and other risk factors set forth in the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2019 as updated by the Company's Quarterly Report on Form 10-Q for the quarter ended June 30, 2020, and other SEC filings, copies of which are available free of charge on the Company's website at investor.syneoshealth.com. The Company assumes no obligation and does not intend to update these forward-looking statements, except as required by law.

**Non-GAAP Financial Measures**

In addition to the financial measures prepared in accordance with U.S. Generally Accepted Accounting Principles ("GAAP"), this presentation contains certain non-GAAP financial measures, including adjusted revenue, segment adjusted revenue, adjusted net income (including adjusted diluted earnings per share),

EBITDA, adjusted EBITDA, adjusted EBITDA margin, segment adjusted EBITDA and unallocated corporate and other EBITDA, and  non-GAAP effective tax rate. We also include in this presentation non-GAAP financial measures to illustrate our cash flow and leverage profile, including net debt, net leverage, pro forma net leverage, and free cash flow. We also present adjusted revenue and segment adjusted revenue growth in constant currency. Constant currency adjusted revenue growth is defined as adjusted revenue, or, for 2020 periods, GAAP revenue, restated at the comparative period's foreign currency exchange rates measured against the comparative period's adjusted revenue. Constant currency segment adjusted revenue growth is defined as segment adjusted revenue for a given period restated at the comparative period's foreign currency exchange rates measured against the comparative period's reported segment adjusted revenue. A "non-GAAP financial measure" is generally defined as a numerical measure of a company's financial performance that excludes or includes amounts from the most directly comparable measure calculated and presented in accordance with GAAP in the statements of operations, balance sheets, or statements of cash flows of the Company.

The Company defines adjusted revenue and segment adjusted revenue as GAAP revenue and segment revenue, respectively, adjusted to include revenue eliminated as a result of purchase accounting.

The Company defines adjusted net income (including adjusted diluted earnings per share) as net income (including diluted earnings per share) excluding acquisition-related deferred revenue adjustments; acquisition-related amortization; restructuring and other costs; transaction and integration-related expenses; share-based compensation expense; loss on extinguishment of debt; and other income (expense), net. After giving effect to these items, the Company has also included an adjustment to its income tax rate to reflect the expected long-term income tax rate and impact of the base erosion and anti-abuse tax.

EBITDA represents earnings before interest, taxes, depreciation and amortization. The Company defines adjusted EBITDA, both at the company and segment level, as EBITDA, further adjusted to exclude expenses and transactions that the Company believes are not representative of its core operations, namely: acquisition-related deferred revenue adjustments; restructuring and other costs; transaction and integration-related expenses; asset impairment charges; share-based compensation expense; other income (expense), net; and loss on extinguishment of debt. The Company presents EBITDA and adjusted EBITDA because it believes they are useful metrics for investors as they are commonly used by investors, analysts and debt holders to measure the Company's ability to fund capital expenditures and meet working capital requirements.

Each of the non-GAAP measures noted above are used by management and the Board to evaluate the Company's core operating results because they exclude certain items whose fluctuations from period-to-period do not necessarily correspond to changes in the core operations of the business. Adjusted net income (including adjusted diluted earnings per share) and adjusted EBITDA are used by management and the Board to assess the performance of the Company's business.

Non-GAAP measures have limitations in that they do not reflect all of the amounts associated with the Company's results of operations as determined in accordance with GAAP. Also, other companies might calculate these measures differently. Investors are encouraged to review the reconciliations of the non-GAAP financial measures to their most directly comparable GAAP measures included in the Appendix of this presentation.



# Syneos Health: The Only End-to-End Biopharmaceutical Product Development Organization

## Syneos One®

| Clinical Solutions | Commercial Solutions |
|---|---|
| **Clinical Solutions** | **Commercial Solutions** |
| **Top 3 Global CRO** | **#1 Global CCO** |
| *74% of TTM Revenue* | *26% of TTM Revenue* |

### Full Service

**60% of TTM Revenue**

Phase II – IV Development
Post-Approval / Real World Evidence

### Deployment Solutions

**15% of TTM Revenue**

Field-Based Specialty and Clinical Teams,
Strategy Design, Recruiting, Sales Ops, Engagement Center

### FSP360

**12% of TTM Revenue**

Clinical Monitoring, Data Mgmt., Biostatistics / Programming, Medical Writing, Pharmacovigilance, Safety Management

### Communications

**8% of TTM Revenue**

Advertising, Public Relations, Medical Comms, Omni-Channel Solutions, Behavioral Science, Digital, Branding, Managed Markets

### Early Phase

**2% of TTM Revenue**

Bioanalytical Labs, Phase I Clinics, Proof of Concept Studies, Translational Sciences

### Consulting

**3% of TTM Revenue**

Pricing and Market Access, Commercial Strategy and Planning, Medical Affairs, Regulatory Affairs, REMS



3

# Positioned for Accelerated Revenue and Margin Growth

## Syneos Health Investment Highlights

| | |
|---|---|
| ***Clinical Bookings Momentum Driving Visibility into Growth*** | ▪ Three consecutive quarters of greater than 1.40x Clinical book-to-bill<br>▪ **14.8% ending backlog growth** as of June 30, 2020<br>▪ Three consecutive quarters of greater than 10% year-over-year net awards growth |
| ***Commercial Capabilities Drive Differentiation & Growth*** | ▪ Syneos One represents the only end to end solution in the market.  **Awarded $1.4B of estimated potential value**<br>▪ **Two long-term partnership wins** and Syneos One® momentum to drive future acceleration of revenue growth<br>▪ Commercial capabilities influence Clinical business we are winning |
| ***Leadership Position in High-Growth SMID / Biotech*** | ▪ Strong SMID franchise with long history of leadership within CRO space<br>▪ Commercial penetration into SMID customers rapidly gaining traction<br>▪ **>10% total revenue growth YTD 2020 within SMID customer base** |
| ***Successfully Penetrating Large Pharma*** | ▪ Secured **three strategic Clinical partnerships with Top 30 Pharma** in 2018 and 2019<br>▪ FSP360 combining with Full Service to deliver large scale hybrid services<br>▪ Top 20 Clinical backlog mix accelerated to nearly 30% as of June 30, driving high visibility into future growth |
| ***Strong Financial Performance and Margin Accretion*** | ▪ Organic revenue growth in FY 2019 outpaced market growth **in both segments**<br>▪ **30–50 bps annual margin expansion from $100M – $125M of *ForwardBound* savings** including operating leverage<br>▪ **Targeting 2.5x – 3.0x net leverage** by the end of 2021 with significant covenant cushion |



# Purpose-Built to Address Unique Clinical Development Needs

## Flexibility to Improve the Likelihood of Regulatory and Commercial Success

**Early Phase**
Scientific Affairs & Reporting
Proof of Concept
Translational Sciences
Bioanalytical Labs

% of TTM
**Clinical
Solutions
Adjusted**
Revenue[1]

81%

3%

16%

**FSP 360**
Clinical Monitoring
Data Management
Biostatistics / Programming
Medical Writing
Pharmacovigilance
Safety Management

**Full Service**
Phase II – IV Development
Post-Approval / Real World Evidence

### Differentiators Uniquely Support Market Segmentation



**Catalyst**
Site Network



**Geographic**
Scale



**Therapeutic**
Alignment



**Syneos** Health
**FSP 360**



The
**Trusted Process**®



**Global Client**
Solutions



1.   Segment revenue split is based on TTM Revenue through June 30, 2020.

5

# Expanding Clinical Share Positions for Continued Growth

## Share Strength and Opportunity

**Top 20 Pharma**
<5% Market Share

**21 - 50 Pharma**
~10% Market Share

**SMID**
>15% Market Share

CRO Market Outsourced Clinical Spend[1]
SYNH Clinical Solutions Adjusted Revenue[2]
SYNH Market Weight (8%)[1]

**3**

**Strategic wins** with Top 30 Pharma since Q1 18

**Strong position** with 21 - 50 where flexibility matters

**Leading position** in the SMID market

1.  Management estimates based on Evaluate pharma and analyst research
2.  For the trailing twelve months period ended June 30, 2020
3.  Top 20 and 21-50 Large Pharma defined by prior year R&D spend from *EvaluatePharma* and excludes medical device companies.



6

# Commercial Industry Leader Positioned for the Modern Market

## Unparalleled Breadth of Capabilities

**Deployment Solutions**
Field-Based Promotional Solutions and Clinical Teams
Strategy Design
Recruiting
Sales Operations
Engagement Center
Medication Adherence

% of TTM
**Commercial Solutions**
Revenue[1]

61%

9%

30%

**Consulting**
Pricing and Market Access
Commercial Strategy and Planning
Medical Affairs Advisory
Risk Management
Kinapse

**Communications**
Advertising
Public Relations
Medical Communications
Multi-Channel Solutions
Digital, Naming / Branding

## Uniquely Positioned for a Dynamic Market



**Market** Leader

**>7% Growth** in SMID revenue[2]

**Integrated** Solutions

**Launch** Experience

The **Trusted Process**®

**Global Client** Solutions



… **significant influence** in Large Pharma preferred provider wins



1. Segment revenue split is based on TTM Revenue through June 30, 2020.
2. For the trailing twelve months period ended June 30, 2020, as compared to the trailing twelve months period ended June 30, 2019

# Building Momentum Across the Business

## Strategic Partnerships Demonstrate the Strength of our Unique Capabilities

### Clinical Scale

**Full-service Oncology portfolio award from customer who primarily used our consulting services previously**

**Q2 2018**

### CRO + CCO

**Full-service Clinical preferred provider relationship (one of two providers)  from one of our largest Commercial customers**

**Q3 2019**

### Syneos One®

**Syneos One driven award to optimize delivery of a portfolio of Oncology assets for an established Clinical customer**

- Leveraging insights-driven Syneos One product development model to de-risk & accelerate development
- Early strategic engagement to inform critical drug development decision making
- Cross-functional teams from sponsor and Syneos Health will share therapeutic expertise and product development insights

**Q4 2019**



### Commercial Leadership

**Secured long-term strategic partnerships with:**

- A Top 20 Pharma company to provide integrated product launch services
- Idorsia, a large biotech company, to provide launch support for the company's flagship insomnia product beginning in late 2021

**Q2 2020**

### Strong Relationships

**Executed three year MSA extensions with:**

- One of our largest Commercial customers, a Top 20 pharma company
- One of our largest Clinical customers, Pfizer

**Q2 2020**



# Syneos One®: Unique End-to-End Integrated Product Development Offering Driving Awards and Pipeline



## $1.4B

estimated potential lifetime value of end-to-end wins through March 31, 2020

## $475M+

of TTM Clinical and Commercial awards influenced through March 31, 2020

 **Differentiated product offering** in the market

 **Improves speed to market** through integrated early planning, design and execution

 Focused on **maximizing the value of our customer's asset** at every inflection point

 **Develops Commercial pipeline** to drive future potential awards[1] …



" … **Syneos One** played a critical part in … how we prepare to launch … bringing clinical data to life in a plan that we could operationalize and get to market as quickly as possible "



**- SMID Biotechnology Company**



| 2020 | 2021 | 2022 | 2023 | 2024 |



1.  Represents the estimated awards to be realized from the potential value of assets currently managed by Syneos One, assuming all contingencies are resolved, consistent with the Company's awards policy as detailed in Item 7 of the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2019.

9

# COVID-19 - Operating Metrics and Mitigating Actions

| | | % of TTM Revenue | Operating Metrics/Profile | Mitigating Actions/ Status Updates |
|---|---|---|---|---|
| **Clinical Solutions** <br> *<10% of total backlog from pre-revenue biotech* | **Full-Service Clinical** | 60% | • Clinical Monitoring ~30% <br> • 70% in essential areas such as Oncology, Rare & Orphan, and complex diseases | • Working non-Site Activities in SSU <br> • Remote Monitoring of existing patients <br> • Recruitment in less affected regions <br> • **<10% sites inaccessible** <br> • **~55% of sites currently permitting physical visits** <br> • **Enrollment trends recovering, currently at ~65% of pre-COVID levels** <br> • **Site Activations trending above pre-COVID levels** |
| | **FSP 360** | 12% | • Clinical Monitoring ~50% <br> • Contracted on FTE basis | • Remote Monitoring determined by site/customer <br> • Reassigning staff from Full Service |
| | **Early Phase** | 2% | | • Temporarily scaled back clinics; **Reopened during Q2.** <br> • Labs continuing to operate |
| **Commercial Solutions** <br> *<5% of total backlog from pre-commercial biotech* | **Deployment Solutions** | 15% | • Contracted on FTE basis, up to 120 day termination notice <br> • 60%+ Top 50 pharma <br> • 80%+ chronic care <br> • 90% call activity non-hospital | • Engagement Center training field reps <br> • 95% Converted to virtual activities by April <br> • Call volume at pre-COVID levels mid-May <br> • **~55% of field team territories returned to physical HCP visits by early September, where possible** |
| | **Communications** | 8% | • Healthcare focused; HCP audience <br> • No meaningful media buying | • Working virtually across all practices <br> • **Strong pipeline, up double-digits YoY** |
| | **Consulting** | 3% | • 85%+ healthcare focus <br> • Diverse practice areas | • **Continuing strength in Q2** <br> • **Strong backlog entering Q3** |


Syneos Health®

10

# Focus on Margin Enhancement Drives Shareholder Value

Targeting 13.4 – 14.0% FY 2020 Adjusted EBITDA margin[1] and **30 – 50 bps** of margin expansion in 2021

## COVID-19 Cost Management & Liquidity Preservation Actions

- Accelerated ForwardBound margin enhancement initiative
- Implemented temporary cost actions such as:
  - Hiring delays
  - Executive salary reductions
  - Voluntary furloughs
- Rationalized portfolio of services
- Delayed capital expenditures
- Paused share repurchase program
- Executed interest rate swaps



**ForwardBound Margin Enhancement Initiative Targeting**

# $100M - $125M

of run-rate savings exiting 2021



1. Adjusted EBITDA margin is defined as Adjusted EBITDA divided by Revenue; margin range is based upon FY 2020 guidance issued on August 6, 2020.

# Balanced Approach to Capital Deployment

## Successfully Managing our Capital Structure and Related Costs

### Debt Reduction and Management

**Redeemed 7.5% Senior Notes** in Q4 2019 through expanded Term Loan A facility

Term loan debt repayments of **$492.2M since Merger closing,** net of initial $183.6M draw on the AR Securitization facility

**A/R securitization facility** to borrow up to $275.0M provides further capital flexibility and interest rate savings

**2.5x – 3.0x net leverage** target by EOY 2021

### Tuck-in Acquisitions and Strategic Partnerships

Continue to review **tuck-in acquisition and strategic partnership opportunities** that:

- Add capabilities
- Strengthen geographic footprint
- Enhance therapeutic depth

### Share Repurchases

Ability to make **Opportunistic share repurchases** under remaining $136.3M authorization

**Repurchased $163.7M** from January 1, 2018 to June 30, 2020 at a weighted average price of $42.03

**Continue to evaluate share repurchases based on current conditions**



12

# Shortening the Distance From Lab to Life®.



# Appendix

# Momentum Driven by Integrating Insights and Operational Capabilities Across End-to-End Continuum

| | Phase I | Phase IIa | Phase IIb / III | Product Launch | Growth | Maturity |
|---|---|---|---|---|---|---|

**Clinical Solutions**

**Clinical Dev.**

- Phase I Clinical Development
- Phase I Proof of Concept Development
- Bioanalytical & Biomarker Services
- Phase IIa - III Clinical Development
- Real World Evidence – Late Phase
- Phase IIIb - IV Clinical Development

**Commercial Solutions**

**Reg. & Medical Affairs**

- Regulatory Strategy, Submissions, And Operations
- Med. Strat. – Evidence Generation –  Med. Comms – Congresses – Disease Awareness – Stakeholder Engagement – Training & Education
- Risk Evaluation And Mitigation Strategies and Education
- Medical Field Team Recruitment, Training and Deployment

**Market Access**

- Market Access – Pricing And Contracting Strategy – Health Economic Models – Payer Communications
- Risk Mitigation – Reputation Mgmt. – Public Affairs – Policy & Advocacy– Stakeholder Engagement
- Access Acct. Managers, Field Reimbursement Specialists, Training & Deployment

**Sales & Marketing**

- Commercial Strategy – Portfolio Strategy – Corporate Development
- Naming and Branding Assets and Studies
- Brand And Company Public Relations – Advertising – Data Science – Digital  – Social Media
- Nurse Educators – Medical Science Liaisons
- Specialty Focused Sales Teams Bringing Unique and Targeted Insights
- Medication Adherence



15

# Reconciliation of GAAP Revenue by Segment to Adjusted Revenue by Segment

| $M | Q3 18 | Q4 18 | Q1 19 | Q2 19 | Q3 19 | Q4 19 | Q1 20 | Q2 20 |
|---|---|---|---|---|---|---|---|---|
| Clinical Solutions revenue, as reported | $ 819.2 | $ 821.2 | $ 805.0 | $ 849.9 | $ 867.4 | $ 899.3 | $ 874.8 | $ 747.2 |
| Clinical Solutions deferred revenue adjustment (a) | 2.9 | 2.9 | 1.6 | 1.6 | 1.6 | 1.6 | - | - |
| **Clinical Solutions adjusted revenue** | **$ 822.1** | **$ 824.2** | **$ 806.6** | **$ 851.5** | **$ 869.0** | **$ 900.9** | **$ 874.8** | **$ 747.2** |
| **TTM Clinical Solutions adjusted revenue** | | | | **$ 3,304.4** | **$ 3,351.3** | **$ 3,428.0** | **$ 3,496.2** | **$ 3,391.9** |
| | | | | | | | | |
| Commercial Solutions revenue, as reported | $ 295.7 | $ 324.2 | $ 314.0 | $ 316.9 | $ 309.6 | $ 313.7 | $ 288.5 | $ 266.2 |
| Commercial Solutions deferred revenue adjustment (a) | - | - | - | - | - | - | - | - |
| **Commercial Solutions adjusted revenue** | **$ 295.7** | **$ 324.2** | **$ 314.0** | **$ 316.9** | **$ 309.6** | **$ 313.7** | **$ 288.5** | **$ 266.2** |
| **TTM Commercial Solutions adjusted revenue** | | | | **$ 1,250.9** | **$ 1,264.8** | **$ 1,254.2** | **$ 1,228.7** | **$ 1,178.0** |
| | | | | | | | | |
| Revenue, as reported | $ 1,114.9 | $ 1,145.5 | $ 1,119.0 | $ 1,166.8 | $ 1,177.0 | $ 1,213.0 | $ 1,163.4 | $ 1,013.4 |
| Deferred revenue adjustment (a) | 2.9 | 2.9 | 1.6 | 1.6 | 1.6 | 1.6 | - | - |
| **Adjusted revenue** | **$ 1,117.9** | **$ 1,148.4** | **$ 1,120.6** | **$ 1,168.4** | **$ 1,178.6** | **$ 1,214.5** | **$ 1,163.4** | **$ 1,013.4** |
| **TTM Adjusted revenue** | | | | **$ 4,555.3** | **$ 4,616.1** | **$ 4,682.2** | **$ 4,724.9** | **$ 4,569.9** |

**Note:** Due to rounding of specific line items, line item figures might not sum to subtotals.
For a description of all GAAP to Non-GAAP adjustments, please reference slide 15 in the Appendix of this presentation.



# Shortening the Distance From Lab to Life®.

