# Exhibit 6

FINAL TRANSCRIPT
Syneos Health Inc (SYNH US Equity)

# JP Morgan 39th Annual Healthcare Virtual Conference

## Company Participants

- Alistair Macdonald, CEO & Director
- Jason Meggs, CFO
- Tycho Peterson, Senior Analyst

## Presentation

### Tycho Peterson  {BIO 4279327 <GO>}

All right. Good morning. We're going to go ahead and kick it off with our next company this morning, which is Syneos.

Just a quick reminder if people have questions, to submit those through the website.

And with that, let me turn it over to Alistair.

### Alistair Macdonald  {BIO 16971432 <GO>}

Great. Thanks, Tycho. Good morning, everybody. Good day. Appreciate the opportunity to speak with you all today if its[ph] a little bit of a different JPM to that, that we're used to.

So with that, we look forward to taking you through the presentation today. We look forward to seeing you all face-to-face next year for sure. And look forward to brighter times in 2021 as we get through the vaccination programs and return to somewhat normality.

So I'm going to walk you through the slides today. It should be about 20 minutes or so. And then we'll leave some time and space for Q&A at the end.

So if you advance, I believe you have to advance your own slides. So we go to Slide 2, forward-looking statements and obviously, non-GAAP financial measures.

You're all aware of this and be aware that some of the information we'll give you today is obviously forward-looking. So -- but just remember your advance slides as we go.

So if we go across to Slide 3, and I'll start to give you a flavor of how we're going to do this today and how we're going to set up for what we see as an exciting 2021. We've continued to drive our strategic objectives across large and -- large pharma

and small to midsized customers or SMID customers, and we've continued to penetrate using Syneos One and continuing to add value-added commercial services as we've developed over the last year or so. And that's all helping us combine to drive back to that accelerated revenue and earnings growth that we've been working towards and delivering for the last couple of years.

So just a reminder of really of Syneos on Slide three here, really the only end-to-end biopharma product development solutions company, and that's an integrated CRO with CCO capabilities as well, and helping us bring those two pieces together and deliver a more value add, higher performance for the organization and its customers. 24,000 plus employees, including the employees we brought in through recent acquisitions. We're operating in about 110 countries globally. And obviously, that's been quite a complex time through COVID, but we've been able to continue that and operate very successfully. And through a combination of our leading clinical and commercial capabilities and a model that we've built that you're all familiar with, I think, called Syneos One, we're able to develop full-scale product development services across a continuum. And that continues to resonate and continues to engage our customers in different ways as we take them through the development life cycle and through the commercialization life cycle of their products.

So if we go across to Slide 4, we just look a little bit at the setup of the organization. We're now approximately 75% of our trailing 12-month revenue comes from clinical. That's a little bit higher than it's been before obviously, with some of the acquisitions that we've done, but also with the organic growth that we've seen in clinical versus commercial. And then remainder -- the remaining quarter, remaining 25% coming from commercial services.

On the clinical side, we're a large organization. We're one of the top two CROs, a lot of global scale and reach. That's very important for delivering complex trials. We're looking for patients globally. We deliver hybrid models, very important for our larger customers for us to be able to deliver at a functional level as well as deliver full-service clinical on top of that. Broad therapeutic expertise and a big depth and base of therapy. Very important now, when you're looking at complex scientific trials, rare disease, oncology, complex CNS, infectious disease, as we've seen through COVID. And we've built that all on top of a best-in-class site relationship and network. We, again, in 2020, won the Eagle award from SCRS and continue to develop those site relationships, which we believe is very important for the delivery of our overall model on the clinical side.

On the commercial side, a full suite of capabilities to not just launch a drug, but keep it on the market, keep it on the regulatory compliance, and drive the actual sales performance of a product. We are enabling that digitally. We are bringing up the tech enablement. That was very useful for us through COVID, enabled us to move all of our sales reps, nurse educators, MSLs over to a virtual stance using the Kinetic platform. We've seen great performance with that and are able to actually show an uplift in sales performance for products when using a hybridized kinetic approach. And that deep therapeutic knowledge coming over from clinical, combining that

with commercial capabilities, gives us a great level of insight into delivering a product most effectively onto the market.

In the middle there, what we've tried to give you flavor are is the innovation around the business models that we're delivering. And as we move forward, I think what we're seeing is a need and desire from our customers to see more innovation from service suppliers like Syneos Health. We're at the forefront of that. Some of the activity that we've seen and delivered in real word evidence when we're looking at long-term follow-up programs and supporting customers as they take products onto the market. The Syneos One model, being able to deploy end-to-end product development capabilities. And then looking at more modern decentralized solutions, both from a technology and service perspective, working with partners through dynamic assembly, but also starting to bring in assets now that can help us deliver in that new model. So Illingworth is an example of that. We completed that acquisition in Q4. Happy to add that to the arsenal that we have here at Syneos Health and a big step forward for us in being able to deliver decentralized trials and to take regular trials through a decentralization process to be able to take the trial to the patient in their own home, taking down the burden, and enabling us to modernize the approach as we go.

They're all critical in our mind for the continued differentiation of Syneos Health against competitors in what is becoming a more and more complex market. And I think that favors the larger CROs with the capabilities to bring technology and new service lines, new capabilities to customer delivery, to project designs. And I think that really helps us resonate in the market.

So if we go to Slide 5, we'll talk a little bit about that market. Our analysis and others show that the market we sit in is approaching $80 billion in value that's -- as we move forward towards 2020. Large pharma holds, a big piece of that spend. And as you've seen in 2019 and onwards, and what we've achieved through 2020, an increasing penetration into the top pharmas. It's those large pharma accounts that we've been targeting, and we'll talk a little bit more about penetrating that. The SMID market, the emerging biotech, the smaller players where a lot of the funding and research and early development is being executed, we invested in -- we've invested in that organically over the years and had a very productive 2020 in that sector. We've added s interact[ph] to that, recognizing them as a leader in the emerging SMID space where those new companies are starting up, where a lot of the biotech funding index money is being spent and we want to resonate with them, bring a new model to them and engage Syneos One with that platform with customers who are coming out of the gate with a great idea, with a great product, who have no infrastructure. And Syneos One is really built to combine with Synteract on those opportunities as we go.

On the real-world evidence side, making sure that we can bring patient insights and to keep that patient centricity, be able to deliver new models through a combination with things like Illingworth, where we can reach patients in the home, collect their data remotely, and deliver decentralized capabilities through that organization.

And then as our model -- as the market we service continues to get more complex, not just on the clinical side, but also on the commercial side, being able to add a tremendous amount of value to our customer efforts through a full-scale commercial capability. We've seen an increase in the amount of integrated commercial work that we're selling as a proportion of the commercial sales and delivery, and we're excited by that because it shows that integration, that the product development model that we have is resonating well with customers of all size, and we're seeing that in the marketplace as we move forward.

So we're trying to bring new delivery models. We have penetrated large pharma, we've continued to grow in the SMID space, we've continued to invest in that as well in not just capacity and reach through this Synteract engagement but also through new capabilities with things like Illingworth, Syneos One and the products that we're building on top of those.

So if we go over to Slide 6, we'll start with our position in that large pharma sector. This continues to be a share expansion opportunity for us. We have increased the number of strategic awards in the top 30 since this time last year, up to four, and we're very happy with that. And then you'll see there that over 30% year-on-year backlog growth for us in that top 50, which shows that the accounts that we penetrated are turning into revenue generation. We've gone through bookings growth and now we're starting to see that billings growth come through the model as those projects stand up and start up. Obviously, a little bit delayed because of COVID, but we feel good engagement from those customers, we have good position with them, we've worked out how we deliver all them, and I think that's a very promising start to a much larger penetration in the large pharma sector. We're keen to keep doing that. We feel like it's a great growth opportunity for us. And with the skill sets that we have, with the capabilities that we're bringing in, the innovative models that we're delivering to them, and the scale that we've achieved, we feel that's a very strong combination for us to continue to take market share in that large pharma space.

In the meantime, we don't ignore the SMID. We made the investment in Synteract, continue to help us fuel that growth in a very hot end of the market, particularly within this SMID market, a hotter end of that market as well.

So if you go over to Slide 7, we will talk a little bit about SMID on this slide. And you can see on the far left, the incredible growth in the biotech funding index through 2020. Now obviously, some of that is the bubble created by COVID, and we expect that to come down a little bit in 2021. But it shows the energy in that market, and it shows the interest in continuing to develop drugs in that model. We are very well positioned there. We probably -- well, I think we have the largest SMID group in the business. We've added to that with Synteract. These numbers on this chart do not include any of the Synteract numbers. But you can see here the level of the entire[ph] in the middle chart, that represents the amount of drugs coming through onto the market that come from the SMID rather than the large pharma. And for us, the SMID market engagement is important for two main reasons. Firstly, a lot of those SMID organizations are acquired into large pharma as they move through the

development life cycle and to have a partner like Syneos helps transition that process. We are recognized by the large pharma. We are often carried through into larger accounts in that manner. But also the SMID market, we recognize is bringing more drug to the market on its own. And as you can see that here, the difference between 2011 and 2019, a lot of people are able to bring a drug all the way through the market, which enables us to engage with them more thoroughly because we have that model, that product development model, the Syneos One approach, the end-to-end integration. And we understand the pathway of not just getting a drug to approval, but also getting it through the financial approvals, and through launch, and then supporting it on the market. So a very interesting market for us to be present in, and we continue to invest and gain share in this space.

On the right-hand side there, we talked a little bit about Synteract. We're keeping that as a stand-alone business unit to really engage the emerging biotech. We've got off to a great start with that. The employees from Synteract have been fantastic. They've settled in very quickly, and we're seeing good performance from them from day one. So we're very pleased with that. It enables us to engage a different customer in the SMID space. As we've grown over the years, you grow with SMID customers over a period of five, 10 years and you certainly realize actually, this customer is a very large organization at the high end of the SMID in terms of scale and valuation, may have a couple of products on the market. There's another end for the SMID market, this emerging biotech end, truly emerging companies, pre-revenue, high growth. We look at that sector as 10% to 15% growth. We feel the Synteract asset gives us great penetration into that space and gives us an opportunity to energize and continue to fuel our growth in that SMID sector. So very excited about that. I'm very excited to see how we do with that throughout 2021 and beyond.

So moving to Slide 8, we'll talk a little bit about innovation and new models. The decentralized solutions that we're seeing, obviously, COVID gave decentralization and remote monitoring and other elements of the model a big push. We saw that. We're a leader in that field. We're engaged very heavily with regulators on how to go above and beyond into the real-world for monitoring and into remote monitoring more thoroughly. That started to settle back down as COVID cases reduced, and we've seen that plateau off even through this second wave or second peak. So what we're looking at here is really the combination of all the things that we've done in the past through dynamic assembly, through the execution excellence that we achieved, through the trusted process to look at and bring together the pieces of this puzzle that we need as we move forward to be more compelling and to be a leader in that decentralized space. Dealing with acquisition is a part of that, obviously. On the decentralized trial, you still got to be able to service the patient at home. Some of those decentralized trials need a nurse to go visit home, and that's what we can facilitate through Illingworth team. We've worked with Illingworth in the past, built a great relationship with them, saw them as the primary asset in the home health space, and we're delighted to be able to close this deal in Q4. So we'll talk a little bit more about that at our earnings call later on in the year in February. But it enables us to really ease that burden to work with sites to engage patients who may otherwise not engage in the trial because it's too inconvenient for them. We take that out by being able to take the trial directly to them in their home. And I think this

will grow, I think, as part of the market will be a big growth driver for the whole sector for a while as people look at hybrid trials, not just site-centric, but also in the home through remote telemedicine, et cetera, and we'll be bringing those elements together as we advance and mature and evolve our dynamic assembly approach.

So going on to Slide 9. We'll talk a little bit about commercial and the evolution of that over the last few years. And really, the way that we look at commercial now is we started out with a very functional model and a very functional approach. A little bit akin to FSP in CRO 20-odd years ago. And what we've seen is we've developed our approach to clinical -- to commercial, sorry, is this evolution to a more value-added model, more integrated, more connected. And as we develop the Kinetic platform, which is really a combination of digital -- of a more digital approach, a more remote approach, bringing in valuable insights from both clinical and commercial to drive a much more integrated solution. We've seen this transition in the buying habits and the interest levels of our customers over to a full-service commercial. Now that can be launched or it can be maintaining a product and mature product on the market, but in a full-service manner. So a field team, the communications efforts, the engagement centers, the pharmacovigilance, the safety monitoring, the post approval monitoring, all in one package. We see this resonate more and more. We take this to the SMID, but we're also seeing great interest in this from some of our larger customers who are interested in a different model, how do we approach it differently, how do we use new technologies, customer engagement, patient engagement, HCP engagement through the Kinetic platform to drive a more encompassing and drive a more engaging solution for them with their customers and ultimately the patients on the end of that engagement with HCPs. So very excited about that. Continue to see that evolve. And combined with the new assets like Synteract as we bring through work from Syneos One.

On that note, if we move to Slide 10, we'll talk about the evolution of Syneos One. And we'll continue to use this model to drive engagement with customers who want that full development, who want that integrated approach all the way through their life cycle. You can see here, over the last 12 months, $330 million in new gross awards contributed through this model and now with a $1.5 billion lifetime value. Remember, we don't book everything that we win in this sector. We wait for the contracts to be written before we take this into awards because of the contingent nature of this business. But on the right-hand side, you can see there, this continued growth in products that we're working on in the Syneos One model that are coming down the pipe for launch, which will help us fuel commercial growth in the future. Some of these will make it. But as you can see, we're building quite a comprehensive pipeline in the out years, that if some of those don't make it, there'll still be a large residual there, and we'll be able to drive and penetrate more as we deliver this model over the next couple of years to continue to drive and continue to fuel that model. We're very excited about that. And as it's unique to us, we're getting a lot of traction in the market with customers as I say, of all sizes. And we -- as you've seen from us before, announcements on fairly large pharmaceutical companies who are engaging us in this model to help them deliver assets in their portfolio.

If we go over to Slide 11, we'll talk a little bit about capital deployment. Obviously, we continue to take a balanced approach to capital deployment. We did do -- we were

active in M&A over 2020. And as I said before, this is to help us drive innovation, new models, drive growth for the future. We got the Synteract and Illingworth deals completed in Q4. But our priority remains debt repayment. We have a target of three to 3.5x net leverage as we exit 2021, and we believe we'll be on target for that. On the M&A side, we will continue to be opportunistic. We will continue to look for opportunities to drive growth and innovation in the organization to bring in new skill sets, to bring in new services that engage our customers. And we will look at share repurchases. We've committed to making sure that we keep any dilution out of the system from share -- from a share LTIP kind of basis in the marketplace. And we have a $300 million share repurchase program authorization through the end of December 2022. So in order of kind of priorities, debt repayment, we'll stay active on the M&A front, and we see opportunities to increase the model, and we'll be looking at share repurchases as we go through the years.

On Slide 12, really, this all comes together to help us accelerate our growth. We have a strong backlog growth in both sectors of the business, clinical at 18%, commercial at 6%. We're very pleased with that. Obviously, some of that is work that got pushed to the right from 2020. But as we go through the year, we have had great sales, we've had strong pipelines, and we've been able to secure great positions, not just with large pharma, but also in that SMID sector. We've helped a lot of customers navigate through the COVID experience by being able to move them very seamlessly, very painlessly to a digital, more remote approach, both in clinical and commercial. We've engaged Syneos One with many customers and building a much more comprehensive integrated solution through real-world and over to the full-service commercial elements. We have enhanced our SMID position with the acquisition of Synteract. As I said before, we already have the leading position in that space. We are very keen on that space. We see it as a great growth driver for the future. And looking to expand EBITDA margins as we go through improved cash flow, through improved efficiency, through improved our overall net leverage position. For the future, we have very strong book-to-bill through the end of Q3, and we'll give you an update to that in our earnings call at the end of February or on February 18. 1.41x through that through the end of Q3 in clinical and 1.04x in commercial. That helps us secure growth for the future. We've continued to resonate in the market, as you can see from those numbers. And I think the path ahead for is really because of the uniqueness of our business model, we are able to drive more large pharma opportunity, we've taken a strong position again in that SMID space and market leadership position. Commercial insights we have, Syneos One, as we shift to more full service, stickier commercial delivery, we see a more consistent revenue pattern and award pattern and continuing to use Syneos One to differentiate on that product development life cycle.

Looking to drive 30 to 50 basis points of margin accretion over the years. We've got forward bound helping us to increase our efficiency, take -- continue to take cost out of our model, and continue to deliver to our customers in an efficient manner. And also as we move forward, increasing and improving our cash flow position and continuing to delever as we move forward through 2021. That helps us to continue to drive the model, helps us to continue to drive a market-leading position, and helps us continue to drive growth as we move through the out years.

Now turning to Slide 13. This is really to give you our outlook. Based on the preliminary results for full year 2020, we are reaffirming our guidance for 2020, which we originally issued on October 29. In addition, we're also confirming the outlook for 2021 that we presented at the Investor Day on December 8. So these outlook ranges are based upon the usual assumptions, including foreign exchange rates as of our Q3 earnings report, which we will update as needed when we issue our final 2020 results in -- on February 18. All 2021 comparisons are relative to the midpoint of our 2020 guidance as well. So we continue to expect full year 2021 total revenue of $5.125 billion to $5.325 billion, representing growth of 16.3% to 20.9%, which includes inorganic growth of approximately 550 to 600 basis points, and is net of a headwind of approximately 100 basis points which is related to the dispositions of contingent staffing and medication adherence during 2020. We expect this to result in adjusted EBITDA of $745 million to $785 million, representing margin of 14.5% to 14.7% or expansion of about 30 basis points at the midpoint. This also results in an adjusted diluted EPS range of $4.09 to $4.38 or growth of 20.6% to 20.9 -- to 29.2%, sorry.

So with that, I think we are moving over to Q&A. So I just want to thank you for your continued support and interest in Syneos Health and (inaudible) in the organization.

# Questions And Answers

## A - Tycho Peterson  {BIO 4279327 <GO>}

Great. Well, thanks, Alistair. That's great overview. I'm going to start -- a little bit of an echo, by the way. But I'm going to start with the acquisitions that you highlighted. Maybe on Synteract, what does that give you that you didn't already have in terms of going after biotech customers? I know it's more for the SMID cap customer base, but are there capabilities that brings? Or is it just a customer list?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

It's really the customer list and the engagement that they have. I think what we've recognized is we've grown, and we've grown very strongly in that SMID space. It's our heritage from INC days. That -- as that market's got bigger and more sophisticated, there's a stratification in there. And as we've grown with our customers, they've grown -- I mean, we've worked with customers who have been in that SMID market for 20 years. But now they've got $1 billion-plus of revenue, they've got a couple of products on the market, they're not really -- they're not emerging biotech anymore. And there's a big difference between operating with a company like that and somebody who's just come out of a -- who's just spun off a company and needs that agility, needs but -- needs the capabilities of an organization like Syneos behind it. So we've -- Jason and I have known the management team at Synteract for a long time, and we're very excited to get a shot at that because we feel like there's a lot of engagement possibility for us with that emerging biotech, particularly as more organizations are going all the way to market with a product. And we have a great asset that we can do that with through Syneos One. So gives us access to a new set of customers with almost no overlap between our customers and theirs and then gives those customers an opportunity to stay with the same

organization. And actually, what we saw straight out of the gate is an organization that was working with Synteract that gone through a Phase II, recognize that Synteract wasn't big enough to run the Phase III, and awarded that work immediately to Syneos. But we're able to bring some of that team from Synteract with that institutional kind of knowledge of the product and then deliver that program for them at a greater scale. So a great resort straight out of the gate for us. We're able to keep a customer moving very quickly. And the plan is with our customer to take them through, not just Phase III, but also real-world and into commercialization using Syneos One. So I think it gives us great access to a new set of emerging customers that we can build relationships and drive into the future.

## A - Tycho Peterson  {BIO 4279327 <GO>}

Along those lines, on real world, we've heard from some of your peers, it could actually be a pretty big year for real world, just given how quickly some of that COVID-related vaccines and therapies were brought to market. Is that your view as well?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Absolutely. Yes. I think last year, our real-world group was the fastest organic growth group in the business. We've brought in a great team. Christian Tucat and his team have done a great job building innovative models around that. So a lot of data engagement analysis, not just be on The Street, which obviously we can provide with the scale, but it's about using the data that's out there.

I think with the COVID emergency, the amount of data that's been collected and the follow-up data that's needed on those patients as we move out because these products were developed quickly, we got to carry on a long-term follow-up on those patients, is going to be critical. And I think COVID will fuel that a little bit. But yes, I see that area as a very exciting area and something that we need to continue to invest in and lead the market in.

## A - Tycho Peterson  {BIO 4279327 <GO>}

And then is Illingworth is kind of an acknowledgment in your part that virtual trials are here to stay, remote monitoring is here to stay? And you mentioned kind of hybrid. So maybe that's the new norm. Where do you think we are in terms of next two to three years out in terms of remote monitoring?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

So I think we've probably gone through a peak in remote monitoring for a while. We were at 70% or so for a while there. I think it's fallen back now to about 20%, 25% range. I think people will think about -- we've been bringing innovative designs to customers for a while about remote monitoring or -- and we've used dealing with, as I said in the past several times to be able to facilitate home health. I think people are going to be a little bit more open to more adventurous designs around trials. And I do think that we've talked about patient centricity for a long time. COVID really has underlined it, that if you want patients, you've got to be flexible. You can't just open a sign and say, well, if you want to be in the trial, come along. We want to be able to

offer our sites the ability to engage patients either on their own turf in the site itself or at home. And with the Illingworth asset, we can do complex infusions, medical treatments, et cetera, in the home, which enables us to extend our reach.

I think hybrid trials, remote trials, in-home trials are all going to be a part of the future. So we want to make sure that we own the best asset in that space and that we can grow with that and lead the market there.

## A - Tycho Peterson  {BIO 4279327 <GO>}

If we look back at 2020, you were a little bit slower than some of your peers to embrace the COVID vaccine and therapy work. The 2021 outlook is great, 16.3% to 20.9%. So it's not going to hurt your growth going forward. But can you maybe just talk a little a bit looking back as to why you were a little bit slower than some of the peers to embrace some of that work?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. Well, I don't think we are slow to do it, Tycho, but I think you can break COVID into two pieces. We won a lot of the COVID treatment, which are more complex, a bit more like a regular clinical trial, right, in terms of the way that they're treated and the pace that they're on. So I'm happy that we won all that work. Yes, sure. I would love to have been at the front of the queue for one of the world speed trials. We did actually deliver a large element of some of the world speed work through our data management FSPs with large customers. So we're pleased with that. But we have won vaccine work, but as was a little bit later in the year. So Q3, we'll talk about Q4 in February, but we're pleased with the work that we've won there, and that will help us drive some of 2021's growth.

But I think historically, we -- where those warped trials came from, the icons of PPDs of the world, et cetera, have long-standing relationships on the vaccine side of our business. And the speed that they came through, you go with what you know. And I think they've delivered well, pleased for them, pleased with the customers that use them. But I'm happy with the work that we've won in COVID, and we're obviously seeing some of that work now translate into commercial opportunities. We talked about in our Q3 earnings call, the fact that we've secured some support projects on the commercial side to help people commercialize, launch, collect long-term data, follow patients actually out in the field as a combination of real-world and commercial capabilities.

So yes, we weren't at the front of that queue because we're not a huge vaccine company, although I'm happy with the work that we've won in there and delighted with the treatment work because I think it's the treatment work is probably something that will be a little bit longer running, a little bit steadier, and that helps us build a longer-term growth platform.

## A - Tycho Peterson  {BIO 4279327 <GO>}

Syneos One, I think a year ago at our conference, you kind of said we can expect one to two contracts to come up for bid every year. You've got $1.5 billion in backlog. So I

guess two parts to the question. Is that still kind of the pace going forward, one to two years? And then will that burn over the next 12 to 18 months? How do you think about the backlog burden?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. The backlog burn, obviously, because of what you've taken and what stays in the contingent part on Syneos One and where you pick it up. So we -- what we -- I expect Syneos One to actually the pace to pick up a little bit because I think the Synteract acquisition gives us more opportunity to address a slightly bigger market there. And we've continued to advance, we continue to understand what resonates well with customers. So I want to see an acceleration in the Syneos One work as well.

I think on the burn rate side, as I said, it's different, depending on whether you're picking up in clinical or it's more commercially oriented because of the speed of that burn. I mean, Jason, any thoughts on that?

### A - Jason Meggs  {BIO 19515623 <GO>}

On the clinical side, a lot of that work is already burning in 2020 and in 2021 as the majority of that total potential value at this point has been reflected, and the awards have been reflected in clinical. What we are starting to see is that the products are maturing through regulatory approval and moving to commercial, and that's where we'll see acceleration of the revenue once that commercial side of those products pick up, which we see some of that in the second half of '21.

### A - Tycho Peterson  {BIO 4279327 <GO>}

How are you -- M&A (inaudible) Alistair?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Sorry, Tycho. I think -- Jason, can you mute because we got the echo from you.

### A - Tycho Peterson  {BIO 4279327 <GO>}

Yes, (inaudible) question. Yes. How are you thinking about M&A for the year? And are there kind of particular focus areas?

### A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. We're still looking at opportunities. It'll be tuck-in work like we did with Synteract and Illingworth. I truly believe that. I want to continue to look at opportunities that help us capitalize some of the business. So I think the decentralized trial space is very interesting. I think making sure that we can deliver innovative services that enable us to deliver those style of trials is very important for us. I think Asia Pac, we could always do -- we've had a tremendous amount of interest in our Asia Pac capabilities. And we're strong there. I think we're well positioned there, but we could always have a little bit more horsepower there. And then the real-world space. They're the kind of three areas that I'm really interested in continuing to develop capabilities in. But we'll stay active, nimble, stay opportunistic with that. And we'll

look to add assets that really give us a new capability or help us to drive another capability faster.

## A - Tycho Peterson  {BIO 4279327 <GO>}

You mentioned toward the end of your comments about shifting more toward FSP work. Where are we today? And where do you think that goes over the next couple of years just in terms of mix?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. Well, I think we're seeing good growth in the FSP side of the business from our large pharma partners. And that capability is really important for us to be able to continue to penetrate in that large pharma space. We've become the partner of choice for several large pharma customers, where we're delivering FSP alongside full-service outsourcing. So you've got to have that capability. I want to continue to grow that, not just the traditional ones, but also being able to bring newer FSP models to customers in the site space, in -- with home health, maybe. The combination of has been able to deliver home health at scale enables us to become the partner of choice in an FSP style for home health as well. So combining new capabilities into different delivery platforms because the scale is also something that we'll be looking at.

## A - Tycho Peterson  {BIO 4279327 <GO>}

Question on just kind of recent trends, accessibility, patient enrollment. You were at 70% coming out of 3Q and patient enrollment, 75% of pre-COVID levels. Are those kind of continuing to move in the right direction? Or as cases are going up, have things come back?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. It's a little bit one step forward and one step back in different locations, right, as COVID goes up and down. But yes, they've -- I think we said on the Q3 call that we expected them to kind of hold steady for a while and that we didn't anticipate any kind of retrenchment. And that's what we've seen. We continue to see them -- we'll talk more about Q4 in February, but we've continued to see that pattern hold true. We've seen, as COVID's gone up in locations that people are just handling it through local protocols. I mean, here in the U.K., I sent a picture out this morning, my car's the only one in the car park today, but it's a full lockdown, but people are still engaging in healthcare treatments, going to visit, et cetera, et cetera. So it's different from the initial lockdown in that way where everything was shut. Now we're seeing people handle that local doctor's visit still going ahead, et cetera, just handling it with a local protocol. So we've seen it flatten. It's still creeping up a little bit, but we expect that to return to normal as we get into '21 and the vaccine rollout enables that.

## A - Tycho Peterson  {BIO 4279327 <GO>}

One that came in on e-mail is just about medical affair services. Does your commercial offering incorporate those? And how do you deliver this?

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Yes. Yes. That's been a -- that's a great question, actually, because we have a whole group really that straddles both clinical and commercial and real-world really to service medical affairs.

So we have a medical affairs market access team in the commercial consulting group that engages on designing trials, working through kind of challenges on products and delivery of those products into the marketplace.

Obviously there's a lot of pharmacovigilance -- safety, monitoring, medical monitoring -- and around that. So yes. We have a very comprehensive package around that.

Obviously the medical affairs teams of pharma are the buyers of real world, are the buyers of consulting, are the buyers of comms, medical comms -- med comms is the fastest-growing part of our comms business globally. So yes, very well positioned there, very happy with that. And that's also an area we'd look to invest in because I think it drives good engagement with customers of all sizes.

## A - Tycho Peterson  {BIO 4279327 <GO>}

Great. Well we've hit the end of the session. I want to thank you for taking the time. It's a great overview.

Enjoy the rest of the conference.

## A - Alistair Macdonald  {BIO 16971432 <GO>}

Thanks, Tycho. Thanks, everybody. Stay safe. See you soon.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2023, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*