# Exhibit 7

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 10-K**

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended December 31, 2020**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from _____ to _____**

**Commission File Number: 001-36730**

**SYNEOS HEALTH, INC.**
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **27-3403111** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **1030 Sync Street** | |
| **Morrisville, North Carolina** | **27560-5468** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(919) 876-9300**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Class A Common Stock, par value $0.01 per share | SYNH | The Nasdaq Stock Market LLC |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Exchange Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

The aggregate market value of the registrant's common stock held by non-affiliates of the registrant, based on the closing sale price of $58.25 on June 30, 2020, was approximately $3,634,037,915.

As of February 11, 2021, there were approximately 104,305,489 shares of the registrant's Class A common stock outstanding.

Portions of the registrant's Proxy Statement for its 2021 Annual Meeting of Stockholders are incorporated by reference into Part III hereof.

**SYNEOS HEALTH, INC.**
**FORM 10-K**
**For the Fiscal Year Ended December 31, 2020**

**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| | Summary of Principal Risk Factors | 3 |
| | **PART I** | |
| Item 1. | Business | 5 |
| Item 1A. | Risk Factors | 32 |
| Item 1B. | Unresolved Staff Comments | 66 |
| Item 2. | Properties | 66 |
| Item 3. | Legal Proceedings | 66 |
| Item 4. | Mine Safety Disclosures | 66 |
| | **PART II** | |
| Item 5. | Market for Registrants' Common Equity, Related Stockholder Matters, and Issuer Purchases of Equity Securities | 67 |
| Item 6. | Selected Financial Data | 69 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 70 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 90 |
| Item 8. | Financial Statements and Supplementary Data | 92 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 146 |
| Item 9A. | Controls and Procedures | 146 |
| Item 9B. | Other Information | 147 |
| | **PART III** | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 147 |
| Item 11. | Executive Compensation | 147 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 148 |
| Item 13. | Certain Relationships and Related Transactions and Director Independence | 148 |
| Item 14. | Principal Accountant Fees and Services | 148 |
| | **Part IV** | |
| Item 15. | Exhibits and Financial Statement Schedules | 149 |
| Item 16. | Form 10-K Summary | 154 |
| | Signatures | 155 |

Table of Contents

- QuickStart® - the *engineering* phase, which serves to align the team to the project strategy, create shared expectations, and develop a joint plan for project conduct;

- ProgramAccelerate® - the *execution* and *control* phase, where we proactively manage project conduct. Data is used to ensure project timelines, risks, issues and quality are actively managed while maintaining positive relationships with all stakeholders; and

- QualityFinish® - the *closing* phase, where we develop a plan for project close that accounts for the remaining deliverables and provision of actionable data and/or the final product.

While initially developed to better manage clinical trial complexity, the Trusted Process® is being actively deployed in our Real World and Late Phase ("RWLP"), Functional Service Provider ("FSP" or "FSP360") and Syneos One® offerings and is being adapted and deployed as warranted across our commercial service portfolio to further drive efficiency, consistency, and quality in our integrated operations.

***Functional Service Provider Model.*** Our FSP model provides flexible resourcing solutions in the areas of biostatistics and programming, data management, drug safety and pharmacovigilance, study startup, medical writing, clinical monitoring, trial master file support, and site and investigator payments. Our model includes a comprehensive plan designed to ensure both speed and quality for operations, relationship management, communication, quality and risk mitigation, and internal processes and tools. We collaborate extensively across functional teams to ensure customer needs are appropriately identified and supported.

***Adding value across the biopharmaceutical product life cycle****.* We believe our ability to utilize our broad experience, data assets, and information technology assets across our full suite of services uniquely positions us to provide solutions that help biopharmaceutical customers optimize execution and reduce costs throughout the product development life cycle using the following capabilities:

- *Superior clinical trial design*: We believe our expanding clinical and commercial knowledge and our access to electronic medical records and claims data allows us to expedite the completion of clinical trials without sacrificing quality, improving the probability of regulatory approval and subsequent commercial success.

- *Enhanced site selection and patient recruitment:* We utilize our data assets, behavioral insights, social media and communications capabilities to enhance the speed and success of site selection and patient recruitment.

- *Proactive pre-launch reimbursement and formulary management:* We bridge the gap between clinical development and commercialization by using insights derived from our diverse capabilities and ability to communicate clinical benefits to payers and Pharmacy Benefit Managers ("PBMs") to help optimize reimbursement and patient access.

- *Effective commercial product launch capabilities*: We help our customers navigate the global complexities of launching a product by orchestrating interconnected work streams to develop and execute an effective product launch strategy that incorporates current therapeutic insights and market realities.

- *Full service commercial:* We enable companies to develop, launch, and commercially support their brands by accessing our comprehensive solutions, and acting as their virtual commercialization infrastructure. In 2020, approximately 28% of our commercialization customers purchased services from more than one of our commercialization services offerings. These customers represented approximately 89% of our Commercial Solutions revenue in 2020.

Table of Contents

- *Efficient project ramp-up:* We scale clinical or commercial projects rapidly and effectively through our recruiting, training, and deployment capabilities, leveraging our dedicated recruiting personnel and our proprietary database of approximately 700,000 industry professionals.

***Harmonizing diverse data via Dynamic Assembly® to create "asset customized" insights.*** Our strategic, capital-efficient approach to data and technology, Dynamic Assembly®, allows us to quickly address the nuances of each customer challenge, including trial protocol, and product launch. Our open, source-agnostic and flexible architecture focuses on integrating quality data with the insights and best practices we have established during our decades of developing and commercializing biopharmaceutical products. We have access to significant data assets from a diverse number of sources including a variety of third party data and technology providers, as well as our clinical and commercial operations. Our data lake harmonizes multiple data types and sources, both structured and unstructured, creating new "asset-customized" data aimed at achieving deeper patient behavioral learnings and insights.

***Agile, insights-driven virtual/digital solutions.*** We believe our innovative digital solutions, underpinned by our unique combination of therapeutic and behavioral insights, position us to address the evolving market dynamics in which our customers operate. These solutions include:

- **Decentralized Solutions** is our clinical model that allows for configurable, decentralized trials using a patient-centric approach supported by Dynamic Assembly to move beyond traditional trial design. We partner with best of breed technology and data providers - and leverage our clinical and commercial insights, therapeutic expertise, and knowledge of the site and patient communities - to design solutions that best fits the needs of a particular customer and protocol.

- **Kinetic** is our modern customer engagement capability that integrates intelligence to accelerate impact and optimize commercial performance of customer brands. This omnichannel capability enables our field teams to transition to virtual and hybrid teams, while overlaying new digital capabilities. As adoption of telehealth and digital channels increase, a greater number of siloed and uncoordinated channels are touching HCPs. This leads to reduced effectiveness of commercial programs. Kinetic addresses this challenge by deploying advanced targeting, analytics, and the latest technologies - powered by a team of data scientists and behavioral experts - to create connected intelligence across channels, platforms, and content. The net result of Kinetic is optimized outcomes for our customers, leveraging the appropriate combination and timing of communications to drive improved brand performance.

- **Therapeutic expertise and organizational alignment.** We believe aligning our Clinical Solutions business units therapeutically down to the clinical research associate ("CRA") level differentiates us from our competitors and has played a key role in our growth, ability to win new clinical trials, and the successful relationships we have developed with clinical research sites. Our therapeutic expertise is managed by our senior leadership and delivered by our senior scientific and medical staff and our CRAs within our various therapeutic areas. We believe this therapeutic alignment improves the effectiveness and efficiency of our customers' clinical trials by ensuring that our clinical staff working at our investigative sites have the therapeutic expertise and experience required to manage clinical trials. We also believe our specialized therapeutic expertise within our Commercial Solutions segment is unique in our industry and is becoming increasingly important to our customers as therapies become more complex and targeted. Our experienced medical and scientific professionals include more than 1,600 employees with M.D.s, Ph.D.s, or Pharm D.s. These employees apply innovative insights and science to clinical trials as well as to the commercialization of products and support customers across both our Clinical Solutions and Commercial Solutions segments.

11

Table of Contents

***Industry-leading principal investigator and clinical research site relationships.*** We have extensive, often longstanding relationships with principal investigators and clinical research sites. We believe quality site relationships are critical for delivering clinical trial results on time and on budget for our customers. Motivated and engaged investigator sites can facilitate faster patient recruitment, increase retention, maintain safety, ensure compliance with protocols as well as with local and international regulations, and streamline reporting. We have dedicated personnel focused on enhancing clinical research site relationships. We work with these sites in collaborative partnerships to improve cycle times and standardize start-up activities to drive efficiency.

***Diversified customer base with a growing number of preferred provider relationships.*** We have a customer base of over 600 customers that includes nearly all of the 50 largest global biopharmaceutical companies (based on annual investment in research and development). Additionally, our customer base is geographically diverse with well-established relationships in the United States, Europe, and Asia. We have several customers with whom we have achieved "preferred provider" or strategic alliance relationships. We define these customers as relationships from which we generate significant revenue and where we have executed master service agreements in addition to regularly scheduled strategy meetings to discuss the status of our relationship, and for which we serve as a preferred supplier of services. We believe these relationships provide us enhanced opportunities for more business, although they are not a guarantee of future business. With the acquisition (the "Synteract Acquisition") of SHCR Holdings Corporation ("Synteract"), a company with a leading reputation among emerging biopharmaceutical companies, we have also enhanced our leading position for serving customers across the small to mid-sized ("SMID") category, further diversifying our customer base and expanding support to the high-growth emerging biopharmaceutical segment. We continue to experience strong SMID demand, as evidenced by double-digit growth in our request-for-proposal volumes in 2020 as compared to 2019.

***Highly experienced management team with a successful track record of delivering growth***. We have a dedicated and experienced executive management team with significant experience and knowledge focused on the biopharmaceutical industry. Each member of our leadership team has 15 years or more of experience, including experience with biopharmaceutical companies, payers, healthcare systems, and outsourced services providers. This team has successfully grown our company into a leading biopharmaceutical solutions organization through a combination of organic growth and strategic acquisitions.

**Our Business Strategy**

Our goal is to increase our market share and improve our market position. We believe our end-to-end product development model, where clinical insights inform commercialization and commercial insights improve clinical trial design and execution, is unique to the industry. The key elements of our business strategy include:

***Further penetrate the large pharmaceutical market.*** We believe one of the largest opportunities to increase our market share and improve our market position is to further penetrate large pharmaceutical companies. Large pharmaceutical companies have increasingly focused on partnering with larger outsourcing vendors that offer a full suite of service capabilities. We have invested in expanding our global scale, breadth of services, and infrastructure to build up our service capabilities for this customer sector. The Merger also significantly increased the depth of our relationships with many of these customers, particularly as a functional service provider.

Table of Contents

***Continued penetration of the small and mid-sized biopharmaceutical market.*** We are a leader in the small and mid-sized biopharmaceutical market, which is the fastest growing segment of the market, and we believe there is further opportunity to grow this segment. Small and mid-sized biopharmaceutical companies typically have fewer internal resources, less existing infrastructure, and less clinical development and commercialization experience. This customer segment is attracted to our full suite of clinical and commercialization services, our Syneos One® offering, our therapeutic expertise and organizational alignment down to the CRA level, and our Trusted Process® operating model. Additionally, with the Synteract acquisition during 2020, we have further enhanced our leading position serving SMID customers, diversifying our customer base and expanding support to high-growth emerging biopharmaceutical companies.

***Bring differentiated solutions to the market and increase cross-selling opportunities.*** We believe we are uniquely positioned to address our customers' evolving needs as the only fully integrated provider of a full suite of services across the product development continuum. Our breadth of services enables us to provide customized solutions designed to successfully accelerate the time to market for our customers' clinical or commercial projects. We believe sharing commercial insights during the early phases of clinical trials can lead to better informed decisions around clinical trial design and strategies. Similarly, we believe our therapeutic and clinical trial expertise can lead to improved decisions about regulatory and payer approvals, market access, reimbursement and formulary inclusion, field team development, and other steps that are critical to the commercial success of our customers.

We believe that we have substantial opportunities to expand the reach of services that we provide to our existing customers. During 2020, 150 customers, of which 76 were also in our top 100 customers, utilized services from both our Clinical Solutions and Commercial Solutions segments, demonstrating that there is both market precedent and significant potential to sell additional services to our customer base. Given our past success in expanding the scope of services provided to current customers, we intend to further expand our business with our existing customers by cross-selling additional clinical and commercial services.

***Strengthen our geographic footprint.*** We have developed a global platform with a presence in all of the major biopharmaceutical markets and intend to further expand our business outside of the United States, targeting regions where we are underpenetrated and that offer significant growth opportunities. We have expanded our capabilities, existing relationships, and local regulatory knowledge, which we believe will continue to position us well for new customer wins in a wide array of markets. We have added geographic reach through both acquisitions and organic growth in areas such as Asia-Pacific, Latin America, the Middle East and Africa, and Europe, which we believe is critical to obtaining business awards from large and mid-sized biopharmaceutical companies. We may also selectively identify and acquire complementary businesses to enhance our services, capabilities, and geographic presence.

***Capitalize on industry trends favoring outsourcing.*** Our Clinical Solutions and Commercial Solutions segments are benefiting from specific industry trends that are expected to drive attractive growth rates. Global demand for biopharmaceutical products continues to increase, driven by expanding access to healthcare, increasing life expectancy, and the growing prevalence of chronic conditions in both developed and emerging markets. However, higher costs and increased complexity are driving our customers to seek efficiency and expertise through outsourcing services. We believe outsourcing both clinical development and commercialization services optimizes returns on invested R&D for biopharmaceutical companies. Further, as business models continue to evolve in the healthcare sector, we believe that the rate of commercial outsourcing may follow a similar long-term path as that of the clinical development market.

Table of Contents

***Drive acceleration of commercial outsourcing with our Syneos One® offering.*** We believe regulatory approval is only the first step towards a successful outcome, as our customers cannot earn a positive economic return for their asset until they achieve significant adoption in the commercial marketplace. We believe our Syneos One® offering is uniquely positioned to determine the appropriate mix of clinical and commercial solutions to help customers optimize the development process of their products and maximize the return on their investment. In addition, Syneos One® enables multiple selling points along the operational timeline of product development. The need for a full suite of product development services is particularly strong with our small to mid-sized customers in the near-term, given their increased access to funding to bring a product to the market coupled with their limited internal resources. Large biopharmaceutical companies may represent a long-term opportunity if market pressures to reduce fixed-cost infrastructures further intensify. Given our strong relationships in both customer segments and our breadth of services, we believe we are well positioned to capitalize on the needs of both customer types.

***Meet demand for comprehensive commercialization solutions.*** Customer preference and the complexity of product development in the modern market is creating increasing demand for a full service experience for commercial customers. We believe a move to more integrated outsourcing will drive future growth and further diversify our revenue and backlog. This full service model creates a collaborative relationship, allowing for solutions that incorporate data and insights to drive patient-centric approaches. This combination helps achieve the customer's goal of maximizing product performance while diversifying our Commercial portfolio, which we believe can drive more predictable revenue.

***Successfully acquire and integrate companies and evaluate and pursue other strategic initiatives to augment our organic growth.*** As part of our ongoing business strategy, we regularly evaluate new opportunities for growth through strategic initiatives, including potential acquisitions, investments, dispositions, or other transformative transactions.

We acquired the following companies during 2020:

- Synteract, a full service CRO, focused on the emerging biopharmaceutical segment. Synteract's client base is primarily comprised of emerging biopharmaceutical companies, a segment in which we have growth opportunities. Synteract has more than 700 employees across North America, Europe, Asia Pacific, and Africa that have supported more than 4,000 Phase I to IV clinical trials across 26,000 sites in more than 60 countries. The transaction provides significant revenue synergy opportunities, as we bring scale and new capabilities to Synteract's existing and prospective customers while maintaining Synteract's focus on the emerging biopharmaceutical segment. Building on our track record of delivering cost synergies, we will also leverage our global infrastructure and integration expertise to optimize operational efficiencies and drive improved margins.

- Illingworth Research Group™ ("Illingworth Research"), a leading provider of clinical research home health services. This acquisition enhances our decentralized solutions offering by adding a patient-focused company that meets the growing demand for in-home clinical trial services. Illingworth Research provides mobile research nurse services, which eliminates wasted travel time and allows patients to remain at home for their participation in a clinical trial.

Over the past decade, we have developed a systematic approach for integrating strategic and tuck-in acquisitions. These acquisitions have enabled us to provide fully integrated clinical and commercial solutions and expand our global service offerings while also allowing us to achieve significant synergies and cost reductions. We intend to continue evaluating selective strategic growth opportunities that we believe will enhance our services offerings and geographic presence and thereby create value for our shareholders.

14

Table of Contents
**Item 1A. Risk Factors.**

We operate in a rapidly changing environment that involves a number of risks, some of which are beyond our control. In evaluating our company, you should consider carefully the risks and uncertainties described below together with the other information included in this Annual Report on Form 10-K, including our consolidated financial statements and related notes included in Part II, Item 8, "Financial Statements and Supplementary Data" in this Annual Report on Form 10-K. The occurrence of any of the following risks may materially and adversely affect our business, financial condition, results of operations and future prospects.

**Risks Related to Our Business**

***The COVID-19 pandemic has adversely impacted our business and results of operations, and is expected to continue to do so.***

On March 11, 2020, the World Health Organization designated the outbreak of the novel strain of coronavirus that causes the disease known as COVID-19 as a global pandemic. Governments around the world have taken unprecedented actions to mitigate the spread of COVID-19, including stay-at-home orders, social distancing requirements, quarantine requirements, and limitations on travel, including the closing of national borders. Governments have also encouraged businesses to allow their employees to work remotely and minimize travel. As a result of these restrictions and recommendations, most of our employees are working remotely where possible and we have limited employee travel.

As a result of the COVID-19 pandemic, we have experienced, and expect to continue to experience, disruptions that have severely impacted, and are expected to continue to impact, our business and our operations, including:

- delays or difficulties in commencing new and operating ongoing clinical trials, including the inability to access investigative sites, delays in enrolling patients, inability of the FDA and other regulatory authorities to perform routine functions, and difficulty obtaining necessary pharmaceutical products and supplies;

- within the Commercial Solutions segment, delayed decision making related to new business awards, delays or cancellations of existing customer projects, and restrictions on the ability of our field teams to visit HCPs;

- diversion of healthcare resources away from the conduct of clinical trials, including the diversion of hospitals serving as our clinical trial sites and hospital staff supporting the conduct of our clinical trials, as well as the reduction of our customers' operating budgets;

- interruption of key clinical trial activities, such as clinical trial site data monitoring, due to social distancing requirements, stay-at-home orders imposed or recommended by federal or state governments, employers, and others or interruption of clinical trial subject visits and study procedures, which may impact the collection and integrity of study data and ability to measure clinical trial endpoints;

- shutdowns or other business disruptions at our customers;

- limitations on our employee resources, including because of stay-at-home orders from federal or state governments, sickness of employees or their families or the desire of employees to avoid contact with large groups of people;

Table of Contents

- diversion of management resources to focus on mitigating the impacts of the COVID-19 pandemic; and

- impacts from prolonged remote work arrangements, such as strains on our business continuity plans, cybersecurity risks, and inability of certain employees to perform their work remotely.

We expect that these disruptions may continue to negatively impact our results of operations for the year ending December 31, 2021. The COVID-19 pandemic continues to evolve rapidly. The extent to which the pandemic will impact our business, liquidity and financial results will depend on future developments, which are highly uncertain and cannot be predicted with confidence, such as the ultimate duration and severity of the pandemic; the effectiveness of COVID-19 vaccines and the mass distribution and administration of such vaccines; the frequency and severity of future waves of infections; travel restrictions and social distancing requirements in the countries where we conduct business; the effectiveness of actions taken to contain and treat the disease; and how quickly and to what extent more normalized economic and operating conditions can resume. If we or our customers experience prolonged shutdowns or other business disruptions beyond current expectations, our ability to conduct our business could be materially and adversely impacted, and our business, liquidity, and financial results may be adversely affected.

The continued spread of COVID-19 has led to disruption and volatility in the global capital markets, which increases the cost of, and adversely impacts access to, capital and increases economic uncertainty. This volatility and uncertainty adversely affected our stock price, and may again adversely affect our stock price in the future. The actions that governments and individuals have taken in response to COVID-19 have led to a sharp contraction in many aspects of the United States economy and a steep rise in unemployment. The pandemic has caused an economic recession, which may lead our customers to reduce their operating budgets or drive them to internally perform the clinical development and commercialization tasks that we provide, in which case our business would suffer. Even after the COVID-19 pandemic has subsided, we may continue to experience material adverse effects to our business as a result of the global economic impact of the pandemic.

***If we do not generate a large number of new business awards, or if new business awards are delayed, terminated, reduced in scope, or fail to go to contract, our business, financial condition, results of operations, or cash flows may be materially adversely affected.***

Our business is dependent on our ability to generate new business awards from new and existing customers and maintain existing customer contracts. Our inability to generate new business awards on a timely basis and subsequently enter into contracts for such awards could have a material adverse effect on our business, financial condition, results of operations or cash flows.

There is risk of cancelability in both the clinical and commercial businesses. The time between when a clinical study is awarded and when it goes to contract is typically several months, and prior to a new business award going to contract, our customer can cancel the award without notice. Once an award goes to contract, the majority of our customers can terminate the contract with little notice, in many cases 30 days or less. Our contracts may be delayed or terminated by our customers or reduced in scope for a variety of reasons beyond our control, including but not limited to:

- decisions to forego or terminate a particular trial;

- budgetary limits or changing priorities;

- actions by regulatory authorities;

- production problems resulting in shortages of the candidate drug being tested;

33

Table of Contents

- failure of products being tested to satisfy safety requirements or efficacy criteria;

- unexpected or undesired clinical results for products;

- insufficient patient enrollment in a trial;

- insufficient principal investigator recruitment;

- production problems resulting in shortages of the product being tested;

- the customers' decision to terminate or scale back the development or commercialization of a product or to end a particular project;

- shift of business to a competitor or internal resources; or

- product withdrawal following market launch.

Our commercial services contracts typically have a significantly shorter wind down period than clinical contracts, particularly within our Deployment Solutions offerings. Furthermore, many of our communications services and consulting services projects are tied to a customer's annual marketing budget or ad hoc service requests, which can lead to seasonal variability in revenue and less predictability in future revenues. In addition, many of our biopharmaceutical Deployment Solutions service contracts provide our customers with the opportunity to internalize the resources provided under the contract and terminate all or a portion of the services we provide under the contract. Our customers may also decide to shift their business to a competitor. Each of these factors results in less visibility to future revenues and may result in high volatility in future revenues.

Contract terminations, delays and modifications are a regular part of our business across each of our segments. For example, our full service offering within our Clinical Solutions business has been, and may continue to be, negatively impacted by project delays, which impact near term revenue disproportionately. In addition, project delays, downsizings and cancellations, particularly within our Deployment Solutions and communications offerings, which are part of our Commercial Solutions business, have impacted our results in the past and might impact them in the future. The loss, reduction in scope or delay of a large project or of multiple projects could have a material adverse effect on our business, results of operations, and financial condition. In addition, we might not realize the full benefits of our backlog if our customers cancel, delay, or reduce their commitments to us.

In the event of termination, our contracts often provide for fees for winding down the project, which include both fees incurred and actual and non-cancellable expenditures and may include a fee to cover a percentage of the remaining professional fees on the project. These fees might not be sufficient for us to maintain our margins, and termination may result in lower resource utilization rates and therefore lower operating margins. In addition, cancellation of a contract or project for the reasons noted above may result in the unwillingness or inability of our customer to satisfy its existing obligations to us such as payments of accounts receivable, which may in turn result in a material impact to our results of operations and cash flow. Historically, cancellations and delays have negatively impacted our operating results, and they might again. In addition, we might not realize the full benefits of our backlog if our customers cancel, delay, or reduce their commitments to us, which may occur if, among other things, a customer decides to shift its business to a competitor or revoke our status as a preferred provider. Thus, the loss or delay of a large business award or the loss or delay of multiple awards could adversely affect our revenues and profitability. Additionally, a change in the timing of a new business award could affect the period over which we recognize revenue and reduce our revenue in any one quarter.

34

Table of Contents

***Our backlog might not be indicative of our future revenues, and we might not realize all of the anticipated future revenue reflected in our backlog.***

Our backlog consists of anticipated revenue awarded from contract and pre-contract commitments that are supported by written communications. Once work begins on a project, revenue is recognized over the duration of the project, provided the award has gone to contract. Projects may be canceled or delayed by the customer or delayed by regulatory authorities for reasons beyond our control. To the extent projects are delayed, the timing of our revenue could be adversely affected. In addition, if a customer terminates a contract, we typically would be entitled to receive payment for all services performed up to the termination date and subsequent customer-authorized services related to terminating the canceled project. Typically, however, we have no contractual right to the full amount of the future revenue reflected in our backlog in the event of a contract termination or subsequent changes in scope that reduce the value of the contract. The duration of the projects included in our backlog, and the related revenue recognition, typically range from a few months to several years. Our backlog might not be indicative of our future revenues, and we might not realize all the anticipated future revenue reflected in that backlog. A number of factors may affect backlog, including:

- the size, complexity, and duration of projects or strategic relationships;

- the cancellation or delay of projects;

- the failure of one or more business awards to go to contract; and

- changes in the scope of work during the course of projects.

The rate at which our backlog converts to revenue may vary over time. The revenue recognition on larger, more global projects could be slower than on smaller, more regional projects for a variety of reasons, including, but not limited to, an extended period of negotiation between the time the project is awarded to us and the actual execution of the contract, as well as an increased time frame for obtaining the necessary regulatory approvals.

Our backlog at December 31, 2020 was $10.95 billion. Although an increase in backlog will generally result in an increase in revenues over time, an increase in backlog at a particular point in time does not necessarily correspond directly to an increase in revenues during any particular period, or at all. The extent to which contracts in backlog will result in revenue depends on many factors, including, but not limited to, delivery against project schedules, scope changes, contract terminations and the nature, duration, and complexity of the contracts, and can vary significantly over time.

***Our operating results have historically fluctuated between fiscal quarters and may continue to fluctuate in the future, which may adversely affect the market price of our stock.***

Our operating results have fluctuated in previous quarters and years and may continue to vary significantly from quarter to quarter and are influenced by a variety of factors, such as:

- timing of contract amendments for changes in scope that could affect the value of a contract and potentially impact the amount of net new business awards and revenue from quarter to quarter;

- commencement, completion, execution, postponement, or termination of large contracts;

- contract terms for the recognition of revenue milestones;

- progress of ongoing contracts and retention of customers;

35

Table of Contents

- timing of and charges associated with completion of acquisitions, integration of acquired businesses, and other events;

- changes in the mix of services delivered, both in terms of geography and type of services;

- potential customer disputes, penalties or other issues that may impact the revenue we are able to recognize, or the collectability of our related accounts receivable; and

- exchange rate fluctuations.

Our operating results for any particular quarter are not necessarily a meaningful indicator of future results and fluctuations in our quarterly operating results could negatively affect the market price and liquidity of our stock.

***If we underprice our contracts, overrun our cost estimates, or fail to receive approval for or experience delays in documentation of change orders, our business, financial condition, results of operations, or cash flows may be materially adversely affected.***

We price our contracts based on assumptions regarding the scope of work required and cost to complete the work. We bear the financial risk if we initially underprice our contracts or otherwise overrun our cost estimates, which could adversely affect our cash flows and financial performance. In addition, contracts with our customers are subject to change orders, which occur when the scope of work we perform needs to be modified from that originally contemplated in our contract with the customers. This can occur, for example, when there is a change in a key study assumption or parameter or a significant change in timing. We may be unable to successfully negotiate changes in scope or change orders on a timely basis or at all, which could require us to incur cost outlays ahead of the receipt of any additional revenue. In addition, under generally accepted accounting principles in the United States of America ("GAAP") we cannot recognize additional revenue anticipated from change orders until appropriate documentation is received by us from the customer authorizing the change. However, if we incur additional expense in anticipation of receipt of that documentation, we must recognize the expense as incurred. Any of the foregoing could have a material adverse effect on our business, financial condition, results of operations or cash flows.

***Our business depends on the continued effectiveness and availability of our information systems, including the information systems we use to provide services to our customers and to store employee data, and failures of these systems, including cyber-attacks, may materially limit our operations or have an adverse effect on our reputation.***

Our information systems consist of systems we have purchased or developed, legacy information systems from organizations we have acquired, including inVentiv and Synteract and, increasingly, web-enabled and other integrated information systems. In using these information systems, we frequently rely on third-party vendors to provide hosting and system management services, where our infrastructure is dependent upon the reliability of their underlying platforms, facilities, and communications systems. We also utilize integrated information systems that we provide customers access to or install for our customers in conjunction with our delivery of services.

36

Table of Contents

As the breadth and complexity of our information systems continue to grow, we will increasingly be exposed to the risks inherent in maintaining the stability of our legacy systems due to prior customization, attrition of employees or vendors involved in their development, and obsolescence of the underlying technology, as well as risks from the increasing number and scope of external data breaches on multi-national companies. Because certain customers, clinical trials, and other long-term projects depend upon these legacy systems, we also face an increased level of embedded risk in maintaining the legacy systems and limited options to mitigate such risk. We are also exposed to risks associated with the availability of all our information systems, including:

- disruption, impairment or failure of data centers, telecommunications facilities or other key infrastructure platforms, including those maintained by our third-party vendors;

- security breaches of, cyber-attacks on, and other failures or malfunctions in our internal systems, including our employee data and communications, critical application systems or their associated hardware, software, and databases;

- excessive costs, excessive delays, or other deficiencies in systems development and deployment; and

- potential for encryption based "Ransomware" attacks that could hinder our ability to access our systems and data until we are able to recover from backups.

The materialization of any of these risks may impede the processing of data, the delivery of databases and services, and the day-to-day management of our business and could result in the corruption, loss or unauthorized disclosure of proprietary, confidential, or other data. In addition, a security breach could require that we expend substantial additional resources related to the security of our technical infrastructure, databases and services, diverting resources from other projects and disrupting our business. Our technology disaster recovery plans might not adequately protect us in the event of a system failure. Despite any precautions we take, damage from fire, floods, hurricanes, power loss, telecommunications failures, computer viruses, break-ins, and similar events at our various computer facilities or those of our third-party vendors could result in interruptions in the flow of data to us and from us to our customers. One such third party vendor is SolarWinds Corporation ("SolarWinds"), a provider of IT monitoring and management products and services, including its Orion Platform products, which are used by over 30,000 businesses including ours. SolarWinds experienced a cyberattack that appears likely to be the result of a supply chain attack by an outside nation state. SolarWinds has stated that, as a result of the attack, software updates related to its Orion Platform products delivered between March and June 2020 included vulnerabilities, and that its investigation is ongoing. Since being notified of the attack, we have taken steps to mitigate the vulnerabilities identified within the Orion Platform products. Corruption or loss of data may result in the need to repeat a project at no cost to the customer, but at significant cost to us, the termination of a contract, civil or criminal enforcement actions and penalties, or damage to our reputation. Additionally, significant delays in system enhancements or inadequate performance of new or upgraded systems once completed could damage our reputation and harm our business. Finally, long-term disruptions in the infrastructure caused by events such as natural disasters, the outbreak of war, the escalation of hostilities and acts of terrorism, particularly involving cities in which we have offices, and cyber-attacks such as those recently faced by other multi-national companies could adversely affect our businesses. As our business continues to expand globally, these types of risks may be further increased by instability in the geopolitical climate of certain regions, underdeveloped and less stable utilities and communications infrastructure, and other local and regional factors. Although we carry property, cyber incident, and business interruption insurance that we believe is customary for our industry, our coverage might not be adequate to compensate us for all losses that may occur.

37

Table of Contents

Unauthorized disclosure of sensitive or confidential data, including personal data, whether through systems failure or employee actions, cyber-attacks, fraud, or misappropriation, could damage our reputation and cause us to lose customers. Similarly, we have been and expect that we will continue to be subject to attempts to gain unauthorized access to or through our information systems or those we internally or externally develop for our customers, including a cyber-attack by computer programmers and hackers who may develop and deploy viruses, worms, or other malicious software programs, process breakdowns, denial-of-service attacks, malicious social engineering or other malicious activities, or any combination of the foregoing. In addition, we may be susceptible to physical or computer-based attacks by terrorists or hackers due to our role in the biopharmaceutical service industry. These concerns about security are increased when information is transmitted over the Internet. In response to the COVID-19 pandemic, more of our employees are working remotely, which may increase the risk of such attacks. If such attacks are not detected immediately, their effect could be compounded. To date these attacks have not had a material impact on our operations or financial results. However, successful attacks in the future could result in negative publicity, significant remediation and recovery costs, legal liability and damage to our reputation and could have a material adverse effect on our financial condition, results of operations, and cash flows. In addition, our liability insurance might not be sufficient in type or amount to cover us against claims related to security breaches, cyber-attacks and other related breaches.

Additionally, we rely on service providers for the timely transmission of information across our global data network. If a service provider fails to provide the communications capacity or services we require for similar reasons, the failure could interrupt our services. Because of the centrality of our processing systems to our business, any interruption or degradation could adversely affect the perception of our brands' reliability and harm our business. If a service provider experiences the unauthorized disclosure of sensitive or confidential data they are processing on our behalf, whether through systems failure or employee actions, cyber-attacks, fraud, or misappropriation, it could damage our reputation and cause us to lose customers. Similarly, such disclosure could result in negative publicity, significant remediation and recovery costs, legal liability and damage to our reputation, and could have a material adverse effect on our financial condition, results of operations, and cash flows. In addition, contractual indemnity, the service provider's liability insurance and our liability insurance might not be sufficient in type or amount to cover us against claims related to security breaches, cyber-attacks, and other related breaches.

***We are subject to governmental regulation and legal obligations in the areas of privacy, data, and security. Our actual or perceived failure to comply with such obligations could harm our business.***

The laws and regulations governing the use of data, including data protection laws, continue to receive heightened legislative and regulatory focus in the United States, Europe and elsewhere. For example, in many jurisdictions, clients, regulators, individuals and other third parties may need to be notified in the event of a personal data breach. These laws may differ on what constitutes a personal data breach, who must be notified if a breach occurs, timelines for notifications, and the breadth of information notifications must include. Complying with these numerous, complex, and often changing requirements is expensive and difficult. As another example, the laws surrounding the movement of personal data across national or regional borders may be subject to complex legal requirements, which are evolving. We are likely to be required to expend capital and other resources to ensure ongoing compliance with these laws and regulations. Our failure, or the failure of our partners, our service providers, or our employees or contractors, to comply with these laws and regulations could result in fines, sanctions, litigation, damages, cost for mitigation activities and damage to our global reputation and our brands. For example, failures to comply with the EU's GDPR could result in regulatory investigations, orders to cease processing, and/or fines of up to the higher of 20,000,000 Euros or up to 4% of our total worldwide annual revenue. Relatedly, following the United Kingdom's withdrawal from the European Economic Area and the European Union, and the expiry of the transition period, companies have to comply with both the GDPR and the GDPR as incorporated into United Kingdom national law, the latter regime having the ability to separately fine up to the greater of £17.5 million or 4% of global turnover. The relationship between the United Kingdom and the European Union in relation to certain aspects of data protection law remains unclear, for example around how data can lawfully be transferred between each jurisdiction, which exposes us to further compliance risk. In addition, laws and expectations relating to privacy, security and data protection continue to evolve

38

Table of Contents

in ways that may limit our data access, use and disclosure, and may require increased expenditures by us or may dictate that we not offer certain types of services.

***Our customer or therapeutic area concentration may have a material adverse effect on our business, financial condition, results of operations or cash flows.***

If any large customer decreases or terminates its relationship with us, our business, financial condition, results of operations or cash flows could be materially adversely affected. For the year ended December 31, 2020, our top ten customers based on revenue accounted for approximately 35% of our consolidated revenue and our top ten Clinical Solutions customers based on backlog accounted for approximately 43% of our total backlog. No single customer accounted for greater than 10% of our total consolidated revenue for the years ended December 31, 2020 or 2019. During the year ended December 31, 2018, one customer accounted for approximately 11% of our revenue, which was primarily earned in our Clinical Solutions Segment. It is possible that an even greater portion of our revenues will be attributable to a smaller number of customers in the future, including as a result of our entering into strategic provider relationships with customers. Also, consolidation in our potential customer base results in increased competition for important market segments and fewer available customer accounts.

Additionally, conducting multiple clinical trials for different sponsors in a single therapeutic class involving drugs with the same or similar chemical action may adversely affect our business if some or all of the trials are canceled because of new scientific information or regulatory judgments that affect the drugs as a class.

Similarly, marketing and selling products for different sponsors with similar drug action subjects us to risk if new scientific information or regulatory judgment prejudices the products as a class, leading to compelled or voluntary prescription limitations or withdrawal of some or all of the products from the market.

***Our business is subject to international economic, political and other risks that could have a material adverse effect on our business, financial condition, results of operations, cash flows or reputation.***

We have operations in many foreign countries, including, but not limited to, countries in the Asia-Pacific region, Europe, Latin America and the Middle East and Africa. As of December 31, 2020, approximately 56% of our workforce was located outside of the United States, and for the fiscal year ended December 31, 2020, approximately 40% of our revenue was earned from work performed outside of the United States. Our international operations are subject to risks and uncertainties inherent in operating in these regions, including:

- conducting a single project across multiple countries is complex, and issues in one country, such as a failure to comply with or unanticipated changes to local regulations, or restrictions such as restrictions on import or export of clinical trial material or availability of clinical trial data may affect the progress of the clinical trial in the other countries, resulting in delays or potential termination of contracts, which in turn may result in loss of revenue;

- the United States or other countries could enact legislation or impose regulations or other restrictions, including unfavorable labor regulations, tax policies, data protection regulations or economic sanctions, which could have an adverse effect on our ability to conduct business in or expatriate profits from the countries in which we operate;

Table of Contents

- the United States has previously enacted and it or other countries may in the future enact legislation that limits or prohibits the use of foreign manufactured equipment, such as the National Defense Authorization Act for Fiscal Year 2019, which imposes a ban on the use of certain surveillance, telecommunications, and other equipment manufactured in China, which could have an adverse effect on our ability to conduct business;

- foreign countries are expanding or may expand their banking regulations that govern international currency transactions, particularly cross-border transfers, which may inhibit our ability to transfer funds into or within a jurisdiction, impeding our ability to pay our principal investigators, vendors and employees, thereby impacting our ability to conduct trials in such jurisdictions;

- foreign countries are expanding or may expand their regulatory framework with respect to patient informed consent, protection and compensation in clinical trials, or transparency reporting requirements (similar to the Physician Payments Sunshine Act in the United States), which could delay, inhibit or prohibit our ability to conduct projects in such jurisdictions;

- the regulatory or judicial authorities of foreign countries might not enforce legal rights and recognize business procedures in a manner in which we are accustomed or would reasonably expect;

- changes in political and economic conditions, including the United Kingdom's withdrawal from the European Union and the policies of the current U.S. presidential administration, may lead to changes in the business environment in which we operate, as well as changes in inflation and foreign currency exchange rates;

- potential violations of applicable anti-bribery/anti-corruption laws, including the United States Foreign Corrupt Practices Act ("FCPA") and the UK Bribery Act of 2010, may cause a material adverse effect on our business, financial condition, results of operations, cash flows, or reputation;

- customers in foreign jurisdictions may have longer payment cycles, and it may be more difficult to collect receivables in those jurisdictions;

- natural disasters, pandemics, or international conflict, including terrorist acts, could interrupt our services, endanger our personnel, or cause project delays or loss of clinical trial materials or results;

- political unrest, such as the current situation in the Middle East, could delay or disrupt the ability to conduct clinical trials or other business; and

- foreign governments may enact currency exchange controls that may limit the ability to fund our operations or significantly increase the cost of maintaining operations.

These risks and uncertainties could negatively impact our ability to, among other things, perform large, global projects for our customers. Furthermore, our ability to deal with these issues could be affected by applicable U.S. laws. Any such risks could have an adverse impact on our business, financial condition, results of operations, cash flows, or reputation.

40

Table of Contents

***The impact of the United Kingdom's withdrawal from the European Union may have a negative effect on global economic conditions, financial markets, and demand for our services, which could materially affect our financial condition and results of operations.***

The United Kingdom withdrew from the European Union ("Brexit") and ratified an agreement on the future trading relationship between the parties (the "UK-EU Trade and Cooperation Agreement" or "TCA"). The TCA is subject to formal approval by the European Parliament and the Council of the European Union before it comes into effect and has been applied provisionally since January 1, 2021. Because the agreement merely sets forth a framework in many respects and will require complex additional bilateral negotiations between the United Kingdom and the European Union as both parties continue to work on the rules for implementation, significant uncertainty remains about how the precise terms of the relationship between the parties will differ from the terms before withdrawal.

These developments have had and may continue to have a material adverse effect on global economic conditions and the stability of global financial markets, and could significantly reduce global market liquidity and restrict the ability of key market participants to operate in certain financial markets. Lack of clarity about future United Kingdom laws and regulations, including financial laws and regulations, tax and free trade agreements, and intellectual property and employment laws, could decrease foreign direct investment in the United Kingdom, increase costs, and could depress economic activity and restrict our access to capital. If other Member States pursue withdrawal, barrier free access between the United Kingdom and other Member States or among the European economic area overall could be diminished or eliminated.

Any of these factors could have a material adverse effect on our business, financial condition and results of operations. For the year ended December 31, 2020, revenue attributed to the United Kingdom represented 6% of our total revenue. In addition, we have a substantial physical presence in the United Kingdom, in particular at our Farnborough facility. These operations subject us to revenue risk with respect to our customers in the United Kingdom and adverse movements in foreign currency exchange rates, in addition to risks related to the general economic and legal uncertainty related to Brexit described above.

***Governmental authorities may question our intercompany transfer pricing policies or change their laws in a manner that could increase our effective tax rate or otherwise harm our business.***

As a U.S. company doing business in international markets through subsidiaries, we are subject to foreign tax and intercompany pricing laws, including those relating to the flow of funds between legal entities in various international jurisdictions. Tax authorities in the United States and in international markets have the right to examine our corporate structure and how we account for intercompany fund transfers. If such authorities challenge our corporate structure, transfer pricing mechanisms or intercompany transfers and the resulting assessments are upheld, our operations may be negatively impacted and our effective tax rate may increase. Tax rates vary from country to country and if a tax authority determines that our profits in one jurisdiction should be increased, we might not be able to realize the full tax benefits in the event we cannot utilize all foreign tax credits that are generated, or we do not realize a compensating offsetting adjustment in another taxing jurisdiction. The effects of either would increase our effective tax rate. Additionally, the Organization for Economic Cooperation and Development has issued certain guidelines regarding base erosion and profit shifting. As these guidelines continue to be formally adopted by separate taxing jurisdictions, we may need to change our approach to intercompany transfer pricing in order to maintain compliance under the new guidelines. Our effective tax rate may increase or decrease depending on the current location of global operations at the time of the change. Finally, we might not always be in compliance with all applicable customs, exchange control, Value Added Tax, and transfer pricing laws despite our efforts to be aware of and to comply with such laws. If these laws change we may need to adjust our operating procedures and our business could be adversely affected.

Table of Contents

***If we are unable to successfully increase our market share, our ability to grow our business and execute our growth strategies could be materially adversely affected.***

A key element of our growth strategy is increasing our market share within the biopharmaceutical services market, the clinical development market and in the geographic markets in which we operate. In addition, we continue to invest in expanding new services such as our late phase offerings, along with solutions for our medical device customers. As we grow our market share within the biopharmaceutical services and clinical development markets and make investments in growing our newer service offerings, we might not have or adequately build the competencies necessary to perform our services satisfactorily or may face increased competition. If we are unable to succeed in increasing our market share or realize the benefits of our investments in our new service offerings, we may be unable to implement this element of our growth strategy, and our ability to grow our business or maintain our operating margins could be adversely affected.

***Upgrading the information systems that support our operating processes and evolving the technology platform for our services pose risks to our business.***

Continued efficient operation of our business requires that we implement standardized global business processes and evolve our information systems to enable this implementation, especially in the course of integrating acquired businesses into our company. We have continued to undertake significant programs to optimize business processes with respect to our services. Our inability to effectively manage the implementation of new information systems or upgrades and adapt to new processes designed into these new or upgraded systems in a timely and cost-effective manner may result in disruption to our business and negatively affect our operations.

We have entered into agreements with certain vendors to provide systems development, integration, and hosting services that develop or license to us the information technology ("IT") platforms and capacity for programs to optimize our business processes. If such vendors or their products fail to perform as required or if there are substantial delays in developing, implementing, securing, and updating our IT platforms, our customer delivery may be impaired, and we may have to make substantial further investments, internally or with third parties, to achieve our objectives. For example, we rely on an external vendor to provide the clinical trial management software used in managing the completion of our customer clinical trials. If that externally provided system is not properly maintained we might not be able to meet the obligations of our contracts or may need to incur significant costs to replace the system or capability. Additionally, our progress may be limited by parties with existing or claimed patents who seek to enjoin us from using preferred technology or seek license payments from us.

Meeting our objectives is dependent on a number of factors which might not take place as we anticipate, including obtaining adequate technology-enabled services, depending upon our third-party vendors to develop and enhance existing applications to adequately support our business, creating IT-enabled services that our customers will find desirable, and implementing our business model with respect to these services. Also, increased IT-related expenditures and our potential inability to anticipate increases in service costs may negatively impact our business, financial condition, results of operations, or cash flows.

42

Table of Contents

***If we fail to perform our services in accordance with contractual requirements, regulatory requirements, and ethical considerations, we could be subject to significant costs or liability and our reputation could be harmed.***

We contract with biopharmaceutical companies to perform a wide range of services to assist them in bringing new drugs to market and to support the commercial activity of products already in the marketplace. Our services include monitoring clinical trials, data and laboratory analysis, electronic data capture, patient recruitment, product launch consulting, Deployment Solutions, advertising, publications, and medical communications, and other related services. Such services are complex and subject to contractual requirements, regulatory standards, and ethical considerations. For example, we must adhere to applicable regulatory requirements such as those required by the Food and Drug Administration and European Medicines Agency, including those laws and regulations governing the promotion, sales, and marketing of biopharmaceutical products, and Good Clinical Practice requirements, which govern, among other things, the design, conduct, performance, monitoring, auditing, recording, analysis, and reporting of clinical trials. Once initiated, clinical trials must be conducted pursuant to and in accordance with the applicable IND, the requirements of the relevant IRBs, and GCP regulations. We are also subject to regulation by the Drug Enforcement Administration ("DEA") which regulates the distribution, recordkeeping, handling, security, and disposal of controlled substances. If we fail to perform our services in accordance with these requirements, regulatory agencies may take action against us or our customers. Such actions may include sanctions such as injunctions or failure of such regulatory authorities to grant marketing approval of products, imposition of clinical holds or delays, suspension or withdrawal of approvals, rejection of data collected in our studies, license revocation, product seizures or recalls, operational restrictions, civil or criminal penalties or prosecutions, damages, or fines. Additionally, there is a risk that actions by regulatory authorities, if they result in significant inspectional observations or other measures, could harm our reputation and cause customers not to award us future contracts or to cancel existing contracts. Customers may also bring claims against us for breach of our contractual obligations, and patients in the clinical trials and patients taking drugs approved on the basis of those trials may bring personal injury claims against us. Any such action could have a material adverse effect on our business, financial condition, results of operations, cash flows, or reputation.

Such consequences could arise if, among other things, the following occur:

*Improper performance of our services.* The performance of our clinical development and other biopharmaceutical services is complex and time-consuming. For example, we may make mistakes in conducting a clinical trial that could negatively impact or obviate the usefulness of the clinical trial or cause the results of the clinical trial to be reported improperly. If the clinical trial results are compromised, we could be subject to significant costs or liability, which could have an adverse impact on our ability to perform our services and our reputation could be harmed. For example:

- non-compliance generally could result in the termination of ongoing clinical trials or the disqualification of data for submission to regulatory authorities;

- compromise of data from a particular trial, such as failure to verify that adequate informed consent was obtained from subjects or improper monitoring of data, could require us to repeat the clinical trial under the terms of our contract at no further cost to our customer, but at a substantial cost to us; and

- breach of a contractual term could result in liability for damages or termination of the contract.

Large clinical trials can cost hundreds of millions of dollars and improper performance of our services could have a material adverse effect on our financial condition, damage our reputation, and result in the termination of current contracts or failure to obtain future contracts from the affected customer or other customers.

43

Table of Contents

*Interactive Voice/Web Response Technology malfunction.* We develop, maintain, and use third-party computer-based interactive voice/web response systems to automatically manage the randomization of patients in a given clinical trial to different treatment arms and regulate the supply of investigational drugs, all by means of interactive voice/web response systems. An error in the design, programming, or validation of these systems could lead to inappropriate assignment or dosing of patients which could give rise to patient safety issues, invalidation of the trial, or liability claims against us. Furthermore, negative publicity associated with such a malfunction could have an adverse effect on our business and reputation. Additionally, errors in randomization may require us to repeat the clinical trial at no further cost to our customer, but at a substantial cost to us.

*Investigation of customers.* From time to time, one or more of our customers are audited or investigated by regulatory authorities or enforcement agencies with respect to regulatory compliance of their clinical trials, programs, or the marketing and sale of their drugs. In these situations, we have often provided services to our customers with respect to the clinical trials, programs, or activities being audited or investigated, and we are called upon to respond to requests for information by the authorities and agencies. There is a risk that either our customers or regulatory authorities could claim that we performed our services improperly or that we are responsible for clinical trial or program compliance. If our customers or regulatory authorities make such claims against us and prove them, we could be subject to damages, fines, or penalties. In addition, negative publicity regarding regulatory compliance of our customers' clinical trials, programs, or drugs could have an adverse effect on our business and reputation.

*Insufficient customer funding to complete a clinical trial.* As noted above, clinical trials can cost hundreds of millions of dollars. There is a risk that we may initiate a clinical trial for a customer, and then the customer becomes unwilling or unable to fund the completion of the trial. In such a situation, notwithstanding the customer's ability or willingness to pay for or otherwise facilitate the completion of the trial, we may be ethically bound to complete or wind down the clinical trial at our own expense.

In addition to the above U.S. laws and regulations, we must comply with the laws of all countries where we do business, including laws governing clinical trials in the jurisdiction where the trials are performed. Failure to comply with applicable requirements could subject us to regulatory risk, liability, and potential costs associated with redoing the trials, which could damage our reputation and adversely affect our operating results.

**The operation of our early phase (Phase I and IIA) clinical facilities and the services we provide there as well as our clinical trial management, including direct interaction with clinical trial patients or volunteers, and our in-home clinical trial services, could create potential liability that may adversely affect our business, financial condition, results of operations, cash flows, and reputation.**

We operate facilities where early phase clinical trials are conducted, which ordinarily involve testing an investigational drug on a limited number of individuals to evaluate a product's safety, determine a safe dosage range and identify side effects. Additionally, our business involves clinical trial management, which is one of our clinical development service offerings, and includes the testing of investigational drugs on human volunteers. Some of these trials involve the administration of investigational drugs to known substance abusers or volunteers and patients that are already seriously ill and are at risk for further illness or death. Failure to operate any of our early phase facilities in accordance with applicable regulations could result in that facility being shut down, which could disrupt our operations and adversely affect our business, financial condition, results of operations, cash flows, and reputation.

44

Table of Contents

Additionally, we face risks resulting from the administration of drugs to volunteers, including adverse events, and the professional malpractice of medical care providers, including improper administration of a drug or device. We also directly employ doctors, nurses, and other trained employees who assist in implementing the testing involved in our clinical trials, such as drawing blood from healthy volunteers. Our home health services employees engage in a wide range of services, from watching clinical trial participants ingest a drug, to administering an infusion of oncology medicine to a pediatric patient. Our exposure with respect to these activities could exceed any contractual limits on indemnification in our contracts with customers and vendors. Any professional malpractice or negligence by such doctors, nurses, principal investigators, or other employees could potentially result in liability to us in the event of personal injury to or death of a volunteer in clinical trials. This liability, particularly if it were to exceed the limits of any indemnification agreements and insurance coverage we may have, may adversely affect our business and financial condition, results of operations, cash flows, and reputation.

***If we are unable to attract suitable principal investigators and recruit and enroll patients for clinical trials, our clinical development business might suffer.***

The recruitment of principal investigators and patients for clinical trials is essential to our business. Principal investigators are typically located at hospitals, clinics, or other sites and supervise the administration of the investigational drug to patients during the course of a clinical trial. Patients generally include people from the communities in which the clinical trials are conducted. Several of our competitors have purchased site networks or site management organizations as a strategy for priority access to a specific site, which could put us at a competitive disadvantage. Our clinical development business could be adversely affected if we are unable to attract suitable and willing principal investigators or recruit and enroll patients for clinical trials on a consistent basis. The expanding global nature of clinical trials increases the risk associated with attracting suitable principal investigators and patients, especially if these trials are conducted in regions where our resources or experience may be more limited. For example, if we are unable to engage principal investigators to conduct clinical trials as planned or enroll sufficient patients in clinical trials, we might need to expend additional funds to obtain access to more principal investigators and patients than planned or else be compelled to delay or modify the clinical trial plans, which may result in additional costs to us or cancellation of the clinical trial by our customer. If realized, these risks may also inhibit our ability to attract new business, particularly in certain regions.

***Our business could result in liability to us if a drug causes harm to a patient. While we are generally indemnified and insured against such risks, we may still suffer financial losses.***

When we market drugs under contract for a biopharmaceutical company, we could suffer liability for harm allegedly caused by those drugs, either as a result of a lawsuit against the biopharmaceutical company to which we are joined, a lawsuit naming us or any of our subsidiaries, or an action launched by a regulatory body. Any claim could result in potential liability for us if the claim is outside the scope of the indemnification agreement we have with the biopharmaceutical company, the biopharmaceutical company does not abide by the indemnification agreement as required, or the liability exceeds the amount of any applicable indemnification limits or available insurance coverage. Such a result could have an adverse impact on our financial condition, results of operations, cash flows, and reputation. Furthermore, negative publicity associated with harm caused by drugs we helped to market could have an adverse effect on our business and reputation.

45

Table of Contents

***Investments in our customers' businesses or drugs and our related commercial rights strategies could have a negative impact on our financial performance.***

We may enter into arrangements with our customers or other drug companies in which we take on some of the risk of the potential success or failure of their businesses or drugs, including making strategic investments in our customers or other drug companies, providing financing to customers or other drug companies, or acquiring an interest in the revenues from customers' drugs or in entities developing a limited number of drugs. Before entering into any such arrangements, we carefully analyze and select the customers and drugs with which we are willing to structure our risk-based deals. Our financial results could be adversely affected if these investments or the underlying drugs result in losses, do not achieve the level of success that we anticipate, and/or our return or payment from the drug investment or financing is less than our direct and indirect costs with respect to these arrangements. Additionally, there is a risk that we are not awarded projects by other customers who believe we are in competition with them because of these investments, which would negatively impact future awards.

***If we lose the services of key personnel or are unable to recruit experienced personnel, our business, financial condition, results of operations, cash flows, or reputation could be materially adversely affected.***

Our success substantially depends on the collective performance, contributions, and expertise of our senior management team and other key personnel including qualified management, professional, scientific, and technical operating staff, and business development personnel, particularly as we integrate acquired businesses into our company. There is significant competition for qualified personnel, particularly those with higher educational degrees, in the biopharmaceutical and related services industries. In addition, the close proximity of some of our facilities to offices of our major competitors could adversely impact our ability to successfully recruit and retain key personnel. The departure of any key executive, or our inability to continue to identify, attract and retain qualified personnel or replace any departed personnel in a timely fashion, might impact our ability to grow our business and compete effectively in our industry and might negatively affect our business, financial condition, results of operations, cash flows, or reputation.

***Foreign currency exchange rate fluctuations may have a material adverse effect on our financial condition, results of operations, and cash flows.***

Approximately 19% of our fiscal year 2020 revenue was contracted in currencies other than U.S. dollars and 37% of our direct and operating costs are incurred in countries with functional currencies other than the U.S. dollar. Our financial statements are reported in U.S. dollars and changes in foreign currency exchange rates could significantly affect our financial condition, results of operations, or cash flows. Our primary exposure to fluctuations in foreign currency exchange rates is related to the following risks:

*Foreign Currency Risk from Differences in Customer Contract Currency and Operating Costs Currency.* The majority of our global contracts are denominated in U.S. dollars or Euros while our operating costs in foreign countries are denominated in various local currencies. Fluctuations in the exchange rates of the currencies we use to contract with our customers and the currencies in which we incur cost to fulfill those contracts can have a significant impact on our results of operations.

*Foreign Currency Translation Risk.* The revenue and expenses of our international operations are generally denominated in local currencies and translated into U.S. dollars for financial reporting purposes. Accordingly, exchange rate fluctuations between the value of the U.S. dollar versus local currencies will affect the U.S. dollar value of our foreign currency denominated revenue, costs, and results of operations.

*Foreign Currency Transaction Risk.* We earn revenue from our service contracts over a period of several months and, in many cases, over several years, resulting in timing differences between the consummation and cash settlement of a transaction. Accordingly, profitability of the transactions denominated in foreign currencies is subject to effects of fluctuations in foreign currency exchange rates during the period of time between the consummation and cash settlement of a transaction.

46

Table of Contents

We may seek to limit our exposure to these risks through inclusion of foreign currency exchange rate provisions in our service contracts, and/or by hedging certain exposures with foreign exchange derivative instruments. These measures, however, might not offset or mitigate any, or all of the adverse financial effects of unfavorable movements in foreign currency exchange rates.

***Unfavorable economic conditions have previously and could in the future have a material adverse effect on our business, financial condition, results of operations, or cash flows.***

Unfavorable economic conditions and other adverse macroeconomic factors on global and domestic markets have previously and may in the future result, among other matters, in tightening in the credit and capital markets, low liquidity, and volatility in fixed income, credit, currency, and equity markets. Such conditions have and could in the future have a negative effect on our business, financial condition, results of operations, or cash flows. For example, our customers might not be able to raise money to conduct existing clinical trials, or to fund new drug development and related future clinical trials. Resource-sharing customers may also scale back commercial support for their products. In addition, economic or market disruptions could negatively impact our vendors, contractors, or principal investigators which might have a negative effect on our business.

***Our effective income tax rate may fluctuate, which may adversely affect our results of operations.***

Our effective income tax rate is influenced by our profitability in the various taxing jurisdictions in which we operate. Changes in the distribution of profits and losses among taxing jurisdictions may have a significant impact on our effective income tax rate, which in turn could have an adverse effect on our results of operations. Factors that may affect our effective income tax rate include, but are not limited to:

- jurisdictional earnings;

- the repatriation of foreign earnings to the United States;

- uncertain tax positions;

- changes in tax laws in various taxing jurisdictions, including interpretations of regulations related to the Tax Cuts and Jobs Act;

- audits by taxing authorities;

- the establishment of valuation allowances against deferred income tax assets if we determine that it is more likely than not that future income tax benefits will not be realized;

- the release of a previously established valuation allowances against deferred income tax assets if we determine that it is more likely than not that future income tax benefits will be realized;

- changes in the relative mix and size of clinical studies in various tax jurisdictions; and

- the timing and amount of the vesting and exercising of share-based compensation.

These changes may cause fluctuations in our effective income tax rate that could adversely affect our results of operations and cause fluctuations in our earnings and earnings per share.

47

Table of Contents

***We have only a limited ability to protect our intellectual property rights, and these rights are important to our success.***

We develop, use, and protect our proprietary methodologies, analytics, systems, technologies, and other intellectual property. Existing laws of the various countries in which we provide services or solutions offer only limited protection of our intellectual property rights, and the protection in some countries may be very limited. We rely upon a combination of trade secrets, confidentiality policies, nondisclosure agreements, and other contractual arrangements, as well as patent, copyright and trademark laws, to protect our intellectual property rights. These laws are subject to change at any time and certain agreements might not be fully enforceable, which could further restrict our ability to protect our innovations. Our intellectual property rights might not prevent competitors from independently developing services similar to or duplicative of ours or alleging infringement of their intellectual property rights in certain jurisdictions. The steps we take in this regard might not be adequate to prevent or deter infringement or misappropriation of our intellectual property or claims against us for alleged infringement or misappropriation by competitors, former employees, or other third parties. Furthermore, we might not be able to detect unauthorized use of, or take appropriate and timely steps to enforce, our intellectual property rights. Enforcing our rights might also require considerable time, money, and oversight, and we might not be successful in enforcing our rights.

***Our acquisition strategy may present additional risks, including the risk that we may be unable to fully realize the competitive and operating synergies projected to be achieved through any specific acquisition.***

We have historically grown our business both organically and through acquisitions, most notably through the Merger and the Synteract Acquisition. We have and will continue to assess the need and opportunity to offer additional services through acquisitions of other companies. Acquisitions involve numerous risks, including the following:

- ability to identify suitable acquisition opportunities or obtain any necessary financing on commercially acceptable terms;

- increased risk to our financial position and liquidity through changes to our capital structure and assumption of acquired liabilities, including any indebtedness incurred to finance the acquisitions and related interest expense;

- diversion of management's attention from normal daily operations of the business;

- insufficient revenues to offset increased expenses associated with acquisitions;

- assumption of liabilities and exposure to unforeseen liabilities of acquired companies, including liabilities for their failure to comply with healthcare, tax, and other regulations;

- inability to achieve identified operating and financial synergies and other benefits anticipated to result from an acquisition;

- difficulties integrating and documenting processes and controls in conformance with the requirements of Section 404 of the Sarbanes-Oxley Act of 2002;

- ability to integrate acquired operations, products, and technologies into our business;

- difficulties retaining and integrating acquired personnel and distinct cultures into our business; and

- the potential loss of key employees, customers, or projects.

48

Table of Contents

We are subject to similar privacy laws in Canada (the Personal Information Protection and Electronic Documents Act, the Act Respecting the Protection of Personal Information in the Private Sector, and the Personal Health Information Protection Act) and in the EEA (the GDPR). We are also subject to applicable U.S. state privacy and data security laws and regulations in the states in which we operate, such as the CCPA, which became effective as of January 2020. The CCPA provides for a private right of action for unauthorized access, theft or disclosure of personal information in certain situations with possible damage awards of $100 to $750 per consumer per incident, or actual damages, whichever is greater, and also permits class action lawsuits. Additionally, a new ballot initiative, the CPRA, recently passed in California. The CPRA will impose additional data protection obligations on companies doing business in California, including additional consumer rights processes, limitations on data uses, new audit requirements for higher risk data, and opt outs for certain uses of sensitive data. It will also create a new California data protection agency authorized to issue substantive regulations and could result in increased privacy and information security enforcement. The majority of the provisions will go into effect on January 1, 2023, and additional compliance investment and potential business process changes may be required. In order to comply with such laws, we may incur substantial expenses, which may divert resources from other initiatives and projects, and could limit the services we are able to offer.

In the EU, the GDPR defines personal data as any information that relates to an identified or identifiable natural person, and it covers individuals including employees, customer contacts, and patients or clinical trial participants. The GDPR contains provisions specifically directed at the processing of health information, rights of data subjects, data breach notification, and extra-territoriality measures intended to extend the applicability of the law to certain activities performed by non-EU organizations (such as the targeting or monitoring of individuals located in the EU by organizations located in other locations). Failure by us, or by our partners, our service providers, or our employees or contractors, to comply with the GDPR could result in regulatory investigations, reputational damage, orders to cease/ change our use of data, enforcement notices and/ or fines of the greater of 20,000,000 Euros or 4% of total global annual revenue, as well as potential civil claims including class actions where individuals suffer harm. Following Brexit, we will have to comply with the GDPR and separately the GDPR as implemented in the United Kingdom, the latter regime having the ability to separately fine up to the greater of £17.5 million or 4% of global turnover. The relationship between the United Kingdom and the EU in relation to certain aspects of data protection law remains unclear, e.g. how data transfers between EU member states and the United Kingdom will be treated. These changes may lead to additional compliance costs and could increase our overall risk. As we expand into other foreign countries and jurisdictions, we may be subject to additional laws and regulations that may affect how we conduct business.

In addition, we operate on a global basis and may transfer personal data to our affiliates and service providers in the course of administering our business and performing our services. As a result, we are subject to legal requirements that govern the cross-border transfer of personal data. As an example of these requirements, the EU's GDPR requires that transfers of personal data originating in the European Union to locations outside of the European Economic Area that are not subject to a so-called adequacy finding must be supported by certain approved safeguards or subject to an appropriate derogation. Where we transfer personal data out of the EU and EEA, we utilize standard data protection clauses approved by the European Commission and derogations, where appropriate.

Table of Contents

As noted in prior disclosures, certain of our clinical entities relied in part on the EU-U.S. and Swiss-U.S. Privacy Shield frameworks to transfer certain personal data from the EU and Switzerland, respectively, to the United States. On July 16, 2020, the Court of Justice of the European Union issued a judgement invaliding the European Commission's Decision (EU) 2016/1250 of 12 July 2016 on the adequacy of the protection provided by the EU-US Privacy Shield. Similarly, on September 8, 2020, Switzerland's Federal Data Protection and Information Commissioner ("FDPIC") issued an opinion concluding that the Swiss-US Privacy Shield Framework does not provide an adequate level of protection to transfer Personal Data from Switzerland to the United States. Because of these developments, we no longer leverage these frameworks to support the transfer of personal data from the EU and Switzerland to the United States. As the US Department of Commerce continues to administer these programs, however, we have elected to continue our participation in them, in an effort to demonstrate our commitment to the protection of personal data.

We are accountable for the acts and omissions of our third-party service providers we engage to process personal data on our behalf, subject to limitations and exclusions provided by law. There is no assurance that contractual measures and our own privacy and security-related safeguards will protect us from the risks associated with the third-party processing, storage and transmission of such information. Any violation of data protection laws by our third party processors could have a material adverse effect on our business and result in the fines and penalties outlined above.

***Our customers face intense competition from lower cost generic products and other competing products, which may lower the amount that they spend on our services and could have a material adverse effect on our business, results of operations, cash flows, and financial condition.***

Our customers face increasing competition from competing products and, in particular, from lower cost generic products, which in turn may affect their ability to pursue clinical development and commercialization activities. In the United States, the EU and Japan, political pressure to reduce spending on prescription products has led to legislation and other measures which encourage the use of generic products. In addition, proposals emerge from time to time in the United States and other countries for legislation to further encourage the early and rapid approval of generic products. Loss of patent protection for a product typically is followed promptly by generic substitutes, reducing our customers' sales of that product and their overall profitability. Availability of generic substitutes for our customers' products or other competing products may cause them to lose market share and, as a result, may adversely affect their results of operations and cash flow, which in turn may mean that they would not have adequate capital to purchase our services. If competition from generic or other products impacts our customers' finances such that they decide to curtail our services, our net revenues may decline and this could have a material adverse effect on our business, results of operations, and financial condition.

***If we do not keep pace with rapid technological change, our services may become less competitive or obsolete.***

The biopharmaceutical industry generally, and drug development and clinical research more specifically, are subject to rapid technological change. Our current competitors or other businesses might develop technologies or services that are more effective or commercially attractive than, or render obsolete, our current or future technologies and services. If our competitors introduce superior technologies or services and if we cannot make enhancements to remain competitive, our competitive position would be harmed. If we are unable to compete successfully, we may lose customers or be unable to attract new customers, which could lead to a decrease in our revenue and have an adverse impact on our financial condition.

Table of Contents

***The biopharmaceutical industry has a history of patent and other intellectual property litigation and we might be involved in costly intellectual property lawsuits.***

The biopharmaceutical industry has a history of intellectual property litigation and these lawsuits will likely continue in the future. Accordingly, we may face patent infringement suits or be called upon to provide documentation by companies that have patents for similar business processes or other suits alleging infringement of their intellectual property rights. Legal proceedings relating to intellectual property could be expensive, take significant time, and divert management's attention from other business concerns, regardless of the outcome of the litigation. In the event an infringement lawsuit were brought against us and we did not prevail, we might have to pay substantial damages and we could be required to stop infringing activity or obtain a license to use technology on unfavorable terms.

**Risks Related to Our Indebtedness**

***Our substantial debt could adversely affect our financial condition and cash flows from operations.***

As of December 31, 2020, our total principal amount of indebtedness was $2.97 billion, which consisted of: (i) a $1.46 billion Term Loan A facility; (ii) a $560.6 million Term Loan B facility; (iii) $600.0 million of 3.625% Senior Notes; (iv) borrowings of $300.0 million under our accounts receivable financing agreement; and (v) $49.0 million in current and non-current finance lease obligations. Our substantial indebtedness could adversely affect our financial condition and cash flows from operations and thus make it more difficult for us to satisfy our obligations with respect to our senior secured facilities. If our cash flow is not sufficient to service our debt and adequately fund our business, we may be required to seek further additional financing or refinancing or dispose of assets. We might not be able to influence any of these alternatives on satisfactory terms or at all. Our substantial indebtedness could also:

- increase our vulnerability to adverse general economic, industry, or competitive developments;

- require us to dedicate a more substantial portion of our cash flows from operations to payments on our indebtedness, thereby reducing the availability of our cash flows to fund working capital, investments, acquisitions, capital expenditures, and other general corporate purposes;

- limit our ability to make required payments under our existing contractual commitments, including our existing long-term indebtedness;

- limit our ability to fund a change of control offer;

- require us to sell certain assets;

- restrict us from making strategic investments, including acquisitions, or causing us to make non-strategic divestitures;

- limit our flexibility in planning for, or reacting to, changes in our business and the industry in which we operate;

- place us at a competitive disadvantage compared to our competitors that have less debt;

- cause us to incur substantial fees from time to time in connection with debt amendments or refinancings;

58

Table of Contents
**General Risk Factors**

***Our stock price is subject to volatility, which could have a material adverse impact on investors and employee retention.***

Since our initial public offering in November 2014 (the "IPO"), the price of our stock, as reported by Nasdaq, has ranged from a low of $19.61 on November 7, 2014 to a high of $81.35 on February 16, 2021. In addition, securities markets worldwide have experienced, and are likely to continue to experience, significant price and volume fluctuations. This market volatility, as well as general economic, market or political conditions, could affect stock price in ways that may be unrelated to our operating performance. The trading price of our stock is subject to significant price fluctuations in response to many factors, including:

- market conditions or trends in our industry, including with respect to the regulatory environment, or the economy as a whole;

- fluctuations in quarterly operating results, as well as differences between our actual financial and operating results and those expected by investors;

- future performance guidance, if any, that we provide to the public, any changes in this guidance or our failure to meet this guidance;

- changes in financial estimates or ratings by any securities analysts who follow our stock, our failure to meet those estimates or the failure of those analysts to initiate or maintain coverage of our stock;

- changes in key personnel;

- entry into new markets;

- announcements by us or our competitors of new service offerings or significant acquisitions, divestitures, strategic partnerships, joint ventures or capital commitments;

- actions by competitors;

- changes in operating performance and market valuations of other companies in the industry;

- investors' perceptions of our prospects and the prospects of the industry;

- investors' perceptions of the investment opportunity associated with our stock relative to other investment alternatives;

- the public's reaction to press releases or other public announcements by us or third parties, including our filings with the SEC;

- announcements related to litigation;

- changes in the credit ratings of our debt;

- the sustainability of an active trading market for our stock;

- future sales of our stock by our significant shareholders, officers, and directors; and

Table of Contents

- other events or factors, including those resulting from system failures and disruptions, cyber-attacks, earthquakes, hurricanes, war, acts of terrorism, pandemics, other natural disasters, or responses to these events.

These and other factors may cause the market price and demand for shares of our stock to fluctuate substantially, which could result in reduced liquidity and a decline in the price of our stock. When the market price of a stock is volatile, security holders often institute class action litigation against the company that issued the stock. If we become involved in this type of litigation, regardless of the outcome, we could incur substantial legal costs and our management's attention could be diverted from the operation of our business, which could have a material adverse effect on our business, financial condition, results of operations, and cash flows.

***Any litigation against us could be costly and time-consuming to defend.***

We are subject to and may become subject, from time to time, to additional legal proceedings and claims that arise in the ordinary course of business or pursuant to governmental or regulatory enforcement activity. While we do not believe that the resolution of any currently pending lawsuits against us will, individually or in the aggregate, have a material adverse effect on our business, financial condition, results of operations, or cash flows, we might be wrong, and future litigation might result in substantial costs and divert management's attention and resources, which might seriously harm our business, financial condition, results of operations, and cash flows. Insurance might not cover such claims, provide sufficient payments to cover all of the costs to resolve one or more such claims, or continue to be available on terms acceptable to us. In particular, any claim could result in potential liability for us if the claim is outside the scope of the indemnification agreement we have with our customers, our customers do not abide by the indemnification agreement as required or the liability exceeds the amount of any applicable indemnification limits or available insurance coverage. A claim brought against us that is uninsured or underinsured could result in unanticipated costs and could have a material adverse effect on our financial condition, results of operations, cash flows, or reputation.

***If our insurance does not cover all of our indemnification obligations and other liabilities associated with our operations, our business, financial condition, results of operations, or cash flows may be materially adversely affected.***

We maintain insurance designed to provide coverage for ordinary risks associated with our operations and our ordinary indemnification obligations that we believe to be customary for our industry. The coverage provided by such insurance might not be adequate for all claims we make or may be contested by our insurance carriers. If our insurance is not adequate or available to pay all claims or exposures associated with our operations, or if we are unable to purchase adequate insurance at reasonable rates in the future, our business, financial condition, results of operations, or cash flows may be materially adversely affected.

***If securities analysts or industry analysts downgrade our shares, publish negative research or reports, or do not publish reports about our business, stock price and trading volume could decline.***

The trading market for our stock is to some extent influenced by the research and reports that industry or securities analysts publish about us, our business and our industry. If one or more analysts adversely change their recommendation regarding our shares or our competitors' stock, our share price would likely decline. If one or more analysts cease coverage of us or fail to regularly publish reports on us, we might lose visibility in the financial markets, which in turn could cause our share price or trading volume to decline.

Table of Contents
**Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations.**

The following discussion and analysis of our financial condition and results of operations should be read together with the consolidated financial statements and the related notes included in Part II, Item 8, "Financial Statements and Supplementary Data" in this Annual Report on Form 10-K. This discussion contains forward-looking statements related to future events and our future financial performance that are based on current expectations and subject to risks and uncertainties. Our actual results may differ materially from those anticipated in these forward-looking statements as a result of many important factors, including those described in Part I, Item 1A, "Risk Factors" and elsewhere in this Annual Report on Form 10-K.

This section of the Form 10-K generally discusses our results of operations for the years ended December 31, 2020 and 2019, including a year-to-year comparison between 2020 and 2019. For a full discussion related to the results of operations for the year ended December 31, 2018, including a year-to-year comparison between 2019 and 2018, refer to Part II, Item 7, "Management's Discussion and Analysis of Financial Condition and Results of Operations" in our Form 10-K for the year ended December 31, 2019.

**Overview of Our Business and Services**

We are a leading global biopharmaceutical solutions organization providing a full suite of clinical and commercial services to customers in the pharmaceutical, biotechnology, and healthcare industries. We offer both stand-alone and integrated biopharmaceutical product development solutions ranging from Early Phase (Phase I) clinical trials to the full commercialization of biopharmaceutical products, with the goal of increasing the likelihood of regulatory approval and commercial success.

Our operations are divided into two reportable segments, Clinical Solutions and Commercial Solutions. Our Clinical Solutions segment offers a variety of services spanning Phases I to IV of clinical development, including full service global studies and real world evidence programs, as well as individual service offerings such as clinical monitoring, investigator recruitment, patient recruitment, data management, and study startup to assist customers with their drug development process. Our Commercial Solutions segment provides commercialization services, including deployment solutions, communication solutions (public relations, advertising, and medical communications), and consulting services. We integrate our clinical and commercial capabilities into customized solutions by sharing knowledge, data, and insights through our Biopharmaceutical Acceleration Model. This collaboration across the development and commercialization continuum facilitates unique insights into patient populations, therapeutic environments, product timelines, and the competitive landscape. For further discussion, refer to Part I, Item 1, "Business" in this Annual Report on Form 10-K.

We acquired the following companies during 2020:

- Synteract, a full service CRO, focused on the emerging biopharmaceutical segment. Synteract's client base is primarily comprised of emerging biopharmaceutical companies, a segment in which we have growth opportunities. Synteract has more than 700 employees across North America, Europe, Asia Pacific, and Africa that have supported more than 4,000 Phase I to IV clinical trials across 26,000 sites in more than 60 countries. The transaction provides significant revenue synergy opportunities, as we bring scale and new capabilities to Synteract's existing and prospective customers while maintaining Synteract's focus on the emerging biopharmaceutical segment. Building on our track record of delivering cost synergies, we will also leverage our global infrastructure and integration expertise to optimize operational efficiencies and drive improved margins.

Table of Contents

- Illingworth Research, a leading provider of clinical research home health services. This acquisition enhances our decentralized solutions offering by adding a patient-focused company that meets the growing demand for in-home clinical trial services. Illingworth Research provides mobile research nurse services, which eliminates wasted travel time and allows patients to remain at home for their participation in a clinical trial.

### COVID-19 Pandemic

On March 11, 2020, the World Health Organization designated the outbreak of the novel strain of coronavirus that causes the disease known as COVID-19 as a global pandemic. Governments and businesses around the world have taken unprecedented actions to mitigate the spread of COVID-19, including, but not limited to, shelter-in-place orders, quarantines, significant restrictions on travel, social distancing practices as well as restrictions that prohibit many employees from going to work.

The COVID-19 pandemic and its adverse effects have impacted the locations where we, our customers, suppliers, and partners conduct significant portions of our business, such as Europe and North America, and, as a result, we experienced pronounced disruptions in our operations during the year ended December 31, 2020, the largest of which occurred during the second and third quarters of 2020 before starting to gradually recover.

As a result of these conditions, we took decisive actions to mitigate the revenue, profitability, and cash flow impacts from COVID-19. These actions included cost management strategies consisting of certain temporary compensation adjustments, hiring restrictions, staffing reductions, voluntary and involuntary employee furloughs, reductions in third-party costs, and other initiatives. The majority of the temporary cost savings measures ended in the third quarter of 2020. In addition to these temporary actions, we continued to implement our *ForwardBound* margin enhancement initiative.

We are guided by our global and regional crisis team, which monitors the evolving situation and recommends risk mitigation actions related to business continuity and employee health and safety. Throughout the pandemic, we have assessed and implemented continuity plans to provide customers with continued services. We also continue to implement contingency planning to protect the health and well-being of our employees. This includes having employees work remotely where possible, implementing travel restrictions and visitor protocols, and following social distancing practices.

While the potential for further disruption to our business from the pandemic is difficult to predict and depends on factors not in our control, such as the degree of success of vaccinations and other treatments for COVID-19, we began to see a recovery in the latter half of 2020 in both our Clinical Solutions and Commercial Solutions segments and expect this recovery to continue in 2021. As of December 31, 2020, a substantial number of our clinical trial sites have returned to allowing physical monitoring visits, and in 2021, we expect a continued increase in patient enrollment rates and a moderate increase in the use of remote monitoring from pre-COVID-19 levels, although below levels necessitated in 2020. Further, in our Commercial Solutions segment, we expect to continue to see an increase in site access as well as the use of remote field team visits.

While certain governments eased restrictions during the balance of 2020, the pandemic remains disruptive to our business operations. As we look ahead, we continue to expect impacts in our Clinical Solutions segment to be temporary and primarily relate to limitations on our ability to physically access investigative sites, delays in patient enrollment and trial start-up activities, as well as delayed decision making related to new business awards. Our full service studies and, to a lesser extent, our functional service provider offering have been impacted, and we expect them to continue to be impacted, by a switch from site-based physical monitoring visits to remote monitoring visits, and reduced capacity of businesses that utilize our services or facilities we use to conduct our business during the pandemic. In our Commercial Solutions segment, we continue to expect impacts to be temporary and primarily relate to delayed decision making related to new business awards, delays or cancellations of existing projects, declines in field team visits to HCPs, and travel disruptions.

Table of Contents

The extent to which COVID-19 impacts our future results will depend on future developments. National, state, and local governments may impose, and have imposed in certain areas, additional restrictions or may extend the restrictions already in place if the pandemic continues or if new waves of infection occur. The continuing spread of COVID-19 and the related safety and business operating restrictions could result in a number of adverse impacts to our business, including, but not limited to, additional disruption to the economy and our customers, additional work restrictions, and supply chains being interrupted or slowed. Also, governments may impose other laws, policies, regulations, or taxes that could adversely impact our business, financial condition, or results of operations. Depending on the extent to which our customers continue to be affected, they could further delay or reduce purchases of services we provide. The effects of COVID-19 also could impact us in a number of other ways including, but not limited to, additional reductions to our profitability, fluctuations in foreign currency markets, the availability of future borrowings, the cost of borrowings, credit risks of our customers and counterparties, and potential impairment of the carrying amount of goodwill or other long-lived assets.

Despite these impacts, we remain confident in our liquidity position, which includes cash on hand of $242.5 million as of December 31, 2020, and access to our revolving credit facility. We have also implemented cash conservation initiatives, including reducing operating costs, deferring certain payroll taxes and other tax payments during the year ended December 31, 2020, as permitted by various government stimulus packages in multiple jurisdictions, and entering into interest rate swaps to fix certain variable rate debt at lower interest rates.

See Part I, Item 1A "Risk Factors" in this Annual Report on Form 10-K for further discussion of the potential impact of the pandemic on our business.

**New Business Awards and Backlog**

We add new business awards to backlog when we enter into a contract or when we receive a written commitment from the customer selecting us as a service provider, provided that:

- collection of the award value is probable;

- the project or projects are expected to commence within a certain period of time from the end of the quarter in which the award was granted;

- project contingencies such as the outcome of other clinical trials, funding approvals, or other events, are not anticipated to prevent the project or projects from commencing in accordance with the expected timeline;

- the customer has entered or intends to enter into a comprehensive contract as soon as practicable; and

- for awards related to deployment solutions and functional service provider offerings, a maximum of twelve months of services are included in the award value.

In addition, we continually evaluate our backlog to determine if any of the previously awarded work is no longer expected to be performed, regardless of whether we have received formal cancellation notice from the customer. If we determine that any previously awarded work is no longer probable of being performed, we remove the value from our backlog based on the risk of cancellation. We recognize revenue from these awards as services are performed, provided we have received proper authorization from the customer.

We report new business awards for our Clinical Solutions and Commercial Solutions segments as well as backlog for our Clinical Solutions segment and the deployment solutions offering within our Commercial Solutions segment. We do not report backlog for the remaining service offerings in the Commercial Solutions segment.

72

Table of Contents
**Backlog**

Our backlog consists of anticipated future revenue from new business awards that either have not started, or that are in process and have not been completed. Our backlog also reflects any cancellation or adjustment activity related to these awards. The average duration of our backlog will fluctuate from period to period based on the contracts comprising our backlog at any given time. The majority of our contracts contain early termination provisions that typically require notice periods ranging from 30 to 90 days.

Our backlog as of December 31 was as follows (in millions):

|  | 2020 | 2019 | Change | |
|---|---|---|---|---|
| Clinical Solutions | $ 10,239.5 | $ 8,220.0 | $ 2,019.5 | 24.6% |
| Commercial Solutions - Deployment Solutions | 711.6 | 684.2 | 27.4 | 4.0% |
| Total backlog | $ 10,951.1 | $ 8,904.2 | $ 2,046.9 | 23.0% |

We expect approximately $4.63 billion of our backlog as of December 31, 2020 will be recognized as revenue during 2021. We adjust the amount of our backlog each quarter for the effects of fluctuations in foreign currency exchange rates.

**Net New Business Awards**

New business awards, net of cancellations, were as follows (in millions):

|  | Year Ended December 31, | | | Change | | | |
|---|---|---|---|---|---|---|---|
|  | 2020 | 2019 | 2018 | 2020 to 2019 | | 2019 to 2018 | |
| Clinical Solutions | $ 4,698.7 | $ 4,148.0 | $ 2,747.8 | $ 550.7 | 13.3% | $ 1,400.2 | 51.0% |
| Commercial Solutions | 1,164.4 | 1,305.6 | 1,140.6 | (141.2) | (10.8)% | 165.0 | 14.5% |
| Total net new business awards | $ 5,863.1 | $ 5,453.6 | $ 3,888.4 | $ 409.5 | 7.5% | $ 1,565.2 | 40.3% |

New business awards have varied and may continue to vary significantly from year to year. Fluctuations in our net new business award levels often result from the fact that we may receive a small number of relatively large orders in any given reporting period. Because of these large orders, our backlog and net new business awards in a reporting period may reach levels that are not sustainable in subsequent reporting periods.

We believe that our backlog and net new business awards might not be consistent indicators of future revenue because they have been, and likely will continue to be, affected by a number of factors, including the variable size and duration of projects, many of which are performed over several years, and changes to the scope of work during the course of projects. Additionally, projects may be canceled or delayed by the customer or regulatory authorities. Net new business awards and backlog have been and we expect will continue to be affected by the broad effects of the COVID-19 pandemic on the global economy and major financial markets, as well as various other risks and uncertainties detailed in Part I, Item 1A, "Risk Factors - Risks Related to Our Business - The COVID-19 pandemic has adversely impacted our business and results of operations, and is expected to continue to do so" of this Annual Report on Form 10-K. We generally do not have a contractual right to the full amount of the awards reflected in our backlog. If a customer cancels an award, we might be reimbursed for the costs we have incurred. As we increasingly compete for and enter into large contracts that are more global in nature, we expect that the rate at which our backlog and net new business awards convert into revenue is likely to decrease, and the duration of projects and the period over which related revenue is recognized to lengthen. For more information about risks related to our backlog see Part I, Item 1A, "Risk Factors-Risks Related to Our Business-Our backlog might not be indicative of our future revenues, and we might not realize all of the anticipated future revenue reflected in our backlog" of this Annual Report on Form 10-K.

Table of Contents

**Results of Operations**

*Year Ended December 31, 2020 Compared to the Year Ended December 31, 2019*

The following table sets forth amounts from our consolidated financial statements along with dollar and percentage changes (in thousands, except percentages):

| | Year Ended December 31, | | | Change | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | **2020** | **2019** | **2018** | **2020 to 2019** | | **2019 to 2018** | |
| Revenue | $4,415,777 | $4,675,815 | $4,390,116 | $ (260,038) | (5.6)% | $ 285,699 | 6.5% |
| *Costs and operating expenses:* | | | | | | | |
| Direct costs (exclusive of depreciation and amortization) | 3,398,142 | 3,645,905 | 3,434,310 | (247,763) | (6.8)% | 211,595 | 6.2% |
| Selling, general, and administrative expenses | 442,484 | 446,281 | 406,305 | (3,797) | (0.9)% | 39,976 | 9.8% |
| Restructuring and other costs | 29,414 | 42,135 | 50,793 | (12,721) | (30.2)% | (8,658) | (17.0)% |
| Transaction and integration-related expenses | 30,242 | 61,275 | 64,841 | (31,033) | (50.6)% | (3,566) | (5.5)% |
| Depreciation and amortization | 222,352 | 242,465 | 273,685 | (20,113) | (8.3)% | (31,220) | (11.4)% |
| Total operating expenses | 4,122,634 | 4,438,061 | 4,229,934 | (315,427) | (7.1)% | 208,127 | 4.9% |
| Income from operations | 293,143 | 237,754 | 160,182 | 55,389 | 23.3% | 77,572 | 48.4% |
| Total other expense, net | 89,485 | 136,045 | 102,924 | (46,560) | (34.2)% | 33,121 | 32.2% |
| Income before provision for income taxes | 203,658 | 101,709 | 57,258 | 101,949 | 100.2% | 44,451 | 77.6% |
| Income tax expense (benefit) | 10,871 | (29,549) | 32,974 | 40,420 | n/m | (62,523) | n/m |
| Net income | $ 192,787 | $ 131,258 | $ 24,284 | $ 61,529 | 46.9% | $ 106,974 | 440.5% |

*Revenue*

For the year ended December 31, 2020, our revenue decreased by $260.0 million, or 5.6%, to $4.42 billion from $4.68 billion for the year ended December 31, 2019. This decrease was primarily driven by the impacts of the COVID-19 pandemic, including the related decline in reimbursable out-of-pocket expenses, in both our Clinical Solutions and Commercial Solutions segments, as discussed below.

No single customer accounted for greater than 10% of our total consolidated revenue for the year ended December 31, 2020 or 2019. Revenue from our top five customers accounted for approximately 22% and 23% of revenue for the years ended December 31, 2020 and 2019, respectively.

Revenue for each of our segments was as follows (dollars in thousands):

| | Year Ended December 31, | | | Change | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | **2020** | **2019** | **2018** | **2020 to 2019** | | **2019 to 2018** | |
| **Clinical Solutions** | $ 3,306,736 | $ 3,421,596 | $ 3,211,202 | $ (114,860) | (3.4)% | $ 210,394 | 6.6% |
| *% of total* | 74.9% | 73.2% | 73.1% | | | | |
| **Commercial Solutions** | 1,109,041 | 1,254,219 | 1,178,914 | (145,178) | (11.6)% | 75,305 | 6.4% |
| *% of total* | 25.1% | 26.8% | 26.9% | | | | |
| **Total revenue** | $ 4,415,777 | $ 4,675,815 | $ 4,390,116 | $ (260,038) | (5.6)% | $ 285,699 | 6.5% |

74

Table of Contents
*Clinical Solutions*

For the year ended December 31, 2020, revenue attributable to our Clinical Solutions segment decreased compared to the prior year primarily due to the impacts of the COVID-19 pandemic, including the related decline in reimbursable out-of-pocket expenses, and the sale of the contingent staffing business during the second quarter. For the year ended December 31, 2020, revenue was positively impacted by $4.3 million from foreign currency exchange rates fluctuations compared to the prior year.

The pandemic continues to impact our ability to physically access investigative sites and delay patient enrollment and trial start-up activities. However, there were positive trends related to these activities in the second half of 2020. The negative impacts of the pandemic were partially mitigated by performing remote monitoring visits where these visits had previously been conducted on-site. As a result, revenue for the second half of 2020 was less impacted than it was in the second quarter, although we continue to experience lower reimbursable out-of-pocket expenses primarily as a result of remote monitoring. The decrease in revenue for the year ended December 31, 2020 was partially offset by revenue growth during the first quarter and incremental revenue from our recent acquisition of Synteract in December 2020.

Although we are aggressively managing our response to the COVID-19 pandemic, it may continue to negatively impact our Clinical Solutions revenue in 2021, depending on the continuation of the pandemic. At this time, we believe that the ongoing impacts to revenue in our Clinical Solutions segment will be similar in nature to those experienced in 2020 with the most significant being the trend of more remote monitoring visits and delayed patient enrollment, resulting in lower reimbursable out-of-pocket expenses and related revenue as the recovery continues. We expect a moderate increase in the use of remote monitoring from pre-COVID-19 levels, although below levels necessitated in 2020. As of December 31, 2020, a substantial number of our clinical trial sites have returned to allowing physical monitoring visits, although capacity constraints remain at those sites, which we are mitigating through remote monitoring activities. Although patient enrollment rates have increased, they remain below pre-COVD-19 levels. We believe an increase in patient enrollment and the use of remote monitoring, where necessary, will result in year over year revenue growth in 2021.

*Commercial Solutions*

For the year ended December 31, 2020, revenue attributable to our Commercial Solutions segment decreased compared to the prior year primarily due to the impacts of elevated cancellations in the first half of 2020, as well as the impacts of the COVID-19 pandemic, including the related decline in reimbursable out-of-pocket expenses and the negative impact of delays in new project starts. We sold our medication adherence business in November 2020, which will negatively impact our year over year revenue growth in 2021.

Although we are aggressively managing our response to the COVID-19 pandemic, it may continue to negatively impact our Commercial Solutions revenue in 2021, depending on the continuation of the pandemic. At this time, we believe that the ongoing impacts to revenue in our Commercial Solutions segment will be temporary and relate to delayed decision-making related to new business awards, delays or cancellations of existing projects, declines in field team visits to HCPs, and travel disruptions, similar to those experienced in 2020. While the potential for further disruption to our business from the pandemic is difficult to predict, we expect to continue to see an increase in site access as well as the use of remote field team visits in 2021, as necessitated by travel restrictions and other factors.

Table of Contents
### *Direct Costs*

Direct costs consist principally of compensation expense and benefits associated with our employees and other employee-related costs, and reimbursable out-of-pocket expenses directly related to delivering on our projects. While we have some ability to manage the majority of these costs relative to the amount of contracted services we have during any given period, direct costs as a percentage of revenue can vary from period to period. Such fluctuations are due to a variety of factors, including, among others: (i) the level of staff utilization on our projects; (ii) adjustments to the timing of work on specific customer contracts; (iii) the experience mix of personnel assigned to projects; (iv) the service mix and pricing of our contracts; and (v) the timing of the incurrence of reimbursable out-of-pocket expenses. As a result of the COVID-19 pandemic, we have experienced reduced travel and other reimbursable out-of-pocket expenses related to lower physical monitoring visits for Clinical Solutions, as well as lower physician office visits and investigator meetings for Commercial Solutions.

Direct costs consisted of the following (dollars in thousands):

| | Year Ended December 31, | | | Change | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 2020 | 2019 | 2018 | 2020 to 2019 | | 2019 to 2018 | |
| Direct costs (exclusive of depreciation and amortization) | $ 3,398,142 | $ 3,645,905 | $ 3,434,310 | $ (247,763) | (6.8)% | $ 211,595 | 6.2% |
| *% of revenue* | 77.0% | 78.0% | 78.2% | | | | |
| *Gross margin %* | 23.0% | 22.0% | 21.8% | | | | |

For the year ended December 31, 2020, our direct costs decreased by $247.8 million, or 6.8%, compared to the year ended December 31, 2019, primarily driven by the impacts of the COVID-19 pandemic, including the related decline in reimbursable out-of-pocket expense and our cost management strategies, in both our Clinical Solutions and Commercial Solutions segments, as discussed below.

*Clinical Solutions*

Direct costs for our Clinical Solutions segment, excluding share-based compensation expense, were as follows (dollars in thousands):

| | Year Ended December 31, | | | Change | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 2020 | 2019 | 2018 | 2020 to 2019 | | 2019 to 2018 | |
| Direct costs | $ 2,493,453 | $ 2,616,249 | $ 2,477,920 | $ (122,796) | (4.7)% | $ 138,329 | 5.6% |
| *% of segment revenue* | 75.4% | 76.5% | 77.2% | | | | |
| *Segment gross margin %* | 24.6% | 23.5% | 22.8% | | | | |

For the year ended December 31, 2020, our Clinical Solutions segment direct costs decreased by $122.8 million, or 4.7%, compared to the year ended December 31, 2019, primarily due to lower reimbursable out-of-pocket expenses and billable headcount as a result of the COVID-19 pandemic. There were additional decreases in direct costs from the impact of various cost management strategies, which included certain temporary compensation adjustments, hiring restrictions, staffing reductions, voluntary and involuntary employee furloughs, reductions in third-party costs, and other initiatives. The majority of the temporary cost savings measures ended in the third quarter of 2020. In addition to these temporary actions, we continued to implement our *ForwardBound* margin enhancement initiative.

Gross margins for our Clinical Solutions segment were 24.6% and 23.5% for the years ended December 31, 2020 and 2019, respectively. Gross margin was higher during 2020 as compared to the prior year primarily due to reduced travel and other reimbursable out-of-pocket expenses and the impact of our cost management strategies, partially offset by the impact from lower revenue.

Table of Contents

Although lower reimbursable out-of-pocket expenses during 2020 have resulted in a higher gross margin, we continue to aggressively manage our response to the COVID-19 pandemic to limit any impact to Clinical Solutions profitability in 2021. At this time, we continue to believe that the most significant impacts to margins in our Clinical Solutions segment will be those noted in the above Revenue section, partially offset by the impact of our cost management strategies and the impact of lower reimbursable out-of-pocket expenses. The trend of more remote monitoring visits is expected to continue after the pandemic, although below levels necessitated in 2020, resulting in both lower reimbursable out-of-pocket expenses and related revenue on a per visits basis, with no impact to profitability. As of December 31, 2020, a substantial number of our clinical trial sites have returned to allowing physical monitoring visits and we expect an increase in patient enrollment rates to result in a year over year increase in Clinical Solutions segment direct costs in 2021.

*Commercial Solutions*

Direct costs for our Commercial Solutions segment, excluding share-based compensation expense, were as follows (dollars in thousands):

|  | Year Ended December 31, | | | Change | | | |
|  | 2020 | 2019 | 2018 | 2020 to 2019 | | 2019 to 2018 | |
|---|---|---|---|---|---|---|---|
| Direct costs | $    873,342 | $  1,000,645 | $    937,060 | $  (127,303) | (12.7)% | $    63,585 | 6.8% |
| *% of segment revenue* | 78.7% | 79.8% | 79.5% | | | | |
| *Segment gross margin %* | 21.3% | 20.2% | 20.5% | | | | |

For the year ended December 31, 2020, our Commercial Solutions segment direct costs decreased by $127.3 million, or 12.7%, compared to the year ended December 31, 2019. These decreases were primarily related to declines in reimbursable out-of-pocket expenses, reduced billable headcount, and the impact of our cost management strategies, which were all primarily in response to the COVID-19 pandemic. These cost management strategies included certain temporary compensation adjustments, hiring restrictions, staffing reductions, voluntary and involuntary employee furloughs, reductions in third-party costs, and other initiatives. The majority of the temporary cost savings measures ended in the third quarter of 2020. In addition to these temporary actions, we continued to implement our *ForwardBound* margin enhancement initiative.

Gross margins for our Commercial Solutions segment were 21.3% and 20.2% for the years ended December 31, 2020 and 2019, respectively. Gross margin was higher during 2020 as compared to the prior year primarily due to lower reimbursable out-of-pocket expenses and the impact of our cost management strategies, partially offset by the impact from lower revenue.

Although lower reimbursable out-of-pocket expenses during 2020 have resulted in a higher gross margin, we continue to aggressively manage our response to the COVID-19 pandemic to limit any impact to Commercial Solutions profitability in 2021. At this time, we continue to believe that the most significant impacts in our Commercial Solutions segment will be those noted in the above Revenue section, partially offset by the impact of our cost management strategies.

Table of Contents
### *Selling, General and Administrative Expenses*

Selling, general and administrative expenses were as follows (dollars in thousands):

| | Year Ended December 31, | | | Change | | | |
| | 2020 | 2019 | 2018 | 2020 to 2019 | | 2019 to 2018 | |
|---|---|---|---|---|---|---|---|
| Selling, general and administrative expenses | $    442,484 | $    446,281 | $    406,305 | $    (3,797) | (0.9)% | $    39,976 | 9.8% |
| % of total revenue | 10.0% | 9.5% | 9.3% | | | | |

Selling, general, and administrative expenses for the year ended December 31, 2020 declined compared to the prior year due to favorable impacts from our cost management strategies, primarily in response to the COVID-19 pandemic, as well as our *ForwardBound* margin enhancement initiative. Our cost management strategies implemented in response to the uncertainty caused by the pandemic included certain temporary compensation adjustments, hiring restrictions, staffing reductions, voluntary and involuntary employee furloughs, reductions in third-party costs, and other initiatives. The majority of the temporary cost savings measures ended in the third quarter of 2020.

### *Restructuring and Other Costs*

Restructuring and other costs were $29.4 million and $42.1 million for the years ended December 31, 2020 and 2019, respectively. The costs incurred during 2020 were primarily related to our cost management strategies in response to the COVID-19 pandemic, as well as our *ForwardBound* initiative. In connection with the Merger, we established a restructuring plan to eliminate redundant positions and reduce our facility footprint worldwide that partially contributed to our restructuring costs incurred in 2020 and 2019. Additionally, during 2020 and 2019, we incurred employee severance costs and facility closure costs for non Merger-related restructuring activities, as we continued ongoing evaluations of our workforce and facilities infrastructure needs in an effort to optimize our resources.

Restructuring and other costs consisted of the following (in thousands):

| | Year Ended December 31, | | |
| | 2020 | 2019 | 2018 |
|---|---|---|---|
| Merger-related restructuring and other costs: | | | |
|    Employee severance and benefit costs | $    951 | $    12,029 | $    18,021 |
|    Facility and lease termination costs | 1,733 | 12,940 | 24,090 |
|    Other Merger-related costs | - | - | 560 |
| Non Merger-related restructuring and other costs: | | | |
|    Employee severance and benefit costs | 25,370 | 13,214 | 5,410 |
|    Facility and lease termination costs | 580 | 3,262 | 1,567 |
|    Other costs | 780 | 690 | 1,145 |
| Total restructuring and other costs | $    29,414 | $    42,135 | $    50,793 |

We expect to continue to incur significant costs related to the restructuring of our operations. However, the timing and the amount of these costs depend on various factors, including, but not limited to, identifying and realizing synergy opportunities and executing the integration of our combined operations for our recent acquisitions. We may also continue to incur additional restructuring and other costs during 2021 related to our cost savings initiatives, our *ForwardBound* margin enhancement initiative, our recent acquisitions, and our response to the COVID-19 pandemic.

Table of Contents

***Transaction and Integration-Related Expenses***

Transaction and integration-related expenses consisted of the following (in thousands):

| | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | 2020 | 2019 | 2018 |
| Professional fees | $ 30,059 | $ 34,538 | $ 56,230 |
| Debt modification and related expenses | 76 | 5,396 | 1,726 |
| Integration and personnel retention-related costs | 3,771 | 4,081 | 18,475 |
| Fair value adjustments to contingent obligations | (3,664) | 17,260 | (11,590) |
| Total transaction and integration-related expenses | $ 30,242 | $ 61,275 | $ 64,841 |

Our transaction and integration-related expenses decreased in 2020 as compared to 2019. We expect to continue to incur professional fees and integration-related costs associated with the Synteract and Illingworth Research acquisitions, as well as the continued consolidation of our legal entities and information technology systems.

During the year ended December 31, 2020, there was a decrease in fair value adjustments to contingent obligations primarily due to a decrease in the estimate of the contingent earn-out liability associated with our acquisition of Kinapse Topco Limited in 2018. During the year ended December 31, 2019, there was an increase in the fair value adjustments to contingent obligations primarily due to an increase in the estimate of the transaction tax deduction benefit associated with Double Eagle's acquisition of inVentiv in 2016.

***Depreciation and Amortization Expense***

Total depreciation and amortization expense was $222.4 million and $242.5 million for the years ended December 31, 2020 and 2019, respectively. The decrease in total depreciation and amortization expense in 2020 compared to 2019 was primarily due to a decrease in amortization expense from intangible assets resulting from business combinations completed in prior years and a decrease in depreciation expense related to fully depreciated assets.

***Total Other Expense, Net***

Total other expense, net consisted of the following (dollars in thousands):

| | Year Ended December 31, | | | Change | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 2020 | 2019 | 2018 | 2020 to 2019 | | 2019 to 2018 | |
| Interest income | $ (265) | $ (7,542) | $ (3,686) | $ 7,277 | (96.5)% | $ (3,856) | 104.6% |
| Interest expense | 91,145 | 129,820 | 130,701 | (38,675) | (29.8)% | (881) | (0.7)% |
| Loss (gain) on extinguishment of debt | 1,581 | (10,395) | 4,153 | 11,976 | n/m | (14,548) | n/m |
| Other (income) expense, net | (2,976) | 24,162 | (28,244) | (27,138) | n/m | 52,406 | n/m |
| Total other expense, net | $ 89,485 | $ 136,045 | $ 102,924 | $ (46,560) | (34.2)% | $ 33,121 | 32.2% |

Total other expense, net was $89.5 million and $136.0 million for the years ended December 31, 2020 and 2019, respectively. The decrease in interest expense was primarily due to reductions in our higher interest rate debt as a result of debt prepayments and refinancing transactions as well as lower interest rates on our variable interest rate debt. Other (income) expense, net primarily consists of a $7.1 million gain related to the sale of the medication adherence business and a $3.7 million gain related to certain of our equity investments, partially offset by $7.3 million of foreign currency losses that resulted from exchange rate fluctuations on our monetary asset balances denominated in currencies other than our functional currency.

Table of Contents

The loss on extinguishment of debt was $1.6 million for the year ended December 31, 2020 compared to a gain on extinguishment of debt of $10.4 million for the year ended December 31, 2019. These were incurred primarily as a result of our debt prepayments and refinancing transactions.

***Income Tax Expense***

For the year ended December 31, 2020, we recorded income tax expense of $10.9 million, on pre-tax income of $203.7 million. The effective income tax rate for the year ended December 31, 2020 varied from the U.S. federal statutory income tax rate of 21.0% primarily due to: (i) the recognition of U.S. federal and foreign unrecognized tax benefits, (ii) changes to income tax valuation allowances on deferred tax assets, and (iii) tax benefits recognized related to the elections to retroactively apply recently issued regulations relative to Global Intangible Low-Taxed Income ("GILTI") high-tax exclusion and Section 163(j) CFC group election for interest deductibility.

For the year ended December 31, 2019, we recorded an income tax benefit of $29.5 million, on pre-tax income of $101.7 million. The effective income tax rate for the year ended December 31, 2019 varied from the U.S. federal statutory income tax rate of 21.0% primarily due to: (i) the recognition of tax benefits as a result of releasing the prior year accrual for the base erosion and anti-abuse tax; (ii) foreign income inclusions such as the GILTI provisions; and (iii) valuation changes on domestic deferred tax assets. During 2019, sufficient positive evidence became available to allow us to reach a conclusion that a significant portion of our domestic valuation allowance was no longer needed. Consequently, such release of our valuation allowance resulted in a decrease to income tax expense of $68.5 million.

We currently maintain a valuation allowance against a portion of our state deferred tax assets and a portion of our foreign deferred tax assets as of December 31, 2020. We intend to continue to maintain a valuation allowance on these deferred tax assets until there is sufficient evidence to support the reversal of all or some portion of these allowances.

The Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") was enacted on March 27, 2020 in the United States to address the economic impacts of the COVID-19 pandemic. The CARES Act includes corporate income tax, payroll tax, and other relief provisions. There was not a significant impact to our income tax provision as a result of the CARES Act and other global measures for the year ended December 31, 2020. Throughout the year ended December 31, 2020, we qualified for certain employer payroll tax credits, which have been treated as government subsidies that offset the related operating expenses, as well as the deferral of certain payroll and other tax payments into the future. We have deferred the timing of certain income tax payments and other taxes as permitted by the CARES Act and other stimulus measures enacted globally.

Numerous final and proposed tax regulations were issued during the year ended December 31, 2020, including additional guidance related to changes included in the Tax Cuts and Jobs Act. The regulations included updated guidance related to revenue recognition pursuant to Section 451, interest expense limitations pursuant to Section 163(j), GILTI high-tax exclusion, and foreign tax credits. The GILTI high-tax and Section 163(j) regulations included certain elective provisions that we have retroactively applied to our 2018 and 2019 tax years.

80

Table of Contents
**Liquidity and Capital Resources**

Key measures of our liquidity were as follows as of December 31 (in thousands):

|  | 2020 | 2019 |
|---|---|---|
| **Balance sheet statistics:** | | |
| Cash and cash equivalents | $           271,901 | $           163,227 |
| Restricted cash | 272 | 462 |
| Working capital (excluding restricted cash) | 160,409 | 45,241 |

As of December 31, 2020, we had $272.2 million of cash, cash equivalents, and restricted cash. As of December 31, 2020, substantially all of our cash, cash equivalents, and restricted cash was held within the United States. In addition, we had $584.0 million (net of $16.0 million in outstanding letters of credit ("LOCs")) available for borrowing under our $600.0 million revolving credit facility (the "Revolver"), of which $134.0 million was available for LOCs.

We have historically funded our operations and growth, including acquisitions, primarily with our working capital, cash flow from operations and funds available through various borrowing arrangements. Our principal liquidity requirements are to fund our debt service obligations, capital expenditures, expansion of service offerings, possible acquisitions, integration and restructuring costs, geographic expansion, stock repurchases, working capital, and other general corporate expenses. Cash from operations also could be affected by various risks and uncertainties, including, but not limited to, the effects of the COVID-19 pandemic on the global economy and major financial markets, as well as other risks detailed in Part I, Item 1A, "Risk Factors" in this Annual Report on Form 10-K. We have implemented cash conservation initiatives, including delaying certain capital expenditures, reducing operating costs, deferring certain payroll taxes and other tax payments during the year ended December 31, 2020, as permitted by various government stimulus packages in multiple jurisdictions, and entering into interest rate swaps to fix certain variable rate debt at lower interest rates. Based on past performance and current expectations, we believe our cash and cash equivalents, cash generated from operations, and funds available under the Revolver will be sufficient to meet our working capital needs, capital expenditures, scheduled debt and interest payments, income tax obligations, and other currently anticipated liquidity requirements for at least the next 12 months.

As the impact of the COVID-19 pandemic on the economy and our operations evolves, we will continue to assess our liquidity needs. A continued worldwide disruption could materially affect our future access to sources of liquidity, particularly our cash flows from operations, and financial condition. We may seek to raise additional capital, particularly in the event of a sustained market deterioration, which could be in the form of bonds, convertible debt, or equity. If we obtain additional capital by issuing equity, the interests of our existing stockholders will be diluted. If we incur additional indebtedness, that indebtedness may contain significant financial and other covenants that may significantly restrict our operations. We cannot assure you that we could obtain refinancing or additional financing on favorable terms or at all.

*Indebtedness*

As of December 31, 2020, we had approximately $2.97 billion of total principal indebtedness (including $49.0 million in finance lease obligations), consisting of $2.02 billion in term loan debt, $600.0 million of 3.625% senior notes (the "Notes"), and $300.0 million in borrowings against our accounts receivable financing agreement. Approximately $809.5 million of our indebtedness (excluding finance leases) was subject to variable interest rates.

Table of Contents

*3.625% Senior Notes Due 2029*

On November 24, 2020, we completed the issuance and sale of $600.0 million aggregate principal amount of the Notes. We received net proceeds, after deducting offering expenses, of $592.5 million. The net proceeds of the offering were used for general corporate purposes and to fund the Synteract and Illingworth Research acquisitions.

The Notes were issued pursuant to an indenture, dated as of November 24, 2020 (the "Base Indenture"), among us and Wells Fargo Bank, National Association, as trustee (the "Trustee"), as supplemented by a first supplemental indenture, dated as of November 24, 2020 (the "Supplemental Indenture", and together with the Base Indenture, the "Indenture"), among us, the subsidiary guarantors named therein, and the Trustee. The Indenture provides, among other things, that the Notes are senior unsecured obligations of us and are guaranteed, jointly and severally, on a senior unsecured basis, by certain of our subsidiaries.

We may redeem some or all of the Notes at any time prior to January 15, 2024 at a redemption price equal to 100% of the aggregate principal amount of the Notes to be redeemed plus a "make-whole" premium and accrued and unpaid interest. In addition, prior to July 15, 2023, we may redeem up to 40% of the original principal amount of the Notes with proceeds of certain equity offerings at a redemption price equal to 103.625% of the aggregate principal amount of such Notes plus accrued and unpaid interest. On or after January 15, 2024, we may redeem some or all of the Notes at the redemption prices set forth in the Indenture plus accrued and unpaid interest. The Indenture contains covenants that limit the ability of us and our restricted subsidiaries to, among other things, (1) incur additional liens, (2) engage in certain sale and leaseback transactions, and (3) conduct mergers, consolidations, or asset sales. These covenants are subject to exceptions and qualifications set forth in the Indenture.

If we sell certain of our assets or experience specific kinds of changes of control, we are required to offer to repurchase the Notes at a repurchase price equal to (1) par plus any accrued and unpaid interest in the case of an asset sale or (2) 101% of the aggregate principal amount thereof plus any accrued and unpaid interest in the case of a change of control.

The Notes have not been registered under the Securities Act of 1933, as amended (the "Securities Act") or the securities laws of any other jurisdiction. The Notes were sold to persons reasonably believed to be qualified institutional buyers pursuant to Rule 144A and outside the United States pursuant to Regulation S of the Securities Act.

*Credit Agreement*

We are party to a credit agreement (as amended, the "Credit Agreement") that includes a $1.55 billion Term Loan A facility ("Term Loan A") that has two tranches, tranche one that matures on March 26, 2024 and tranche two that matures on August 1, 2024, a $1.60 billion Term Loan B facility ("Term Loan B") that matures on August 1, 2024, and a $600.0 million Revolver that matures on August 1, 2024. The Revolver includes LOCs with a sublimit of $150.0 million.

On November 24, 2020, we entered into an amendment to the Credit Agreement that extended the maturity date of the Revolver and a portion of Term Loan A to August 1, 2024.

In February 2020, as a result of our Secured Leverage Ratio (as defined in the Credit Agreement) being less than or equal to 2.75x, the Adjusted Eurocurrency Rate Spread (as defined in the Credit Agreement) on our Term B Loans decreased from 2.00% to 1.75%.

During the year ended December 31, 2020, we made $53.5 million and $235.0 million of voluntary prepayments against Term Loan A and Term Loan B, respectively that were applied to future mandatory principal payments due. As a result of these and previous voluntary prepayments, we are not required to make a mandatory payment against the principal balance of Term Loan A until April 2022 and Term Loan B until maturity in August 2024. Additionally, during the year ended December 31, 2020, we made $38.8 million of mandatory principal payments towards Term Loan A.

Table of Contents

We pay a quarterly commitment fee between 0.25% and 0.375% on the average daily unused balance of the Revolver based on the "First Lien Leverage Ratio" at the adjustment date. Fees are charged on all outstanding LOCs at an annual rate equal to the margin in effect on Eurocurrency Rate revolving loans plus participation and fronting fees. As of December 31, 2020, the interest rate on the Term Loan A and the Revolver was 1.646% and the interest rate on the Term Loan B was 1.896%.

Our ability to make payments on our indebtedness and to fund planned capital expenditures and necessary working capital will depend on our ability to generate cash in the future. Our ability to meet our cash needs through cash flows from operations will depend on the demand for our services, as well as general economic, financial, competitive, and other factors, many of which are beyond our control, including the broad effects of the COVID-19 pandemic on the global economy and major financial markets. Our business may not generate cash flow in an amount sufficient to enable us to pay the principal of, or interest on, our indebtedness, or to fund our other liquidity needs, including working capital, capital expenditures, acquisitions, investments, and other general corporate requirements. If we cannot fund our liquidity needs, we will have to take actions such as reducing or delaying capital expenditures, acquisitions or investments, selling assets, restructuring or refinancing our debt, reducing the scope of our operations and growth plans, or seeking additional capital. We cannot assure you that any of these remedies could, if necessary, be affected on commercially reasonable terms, or at all, or that they would permit us to meet our scheduled debt service obligations. The Credit Agreement contains covenant restrictions that limit our ability to direct the use of proceeds from any disposition of assets and, as a result, we may not be allowed to use the proceeds from any such dispositions to satisfy all current debt service obligations.

*Debt Covenants*

The Credit Agreement contains usual and customary restrictive covenants that, among other things, place limitations on our ability to pay dividends or make other restricted payments; prepay, redeem or purchase debt; incur liens; make loans and investments; incur additional indebtedness; amend or otherwise alter debt and other material arrangements; make acquisitions and dispose of assets; transact with affiliates; and engage in transactions that are not related to our existing business. Each of the restrictive covenants is subject to important exceptions and qualifications that would allow us to engage in these activities under certain conditions, including our ability to: (i) pay dividends each year in an amount up to the greater of (a) 6% of the net cash proceeds received by us from any public offering and (b) 5% of our market capitalization; and (ii) pay unlimited dividends if our Secured Leverage Ratio (as defined in the Credit Agreement) is no greater than 3.0 to 1.0.

In addition, with respect to the Term Loan A and the Revolver, the Credit Agreement requires us to maintain a maximum First Lien Leverage Ratio (as defined in the Credit Agreement) of no more than 4.5 to 1.0 as of the last day of each fiscal quarter.

The Indenture also contains customary events of default, including (1) failure to make required payments, (2) failure to comply with certain covenants, (3) failure to pay certain other indebtedness, (4) certain events of bankruptcy and insolvency, and (5) failure to pay certain judgments. An event of default under the Indenture allows either the Trustee or the holders of at least 25% in aggregate principal amount of the Notes, as applicable, issued under such Indenture, to accelerate the amounts due under the Notes, or in the case of a bankruptcy or insolvency, will automatically cause the acceleration of the amounts due under the Notes.

As of December 31, 2020, we were in compliance with all applicable debt covenants.

Table of Contents

*Covenant Restrictions under our Lease Agreement*

The lease agreement for our corporate headquarters in Morrisville, North Carolina includes a provision that may require us to issue a LOC to the landlord based on our debt rating issued by Moody's Investors Service (or other nationally-recognized debt rating agency, such as S&P Global Ratings). As of December 31, 2020 (and through the date of this filing), our debt rating was such that no LOC is currently required. Any letters of credit issued in accordance with the aforementioned requirements could be issued under our Revolver, and if issued under our Revolver, would reduce its available borrowing capacity by the same amount.

*Accounts Receivable Financing Agreement*

On September 25, 2020, we amended our accounts receivable financing agreement to increase the amount we can borrow from $275.0 million to $300.0 million and extend the maturity date to October 2022, and drew down the additional $25.0 million. This agreement is secured by a lien on certain receivables and other assets, and we have guaranteed the performance of the obligations of existing and future subsidiaries that sell and service the accounts receivable under this agreement. The available borrowing capacity varies monthly according to the levels of our eligible accounts receivable and unbilled receivables. Loans under this agreement will accrue interest at a reserve-adjusted LIBOR rate or a base rate equal to the higher of (i) the applicable lender's prime rate and (ii) the federal funds rate plus 0.50%. We may prepay loans upon one business day's prior notice and may terminate or reduce the facility limit of the accounts receivable financing agreement with 15 days' prior notice. As of December 31, 2020, we had $300.0 million of outstanding borrowings under this agreement with no remaining borrowing capacity available.

On January 28, 2021, we amended our accounts receivable financing agreement to increase the amount we can borrow from $300.0 million to $365.0 million, and drew down the additional $65.0 million. At the same time, we made voluntary prepayments on our term loans totaling $65.0 million; therefore, there was no incremental impact on our debt.

*Interest Rates*

We have entered into various interest rate swaps to mitigate our exposure to changes in interest rates on our term loans. As of December 31, 2020, the percentage of our total principal debt (excluding finance leases) that is subject to fixed interest rates was approximately 72%. Each quarter-point increase or decrease in the applicable floating interest rate at December 31, 2020 would change our annual interest expense by approximately $2.0 million.

**Stock Repurchase Program**

On February 26, 2018, our Board of Directors (our "Board") authorized the repurchase of up to an aggregate of $250.0 million of our common stock to be executed from time to time in open market transactions effected through a broker at prevailing market prices, in block trades, or privately negotiated transactions through December 31, 2019 (the "2018 stock repurchase program"). On December 5, 2019, our Board approved an expansion and extension of the stock repurchase program. Our Board increased the share repurchase authorization of our common stock to $300.0 million and extended the term of the program to December 31, 2020. Share repurchases are funded primarily with our working capital, cash flow from operations, and funds available through various borrowing arrangements. The 2018 stock repurchase program expired on December 31, 2020.

On November 17, 2020, our Board approved a new stock repurchase program (the "2021 stock repurchase program") that took effect on January 1, 2021, and which succeeded our 2018 stock repurchase program. The 2021 stock repurchase program authorizes us to repurchase up to $300.0 million of our Class A common stock, par value $0.01, and will expire on December 31, 2022.

84

Table of Contents

We are not obligated to repurchase any particular amount of our common stock, and the 2021 stock repurchase program may be modified, extended, suspended, or discontinued at any time. The timing and amount of repurchases is determined by our management based on a variety of factors such as the market price of our common stock, our corporate requirements for cash, and overall market conditions. The 2021 stock repurchase program is subject to applicable legal requirements, including federal and state securities laws and applicable Nasdaq rules.

The following table sets forth repurchase activity under the 2018 stock repurchase program from inception through December 31, 2020:

| Period | Total number of shares purchased | Average price paid per share | Approximate dollar value of shares purchased (in thousands) |
|---|---|---|---|
| March 2018 | 948,100 | $ 39.55 | $ 37,493 |
| April 2018 | 1,024,400 | 36.60 | 37,492 |
| January 2019 | 552,100 | 39.16 | 21,623 |
| February 2019 | 120,600 | 41.40 | 4,993 |
| June 2019 | 509,100 | 45.29 | 23,055 |
| August 2019 | 141,100 | 49.93 | 7,045 |
| March 2020 | 600,000 | 53.38 | 32,029 |
| September 2020 | 506,244 | 59.26 | 30,000 |
| October 2020 | 150,000 | 54.14 | 8,122 |
| Total | 4,551,644 | | $ 201,852 |

### Cash, Cash Equivalents and Restricted Cash

Our cash flows from operating, investing, and financing activities were as follows (in thousands):

| | Year Ended December 31, | | | Change | | | |
|---|---|---|---|---|---|---|---|
| | 2020 | 2019 | 2018 | 2020 to 2019 | | 2019 to 2018 | |
| Net cash provided by operating activities | $ 425,493 | $ 318,481 | $ 303,448 | $ 107,012 | 33.6% | $ 15,033 | 5.0% |
| Net cash used in investing activities | (504,084) | (81,661) | (145,485) | (422,423) | 517.3% | 63,824 | (43.9)% |
| Net cash provided by (used in) financing activities | 178,265 | (215,469) | (319,356) | 393,734 | n/m | 103,887 | (32.5)% |

### Cash Flows from Operating Activities

Cash flows provided by operating activities increased by $107.0 million during the year ended December 31, 2020 as compared to the prior year. The increase was primarily due to both higher cash-related net income and positive changes in operating assets and liabilities relative to the prior year, including the deferral of certain income tax payments and other taxes as permitted by the CARES Act. The CARES Act deferrals ended on December 31, 2020, with required payments in 2021 and 2022. Fluctuations in accounts receivable, unbilled services (including contract assets), and deferred revenue occur on a regular basis as we perform services, achieve milestones or other billing criteria, send invoices to customers, and collect outstanding accounts receivable. This activity varies by individual customer and contract. We attempt to negotiate payment terms that provide for payment of services prior to or soon after the provision of services, but the levels of accounts receivable, unbilled services (including contract assets), and deferred revenue can vary significantly from period to period.

Table of Contents

*Cash Flows from Investing Activities*

For the year ended December 31, 2020, we used $504.1 million in cash for investing activities, which primarily consisted of $456.5 million of cash paid for the acquisitions of Synteract and Illingworth Research. Additionally, we used $50.0 million in cash for purchases of property and equipment and $15.6 million in cash for investments in unconsolidated affiliates, partially offset by cash received of $18.0 million for the sale of our medication adherence business. We continue to closely monitor our capital expenditures, especially in light of the COVID-19 pandemic, while making strategic investments in the development of our information technology infrastructure to meet the needs of our workforce, enable efficiencies, reduce business continuity risks, and conform to changes in governing rules and regulations.

For the year ended December 31, 2019, we used $81.7 million in cash for investing activities, which consisted primarily of $64.0 million for purchases of property and equipment and $17.0 million for investments in unconsolidated affiliates.

*Cash Flows from Financing Activities*

For the year ended December 31, 2020, financing activities provided $178.3 million in cash, primarily resulting from a net increase in long term debt from the issuance of the Notes, partially offset by repayments of other long-term debt, repurchases of our common stock, and contingent consideration payments.

For the year ended December 31, 2019, we used $215.5 million in cash for financing activities, which consisted primarily of net repayments on term loan debt and our former senior notes that were retired in 2019, as well as payments for the repurchase of our common stock. These payments were partially offset by net proceeds from our Term Loan A, our accounts receivable financing agreement, and proceeds received from the exercise of stock options.

**Inflation**

Our long-term contracts generally include inflation or cost of living adjustments for the portion of the services to be performed beyond one year from the contract date. In the event actual inflation rates are greater than our contractual inflation rates or cost of living adjustments, inflation could have a material adverse effect on our operations or financial condition.

**Critical Accounting Policies and Estimates**

The preparation of the consolidated financial statements in conformity with accounting principles generally accepted in the United States of America ("U.S. GAAP") requires management to make estimates, judgments, and assumptions that affect the reported amounts of assets, liabilities, revenues, and expenses during the period, as well as disclosures of contingent assets and liabilities at the date of the financial statements. We evaluate our estimates on an ongoing basis, including those related to revenue recognition, valuation of goodwill and identifiable intangibles, and tax-related contingencies and valuation allowances. These estimates are based on the information available to management at the time these estimates, judgments, and assumptions are made. Actual results may differ materially from these estimates.

Table of Contents
**Business Combinations**

We account for business combinations in accordance with ASC Topic 805, *Business Combinations*, using the acquisition method of accounting. The purchase price, or total consideration transferred, is determined as the fair value of assets exchanged, equity instruments issued, and liabilities assumed at the acquisition date. The acquisition method of accounting requires that the identifiable assets acquired, the liabilities assumed, and any non-controlling interest in the acquiree are measured and recorded at their fair values on the date of a business combination. Goodwill represents the excess of the purchase price over the estimated fair value of the net assets acquired, including the amount assigned to identifiable intangible assets. Acquisition-related costs are expensed as incurred. The consolidated financial statements reflect the results of operations of the acquiree from the date of the acquisition. For additional information, see Part II, Item 8, "Financial Statements and Supplemental Data - Note 3 - Business Combinations."

**Revenue Recognition**

We adopted ASC Topic 606, *Revenue from Contracts with Customers* and all the related amendments ("new revenue standard" or "ASC 606") on January 1, 2018 using the modified retrospective method for all contracts not completed as of the date of adoption. In accordance with ASC 606, revenue is recognized when, or as, a customer obtains control of promised services. The amount of revenue recognized reflects the consideration to which we expect to be entitled to receive in exchange for these services.

The majority of our Clinical Solutions segment revenue is for service offerings that range in duration from a few months to several years and typically represent a single performance obligation. Revenue for these service contracts is recognized over time using an input measure of progress. The input measure reflects costs (including investigator payments and pass-through costs) incurred to date relative to total estimated costs to complete the contract ("cost-to-cost measure of progress"). Under the cost-to-cost measure of progress methodology, revenue is recorded proportionally to costs incurred. Contract costs principally include direct labor, investigator payments, and pass-through costs. The estimate of total revenue and costs to completion requires significant judgment. Contract estimates are based on various assumptions to project future outcomes of events that often span several years, as well on evaluations and updates made on an ongoing basis. These estimates are reviewed periodically and any adjustments are recognized on a cumulative catch up basis in the period they become known. Updates and adjustments to estimates are likely to result in variability in revenue recognized from period to period and may cause unexpected variability in our operating results. In addition, in certain instances a customer contract may include forms of variable consideration such as incentive fees, volume rebates or other provisions that can increase or decrease the transaction price. This variable consideration is generally awarded upon achievement of certain performance metrics, program milestones or cost targets. For the purposes of revenue recognition, variable consideration is assessed on a contract-by-contract basis and the amount to be recorded is estimated based on the assessment of our anticipated performance and consideration of all information that is reasonably available. Variable consideration is recognized as revenue if and when it is deemed probable that a significant reversal in the amount of cumulative revenue recognized will not occur when the uncertainty associated with the variable consideration is resolved in the future.

The largest of the service offerings within the Commercial Solutions segment relates to Deployment Solutions. Deployment Solutions contracts consist of services to promote and sell commercial products on behalf of a customer. The remaining Commercial Solutions contracts are generally short-term, month-to-month contracts or time and materials contracts. As such, Commercial Solutions revenue is generally recognized as services are performed for the amount we estimate we are entitled to for the period. For contracts billed on a fixed price basis, revenue is recognized over time based on the proportion of labor costs expended to total labor costs expected to complete the contract.

Table of Contents

Most of our contracts can be terminated by the customer without cause with a 30-day notice. In the event of termination, our contracts generally provide that the customer pay us for fees earned through the termination date; fees and expenses for winding down the project, which include both fees incurred and actual expenses; non-cancellable expenditures; and in some cases, a fee to cover a portion of the remaining professional fees on the project. Our long-term clinical trial contracts contain implied substantive termination penalties because of the significant wind-down cost of terminating a clinical trial. These provisions for termination penalties result in these types of contracts being treated as long-term for revenue recognition purposes.

Changes in the scope of work are common, especially under long-term contracts, and generally result in a renegotiation of future contract pricing terms and change in contract transaction price. If the customer does not agree to a contract modification, we could bear the risk of cost overruns. Most of our contract modifications are for services that are not distinct from the services under the existing contract due to the significant integration service provided in the context of the contract and therefore result in a cumulative catch-up adjustment to revenue at the date of contract modification.

*Timing of Billing and Performance*

Differences in the timing of revenue recognition and associated billings and cash collections result in recording of billed accounts receivable, unbilled accounts receivable, contract assets, and deferred revenue on the consolidated balance sheet. Amounts are billed as work progresses in accordance with agreed-upon contractual terms either at periodic intervals or upon achievement of contractual milestones. Billings generally occur subsequent to revenue recognition, resulting in recording of unbilled accounts receivable in instances where the right to bill is contingent solely on the passage of time (e.g., in the following month) and contract assets in instances where the right to bill is associated with a contingency (e.g., achievement of a milestone).

Accounts receivable are recorded at net realizable value. Unbilled accounts receivable (including contract assets) arise when services have been rendered for which revenue has been recognized but the customers have not been billed. In general, prerequisites for billings and payments are established by contractual provisions, including predetermined payment schedules, which may or may not correspond to the timing of the performance of services under the contract. Contract assets include unbilled amounts typically resulting from revenue recognized in excess of the amounts billed to the customer for which the right to payment is subject to factors other than the passage of time. These amounts may not exceed their net realizable value. Contract assets are generally classified as current. Deferred revenue represents contract liabilities and consists of customer payments received in advance of performance and billings in excess of revenue recognized, net of revenue recognized from the balance at the beginning of the period. Contract assets and deferred revenue are presented on the balance sheet on a net contract-by-contract basis at the end of each reporting period.

**Goodwill and Intangible Assets**

Goodwill represents the excess of purchase price over the estimated fair value of net assets acquired, including the amount assigned to identifiable intangible assets, in business combinations. In accordance with ASC Topic 350, *Intangibles - Goodwill and Other*, goodwill is not subject to amortization but must be tested for impairment annually or more frequently if events or changes in circumstances indicate that goodwill might be impaired. Goodwill is tested for impairment at the reporting unit level, which is one level below the operating segment level. This test requires us to determine if the implied fair value of the reporting unit's goodwill is less than its carrying amount.

The impairment analysis requires significant judgments, estimates and assumptions. There is no assurance that the actual future earnings or cash flows of the reporting units will not decline significantly from the projections used in the impairment analysis. Goodwill impairment charges may be recognized in future periods in one or more of the reporting units to the extent changes in factors or circumstances occur, including deterioration in the macroeconomic environment, industry, deterioration in our performance or our future projections, or changes in plans for one or more of our reporting units.

Table of Contents

We completed our annual impairment test for potential impairment as of October 1, 2020 for all five of our reporting units, determining that there were no impairments. Our goodwill is principally related to the Merger completed on August 1, 2017. The COVID-19 pandemic negatively impacted our results of operations during 2020, however, at this time, we do not believe there has been a significant change in the long-term fundamentals of our business. We will continue to evaluate the impacts of the COVID-19 pandemic on our business. Depending on the extent to which future developments negatively impact our results of operations and financial outlook, an interim impairment test may be required in the future.

Intangible assets consist of backlog, customer relationships, trade names, trademarks, and other intellectual property. We amortize intangible assets related to customer relationships, trade names, trademarks, and other intellectual property on a straight-line basis over the estimated useful life of the asset. Intangible assets related to backlog are amortized based on our expectations of the timing of when revenue associated with the backlog is expected to be recognized.

We review intangible assets at the end of each reporting period to determine if facts and circumstances indicate that the useful life is shorter than originally estimated or that the carrying amount of the assets might not be recoverable. If such facts and circumstances exist, we assess the recoverability of identified assets by comparing the projected undiscounted net cash flows associated with the related asset or group of assets over their remaining lives to their respective carrying amounts. Impairments, if any, are based on the excess of the carrying amount over the fair value of those assets and occur in the period in which the impairment determination is made.

***Income Taxes***

We and our U.S. subsidiaries file a consolidated U.S. federal income tax return. Our other subsidiaries file tax returns in their local jurisdictions.

We provide for income taxes on all transactions that have been recognized in the consolidated financial statements. Specifically, we estimate our tax liability based on current tax laws in the statutory jurisdictions in which we operate. Accordingly, the impact of changes in income tax laws on deferred tax assets and deferred tax liabilities are recognized in net earnings in the period during which such changes are enacted. We record deferred tax assets and liabilities based on temporary differences between the financial statement and tax bases of assets and liabilities and for tax benefit carryforwards using enacted tax rates in effect in the year in which the differences are expected to reverse.

We provide valuation allowances against deferred tax assets for amounts that are not considered more likely than not to be realized. The valuation of the deferred tax asset is dependent on, among other things, our ability to generate a sufficient level of future taxable income. In estimating future taxable income, we have considered both positive and negative evidence, such as historical and forecasted results of operations, and have considered the implementation of prudent and feasible tax planning strategies. If the objectively verifiable negative evidence outweighs any available positive evidence (or the only available positive is subjective and cannot be verified), then a valuation allowance will likely be deemed necessary. If a valuation allowance is deemed to be unnecessary, such allowance is released and any related benefit is recognized in the period of the change.

We recognize a tax benefit from an uncertain tax position only if we believe it is more likely than not to be sustained upon examination based on the technical merits of the position. Judgment is required in determining what constitutes an individual tax position, as well as the assessment of the outcome of each tax position. We consider many factors when evaluating and estimating tax positions and tax benefits. In addition, the calculation of tax liabilities involves dealing with uncertainties in the application of complex tax regulations in domestic and foreign jurisdictions. The amount of the accrual for which an exposure exists is measured as the largest amount of benefit determined on a cumulative probability basis that we believe is more likely than not to be realized upon ultimate settlement of the position. If the calculation of liability related to uncertain tax positions proves to be more or less than the ultimate assessment, a tax expense or benefit, respectively, would result. Unrecognized tax benefits are presented as either a reduction to a deferred tax asset for a net operating loss ("NOL") carryforward, a similar tax loss, or a tax credit carryforward or as a separate liability.

Table of Contents

**Recently Issued Accounting Standards**

For a description of recently issued accounting pronouncements, including the expected dates of adoption and the estimated effects, if any, on our consolidated financial statements, see "Note 1 - Basis of Presentation and Summary of Significant Accounting Policies" to our consolidated financial statements in Part II, Item 8, "Financial Statements and Supplementary Data" in this Annual Report on Form 10-K.

**Item 7A. Quantitative and Qualitative Disclosures About Market Risk.**

Market risk is the potential loss arising from adverse changes in market rates and prices, such as foreign currency exchange rates, interest rates, and other relevant market rate or price changes. In the ordinary course of business, we are exposed to various market risks, including changes in foreign currency exchange rates and interest rates, and we regularly evaluate our exposure to such changes. Our overall risk management strategy seeks to balance the magnitude of the exposure and the cost and availability of appropriate financial instruments. From time to time, we have utilized forward exchange contracts to manage our foreign currency exchange rate and interest rate risk.

*Foreign Currency Exchange Rates*

Approximately 19% of our revenues for the year ended December 31, 2020 were denominated in currencies other than the U.S. dollar. Our financial statements are reported in U.S. dollars and, accordingly, fluctuations in exchange rates will affect the translation of our revenues and expenses denominated in foreign currencies into U.S. dollars for purposes of reporting our consolidated financial results. During 2020 and 2019, the most significant currency exchange rate exposures were the British Pound, Euro, Canadian Dollar, and Japanese Yen. A hypothetical change of 10% in average exchange rates used to translate all foreign currencies to U.S. dollars would have impacted income before income taxes for 2020 by approximately $13.4 million. The impact of this could be partially offset by exchange rate fluctuation provisions stated in some of our contracts with customers designed to mitigate our exposure to fluctuations in currency exchange rates over the life of the contract. For example during the year ended December 31, 2020, our revenue was reduced by $5.7 million to reflect the reduced operating costs required to fulfill the contracts as a result of the fluctuations in foreign currency exchange rates. We do not have significant operations in countries in which the economy is considered to be highly inflationary.

We are subject to foreign currency transaction risk for fluctuations in exchange rates during the period of time between the consummation and cash settlement of a transaction. Accordingly, exchange rate fluctuations during this period may affect our profitability with respect to such contracts. We are able to partially offset our foreign currency transaction risk through exchange rate fluctuation adjustment provisions stated in our contracts with customers, or we may hedge our transaction risk with foreign currency exchange contracts.

*Foreign Exchange Forward*

On October 30, 2020, we entered into a foreign exchange forward in order to minimize monthly foreign currency remeasurement gains or losses on non-functional currency monetary balances. The foreign exchange forward notional value may be adjusted each month as the exposure balance changes. We elected not to designate the derivative as a hedge. All changes in the mark-to-market of the foreign exchange forward are recorded in earnings every month to other (income) expense, net in the accompanying consolidated statements of income. We recognized $1.5 million of realized gains during the year ended December 31, 2020 related to this foreign exchange forward. As of December 31, 2020, the notional value of this foreign exchange forward was $50.0 million.

Table of Contents
***Interest Rates***

We are subject to market risk associated with changes in interest rates. In May 2016, we entered into floating to fixed interest rate swaps with a combined notional value of $300.0 million to reduce our earnings exposure related to changes in floating interest rates on our term loans. The swaps became effective on June 30, 2016, and a portion of the interest rate swaps expired on June 30, 2018, and the remainder expired on May 14, 2020.

In June 2018, we entered into two additional interest rate swaps with multiple counterparties. The first interest rate swap had an aggregate notional value of $1.22 billion, began accruing interest on June 29, 2018, and expired on December 31, 2018. The second interest rate swap had an initial aggregate notional value of $1.01 billion, an effective date of December 31, 2018, and will expire on June 30, 2021. As of December 31, 2020, the remaining notional value of this interest rate swap was $905.6 million.

In March 2020, we entered into interest rate swaps with an initial aggregate notional value of $549.2 million, increasing to $1.42 billion in 2021, an effective date of March 31, 2020, and will expire on March 31, 2023. As of December 31, 2020, the notional value of these interest rate swaps was $603.2 million.

At December 31, 2020 and 2019, we had $2.97 billion and $2.68 billion, respectively, of total principal indebtedness (including finance leases of $49.0 million and $54.7 million, respectively), of which $809.5 million and $1.67 billion, respectively, was subject to variable interest rates (excluding finance leases). Each quarter-point increase or decrease in the applicable interest rate at December 31, 2020 and 2019 would change our annual interest expense by approximately $2.0 million and $4.2 million, respectively.