# Exhibit 44

DEF 14A 1 synh-def14a_20210512.htm DEF 14A

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, DC 20549**

## SCHEDULE 14A
**(RULE 14a-101)**
**INFORMATION REQUIRED IN PROXY STATEMENT**
## SCHEDULE 14A INFORMATION

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934**

Filed by the Registrant ☒

Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐ Preliminary Proxy Statement.

☐ **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2)).**

☒ Definitive Proxy Statement.

☐ Definitive Additional Materials.

☐ Soliciting Material Pursuant to §240.14a-12.

# SYNEOS HEALTH, INC.

**(Name of Registrant as Specified in its Charter)**

# N/A

**(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒ No fee required.

☐ Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11

    (1) Title of each class of securities to which transaction applies:

    (2) Aggregate number of securities to which transaction applies:

    (3) Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

    (4) Proposed maximum aggregate value of transaction:

    (5) Total fee paid:

☐ Fee paid previously with preliminary materials.

☐ Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

    (1) Amount Previously Paid:

    (2) Form, Schedule or Registration Statement No.:

    (3) Filing Party:

    (4) Date Filed:



# Notice of 2021 Annual Meeting
# and Proxy Statement





March 31, 2021

## Dear Stockholder,

You are cordially invited to attend the 2021 Annual Meeting of Stockholders of Syneos Health, Inc. on Wednesday, May 12, 2021, at 8:00 am EDT. The Notice of Annual Meeting of Stockholders and the Proxy Statement accompanying this letter describe the business to be conducted at the meeting and provide further information about Syneos Health.

Throughout the pandemic, our priorities have been the safety and wellbeing of our employees, the success of our customers, and the stability of our business for our stockholders. Although 2020 presented unprecedented challenges, our teams rose to meet the moment. Through their resiliency and dedication, we supported our employees, continued to provide agile, custom solutions to meet the needs of our customers, and delivered solid financial results.

If the pandemic made anything clear, it is the increased urgency of improving the cost, speed, accuracy, efficiency, and fairness of developing treatments to stay ahead of rapidly evolving and spreading pathogens. Simply put, insights-driven product development is fundamental to inclusive and effective medical care and healthy and stable societies.

We were ready to help when the pandemic hit and had the scale and experience to do so. We responded during the darkest moments of the pandemic's first wave, when hospitals were overwhelmed and ventilators in frighteningly short supply. Our Ventilator Initiative Task Force—initiated by employees with expert critical care knowledge—helped educate thousands of health care providers about an alternative to mechanical ventilation for hospitalized COVID-19 patients. In addition, our 25,000 employees worked tirelessly to help bring COVID-19 treatments and vaccines to market, conducting 'real-time' data monitoring, data cleaning and analysis for groundbreaking vaccines, and contributing to more than 80 COVID-19 related clinical projects.

In response to the pandemic, we leveraged digital innovations, including telehealth and remote monitoring, to minimize disruptions to clinical trials and to connect with customers in a field historically dominated by face-to-face and written communications. Within our Commercial business, we launched our Kinetic$^{TM}$ customer engagement capability to offer customers fully integrated omnichannel solutions. Demand for our services steadily increased, generating record net awards and growing ending backlog 23.0% to a record $10,951.1 million, consisting of $10,239.5 million for Clinical Solutions and $711.6 million for the Deployment Solutions offering within Commercial Solutions. The leadership, resiliency and dedication of our teams to deliver for our customers enabled this record-setting year.

We also implemented extensive safety measures to protect our employees and customers, quickly pivoting to a remote work environment where possible, imposing travel restrictions, and following social distancing protocols. To remain transparent with employees, we implemented frequent employee messaging—including CEO emails, blogs, vlogs and town halls—to inform employees about Company actions to safeguard their wellbeing and the Company's financial wellbeing. We created a voluntary furlough program and facilitated voluntary schedule reductions and unpaid leave, which allowed employees to take care of their families, and made arrangements to allow continuation of benefits during furloughs. We are proud to report that involuntary actions, such as layoffs and involuntary furloughs, were significantly minimized by other cost containment measures.

As a leader in developing innovative biopharmaceutical solutions, we also strive to lead our industry in our Diversity, Equity & Inclusion efforts. We believe that addressing complex healthcare challenges requires contributions from diverse viewpoints. As of December 31, 2020, 67% of our total workforce were women and 32% of our employees in the United States represented ethnic minority groups. As this data demonstrates, we have been and continue to be committed to diversity within our employee population.

We continued to deliver on our value creation plan in 2020. While revenue declined 5.6%, primarily driven by the impacts of the pandemic, our cost containment measures allowed us to grow income from operations by 23.3% and net income by 46.9% compared to 2019. We took actions to preserve liquidity and protect the Company's financial position, ultimately growing cash flow from operations 33.6% year over year to a record $425.5 million. We issued $600 million of senior notes bearing interest at 3.625%, entered into interest rate swaps to lock in record low rates, and extended the maturity date of the Term Loan A and revolving credit facility components of our credit agreement, providing additional flexibility in our capital structure. We also completed the divestiture of the Company's contingent staffing and medication adherence businesses, two non-core assets, furthering our commitment to a focused business model positioned to drive growth.

Further, we capitalized on two attractive acquisition opportunities and welcomed Synteract and Illingworth Research Group to Syneos Health. Synteract provides us with an expanded presence in the emerging biopharma market. Illingworth, a leading global provider of clinical research home health services, enables clinical trial participation from the comfort and safety of a patient's home, school, or place of work.

As our results reflect, in 2020 we were there to meet the needs of our employees and customers as they evolved. Among other accomplishments, we:

- Achieved a record $5,863.1 million in total net new business awards, representing a book-to-bill ratio of 1.33x for the total Company;
- Increased GAAP net income by 46.9% year-over-year to $192.8 million, resulting in diluted earnings per share of $1.83, compared to GAAP net income of $131.3 million, or diluted earnings per share of $1.25, for 2019;
- Launched a large strategic collaboration with Concert AI, an oncology leader in real world evidence;
- Signed a new three-year agreement with Pfizer Inc. to deliver global product development solutions to support Pfizer's portfolio;
- Completed the acquisitions of Synteract and Illingworth Research Group;
- Repurchased $70.2 million of common stock;
- Launched our Kinetic customer engagement capability that makes fully integrated omnichannel solutions more easily accessible to biopharmaceutical organizations;
- Won the Society for Clinical Research Eagle Sites Award, sweeping the CRO category for the fourth consecutive year; and
- Became the highest ranking biopharmaceutical outsourcing company on the Forbes list of World's Best Employers.

We ask for your support on the items described in the Proxy Statement accompanying this letter so that we can continue creating value and advancing our Values. We also thank you for your investment in our Company, in our people, and, ultimately, in the societal health and welfare enabled by the medicines we help bring to life.







**Alistair Macdonald**
Chief Executive Officer

**John M. Dineen**
Chair of the Board



**1030 Sync Street
Morrisville, North Carolina
27560**

# Notice of Annual Meeting of Stockholders

| DATE AND TIME | LOCATION | RECORD DATE |
|---|---|---|
| May 12, 2021 at 8:00 a.m. EDT | Online only via live webcast | March 19, 2021 |

To the Stockholders of Syneos Health, Inc.:

Notice is hereby given that the Annual Meeting of Stockholders (the "Annual Meeting") of Syneos Health, Inc. (the "Company" or "Syneos Health") will be held on May 12, 2021 at 8:00 a.m. EDT. The Annual Meeting will be a completely virtual meeting, which will be conducted via live webcast. You will be able to attend the Annual Meeting online and submit your questions during the meeting by visiting www.virtualshareholdermeeting.com/SYNH2021 and entering the 16-digit control number included on the Notice of Internet Availability of Proxy Materials or any proxy card that you received, or on the materials provided by your bank or broker.

The meeting is called for the following purposes:

1.  To elect the three Class I directors named in the Company's Proxy Statement for a term expiring at the 2024 annual meeting of stockholders and until their successors have been elected and qualified;

2.  To approve, on an advisory (nonbinding) basis, the Company's executive compensation;

3.  To ratify the appointment of Deloitte & Touche LLP as the Company's independent auditors; and

4.  To consider and take action upon such other matters as may properly come before the meeting or any adjournment, continuation or postponement thereof.

These matters are more fully described in the Proxy Statement accompanying this Notice.

If you were a stockholder of record of Syneos Health Class A common stock ("common stock"), as of the close of business on March 19, 2021, you are entitled to receive this Notice and vote at the Annual Meeting of Stockholders and any adjournment, continuation or postponement thereof, provided that the board of directors (the "Board") may fix a new record date for an adjourned meeting. A complete list of our stockholders as of the record date will be available for examination by any stockholder during the ten days prior to the Annual Meeting for a purpose germane to the meeting by sending an email to Investor.Relations@syneoshealth.com, stating the purpose of the request and providing proof of ownership of Company stock. The list of these stockholders will also be available on the bottom of your screen during the Annual Meeting after entering the 16-digit control number included on the Notice of Internet Availability of Proxy Materials or any proxy card that you received, or on the materials provided by your bank or broker.

We recommend that you review the information under "Frequently Asked Questions about the Annual Meeting" in the Proxy Statement for additional detail regarding the process for, and the deadlines applicable to, voting, attending the meeting and appointing a proxy.

**Whether or not you expect to attend the Annual Meeting, the Board respectfully requests that you vote your shares in the manner described in the Proxy Statement. Promptly voting your shares will ensure the presence of a quorum at the Annual Meeting and will save us the expense of further solicitation. At any time before it has been voted at the meeting, you may revoke your proxy in the manner described in the Proxy Statement.**

By Order of the Board of Directors of Syneos Health, Inc.,

**Jonathan Olefson**
General Counsel and Corporate Secretary
Morrisville, North Carolina
Dated: March 31, 2021

**SYNEOS HEALTH, INC.**
**1030 Sync Street**
**Morrisville, North Carolina 27560**

**Proxy Statement**
**for the**
**Annual Meeting of Stockholders**
**To Be Held May 12, 2021**

# Table of Contents

|  | Page |
|---|---|
| **Information Concerning Solicitation and Voting** | **1** |
| **About Syneos Health** | **2** |
| **Corporate Governance Matters** | **3** |
| **Board of Directors** | **3** |
| **Board Skills and Experience** | **8** |
| **How the Board is Selected and Refreshed** | **8** |
| **Independence of the Directors** | **9** |
| **Committees of the Board** | **10** |
| **How the Board is Organized** | **12** |
| **How You Can Communicate with the Board** | **12** |
| **How the Board is Paid** | **12** |
| **Risk Oversight and Polices Applicable to the Board** | **13** |
| **Proposal One - Election of Directors** | **15** |
| **Sustainability and Corporate Citizenship** | **16** |
| **Security Ownership of Certain Beneficial Owners and Management** | **21** |
| **Executive Compensation and Other Matters** | **23** |
| **Compensation Discussion and Analysis** | **24** |
| **Compensation of Named Executive Officers** | **35** |
| **Proposal Two - Advisory (Nonbinding) Vote on Executive Compensation** | **46** |
| **Proposal Three - Ratification of the Appointment of Independent Registered Public Accounting Firm** | **47** |
| **Audit Committee Report** | **48** |
| **Frequently Asked Questions about the Annual Meeting** | **50** |
| **Certain Relationships and Related Person Transactions** | **53** |
| **Additional Information** | **55** |
| **Delinquent Section 16(a) Reports** | **55** |
| **Stockholder Proposals** | **55** |
| **Proxy Solicitation** | **55** |
| **Delivery of Documents to Stockholders Sharing an Address** | **55** |
| **Annual Report on Form 10-K** | **56** |
| **Other Matters** | **56** |

# Security Ownership of Certain Beneficial Owners and Management

The following table sets forth certain information regarding the beneficial ownership of our common stock as of March 19, 2021, unless otherwise noted below, for the following:

- each person or entity known to own beneficially more than 5% of our outstanding common stock as of the date indicated in the corresponding footnote;
- each member of our Board and each of our named executive officers ("NEOs"); and
- all current members of our Board and our executive officers as a group.

Applicable percentage ownership is based on 104,219,970 shares of our common stock outstanding as of March 19, 2021, unless otherwise noted below, together with applicable options for each stockholder. Beneficial ownership is determined in accordance with the rules of the SEC, based on factors including voting and investment power with respect to shares. Common stock subject to stock options currently exercisable, or exercisable within 60 days after March 19, 2021, are deemed outstanding for the purpose of computing the percentage ownership of the person holding those stock options, but are not deemed outstanding for computing the percentage ownership of any other person. Unless otherwise indicated, the address for each listed stockholder is c/o Syneos Health, Inc., 1030 Sync Street, Morrisville, North Carolina 27560. Each of the stockholders listed has sole voting and investment power with respect to the shares beneficially owned by the stockholder unless noted otherwise, subject to community property laws where applicable.

| NAME AND ADDRESS OF BENEFICIAL OWNER | NUMBER OF SHARES BENEFICIALLY OWNED | PERCENT OF COMMON STOCK OUTSTANDING |
|---|---|---|
| **5% Stockholder:** | | |
| Advent International Corporation (1) | 10,764,749 | 10.33% |
| Funds affiliated with Thomas H. Lee Advisors, LLC (2) | 9,108,713 | 8.74% |
| BlackRock, Inc. (3) | 7,472,701 | 7.17% |
| The Vanguard Group (4) | 6,791,185 | 6.52% |
| **Named Executive Officers and Directors:** | | |
| Alistair Macdonald (5) | 146,567 | * |
| Jason Meggs (6) | 37,604 | * |
| Michelle Keefe (7) | 19,282 | * |
| Paul Colvin (7) | 1,300 | * |
| Jonathan Olefson (7) | 5,165 | * |
| Todd M. Abbrecht (8) | 18,660 | * |
| Thomas Allen (9) | — | — |
| Bernadette M. Connaughton (7) | 1,909 | * |
| John M. Dineen (7) | 14,623 | * |
| Linda A. Harty (7) | 11,432 | * |
| William Klitgaard (7) | 11,432 | * |
| John Maldonado (9) | — | — |
| Kenneth F. Meyers (7) | 12,141 | * |
| Matthew E. Monaghan (7) | 12,141 | * |
| Joshua M. Nelson (10) | 8,184 | * |
| All board of director members and executive officers as a group (15 individuals) (11) | 300,440 | * |

\*    less than 1%



**SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT**

(1)  As reported on a Schedule 13D/A filed on March 5, 2021, on behalf of Advent International Corporation and various related entities. The address of Advent International Corporation and such related entities is Prudential Tower, 800 Boylston Street, Suite 3300, Boston, MA 02199.

(2)  As reported on a Schedule 13D/A filed on March 5, 2021, on behalf of Thomas H. Lee Advisors, LLC and various related entities. Each of Thomas H. Lee Advisors, LLC and its various related entities has shared ownership and dispositive power over their respective shares. The address of Thomas H. Lee Advisors, LLC and such related entities is 100 Federal Street, 35th Floor, Boston, MA 02110.

(3)  As reported on a Schedule 13G/A filed on February 1, 2021, BlackRock, Inc. reported sole voting power over 7,232,360 shares and sole dispositive power over 7,472,701 shares. The address of BlackRock, Inc. is 55 East 52nd Street New York, NY 10055.

(4)  As reported on a Schedule 13G/A filed on February 10, 2021, The Vanguard Group reported shared voting power over 46,432 shares, sole dispositive power over 6,686,309 shares, and shared dispositive power over 104,876 shares. The address of The Vanguard Group is 100 Vanguard Blvd., Malvern, PA 19355.

(5)  Includes 57,840 stock options currently exercisable or exercisable within 60 days of March 19, 2021.

(6)  Includes 5,328 stock options currently exercisable or exercisable within 60 days of March 19, 2021.

(7)  Includes zero stock options currently exercisable or exercisable within 60 days of March 19, 2021.

(8)  Represents shares deemed to be beneficially owned by Mr. Abbrecht following a pro rata distribution in kind for no additional consideration.

(9)  Messrs. Allen and Maldonado have each waived their right to receive stock-based awards for their service on the Board of Directors.

(10) Represents shares deemed to be beneficially owned by Mr. Nelson following a pro rata distribution in kind for no additional consideration.

(11) Includes 63,168 stock options currently exercisable or exercisable within 60 days of March 19, 2021.