# Exhibit 45

DEF 14A 1 synh-def14a_20220525.htm DEF 14A

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, DC 20549**

# SCHEDULE 14A
**(RULE 14a-101)**

**INFORMATION REQUIRED IN PROXY STATEMENT**

# SCHEDULE 14A INFORMATION

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934**

Filed by the Registrant ☒

Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐  Preliminary Proxy Statement.

☐  **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2)).**

☒  Definitive Proxy Statement.

☐  Definitive Additional Materials.

☐  Soliciting Material Pursuant to §240.14a-12.

# SYNEOS HEALTH, INC.

**(Name of Registrant as Specified in its Charter)**

# N/A

**(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)**

Payment of Filing Fee (Check all boxes that apply):

☒  No fee required

☐  Fee paid previously with preliminary materials

☐  Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11

# Notice of 2022 Annual Meeting and Proxy Statement



Syneos® Health

Shortening the distance
from lab to life®.



April 12, 2022

## Dear Stockholder,

You are cordially invited to attend the 2022 Annual Meeting of Stockholders of Syneos Health, Inc. on Wednesday, May 25, 2022, at 8 a.m. EDT. The Notice of Annual Meeting of Stockholders and the Proxy Statement accompanying this letter describe the business to be conducted at the meeting and provide further information about Syneos Health.

We are energized by the evolution of Syneos Health as we begin our next chapter, leading with a product development mindset. We've developed innovative integrated offerings, enabled by data and technology, that position Syneos Health for long-term growth. In 2021, we continued to invest in our Dynamic Assembly® model and expanded our Decentralized Clinical Trial solutions through Illingworth Research Group and StudyKIK. We also continue to reap benefits from Kinetic™, our modern customer engagement capability.

Our product development mindset has transformed our operational structure, where we are now organized like our customers to work seamlessly for patients. This alignment of structure to strategy, infusing insights across the product development continuum, is designed to accelerate delivery for customers, colleagues, patients and communities. Our employees are responding to the new market dynamics and helping to further position Syneos Health as a truly unique company that supports our customers in bringing life-saving biopharmaceuticals to market.

We are optimistic about the year ahead and look forward to successfully delivering projects for our customers and improving the financial strength of our business for stockholders and employees.

As our results reflect, we achieved a number of notable accomplishments in 2021, including:

- *Syneos One®:* Continued growth for Syneos One, our end-to-end product development platform, with the first commercial launch taking place. The second commercial launch from this portfolio is now underway following FDA approval for the underlying product in January.
- *New Acquisitions Accelerated Offerings:* The acquisitions of StudyKIK and RxDataScience expanded our digitally enabled delivery in the clinical trial space, enhanced our patient engagement strategies and increased data-driven innovation for our customers.
- *Strong Commercial Solutions:* Continued strength for our integrated solutions approach as demonstrated by revenue growth accelerating to 11.9%. Additionally, demand for our Full-Service Commercial offering remained high, resulting in full year gross awards growth of over 70% compared to 2020.
- *Medical Affairs:* Introduced a full-service Medical Affairs offering that combines capabilities from across our business into an integrated offering, connecting our Real World Evidence, Health Economics and Outcomes Research, Medical Science Liaisons, Medical Communications and specialized consulting disciplines.
- *Resilient COVID-19 Response:* As COVID-19 challenges persisted, we continued to respond, providing ongoing, "real-time" data monitoring, data cleaning and analysis to support our customers in bringing new therapies to market and healthcare providers as they provide critically needed patient care.

We also delivered on our value creation plan, growing total revenue for 2021 by 18.1% compared to 2020, increasing net income by 21.8% to $234.8 million in 2021 and increasing adjusted EBITDA by 20.8% to $765.3 million in 2021 and paying down our term loan debt to reduce net leverage to 3.6x as of December 31, 2021. This increase in profitability was primarily driven by growth in operating income and our *Forward Bound* initiatives, including improved efficiency through our Syneos Operations Network.

Syneos Health fosters career growth and development at the intersection of healthcare and technology. To drive our long-term success, we also strive to lead our industry in our Diversity, Equity and Inclusion efforts, recently launching a strategic business initiative aimed at continuing to attract and develop top talent. Currently, 68% of our total workforce are women and 32% of our employees in the United States identify with ethnic minority groups. In 2021, 33% of our new hires in the United States were minorities.

To help our diverse workforce thrive, we expanded our employee resource groups ("ERGs") from four to seven in 2021, with more planned for 2022. As our employee footprint continues to grow in the Asia-Pacific, EMEA and Latin American communities, our ERGs will help to drive engagement and community for our colleagues.

For the first time, Syneos Health was included in the Human Rights Campaign Foundation's 2022 Corporate Equality Index ("CEI"), the United States' foremost benchmarking survey and report measuring corporate policies and practices related to LGBTQIA+ workplace equality. This is the first time Syneos Health submitted to CEI for consideration, and with this baseline score, we better understand areas of improvement for better supporting our LGBTQIA+ colleagues.

As certain representatives of our former private equity sponsors resigned from our board in 2021, the Board took the opportunity to fill the seats with three highly qualified individuals, Dr. David S. Wilkes, Barbara W. Bodem and Alfonso G. Zulueta, who bring additional depth of biopharma expertise and unique perspectives to an already strong Board.

As a leader in the biopharma space, we are committed to decreasing our environmental footprint. Our carbon emissions are already smaller than companies in some other industries; however, we believe addressing the risks associated with global climate change is the right thing to do for our business and the world. To reinforce our commitment to achieving net-zero emissions by 2040, we signed The Climate Pledge, a global effort of companies and organizations to take collective action and solve the challenges of decarbonizing our economy.

Lastly, in September, we released our recent Sustainability Report and continue to make progress towards our goals. This is a top priority for us in the year ahead.

The last few years have presented unexpected challenges, both for the company and for us as individuals, and we have had to make difficult adjustments. Looking forward, we're excited about the significant strides we continue to make in bringing the latest innovation and technology-enabled services to our customers to support our mission of helping customers accelerate the delivery of therapies that impact health worldwide.

We ask for your support on the items described in the Proxy Statement accompanying this letter so that we can continue this crucial work, now more than ever. We appreciate your continued investment in Syneos Health.







**Alistair Macdonald**
Chief Executive Officer

**John M. Dineen**
Chair of the Board



# Notice of 2022 Annual Meeting of Stockholders

**DATE AND TIME**
May 25, 2022 at 8:00 a.m. EDT

**LOCATION**
Online only via live webcast

**RECORD DATE**
March 28, 2022

You will be able to attend the 2022 Annual Meeting online and submit your questions during the meeting by visiting www.virtualshareholdermeeting.com/SYNH2022 and entering the 16-digit control number included on the Notice of Internet Availability of Proxy Materials ("Internet Notice") or any proxy card that you received, or on the materials provided by your bank or broker.

## Agenda

|  |  | **Board Recommendation** |
|---|---|---|
| **Proposal 1** | Election of the four Class II directors named in the accompanying Proxy Statement | **FOR** |
| **Proposal 2** | Approval of an amendment to the Certificate of Incorporation to phase-out the classified board structure and provide that all directors elected at or after the 2025 annual meeting of stockholders be elected on an annual basis | **FOR** |
| **Proposal 3** | Advisory (nonbinding) vote to approve our executive compensation ("Say-on-Pay") | **FOR** |
| **Proposal 4** | Advisory (nonbinding) vote to approve the frequency of future Say-on-Pay votes | **ONE YEAR** |
| **Proposal 5** | Ratification of appointment of Deloitte & Touche LLP as our independent auditors | **FOR** |

In addition, we will transact any other business properly presented at the meeting, including any adjournment or postponement by or at the direction of the Board of Directors.

A complete list of our stockholders entitled to vote at the meeting will be available for examination by any stockholder during the ten days prior to the Annual Meeting for a purpose germane to the meeting by sending an email to Investor.Relations@syneoshealth.com, stating the purpose of the request and providing proof of ownership of company stock. The list of these stockholders will also be available on the bottom of your screen during the Annual Meeting.

## Your Vote is Important

To make sure your shares are represented, please cast your vote as soon as possible in one of the following ways:

| **Internet** | **Telephone** | **Mail** |
|---|---|---|
| Go to the website shown on your Internet Notice and follow the instructions | Use the toll-free number shown on your proxy card or voting instruction form | Mark, sign and date your proxy card and return it in the provided postage-paid envelope |

By Order of the Board of Directors of Syneos Health, Inc.,

**Jonathan Olefson**
General Counsel and Corporate Secretary
Morrisville, North Carolina
April 12, 2022

# Table of Contents

**Page**

| | |
|---|---|
| 1 | **Proxy Statement Summary** |
| 2 | **About Syneos Health** |
| 5 | **Corporate Governance Matters** |
| 5 | Board of Directors |
| 10 | Board Skills, Experience and Diversity |
| 12 | Role of the Board |
| 12 | How the Board is Selected and Refreshed |
| 14 | Independence of the Directors |
| 14 | Committees of the Board |
| 16 | How the Board is Organized |
| 16 | How You Can Communicate with the Board |
| 17 | How the Board is Paid |
| 18 | Risk Oversight and Polices Applicable to the Board |
| 20 | **Proposal One – Election of Directors** |
| 21 | **Proposal Two – Amendment to Certificate of Incorporation to Phase-Out Classified Board Structure** |
| 22 | **Sustainability and Corporate Citizenship** |
| 27 | **Executive Compensation and Other Matters** |
| 28 | **Compensation Discussion and Analysis** |
| 28 | Executive Summary |
| 28 | Our Company |
| 28 | Named Executive Officers |
| 28 | Our Executive Compensation Program |
| 29 | Compensation Philosophy |
| 32 | Results of 2021 Say-on-Pay Vote |
| 32 | Compensation Decision Roles |
| 32 | Compensation Consultant |
| 32 | Peer Group |
| 33 | Target Pay and Mix of Compensation Elements |
| 34 | Compensation Element Details |
| 39 | **Compensation of Named Executive Officers** |
| 39 | 2021 Summary Compensation Table |

**Page**

| | |
|---|---|
| 40 | 2021 Grants of Plan-Based Awards |
| 41 | Outstanding Equity Awards at Fiscal Year-End |
| 43 | 2021 Option Exercises and Stock Vested |
| 43 | 2021 Nonqualified Deferred Compensation |
| 44 | Employment Agreements |
| 46 | Summary of Potential Payments upon Termination of Employment or Change in Control |
| 48 | CEO Pay Ratio Disclosure |
| 49 | **Proposal Three – Advisory (Nonbinding) Vote on Executive Compensation ("Say-on-Pay")** |
| 50 | **Proposal Four – Advisory (Nonbinding) Vote on the Frequency of Future Say-on-Pay Votes** |
| 51 | **Proposal Five – Ratification of the Appointment of Independent Registered Public Accounting Firm** |
| 52 | **Audit Committee Report** |
| 54 | **Security Ownership of Certain Beneficial Owners and Management** |
| 56 | **Frequently Asked Questions about the Annual Meeting** |
| 60 | **Certain Relationships and Related Person Transactions** |
| 62 | **Additional Information** |
| 62 | Stockholder Proposals |
| 62 | Proxy Solicitation |
| 62 | Delivery of Documents to Stockholders Sharing an Address |
| 63 | Annual Report on Form 10-K |
| 63 | Other Matters |
| 64 | **Appendix A – Financial Reconciliations** |
| 66 | **Appendix B – Certificate of Amendment to the Certificate of Incorporation** |

**Forward-Looking Statements**

Certain statements in this proxy statement constitute "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, including statements regarding our business, strategy, financial position and results of operations and environmental, social and governance initiatives, including our commitment to have net zero emissions by 2040. Actual results might differ materially from those explicit or implicit in the forward-looking statements. Important factors that could cause actual results to differ materially include, but are not limited to: risks associated with the COVID-19 pandemic; the Company's potential failure to generate a large number of new business awards and the risk of delay, termination, reduction in scope, or failure to go to contract for our business awards; the Company's potential failure to convert backlog to revenue; fluctuations in the Company's operating results and effective income tax rate; the impact of potentially underpricing the Company's contracts, overrunning cost estimates, or failing to receive approval for or experiencing delays with documentation of change orders; cyber-security and other risks associated with the Company's information systems infrastructure; risks associated with doing business internationally; the need to hire, develop, and retain key personnel; the impact of unfavorable economic conditions, including the uncertain international economic environment; changes in exchange rates; impacts from increasing focus on environmental sustainability and social initiatives; the impact of, including changes in, government regulations and healthcare reform; the Company's ability to keep pace with rapid technological change; the cost of and the Company's ability to service its substantial indebtedness; other risks related to ownership of the Company's common stock; and other risk factors set forth in the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2021 as updated by the Company's other SEC filings, copies of which are available free of charge on the Company's website at investor.syneoshealth.com. The Company assumes no obligation and does not intend to update these forward-looking statements, except as required by law.

# Security Ownership of Certain Beneficial Owners and Management

The following table sets forth certain information regarding the beneficial ownership of our common stock as of March 28, 2022, unless otherwise noted below, for the following:

- each person or entity known to own beneficially more than 5% of our outstanding common stock as of the date indicated in the corresponding footnote;
- each member of our Board and each of our named executive officers ("NEOs"); and
- all members of our Board and our named executive officers as a group.

Applicable percentage ownership is based on 102,557,907 shares of our common stock outstanding as of March 28, 2022, unless otherwise noted below. Beneficial ownership is determined in accordance with the rules of the SEC, based on factors including voting and investment power with respect to shares. None of the people or entities listed below has any stock options currently exercisable or exercisable within 60 days of March 28, 2022. Unless otherwise indicated, the address for each listed stockholder is c/o Syneos Health, Inc., 1030 Sync Street, Morrisville, North Carolina 27560. Each of the stockholders listed has sole voting and investment power with respect to the shares beneficially owned by the stockholder unless noted otherwise, subject to community property laws where applicable.

| NAME AND ADDRESS OF BENEFICIAL OWNER | NUMBER OF SHARES BENEFICIALLY OWNED | PERCENT OF COMMON STOCK OUTSTANDING |
|---|---|---|
| **5% Stockholder:** | | |
| BlackRock, Inc. (1) | 9,910,450 | 9.66% |
| The Vanguard Group (2) | 9,693,621 | 9.45% |
| Wellington Management Group LLP (3) | 9,622,180 | 9.38% |
| **Named Executive Officers and Directors:** | | |
| **Alistair Macdonald** | 128,548 | * |
| **Jason Meggs** | 33,794 | * |
| **Michael Brooks (4)** | 8,043 | * |
| **Michelle Keefe** | 28,512 | * |
| **Paul Colvin** | 7,749 | * |
| **Jonathan Olefson** | 10,178 | * |
| **Todd M. Abbrecht (5) (6)** | 70,412 | * |
| **Barbara W. Bodem** | 29 | * |
| **Bernadette M. Connaughton (6)** | 4,712 | * |
| **John M. Dineen (6)** | 17,246 | * |
| **Linda A. Harty (6)** | 2,803 | * |
| **William Klitgaard (6)** | 14,235 | * |
| **Kenneth F. Meyers (6)** | 14,944 | * |
| **Matthew E. Monaghan (6)** | 14,774 | * |
| **David S. Wilkes, M.D.** | — | * |
| **Alfonso G. Zulueta** | — | * |
| All board of director members and executive officers as a group (15 individuals) (7) | 348,230 | * |

\*     less than 1%

**SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT**

(1)  As reported on a Schedule 13G/A filed on February 3, 2022, BlackRock, Inc. reported sole voting power over 9,645,151 shares and sole dispositive power over 9,910,450 shares. The address of BlackRock, Inc. is 55 East 52nd Street New York, NY 10055.

(2)  As reported on a Schedule 13G/A filed on February 10, 2022, The Vanguard Group reported shared voting power over 51,478 shares, sole dispositive power over 9,551,034 shares, and shared dispositive power over 142,587 shares. The address of The Vanguard Group is 100 Vanguard Blvd., Malvern, PA 19355.

(3)  As reported on a Schedule 13G/A filed on February 4, 2022, Wellington Management Group LLP reported shared voting power over 8,482,668 shares and shared dispositive power over 9,622,180 shares. The address of Wellington Management Group LLP is 280 Congress Street, Boston, MA 02210.

(4)  Includes 2,005 shares owned by Mr. Brooks' spouse.

(5)  Includes 59,384 shares deemed to be beneficially owned by Mr. Abbrecht following pro rata distributions in kind for no additional consideration.

(6)  Includes 2,364 restricted stock units vesting within 60 days of March 28, 2022.

(7)  Includes 16,548 restricted stock units vesting within 60 days of March 28, 2022.



55