# Exhibit 48

*Kempen International Funds et al.* **v.** *Syneos Health, Inc. et al.,*
**Case No. 23-cv-08848 (AS) (S.D.N.Y.)**

| NON-ARGUMENTATIVE CHART IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT PURSUANT TO SECTION 8(G)(i) OF THE COURT'S INDIVIDUAL PRACTICES | |
|---|---|
| **Cause of Action** | **Elements Not Plausibly Alleged in Plaintiffs' Third Amended Complaint[1]** |
| **COUNT I**<br><br>Section 10(b) of the Exchange Act and SEC Rule 10b-5<br>(TAC ¶¶ 292–303.) | 1. The Third Amended Complaint fails to allege fraud with particularity in compliance with Fed. R. Civ. P. 9(b) and the PSLRA.<br>2. Third Amended Complaint does not plausibly allege falsity; no actionable misstatement or omission.<br>3. Third Amended Complaint does not allege particularized facts establishing a strong inference of scienter (i) for any statement, and (ii) as to any Defendant.<br>4. Third Amended Complaint does not plausibly allege loss causation. |
| **COUNT II**<br><br>Section 20(a) of the Exchange Act<br>(TAC ¶¶ 304–08.) | 1. Plaintiffs fail to adequately plead a primary violation of Section 10(b). |

---

[1] This chart merely identifies the grounds for Defendants' current motion to dismiss. Defendants reserve all rights and defenses, including the right to assert that other elements of Plaintiffs' claims are not plausibly pled.