

4747 EXECUTIVE DRIVE   SECOND FLOOR   SAN DIEGO, CALIFORNIA 92121

HENRY ROSEN
hrosen@dicellolevitt.com

May 13, 2025

> The request is GRANTED. The Clerk of Court is directed to terminate the motion at Dkt. 73.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Dated: May 14, 2025

**BY ECF**

The Honorable Arun Subramanian
United States District Judge
United States District Court
   for the Southern District of New York
40 Foley Square
New York, New York 10007

      **Re:**    *Kempen Int'l Funds, et al. v. Syneos Health, Inc. et al.*, No. 1:23-cv-08848 (AS) (S.D.N.Y. filed Oct. 8, 2023)

Dear Judge Subramanian:

      The undersigned counsel write jointly, on behalf of Lead Plaintiffs and Defendants,[1] and seek an order setting a briefing schedule on Defendants' Motion to Dismiss the Third Amended Complaint (ECF No. 71), filed May 9, 2025.

      On March 28, 2025, the Court entered an order dismissing the Second Amended Complaint and ordered that "[the amended complaint must be filed within 21 days, with any motion to dismiss to be submitted within 21 days of that filing." ("Order," ECF No. 66). The Order was silent as to the schedule for Lead Plaintiffs' opposition and Defendants' reply.

---

[1] "Lead Plaintiffs" or the "Institutional Investors" are Kempen International Funds (Kempen International Funds - MercLin Global Equity) ("KIF - MercLin Global Equity"), Kempen International Funds (Kempen International Funds - MercLin Patrimonium) ("KIF - MercLin Patrimonium"), and MercLin Institutional Fund ("MercLin Institutional Equity Fund DBI-RDT"). "Defendants" are Syneos Health, Inc., Alistair Macdonald, Michelle Keefe, and Jason Meggs.

Hon. Arun Subramanian
Case No. 23-cv-08848

      The parties have met and conferred on a proposed schedule and jointly propose the following, which provide for seven (7) additional days beyond what is provided in Local Civil Rule 6.1(b):

i. Lead Plaintiffs' opposition shall be filed on May 30, 2025; and

ii. Defendants' reply shall be filed on June 13, 2025.

Respectfully submitted,

| s/ *Brian T. Frawley* (w/ permission) | s/ *Henry Rosen* |
|---|---|
| Brian T. Frawley | Henry Rosen |
| SULLIVAN & CROMWELL LLP | DICELLO LEVITT LLP |
| *Counsel for Defendants* | *Counsel for Lead Plaintiffs* |