## INDEX OF
## APPENDICES

| APPENDIX | DESCRIPTION |
|----------|-------------|
| A | Plaintiff's Elements Chart |