**APPENDIX A**
**Plaintiffs' Elements Chart**

| # | ¶ | Alleged False and Misleading Statement | Speaker(s) | Date(s) | Falsity / Materiality | Scienter | Loss Causation |
|---|---|---|---|---|---|---|---|
| | | **Count I**<br>**Violations of §10(b) of the Exchange Act and Rule 10b-5**<br>**Promulgated Thereunder** | | | | | |
| 1 | 47 | Defendants Macdonald and Meggs used slides to highlight that Syneos was achieving clinical book-to-bill greater than 1.40x and was "***Positioned for Accelerated Revenue and Margin Growth***: Syneos Health Investment Highlights," had a "***Leadership Position in High-Growth SMID/Biotech***," and was "***Successfully Penetrating Large Pharma***." | ***Syneos***[1], Macdonald, Meggs | 9/9/20 | ¶¶48-56 | ¶¶51-52, 54, 182-184, 186-188, 191-206, 216-257 | ¶¶263-285 |
| 2 | 57 | ***We have year-over-year clinical backlog growth of over 30% for the top 50 pharma customers as of the end of third quarter. . . . While we're growing our share in large pharma, our legacy strength is in the small to midsized, or SMID, segment where we continue to enjoy an overweighted position relative to our total market share***. | ***Colvin***, Syneos, Macdonald, Meggs, Keefe | 12/8/20 | ¶¶58-60 | ¶¶51-52, 54, 59-60, 182-184, 186-188, 191-206, 216-257 | ¶¶263-285 |

[1] The primary speaker is identified in **bold**/*italics*. "[E]ach of the Individual Defendants is liable for the others' statements [or omissions] made at conference calls in which they participated." *See Meyer v. Concordia Int'l Corp.*, 2017 WL 4083603, at *9 (S.D.N.Y. July 28, 2017) ("A high ranking company official cannot sit quietly at a conference with analysts, knowing that another official is making false statements and hope to escape liability for those statements. If nothing else, the official is at fault for a material omission in failing to correct such statements in that context.") (quoting *Freudenberg v. E*Trade Fin. Corp.*, 712 F. Supp. 2d 171, 195 (S.D.N.Y. 2010)).

| Count I<br>Violations of §10(b) of the Exchange Act and Rule 10b-5<br>Promulgated Thereunder | | | | | | |
|---|---|---|---|---|---|---|
| # | ¶ | **Alleged False and Misleading Statement** | **Speaker(s)** | **Date(s)** | **Falsity / Materiality** | **Scienter** | **Loss Causation** |
| 3 | 62 | Defendant Meggs also emphasized the Company's "backlog, pipelines, and customer relationships," and claimed that "*Our model, people, and culture are our competitive advantage*." | *Meggs*, Syneos, Macdonald, Colvin, Keefe | 12/8/20 | ¶¶63-65 | ¶¶59-60, 63-64, 182-184, 186-188, 191-206, 216-257 | ¶¶263-285 |
| 4 | 67 | And finally, *the trusted process strengthens our world-class delivery*. It is our *metrics-driven, repeatable methodology designed to deliver consistent services to our customers on time, on budget and to the required quality standards*. Since its launch, *the Syneos Health trusted process has provided extraordinary value to the organization and most importantly, to our customers*. | *Macdonald*, Syneos, Meggs, Keefe, Colvin | 12/8/20 | ¶¶68-69 | ¶¶51-52, 60, 63, 182-184, 186-188, 191-206, 216-257 | ¶¶263-285 |

| Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | | | | |
|---|---|---|---|---|---|---|---|
| # | ¶ | Alleged False and Misleading Statement | Speaker(s) | Date(s) | Falsity / Materiality | Scienter | Loss Causation |
| 5 | 71 | *The employees from Synteract have been fantastic. They've settled in very quickly, and we're seeing good performance from them from day 1. . . .*<br><br>\* \* \*<br><br>*We have enhanced our SMID position with the acquisition of Synteract. As I said before, we already have the leading position in that space. We are very keen on that space. We see it as a great growth driver for the future.* | *Macdonald*, Syneos, Meggs | 1/13/21 | ¶¶72, 83 | ¶¶51-52, 54, 60, 63, 182-184, 186-188, 191-206, 216-257 | ¶¶263-285 |

| | | Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | | |
|---|---|---|---|---|---|---|---|
| # | ¶ | Alleged False and Misleading Statement | Speaker(s) | Date(s) | Falsity / Materiality | Scienter | Loss Causation |
| 6 | 74 | Defendant Macdonald addressed an analyst who questioned what impact "reprioritizations or cancellations" were having on backlog and net bookings and stated: <br><br> Yes, it's a couple of customers on the larger side, *one in oncology with reprioritized*– well, I think some of them are a delay in the delivery of the – of that program. *So actually just pushes a couple of projects out of our awards window. So rather than starting within the next 12 months, they're pushing further back, so we have to take them out due to our bookings policy*. So they will come back in at a later stage in 2021 as awards . . . . | *Macdonald*, Syneos, Meggs, Keefe, Colvin | 4/29/21 | ¶75 | ¶¶75, 115, 207-215; *see also* ¶¶191-206; 216-257 | ¶¶263-285 |

| | | Count I<br>Violations of §10(b) of the Exchange Act and Rule 10b-5<br>Promulgated Thereunder | | | | | |
|---|---|---|---|---|---|---|---|
| # | ¶ | Alleged False and Misleading Statement | Speaker(s) | Date(s) | Falsity / Materiality | Scienter | Loss Causation |
| 7 | 77 | *We continue to deliver on our Value Creation Plan by further penetrating large pharma, enhancing our SMID leadership position* and accelerating our Syneos One and full-service commercial offerings. We believe our global scale, integrated capabilities and unique product development strategy positions us well in this environment as *we continue to gain share and remain focused on high-quality execution*. | *Macdonald*, Syneos, Meggs, Keefe, Colvin | 4/29/21 | ¶¶78-83 | ¶¶78-83, 182-184, 186-188, 191-206, 216-257 | ¶¶263-285 |
| 8 | 85 | Defendant MacDonald began the call by highlighting "another strong quarter of results, which *demonstrate that our differentiated product development strategy continues to resonate in the market*," and further stated that "*our integrated product offerings powered strong awards and backlog growth for both segments*." | *Macdonald*, Syneos, Meggs, Keefe, Colvin | 8/9/21 | ¶¶86-90 | ¶¶86-90, 182-184, 186-188, 191-206, 216-257 | ¶¶263-285 |

| Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | | | | |
|---|---|---|---|---|---|---|---|
| # | ¶ | **Alleged False and Misleading Statement** | **Speaker(s)** | **Date(s)** | **Falsity / Materiality** | **Scienter** | **Loss Causation** |
| 9 | 92 | Defendant Macdonald addressed questions about "Second quarter bookings" in the Company's clinical segment. Defendant Macdonald stated: "*we have a very good SMID mix in the business, and we continue to have that. Despite the fact we have really good backlog growth in clinical from top 20. Those are going to be the drivers as we move into 2022 and 2023*." | *Macdonald*, Syneos, Meggs | 9/15/21 | ¶¶93-96 | ¶¶93-96, 182-184, 186-188, 191-257 | ¶¶263-285 |
| 10 | 98 | *Our organic growth was driven* by our full-service portfolio, including *the continuing ramp-up in our larger pharma relationships, particularly in oncology as they gain full scale and efficiency*. *** Defendant Macdonald addressed a question from Citi analyst Patrick Donnelly concerning the "visibility" and "confidence level" the Company had with respect to 2022: *We mentioned that we're winning a lot of oncology work. Obviously, that sets up for a long view of the pipe of the backlog, so you got a lot more visibility with that*. | *Macdonald*, Syneos, Meggs, Keefe, Colvin | 11/3/21 | ¶¶99-102 | ¶¶95, 100-102, 182-184, 186-188, 191-257 | ¶¶263-285 |

| Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | | | | |
|---|---|---|---|---|---|---|---|
| # | ¶ | Alleged False and Misleading Statement | Speaker(s) | Date(s) | Falsity / Materiality | Scienter | Loss Causation |
| 11 | 104 | *We're executing against the value-creation plan, driving that long-term growth, using that penetration of large pharma, the success we've had in SMID, continuing to drive that, continuing to drive operational efficiency* through things like . . . the automation that we bring, et cetera. And then *innovative – investment in innovative areas, capitalizing the work that we do, bringing new capabilities, bringing new differentiation to our model and to our customers to continue delivering on that high growth.* | *Macdonald*, Syneos, Meggs | 1/12/22 | ¶105 | ¶¶95, 105, 182-184, 186-188, 191-206, 216-257 | ¶¶263-285 |

| Count I Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder | | | | | | | |
|---|---|---|---|---|---|---|---|
| # | ¶ | Alleged False and Misleading Statement | Speaker(s) | Date(s) | Falsity / Materiality | Scienter | Loss Causation |
| 12 | 107-109 | Syneos explained that new business is added to backlog only when:<br><br>• collection of the *award value is probable* …<br><br>• for awards related to deployment solutions and *functional service provider* offerings, a *maximum of 12 months* of services are included in the award value. [¶107]<br><br>・・・・・・・・・・・・・・・・・・・・・・・・・<br><br>Syneos's methodology also explained that they "*continually evaluate our backlog to determine if any of the previously awarded work is no longer expected to be performed, regardless of whether we have received formal cancellation notice from the customer*" and if "*any previously awarded work is no longer probable of being performed, we remove the value from our backlog based on the risk of cancellation.*" [¶108]<br><br>・・・・・・・・・・・・・・・・・・・・・・・・・<br><br>In the same methodology, the Company further assured investors that in evaluating and updating backlog, "*Our backlog also reflects any cancellation or adjustment activity related to these awards.*" [¶109] | *Syneos*, Macdonald, Meggs, Keefe | 10/29/20; 2/18/21; 4/29/21; 8/9/21; 11/3/21; 2/17/22; 4/29/22; 8/2/22 | ¶¶110-116 | ¶¶115, 207-257 | ¶¶263-285 |

| | | Count I | | | | | |
|---|---|---|---|---|---|---|---|
| | | **Violations of §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder** | | | | | |
| **#** | **¶** | **Alleged False and Misleading Statement** | **Speaker(s)** | **Date(s)** | **Falsity / Materiality** | **Scienter** | **Loss Causation** |
| 13 | 118; 119 | Under our awards policy for FSP services, *we only included 12 months of services in our bookings,* even though each agreement represented an initial term of at least 3 years. The remainder provides further fuel for growth in addition to our reported backlog. [¶118] ································· And then when we look at book-to-bill, I mean I appreciate your comments about bookings, but *we also still have that conservative approach around FSPs. We won 3 massive FSPs in Q2. And we booked the first year of each one of them. And most of our competitors booked the whole lot.* \* \* \* So we have a *different approach.* We feel *it's the right approach to do it more progressively. We add a quarter at a time as we go.* And we take that slow and steady approach. [¶119] | *Macdonald*, Syneos, Meggs, Colvin [¶118]; *Macdonald*, Syneos, Meggs [¶119] | 8/9/21; 9/15/21 | ¶¶110-116; 120 | ¶¶115, 120, 207-257 | ¶¶263-285 |
| 14 | 123 | Backlog and performance metrics reported in the Company's 2020 Form 10-K and Q4 2020 Release | *Syneos*, Macdonald, Meggs | 2/18/21 | ¶¶124-132 | ¶¶115, 126-128, 207-257 | ¶¶263-285 |

9

| | | Count I  Violations of §10(b) of the Exchange Act and Rule 10b-5  Promulgated Thereunder | | | | | |
|---|---|---|---|---|---|---|---|
| # | ¶ | Alleged False and Misleading Statement | Speaker(s) | Date(s) | Falsity / Materiality | Scienter | Loss Causation |
| 15 | 134 | Backlog and performance metrics reported in the Company's Q1 2021 Form 10-Q and Q1 2021 Release | *Syneos*, Macdonald, Meggs | 4/29/21 | ¶¶135-139 | ¶¶115, 126-128, 207-257 | ¶¶263-285 |
| 16 | 141 | Backlog and performance metrics reported in the Company's Q2 2021 Form 10-Q and Q2 2021 Release | *Syneos*, Macdonald, Meggs | 8/9/21 | ¶¶142-148 | ¶¶143-144, 146, 207-257 | ¶¶263-285 |
| 17 | 150 | Backlog and performance metrics reported in the Company's Q3 2021 Form 10-Q and Q3 2021 Release | *Syneos*, Macdonald, Meggs | 11/3/21 | ¶¶151-155 | ¶¶152-153, 207-257 | ¶¶263-285 |
| 18 | 169 | *[O]ne of our other differentiators, this year, we've been really focusing in on customer, customer, customer, customer, being exceptional in delivery and quality and simplifying our operating model.* | *Syneos*, Macdonald, Meggs, Keefe | 4/29/22 | ¶¶170-173 | ¶¶171-172, 182-184, 186-188, 191-206, 216-257 | ¶¶263-265; 270-285 |

| | Count II  Violations of §20(a) of the Exchange Act | |
|---|---|---|
| Primary Violation by a Controlled Person ("Individual Defendant") | Control of the Primary Violator by the Defendant | Defendant Was a Culpable Participant in the Controlled Person's Fraud |
| *See* matrix of Defendants' primary violations, above. | ¶¶37-45, 90, 123, 134, 141, 150, 158, 191-215, 294, 305-307 | See matrix of Defendants' primary violations, above. |